UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 95-cv-00777-ZLW-OES

In re: Indian Motorcycle Manufacturing, Inc., a New Mexico Corporation

and concerning

The Unites States of America, Internal Revenue Service,

Intervenor

---

**ORDER FOR STATUS CONFERENCE**

---

     1.     A status conference will be held **September 29, 2005,** at 2:00 p.m. The purpose of the status conference is for the receiver to report to the Court on the proceedings in Massachusetts, to preview the recoupment proceedings needed to gather the funds to pay the taxes and other administrative expenses which have been determined to be due; and to allow the Court and parties present to ask the receiver questions regarding both of the foregoing. Telephonic participation will be allowed; parties desiring to participate by phone shall make arrangements with the receiver to do so.

     2.     The receiver is instructed to give notice of the status conference to the following: (a) any party who was on the Rule 5 Certificate of Mailing at the time the case was transferred to Massachusetts (July 19, 2002); (b) any party who was on the Certificate of Mailing for the District of Massachusetts at the time the case was transferred back to this Court (September 7, 2005); and (c) the top thirty beneficiaries, in terms of amount of approved claims, of the receivership estate.

     Done this 9th day of September; 2005.

                                                  By the Court:

                                                  s/ O. Edward Schlatter

                                                  _____

-2-

O. Edward Schlatter, Magistrate Judge
United States District Court