FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 12 2005

GREGORY C. LANGHAM
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

In re: )
) Civil No. 02-11522-REK
) Consolidated Proceedings
INDIAN MOTORCYCLE LITIGATION )
) All Cases
)

**ORDER APPROVING SETTLEMENT AGREEMENT, SEVERING CASES, AND TRANSFERRING RECEIVERSHIP CASE**

THIS MATTER came on for hearing held on September 7, 2005 on the Motion for Approval of Settlement Agreement filed by the Receiver, with the approval of the United States, and the Bankruptcy Trustee. The Court, having heard arguments of the parties, any evidence presented, and being advised in the premises, makes the following Findings of Fact and Orders:

THE COURT FINDS that the receiver and Trustee gave notice of the underlying motion, including the Settlement Agreement and the subsequent Modification thereto, to the entire Receivership Estate and Bankruptcy Estates (respectively) via the Court-approved Notice mailed on August 4 and August 5, 2005;

THE COURT FURTHER FINDS that no party filed a written objected to the Motion in timely fashion.

THE COURT FURTHER FINDS that the Settlement Agreement is in the best interests of the Receivership estate and the Bankruptcy Estates.

The Court has heretofore entered the two Rule 54(b) Judgments submitted in accordance with the Settlement Agreement. Accordingly,

IT IS ORDERED that the Settlement Agreement is hereby approved.

IT IS FURTHER ORDERED that the Receivership Action and the Bankruptcy Cases are severed and that pursuant to the provisions of 28 U.S.C. § 1404(a) the Receivership Case is forthwith transferred to the United States District Court for the District of Colorado. The Clerk of this Court shall immediately transfer the case file for the Receivership Action to the Clerk for the United States District Court for the District of Colorado

DOCKETED

252

Done this 8th day of September, 2005.

BY THE COURT:

*Robert E. Keeton (ed)*
Robert E. Keeton, Senior Judge
United States District Court