UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
Clerk's Office
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 2300
Boston, Ma 02210
617-748-9152

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 1 2 2005

GREGORY C. LANGHAM
CLERK

TO:   USDC - District of Colorado
      901 19th Street
      Denver, CO 80294
      Attn: Clerk's Office

Our Case No.: CA 02-11522-REK

Case Caption: InRe: Indian Motorcycle Litig.

Please be advised that this case has been transferred to: **USDC - District of Colorado**

Attached please find a copy of the INTERNAL docket sheet and a copy of the transfer order.

Following are instructions for retrieving the electronic case filings:

- Go to the Court's web site - www.mad.uscourts.gov
- Select Case Information and Click on CM/ECF - Pacer System
- At login type: your court's PACER login and password
  - Skip "Client Code". Click login

- Once you are into CM/ECF, to print the public docket sheet click:
  - Reports, Docket Sheet, Type in Case number and Run Report and then print

- To save the docket as a PDF file, go to print and change the printer to Acrobat Writer/Distiller and save as a PDF file to be retrieved later.

- To print each item on the docket sheet click on the underlined document number and print.

- To save a copy of the document to add to your docket, click on the disk icon on the menu bar under the blue CM/ECF menu bar and save as a PDF file in a folder to be retrieved later.
  - If the document does not have an underlined document number or if it does not have a document number at all, then there will be nothing to print. The entry will be just what is printed on the docket sheet.

NOTE: ONCE YOU HAVE RETRIEVED THE NECESSARY INFORMATION PLEASE
**The actual file with the paper filings will be sent out forthwith. There are many volumes to this case.**
E-mail me at   **karen_folan@mad.uscourts.gov**   with your court's case information.

Thank You

Date:      9/8/05

By:   **/s/ Karen Folan**
      Deputy Clerk