OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

CANNOt LOCAtE
95-CV-777 ZLW
#1880

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 19 2005

GREGORY C. [LANGHAM]

John V. Del Gaudio, Jr
John V. Del Gaudio, Jr. & Associates
221 North LaSalle Street
#638
Chicago, IL 60601