UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 95-cv-777-ZLW-OES

In re: Indian Motorcycle Manufacturing, Inc., a New Mexico Corporation

and concerning

The United States of America, Internal Revenue Service,

Intervenor.

---

**CERTIFICATE OF COMPLIANCE**

---

The undersigned certifies that he caused a copy of this Courts Order for Status Conference dated September 9, 2005, to be served upon the parties on the attached Certificate of Service.

Dated: September 20, 2005.

By: /s/ John M. Tanner
Fairfield and Woods, P.C.
1700 Lincoln Street, Suite 2400
Denver, CO 80203-4524
Phone: (303) 830-2400
Fax: (303) 830-1033
Email: jtanner@fwlaw.com

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was served by placing a copy in the United States Mail, postage prepaid, this 20th day of September, 2005, addressed to the following:

Alan Lemont Hale Esq.
Hale Friesen, LLP
1430 Wynkoop St., Ste. 300
Denver, CO 80202

Brad W. Schacht, Esq.
Otten Johnson Robinson
Neff & Ragonetti, P.C.
950 17th St., Ste. 1600
Denver, CO 80202-2827

Stephen D. Bell, Esq.
Dorsey & Whitney, LLP
370 17th St., Ste. 4700
Denver, CO 80202-5687

Edward T. Ramey, Esq.
Stuart H. Pack, Esq.
Isaacson Rosenbaum
Woods and Levy
633 17th St., Ste. 2200
Denver, CO 80202

James R. Cage, Esq.
Cage Williams Abelman
& Layden, P.C.
St. Elmo Bldg.
1433 17th St.
Denver, CO 80202-1273

James Duberg, Esq.
727 Third Ave.
Chula Vista, CA 91910-5803

Lewis M. Druxman, Esq.
Attorney at Law
6715 Academy Road N.E., Suite B
Albuquerque, NM 87109

Mark S. Schmidt, Esq.
Miller Simon & Maier, S.C.
788 North Jefferson Street
Milwaukee, WI 53202

Nancy D. Miller
Kennedy Christopher Childs & Fogg
1050 17th St. #2500
Denver, Colorado 80265

Peter D. Bilowz, Esq.
Goulston & Storrs, P.C.
400 Atlantic Ave.
Boston, MA 02110-3333

Peter C. Freeman, Esq.
Law Offices of Peter C. Freeman
16485 Laguna Canyon Rd., Ste. 230
Irvine, CA 92618-3846

Mr. Albert Lucci
1930 Wyoming Ave.
Fort Pierce, FL 34982

Gary C. Moschetti, Esq.
Hatch & Moschetti, LLP
1800 Glenarm Pl., 9th Floor
Denver, CO 80202

J. Eric Ellliff, Esq.
Kristen Taylor-Randall, Esq.
Morrison & Foerster, LLP
370 17th St., Ste. 3550
Denver, CO 80203

Robert W. Hallock, Esq.
202 S. Merrill St.
Park Ridge, IL 60068-4223

Cassandra Sasso, Esq.
Douglas M. Tisdale, Esq.
Baker & Hostetler
303 E. 17th Ave., Ste. 1100
Denver, CO 80203-1264

Peter Sklarew, Esq.
Assistant Chief
Civil Trial Section, Northern Region
United States Dept. of Justice
Tax Division
PO Box 55
Washington, D.C. 20044

Todd Blakely, Esq.
Sheridan Ross
The Denver Post Tower
1560 Broadway, Ste. 1200
Denver, CO 80202

Lee M. Kutner, Esq.
Kutner Miller Kearns, P.C.
303 E. 17th Ave., #500
Denver, CO 80203

Christopher C. Noble, Esq.
Noble & Associates, LLC
11 Pine Street
Plainville, CT 06103

Robert J. Danie, Eq.
9 Wagon Wheel Drive
Feeding Hills, MA 01030

Noreene C. Stehlik, Esq.
U.S. Dept. of Justice
PO Box 683
Ben Franklin Station
Washington, D.C. 20044

Robert L. Morrow, Jr., MD
401 N. College Rd., #5
Lafayette, LA 70506

Nicholas A. Russo, Sr.
310 Extonville Road
Allentown, NJ 08501
Richard J. Cortesi
5316 Camino Montano, N.E.
Albuquerque, NM 87111

Albert R. Gazza
589 Manchester
E. Glastonbury, CT 06025-0085

James P. Lewis
2143 S. Brentwood Street
Lakewood, CO 80227

Ronald Fulfer
15315 S. Francis Dr.
Plainfield, IL 60544

Ronald Garcia
2505 Madison, N.E.
Albuquerque, NM 87101

Carol Furtier and Anthony Pugliese
2500 Military Trail
Boca Raton, FL 33431

Donald C. Schunk
12572 Durrow Court
St. Louis, MO 63141

Richard Dale Wood
13997 80th Ave. North
Maple Grove, MN 55311

Steve Halprin
1316 Penningtow Place
Concord, N.C. 28207

Alf Iseback
Gamla Tuvevagen 4
41705 Goteborg
SWEDEN

Kathryn L. Troccoli
1911 Champlain St.
Ottawa,IL 61350

Ed Pink
Ed Pink Racing Engines, Inc.
14612 Raymer Street
Van Nuys, CA 91405

Montgomery & Andrews, P.A.
325 Paseo De Peralta
Santa Fe, NM 87501

Jeffrey M. Perkins
President
Western Design Engineering, Inc.
808 Airport Road
Jackson, MI 49202

Burt R. Bondy
1523 Coast Walk
La Jolla, CA 92037

John Inelli
17 Old Farmstead Rd.
Chester, NJ 07930

Chuck S. Krowczyk
1852 S. Marshall Circle
Lakewood, CO 80232

Steven DeStout
#1 South Water St.
Henderson,, Nevada 89105

**VIA E-MAIL TO:**
Richard A. Block
President
Sterling Consulting Corporation
4101 E. Louisiana Ave., Ste. 300
Denver, CO 80246

By: */s/ John M. Tanner*
Fairfield and Woods, P.C.
1700 Lincoln St., #2400
Denver, CO 80203
Phone: (303) 830-2400
Fax: (303) 830-1033
Email: jtanner@fwlaw.com

4410-2
JMT



9-9

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 95-cv-00777-ZLW-OES

In re: Indian Motorcycle Manufacturing, Inc., a New Mexico Corporation

and concerning

The Unites States of America, Internal Revenue Service,

Intervenor

---

**ORDER FOR STATUS CONFERENCE**

---

1. A status conference will be held **September 29, 2005,** at 2:00 p.m. The purpose of the status conference is for the receiver to report to the Court on the proceedings in Massachusetts, to preview the recoupment proceedings needed to gather the funds to pay the taxes and other administrative expenses which have been determined to be due; and to allow the Court and parties present to ask the receiver questions regarding both of the foregoing. Telephonic participation will be allowed; parties desiring to participate by phone shall make arrangements with the receiver to do so.

2. The receiver is instructed to give notice of the status conference to the following: (a) any party who was on the Rule 5 Certificate of Mailing at the time the case was transferred to Massachusetts (July 19, 2002); (b) any party who was on the Certificate of Mailing for the District of Massachusetts at the time the case was transferred back to this Court (September 7, 2005); and (c) the top thirty beneficiaries, in terms of amount of approved claims, of the receivership estate.

Done this 9th day of September; 2005.

By the Court:

s/ O. Edward Schlatter

______________________________

O. Edward Schlatter, Magistrate Judge
United States District Court