

OFFICE OF THE CLERK
TED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105

CANNOT LOCATE
95-CV-777 ZLW
#1880 &
#1881

DENVER SEP 03 '05 CO

U.S. POSTAGE 00.80

FILED
UNITED STATES DISTRICT COURT
DENVER

SEP 2 2005

GREGORY C. L...

Morty B. Lempel
Morty B. Lempel, Atty at Law
55 Old Turnpike Road
#209
Nantuet, NY 10954-2450

10954+2450-59 C003