**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**


**Civil Action No.: 95-CV-00777-ZLW-OES**


**Eller Industries Inc., et al.,
Plaintiff(s)**

**vs.**

**Indian Motorcyle Mfg., et al
Defendant(s).**


### RECEIPT FOR BOXES 1 THRU 17, 19 thru 22


By: _____
      Joseph O'Hara
      Deputy Clerk

9/28/05