UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 95-cv-777-ZLW-OES

In re:  Indian Motorcycle Manufacturing, Inc., a New Mexico Corporation

**NOTICE OF CONTINUED STATUS CONFERENCE**

The status conference previously set in this matter for September 29th will continue over to Friday, October 7, 2005, at 10:00 a.m. MDT.  Telephonic participation is allowed.  Parties wishing to participate by telephone shall contact the receiver at 303.388.1300 or at rblock@xpn.com.

Dated:  September 29, 2005.

By: */s/ John M. Tanner*
Fairfield and Woods, P.C.
1700 Lincoln Street, Suite 2400
Denver, CO  80203-4524
Phone:  (303) 830-2400
Fax:  (303) 830-1033
Email:  jtanner@fwlaw.com

# CERTIFICATE OF SERVICE

I hereby certify that on *Sept. 29*, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses or as indicated below:

ahale@halefriesen.com
Attorney for Richard Basciani, N. Rooke Everill, Pres./Everill Bros., Inc., John H. Nicholson or Virginia A. Nicholson

bschacht@ottenjohnson.com
Attorney for Michael Payne

eramey@ir-law.com
spack@ir-law.com
Attorneys for William R. Childs, Scott McCormick, Jr., Douglas Walliser, Ronald Schiff, Edward Pacelli, Barbara Sandoval, Morty Lempel, A. B. Goldberg, First Entertainment, Harvey Rosenberg

jcage@cagewilliams.com
Attorney for Carl D. Lucci/Albert R. Lucci

bell.steve@dorsey.com
Attorney for Eller Industries

nmiller@kennedy-christopher.com
Attorney for Benny Singer

gmoschetti@hmlegal.com
Attorney for Edward Leal

jelliff@mofo.com
Attorney for IMCOA

csasso@bakerlaw.com
Attorney for Michelle Lean

doug@tisdalelaw.com
Attorney for Michelle Lean

tblakely@sheridanross.com
Attorney for Steven Rodolakis, Trustee

lmk@kutnerlaw.com
Attorneys for Charles and Lois Mathre

Glen.keller@dgslaw.com
Attorney for Cow Creek Band of Umpqua Tribe of Indians

rblock@xpn.com
Receiver

**VIA UNITED STATES MAIL TO:**
James Duberg, Esq.
727 Third Ave.
Chula Vista, CA 91910-5803

Lewis M. Druxman, Esq.
Attorney at Law
6715 Academy Road N.E., Suite B
Albuquerque, NM 87109
Attorney for Triad Suspension Technologies, Inc.

Mark S. Schmidt, Esq.
Miller Simon & Maier, S.C.
788 North Jefferson Street
Milwaukee, WI 53202
Attorney for Miller Simon & Maier

Peter D. Bilowz, Esq.
Goulston & Storrs, P.C.
400 Atlantic Ave.
Boston, MA 02110-3333
Attorney for Michael Mandelman

Peter C. Freeman, Esq.
Law Offices of Peter C. Freeman
16485 Laguna Canyon Rd., Ste. 230
Irvine, CA 92618-3846
Attorney for Scott Kajiya

Mr. Albert Lucci
1930 Wyoming Ave.
Fort Pierce, FL 34982

Robert W. Hallock, Esq.
202 S. Merrill St.
Park Ridge, IL 60068-4223

Peter Sklarew, Esq.
Assistant Chief
Civil Trial Section, Northern Region
United States Dept. of Justice
Tax Division
PO Box 55
Washington, D.C. 20044
Attorney for IRS

Todd Blakely, Esq.
Sheridan Ross
The Denver Post Tower
1560 Broadway, Ste. 1200
Denver, CO 80202
Attorney for Steven Rodolakis, Trustee

Christopher C. Noble, Esq.
Noble & Associates, LLC
11 Pine Street
Plainville, CT 06103
Attorney for Hilm Sevimli

Robert J. Danie, Eq.
9 Wagon Wheel Drive
Feeding Hills, MA 01030

Noreene C. Stehlik, Esq.
U.S. Dept. of Justice
PO Box 683
Ben Franklin Station
Washington, D.C. 20044
Attorney for IRS

Robert L. Morrow, Jr., MD
401 N. College Rd., #5
Lafayette, LA 70506

Nicholas A. Russo, Sr.
310 Extonville Road
Allentown, NJ 08501

Richard J. Cortesi
5316 Camino Montano, N.E.
Albuquerque, NM 87111

Albert R. Gazza
589 Manchester
E. Glastonbury, CT 06025-0085

James P. Lewis
2143 S. Brentwood Street
Lakewood, CO 80227

Ronald Fulfer
15315 S. Francis Dr.
Plainfield, IL 60544

Ronald Garcia
2505 Madison, N.E.
Albuquerque, NM 87101

Carol Furtier and Anthony Pugliese
2500 Military Trail
Boca Raton, FL 33431

Donald C. Schunk
12572 Durrow Court
St. Louis, MO 63141

Richard Dale Wood
13997 80th Ave. North
Maple Grove, MN 55311

Steve Halprin
1316 Penningtow Place
Concord, N.C. 28207

Alf Iseback
Gamla Tuvevagen 4
41705 Goteborg
SWEDEN

Kathryn L. Troccoli
1911 Champlain St.
Ottawa, IL 61350

Ed Pink
Ed Pink Racing Engines, Inc.
14612 Raymer Street
Van Nuys, CA 91405

Montgomery & Andrews, P.A.
325 Paseo De Peralta
Santa Fe, NM 87501

Jeffrey M. Perkins
President
Western Design Engineering, Inc.
808 Airport Road
Jackson, MI 49202

Burt R. Bondy
1523 Coast Walk
La Jolla, CA 92037

John Inelli
17 Old Farmstead Rd.
Chester, NJ 07930

Chuck S. Krowczyk
1852 S. Marshall Circle
Lakewood, CO 80232

Steven DeStout
#1 South Water St.
Henderson,, Nevada 89105

By: /s/ John M. Tanner
Fairfield and Woods, P.C.
1700 Lincoln St., #2400
Denver, CO 80203
Phone: (303) 830-2400
Fax: (303) 830-1033
Email: jtanner@fwlaw.com