IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE O. EDWARD SCHLATTER**

| | |
|---|---|
| **Civil Action No.**  95-cv-00777-ZLW-OES | FTR – Courtroom A601 |
| **Date:**  September 29, 2005 | Cathy Coomes, Courtroom Deputy |

ELLER INDUSTRIES, INC., *et al.*;  John "Jack" Tanner for
  Plaintiff Sterling
  Plaintiff(s),

v.

INDIAN MOTORCYCLE MANUFACTURING
COMPANY, INC.; *et al.*;

  Defendant(s);

UNITED STATES OF AMERICA;  Noreene Stehlik (by telephone)
  Adam Hulbig (by telephone)
  Intervenor(s).

---

## COURTROOM MINUTES/MINUTE ORDER

**TELEPHONIC STATUS CONFERENCE**

**Court in session:**        2:04 p.m.

Court calls case.

Appearances of counsel.  Also present: Rick Block.  Other parties present by telephone: Michael Payne, L. Labriola, and Mr. Tisdale, Peter Sklarew.

Mr. Tanner provides a brief status of the case and questions Mr. Block regarding the background and status of the case.  (Note: Rick Block is not placed under oath for questioning).

Ms. Stehlik makes comments regarding pending motions.

Discussion regarding pending motions and notice to interested parties.

The Court instructs counsel regarding the change in the Court's case numbering system.

Burt Bondy joins the conference call at 2:45 p.m. and questions Rick Block.

Michael Payne questions Rick Block.

Steven De Stout joins the conference call and questions Rick Block.

Peter Sklarew makes statements.

Michael Payne make statements and further questions Rick Block.

Burt Bondy further questions Rick Block.

**ORDERED:** This hearing is CONTINUED to **October 7, 2005, at 10:00 a.m. Denver, Colorado, time.** The hearing will again be done by conference call.

**Court in recess:**     3:19 p.m.  (Hearing continued)
Total time in court:     1:15