**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 95-cv-00777-ZLW-OES

In re:

Indian Motorcycle Manufacturing, Inc.,
a New Mexico Corporation

**UNITED STATES' NOTICE OF APPEARANCE OF COUNSEL**

The United States of America, by and through its undersigned counsel, hereby gives notice that, effective on the date below, Adam F. Hulbig, Trial Attorney, Tax Division, United States Department of Justice, will enter his appearance as counsel in the above-captioned matter. Please serve all future pleadings, orders, and communications in this matter on the undersigned at the following address:

> Adam F. Hulbig
> Trial Attorney, Tax Division
> U.S. Department of Justice
> P.O. Box 683
> Ben Franklin Station
> Washington, D.C.  20044
> Telephone: (202) 514-6061
> Facsimile: (202) 307-0054
> Email: adam.f.hulbig@usdoj.gov
>        western.taxcivil@usdoj.gov

The undersigned counsel hereby enters his appearance on behalf of the United States of America.

Dated this 5th day of October, 2005.

Respectfully submitted,

WILLIAM J. LEONE
Acting United States Attorney
District of Colorado


*/s/ Adam F. Hulbig*
ADAM F. HULBIG
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 514-6061
Facsimile: (202) 307-0054
Email: adam.f.hulbig@usdoj.gov
        western.taxcivil@usdoj.gov

Attorneys for the United States of America

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that on this 5th day of October, 2005, a true and correct copy of the foregoing UNITED STATES' NOTICE OF APPEARANCE OF COUNSEL was filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

ahale@halefriesen.com
Attorney for Richard Basciani, N. Rooke Everill, Pres./Everill Bros., Inc., John H. Nicholson or Virginia A. Nicholson

bschact@ottenjohnson.com
Attorney for Michael Payne

eramey@ir-law.com
spack@ir-law.com
Attorneys for William R. Childs, Scott McCormick, Jr., Douglas Walliser, Ronald Schiff, Edward Pacelli, Barbara Sandoval, Morty Lempel, A.B. Goldberg, First Entertainment, Harvey Rosenberg

jcage@cagewilliams.com
Attorney for Carl D. Lucci/Albert R. Lucci

bell.steve@dorsey.com
Attorney for Eller Industries

nmiller@kennedy-christopher.com
Attorney for Benny Singer

gmoschetti@hmlegal.com
Attorney for Edward Leal

jelliff@mofo.com
Attorney for IMCOA

csasso@bakerlaw.com
Attorney for Michelle Lean

doug@tisdalelaw.com
Attorney for Michelle Lean

tblakely@sheridanross.com
Attorney for Stephen Rodolakis, Trustee

lmk@kutnerlaw.com
Attorneys for Charles and Lois Mathre

Glen.keller@dgslaw.com
Attorney for Cow Creek Band of Umpqua Tribe of Indians

rblock@xpn.com
Receiver

IT IS HEREBY FURTHER CERTIFIED that on this 5th day of October, 2005, a true and correct copy of the foregoing UNITED STATES' NOTICE OF APPEARANCE OF COUNSEL was served upon the following non-CM/ECF participants by United States mail:

James Duberg, Esq.
727 Third Avenue
Chula Vista, CA 91910-5803

Lewis M. Druxman, Esq.
Attorney at Law
6715 Academy Road N.E., Suite B
Albuquerque, NM 87109
Attorney for Triad Suspension Technologies, Inc.

Mark S. Schmidt, Esq.
Miller Simon & Maier, S.C.
788 North Jefferson Street
Milwaukee, WI 52302
Attorney for Miller Simon & Maier

Peter D. Bilowz, Esq.
Goulston & Storrs, P.C.
400 Atlantic Ave.
Boston, MA 02110-3333
Attorney for Michael Mandelman

Peter C. Freeman, Esq.
Law Offices of Peter C. Freeman
16485 Laguna Canyon Rd., Ste. 230
Irvine, CA 92618-3846
Attorney for Scott Kajiya

Mr. Albert Lucci
1930 Wyoming Avenue
Fort Pierce, FL 34982

Robert W. Hallock, Esq.
202 S. Merrill Street
Park Ridge, IL 60068-4223

Christopher C. Noble, Esq.
Noble & Associates, LLC
11 Pine Street
Plainville, CT 06103
Attorney for Hilm Sevimli

Robert J. Danie, Esq.
9 Wagon Wheel Drive
Feeding Hills, MA 01030

Robert L. Morrow, Jr., MD
401 N. College Road, #5
Lafayette, LA 70506

Nicholas A. Russo, Sr.
310 Extonville Road
Allentown, NJ 08501

Richard J. Cortesi
5316 Camino Montano, N.E.
Albuquerque, NM 87111

Albert R. Gazza
589 Manchester
E. Glastonbury, CT 06025-0085

James P. Lewis
2143 S. Brentwood Street
Lakewood, CO 80227

Ronald Fulfer
15135 S. Francis Drive
Plainfield, IL 60544

| | |
|---|---|
| Ronald Garcia<br>2505 Madison, N.E.<br>Albuquerque, NM 87101 | Jeffrey M. Perkins<br>President<br>Western Design Engineering, Inc.<br>808 Airport Road |
| Carol Furtier and Anthony Pugliese<br>2500 Military Trail<br>Boca Raton, FL 33431 | Jackson, MI 49202<br><br>Burt R. Bondy<br>1523 Coast Walk |
| Donald C. Schunk<br>12572 Durrow Court<br>St. Louis, MO 63141 | La Jolla, CA 92037<br><br>John Inelli<br>17 Old Farmstead Rd. |
| Richard Dale Wood<br>13997 80th Ave. North<br>Maple Grove, MN 55311 | Chester, NJ 07930<br><br>Chuck S. Krowczyk<br>1852 S. Marshall Circle |
| Steve Halprin<br>1316 Penningtow Place<br>Concord, NC 28207 | Lakewood, CO 80232<br><br>Steven DeStout<br>#1 South Water Street |
| Alf Iseback<br>Gamla Tuvevagen 4<br>41705 Goteborg<br>SWEDEN | Henderson, NV 89105 |

Ronald Garcia
2505 Madison, N.E.
Albuquerque, NM 87101

Carol Furtier and Anthony Pugliese
2500 Military Trail
Boca Raton, FL 33431

Donald C. Schunk
12572 Durrow Court
St. Louis, MO 63141

Richard Dale Wood
13997 80th Ave. North
Maple Grove, MN 55311

Steve Halprin
1316 Penningtow Place
Concord, NC 28207

Alf Iseback
Gamla Tuvevagen 4
41705 Goteborg
SWEDEN

Kathryn L. Troccoli
1911 Champlain Street
Ottawa, IL 61350

Ed Pink
Ed Pink Racing Engines, Inc.
14612 Raymer Street
Van Nuys, CA 91405

Montgomery & Andrews, P.A.
325 Paseo De Peralta
Santa Fe, NM 87501

Jeffrey M. Perkins
President
Western Design Engineering, Inc.
808 Airport Road
Jackson, MI 49202

Burt R. Bondy
1523 Coast Walk
La Jolla, CA 92037

John Inelli
17 Old Farmstead Rd.
Chester, NJ 07930

Chuck S. Krowczyk
1852 S. Marshall Circle
Lakewood, CO 80232

Steven DeStout
#1 South Water Street
Henderson, NV 89105


By:

/s/ Adam F. Hulbig
ADAM F. HULBIG
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, DC 20044
Telephone: (202) 514-6061
Facsimile: (202) 307-0054
Email: adam.f.hulbig@usdoj.gov
            western.taxcivil@usdoj.gov