IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE O. EDWARD SCHLATTER**

**Civil Action No.**  95-cv-00777-ZLW-OES            **FTR – Courtroom A601**
**Date:**  October 7, 2005                                         Cathy Coomes, Courtroom Deputy

ELLER INDUSTRIES, INC., *et al.*;                           John "Jack" Tanner for
                                                                                    Plaintiff Sterling

                      Plaintiff(s),

v.

INDIAN MOTORCYCLE MANUFACTURING
COMPANY, INC.; *et al.*;

                      Defendant(s);

UNITED STATES OF AMERICA;                         Adam Hulbig (by telephone)
                      Intervenor(s).

_____

### COURTROOM MINUTES/MINUTE ORDER
_____

**TELEPHONIC STATUS CONFERENCE (Continued from September 29, 2005)**

**Court in session:**            **10:00 a.m.**

Court calls case.

Appearances of counsel and *pro se* parties.  Other parties present by telephone:
Michael Payne, L. Labriola, Peter Sklarew, Burt Bondy, and Rick Block.

Further discussion and questioning of the status of the case and the oral motion to
amend the caption.

**ORDERED:**  The oral motion to amend the caption is GRANTED.  The Clerk is directed
                      to amend the caption as follows:  **In Re:  Receivership Estate of Indian
                      Motorcycle Manufacturing, Inc., a New Mexico Corporation**.

**Court in recess:**            **11:29 a.m.**  (Hearing completed)
Total time in court:           0:29