IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2005 OCT 19  AM 9:04

GREGORY C. LANGHAM
CLERK

BY_____DEP. CLK

Civil Action No.: 95-cv-00777-ZLW-OES

**Eller Industries, Inc.,**
**Plaintiff(s)**

vs.

**Indian Motorcycle Manufacturing, Inc.,**
**Defendant(s).**

**RECEIPT FOR BOX 18**

**BOX 18 WAS RECEIVED ON OCTOBER 13, 2005**

By: _____
Joseph O'Hara
Deputy Clerk