OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

CANNOT LOCATE
95-CV-777 ZLW
#1888


RETURNED TO SENDER
ATTEMPTED, NOT KNOWN



W R
FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 18 2005

GREGORY C. LANGHAM
CLERK

ANK