

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

CANNOT LOCATE
95 CV-777 ZLW
#1892, #1893, #1888

No one here by this name — unknown

ATTEMPTED NOT KNOWN

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
OCT 17 2005
GREGORY C. LANGHAM
CLERK

Chuck Krowczyk
1853 South Marshall Circle
Lakewood, CO 80232