OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

CANNOT LOCATE
95- CV - 777 ZLW
#1893



FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 19 2005

GREGORY C. LANGHAM
CLERK

Steven DeStout
#1 South Water Street
Henderson, NV 89105