OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

CANNOT LOCATE
95-CV-777 ZLW
#1892 ✓
#1893

NOT DELIVERABLE AS ADDRESSED, UNABLE TO FORWARD
RETURNED TO SENDER

DENVER CO postmark OCT 07 05

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 17 2005

GREGORY C. LANGHAM
CLERK

James P. Lewis
2143 South Brentwood Street
Lakewood, CO 80227

80227+2412