IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 95-cv-00777-ZLW-OES

RECEIVERSHIP ESTATE OF INDIAN MOTORCYCLE MANUFACTURING INC.

---

MOTION TO WITHDRAW AND REMOVE NAME FROM
ELECTRONIC MAILING NOTICE BY JENNIFER C. ROBINSON

---

Jennifer C. Robinson, identified as counsel of record in the above referenced case, has been receiving notice of electronic filings and hereby moves to withdraw as counsel of record. As grounds therefore Ms. Robinson states that she has no recollection of any involvement in the case and does not currently represent any of the named parties in the case. Thus, good cause exists to permit the withdrawal of Jennifer C. Robinson as counsel of record in the case.

WHEREFORE, Jennifer C. Robinson requests that this Court enter an order accepting her withdrawal as counsel of record in the above captioned case and deleting her name from the electronic notice of filing.

Respectfully submitted this 20th day of October 2005.

/s Jennifer C. Robinson
Robinson Employment Law, LLC
Jennifer C. Robinson
303 E. 17TH Ave, Suite 200
Denver, Colorado 80203
(303) 866-9793
E-mail:  jrobinson@raemploymentgroup.com

1

CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on October 20, 2005 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system to be served to all other counsel of record.

                                                         s/Jennifer C. Robinson                        .
                                                         Jennifer C. Robinson
                                                         ROBINSON EMPLOYMENT LAW, LLC
                                                         303 E. 17TH Ave, Suite 200
                                                         Denver, Colorado 80203
                                                         (303) 866-9793
                                                         E-mail:  jrobinson@raemploymentgroup.com