UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 95-cv-777-ZLW-OES

In re:
THE RECEIVERSHIP ESTATE OF INDIAN MOTORCYCLE MANUFACTURING, INC.

**MINUTE ORDER**

ORDER ENTERED BY U.S. MAGISTRATE JUDGE O. EDWARD SCHLATTER
Dated:  October 24, 2005

     The Motion to Withdraw and Remove Name from Electronic Mailing Notice by Jennifer C. Robinson [Doc. #1903, filed 10/20/05] is GRANTED.