CANNOT LOCATE
95-CV-777 ZLW

#1892

#1893

**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 5 0 2005

Morty B. Lempel, Atty at Law
55 Old Turnpike Road
#209
Nantuet, NY 10954-2450

NOT AT
THIS ADDRESS

10954+2461-99 C003