OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

CANNOt LoCATE
95-CV-777 ZLW
#1892



**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 2 0 2005

GREGORY C. LANGHAM
CLERK

RETURN
TO S
FORW
EXP

Steven  DeStout
#1 South Water Street
Henderson, NV 89105