OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

CANNOT LOCATE
97-CV-777 ZLV
#1888



FILED

Steven DeStout
#1 South Water Street
Henderson, NV 89105