UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 95-cv-777-ZLW-OES

In re:

THE RECEIVERSHIP ESTATE OF INDIAN MOTORCYCLE MANUFACTURING, INC.

_____

**BRUCE A. MENK's and JAMES W. BRITT's MOTION TO WITHDRAW
AS COUNSEL FOR ELLER INDUSTRIES and
TO REMOVE NAMES FROM ELECTRONIC MAILING NOTICE**
_____

COME NOW Bruce A. Menk and James W. Britt of the law firm of Hall & Evans, L.L.C., and pursuant to the provisions of D.C.Colo.L.Civ.R. 83.3(d) and request to withdraw as attorneys for Eller Industries in this matter. As grounds for this Motion, Mr. Menk and Mr. Britt state they are no longer retained by Eller Industries to represent it in this matter.

By copy of this Motion being served upon Eller Industries, Eller Industries is advised that they are responsible for complying with all Court Orders and time limitations established by any applicable rules or Orders of this Court. Further, Eller Industries is given notice that it cannot appear without counsel admitted to practice before this Court and absent prompt appearance of substitute counsel, pleadings, motions, and other papers may be stricken, and default judgment or other sanctions may be imposed against Eller Industries.

For the foregoing reasons, Mr. Menk and Mr. Britt request they be allowed to withdraw as attorneys for Eller Industries and that their names be removed from the electronic mailing notice of the Court.

Dated this 28th day of October, 2005.

                                                     Respectfully submitted,

                                                     HALL & EVANS, L.L.C.

*s/Bruce A. Menk*

_____

*s/James W. Britt*

_____

BRUCE A. MENK
JAMES W. BRITT
1125 – 17th S5reet, Suite 600
Denver, CO  80202
303-628-3348
303-825-4978 (fax)

**ATTORNEYS FOR
LONNIE LABRIOLA and
ELLER INDUSTRIES**

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of October, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

| | |
|---|---|
| Steve D. Bell | Bell.steve@dorsey.com |
| Todd P. Blakely | tblakely@heridanroos.com |
| Philip Edward Blondin | Philip.Blondin@usdoj.gov |
| James R. Cage | jcage@cagewilliams.com |
| J. Eric Elliff | jelliff@mofo.com |
| James R. Evenson | jeverson@messner-reeves.com |
| Monica Anne Flanigan | Mflanigan@halefriesen.com |
| Allan L. Hale | HaleUSDC@halefriesen.com |
| Adam F. Hulbig | Adam.f.hulbig@usdoj.gov |
| Glen E. Keller, Jr. | Glen.keller@dgslaw.com |
| Mollybeth R. Kocialski | Mollybeth.kocialski@firstdatacorp.com |
| Richard Kent Kornfeld | rickkornfeld@rechtkornfeld.com |

| | |
|---|---|
| Lee M. Kutner | lmk@kutnerlaw.com |
| Robert A. Lees | ral@robertalees.com |
| Gary Lozow | glozow@ir-law.com |
| Steven J. Merker | Merker.steve@dorsey.com |
| Nancy Dee Miller | nmiller@kennedy-christopher.com |
| Stuart Harris Pack | spack@ir-law.com |
| Edward T. Ramey | Eramey@ir-law.com |
| Jennifer C. Robinson | jrobinson@raemplymentgroup.com |
| Brad Wayne Schacht | bschacht@ottenjohnson.com |
| Donald Francis Slavin | dslavinpc@msn.com |
| Gregory C. Smith | gsmith@fwlaw.com |
| John ("Jack") Markham Tanner | jtanner@fwlaw.com |

and, I hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participants in the manner indicated by the non-participant's name:

*by U.S. Mail, postage prepaid / client*
Eller Industries
c/o Leonard S. ("Lonnie") Labriola
6035 N. 115th Street
Longmont, CO 80504-8434

| | | |
|---|---|---|
| Burt Bondy<br>1523 Coast Walk<br>La Jolla, CA  92037 | R.J. Coresti<br>5316 Camino Montano, North East<br>Albuquerque, NM 87111 | Robert J. Daniel<br>9 Wagon Wheel Drive<br>Feeding Hills, MA  01030 |
| Daniel L. Dawes<br>Graham & James, LLP<br>650 Town Center Drive, 6th Flr.<br>Costa Mesa, CA  92626 | Steve DeStout<br>#1 South Water Street<br>Henderson, NV  89105 | John V. Del Gaudio, Jr.<br>John V. Del Gaudio, Jr. & Associates<br>221 N. LaSalle St., #638<br>Chicago, IL  60601 |
| James Duberg<br>727 Third Avenue<br>Chula Vista, CA  91910-5803 | Ronald Fulfer<br>15315 S. Francis Dr.<br>Plainfield, IL  60544 | Carol Furier<br>2500 Military Trail<br>Boca Raton, FL  33431 |
| Ronald Garcia<br>2505 Madison, North East<br>Albuquerque, NM  87101 | Albert R. Gazza<br>589 Manchester<br>East Glastonbury, CT  06025-0085 | James R. Ghiselli<br>Ghiselli law Offices, PC<br>8170 Kincross Drive<br>Boulder, CO  80302 |
| Robert W. Hallock<br>202 S. Merrill St.<br>Park Ridge, IL  60068-4223 | Steve Halprin<br>1315 Penningtow Place<br>Concord, NC  28207 | John Inelli<br>17 Old Farmstead Rd.<br>Chester, NJ 07930 |

| | | |
|---|---|---|
| Alf Iseback<br>Gamla Tuveagen 4<br>Goteborg, Sweden, 41705 | Scott Kajiya<br>c/o Peter C. Freeman, Esq.<br>Law Offices of Peter C. Freeman<br>16485 Laguna Canyon Rd., #230<br>Irvine, CA  92618-3846 | Chuck Krowczyk<br>1853 S. Marshall Cir.<br>Lakewood, CO  80232 |
| Morty B. Lempel<br>Morty B. Lempel, Esq.<br>55 Old Turnpike Rd., #209<br>Nantuet, NY  10954-2450 | James P. Lewis<br>2143 S. Brentwood St.<br>Lakewood, CO  80227 | Albert Lucci<br>1930 Wyoming Avenue<br>Ft. Pierce, Fl  34982 |
| Michael Mandelman<br>c/o Peter D. Bilowz, Esq.<br>Goulston & Storrs, P.C.<br>400 Atlantic Avenue<br>Boston, MA  02110-3333 | Gerald C. Miller<br>U.S. Department of Justice<br>DC Tax Division<br>P.O. Box 683<br>Ben Franklin Station<br>Washington, DC  20044 | Miller Simon & Maier<br>c/o Mark S. Schmidt, Esq.<br>788 North Jefferson St.<br>Milwaukee, WI  53202 |
| Montgomery & Andrews, P.A.<br>325 Paso De Peralta<br>Santa Fe, NM  87501 | Robert Morrow, Jr.<br>401 North College Rd. #5<br>Lafayette, LA  70506 | Gary Clifford Moschetti<br>Hatch & Moschetti, LLC<br>1800 Glenarm Place – 9th Flr.<br>Denver, CO  80202 |
| Jeffrey M. Perkins<br>Western Design Engineering, Inc.<br>808 Airport Rd.<br>Jackson, MI  49202 | Ed Pink Racing Engines, Inc.<br>14612 Raymer St.<br>Van Nuys, CA  91405 | Anthony Pugliese<br>2500 Military Trail<br>Boca Raton, FL  33431 |
| Nicholas Russo<br>310 Extonville Rd.<br>Allentown, NJ  08501 | Cassandra Gay Sasso<br>Baker & Hostetler-Colorado<br>303 E. 17th Ave., #1100<br>Denver, CO  80203 | Donald Schunk<br>12572 Durrow Court<br>St. Louis, MO  53141 |
| Hilm Sevimli<br>c/o Christopher C. Noble, Esq.<br>Nobel & Associates, LLC<br>11 Pine Street<br>Plainville, CT  06103 | Peter Sklarew<br>US Department of Justice<br>DC Tax Division<br>P.O. Box 55<br>Ben Franklin Station<br>Washington, DC  20044 | Nancy B. Smith<br>Dorsey & Whitney, LLP – Colorado<br>370 – 17th Street, #4700<br>Denver, CO  80202-5647 |
| Noreene C. Stehlik<br>US Department of Justice<br>DC Tax Division<br>P.O. Box 683<br>Ben Franklin Station<br>Washington, DC  20044 | Douglas William Swartz<br>Sheridan Ross P.C.<br>1560 Broadway, #1200<br>Denver, CO  80202 | Douglas M. Tisdale<br>Tisdale & Associates LLC<br>1600 Broadway, #2600<br>Denver, CO  80202 |

| | | |
|---|---|---|
| Triad Suspension Technologies, Inc.<br>c/o Lewis M. Druxman, Esq.<br>6715 Academy Rd. North East<br>Suite B<br>Albuquerque, NM  87109 | Kathryn L. Troccoli<br>1911 Champlain St.<br>Ottawa, IL  61350 | Richard Dale Wood<br>13997 80th Ave. North<br>Maple Grove, MN  55311 |

*s/V. Dawn Brimer*
Legal Secretary to Bruce A. Menk

_____

H:\Users\MENKB\Eller Industries\gnplead\Mot to Withdraw_re Eller Industries.doc