UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 95-cv-00777-ZLW-OES

In re:
THE RECEIVERSHIP ESTATE OF INDIAN MOTORCYCLE MANUFACTURING, INC.

## INSTRUCTIONS TO RECEIVERS

ENTERED BY U.S. MAGISTRATE JUDGE O. EDWARD SCHLATTER
Dated:  October 31, 2005

     The Receiver has asked for instructions as to whether it should expend resources of the estate to oppose an appeal in the First Circuit by the United States. The appeal in from a finding of fact entered by Senior Judge Keeton when this case was in the District of Massachusetts that the United States had engaged in misconduct, but did not involve any sort of sanction against the United States or benefit to the receivership estate.

     The United States has objected to the giving of an instruction. Under the circumstances, the Receiver asking instructions is appropriate, and the objection to the request for instructions is overruled.

     As the finding of fact was not coupled with any sanction, it may well not even be properly appealable in the First Circuit.  *In re Lawrence G. Williams,* 156 F.3d 86 (1st Cir. 1998) (appeal of finding of misconduct by United States, without sanction, dismissed for lack of jurisdiction ) *aff'd en banc*, 158 F.3d 50 (1st Cir. 1998). Even if there is jurisdiction in the First Circuit, however, there is no benefit to be gained by the estate from the affirmance of the ruling because no sanction or other order favorable to

the estate, nor unfavorable to the United States, was entered. As there will be no benefit to the estate if the finding is upheld, the Receiver should not expend resources on the merits of the issue.

The Receiver is instructed not to file a substantive brief on the merits of the appeal in the First Circuit, but rather to file an explanation with the First Circuit as to why it is not filing a substantive brief.

Dated at Denver, Colorado, this day of: October 31, 2005

BY THE COURT:

s/ O. Edward Schlatter
_____
O. Edward Schlatter
United States Magistrate Judge