UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 95-cv-00777-ZLW-OES

In re:
THE RECEIVERSHIP ESTATE OF INDIAN MOTORCYCLE MANUFACTURING, INC.

## ORDER

ENTERED BY U.S. MAGISTRATE JUDGE O. EDWARD SCHLATTER
Dated:  November 1, 2005

    Bruce A. Menk's and James W. Britt's Motion to Withdraw As Counsel for Eller Industries and to Remove Names from Electronic Mailing Notice [filed October 28, 2005, Document 1912] is GRANTED.

    Dated at Denver, Colorado, this day of:  November 1, 2005

BY THE COURT:

s/ O. Edward Schlatter
_____
O. Edward Schlatter
United States Magistrate Judge