IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 95-CV-00777-ZLW-OES

In re:

THE RECEIVERSHIP ESTATE OF INDIAN
MOTORCYCLE MANUFACTURING, INC.

---

**MOTION TO WITHDRAW AS COUNSEL FOR ELLER INDUSTRIES AND TO REMOVE NAMES FROM ELECTRONIC MAILING NOTICE**

---

Dorsey & Whitney LLP and Steven J. Merker, pursuant to the provisions of D.C.Colo.L.Civ.R. 83.3(d), request to withdraw as attorney for Eller Industries in this matter. As grounds for this Motion, movants state they are no longer retained by Eller Industries to represent it in this matter.

By copy of this Motion being served upon Eller Industries, Eller Industries is advised that it is responsible for complying with all Court Orders and time limitations established by any applicable rules or Orders of this Court. Further, Eller Industries is given notice that it cannot appear without counsel admitted to practice before this Court and absent prompt appearance of substitute counsel, pleadings, motions, and other papers may be stricken, and default judgment or other sanctions may be imposed against Eller Industries.

For the foregoing reasons, movants request that they be allowed to withdraw as attorneys for Eller Industries and that their names be removed from the electronic mailing notice of the Court.

Dated this 1st day of November, 2005.

                              DORSEY & WHITNEY LLP

                              s/ Steven J. Merker

                              _____
                              Steven J. Merker
                              Republic Plaza Building, Suite 4700
                              370 17th Street
                              Denver, CO 80202-5647
                              Telephone: (303) 629-3400

# CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of November, 2005, I caused the foregoing **MOTION TO WITHDRAW AS COUNSEL FOR ELLER INDUSTRIES AND TO REMOVE NAMES FROM ELECTRONIC MAILING NOTICE** to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

| | |
|---|---|
| Stephen D. Bell | bell.steve@dorsey.com |
| Todd P. Blakely | tblakely@heridanroos.com |
| Philip Edward Blondin | Philip.Blondin@usdoj.gov |
| James R. Cage | jcarge@cagewilliams.com |
| J. Eric Elliff | jelliff@mofo.com |
| James R. Evenson | jeverson@messner-reeves.com |
| Monica Anne Flanigan | Mflanigan@halefriesen.com |
| Allan L. Hale | HaleUSDC@halefriesen.com |
| Adam F. Hulbig | Adam.f.hulbig@usdoj.gov |
| Glen E. Keller, Jr. | Glen.keller@dgslaw.com |
| Mollybeth R. Kocialski | Mollybeth.kocialski@firstdatacorp.com |
| Richard Kent Kornfeld | rickkornfeld@rechtkornfeld.com |
| Lee M. Kutner | lmk@kutnerlaw.com |
| Robert A. Lees | ral@robertalees.com |
| Gary Lozoq | glozow@ir-law.com |

| Nancy Dee Miller | nmiller@kennedy-Christopher.com |
|---|---|
| Stuart Harris Pack | spack@ir-law.com |
| Edward T. Ramey | Eramey@ir-law.com |
| Jennifer C. Robinson | jrobinson@raemploymentgroup.com |
| Brad Wayne Schacht | bschacht@ottenjohnson.com |
| Donald Francis Slavin | dslavinpc@msn.com |
| Gregory C. Smith | gsmith@fwlaw.com |
| John ("Jack") Markham Tanner | jtanner@fwlaw.com |
| Bruce Alford Menk | menkb@hallevans.com |
| James W. Britt | brittj@hallevans.com |

and, I hereby certify that I have served on November 1, 2005 the foregoing **MOTION TO WITHDRAW AS COUNSEL FOR ELLER INDUSTRIES AND TO REMOVE NAMES FROM ELECTRONIC MAILING NOTICE** on the following non-CMB/ECF participants via U.S. Mail first class postage affixed thereto on the following non-participant's listed below:

Eller Industries
c/o Leonard S. ("Lonnie") Labraiola
6035 N. 115th Street
Longmont, CO  80504-8434

R.J. Cortesi
5316 Camino Montano, North East
Albuquerque, NM  87111

Robert J. Daniel
9 Wagon Wheel Drive
Feeding Hills, MA  01030

Steve DeStout
#1 South Water Street
Henderson, NV  89105

4

Daniel L. Dawes
Graham & James, LLP
650 Town Center Drive, 6th Fl.
Costa Mesa, CA  92626

James Duberg
727 Third Avenue
Chula Vista, CA  91910-5803

Carol Furtier
2500 Military Trail
Boca Raton, FL  33431

Albert R. Gazza
589 Manchester
East Glastonbury, CT  06025-0085

Robert W. Hallock
202 South Merrill Street
Park Ridge, IL  60068-4223

John Inelli
17 Old Farmstead Rd.
Chester, NJ  07930

Scott Kajiya
c/o Peter C. Freeman, Esq.
Law Offices of Peter C. Freeman
16485 Laguna Canyon Road, Suite 230
Irvine, CA  92618-3846

Chuck Krowczyk
1853 South Marshall Circle
Lakewood, CO  80232

Albert Lucci
1930 Wyoming Avenue
Ft. Pierce, FL  34982

John V. Del Gaudio, Jr.
John V. Del Gaudio, Jr. & Associates
221 North LaSalle Street, #638
Chicago, IL  60601

Ronald Fulfer
15315 South Francis Drive
Plainfield, IL  60544

Ronald Garcia
2505 Madison, North East
Albuquerque, NM  87101

James R. Ghiselli
Ghiselli Law Offices, PC
8170 Kincross Drive
Boulder, CO  80302

Steve Halprin
1315 Penningtow Place
Concord, NC  28207

Allf Isebach
Gamla Tuvevagen 4
Goteborg, Sweden, 41705

Morty B. Lempel
Morty B. Lempel, Attorney at Law
55 old Turnpike Road, #209
Nantuet, NY  10954-2450

James P. Lewis
2143  S. Brentwood St.
Lakewood, CO  80227

Michael Mandelman
c/o PeterD. Bilowz, Esq.
Goulston & Storrs, P.C.
400 Atlantic Avenue
Boston, MA  02110-3333

Gerald C. Miller
U.S. Department of Justice
DC Tax Division
P.O. Box 683
Ben Franklin Station
Washington, DC  20044

Miller Simon & Maier
c/o Mark S. Schmidt, Esq.
788 North Jefferson St.
Milwaukee, WI  53202

Montgomery & Andrews, P.A.
325 Paso De Peralta
Santa Fe, NM  87501

Robert Morrow, Jr.
401 North College Rd., #5
Lafayette, LA  70506

Gary Clifford Moschetti
Hatch & Moschetti, LLC
1800 Glenarm Place – 9th Fl.
Denver, CO  80202

Jeffrey M. Perkins
Western Design Engineering, Inc.
808 Airport Rd.
Jackson, MI  49202

Ed Pink
Ed Pink Racing Engines, Inc.
14612 Raymer Street
Van Nuys, CA  91405

Anthony Pugliese
2500 Military Trail
Boca Raton, FL  33431

Nicholas Russo
310 Extonville Rd.
Allentown, NJ  08501

Cassandra Gay Sasso
Baker & Hostetler-Colorado
303 E. 17th Avenue, #1100
Denver, CO  80203

Donald Schunk
12572 Durrow Court
St. Louis, MO  53141

Hilm Sevimli
c/o Christopoher C. Noble, Esq.
Noble & Associates, LLC
11 Pine Street
Plainville, CT  06103

Peter Sklarew
U.S. Department of Justice
DC Tax Division
P.O. Box 55
Ben Franklin Station
Washington, DC  20044

Noreene C. Stehlik
U.S. Department of Justice
DC Tax Division
P.O. Box 683
Ben Franklin Station
Washington, DC  20044

Douglas William Swartz  
Sheridan Ross, P.C.  
1560 Broadway, #1200  
Denver, CO  80202  

Triad Suspension Technologies, Inc.  
c/o Lewis M. Druxman, Esq.  
6715 Academy Rd. North East  
Suite B  
Albuquerque, NM  87109  

Richard Dale Wood  
13997 80th Avenue North  
Maple Grove, MN  55311  

Douglas M. Tisdale  
Tisdale & Associates LLC  
1600 Broadway, #2600  
Denver, CO  80202  

Kathryn L. Troccoli  
1911 Champlain Street  
Ottawa, IL  61350  

Burt Bondy  
1523 Coast Walk  
La Jolla, CA  92037  

                          s/ Dianna Frogge  
                          Dianna Frogge  
                          Legal Secretary to Steven J. Merker