UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 95-cv-00777-ZLW-OES

In re:
THE RECEIVERSHIP ESTATE OF INDIAN MOTORCYCLE MANUFACTURING, INC.

**ORDER**

ENTERED BY U.S. MAGISTRATE JUDGE O. EDWARD SCHLATTER
Dated: November 3, 2005

Dorsey & Whitney LLP and Steven J. Merker's Motion to Withdraw as Counsel for Eller Industries and to Remove Names from Electronic Mailing Notice [filed November 1, 2005, Document 1916] is GRANTED.

Dated at Denver, Colorado, this day of: November 3, 2005

BY THE COURT:

s/ O. Edward Schlatter
_____
O. Edward Schlatter
United States Magistrate Judge