

OFFICE OF THE CLERK
NITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A-105
DENVER, CO 80294

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OFFICIAL BUSINESS
NOV 02 2005
GREGORY C. LANGHAM
CLERK

NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

OCT 24'05

CAN NOT LOCATE
95-CV-777 ZW
#1905

Chuck Krowczyk
1853 South Marshall Circle
Lakewood, CO 80232

80232+7087-53 C010