OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

CANNot LOCATE
95-CN- 777 ZLW
#1888



**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 02 2005

GREGORY C. LANGHAM
CLERK

James P. Lewis
2143 South Brentwood Street
Lakewood, CO 80227