OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
ALFRED A. ARRAJ  COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

CANNOT LOCATE
95 - CV - 777 ZW
# 1888

RETURN TO SENDER - UNABLE TO FORW

" HILM SEVIMLI "

Christopher C. Noble, Esq.
Nobel & Associates, LLC
11 Pine Street
Plainville, CT   06103

06062/1973