THE CLERK
District Court
et, Room A105
0294-3589
NESS

 ATTEMPTED NOT KNOWN



Chuck   Krowczyk
1853 South Marshall Circle
Lakewood, CO 80232

ATTEMPTED NOT KNOWN

CANNOT LOCATE
95-cv-777
#1917 & #1918

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 07 2005

GREGORY C. LANGHAM
CLERK