THE CLERK
District Court
eet, Room A105
80294-3589
INESS



James P. Lewis
2143 South Brentwood Street
Lakewood, CO 80227



CANNot LoCATE
95-CV-777
#1914, #1917 & #1918