

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

CANNOT LOCATE
95-CV-777   #1915

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 0 8 2005

GREGORY C. LANGHAM
CLERK

Chuck Krowczyk
1853 South Marshall Circle
Lakewood, CO 80232