OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

CANNot LOCATE
95-CV-777 ZLW
#1915

RTN To Sender Undeliverable As Address

DENVER
NOV 07 '05

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 0 8 2005

GREGORY C. LANGHAM
CLERK

Carol Furtier
2500 Military Trail
Boca Raton, FL 33431

33431+6344