**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

CANNOT LOCATE
95-CV-777 ZCW
#1914

RETURN TO SENDER / UNABLE TO FOR

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV - 9 2005

GREGORY C. LANGHAM
CLERK

Hilm  Sevimli
c/o Christopher C. Noble, Esq.
Noble & Associates, LLC
11 Pine Street
Plainville, CT 06103