UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 95-cv-00777-ZLW-OES

In re:
THE RECEIVERSHIP ESTATE OF INDIAN MOTORCYCLE MANUFACTURING, INC.

**MINUTE ORDER**

ENTERED BY U.S. MAGISTRATE JUDGE O. EDWARD SCHLATTER
Dated:  November 14, 2005

The Court shall conduct a further settlement conference in Courtroom A-601 of the United States Courthouse located at 901 19th Street, Denver, Colorado, on **November 28, 2005**, at the hour of 10:00 a.m.  Defendant Credit Manager Association of California d/b/a Business Credit Services,  Indian Motorcycle Company; IMCOA Licensing America, Inc., IMCOA Holdings America, Inc., Sterling Consulting Corporation, and Sterling Consulting Corporation as Receiver are all directed to appear in person at this conference.

Parties involved in 05-cv-01573-PSF-CBS Sterling Consulting Corporation v. Credit Managers Association of California are encouraged to attend the settlement conference.