OFFICE OF THE CLERK
STATES DISTRICT COURT
ED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

CANNOT LOCATE
95-CV-777-2
#1880 + #1892

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 1 5 2005

GREGORY C. LANGHAM
CLERK

not @
ste 600

Graham & James, LLP - Costa Mesa, CA
650 Town Center Drive, 6th Floor
Costa Mesa, CA 92626

92626+1989-99 C008