OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

CANNOT LOCATE
95-CV-777-ZLW
#1914

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 14 2005

GREGORY C. LANGHAM
CLERK



Daniel L. Dawes
Graham & James, LLP-Costa Mesa California
650 Town Center Drive
6th Floor
Costa Mesa, CA 92626