OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

CANNOT LOCATE
95-CV-777-ZLW
#1914 & #1915

RETURNED TO SENDER
FORWARDING ORDER EXPIRED



FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 16 2005

GREGORY C. LANGHAM
CLERK