OFFICE OF THE CLERK
United States District Court
901-19th Street, Room A105
Denver, CO 80294-3589

OFFICIAL BUSINESS




Burt   Bondy
1523 Coast Walk
La Jolla, CA 92037

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 14 2005

GREGORY C. LANGHAM
                    CLERK

CANNOT LOCATE
95-CV-777
#1917 + #1918