OFFICE OF THE CLERK
United States District Court
901-19th Street, Room A105
Denver, CO 80294-3589

OFFICIAL BUSINESS



John V. DelGaudio Jr.
John V. Del Gaudio, Jr. & Associat.
221 North LaSalle Street
#638
Chicago, IL 60601

CANNot LOCATE
95-CV-777
#1917 & #1918



FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 14 2005

GREGORY C. LANGHAM
CLERK