OFFICE OF THE CLERK
United States District Court
901-19th Street, Room A105
Denver, CO 80294-3589

OFFICIAL BUSINESS



Hilm Sevimli
c/o Christopher C. Noble, Esq.
Noble & Associates
11 Pi...
Plai...

CANNot LOCATE
95-CV-777 ZLW
#1917 + #1918

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 14 2005

GREGORY C. LANGHAM
CLERK