UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 95-cv-00777-ZLW-OES

In re:
THE RECEIVERSHIP ESTATE OF INDIAN MOTORCYCLE MANUFACTURING, INC.

**MINUTE ORDER**

ENTERED BY U.S. MAGISTRATE JUDGE O. EDWARD SCHLATTER
Dated:  November 21, 2005

     Parties and counsel shall have to and including December 9, 2005, in which to respond to Sterling Consulting Corporation's Motion to Reconsider Orders, Amend Orders, and Order Restitution with Incorporated Legal Authority [filed November 18, 2005, Document 1940].