HE CLERK
District Court
t, Room A105
)294-3589
IESS

Daniel L. Dawes
Graham & James, LLP-Costa Mesa
650 Town Center Drive
6th Floor
Costa Mesa, CA 92626

not @ suite 600

UNKNOWN

CAN NOT LOCATE
95-CV-777
#1917

ZLW-OES

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 21 2005

GREGORY C. LANGHAM
                CLERK