OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

CANNOT LOCATE ZLW-OES
95-CV-777
#1914 + #1915

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 21 2005

GREGORY C. LANGHAM
CLERK

John V. DelGaudio Jr.
John V. Del Gaudio, Jr. & Associates
221 North LaSalle Street
#638
Chicago, IL 60601

NIXIE
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 80294250151    *0420-08556-01-39