IE CLERK
istrict Court
, Room A105
294-3589
ESS

NOV 03'05

Steven  DeStout
#1 South Water Str
Henderson, NV 89105

☐ OTHER

A
C
S

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 21 2005

GREGORY C. LANGHAM
CLERK

CANNOT LOCATE
95-CV-777
#1917        ZLW-OES