OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

ZKW OES

CANNOT LOCATE
95-CV-777
#1914

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 21 2005

GREGORY C. LANGHAM
CLERK

Return to Sender No longer At this Address

Ronald Garcia
2505 Madison, North East
Albuquerque, NM 87101

GARC505   871105017 1604 22 11/12/05
         RETURN TO SENDER
GARCIA, JENNIFER
   MOVED LEFT NO ADDRESS
   UNABLE TO FORWARD
   RETURN TO SENDER

87110+3905-