'�CE OF THE CLERK
ATES DISTRICT COURT
) A. ARRAJ COURTHOUSE
·19TH ST., ROOM A105
·VER, CO 80294-3589

OFFICIAL BUSINESS

CANNOT LOCATE ZIP - OES
95 - CV - 777
#1881

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 21 2005

GREGORY C. LANGHAM
CLERK

Graham & James, LLP - Costa Mesa, CA
650 Town Center Drive, 6th Floor
Costa Mesa, CA  92626

RETURN
TO SENDER
INSUFFICIENT
ADDRESS