FICE OF THE CLERK
TATES DISTRICT COURT
D A. ARRAJ COURTHOUSE
1-19TH ST., ROOM A105
NVER, CO 80294-3589

OFFICIAL BUSINESS

CANNOT LOCATE  ZLW-OES
95-CV-777
#1914 & #1915

Not Deliverable as Addressed
Unable to Forward
RETURNED TO SENDER



NOV 01 '05

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
NOV 21 2005
GREGORY C. LANGHAM
CLERK

Jeffrey M. Perkins
Western Design Engineering, Inc.
808 Airport Road
Jackson, MI 49202