'FICE OF THE CLERK
TATES DISTRICT COURT
:D A. ARRAJ COURTHOUSE
1-19TH ST., ROOM A105
:NVER, CO 80294-3589

OFFICIAL BUSINESS

CAN M+ LOCATE   ZLW - OES
95-CV-777
#1915

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 21 2005

GREGORY C. LANGHAM
CLERK

Anthony Pugliese
2500 Military Trail
Boca Raton, FL 33431