**MINUTE ENTRY FOR SETTLEMENT CONFERENCE**

TO: DOCKETING

DATED: November 28, 2005

FROM: O. Edward Schlatter
U.S. Magistrate Judge

RE: In Re: Indian Motorcycle
95-cv-00777-ZLW-OES

\_x\_\_  A settlement conference was held on this date and a settlement was not reached.

\_\_\_\_  A settlement conference was held on this date and a settlement was reached. The parties are to submit their settlement documents on or before _____.

\_x\_\_  Settlement conference was held for 3 hours.

\_x\_\_  The settlement conference was concluded.

\_\_X\_\_  No record was made.