UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 95-cv-00777-ZLW-OES

In re:
THE RECEIVERSHIP ESTATE OF INDIAN MOTORCYCLE MANUFACTURING, INC.

**MINUTE ORDER**

ENTERED BY U.S. MAGISTRATE JUDGE O. EDWARD SCHLATTER
Dated:  November 28, 2005

     The Court shall conduct a hearing for one-half day commencing at 9:30 a.m. on **December 13, 2005**, concerning Sterling Consulting Corporation's Motion to Reconsider Orders, Amend Orders, and Order Restitution with Incorporated Legal Authority [filed November 18, 2005, Document 1940].