OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

CANNOT LOCATE
95-CV-777

#1928

ZLW-OFS

RTN To Sender Undeliverable As Address

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 28 2005

GREGORY C. LANGHAM
CLERK

Carol Furtier
2500 Military Trail
Boca Raton, FL 33431

80294/2500