FICE OF THE CLERK
ted States District Court
-19th Street, Room A105
iver, CO 80294-3589

**ICIAL BUSINESS**



☐ INSUFFICIENT ADDRESS
☐ NO SUCH NUMBER
☐ UNCLAIMED ☐ REFUSED
☐ ATTEMPTED NOT KNOWN
☐ NO SUCH STREET
☐ VACANT
☐ NO RECEPTACLE
☒ NOT DELIVERABLE AS ADDRESSED UNABLE TO FORWARD
ROUTE NO. 14 DATE 11/7
CARR. INITIALS

Carol Furtier
2500 Military Trail
Boca Raton, FL 33431

CANNOT LOCATE
95-CV-777
#1917 & #1918
2LW-OES

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 2 8 2005

GREGORY C. LANGHAM
CLERK