**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 2 3 2005

GREGORY C. LANGHAM
CLERK

Anthony Pugliese
2500 Military Trail
Boca Raton, FL 33431

CANNOT LOCATE
95-CV-777
#1917 × #1918

☐ VACANT
☐ NO RECEPTACLE
☒ NOT DELIVERABLE
ADDRESSED AS
ADDRESSED-UNABLE
TO FORWARD
ROUTE NO.
CARR/INITIALS
DATE 11/17