ATTEMPTED NOT KNOWN

Chuck Krowczyk
1853 South Marshall Circle
Lakewood, CO 80232

ATTEMPTED NOT KNOWN

CANNot LOCATE
95-cv-777
#1941 & #1942

ZLW-6ES

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 2 8 2005

GREGORY C. LANGHAM
CLERK