OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

CANNOT LOCATE ZLW-OES

95-CW-777
#1888

**FILED**
UNITED STATES DIST
DENVER

NOV 2 3 2005

GREGO

9262641989-99 C008
80294/2300

lllull.l.lll.....l.l.ll....l.l.l

Graham & James, LLP-Costa Mesa, CA
650 Town Center Drive, 6th Floor
Costa Mesa, CA   92626

not 600
St.