OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

CANNOT LOCATE  ZLW-OES
95-CN-777
#1914



FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 28 2005

GREGORY C. LANGHAM
CLERK

Burt Bondy
1523 Coast Walk
La Jolla, CA 92037

92037+3731-23 C030