IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 95-CV-00777-ZLW-OES

In re:

THE RECEIVERSHIP ESTATE OF INDIAN
MOTORCYCLE MANUFACTURING, INC.

---

### MOTION TO WITHDRAW AS COUNSEL FOR ELLER INDUSTRIES AND TO REMOVE NAMES FROM ELECTRONIC MAILING NOTICE

---

Dorsey & Whitney LLP and Stephen D. Bell, pursuant to the provisions of D.C.Colo.L.Civ.R. 83.3(d), request to withdraw as attorney for Eller Industries in this matter. As grounds for this Motion, movants state they are no longer retained by Eller Industries to represent it in this matter.

By copy of this Motion being served upon Eller Industries, Eller Industries is advised that it is responsible for complying with all Court Orders and time limitations established by any applicable rules or Orders of this Court. Further, Eller Industries is given notice that it cannot appear without counsel admitted to practice before this Court and absent prompt appearance of substitute counsel, pleadings, motions, and other papers may be stricken, and default judgment or other sanctions may be imposed against Eller Industries.

For the foregoing reasons, movants request that they be allowed to withdraw as attorneys for Eller Industries and that their names be removed from the electronic mailing notice of the Court.

Dated this 30th day of November, 2005.

                              DORSEY & WHITNEY LLP


                              s/ Stephen D. Bell

                              _____
                              Stephen D. Bell
                              Republic Plaza Building, Suite 4700
                              370 17th Street
                              Denver, CO 80202-5647
                              Telephone: (303) 629-3400

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of November, 2005, I caused the foregoing **MOTION TO WITHDRAW AS COUNSEL FOR ELLER INDUSTRIES AND TO REMOVE NAMES FROM ELECTRONIC MAILING NOTICE** to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

| Todd P. Blakely | tblakely@heridanroos.com |
|---|---|
| Philip Edward Blondin | Philip.Blondin@usdoj.gov |
| James R. Cage | jcarge@cagewilliams.com |
| J. Eric Elliff | jelliff@mofo.com |
| James R. Evenson | jeverson@messner-reeves.com |
| Monica Anne Flanigan | Mflanigan@halefriesen.com |
| Allan L. Hale | HaleUSDC@halefriesen.com |
| Adam F. Hulbig | Adam.f.hulbig@usdoj.gov |
| Glen E. Keller, Jr. | Glen.keller@dgslaw.com |
| Mollybeth R. Kocialski | Mollybeth.kocialski@firstdatacorp.com |
| Richard Kent Kornfeld | rickkornfeld@rechtkornfeld.com |
| Lee M. Kutner | lmk@kutnerlaw.com |
| Robert A. Lees | ral@robertalees.com |
| Gary Lozoq | glozow@ir-law.com |
| Nancy Dee Miller | nmiller@kennedy-Christopher.com |

| Stuart Harris Pack | spack@ir-law.com |
| --- | --- |
| Edward T. Ramey | Eramey@ir-law.com |
| Jennifer C. Robinson | jrobinson@raemploymentgroup.com |
| Brad Wayne Schacht | bschacht@ottenjohnson.com |
| Donald Francis Slavin | dslavinpc@msn.com |
| Gregory C. Smith | gsmith@fwlaw.com |
| John ("Jack") Markham Tanner | jtanner@fwlaw.com |
| Bruce Alford Menk | menkb@hallevans.com |
| James W. Britt | brittj@hallevans.com |

and, I hereby certify that I have served on November 30, 2005 the foregoing **MOTION TO WITHDRAW AS COUNSEL FOR ELLER INDUSTRIES AND TO REMOVE NAMES FROM ELECTRONIC MAILING NOTICE** on the following non-CMB/ECF participants via U.S. Mail first class postage affixed thereto on the following non-participant's listed below:

Eller Industries
c/o Leonard S. ("Lonnie") Labraiola
6035 N. 115th Street
Longmont, CO  80504-8434

R.J. Cortesi
5316 Camino Montano, North East
Albuquerque, NM  87111

Robert J. Daniel
9 Wagon Wheel Drive
Feeding Hills, MA  01030

Steve DeStout
#1 South Water Street
Henderson, NV  89105

Daniel L. Dawes
Graham & James, LLP
650 Town Center Drive, 6th Fl.
Costa Mesa, CA  92626

James Duberg
727 Third Avenue
Chula Vista, CA  91910-5803

Carol Furtier
2500 Military Trail
Boca Raton, FL  33431

Albert R. Gazza
589 Manchester
East Glastonbury, CT  06025-0085

Robert W. Hallock
202 South Merrill Street
Park Ridge, IL  60068-4223

John Inelli
17 Old Farmstead Rd.
Chester, NJ  07930

Scott Kajiya
c/o Peter C. Freeman, Esq.
Law Offices of Peter C. Freeman
16485 Laguna Canyon Road, Suite 230
Irvine, CA  92618-3846

Chuck Krowczyk
1853 South Marshall Circle
Lakewood, CO  80232

Albert Lucci
1930 Wyoming Avenue
Ft. Pierce, FL  34982

John V. Del Gaudio, Jr.
John V. Del Gaudio, Jr. & Associates
221 North LaSalle Street, #638
Chicago, IL  60601

Ronald Fulfer
15315 South Francis Drive
Plainfield, IL  60544

Ronald Garcia
2505 Madison, North East
Albuquerque, NM  87101

James R. Ghiselli
Ghiselli Law Offices, PC
8170 Kincross Drive
Boulder, CO  80302

Steve Halprin
1315 Penningtow Place
Concord, NC  28207

Allf Isebach
Gamla Tuvevagen 4
Goteborg, Sweden, 41705

Morty B. Lempel
Morty B. Lempel, Attorney at Law
55 old Turnpike Road, #209
Nantuet, NY  10954-2450

James P. Lewis
2143  S. Brentwood St.
Lakewood, CO  80227

Michael Mandelman
c/o PeterD. Bilowz, Esq.
Goulston & Storrs, P.C.
400 Atlantic Avenue
Boston, MA  02110-3333

5

Gerald C. Miller  
U.S. Department of Justice  
DC Tax Division  
P.O. Box 683  
Ben Franklin Station  
Washington, DC  20044

Miller Simon & Maier  
c/o Mark S. Schmidt, Esq.  
788 North Jefferson St.  
Milwaukee, WI  53202

Montgomery & Andrews, P.A.  
325 Paso De Peralta  
Santa Fe, NM  87501

Robert Morrow, Jr.  
401 North College Rd., #5  
Lafayette, LA  70506

Gary Clifford Moschetti  
Hatch & Moschetti, LLC  
1800 Glenarm Place – 9th Fl.  
Denver, CO  80202

Jeffrey M. Perkins  
Western Design Engineering, Inc.  
808 Airport Rd.  
Jackson, MI  49202

Ed Pink  
Ed Pink Racing Engines, Inc.  
14612 Raymer Street  
Van Nuys, CA  91405

Anthony Pugliese  
2500 Military Trail  
Boca Raton, FL  33431

Nicholas Russo  
310 Extonville Rd.  
Allentown, NJ  08501

Cassandra Gay Sasso  
Baker & Hostetler-Colorado  
303 E. 17th Avenue, #1100  
Denver, CO  80203

Donald Schunk  
12572 Durrow Court  
St. Louis, MO  53141

Hilm Sevimli  
c/o Christopoher C. Noble, Esq.  
Noble & Associates, LLC  
11 Pine Street  
Plainville, CT  06103

Peter Sklarew  
U.S. Department of Justice  
DC Tax Division  
P.O. Box 55  
Ben Franklin Station  
Washington, DC  20044

Noreene C. Stehlik  
U.S. Department of Justice  
DC Tax Division  
P.O. Box 683  
Ben Franklin Station  
Washington, DC  20044

| | |
|---|---|
| Douglas William Swartz<br>Sheridan Ross, P.C.<br>1560 Broadway, #1200<br>Denver, CO  80202 | Douglas M. Tisdale<br>Tisdale & Associates LLC<br>1600 Broadway, #2600<br>Denver, CO  80202 |
| Triad Suspension Technologies, Inc.<br>c/o Lewis M. Druxman, Esq.<br>6715 Academy Rd. North East<br>Suite B<br>Albuquerque, NM  87109 | Kathryn L. Troccoli<br>1911 Champlain Street<br>Ottawa, IL  61350 |
| Richard Dale Wood<br>13997 80th Avenue North<br>Maple Grove, MN  55311 | Burt Bondy<br>1523 Coast Walk<br>La Jolla, CA  92037 |

                                                           s/ Karen Hartnett
                                                           Karen Hartnett
                                                           Legal Secretary to Stephen D. Bell