OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

CANNOT LOCATE   ZLW-OES
95-CV-777
#1928

RETURN TO SENDER - UNABLE TO FORW

NOV 14 05

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 3 0 2005

GREGORY C. LANGHAM
CLERK

Hilm  Sevimli
c/o Christopher C. Noble, Esq.
Noble & Associates, LLC
11 Pine Street
Plainville, CT 06103

06062+1973-95 8874/2500