Room A105
94-3589
ss

**Not Deliverable as Addressed Unable to Forward** / RETURNED TO SENDER

NOV 21 05
CO

Jeffrey M. Perkins
Western Design Engineering,
808 Airport Road
Jackson, MI 49202

**Not Deliverable as Addressed Unable to Forward** / RETURNED TO SENDER

CANNOT LOCATE
95·CN-777    ZLW-OES
#1941

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 2 9 2005

GREGORY C. LANGHAM
CLERK