E CLERK
strict Court
Room A105
94-3589
ss



Hilm Se...
c/o ...istopher ...
N...le & A...
1...
P...nvi... 06103

CAN Not LOCATE
95-W-777
#1942

ZLW-OES

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 2 9 2005

GREGORY C. LANGHAM
CLERK