**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
ALFRED A. ARRAJ COURTHOUSE
901 19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

CANNOT LOCATE   ZLW-OES
95-CV-777
#1928

RETURNED TO SENDER
UNDELIVERABLE AS ADDRESSED
FORWARDING ORDER EXPIRED



**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 3 0 2005

GREGORY C. LANGHAM
CLERK

Donald Schunk
12572 Durrow Court
St. Louis, MO 63141