IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 95-CV-00777-ZLW-OES

In re:

THE RECEIVERSHIP ESTATE OF INDIAN
MOTORCYCLE MANUFACTURING, INC.

---

**REPLY TO RECEIVER'S RESPONSE TO MOTION TO WITHDRAW AS COUNSEL
FOR ELLER INDUSTRIES AND TO REMOVE NAMES FROM ELECTRONIC
MAILING NOTICE**

---

Dorsey & Whitney LLP and Stephen D. Bell, replies to RECEIVER'S RESPONSE TO MOTION TO WITHDRAW AS COUNSEL FOR ELLER INDUSTRIES and TO REMOVE NAMES FROM ELECTRONIC MAILING NOTICE as follows:

Dorsey & Whitney, LLP is no longer retained by Eller Industries for this matter. The mailing address was provided to all parties on the certificate of service of the Motion to Withdraw, and is the most complete information Dorsey & Whitney, LLP had on file for Eller Industries.

In further response to Receiver's request for contact information for Eller Industries, a copy of the latest Annual Report, dated March 31, 2005, is attached hereto as Exhibit A and includes the required information for the Registered Agent for Eller Industries.

WHEREFORE, Dorsey & Whitney, LLP and Stephen D. Bell pray for this Court to enter an Order allowing them to withdraw as attorneys for Eller Industries and that their names be removed from the electronic mailing notice of the Court.

Dated this 1st day of December, 2005.

                          DORSEY & WHITNEY LLP


                          s/ Stephen D. Bell
                          _____
                          Stephen D. Bell
                          Republic Plaza Building, Suite 4700
                          370 17th Street
                          Denver, CO 80202-5647
                          Telephone: (303) 629-3400

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of December, 2005, I caused the foregoing **REPLY TO RECEIVER'S RESPONSE TO MOTION TO WITHDRAW AS COUNSEL FOR ELLER INDUSTRIES AND TO REMOVE NAMES FROM ELECTRONIC MAILING NOTICE** to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

| | |
|---|---|
| Todd P. Blakely | tblakely@heridanroos.com |
| Philip Edward Blondin | Philip.Blondin@usdoj.gov |
| James R. Cage | jcarge@cagewilliams.com |
| J. Eric Elliff | jelliff@mofo.com |
| James R. Evenson | jeverson@messner-reeves.com |
| Monica Anne Flanigan | Mflanigan@halefriesen.com |
| Allan L. Hale | HaleUSDC@halefriesen.com |
| Adam F. Hulbig | Adam.f.hulbig@usdoj.gov |
| Glen E. Keller, Jr. | Glen.keller@dgslaw.com |
| Mollybeth R. Kocialski | Mollybeth.kocialski@firstdatacorp.com |
| Richard Kent Kornfeld | rickkornfeld@rechtkornfeld.com |
| Lee M. Kutner | lmk@kutnerlaw.com |
| Robert A. Lees | ral@robertalees.com |
| Gary Lozoq | glozow@ir-law.com |
| Nancy Dee Miller | nmiller@kennedy-Christopher.com |

| Stuart Harris Pack | spack@ir-law.com |
|---|---|
| Edward T. Ramey | Eramey@ir-law.com |
| Jennifer C. Robinson | jrobinson@raemploymentgroup.com |
| Brad Wayne Schacht | bschacht@ottenjohnson.com |
| Donald Francis Slavin | dslavinpc@msn.com |
| Gregory C. Smith | gsmith@fwlaw.com |
| John ("Jack") Markham Tanner | jtanner@fwlaw.com |
| Bruce Alford Menk | menkb@hallevans.com |
| James W. Britt | brittj@hallevans.com |

and, I hereby certify that I have served on December 1, 2005 the foregoing **REPLY TO RECEIVER'S RESPONSE TO MOTION TO WITHDRAW AS COUNSEL FOR ELLER INDUSTRIES AND TO REMOVE NAMES FROM ELECTRONIC MAILING NOTICE** on the following non-CMB/ECF participants via U.S. Mail first class postage affixed thereto on the following non-participant's listed below:

Eller Industries
c/o Leonard S. ("Lonnie") Labraiola
6035 N. 115th Street
Longmont, CO  80504-8434

Registered Agent:
    Randal L. Hittle
    1630 Main Street, Suite 202
    Longmont, CO   80501

Robert J. Daniel
9 Wagon Wheel Drive
Feeding Hills, MA  01030

R.J. Cortesi
5316 Camino Montano, North East
Albuquerque, NM  87111

Steve DeStout
#1 South Water Street
Henderson, NV  89105

Daniel L. Dawes
Graham & James, LLP
650 Town Center Drive, 6th Fl.
Costa Mesa, CA  92626

James Duberg
727 Third Avenue
Chula Vista, CA  91910-5803

Carol Furtier
2500 Military Trail
Boca Raton, FL  33431

Albert R. Gazza
589 Manchester
East Glastonbury, CT  06025-0085

Robert W. Hallock
202 South Merrill Street
Park Ridge, IL  60068-4223

John Inelli
17 Old Farmstead Rd.
Chester, NJ  07930

Scott Kajiya
c/o Peter C. Freeman, Esq.
Law Offices of Peter C. Freeman
16485 Laguna Canyon Road, Suite 230
Irvine, CA  92618-3846

Chuck Krowczyk
1853 South Marshall Circle
Lakewood, CO  80232

Albert Lucci
1930 Wyoming Avenue
Ft. Pierce, FL  34982

John V. Del Gaudio, Jr.
John V. Del Gaudio, Jr. & Associates
221 North LaSalle Street, #638
Chicago, IL  60601

Ronald Fulfer
15315 South Francis Drive
Plainfield, IL  60544

Ronald Garcia
2505 Madison, North East
Albuquerque, NM  87101

James R. Ghiselli
Ghiselli Law Offices, PC
8170 Kincross Drive
Boulder, CO  80302

Steve Halprin
1315 Penningtow Place
Concord, NC  28207

Allf Isebach
Gamla Tuvevagen 4
Goteborg, Sweden, 41705

Morty B. Lempel
Morty B. Lempel, Attorney at Law
55 old Turnpike Road, #209
Nantuet, NY  10954-2450

James P. Lewis
2143  S. Brentwood St.
Lakewood, CO  80227

Michael Mandelman
c/o PeterD. Bilowz, Esq.
Goulston & Storrs, P.C.
400 Atlantic Avenue
Boston, MA  02110-3333

Gerald C. Miller
U.S. Department of Justice
DC Tax Division
P.O. Box 683
Ben Franklin Station
Washington, DC  20044

Montgomery & Andrews, P.A.
325 Paso De Peralta
Santa Fe, NM  87501

Gary Clifford Moschetti
Hatch & Moschetti, LLC
1800 Glenarm Place – 9th Fl.
Denver, CO  80202

Ed Pink
Ed Pink Racing Engines, Inc.
14612 Raymer Street
Van Nuys, CA  91405

Nicholas Russo
310 Extonville Rd.
Allentown, NJ  08501

Donald Schunk
12572 Durrow Court
St. Louis, MO  53141

Peter Sklarew
U.S. Department of Justice
DC Tax Division
P.O. Box 55
Ben Franklin Station
Washington, DC  20044

Miller Simon & Maier
c/o Mark S. Schmidt, Esq.
788 North Jefferson St.
Milwaukee, WI  53202

Robert Morrow, Jr.
401 North College Rd., #5
Lafayette, LA  70506

Jeffrey M. Perkins
Western Design Engineering, Inc.
808 Airport Rd.
Jackson, MI  49202

Anthony Pugliese
2500 Military Trail
Boca Raton, FL  33431

Cassandra Gay Sasso
Baker & Hostetler-Colorado
303 E. 17th Avenue, #1100
Denver, CO  80203

Hilm Sevimli
c/o Christopoher C. Noble, Esq.
Noble & Associates, LLC
11 Pine Street
Plainville, CT  06103

Noreene C. Stehlik
U.S. Department of Justice
DC Tax Division
P.O. Box 683
Ben Franklin Station
Washington, DC  20044

Douglas William Swartz
Sheridan Ross, P.C.
1560 Broadway, #1200
Denver, CO  80202

Triad Suspension Technologies, Inc.
c/o Lewis M. Druxman, Esq.
6715 Academy Rd. North East
Suite B
Albuquerque, NM  87109

Richard Dale Wood
13997 80th Avenue North
Maple Grove, MN  55311

Douglas M. Tisdale
Tisdale & Associates LLC
1600 Broadway, #2600
Denver, CO  80202

Kathryn L. Troccoli
1911 Champlain Street
Ottawa, IL  61350

Burt Bondy
1523 Coast Walk
La Jolla, CA  92037

s/ Karen Hartnett
Karen Hartnett
Legal Secretary to Stephen D. Bell

Colorado Secretary of State
Date and Time: 03/31/2005 04:59 PM
Entity Id: 19881096788
Document number: 20051139668

**E-Filed**

THIS DOCUMENT MUST BE RECEIVED IN THE SECRETARY OF STATE'S OFFICE ON OR BEFORE MARCH 31, 2005.

Document Processing Fee
   If document is on paper:    $25.00
   If document is filed electronically:    $ .99
Late fee if entity is in delinquent status
   If document is on paper:    $20.00
   If document is filed electronically:    $ .99
Fees are subject to change.
For electronic filing and to obtain copies of filed documents visit www.sos.state.co.us
Deliver paper documents to:
Colorado Secretary of State
Business Division
1560 Broadway, Suite 200
Denver, CO 80202-5169
Paper documents must be typed or machine printed.

ABOVE SPACE FOR OFFICE USE ONLY

## Annual Report
filed pursuant to §7-90-301, et seq. and §7-90-501 of the Colorado Revised Statutes (C.R.S)

ID number:    19881096788

Entity name:    ELLER INDUSTRIES, INC.

Jurisdiction under the law of which the entity was formed or registered:    Colorado

**You must complete line 1.**

Notice:

Causing this document to be delivered to the secretary of state for filing shall constitute the affirmation or acknowledgment of each individual causing such delivery, under penalties of perjury, that the document is the individual's act and deed, or that the individual in good faith believes the document is the act and deed of the person on whose behalf the individual is causing the document to be delivered for filing, taken in conformity with the requirements of part 3 of article 90 of title 7, C.R.S., the constituent documents, and the organic statutes, and that the individual in good faith believes the facts stated in the document are true and the document complies with the requirements of that Part, the constituent documents, and the organic statutes.

This perjury notice applies to each individual who causes this document to be delivered to the secretary of state, whether or not such individual is named in the document as one who has caused it to be delivered.

1. Name(s) and address(es) of the individual(s) causing the document to be delivered for filing:

   Hittle (Last)     Randal (First)     L. (Middle)     (Suffix)
   1630 Main Street
   Suite 202    (Street name and number or Post Office Box information)
   Longmont (City)     CO (State)     80501 (Postal/Zip Code)

REPORT     Exhibit A     Page 1 of 2     Rev. 3/21/2005

_____
(Province – if applicable)    (Country – if not US)

(The document need not state the true name and address of more than one individual. However, if you wish to state the name and address of any additional individuals causing the document to be delivered for filing, mark this box ☐ and include an attachment stating the name and address of such individuals.)

☐ **Mark the box if** information requested below is current in the records of the Secretary of State **OR** complete Questions 2 through 7.

2. Principal office street address:   **1630 Main Street**
_____
**Suite 202**   *(Street name and number)*
_____
**Longmont**          **CO**      **80501**
*(City)*              *(State)*   *(Postal/Zip Code)*
            **United States**
_____
*(Province – if applicable)*   *(Country – if not US)*

3. Principal office mailing address:
   (if different from above)
_____
*(Street name and number or Post Office Box information)*
_____

_____
*(City)*        *(State)*     *(Postal/Zip Code)*
_____
*(Province – if applicable)*   *(Country – if not US)*

4. Registered agent name: (if an individual)  **Hittle**       **Randal**       **L**
_____
*(Last)*     *(First)*     *(Middle)*    *(Suffix)*

**OR** (if a business organization)
_____

5. The person identified above as registered agent has consented to being so appointed.

6. Registered agent street address:  **1630 Main Street**
_____
**Suite 202**   *(Street name and number)*
_____
**Longmont**          **CO**      **80501**
*(City)*              *(State)*   *(Postal/Zip Code)*

7. Registered agent mailing address:
   (if different from above)
_____
*(Street name and number or Post Office Box information)*
_____

_____
*(City)*        *(State)*     *(Postal/Zip Code)*
_____
*(Province – if applicable)*   *(Country – if not US)*

**Disclaimer:**

This form, and any related instructions, are not intended to provide legal, business or tax advice, and are offered as a public service without representation or warranty. While this form is believed to satisfy minimum legal requirements as of its revision date, compliance with applicable law, as the same may be amended from time to time, remains the responsibility of the user of this form. Questions should be addressed to the user's attorney.