UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 1 - 2005

GREGORY C. LANGHAM
CLERK

CANNOT LOCATE
#1893, #1892
#1888, #1928

ZLW - OES

John V. Del Gaudio, Jr. & Associates
221 N. LaSalle Street, #638
Chicago, IL 60606

Attempted Not Known

60601+1206-99 C015