E CLERK
strict Court
Room A105
04-3589
ss

NOV 21 '05
DENVER CO

US POSTAGE
0083
H METER

Carol Furtier
2500 Military Trail
Boca Raton, FL 33431

RETURNED TO SENDER

☐ INSUFFICIENT ADDRESS
☐ NO SUCH NUMBER
☐ UNCLAIMED  ☐ REFUSED
☐ ATTEMPTED NOT KNOWN
☐ NO SUCH STREET
☐ VACANT
☐ NO RECEPTACLE
☐ NOT DELIVERABLE AS
   ADDRESSED-UNABLE
   TO FORWARD
ROUTE NO _____ DATE _____
CARR/INITIALS _____

CANNOT LOCATE
95-CV-777
#1941

ZLW-OES

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 1 - 2005

GREGORY C. LANGHAM
                CLERK