District Court
t, Room A105
)294-3589
iess

NOV 27 '05

James P. Lewis
2143 South Brentwood St.
Lakewood, CO 80227

Does Not live @ this address.

2717

CANNOT LOCATE ZLW-OES
95-CW-777
#1941

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 1 - 2005

GREGORY C. LANGHAM
CLERK