UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 95-cv-777-ZLW-OES

In re:

THE RECEIVERSHIP ESTATE OF INDIAN MOTORCYCLE MANUFACTURING, INC.

**ORDER**

Dated:  December 2, 2005

The Motion to Withdraw as Counsel for Eller Industries and to Remove Names from Electronic Mailing Notice by Dorsey & Whitney LLP and Stephen D. Bell, Doc. #1959, filed November 30, 2005, is GRANTED.

Dated at Denver, Colorado, this day of:  December 2, 2005

BY THE COURT:

s/ O. Edward Schlatter
_____
O. Edward Schlatter
United States Magistrate Judge