OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

CANNOT LOCATE ZLW-OES
95-W-777
#1915

RETURNED TO SENDER — ATTEMPTED NOT KNOWN

Not @ this address

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
DEC 2 - 2005
GREGORY C. LANGHAM
CLERK

80227+2412-43 C012