IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 95-CV-00777-ZLW-OES

In re:

THE RECEIVERSHIP ESTATE OF INDIAN
MOTORCYCLE MANUFACTURING, INC.

## MOTION OF MICHAEL PAYNE FOR APPROVAL
## OF SUBSTITUTION OF COUNSEL

Michael Payne ("Payne"), by undersigned counsel, hereby moves this Court for an order authorizing the substitution of Michael J. Pankow of the law firm of Brownstein Hyatt & Farber, PC in place of Brad W. Schacht of Otten, Johnson, Robinson, Neff & Ragonetti, P.C. as his counsel in this case and that the Court order all future orders, pleadings, notices, and other documents in this action now be served upon counsel as follows:

> Michael J. Pankow
> Brownstein Hyatt & Farber PC
> 410 17th Street, Suite 2200
> Denver, Colorado 80202
> mpankow@bhf-law.com

Payne also requests that the court clerk update the court records to reflect this change in counsel, and that the CM/ECF system be updated accordingly. By his signature below, Mr. Pankow enters his appearance in this case.

DATED this 6th day of December, 2005.

670149.1

Respectfully submitted,

s/ Brad W. Schacht
*Brad W. Schacht*
OTTEN, JOHNSON, ROBINSON,
NEFF & RAGONETTI, P.C.
950 Seventeenth St., Suite 1600
Denver, Colorado 80202
Telephone: (303) 825-8400
FAX: (303) 825-6525
Email: bschacht@ottenjohnson.com


s/ Michael J. Pankow
*Michael J. Pankow*
BROWNSTEIN HYATT & FARBER PC
410 17th Street, Suite 200
Denver, Colorado 80202
Telephone: (303) 223-1100
FAX: (303) 223-1111
Email: mpankow@bhf-law.com

AGREED and APPROVED this ___ day of November, 2005

Michael Payne

620149.1

2

# CERTIFICATE OF SERVICE

I hereby certify that on 6th day of December, 2005, I electronically filed the foregoing **ENTRY OF APPEARANCE AND SUBSTITUTION OF COUNSEL** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

| | |
|---|---|
| Steve D. Bell | Bell.steve@dorsey.com |
| Todd P. Blakely | tblakely@heridanroos.com |
| Philip Edward Blondin | Philip.Blondin@usdoj.gov |
| James R. Cage | jcage@cagewilliams.com |
| J. Eric Elliff | jelliff@mofo.com |
| James R. Evenson | jeverson@messner-reeves.com |
| Monica Anne Flanigan | Mflanigan@halefriesen.com |
| Allan L. Hale | HaleUSDC@halefriesen.com |
| Adam F. Hulbig | Adam.f.hulbig@usdoj.gov |
| Glen E. Keller, Jr. | Glen.Keller@dgslaw.com |
| Mollybeth R. Kocialski | Mollybeth.kocialski@firstdatacorp.com |
| Richard Kent Kornfield | rickkornfeld@rechtkornfeld.com |
| Lee M. Kutner | lmk@kutnerlaw.com |
| Robert A. Lees | ral@robertalees.com |
| Gary Lozow | glozow@ir-law-com |
| Steven J. Merker | Merker.steve@dorsey.com |
| Nancy Dee Miller | nmiller@kennedy-christopher.com |
| Stuart Harris Pack | spack@ir-law.com |
| Edward T. Ramey | Eramey@ir-law.com |
| Jennifer C. Robinson | jrobinson@raemplymentgroup.com |
| Donald Francis Slavin | dslavinpc@msn.com |
| Gregory C. Smith | gsmith@fwlaw.com |
| John ("Jack") Markham Tanner | jtanner@fwlaw.com |

and, I hereby certify that I have served on December 6, 2005 the foregoing **ENTRY OF APPEARANCE AND SUBSTITUTION OF COUNSEL** on the following non-CM/ECF participants via U. S. Mail, first class, postage affixed thereto on the following non-participant's listed below:

| | |
|---|---|
| Eller Industries<br>c/o Leonard S. (:Lonnie") Labriola<br>6035 N. 115th Street<br>Longmont, CO 80504-8434 | Burt Bondy<br>1523 Coast Walk<br>La Jolla, CA 92037 |
| Daniel L. Dawes<br>Graham & James, LLP<br>650 Town Center Drive, 6th Flr.<br>Costa Mesa, CA 92626 | James Duberg<br>727 Third Avenue<br>Chula Vista, CA 91910-5803 |
| Ronald Garcia<br>2505 Madison, North East<br>Albuquerque, NM 87101 | Robert W. Hallock<br>202 S. Merrill St.<br>Park Ridge, IL 60068-4223 |
| R.J. Coresti<br>5316 Camino Montano, North East<br>Albuquerque, NM 87111 | Steve DeStout<br>#1 South Water Street<br>Henderson, NV 89105 |
| Ronald Fulfer<br>15315 S. Francis Dr.<br>Plainfield, IL 60544 | Albert R. Gazza<br>589 Manchester<br>East Glastonburty, CT 06025-0085 |
| Steve Halprin<br>1315 Penningtow Place<br>Concord, NC 28207 | Robert J. Daniel<br>9 Wagon Wheel Drive<br>Feeding, Hills, MA 01030 |
| John V. Del Gaudio, Jr.<br>John V. Del Gaudio, Jr. & Associates<br>221 N. LaSalle St., #638<br>Chicago, IL 60601 | Carol Furier<br>2500 Military Trail<br>Boca Raton, FL 33431 |

| | |
|---|---|
| James R. Ghiselli<br>Ghiselli Law Offices, PC<br>8170 Kincross Drive<br>Boulder, CO 80302 | John Inelli<br>17 Old Farmstead Rd.<br>Chester, NJ 07930 |
| Alf Iseback<br>Gamla Tuveagen 4<br>Goteborg, Sweden 41705 | Morty B. Lempel<br>Morty B. Lempel, Esq.<br>55 Old Turnpike Road, #209<br>Nantuet, NY 10954-2450 |
| Michael Mandelman<br>c/o Peter D. Bilowz, Esq.<br>Goulston & Storrs, P.C.<br>400 Atlantic Avenue<br>Boston, MA 02110-3333 | Montgomery & Andrews, P.A.<br>325 Paso De Peralta<br>Santa Fe, NM 87501 |
| Jeffrey M. Perkins<br>Western Design Engineering, Inc.<br>808 Airport Road<br>Jackson, MI 49202 | Nicholas Russo<br>310 Extonville Road<br>Allentown, NJ 08501 |
| Hilm Sevimli<br>c/o Christopher C. Noble, Esw.<br>Nobel & Associates, LLC<br>11 Pine Street<br>Plainville, CT 06103 | Noreene C. Stehlik<br>US Department of Justice<br>DC Tax Division<br>PO Box 683<br>Ben Franklin Station<br>Washington, DC 20044 |
| Scott Kajiya<br>c/o Peter C. Freeman, Esq.<br>Law Offices of Peter C. Freeman<br>16485 Laguna Canyon Road, #230<br>Irvine, California 92618-3846 | James P. Lewis<br>2143 S. Brentwood Street<br>Lakewood, CO 80227 |
| Gerald C. Miller<br>U.S. Department of Justice<br>DC Tax Division<br>PO Box 683<br>Ben Franklin Station<br>Washington, DC 20044 | Robert Morrow, Jr.<br>401 North College Rd., #5<br>Lafayette, LA 70506 |

| | |
|---|---|
| Ed Pink Racing Engines, Inc.<br>14612 Raymer St.<br>Van Nuys, CA 91405 | Cassandra Gay Sasso<br>Baker & Hostetler-Colorado<br>303 E. 17th Ave., #1100<br>Denver, CO 80203 |
| Peter Sklarew<br>US Department of Justice<br>DC Tax Division<br>PO Box 55<br>Ben Franklin Station<br>Washington, DC 20044 | Doulgas William Swartz<br>Sheridan Ross P.C.<br>1560 Broadway, #1200<br>Denver, CO 80202 |
| Check Krowczyk<br>1853 S. Marshall Cir.<br>Lakewood, CO 80232 | Albert Lucci<br>1930 Wyoming Avenue<br>Ft. Pierce, FL 34982 |
| Miller Simon & Maier<br>c/o Mark S. Schmidt, Esq.<br>788 North Jefferson St.<br>Milwaukee, WI 53202 | Gary Clifford Moschetti<br>Hatch & Moschetti, LLC<br>1800 Glenarn Place- 9th Flr.<br>Denver, CO 80202 |
| Anthony Pugliese<br>2500 Military Trail<br>Boca Raton, FL 33431 | Donald Schunk<br>12572 Durrow Court<br>St. Louis, MO 53141 |
| Nancy B. Smith<br>Dorsey & Whitney, LLP-Colorado<br>370 – 17th Street, #4700<br>Denver, CO 80202-5647 | Douglas M. Tisdale<br>Tisdale & Associates LLC<br>1600 Broadway, #2600<br>Denver, CO 80202 |
| Triad Suspension Technologies, Inc.<br>c/o Lewis M. Druxman, Esq.<br>6715 Academy Rd. North East<br>Suite B<br>Albuquerque, NM 87109 | Kathryn L. Troccoli<br>1911 Champlain St.<br>Ottawa, IL 61350 |
| Richard Dale Wood<br>13997 80th Ave. North<br>Maple Grove, MN 55311 | |

Respectfully submitted,

s/ Vicki O'Brien