UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 95-cv-00777-ZLW-OES

In re:

THE RECEIVERSHIP ESTATE OF INDIAN MOTORCYCLE MANUFACTURING, INC.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER
Dated:  December 8, 2005

      Credit Managers Association of California shall have to and including December 16, 2005, in which to respond to Sterling Consulting Corporation's Motion to Require Compliance with Fed.R.Civ.P.5 [filed December 7, 2005, Document 1974].