UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 95-cv-00777-ZLW-OES

In re:

THE RECEIVERSHIP ESTATE OF INDIAN MOTORCYCLE MANUFACTURING, INC.

## MINUTE ORDER

ORDER ENTERED BY U.S. MAGISTRATE JUDGE O. EDWARD SCHLATTER
Dated:  December 8, 2005

     The Motion of Michael Payne for Approval of Substitution of Counsel [filed December 6, 2005, Document 1972] is GRANTED. Michael J. Pankow of the law firm of Brownstein Hyatt & Farber, PC shall be substituted in place of Brad W. Schacht of Otten, Johnson, Robinson, Neff & Ragonetti, P.C. as counsel of record on behalf of Michael Payne.