95-cv-00777-ZLW

Burt Bondy
1523 Coast Walk
La Jolla, CA 92037

#'s 1928, 1941, 1950, 1951

---