UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 95-Z-777

ELLER INDUSTRIES, INC.

    Plaintiff,

v.

INDIAN MOTORCYCLE MANUFACTURING INC., a New Mexico corporation,

    Defendant,

v.

UNITED STATES OF AMERICA,

Intervenor.

---

**CLAIMANTS' MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSE TO MOTION TO RECONSIDER ORDERS, AMEND ORDERS AND ORDER RESTITUTION WITH INCORPORATED LEGAL AUTHORITY**

---

M&M Basciani, Martha Dickson, Everill Bros., Inc., John and Virginia Nicholson, Arrow Indian Motorcycle, John and Cheryl Petitto, Town & Country Sports, Inc., Southern Thunder, and Marcia Taylor (referred to collectively as the "Claimants"), through their counsel Hale Friesen, LLP, respectfully move this Court for leave to file, out-of-time, *Claimants' Response to Motion to Reconsider Orders, Amend Orders and Order Restitution with Incorporated Legal Authority* ("*Claimants' Response*"). In support of this motion, Claimants advise the Court as follows:

> **Certification Pursuant to D.C.Colo.LCivR 7.1(A)**
>
> **Pursuant to D.C.Colo.LCivR 7.1(A), the undersigned certifies that he has conferred with opposing counsel regarding the relief requested in this motion and advises the Court that Sterling Consulting Corporation, Richard Block, opposes the relief requested herein.**

1. On November 18, 2005, Sterling Consulting Corporation filed their *Motion to Reconsider Orders, Amend Orders and Order Restitution with Incorporated Legal Authority* (the "*Motion*") (Docket # 1940).

2. On November 21, 2005, Magistrate Judge Schlatter issued a Minute Order directing the parties and counsel to file any responses to the *Motion* on or before December 9, 2005 (Docket # 1942).

3. From the time the *Motion* was served upon Claimants' counsel, Claimants' counsel has diligently attempted to locate each of the Claimants to contact them regarding the *Motion* currently before the Court for consideration.

4. Claimants' counsel has learned that Martha Dickson is deceased.

5. Claimants' counsel is still diligently attempting to locate and communicate with the remaining Claimants. Claimants' counsel believes this will be possible in the next ten days.

**WHEREFORE**, Claimants respectfully request that the Court enter an *Order* (proposed *Order* submitted herewith) enlarging the time within which Claimants may file *Claimants' Response*, such that Claimants have to and including December 19, 2005 in which to file *Claimants' Response*.

Respectfully submitted this 9th day of October, 2005.

*Allan L. Hale*
s/
Allan L. Hale
Monica Flanigan
Hale Friesen, LLP
1430 Wynkoop Street, Suite 300
Denver, Colorado 80202
(720) 904-6000
(720) 904-6006
haleusdc@halefriesen.com

Counsel for M&M Basciani, Martha Dickson, Everill Bros., Inc., John and Virginia Nicholson, Arrow Indian Motorcycle, John and Cheryl Petitto, Town & Country Sports, Inc., Southern Thunder, and Marcia Taylor

## CERTIFICATE OF SERVICE

I hereby certify that on December 9, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Todd P. Blakely
tblakely@sheridanross.com,
litigation@sheridanross.com

Philip Edward Blondin
Philip.Blondin@usdoj.gov,

James R. Cage jcage@cagewilliams.com,
slehigh@cagewilliams.com;
kcameron@cagewilliams.com

J. Eric Elliff jelliff@mofo.com,
kparish@mofo.com

James R. Everson jeverson@messner-reeves.com,

Monica Anne Flanigan
mflanigan@halefriesen.com,

Daniel Jay Garfield dgarfield@bhf-law.com,
krees@bhf-law.com

Adam F. Hulbig ! adam.f.hulbig@usdoj.gov,
western.taxcivil@usdoj.gov

Glen E. Keller , Jr glen.keller@dgslaw.com,
brigid.bungum@dgslaw.com

Mollybeth R. Kocialski
mollybeth.kocialski@firstdatacorp.com,

Richard Kent Kornfeld
rickkornfeld@rechtkornfeld.com,

Lee M. Kutner lmk@kutnerlaw.com,

Robert A. Lees ral@robertalees.com,
ayd@robertalees.com; de@robertalees.com;
mal@robertalees.com;
schieldsl@robertalees.com

Gary Lozow glozow@ir-law.com,
aboudreaux@ir-law.com; dmatsuda@ir-law.com

Nancy Dee Miller nmill!er@kennedy-christopher.com, vgolwitzer@kennedy-christopher.com

Gary Clifford Moschetti
gmoschetti@hatchlawyers.com

Michael J. Pankow mpankow@bhf-law.com, krees@bhf-law.com

Edward T. Ramey eramey@ir-law.com,
jwills@ir-law.com

Brad Wayne Schacht
bschacht@ottenjohnson.com,
mplummer@ottenjohnson.com

Donald Francis Slavin dslavinpc@msn.com,

Gregory C. Smith gsmith@fwlaw.com,
jboling@fwlaw.com; paralegal@fwlaw.com

4

John 'Jack' Markham Tanner
jtanner@fwlaw.com,
schiecuto@fwlaw.com;
paralegal@fwlaw.com

Douglas M. Tisdale doug@tisdalelaw.com,
maxx@t! isdalelaw.com

Julie Andrea Trent jt@bsblawyers.com,
mal@bsblawyers.com

*Kat McNellis*
s/_____
