UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 95-Z-777

ELLER INDUSTRIES, INC.

    Plaintiff,

v.

INDIAN MOTORCYCLE MANUFACTURING INC., a New Mexico corporation,

    Defendant,

v.

UNITED STATES OF AMERICA,

Intervenor.

## [PROPOSED] ORDER GRANTING CLAIMANTS' MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSE TO MOTION TO RECONSIDER ORDERS, AMEND ORDERS AND ORDER RESTITUTION WITH INCORPORATED LEGAL AUTHORITY

    **THIS MATTER** comes before the Court on *Claimants' Motion to File Response to Motion to Reconsider Orders, Amend Orders and Order Restitution with Incorporated Legal Authority Out-of-Time* ("*Claimants' Motion*"). The Court, after examining the file and being fully advised in the premises:

    FINDS that there is good cause to grant *Claimants' Motion*, and, therefore

    ORDERS that Claimants are granted leave to file *Claimants' Motion to File Response to Motion to Reconsider Orders, Amend Orders and Order Restitution with Incorporated Legal

*Authority Out-of-Time* ("*Claimants' Response*") out-of-time, and that *Claimants' Response* is deemed to be filed December 19, 2005, *nunc pro tunc*.

Dated: December _____, 2005.

_____
UNITED STATES DISTRICT JUDGE