OFFICE OF THE CLERK
ED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

CANNOT LOCATE ZLW-OES
95-CV-777
#1928

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 5 - 2005

GREGORY C. LANGHAM
CLERK

Daniel L. Dawes
Graham & James, LLP-Costa Mesa California
650 Town Center Drive
6th Floor
Costa Mesa, CA 92626