OFFICE OF THE CLERK
ED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

CANNOT LOCATE ZLW-OES
95-CV-777
#1928

ATTEMPTED
NOT KNOWN

Not at this address. Return to sender.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 5 - 2005

GREGORY C. LANGHAM
CLERK

James P. Lewis
2143 South Brentwood Street
Lakewood, CO 80227