Case: 1:95cv777

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 0 5 2005

GREGORY C. LANGHAM
CLERK

Jeffrey M. Perkins
Western Design Engineering, Inc.
808 Airport Road
Jackson, MI 49202

# 1950, 1951