Case: 1:95cv777

95-cv-00777-ZLW

Hilm Sevimli
c/o Christopher C. Noble, Esq.
Noble & Associates, LLC
11 Pine Street
Plainville, CT 06103

# 1950 + 1951

------------------------------------------------

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 05 2005

GREGORY C. LANGHAM
CLERK