UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 95-cv-00777-ZLW-OES

In re:

Receivership Estate of INDIAN MOTORCYCLE MANUFACTURING, INC.,
a New Mexico Corporation

_____

STATEMENT OF UNITED STATES REGARDING RECEIVER'S
MOTION FOR RESTITUTION (DI# 1940)
_____

The United States, although not adverse to the Receiver in respect to its motion for restitution (DI# 194), and therefore not required to respond, makes the following limited statement for the record.

1.  The tax judgment issued by the Massachusetts District Court provides that "the the Receivership Estate for Indian Motorcycle Manufacturing, Inc. is liable to the United States for federal income tax for the tax year ended September 30, 1999, in the sum of $1,065,270 (plus $358,351.84 in interest through September 30, 2003, plus interest thereafter at federal tax underpayment rates as specified in 28 U.S.C. § 1961(c)), and for its short final tax year ended November 8, 1999, in the sum of $4,223 (plus interest at federal tax underpayment rates from December 23, 1999)." The judgment amount as of now is approximately $1.65 million. Under the agreed judgment, there are no penalties.

The settlement provides for collection of $1 million – less than the original principal amount of the tax. Thus, claimants required to make restitution are, in effect, not being required to pay any interest on the amounts by which their distributions were excessive.

2.  The United States does not contend that the IRS may use 26 U.S.C. § 6901(a)(1)(a) to assess transferee liabilities against distributees and collect administratively. It does not, however,

waive any right it may have to assert and/or liability against and collect from distributees *judicially*, pursuant to 26 U.S.C. § 7402(a), if either this Court denies the Receiver's motion or distributees fail to pay.  The United States maintains that it is the Receiver's responsibility in the first instance to exhaust efforts to obtain and collect restitution.

      3. Paragraph 45 of the motion states that "the Government has indicated that any Claimant who has taken the payments made by the receiver into income will have the ability to deduct the money restored to the Receivership Estate under 26 U.S.C. § 1341."  The government's counsel gave his "opinion," during a status conference, that § 1341 would apply to any person who repay funds that were taken into income.  But § 1341 is subject to various special rules set forth therein, and claimants should obtain their own tax advice.  In addition, § 1341 is more than an ordinary tax deduction, because it permits a reduction in tax by the amount of the increased tax erroneously paid in a prior year.   If a claimant did not take a prior distribution into income (because the effect of the distribution was the return of capital or the elimination of what would otherwise have been a reportable loss, for example), a claimant who makes restitution to the Receiver may be entitled to report the restitution amount as a loss in the year the restitution is made.  The character of the loss may depend upon the claimant's particular facts and circumstances.  Again, claimants should seek their own professional tax advice, as nothing in the Receiver's motion or this statement binds the government with respect to a future tax consequence.

      4. While the United States fully supports the granting of the relief sought in the Receiver's motion, the failure of the United States to refer to any other aspect of the Receiver's motion should not be the basis for any inference of agreement or disagreement with particular statements or legal arguments made therein.   The following points are made because the United States is concerned that the nature of its position as the beneficiary of the Receiver's motion makes it appropriate for the United States to correct statements that it has noticed might be inaccurate with respect to the

tax amount or the position or contentions of the United States with respect to its collection of the tax.

Dated this 9th day of December, 2005.

                                      Respectfully submitted,

                                      WILLIAM J. LEONE
                                      Acting United States Attorney
                                      District of Colorado


                                      */s/ Philip Blondin*
                                      PHILIP BLONDIN
                                      (standing in for ADAM F. HULBIG)
                                      Trial Attorney, Tax Division
                                      U.S. Department of Justice
                                      P.O. Box 683
                                      Washington, D.C.  20044
                                      Telephone: (202) 514-6061
                                      Facsimile: (202) 307-0054
                                      Email: adam.f.hulbig@usdoj.gov
                                                western.taxcivil@usdoj.gov

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that on this 9th day of December, 2005, a true and correct copy of the foregoing **STATEMENT OF UNITED STATES REGARDING RECEIVER'S MOTION FOR RESTITUTION (DI# 1940)** was filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses, and that copies have been mailed this same day to persons on the attached list:

| | |
|---|---|
| Jtanner@fwlaw.com<br>Attorney for Receiver | rblock@xpn.com<br>Receiver |
| ahale@halefriesen.com<br>Attorney for Richard Basciani, N. Rooke Everill, Pres./Everill Bros., Inc., John H. Nicholson or Virginia A. Nicholson | csasso@bakerlaw.com<br>Attorney for Michelle Lean<br><br>doug@tisdalelaw.com<br>Attorney for Michelle Lean |
| bschact@ottenjohnson.com<br>Attorney for Michael Payne | tblakely@sheridanross.com<br>Attorney for Stephen Rodolakis, Trustee |
| eramey@ir-law.com<br>spack@ir-law.com<br>Attorneys for William R. Childs, Scott McCormick, Jr., Douglas Walliser, Ronald Schiff, Edward Pacelli, Barbara Sandoval, Morty Lempel, A.B. Goldberg, First Entertainment, Harvey Rosenberg | lmk@kutnerlaw.com<br>Attorneys for Charles and Lois Mathre<br><br>Glen.keller@dgslaw.com<br>Attorney for Cow Creek Band of Umpqua Tribe of Indians<br>Attorney for Benny Singer |
| jcage@cagewilliams.com<br>Attorney for Carl D. Lucci/Albert R. Lucci | |
| bell.steve@dorsey.com<br>Attorney for Eller Industries | gmoschetti@hmlegal.com<br>Attorney for Edward Leal<br><br>jelliff@mofo.com |
| nmiller@kennedy-christopher.com | Attorney for IMCOA |

- 4 -

IT IS HEREBY FURTHER CERTIFIED that on this 9th day of December, 2005, a true and correct copy of the foregoing **STATEMENT OF UNITED STATES REGARDING RECEIVER'S MOTION FOR RESTITUTION (DI# 1940)** was served upon the following non-CM/ECF participants by United States mail:

James Duberg, Esq.
727 Third Avenue
Chula Vista, CA 91910-5803

Lewis M. Druxman, Esq.
Attorney at Law
6715 Academy Road N.E., Suite B
Albuquerque, NM 87109
Attorney for Triad Suspension
Technologies, Inc.

Mark S. Schmidt, Esq.
Miller Simon & Maier, S.C.
788 North Jefferson Street
Milwaukee, WI 52302
Attorney for Miller Simon & Maier

Peter D. Bilowz, Esq.
Goulston & Storrs, P.C.
400 Atlantic Ave.
Boston, MA 02110-3333
Attorney for Michael Mandelman

Peter C. Freeman, Esq.
Law Offices of Peter C. Freeman
16485   Laguna Canyon Rd., Ste. 230
Irvine, CA 92618-3846
Attorney for Scott Kajiya

Mr. Albert Lucci
1930 Wyoming Avenue
Fort Pierce, FL 34982

Christopher C. Noble, Esq.
Noble & Associates, LLC
11 Pine Street
Plainville, CT 06103
Attorney for Hilm Sevimli

Robert J. Danie, Esq.
9 Wagon Wheel Drive
Feeding Hills, MA 01030

Robert L. Morrow, Jr., MD
401 N. College Road, #5
Lafayette, LA 70506

Nicholas A. Russo, Sr.
310 Extonville Road
Allentown, NJ 08501

Richard J. Cortesi
5316 Camino Montano, N.E.
Albuquerque, NM 87111

Albert R. Gazza
589 Manchester
E. Glastonbury, CT 06025-0085

James P. Lewis
2143 S. Brentwood Street
Lakewood, CO 80227

Ronald Fulfer
15135 S. Francis Drive
Plainfield, IL 60544

Robert W. Hallock, Esq.
202 S. Merrill Street
Park Ridge, IL 60068-4223

Carol Furtier and Anthony Pugliese
2500 Military Trail
Boca Raton, FL 33431

Donald C. Schunk
12572 Durrow Court
St. Louis, MO 63141

Richard Dale Wood
13997 80th Ave. North
Maple Grove, MN 55311

Steve Halprin
1316 Penningtow Place
Concord, NC 28207

Alf Iseback
Gamla Tuvevagen 4
41705 Goteborg
SWEDEN

Kathryn L. Troccoli
1911 Champlain Street
Ottawa, IL 61350

Ed Pink
Ed Pink Racing Engines, Inc.
14612 Raymer Street
Van Nuys, CA 91405

Montgomery & Andrews, P.A.
325 Paseo De Peralta
Santa Fe, NM 87501
Pillsbury, Winthrop, Shaw, Pittman
2300 N. Street NW
Washington, DC 20037-1128

J. William Adams, Jr.
Abba Incorporated
4012 townly Street
Winston-Salem, NC 27103

Bailey

Jeffrey M. Perkins
President
Western Design Engineering, Inc.
808 Airport Road
Jackson, MI 49202

Burt R. Bondy
1523 Coast Walk
La Jolla, CA 92037

John Inelli
17 Old Farmstead Rd.
Chester, NJ 07930

Chuck S. Krowczyk
1852 S. Marshall Circle
Lakewood, CO 80232

Steven DeStout
#1 South Water Street
Henderson, NV 89105

Ronald Garcia
2505 Madison, N.E.
Albuquerque, NM 87101

Albuquerque Hilton Hotel
1901 University Blvd, NE
Albuquerque, NM 87102

Marc N. Allsman
American Motorcycle Technologies, Inc.
175 Paul Dr.
San Rafael, CA  94903

John & Virginia Nicholson
Arrow Indian Motorcycle
81 Rantoul Street
Beverly, MA 01915

Atlas Tubular, Inc. (Hubbard)
17710 S. Highway 77
Robstown TX  78380

Beaumont Motors
52 rue la Fontaine
Paris, France

Boatman's Credit Card Bank
1008 Coal Avenue SE
Albuquerque, NM 877106

Leventhal & Bouge PC Pension
1401 17th Street, Suite 320
Denver, CO 80202

Boyd Sign & Graphics (Bouffard)
10120 Chapala Ct. NE
Alburquerque, NM 87111

Ronald Garcia
PO Box 10621
Alburquerque, NM 87184-0621

Raymen Cardullo
John Castellano
4386 Danielson Drive
Lake Worth, FL 33467

James P. Lewis (Julie)
310 North Main Street
Freeburg, IL 62243-1016

Henry Seracki
Norcon General Contractors, Inc.
900 Payne Avenue
Saint Paul, NM 55101

Carl D. Lucci (Albert)
Cage, Williams, Abelman & Layden, PC
1433 Seventeenth Street
Denver, CO 80202

Marshall D. Cooper
Cherokee Indian Motorcycle
100 Cooper Trial
Blacksburg, SC 29702

Christopher Schaiberger Moothart, Esquire
620-A Woodmere
Traverse City, MI 49686

Country Cycles (Wells)
20030 Paint Blvd
Shippnville, PA 16254-4622

Matthew T. Valentine
Courtesy Auto Group, Inc.
650 N. Hwy. 17-92
Longwood, FL 32750

Data-Line Office Systems (Irwin)
11601 Menaul Boulevard NE
Albuqueruqe, NM 87112-2418

Davis & Kuelthau, SC
111 E. Kilbourn Ave., Suite 1400
Milwaukee, WI 53202-6613

Donald C. Schunk
Indian Motorcycle LTD
835 Stone Meadow Drive
Chesterfield, MO 63005

Donald C. Schunk
Indian Motorcycle LTD
11503 Saint Charles Rock Rd
Bridgeton, MO 63044

Ed Pink Racing Engines, Inc.
14612 Raymer Street
Van Nuys, CA 91405

Eller Industries, Enc. (Labriola)
6101 North 115th Street
Longmont, CO 80501

Eller Industries, Enc. (Labriola)
6035 N 115th Street
Longmont, CO 80504

Excalibur Customs (Mooring)
6714 4th Street N.E.
Alburquerque, NM 87107

Excel Motorsports (Halprin)
1316 Penningtow Place
Concord, NC 28207

Brooks Bros. Custom Cycle & Sales, L.C.
Melchior
Far West Capital, Inc.
2221 6200 E SS
Salt Lake City, UT 84121

- 8 -

Free Import Hawk (Bastiaansen)
Oostran 2 4762 PB
Zeverbergen, Netherlands 4762PB

Lance Migliaccio
Front Range Indian Motorcycle
450 Holly Street
Denver, CO 80220

Bryan Mager
Front Range Indian Motorcycle
1401 Wewatta St Unit 4
Denver, CO 80202-1257

Orvil E. Jones
Gene's Parts & Performance
3597 Junction City Highway
El Dorado, AR 71730

Growth Financial (Voltz)
4959 West Colonial Court
Greenfield, WI 53220-2010

Hacienda Motorcycles, Inc. (Hatch)
15600 N Hayden Road
Scottsdale, AZ 85260-1924

Ronald Fulfer
Kentucky Indian Motorcycle Sales, Inc.
15315 S. Francis Dr.
Plainfield, IL 60544

Gary Torre
Kings Highway Motor Sports, Inc.
1300 Oak Ridge Road
McDonald, PA 15057

Leventhal & Bogue PC Pension
950 S. Cherry St. Suite 600
Denver, CO 80222

Richard & Mario Basciani
M&M Basciani Co.
8876 Gap Newport Pike
Avondale, PA 19311-9740

Montgomery & Andrews, P.A.
Melendres, Esquire
325 Paseo De Peralta
Santa Fe, NM 87501

Mororcykel Importen Goteborg AB (Iseback)
Gamla Tuvevagen 4
Goteborg, Sweden 41705

Steven V. DeStout
In the Wind, Inc.
PO Box 50269
Henderson, NV 89016-0269

James W. Stranks
Iron Redskins
RR #1
Bognor, Ontario Canada NOH 1EO

Theodore Jacobs, MD (Modaber)
2870 S Maryland Parkway, Suite 300
Las Vegas, NV 89109-1552

Jacobs Industries
PO Box 9
Fraser, MI 48026-0009

Burt R. Bondy
Northern Illinois Honda-Yamaha-Suzuki
8130 Prestwick Drive
LaJolla, CA 92037

Burt R. Bondy (Nelson)
Northstar Indian Motorcycle
33433 Cobalt Circle, NW
Cambridge, NM 55311

Richard Dale Wood
Northstar Indian Motorcycles, Inc.
13997 80th Ave North
Maple Grove, NM 55311

Edward Pacelli
435 Berkshire Rd.
Ridgewood, NJ 07450

- 8 -

Paul H. Metzinger, PC
3236 Jellison Street
Wheat Ridge, CO 80033

Prestige Indian Diffusion Sarl
Marcacci
4 Chemin De La Traille
Geneva, Switzerland 1213

PNM Gas Services of New Mexico (Jordan)
Public Service Company of New Mexico
Alvarado Square
Alburquerque, NM 87158-1008

Paul Ralph
San Diego Dealership
1167 Sunset Cliffs Blvd.
San Deigo, CA 92107

Donell J. Blodgett
Santa Rosa Twin Vee
1240 Petaluma Hill Rd
Santa Rosa, CA 95404

Hal B. Parker
Sminole Indian Incorporated
1505 Marvin Street
Longwood, FL 32750

Kathryn L. Troccoli
Skyway Park Inc DBA
1911 Champlain St
Ottawa, IL 61350

Southern Thunder/Bennett International
    Group, Inc (Taylor)
1001 Industrial Parkway
PO Box 569
McDonough, GA 30253

Steve Montano
Southwest Financial
1317 San Jose Ave
Santa Fe, NM 87501

Roger Thrall
Staz Nevada Indian
355 Alamosa Drive
Sparks, NV 89436

Steel Stallions Indian of Calif
Carol Furtier & Anthony Pugliese
3145 N Ocean Blvd
Delray Beach, FL 33483-7369

TAM Communications (Passaw)
Tam Communications Inc
1010 Summer Street
Stamford, CT 06905-5503

John & Cheryl Petitto
Town & Country Sports Center
1330 Vacary Road
Cement City, MI 49233

Triad Suspension Technologies, Inc. (Thomas)
1007 Pampas Drive S.E.
Albuquerque, NM 87108

David Giroux
Tri-State Indian Motorcycle Sales
115 Pond St.
Newton, NH 03858

Jeffrey M. Perkins
Western Design Engineering, Inc.
808 Airport Road
Jackson, MI 49202

Carl D. Lucci
Winchester Indian Motorcycle Co.
5260 Grove Street
Stephens City, VA 22655

Bruce & Carmen Anderson
1355-464[th] Street
Stanchfield, MN 55080

Nick Antolik
8935 Francis Road
Girard, PA 16417

Donald L. Arnold
580 W. 2nd Street
Loveland, CO 80537

James W. Bagshaw
6236 North Ridge West
Geneva, OH 44041

Richard L. Barber
426 Downes Terrace
Louisville, KY 40214

William Barron
1345 Walnut Street
Waukegan, IL 60085

Dennis T. Barton
1753 Sandy Creek Road
Monroe, MI 48162

Richard & Mario Basciani
1938 Wolf Street
Philadelphia, PA 19145

Wayne & Sharon Baughman
720-20 Tramway Ln NE
Albuquerque, NM 87122

Wayde Beechy
760 Walter Drive
New Lenox, IL 60451

Gary Beer
21355 Settlers Pond Drive
Frankfurt, IL 60423

Geraldine Beer
4532 North Osage Avenue
Norridge, IL 60656

David M. Bender
3956 S. Colorado Avenue
St. Louis Park, MN 55416

Brian Berg
1711 Weston Avenue
Schofield, WI 54476

Joseph Bergeron
4760 Brittany Dr. S., #21
St. Petersburg, FL 33715

Jim Berlin
2804 E. Michigan Avenue
Jackson, MI 40201

Calvin J. Boggs
5149 S. DuPont Hwy
Dover, DE 19901-6433

Abram I. Bohrer, Esq.
41 East 57th Street, 36th Floor
New York, NY 10022

Raymond J. Boos
7726 Haverhill Lane
Canton, MI 48187

Bobbie Jo Brady
1951 N 400 E
Winamac, IN 46996-8659

Jonathan Brokaw
1210 N. Cummings Road
Davidson, MI 48423

A. Brownsword
Route 2, Box 69R, Highway 174
Blum, TX 76627

C. Wade Burleson
Route 2, Box 156-B
Elkton, VA 22827

Mark Burrow
639 Coronado Place
Longmont, CO 80501

Timothy L. Caldwell
3642 Sunrise Avenue N.W.
Roanoke, VA 24012

Martin Capferri
P.O. Box 610
Sommerville, NJ 08876

Harry F. Carbough
4907 Champlaine Court
Jefferson, MD 21755

Elmer Carlson
822 North 6th Street
St. James, MN 56081

Kevin or Sherri Carpenter
815 N. 25th Avenue
Yakima, WA 98902

John Carroll
138 Second Street, PO Box 354
Kersey, CO 80644

Robert. R. Carruth
1105 West Bayou Parkway
Lafayette, LA 70503

Kenneth J. Caskey
PO Box 51395
Livonia, MI 48151-5395

Brad Castleberry
424 Trolley Road
Summerville, SC 29485

Gustavo Cervantes
916 Liz Rios Drive
Edinberg, TX 78539

Cory S. Chambers
12605 Carrington Hill Drive
Gaithersburg, MD 20878

Harold D. Cheek
3481 Shiloh Church Road
Winston-Salem, NC 27105

William R. Childs
3131 E. Alameda #1401
Devner, CO 80209

Joel Christensen
31 Choate Street
Neward, DE 19711-2269

Todd Ciccarelli
9664 Robin Court
Littleton, CO 80125

Richard Clark
1901 S. Bonita Ave
Ontario, CA 91762

Jon E. Cody
2810 Jacaranda Dr
Harlingen, TX 78550-8604

Dennis Conour
1314 Antuna Blvd
Woodstock, IL 60098

Mario Conte
269 Arbor Lane
Bloomingdale, IL 60180

Mark D. Cooper
7224 White Wood Drive
Niwot, CO 80503

Richard J. Cortesi
5316 Camino Montano N.E.
Albuquerque, NM 87111

Mike Cramer
13072 Elk Rd
Mound Valley, KS 67354-9222

Martin A. Crist
8439 Greenwood Drive
Niwot, CO 80503

Darren W. Croop
5542 34th Ct E
Bradenton, FL 34203-5221

Russell Davis
6639 Pencade Lane
Charlotte, NC 28215

Paul P. DeDomenico
101 W. Marcy Street
Santa Fe, NM 87501

Michael D. DelCimmuto
4516 Marina Drive
Munhall, PA 15120-2965

Alfred De Masi
3761 Manhattan Beach Blvd
Lawndale, CA 90260

John M. Dempsey III
PO Box 170
Biddeford Pool, ME 04006-0170

Michael G. Driscoll
13684 Geddes Road
Hemlock, MI 48626

Fulton G. Drumheller
2285 Manakintown Ferry Road
Midlothian, VA 23113

Sheldon DuBrow
53 Winged Foot Drive
Livingston, NJ 07039-8226

Robert J. Duvall
6368 Moreland
Erie, MI 48133

Phil Ehart
8722 N. Shore Drive
Jonesboro, GA 30236

John R. Eidson
2230 Halter Lane
Herndon, VA 22071-2823

Quinton Ellis
20 Belle Air Road
Colorado Springs, CO 80906-4235

Steven C. English SR.
14566 W. Hickory Road
Zion, IL 60099

Scott Gregory Erickson
78 167th Lane N.W.
Andover, MN 55304

Lou Evans
257 Forrest Parkway
Forrest Park, GA 30050

Stephen J. Fazio (Fazio)
550 Ruby Street
Joliet, IL 60435

James G. Fifield
257 West 86th Street
New York, NY 10024

Carroll Fink
2400 Clay Pike
Zanesville, OH 43701-9221

Carroll Fink
2370 Shaw Road
Zanesville, OH 43701-7193

Joseph R. Fredricksen
5539 Mt. Vista
San Antonio, TX 78247

Roy Freitag
28 Rio Abajo Drive
Los Lunas, NM 87031

Gary Lee Galemore
9810 S. Ridge Road
Sedgwick, KS 67135-9404

David Mark Garcia
17 Kiva Loop #6
Sandia Park, NM 87047-8519

Charles G. Gardner
9795 South Preston Highway
P.O. Box 155
Lebanon Junction, KY 40150

Vincent Gargagliano
1561 Texas NW
Grand Rapids, MI 49504

Charlie J. Garrett
235 S. Burson Avenue
Bogart, GA 30622

Leonard Douglas
270 Summerfield Drive
Alpharetta, GA 30202

| | |
|---|---|
| Martha Garrison<br>4675 S. Huron Street<br>Englewood, CO 80110-5637 | Guchenheimer/Kusch<br>309 St. Catherine Circle<br>Ithaca, NY 14850 |
| David Gasper<br>5749 Stadler Road<br>Monroe, MI 48161 | Martin Hall<br>1230 Saw Mill Road<br>Downingtown, PA 19335 |
| Albert R. Gazza<br>589 Manchester Road<br>E. Glastonbury, CT 06025-0085 | Victor L. Hammond<br>RR 1, box 1100E<br>Golden, MO 65658-9784 |
| Ronald F. Gehringer<br>123 Front Street<br>Muscoda, WI 53573-0563 | Parley E. Hanson<br>12990 Grouse Street, NW<br>Coon Rapids, MN 55448 |
| Ronald Gibbens<br>3502 14th Avenue South<br>Grand Forks, ND 58201 | Edward F. Havlik<br>A4638 Sallview Drive<br>Holland, MI 49422 |
| Jonathan L. Giles<br>P.O. Box 519<br>Petaluma, CA 94953 | Jay Hebert<br>26 Pearl Street<br>Holyoke, MA 01040 |
| Lee E. Gilley<br>38575 Hwy #24<br>Lake George, CO 80827 | Gerald Heckener<br>3076 Carlisle Road<br>Dover, PA 17315 |
| J. Amador Gonzales<br>6629 Barhart, N.E.<br>Alburquerque, NM 87109-4106 | Frederick Hild<br>Route 2 Box 147A<br>Fredericksburg, TX 78624 |
| William T. Gower<br>165 Chickering Lake Drive<br>Roswell, GA 30075 | Geir Hjorth<br>7 Doubleday Lane<br>Ridgefield, CT 06877 |
| Larry Grandys<br>10336 Lindsey Lane<br>Mokena, IL 60448 | William H. Hodgkin<br>211 Hood Avenue<br>Winchester, KY 40391 |
| Kevin J. Gray<br>410 Ryder Road<br>Toledo, OH 43607 | Robert L. Hogue, M.D., P.A.<br>Hogue, MD<br>101 A Southpark Drive<br>Brownwood, TX 76801 |
| Paul J. Gray<br>511 Continental Blvd.<br>Toledo, OH 43607 | Raymond R. Holt (Holt)<br>18225 Lake Drive<br>Monument, CO 80132 |

Clyde W. Horst
2115 Waterford Drive
Lancaster, PA 17601

Timothy W. Hough
47 Far View Lane
Front Royal, VA 22630

Arvil M. Houts
43 "I" Street
Sparks, NV 89431

Carl & Denise Humphrey
2009 Mercury Way
Sacramento, CA 95864

Gregory Ida
21319 Silktree Cir.
Plainfield, IL 60544-9360

John Inelli
17 Old Farmstead Road
Chester, NJ 07930

Theodore Jacobs, MD
1 Hughes Center Drive, Apt. 904
Las Vegas, NV 89109-6713

Jeffrey A. Johns
RD 4, Box 2
Kittanning, PA 16201

Thomas T. Johnson
1537 S. Shooting Star Drive
Golden, CO 80401

Kent Jones
5844 Kibler Road
Paradise, CA 95969-5484

Michael Kearney
3720 Sunrise Lane
Key West, FL 33040

James A. Keedy
247 Keedy's Lane
Pasadena, PA 21122

Frank R. Keefer
181 Keefer Road
Connellsville, PA 15425

Scott Kiefner
Rural Route 5 Lourdes Road
Metamora, IL 61548

Marton Klepp
12 Day Road
Armonk, NY 10504

Kurt S. Kourakis
3537 North Orange Avenue
Chicago, IL 60634

Michael J. Krachie
17600 Gregory Road
Gregory, MI 48137

Eugene E. Kramer
474 Glenwood Place
Thousand Oaks, CA 91362

Chuck S. Krowczyk
13105 W. 52nd Avenue
Denver, CO 80002-1731

Zygmond Kubiak Jr.
75 Sydney School Road
Annandale, NJ 08801

Michael Kurpierz
4512 Vincent Avenue South
Minneapolis, MN 55410

Richard L. Kylberg
245 Gaylord Street
Denver, CO 80206

Andrew J. Labedz
10335 Kitchen Road
Davison, MI 48423

Larry Lagace
4170 Snowshoe Lane
Reno, NV 89502-6320

1458467.1

Chuck D. Lampman
10451 Sepulveda Blvd
Mission Hills, CA 91345

Linda Ada Laskey
16350 Merriman Rd.
Romulus, MI 48174

Robert R. LaSpada
20290 Doswell Pl
Ashburn, VA 20147-3316

Terry A. Left
210 Park Avenue
Charlevoix, MI 49720

Steve Leventhal
6975 Bayaud Avenue East
Denver, CO 80230

James P. Lewis
2143 S. Brentwood Street
Lakewood, CO 80227

William S. Limehouse
420 Trolley Rd.
Summerville, SC 29485

Penny A. Lucci
1930 Wyoming Ave.
Ft. Pierce, FL 34982

Frank Lujan
1107 West Westfield
Porterville, CA 93258

Leroy Lujan
1317 San Jose Avenue
Santa Fe, NM 87501

Anthony R. Maccari
1700 First State Blvd
Stanton, DE 19804

David L. Marburger
15 Marburger Rd
Oley, PA 19547

Doughlas B. March
9305 Seabrook Drive NE
Albuquerque, NM 87111

Bruce Markus
21855 Town Place Drive
Boca Raton, FL 33433

J. Ed Martinez
6025 Augusta Circle
College Station, TX 77845

Mervyn K. Marx
6582 Castlebay Ct
Highland, MD 20777-9789

Edwin J. McCeney
14317-91 Runabout Court
Laurel, MD 20707

Jeffrey L. McAdams
2219 Cliff Road
North Bend, OH 45052

Kole McAdams
5375 10th Avenue
Sacramento, CA 95820-2301

Charles T. McCloskey, Sr.
8 Westside Ave.
Berganfield, NJ 07621

Scott McCormick, Jr
804 Madden Rd
Hastings, NE 68901

McGinn
Miller, Simon & Maier
788 N. Jefferson St., #900
Milwaukee, WI 53202

Schmidt
Miller, Simon & Maier
788 N. Jefferson St., #900
Milwaukee, WI 53202

1458448.1

Dean S. McIntyre
1109 Byron St.
Accokeek, MD 20607

James & Edith McLaughlin
10125 Eastside road
Fort Jones, CA 96032

John McLeod
1629 S. Hamilton #2
Lockport, IL 60441

William H. McNamara
4683 Tule Lake Dr.
Daytona Beach, FL 32119

Ronald A. Moison
5723 Crow Haven Rd.
Langley WA 98260-8317

Allen Moore III
6855 La Posada Cir. S.
Green Valley, AZ 85614

Allen Moore, III
685 S La Posada Cir Unit #1303
Green Valley, AZ 85614

Stephen M. Morgan
9015 86th Avenue
Coal Valley, IL 61240-9746

Robert L. Morrow, Jr., MD
401 N. College Road #5
Lafayette, LA 70506

Paul E. Munn
107 Grandview Dr
New Smyrna Beach, FL 32168-7735

Michael Neuns
16136 Pin Oak Court
Lockport, IL 60441

Jerry Lee Newman
13489 Hess Road
Holly, MI 48442

Stephen D. Noreen
674 Harris Drive
Front Royal, VA 22630

Daniel Orttell
20930 Cleary Road NW #B
Anoka, MN 55303-8838

Dan Osborn
1111 W. Shore Drive
Culver, IN 46511

Brendan T. O'Sullivan
PO Box 7823
Albuquerque, NM 87194-7823

Jeffry T. Parker
6603 Batavia Place
Denver, CO 80220

Loreen Parker
PM B 2073, 3705 Arctic Blvd
Anchorage, AK 99503

Samuel Parker
1200 Nobel Street
Fairbanks, AK 99701

Leo Pelham
11096 North Street
Clayton, MI 49235

Robert G. Penrod
750 Findley Avenue
Zanesville, OH 43701-3340

Edmund Peters
5500 N 67th Place
Paradise Valley, AZ      85253

David A. Potter
383 Old 51, Route 2,Box 173
Carsonville, MI 48419

James Pressley
1428 E. 66th Street
Kansas City, MO 64131

Paul Ralph Duberg, Esq.
727 Third Avenue
Chula Vista, CA 91910-5803

Jeffrey M. Schuster
11915 Wilderness Court
Mequon, WI 53092

Mary Reese
3245 63rd SW
Seattle, WA 98116

Edward B. Seefried
5847 Liska Dr
Jacksonville, FL 32244

Lucien Remillard
5025 Des Grands Coteaux
Saint-Mathieu de Beloeil, Quebec J3G 2C9

Philip Shaiman
3465 South Poplar Street, #408
Denver, CO 80224-2926

Joseph H. Robison Revak
10178 Castlewood Lane
Oakton, VA 22124

Philip Shaiman
6800 Leetsdale Drive
Denver, CO 80224-1588

Kenneth L. Rodgers
E9420 Brehmer Road
Freemont, WI 54940

Thomas F. Sidelko
438 Forest Drive
Brighton, MI 48116

James Rebenstein
163 Allen's Point
Marion, MA 02738

Benny Singer
6205 North Ridgeway Avenue
Chicago, IL 60659

Nicholas A, Russo, Sr.
310 Extonville Road
Allentown, NJ 08501

Benny Singer V Del Guaudio
3620 W 105th Street
Chicago, IL 60655

Claudio Saldana Jr.
314 West 31st Street
Chicago, IL 60616

Chris Sisney
608 7th Street
Boulder City, NV 89005

Barbara Sandoval
12109 Lost Canyon Trail
Parker, CO 80138

Russell K. Smith
2506 Aqua Vista Blvd.
Ft. Lauderdale, FL 33301

Robert S. Saunders
25500 Joy Boulevard
Harrison Township, MI 48045

Lyle F. Sommers
3314 St. Paul Avenue
Minneapolis, MN 55416

Robert G. Schadler II
1777 Folk Road
Fogelsville, PA 18051

Robert G. Spellbrink
14504 Crossway Court
Chesterfield, MO 63017

Ronald Schiff
400 South Steele Street, Unit 4
Denver, CO 80209-3532

David Sperrazza
141 Parsons Drive
Hempstead, NY 11550

Rimas Stankus
6520 W. Archer Avenue
Chicago, IL 60638

Frederick William Sublette, JR.
5513 Aragon Drive
Roscommon, MI 48653

Andrea Taibel
Rudlof-Mattgasse 13
Lagenlebard, Austria  3425

Phillip A. Taylor
PO Box 2002
Front Royal, VA 22630

Triad Suspension Technologies, Inc.
Druxman, Esq.
6715 Academy Road NE, Suite B
Albuquerque, NM 87109

Thomas F. Thomas
7301 Southwest Highway
Worth, IL 60482

Ross Von Weingarten
28 Woodstruck Avenue
Putman, CT 06260

Uli Wachholtz
Gansemarkt 1-3 Neumunster
Schleswig-Holst
Germany

Douglas Walliser
700 Broadway, Suite 800
Denver, CO 80203-3442

Thomas Walls
4088 S. Carson Way
Aurora, CO 80014-8102

David J. Waltz
6666 SE 32nd Avenue
Des Moines, IA 50317

Charles Wannemacher
C 696 State Rt. 108
Holgate, OH 43527

Steve Wegner
140 Littleton Road
Chelmsford, MA 01824

Gerald L. Weiner
23 North Shore Drive
McCook Lake, SD 57049

Mitchell Howard Weiss
419 Barclay Avenue
Altamonte Spg, FL 32701-6229

Steve Weston
6625 No. Atwahl Drive
Glendale, WI 53209

Weston
12753 Shoreland Drive, NE
#23W
Mequon, WI 53092

Greg Winters
13644 W. 179th Street
Lockport, IL 60441

Raymond Wofford
907 West Kent Avenue
Crete, IL 60417

Richard & Teresa Wright
PO Box 1141
Dulce, NM 87528-1141

MBM Young
PO Box 9805
Rancho Santa Fe, CA 92067-4805

John Zollars
1123 Elizabeth Street
Denver, CO 80206

- 19 -

Lavich, Susan & Larry Susan
& Larry Lavich
2175 W. Southern Avenue
Apache Junetic, AZ 85220-7319

Drewek
5135 North Woodburn Street
Whitefish Bay, WI 53217


                                                */s/ Philip Blondin*

PHILIP BLONDIN
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C.  20044