OFFICE OF THE CLERK
United States District Court
901-19th Street, Room A105
Denver, CO 80294-3589

OFFICIAL BUSINESS

Steven DeStout
#1 South Water Street
Henderson, NV 89105

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 8 - 2005

GREGORY C. LANGHAM
CLERK

CANNOT LOCATE
95·CV-777   ZLW-OES
#1941