OFFICE OF THE CLERK
United States District Court
901-19th Street, Room A105
Denver, CO 80294-3589

OFFICIAL BUSINESS

CANNOT LOCATE NEW ADDRESS
95-CV-777
#1941



NOV 21 '05
CO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 8 - 2005

GREGORY C. LANGHAM
CLERK

Ronald Garcia
2505 Madison, North East
Albuquerque, NM 87101

# Return to Sender No Longer At this Address

GARC505    871012015 1N    17 12/03/05
RETURN TO SENDER

NO FORWARD ORDER ON FILE
UNABLE TO FORWARD
RETURN TO SENDER