OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

CANNOT LOCATE ZLW-OES
95-CW-777
#1888

RETURNED TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

DENVER CO OCT 04'05
U.S. POSTAGE

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 7 - 2005

GREGORY C. LANGHAM
CLERK

Morty B. Lempel
Morty B. Lempel, Atty at Law
55 Old Turnpike Road
#209
Nantuet, NY 10954-2450