OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

CANNOT LOCATE   ZLW-OES
95-CV-777
#1915



R·T·S

Daniel L. Dawes
Graham & James, LLP-Costa Mesa California
650 Town Center Drive
6th Floor
Costa Mesa, CA 92626

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC   - 2005

GREGORY C. LANGHAM
CLERK