**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 95-CV

In re

THE RECEIVERSHIP ESTATE OF INDIAN
MOTORCYCLE MANUFACTURING, INC.,

---

**MOTION TO CONTINUE DECEMBER 13, 2005, HEARING CONCERNING MOTION
TO RECONSIDER ORDERS, AMEND ORDERS, AND ORDER RESTITUTION**

---

     Creditor Michael Payne ("Mr. Payne") submits this Motion to Continue December 13, 2005, Hearing Concerning Motion to Reconsider Orders, Amend Orders, and Order Restitution (the "Motion") and states as follows:

**Rule 7.1 Certification**

     Counsel for Mr. Payne certifies that he has conferred with counsel for the Receiver, which filed the Motion.   The Receiver does not consent to a continuance.

**The December 13 Hearing Provides Grossly Inadequate Notice**

     1.    Mr. Payne was, prior to payment, a creditor in this receivership case, holding a claim of approximately $550,000.   He received payment of his claim nearly six years ago, in distributions occurring in the fall of 1999 and early 2000.  Three weeks ago, the Receiver filed the Motion and a hearing has been set for December 13, 2005, only 25 days since the Motion was filed.  The hearing itself is set on only 15-days notice.  Although one would assume that a hearing on such short notice would be preliminary in nature, counsel for the Receiver informs counsel for Mr. Payne that the Receiver intends to seek entry of an actual disgorgement or "restitution" order against Mr. Payne on December 13, which for Mr. Payne alone would constitute a six figure financial obligation.  A hearing on such date provides Mr. Payne and his

(new) counsel grossly inadequate time for preparation and no opportunity at all for discovery. Indeed, Mr. Payne is out of town and unable to attend.

2.      Mr. Payne understands that the December 13 hearing has been noticed to 400 parties and rescheduling may be impracticable.  Mr. Payne does not object to use of December 13 for discussion of a litigation schedule going forward along with other preliminary matters. But Mr. Payne objects in the strongest possible terms to any fixing of liability at such hearing.  It should be clear that the relief requested in the motion is tantamount to what would be sought in a formal complaint and civil action that provides the protections, rights, and obligations of all civil litigants.  The relief sought by the Receiver effectively destroys those protections.

3.      There is no need for such a rush.  The Receiver's stated reason is that some creditors may benefit for tax purposes by making the payment before year end.   That benefit is wholly speculative and is no reason to deny Mr. Payne the basic protections of due process.   Six years have passed; there is time for litigation of these issues in an orderly manner.

4.      The Receiver admits that the relief he requests is novel.  Mr. Payne intends to submit an Objection raising serious questions of both law and fact.

**WHEREFORE**, Mr. Payne requests that the December 13 hearing on the Motion be continued to a date appropriate to the circumstance or in the alternative, that the hearing be used solely for procedural matters.

8616\9000\952385.1

Respectfully submitted this 9th day of December, 2005.

**BROWNSTEIN HYATT & FARBER, P.C.**

By: _____/s/_____

Michael Pankow, #21212
Daniel J. Garfield, #26054
410 Seventeenth Street, 22nd Floor
Denver, CO  80202
Ph:  303.223.1100
Fax:  303.223.1111
Email:  mpankow@bhf-law.com
        dgarfield@bhf-law.com

ATTORNEYS FOR MICHAEL PAYNE

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of December, 2005, I electronically filed the foregoing **MOTION TO CONTINUE DECEMBER 13, 2005, HEARING CONCERNING MOTION TO RECONSIDER ORDERS, AMEND ORDERS, AND ORDER RESTITUTION** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses or as indicated below or by United States Mail, postage prepaid:

**VIA CM/ECF TO:**

Alan Lemont Hale, Esq.
Hale Friesen, LLP
1430 Wynkoop St., Ste. 300
Denver, CO 80202
**Attorney for Richard Basciani, N. Rooke Everill, Pres./Everill Bros., Inc., John H. Nicholson or Virginia A. Nicholson**
ahale@halefriesen.com

James R. Cage, Esq.
Cage Williams Abelman & Layden, P.C.
St. Elmo Bldg.
1433 17th St.
Denver, CO 80202-1273
**Attorney for Carl D. Lucci/Albert R. Lucci**
jcage@cagewilliams.com

Brad W. Schacht, Esq.
Otten Johnson Robinson
  Neff & Ragonetti, P.C.
950 17th St., Ste. 1600
Denver, CO 802020-2827
**Attorney for Michael Payne**
bschacht@ottenjohnson.com

Glen E. Keller, Jr.
Davis Graham & Stubbs, LLP
1550 17th Street, Ste. 500
Denver, CO 80202
**Attorney for Cow Creek Band of Umpqua Tribe of Indians**
Glen.keller@dgslaw.com

Stephen D. Bell, Esq.
Dorsey & Whitney, LLP
370 17th St., Ste. 4700
Denver, CO 80202-5687
**Attorney for Eller Industries**
bell.steve@Dorsey.com

Todd Blakely, Esq.
Sheridan Ross
The Denver Post Tower
1560 Broadway, Ste. 1200
Denver, CO 80202
**Attorney for Steven Rodolakis, Trustee**
tblakely@sheridanross.com

Edward T. Ramey, Esq.
Stuart H. Pack, Esq.
Isaacson Rosenbaum Woods and Levy
633 17th St., Ste. 2200
Denver, CO 80202
**Attorneys for William R. Childs, Scott McCormick, Jr., Douglas Walliser, Ronald Schiff, Edward Pacelli, Barbara Sandoval, Morty Lempel, A.B. Goldberg, First Entertainment, Harvey Rosenberg**
eramey@ir-law.com

Lee M. Kutner, Esq.
Kutner Miller Kearns, P.C.
303 E. 17th Ave., #500
Denver, CO 80203
**Attorneys for Lois Mathre**
lmk@kutnerlaw.com

8616\9000\952385.1

spack@ir-law.com
J. Eric Elliff, Esq.
Kristen Taylor-Randall, Esq.
Morrison Foerster, LLP
370 17th St., Ste. 3550
Denver, CO 80203
**Attorney for IMCOA**
jelliff@mofo.com

Adam F. Hulbig
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, DC  20044
**Attorney for United States of America**
adam.f.hulbig@usdoj.gov

**VIA E-MAIL:**
Gary C. Moschetti, Esq.
Hatch & Moschetti, LLP
1800 Glenarm Pl., 9th Floor
Denver, CO 80202
**Attorney for Edward Leal**
gmoschetti@hatchlawyers.com

Douglas M. Tisdale, Esq.
Tisdale & Associates, LLC
Colorado State Bank Building
1600 Broadway, Ste. 2600
Denver, CO 80202-4989
**Attorney for Michelle Lean**
doug@tisdalelaw.com

**VIA E-MAIL:**
Richard A. Block
President
Sterling Consulting Corporation
4101 E. Louisiana Ave., Ste. 300
Denver, CO 80246
**Receiver**
rblock@xpn.com

Cassandra Sasso, Esq.
Baker & Hostetler
303 E. 17th Ave., Ste. 1100
Denver, CO 80203-1264
**Attorney for Michelle Lean**
csasso@bakerlaw.com


**BROWNSTEIN HYATT & FARBER, P.C.**


_____/s/_____
Michael J. Pankow, #21212
Daniel J. Garfield, #26054
410 17th Street, Suite 2222
Denver, CO 80202-4437
Telephone: 303-223-1100
Facsimile:  303-223-1111
mpankow@bhf-law.com
dgarfield@bhf-law.com

Attorneys for Michael Payne

8616\9000\952385.1