CE OF THE CLERK
d States District Court
9th Street, Room A105
er, CO 80294-3589

IAL BUSINESS



Donald  Schunk
12572 Durrow Court
St. Louis, MO 63141

CANNOT LOCATE
95-CV-777
#1942 & #1941

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 12 2005

GREGORY C. LANGHAM
CLERK