

OFFICE OF THE CLERK
ED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

CANNOT LOCATE ZWN-OES
95 CV-777
# 1976

ATTEMPTED NOT KNOWN
RETURN TO SENDER

Chuck Krowczyk
1853 South Marshall Circle
Lakewood, CO 80232

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 12 2005

GREGORY C. LANGHAM
CLERK