ICE OF THE CLERK
ed States District Court
19th Street, Room A105
/er, CO 80294-3589

CIAL BUSINESS



Anthony  Pugliese
2500 Military Trail
Boca Raton, FL 33431

☐ INSUFFICIENT ADDRESS
☐ NO SUCH NUMBER
☐ UNCLAIMED  ☐ REFUSED
☐ ATTEMPTED NOT KNOWN
☐ NO SUCH STREET
☐ VACANT
☐ NO RECEPTACLE
☐ NOT DELIVERABLE AS ADDRESSED-UNABLE TO FORWARD
ROUTE NO _____ DATE _____
CARR/INITIALS _____

CANNOT LOCATE      ZLW-OES
95-CV-777
#1942 → #1941

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 12 2005

GREGORY C. LANGHAM
CLERK