CE OF THE CLERK
d States District Court
9th Street, Room A105
er, CO 80294-3589

IAL BUSINESS



Daniel L. Dawes
Graham & James, LLP-Costa Mesa Califc
650 Town Center Drive
6th Floor
Costa Mesa, CA 92626

ZLW-OES

CANNOT LOCATE
95-CV-777
#1950 → #1942
→ #1941 →
#1951

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 12 2005

GREGORY C. LANGHAM
CLERK