ICE OF THE CLERK
ed States District Court
19th Street, Room A105
ver, CO 80294-3589
CIAL BUSINESS





UNK
2712

James P. Lewis
2143 South Brentwood Street
Lakewood, CO 80227

CANNot LoCATE
95-CV-777
#1950 & #1951

ZLW-OES

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 12 2005

GREGORY C. LANGHAM
CLERK