CE OF THE CLERK
l States District Court
9th Street, Room A105
r, CO 80294-3589

IAL BUSINESS



John V. DelGaudio Jr.
John V. Del Gaudio, Jr. & Associates
221 North LaSalle Street
#638
Chicago, IL 60601

CANNOT LOCATE   ZLW-OES
95-CV-777
#1942 → #1941

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 12 2005

GREGORY C. LANGHAM
CLERK

