

OFFICE OF THE CLERK
United States District Court
19th Street, Room A105
Denver, CO 80294-3589

OFFICIAL BUSINESS

Return to Sender

NOT DELIVERABLE AS ADDRESSED UNABLE TO FORWARD

NOT AT ADDRESS

Morty B. Lempel
Morty B. Lempel, Atty at Law
55 Old Turnpike Road
#209
Nantuet, NY 10954-2450

CANNOT LOCATE
95-CV-777
#1917 & #1918   ZLW-OES

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 12 2005

GREGORY C. LANGHAM
CLERK