IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE O. EDWARD SCHLATTER**

---

Civil Action No. 95-cv-00777-ZLW-OES           Date:  December 13, 2005
Courtroom Deputy:  Cathy Coomes           **FTR – Courtroom A601**

---

IN RE:
THE RECEIVERSHIP ESTATE OF                John (Jack) Tanner for
INDIAN MOTORCYCLE                    Sterling Consulting
MANUFACTURING, INC.                  Noreene Stehlik **and**
                          Peter Sklarew for United States
                          James R. Cage for Miller, McGinn
                             and Clark
                          Michael J. Panko **and**
                          Daniel J. Garfield for
                             Michael Payne
                          Burt Bondy, Pro Se party

---

### COURTROOM MINUTES/MINUTE ORDER

---

**\*TELEPHONIC MOTION HEARING**

**Court in session:**          **9:35 a.m.**

Court calls case.  Appearances of counsel and parties by telephone.  ALSO PRESENT:
John Clark, Tom Quinn, and Rick Block.

Opening statements by the Court.  (The Court is informed of telephone conference
problems, not associated with the Court's telephone system).

The Court will take a brief recess so that the telephone problems can be solved.

**Court in recess:**          **9:37 a.m.**

The Court notes the pending motions before the Court.  For reasons stated on the
record, the following rulings are entered:

**ORDERED:**  1.     Michael Payne's Motion to Continue December 13, 2005, Hearing
(Doc. #1994, filed 12/9/05) is DENIED.  The hearing on the Motion

to Reconsider Orders, Amend Orders, and Order Restitution with Incorporated Legal Authority (Doc. #1940, filed 11/18/05) will go forward.

    2.    Claimants' Motion for Enlargement of Time to File Response/Reply to Motion to Reconsider Orders, Amend Orders, and Order Restitution with Incorporated Legal Authority (Doc. #1984, filed 12/9/05) is GRANTED (no specific date given).

9:56 a.m.    Argument by Mr. Tanner in support of Sterling Consulting Corporation's Motion to Reconsider Orders, Amend Orders, and Order Restitution with Incorporated Legal Authority (Doc. #1940, filed 11/18/05)

10:02 a.m.    Argument in response by Mr. Pankow.

10:23 a.m.    Argument in response by Mr. Cage.  Requests supplemental briefs be allowed from parties who received late notice of this hearing and do not have representation at this time.

10:29 a.m.    Argument in response by Mr. Bondy.

10:33 a.m.    Argument in response by Mr. Sklarew.

10:44 a.m.    Rebuttal argument by Mr. Tanner.

11:12 a.m.    Discussion and argument regarding service on all Claimants.

11:14 a.m.    Argument in reply to Motion by Mr. Cage.

**ORDERED:**  3.    For reasons and as stated on the record, the Court will submit a Recommendation to Judge Weinshienk, stating that the Motion to Reconsider Orders, Amend Orders, and Order Restitution with Incorporated Legal Authority (Doc. #1940, filed 11/18/05) should be GRANTED.

Regarding the issue of service on all Claimants, counsel are directed to submit an Order to the Court electronically for signature.

**Court in recess:**    **11:24 a.m.  (Hearing concluded)**
**Total time in court:**    1:49

* To order a transcript of this hearing, please contact Avery Woods Reporting at (303)825-6119.