OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

95-CV-777
#1970

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 14 2005

GREGORY C. LANGHAM
CLERK

RETURNED TO SENDER
Not Deliverable as Addressed
Unable to Forward

Jeffrey M. Perkins
Western Design Engineering, Inc.
808 Airport Road
Jackson, MI 49202