IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:95-cv-00777-ZLW-OES

In re:

THE RECEIVERSHIP ESTATE OF
INDIAN MOTORCYCLE MANUFACTURING, INC.

_____

**MOTION TO WITHDRAW APPEARANCE FOR CHAPTER 7
TRUSTEE, STEPHEN M. RODOLAKIS, AND TO REMOVE NAMES FROM
ELECTRONIC MAILING NOTICE AND SERVICE LIST**
_____

Sheridan Ross P.C. and Todd P. Blakely, pursuant to the provisions of D.C.Colo.L.Civ.R. 83.3(d), request to withdraw their appearance on behalf of the Chapter 7 Trustee, Stephen M. Rodolakis ("Trustee"), in this matter and be removed from the service list, including the electronic mailing notice. As grounds for this Motion, movants state that the Trustee and the Receiver have reached a resolution of their differences as part of the disposition of the matter of In re Indian Motocycle Company, Inc. in the United States Bankruptcy Court for the District of Massachusetts (Case No. 93-41954-HJB Administratively Consolidated).

By copy of this Motion being served upon Trustee, Trustee is advised that he is responsible for complying with any applicable Court Order and time limitations established by any applicable rules or Orders of this Court. Further, Trustee is given notice that he cannot appear without counsel admitted to practice before this Court and absent prompt appearance of

1

substitute counsel, pleadings, motions, and other papers may be stricken, and default judgment or other sanctions may be imposed against Trustee.

For the foregoing reasons, movants request that they be allowed to withdraw their appearance on behalf of the Trustee and that their names be removed from the electronic mailing notice of the Court and all other mailing lists.

                                            Respectfully submitted,

Dated:  December 19, 2005                    s/ Todd P. Blakely
                                                    Todd P. Blakely
                                                      tblakely@sheridanross.com
SHERIDAN ROSS P.C.
1560 Broadway, Suite 1200
Denver, CO  80202-5141
Telephone:  303-863-9700
Facsimile:  303-863-0223
E-mail:  litigation@sheridanross.com

ATTORNEYS FOR CHAPTER 7
TRUSTEE STEPHEN M. RODOLAKIS

CERTIFICATE OF SERVICE

I hereby certify that on this 19th of December, 2005, I caused the foregoing **MOTION TO WITHDRAW APPEARANCE FOR CHAPTER 7 TRUSTEE, STEPHEN M. RODOLAKIS, AND TO REMOVE NAMES FROM ELECTRONIC MAILING NOTICE AND SERVICE LIST** to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

| | |
|---|---|
| Stephen D. Bell | bell.steve@dorsey.com |
| Philip Edward Blondin | Philip.Blondin@usdoj.gov |
| James R. Cage | jcarge@cagewilliams.com |
| J. Eric Elliff | jelliff@mofo.com |
| -James R. Evenson | jeverson@messner-reeves.com |
| Monica Anne Flanigan | Mflanigan@halefriesen.com |
| Allan L. Hale | HaleUSDC@halefriesen.com |
| Adam F. Hulbig | Adam.f.hulbig@usdoj.gov |
| Glen E. Keller, Jr. | Glen.keller@dgslaw.com |
| Mollybeth R. Kocialski | Mollybeth.kocialski@firstdatacorp.com |
| Richard Kent Kornfeld | rickkornfeld@rechtkornfeld.com |
| Lee M. Kutner | lmk@kutnerlaw.com |
| Robert A. Lees | ral@robertalees.com |
| Gary Lozoq | glozow@ir-law.com |
| Nancy Dee Miller | nmiller@kennedy-Christopher.com |

| | |
|---|---|
| Stuart Harris Pack | spack@ir-law.com |
| Edward T. Ramey | Eramey@ir-law.com |
| Jennifer C. Robinson | jrobinson@raemploymentgroup.com |
| Brad Wayne Schacht | bschacht@ottenjohnson.com |
| Donald Francis Slavin | dslavinpc@msn.com |
| Gregory C. Smith | gsmith@fwlaw.com |
| John ("Jack") Markham Tanner | jtanner@fwlaw.com |
| Bruce Alford Menk | menkb@hallevans.com |
| James W. Britt | brittj@hallevans.com |

and, I hereby certify that I have served on December 19, 2005 the foregoing **MOTION TO WITHDRAW APPEARANCE FOR CHAPTER 7 TRUSTEE, STEPHEN M. RODOLAKIS, AND TO REMOVE NAMES FROM ELECTRONIC MAILING NOTICE AND SERVICE LIST** on the following non-CMB/ECF participants via U. S. Mail first class postage affixed thereto on the following non-participant's listed below:

Trustee
c/o Leonard S. Labraiola
6035 N. 115th Street
Longmont, CO 80504-8434

R.J. Cortesi
5316 Camino Montano NE
Albuquerque, NM 87111

Daniel L. Dawes
Graham & James, LLP
650 Town Center Drive, 6th Fl.
Costa Mesa, CA 92626

Carol Furtier
2500 Military Trail
Boca Raton, FL 33431

Robert J. Daniel
9 Wagon Wheel Drive
Feeding Hills, MA 01030

Steve DeStout
#1 South Water Street
Henderson, NV 89105

James Duberg
727 Third Avenue
Chula Vista, CA 91910-5803

Albert R. Gazza 589
Manchester
East Glastonbury, CT 06025-0085

4

Robert W. Hallock
202 South Merrill Street
Park Ridge, IL 60068-4223

Scott Kajiya
c/o Peter C. Freeman, Esq.
Law Offices of Peter C. Freeman
16485 Laguna Canyon Road
Suite 230
Irvine, CA 92618-3846

Albert Lucci
1930 Wyoming Avenue
Ft. Pierce, FL 34982

Ronald Fulfer
15315 South Francis Drive
Plainfield, IL 60544

James R. Ghiselli
Ghiselli Law Offices, PC 8170 Kincross Drive
Boulder, CO 80302

Allf Isebach
Gamla Tuvevagen 4 Goteborg, Sweden, 41705

James P. Lewis
2143 S. Brentwood St.
Lakewood, CO 80227

Triad Suspension Technologies, Inc. c/o Lewis M. Druxman, Esq.
6715 Academy Rd. North East
Suite B
Albuquerque, NM 87109

John Inelli
17 Old Farmstead Rd.
Chester, NJ 07930

Chuck Krowczyk
1853 South Marshall Circle
Lakewood, CO 80232

John V. Del Gaudio, Jr.
John V. Del Gaudio, Jr. & Associates
221 North LaSalle Street, #638
Chicago, IL 60601

Ronald Garcia
2505 Madison, North East
Albuquerque, NM 87101

Steve Halprin
1315 Penningtow Place
Concord, NC 28207

Morty B. Lempel
Morty B. Lempel, Attorney at Law
55 Old Turnpike Road #209
Nantuet, NY 10954-2450

Michael Mandelman
c/o PeterD. Bilowz, Esq.
Goulston & Storrs, P.C.
400 Atlantic Avenue
Boston, MA 02110-3333

Richard Dale Wood
13997 80th Avenue
North Maple Grove, MN 55311

5

| | |
|---|---|
| Stephen M. Rodolakis<br>Chapter 7 Trustee<br>MacCarthy, Pojani & Hurley(<br>446 Main Street<br>Worcester, MA  01608 | Douglas M. Tisdale<br>Tisdale & Associates LLC<br>1600 Broadway, #2600<br>Denver, CO 80202 |
| Kathryn L. Troccoli<br>1911 Champlain Street<br>Ottawa, IL 61350 | Burt Bondy<br>1523 Coast Walk<br>La Jolla, CA  92037 |

s/ Lori R. Brown
Lori R. Brown
Assistant to Todd P. Blakely
SHERIDAN ROSS P.C.
1560 Broadway, Suite 1200
Denver, CO  80202-5141
Telephone:  303-863-9700
Facsimile:  303-863-0223
E-mail: lbrown@sheridanross.com
  litigation@sheridanross.com

J:\3364\MTN TO WITHDRAW BY SR.wpd