UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 1:95-Z-00777- ZLW-OES

ELLER INDUSTRIES, INC.

    Plaintiff,

v.

INDIAN MOTORCYCLE MANUFACTURING INC., a New Mexico corporation,

    Defendant,

v.

UNITED STATES OF AMERICA,

Intervenor.

**MOTION TO WITHDRAW AS COUNSEL FOR CLAIMANTS
BASCIANI, DICKSON, NICHOLSON, PETITTO, AND TAYLOR
and TO REMOVE NAME FROM ELECTRONIC MAILING AND
SERVICE OF PROCESS LISTS**

Allan L. Hale of the Law Firm of Hale Friesen, LLP, pursuant to D.C.Colo.L.Civ.R. 83.3(d), moves to withdraw as attorney for the following claimants: M&M Basciani, Martha Dickson, Everill Bros., Inc., John and Virginia Nicholson, Arrow Indian Motorcycle, John and Cheryl Petitto, Town & Country Sports, Inc., Southern Thunder, and Marcia Taylor (referred to collectively as the "Claimants") in this matter. As grounds for this Motion, the undersigned advises the Court as follows:

Mr. Hale was retained by Claimants several years ago to represent them in this matter. Claimants had been promised Indian Motorcycle dealerships. Eventually, the Receiver, with the approval of the Court, made monetary distributions to these Claimants. After these distributions were made, Claimants participation in this matter was minimal.

After the Court's November 21, 2005, *Minute Order* directing the parties and counsel to respond to the *Motion to Reconsider Orders, Amend Orders and Order Restitution with Incorporated Legal Authority* (the "*Motion*") (Docket # 1940), filed by Sterling Consulting Corporation, Mr. Hale diligently tried to locate Claimants, inform them of the *Motion*, and obtain direction from each of the Claimants on how to proceed.

As previously disclosed to this Court, one of the Claimants, Martha Dickson, is deceased. Ms. Dickson's estate does not wish to be represented in this matter. The remaining Claimants did not respond to repeated inquiries by Mr. Hale.

Mr. Hale obtained an additional 10 days in which to respond to the *Motion*. During this period, Mr. Hale has had no further success in contacting the remaining Claimants.

In the absence of consultation with and instructions from the Claimants, Mr. Hale cannot proceed in this matter on their behalf. For the foregoing reasons, Mr. Hale requests that he be allowed to withdraw as attorney of record for Claimants and that his name be removed from the electronic mailing and service of process lists.

Respectfully submitted this 19th day of December, 2005.

*Allan L. Hale*
s/_____
Allan L. Hale
Hale Friesen, LLP
1430 Wynkoop Street, Suite 300
Denver, Colorado 80202
(720) 904-6000
(720) 904-6006
haleusdc@halefriesen.com

Counsel for M&M Basciani, Martha Dickson, Everill Bros., Inc., John and Virginia Nicholson, Arrow Indian Motorcycle, John and Cheryl Petitto, Town & Country Sports, Inc., Southern Thunder, and Marcia Taylor

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Todd P. Blakely
tblakely@sheridanross.com,
litigation@sheridanross.com

Philip Edward Blondin
Philip.Blondin@usdoj.gov,

James R. Cage
jcage@cagewilliams.com,
slehigh@cagewilliams.com;
kcameron@cagewilliams.com

J. Eric Elliff
jelliff@mofo.com, kparish@mofo.com

James R. Everson
jeverson@messner-reeves.com,

Monica Anne Flanigan
mflanigan@halefriesen.com,

Daniel Jay Garfield dgarfield@bhf-law.com, krees@bhf-law.com

Adam F. Hulbig
adam.f.hulbig@usdoj.gov,
western.taxcivil@usdoj.gov

Glen E. Keller , Jr glen.keller@dgslaw.com, brigid.bungum@dgslaw.com

Mollybeth R. Kocialski
mollybeth.kocialski@firstdatacorp.com,

Richard Kent Kornfeld
rickkornfeld@rechtkornfeld.com,

Lee M. Kutner lmk@kutnerlaw.com,

Robert A. Lees
ral@robertalees.com, ayd@robertalees.com; de@robertalees.com; mal@robertalees.com; schieldsl@robertalees.com

Gary Lozow
glozow@ir-law.com, aboudreaux@ir-law.com; dmatsuda@ir-law.com

Nancy Dee Miller
nmiller@kennedy-christopher.com,
vgolwitzer@kennedy-christopher.com

Gary Clifford Moschetti
gmoschetti@hatchlawyers.com

Michael J. Pankow mpankow@bhf-law.com, krees@bhf-law.com

Edward T. Ramey eramey@ir-law.com, jwills@ir-law.com

Brad Wayne Schacht
bschacht@ottenjohnson.com,
mplummer@ottenjohnson.com

4

Donald Francis Slavin

dslavinpc@msn.com,

Gregory C. Smith gsmith@fwlaw.com,
jboling@fwlaw.com; paralegal@fwlaw.com

John 'Jack' Markham Tanner
jtanner@fwlaw.com,
schiecuto@fwlaw.com;
paralegal@fwlaw.com

Douglas M. Tisdale doug@tisdalelaw.com,
maxx@tisdalelaw.com

Julie Andrea Trent jt@bsblawyers.com,
mal@bsblawyers.com

s/ *Kat McNellis*