OFFICE OF THE CLERK
ED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

CANNOT LOCATE ZLW-UPS
95-CW-777
#1976

RTN To Sender Undeliverable As Addressed

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 1 9 2005

GREGORY C. LANGHAM
CLERK

Carol Furtier
2500 Military Trail
Boca Raton, FL 33431