OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

#1970
ZLW-OES

95-W-777

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 1 9 2005

GREGORY C. LANGHAM
CLERK

Daniel L. Dawes
Graham & James, LLP-Costa Mesa California
650 Town Center Drive
6th Floor
Costa Mesa, CA 92626