OFFICE OF THE CLERK
ED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901 19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

CANNot LoCAtE
95-CV-777
#1976
ZW-OES

RTN To Sender Undeliverable as Addressed

DEC 08'05

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 19 2005

GREGORY C. LANGHAM
CLERK

Anthony Pugliese
2500 Military Trail
Boca Raton, FL 33431