F THE CLERK
tes District Court
street, Room A105
O 80294-3589

USINESS

NOV 26 '05
DENVER
CO

U.S. POSTAGE
0083:
H METER

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 1 9 2005

GREGORY C. LANGHAM
CLERK

Steven   DeStout
#1 South Water Street
Henderson, NV 89105

CANNOT LOCATE
95-CV-777
#1950        ZLW-OES