IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 95-Z-777-ZLW-OES

In re: Indian Motorcycle Manufacturing, Inc., a New Mexico Corporation

And concerning

The United States of America, Internal Revenue Service,
Intervenor.

## MOTION TO REMOVE KUTNER MILLER, P.C. FROM SERVICE LIST

Lee M. Kutner ("Movant") respectfully moves this Court to remove the law firm of Kutner Miller, P.C. and Lee M. Kutner from the Court's service list, and as grounds therefor states as follows:

1. Movant previously represented certain parties in the captioned litigation. These certain parties are no longer involved in the captioned lawsuit ("Lawsuit"). Movant does not represent any individual or entity that is currently a party to the Lawsuit.

2. Based on the foregoing, Movant requests that this Court and all parties involved remove the law firm of Kutner Miller, P.C. and Lee M. Kutner from their service list. Notice of this Motion is being served on all counsel of record.

WHEREFORE, Lee M. Kutner prays that the Court make and enter an Order removing Lee M. Kutner and the law firm of Kutner Miller, P.C. from all service lists, and for such additional and further relief as to the Court may appear proper.

DATED: December 15, 2005.

Respectfully submitted,

By: _____
Lee M. Kutner #10966

KUTNER MILLER, P.C.
303 East 17th Avenue, Suite 500
Denver, CO 80203
Telephone: (303) 832-2400
Telecopy: (303) 832-1510

Case No. 1:95-cv-00777-REB-CBS   Document 2029   filed 12/21/05   USDC Colorado   pg 2 of 4

## AFFIDAVIT OF SERVICE

I do hereby certify that on this ___14th___ day of December, 2005, I deposited a true and correct copy of the foregoing **MOTION TO REMOVE KUTNER MILLER, P.C. FROM SERVICE LIST** in the United States Mail, postage prepaid and addressed as follows:

The Honorable O. Edward Schlatter
United States District Court
District of Colorado
U.S. Courthouse
1929 Stout Street
Denver, CO 80294

The Honorable Bruce D. Pringle
United States District Court
U.S. Courthouse
1929 Stout Street
Denver, CO 80294

John M. Tanner, Esq.
Fairfield & Woods, P.C.
1700 Lincoln Street, Suite 2400
Denver, CO 80203

Paul W. Carey, Esq.
Mirick, O'Connell
1700 Mechanics Tower
Worcester, Massachusetts 01608

Mark S. Foss, Esq.
Stephan M. Rodolakis, Esq.
Peters, Massad & Rodolakis
255 Park Avenue, Suite 1100
Worcester, Massachusetts 01609

Todd Blakely, Esq.
Sheridan, Ross & McIntosh
1700 Lincoln Street
Suite 3500
Denver, CO 80203

Frederick U. Fierst, Esq.
Fierst & Pucci
64 Gothic Street
Northampton, MA 01060-3018

Edward M. Prince, Esq.
Cushman, Darby & Cushman
Ninth Floor, East Tower
1100 New York Avenue, N.W.
Washington, D.C. 20005

Bruce A. Menk, Esq.
James W. Britt, Esq.
Hall & Evans, LLC
1200 Seventeenth Street
Suite 1700
Denver, CO 80202

Cassandra Sasso, Esq.
Baker & Hostetler
303 East 17th Avenue
Suite 1100
Denver, CO 80203-1264

Peter C. Freeman, Esq.
Freeman & Gelbart
1551 North Tustin Avenue
Suite 720
Santa Ana, CA 92701

James R. Cage, Esq.
Berryhill, Cage & North, P.C.
1433 - 17th Street
Denver, CO 80202

6

Jennifer C. Robinson, Esq.
Parcel, Mauro & Spaanstra
1801 California Street
Suite 3600
Denver, CO 80202

James H. Hahn, Esq.
1120 Lincoln Street
Suite 809
Denver, CO 80203

Edward T. Ramey, Esq.
Isaacson, Rosenbaum, Woods & Levy
633 Seventeenth Street
Suite 2200
Denver, CO 80202

Susan A. Berson, Esq.
Senior Trial Attorney
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044

Nancy D. Miller, Esq.
1600 Broadway
Suite 2312
Denver, CO 80202

Gary C. Moschetti, Esq.
Hatch & Moschetti, LLC
2820 Mellon Financial Center
1775 Sherman Street
Denver, CO 80203

George M. Moore, Esq.
309 Gold Avenue, Southwest
Albuquerque, NM 87102

David J. Stephenson, Jr., Esq.
Wagenlander & Associates
Admiral E.R. Zumwalt
James G. Zumwalt, Esq.

1700 Broadway, Suite 1202
Denver, CO 880290-7920
Christopher C. Noble, Esq.
Bushnell on the Park
100 Wells Street
Hartford, Connecticut 06103

Mr. Charles Krowczyk
6301 West Mississippi
Lakewood, CO 80226

Mr. Brendan O'Sullivan
1204 Central Avenue S.W.
Albuquerque, NM 87102

Mr. Edward Pacelli
435 Berkshire Road
Ridgewood, NJ 07450

Alan L. Hale, Esq.
Hale, Hackstaff
1675 Broadway
Suite 200
Denver, CO 80202

Michael G. Payne
IdealDial
910 - 15th Street
Denver, CO 80203

Mr. Jeffrey M. Perkins
President
Western Design Engineering
3720 Poteet Drive
Mesquite, TX 75150

Mr. Anthony B. Brownsword
Route 2, Box 69R
Blum, TX 76627

Adm. Zumwalt & Consultants, Inc.
Suite 3105
1000 Wilson Boulevard
Arlington, Virginia 22209

Mr. Burt R. Bondy
1523 Coast Walk
La Jolla, CA 92073

Mr. Leonard S. Labriola
President
Eller Industries, Inc.
P.O. Box 202
Suite 202
300 Second Avenue
Niwot, CO 80544

Ms. Debra D. Joester, President
Hamilton Projects, Inc.
1700 Broadway
New York, NY 10029-5992

Robert D.J. Wappel, Esq.
Wappel Law Office
Suite 200
500 University Avenue
Toronto Ontario, Canada M5G 1V7

Norman V. Chimenti, Esq.
Martin, Carig, Chester & Sonnenschein
Suite 550
2215 York Road
Oak Brook, IL 60521

Paul S. Weinberg, Esq.
Robinson, Donovan, Madden & Barry
1500 Main Street, Suite 1600
Springfield, MA 01115

Mr. Lavern Fast Horse
1330 South Long Beach Blvd.
Compton, CA 90221

I. Steven Samuels, Esq.
Samuels, Gauthier, Stevens & Reppert
Suite 3300
225 Franklin Street
Boston, MA 02110

Mr. Konstantine Topaloglou
Indian Motorcycle Hellas
Themistokleous 28
Athens, Greece 15342

Rakesh Patel
314 - 6th Avenue
Venice, CA 90291

Allan L. Hale, Esq.
Monica A. Woods, Esq.
Hale, Hackstaff, Tymkovich,
 Erkenbrack & Shih, LLP
1675 Broadway
Suite 2000
Denver, CO 80202

Jon Tuttle, Esq.
Steven Merker, Esq.
Annita Menogan, Esq.
370 Seventeenth Street
Suite 440
Denver, CO 80202

James R. Everson, Esq.
Messner & Reeves, LLC
600 Seventeenth Street
Suite 2800-South
Denver, CO 80202

*/s/ Vicky L. Martin*