IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 95-Z-777-ZLW-OES

In re: Indian Motorcycle Manufacturing, Inc., a New Mexico Corporation

And concerning

The United States of America, Internal Revenue Service,
Intervenor.

## ORDER AUTHORIZING REMOVAL FROM SERVICE LIST

THIS MATTER having come before the Court on the Motion to Remove Kutner Miller, P.C. from Service List, the Court having reviewed such Motion, and the Court being advised in the premises, does hereby

ORDER

That the law firm of Kutner Miller, P.C. and Lee M. Kutner are hereby removed from all service lists in this case.

DONE and entered this _____ day of December, 2005 at Denver, Colorado.

_____
United States District Court Judge