OFFICE OF THE CLERK
D STATES DISTRICT COURT
FRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

CAN NOT LOCATE
95-CV-777
#1996
ZLW-OES

Burt Bondy
1523 Coast Walk
La Jolla, CA 92037

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 20 2005

GREGORY C. LANGHAM
CLERK