Carol Furtier
2500 Military Trail
Boca Raton, FL 33431

☑ INSUFFICIENT ADDRESS
☐ NO SUCH NUMBER
☐ UNCLAIMED ☐ REFUSED
☐ ATTEMPTED NOT KNOWN
☐ NO SUCH STREET
☐ VACANT
☐ NO RECEPTACLE
☐ NOT DELIVERABLE AS
  ADDRESSED-UNABLE
  TO FORWARD
ROUTE NO. _____ DATE _____
CARR. INITIALS _____

CANNOT LOCATE
95-CV-777
#2012, 2013 &
2015

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 20 2005

GREGORY C. LANGHAM
CLERK