UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 1:95-Z-00777-ZLW-OES

ELLER INDUSTRIES, INC.

     Plaintiff,

v.

INDIAN MOTORCYCLE MANUFACTURING INC., a New Mexico corporation,

     Defendant,

v.

UNITED STATES OF AMERICA,

Intervenor.

---

**[PROPOSED] ORDER GRANTING AMENDED MOTION TO WITHDRAW AS COUNSEL FOR CLAIMANTS BASCIANI, DICKSON, NICHOLSON, PETITTO, AND TAYLOR and TO REMOVE NAME FROM ELECTRONIC MAILING AND SERVICE OF PROCESS LISTS**

---

**THIS MATTER** comes before the Court on *Amended Motion to Withdraw as Counsel for Claimants Basciani, Dickson, Nicholson, Petitto, and Taylor and to Remove Name from Electronic Mailing and Service of Process Lists* ("*the Amended Motion*"). The Court, after examining the file and being fully advised in the premises:

FINDS that there is good cause to grant *the Amended Motion*, and, therefore

ORDERS that Allan L. Hale and Monica A. Woods, a/k/a Monica A. Flanigan, are hereby permitted to withdraw as attorneys for Claimants M&M Basciani, Martha Dickson, Everill Bros., Inc., John and Virginia Nicholson, Arrow Indian Motorcycle, John and Cheryl Petitto, Town &

Country Sports, Inc., Southern Thunder, and Marcia Taylor in this case, and

FURTHER ORDERS that Mr. Hale and Ms. Flanigan are hereby removed from all electronic mailing and service of process lists in this case.

Dated: December \_\_\_\_\_, 2005.

_____
UNITED STATES DISTRICT JUDGE