UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 95-cv-00777-ZLW-OES

In re:

THE RECEIVERSHIP ESTATE OF INDIAN MOTORCYCLE MANUFACTURING, INC.

MINUTE ORDER

ORDER ENTERED BY U.S. MAGISTRATE JUDGE O. EDWARD SCHLATTER
Dated:  December 22, 2005

     The motions to remove Kutner Miller P.C. from the service list filed by claimant Chalres D. Mathre, claimant Lois L. Mathre, and defendant American Indian Motorcycle Company [each filed on December 21, 2005, Documents 2031, 2030, and 2029] are GRANTED.