OFFICE OF THE CLERK
TED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

CANNOT LOCATE ZLW -
95-CV-777    OES
#2010

RTN To Sender Undeliverable As Addressed

FoE

Anthony Pugliese
2500 Military Trail
Boca Raton, FL 33431

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 22 2005

GREGORY C. LANGHAM
CLERK