

95-CV-777 OES
#1970

RETURN TO SENDER - UNABLE TO FORWARD

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
DEC 22 2005
GREGORY C. LANGHAM
CLERK

Hilm Sevimli
c/o Christopher C. Noble, Esq.
Noble & Associates, LLC
11 Pine Street
Plainville, CT 06103