OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

CANNOT LOCATE
95-CV-777
ZLW- OES #2010

[Denver postmark DEC 13'05]
RTN To Sender Insufficient Address

Carol Furtier
2500 Military Trail
Boca Raton, FL 33431

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 27 2005

GREGORY C. LANGHAM
CLERK