ICE OF THE CLERK
ted States District Court
-19th Street, Room A105
ver, CO 80294-3589

OFFICIAL BUSINESS



Steven  DeStout
#1 South Water Street
Henderson, NV 89105

n

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 2 S 2005

GREGORY C. LANGHAM
CLERK

CANNot LOCATE
95 - W - 777
# 2012
ZLW - OES