OFFICE OF THE CLERK
ED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

CANNOT LOCATE
95-CV-777
#1970



RECEIVED
UNITED STATES D...
DENVER, ...

DEC 27 2005

GREGORY C. ...

Steven DeStout
#1 South Water Street
Henderson, NV 89105