OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

CANNOT LOCATE ZLW-OES
95-CV-777
#1976
#1970
#2010

Ronald Garcia
2505 Madison, North East
Albuquerque, NM 87101

DEC 08'05

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 27 2005

GREGORY C. LANGHAM
CLERK