<sup>OF THE CLERK</sup>
States District Court
Street, Room A105
CO 80294-3589

BUSINESS



Daniel L. Dawes
Graham & James, LLP-Costa Mesa C
650 Town Center Drive
6th Floor
Costa Mesa, CA 92626



CANNOT LOCATE
95-CV-777
#1976, #2012
ZLW - OES

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 27 2005

GREGORY C. LANGHAM
　　　　　　　　CLERK