**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 95-CV-00777-ZLW-DEJ

In re

THE RECEIVERSHIP ESTATE OF INDIAN
MOTORCYCLE MANUFACTURING, INC.,

**MICHAEL PAYNE'S MOTION FOR LEAVE TO SUBMIT TESTIMONY**

Creditor Michael Payne submits this Motion for Leave to Submit Declaration and states as follows:

1.  Contemporaneously with this Motion, Mr. Payne has submitted an Objection (the "Objection") to Magistrate Judge Schlatter's December 14, 2005, Recommendation (the "Recommendation") that the Motion for Restitution filed by Sterling Consulting Corporation (the "Receiver") be granted.

2.  As noted in the Objection, Mr. Payne has numerous factual defenses that must be developed through discovery. Some of the information pertinent to those defenses, such as Mr. Payne's expectations as to payments to creditors in 1999 and 2000 by the Receiver, and his reliance on those payments, involve facts already known to Mr. Payne. Mr. Payne would also be able to testify that he was unavailable to attend the December 13, 2005, hearing concerning the Receiver's motion.

3.  Fed. R. Civ. Pro. 72(b) permits a district judge to consider additional evidence in making a *de novo* review of a magistrate's recommendation. In the event the district court decides to consider additional evidence, Mr. Payne requests that he be permitted to submit

additional evidence, via live testimony or declaration, as to facts and factual defenses raised in his Objection.

Respectfully submitted this 29th day of December, 2005.

**BROWNSTEIN HYATT & FARBER, P.C.**


/s/  Daniel J. Garfield
Michael J. Pankow, #21212
Daniel J. Garfield, #26054
410 17th Street, Suite 2200
Denver, CO  80202-4004
Phone:  (303) 223-1100
Fax:  (303) 223-1111
E-mail: mpankow@bhf-law.com
          dgarfield@bhf-law.com

ATTORNEYS FOR MICHAEL PAYNE

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of December, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses or as indicated below or by United States Mail, postage prepaid:

**VIA CM/ECF TO:**
Alan Lemont Hale, Esq.
Hale Friesen, LLP
1430 Wynkoop St., Ste. 300
Denver, CO 80202
**Attorney for Richard Basciani, N. Rooke Everill, Pres./Everill Bros., Inc., John H. Nicholson or Virginia A. Nicholson**
ahale@halefriesen.com

James R. Cage, Esq.
Cage Williams Abelman & Layden, P.C.
St. Elmo Bldg.
1433 17th St.
Denver, CO 80202-1273
**Attorney for Carl D. Lucci/Albert R. Lucci**
jcage@cagewilliams.com

Brad W. Schacht, Esq.
Otten Johnson Robinson
 Neff & Ragonetti, P.C.
950 17th St., Ste. 1600
Denver, CO 802020-2827
**Attorney for Michael Payne**
bschacht@ottenjohnson.com

Glen E. Keller, Jr.
Davis Graham & Stubbs, LLP
1550 17th Street, Ste. 500
Denver, CO 80202
**Attorney for Cow Creek Band of Umpqua Tribe of Indians**
Glen.keller@dgslaw.com

Stephen D. Bell, Esq.
Dorsey & Whitney, LLP
370 17th St., Ste. 4700
Denver, CO 80202-5687
**Attorney for Eller Industries**
bell.steve@Dorsey.com

Todd Blakely, Esq.
Sheridan Ross
The Denver Post Tower
1560 Broadway, Ste. 1200
Denver, CO 80202
**Attorney for Steven Rodolakis, Trustee**
tblakely@sheridanross.com

Edward T. Ramey, Esq.
Stuart H. Pack, Esq.
Isaacson Rosenbaum Woods and Levy
633 17th St., Ste. 2200
Denver, CO 80202
**Attorneys for William R. Childs, Scott McCormick, Jr., Douglas Walliser, Ronald Schiff, Edward Pacelli, Barbara Sandoval, Morty Lempel, A.B. Goldberg, First Entertainment, Harvey Rosenberg**

Lee M. Kutner, Esq.
Kutner Miller Kearns, P.C.
303 E. 17th Ave., #500
Denver, CO 80203
**Attorneys for Lois Mathre**
lmk@kutnerlaw.com

| | |
|---|---|
| eramey@ir-law.com<br>spack@ir-law.com<br>J. Eric Elliff, Esq.<br>Kristen Taylor-Randall, Esq.<br>Morrison Foerster, LLP<br>370 17th St., Ste. 3550<br>Denver, CO 80203<br>**Attorney for IMCOA**<br>jelliff@mofo.com | Douglas M. Tisdale, Esq.<br>Tisdale & Associates, LLC<br>Colorado State Bank Building<br>1600 Broadway, Ste. 2600<br>Denver, CO 80202-4989<br>**Attorney for Michelle Lean**<br>doug@tisdalelaw.com |
| Adam F. Hulbig<br>Trial Attorney, Tax Division<br>U.S. Department of Justice<br>P.O. Box 683<br>Ben Franklin Station<br>Washington, DC 20044<br>**Attorney for United States of America**<br>adam.f.hulbig@usdoj.gov | **VIA E-MAIL:**<br>Richard A. Block<br>President<br>Sterling Consulting Corporation<br>4101 E. Louisiana Ave., Ste. 300<br>Denver, CO 80246<br>**Receiver**<br>rblock@xpn.com |
| **VIA E-MAIL:**<br>Gary C. Moschetti, Esq.<br>Hatch & Moschetti, LLP<br>1800 Glenarm Pl., 9th Floor<br>Denver, CO 80202<br>**Attorney for Edward Leal**<br>gmoschetti@hatchlawyers.com | Cassandra Sasso, Esq.<br>Baker & Hostetler<br>303 E. 17th Ave., Ste. 1100<br>Denver, CO 80203-1264<br>**Attorney for Michelle Lean**<br>csasso@bakerlaw.com |

**BROWNSTEIN HYATT & FARBER, P.C.**

　　　　/s/ Daniel J. Garfield
Michael J. Pankow, #21212
Daniel J. Garfield, #26054
410 17th Street, Suite 2222
Denver, CO 80202-4437
Telephone: 303-223-1100
Facsimile:  303-223-1111
mpankow@bhf-law.com
dgarfield@bhf-law.com

Attorneys for Michael Payne