ICE OF THE CLERK
ed States District Court
19th Street, Room A105
ver, CO 80294-3589

CIAL BUSINESS




NOT DELIVERABLE
AS ADDRESSED
UNABLE TO FORWARD

Morty B. Lempel
Morty B. Lempel, Atty at Law
55 Old Turnpike Road
#209
Nantuet, NY 10954-2450

CANNot LoCATE
95-CV-777

#1941      ZLW
            OES

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 3 0 2005

GREGORY C. LANGHAM
CLERK