

OFFICE OF THE CLERK
United States District Court
901-19th Street, Room A105
Denver, CO 80294-3589
OFFICIAL BUSINESS

☐ INSUFFICIENT ADDRESS
☐ NO SUCH NUMBER
☐ UNCLAIMED  ☐ REFUSED
☐ ATTEMPTED NOT KNOWN
☐ NO SUCH STREET
☐ VACANT
☐ NO RECEPTACLE
☒ NOT DELIVERABLE AS ADDRESSED-UNABLE TO FORWARD
ROUTE NO ____ DATE ____
CARR/INITIALS

Anthony Pugliese
2500 Military Trail
Boca Raton, FL 33431

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 0 3 2006

GREGORY C. LANGHAM
CLERK

CANNOT LOCATE
95-CV-777
#2012, 2013, 2015

ZLW-OES