ICE OF THE CLERK
ed States District Court
19th Street, Room A105
ver, CO 80294-3589

CIAL BUSINESS




Chuck   Krowczyk
1853 South Marshall Circle
Lakewood, CO 80232

ANK
3210

CANNOT LOCATE
95-CV-777
#2012, 2038 & 2039, 2013 &
ZLW-OES          2015

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 0 3 2006

GREGORY C. LANGHAM
CLERK