er, CO 80294-3589
CIAL BUSINESS

Donald Schunk
12572 Durrow Court
St. Louis, MO 63141

FE
4167
12-17

CANNOT LOCATE
95-CV-777
#2012, 2013, 2015
ZLW-OES

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 29 2005

GREGORY C. LANGHAM
CLERK