

ICE OF THE CLERK
ed States District Court
19th Street, Room A105
ver, CO 80294-3589
CIAL BUSINESS

Hilm
c/o ~~Christopher C. Noble,~~
Nob~~le~~ & Associates, LLC
11 Pine Street
Plainville, CT 06103

CANNot LoCAte
95-Cv-777
#2010, 2038

ZLW - OES

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 0 3 2006

GREGORY C. LANGHAM
CLERK