OFFICE OF THE CLERK
United States District Court
19th Street, Room A105
Denver, CO 80294-3589

OFFICIAL BUSINESS

ATTEMPTED NOT KNOWN / RETURN TO SENDER

Ronald Garcia
2505 Madison, North East
Albuquerque, NM 87101



No person @ add

CANNOT LOCATE
95·CV-777
#2012, 2013, 2015

ZLW –
OES

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 0 3 2006

GREGORY C. LANGHAM
CLERK