OFFICE OF THE CLERK
United States District Court
19th Street, Room A105
Denver, CO 80294-3589

OFFICIAL BUSINESS



THER   ACS

Steven  DeStout
#1 South Water Street
Henderson, NV 89105

6000B

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 30 2005

GREGORY C. LANGHAM
CLERK

CANNOT LOCATE
95-CV-777
#2038 & #2039

ZLW - OES