OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
D A. ARRAJ COURTHOUSE
-19TH ST., ROOM A105
NVER, CO 80294-3589

OFFICIAL BUSINESS

CANNOT LOCATE  ZLW
95-CV-777
#2010

DEC 13'05

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 30 2005

GREGORY C. LANGHAM
CLERK

Steven DeStout
#1 South Water Street
Henderson, NV 89105

FORWARD EXPIRED