IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 95-cv-00777-ZLW-OES

In re:

THE RECEIVERSHIP ESTATE OF INDIAN MOTORCYCLE MANUFACTURING, INC.

MINUTE ORDER

**Entered by O. Edward Schlatter, United States Magistrate Judge, on January 5, 2006.**

Sterling Consulting Corporation, as receiver, filed its Motion To Consolidate with the court on December 14, 2005 [Docket #2014]. Any and all responses to the motion shall be filed on or before January 17, 2006.