OFFICE OF THE CLERK
STATES DISTRICT COURT
FRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

CAN Not LoCATE
95-CV-777
ZLW - #1976
OES

RETURNED TO SENDER
Not Deliverable as Addressed
Unable to Forward

DENVER CO DEC 08'05

US POSTAGE 0060
H METER

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 30 2005

GREGORY C. LANGHAM
CLERK

Jeffrey M. Perkins
Western Design Engineering, Inc.
808 Airport Road
Jackson, MI 49202