ICE OF THE CLERK
ed States District Court
19th Street, Room A105
ver, CO 80294-3589
CIAL BUSINESS



☐ INSUFFICIENT ADDRESS
☐ NO SUCH NUMBER
☐ UNCLAIMED  ☐ REFUSED
☐ ATTEMPTED NOT KNOWN
☐ NO SUCH STREET
☐ VACANT
☐ NO RECEPTACLE
☒ NOT DELIVERABLE AS ADDRESSED UNABLE TO FORWARD

Anthony Pugliese
2500 Military Trail
Boca Raton, FL 33431



CANNOt LoCATE
95-CV-777
# 2038, 2039

ZLW-OES

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 5 2006

GREGORY C. LANGHAM
CLERK