ICE OF THE CLERK
ed States District Court
19th Street, Room A105
ver, CO 80294-3589

CIAL BUSINESS

Carol Furtier
2500 Military Trail
Boca Raton, FL 33431

RETURN TO SENDER

- INSUFFICIENT ADDRESS
- NO SUCH NUMBER
- UNCLAIMED / REFUSED
- ATTEMPTED NOT KNOWN
- NO SUCH STREET
- VACANT
- NO RECEPTACLE
- X NOT DELIVERABLE AS ADDRESSED-UNABLE TO FORWARD

ROUTE NO. 4  DATE
CARR. INTIALS

DENVER CO — DEC 22 05

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 5 2006

GREGORY C. LANGHAM
CLERK

CANNOT LOCATE
95-CV-777
#2038, 2039

ZLW-OES