OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

95-CV-777
#2010
ZLW-OES



Daniel L. Dawes
Graham & James, LLP-Costa Mesa California
650 Town Center Drive
6th Floor
Costa Mesa, CA 92626

32626+1383-

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 4 2006

GREGORY C. LANGHAM
CLERK