CANNOT LOCATE 2 kw-
95 - Cv - 777   OES
#1975, 1976, 1977
→ 1914

OFFICE OF THE CLERK
STATES DISTRICT COURT
FRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

RETURNED TO SENDER
UNDELIVERABLE AS ADDRESSED
FORWARDING ORDER EXPIRED

DENVER CO
DEC 02'05

U.S. 2005
0060

H METER 687017

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 0 3 2006

GREGORY C. LANGHAM
CLERK

Donald  Schunk
12572 Durrow Court
St. Louis, MO 63141