CE OF THE CLERK
d States District Court
.9th Street, Room A105
er, CO 80294-3589

IAL BUSINESS



Jeffrey M. Perkins
Western Design Engineering, Inc.
808 Airport Road
Jackson, MI 49202



**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 4 2006

GREGORY C. LANGHAM
CLERK

CANNOT LOCATE
95 CV-777
#2012, 2015,
2013

ZLW-OES

NJAR
25
215
12-19