**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

CANNOT LOCATE
95-CV-777
#2010
ZLW-
OES

**RETURNED TO SENDER**
**UNDELIVERABLE AS ADDRESSED**
**FORWARDING ORDER EXPIRED**



**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 6 2006

GREGORY C. LANGHAM
CLERK

Donald Schunk
12572 Durrow Court
St. Louis, MO 63141