OFFICE OF THE CLERK
United States District Court
901-19th Street, Room A105
Denver, CO 80294-3589

OFFICIAL BUSINESS





Daniel L. Dawes
Graham & James, LLP-Costa Mesa Cali
650 Town Center Drive
6th Floor
Costa Mesa, CA 92626



CANNOT LOCATE
95-CV-777
#2038, 2039
ZLW-OES

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN - 9 2006

GREGORY C. LANGHAM
CLERK