OFFICE OF THE CLERK
United States District Court
901-19th Street, Room A105
Denver, CO 80294-3589

OFFICIAL BUSINESS



Donald Schunk
12572 Durrow Court
St. Louis, MO 63141

CANNOT LOCATE
95-CV-777    #2038
ZLW-OES      2039

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 10 2006

GREGORY C. LANGHAM
CLERK