OFFICE OF THE CLERK
United States District Court
901-19th Street, Room A105
Denver, CO 80294-3589

OFFICIAL BUSINESS

Hilm Sevimli
c/o Christopher C. Noble, Esq.
Noble & Associates, LLC
11 Pine Street
Plainville, CT 06103

CANNOT LOCATE
95-CV-777
#2012, 2013
& 2015
ZLW-OES

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN - 9 2006

GREGORY C. LANGHAM
CLERK