OFFICE OF THE CLERK
United States District Court
901-19th Street, Room A105
Denver, CO 80294-3589

OFFICIAL BUSINESS

REASON... CHECKED
Attempted not known
No such number
No mail receptacle
Temporarily away
Vacant

DENVER CO
DEC 22 '05

TriadSuspensionTechnologies, I
c/o Lewis M. Druxman, Esq.
6715 Academy Road North East
Suite B
NM 87109

CANNOT LOCATE
95-CV-777
#2039
ZLW-OES

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JAN - 9 2006
GREGORY C. LANGHAM
CLERK