OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

CANNOT LOCATE #1976
95-CV-777
ZLW
OES

FORWARDING ORDER EXPIRED

DENVER CO OCT 08 '05

US POSTAGE 0050
H METER 987641

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 12 2006

GREGORY C. LANGHAM
CLERK

Steven DeStout
#1 South Water Street
Henderson, NV 89105