CE OF THE CLERK
d States District Court
9th Street, Room A105
er, CO 80294-3589

IAL BUSINESS





Jeffrey M. Perkins
Western Design Engineering, Inc.
808 Airport Road
Jackson, MI 49202

CANNOT LOCATE
95-CV-777
#2060
ZLW-OES



NOAA
RS
215
1-10

FILED
UNITED STATES DISTRICT COURT
DENVER, CO

JAN 13 2006

GREGORY C. LANGHAM
CLERK