ICE OF THE CLERK
ed States District Court
19th Street, Room A105
ver, CO 80294-3589

CIAL BUSINESS





Ronald Garcia
2505 Madison, North East
Albuquerque, NM 87101

Return to Sender
Ronald Garcia is
No Longer at this
Address.

ZLW –
OES

Cannot Locate
95-cv-777
#2060, 2038, 2039

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 1 3 2006

GREGORY C. LANGHAM
CLERK