CE OF THE CLERK
d States District Court
19th Street, Room A105
er, CO 80294-3589

CIAL BUSINESS

DENVER
CO

Steven Destout
#1 South Water Street
Henderson, NV 89105



☒ Forwarding Or___
☐ Insufficie___
☐ Moved
☐ Unclar___
☐ Attempted, Not Known

☐ No Such Street
___ Such Number
___ Date___

CANNOT LOCATE
95 CV - 777

#2060 ZLW-OES

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 1 3 2006

GREGORY C. LANGHAM
CLERK