CE OF THE CLERK
d States District Court
.9th Street, Room A105
er, CO 80294-3589

:IAL BUSINESS

DENVER
JAN 05 '06
CO

U.S. POSTAGE
H METER

RETURNED TO SENDER

☐ INSUFFICIENT ADDRESS
☐ NO SUCH NUMBER
☐ UNCLAIMED  ☐ REFUSED
☐ ATTEMPTED NOT KNOWN
☐ NO SUCH STREET
☐ VACANT
☐ NO RECEPTACLE
☒ NOT DELIVERABLE AS ADDRESSED-UNABLE TO FORWARD
ROUTE NO 14  DATE____
CARR/INITIALS

Anthony Pugliese
2500 Military Trail
Boca Raton, FL 33431

CANNOT LOCATE
95-CV-777
#2060

ZLW-OES

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 17 2006

GREGORY C. LANGHAM
CLERK