CE OF THE CLERK
d States District Court
19th Street, Room A105
er, CO 80294-3589

IAL BUSINESS



- [ ] INSUFFICIENT ADDRESS
- [ ] NO SUCH NUMBER
- [ ] UNCLAIMED
- [ ] REFUSED
- [ ] ATTEMPTED NOT KNOWN
- [ ] NO SUCH STREET
- [ ] VACANT
- [ ] NO RECEPTACLE
- [x] NOT DELIVERABLE AS ADDRESSED-UNABLE TO FORWARD

ROUTE NO. 14  DATE ____
CARR/INITIALS ____

Carol Furtier
2500 Military Trail
Boca Raton, FL 33431

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 1 7 2006

GREGORY C. LANGHAM
CLERK

CANNOT LOCATE
95-CV-~~~~777
#2060
ZLW-OES