CE OF THE CLERK
d States District Court
19th Street, Room A105
er, CO 80294-3589

IAL BUSINESS





Daniel L. Dawes
Graham & James, LLP-Costa Mesa
650 Town Center Drive
6th Floor
Costa Mesa, CA 92626

CANNot LOCATE
95-CV-777
#2060

ZLW-OES

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 1 7 2006

GREGORY C. LANGHAM
CLERK