ICE OF THE CLERK
ed States District Court
19th Street, Room A105
er, CO 80294-3589

CIAL BUSINESS





Jeffrey M. Perkins
Western Design Engineering, Inc.
808 Airport Road
Jackson, MI 49202

CAN Not LoCATE
95-CV-777
#2038 *
2039

ZLW
OES

NAA
RS-
ZIS
12-28

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 1 7 2006

GREGORY C. LANGHAM
CLERK