**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 95-cv-00777-ZLW-OES

In re

THE RECEIVERSHIP ESTATE OF INDIAN
MOTORCYCLE MANUFACTURING, INC.,

---

**MOTION FOR LEAVE TO FILE JOINDER OF EDWARD PACELLI TO
MICHAEL PAYNE'S OBJECTION TO MAGISTRATE JUDGE'S
RECOMMENDATION THAT RECEIVER'S MOTION FOR
RECONSIDERATION BE GRANTED**

---

Edward Pacelli respectfully files this Motion seeking leave to join in the Objection filed by Michael Payne to Magistrate Judge's Recommendation that Receiver's Motion for Reconsideration Be Granted (the "Objection") filed on or about December 29, 2005.  In support of this Motion, Mr. Pacelli states as follows:

**Local Rule 7.1 Certificate**

The undersigned certifies that he conferred with counsel for the Receiver before filing this Motion.  The Receiver opposes the relief sought herein.

**Motion**

1. This Motion is supported by and accompanied by a proposed Joinder and by a Declaration of Edward Pacelli.  These documents are incorporated herein.  Pursuant to Fed. R. Civ. Pro. 72, the deadline to object to the Recommendation that Receiver's Motion for Reconsideration be Granted dated December 14, 2005, was December 29, 2005.  The Objection was timely filed and is pending.

2. Mr. Pacelli is a creditor of the Receivership Estate.  Mr. Pacelli faces a liability of $18,262.50 if the Magistrate's Recommendation is followed and an Order requiring general

8616\1\959489.1

unsecured creditors to repay distributions is entered.  Mr. Pacelli, however, had no notice of these proceedings and was completely unaware of them until very recently, after the December 13, 2005 hearing before the Magistrate Judge and entry of the Magistrate Judge's Recommendations.  Mr. Pacelli was unaware of any opportunity to object to the Magistrate's Recommendation or deadline for doing so.  <u>See</u> Pacelli Declaration ¶¶ 3-5.

3. Mr. Pacelli has meritorious defenses to the relief which is the subject of the Recommendation, as set forth in the Joinder and Mr. Pacelli's Declaration.

4. Mr. Pacelli submits that, due to the apparent failure of effective notice to him and his meritorious defenses, "excusable neglect" is established in accordance with Fed. R. Civ. Pro. 6(b)((2) permitting his filing of a Joinder out of time and seeks leave to do so.  Mr. Pacelli has meritorious defenses permitting him to be heard in this matter is in the interest of justice.  No party should be prejudiced in that the Receiver can be afforded full opportunity to respond to the statements and arguments advanced by Mr. Pacelli.

WHEREFORE, Mr. Pacelli requests that leave be granted to submit the Joinder and his Declaration and further request that the Court grant such other relief as is just and equitable.

Respectfully submitted this 23rd day of January, 2006.

**BROWNSTEIN HYATT & FARBER, P.C.**


<u>s/ Michael J. Pankow</u>
Michael J. Pankow, #21212
Daniel J. Garfield, #26054
410 17th Street, Suite 2200
Denver, CO  80202-4004
Phone:  (303) 223-1100
Fax:  (303) 223-1111
E-mail: mpankow@bhf-law.com
E-mail:  dgarfield@bhf-law.com

ATTORNEYS FOR EDWARD PACELLI

# CERTIFICATE OF SERVICE

I hereby certify that on 23rd day of January, 2006, I electronically filed the foregoing **MOTION FOR LEAVE TO FILE JOINDER OF EDWARD PACELLI TO MAGISTRATE IN MICHAEL PAYNE'S OBJECTION TO MAGISTRATE JUDGE'S RECOMMENDATION THAT RECEIVER'S MOTION FOR RECONSIDERATION BE GRANTED** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

| | |
|---|---|
| Steve D. Bell | Bell.steve@dorsey.com |
| Todd P. Blakely | tblakely@heridanroos.com |
| Philip Edward Blondin | Philip.Blondin@usdoj.gov |
| James R. Cage | jcage@cagewilliams.com |
| J. Eric Elliff | jelliff@mofo.com |
| James R. Evenson | jeverson@messner-reeves.com |
| Monica Anne Flanigan | Mflanigan@halefriesen.com |
| Allan L. Hale | HaleUSDC@halefriesen.com |
| Adam F. Hulbig | Adam.f.hulbig@usdoj.gov |
| Glen E. Keller, Jr. | Glen.Keller@dgslaw.com |
| Mollybeth R. Kocialski | Mollybeth.kocialski@firstdatacorp.com |
| Richard Kent Kornfield | rickkornfeld@rechtkornfeld.com |
| Lee M. Kutner | lmk@kutnerlaw.com |
| Robert A. Lees | ral@robertalees.com |
| Gary Lozow | glozow@ir-law-com |
| Steven J. Merker | Merker.steve@dorsey.com |
| Nancy Dee Miller | nmiller@kennedy-christopher.com |
| Stuart Harris Pack | spack@ir-law.com |
| Edward T. Ramey | Eramey@ir-law.com |
| Jennifer C. Robinson | jrobinson@raemplymentgroup.com |
| Donald Francis Slavin | dslavinpc@msn.com |
| Gregory C. Smith | gsmith@fwlaw.com |
| John ("Jack") Markham Tanner | jtanner@fwlaw.com |

and, I hereby certify that I have served on January 23, 2006 the foregoing **MOTION FOR LEAVE TO FILE JOINDER OF EDWARD PACELLI TO MAGISTRATE IN MICHAEL PAYNE'S OBJECTION TO MAGISTRATE JUDGE'S RECOMMENDATION THAT RECEIVER'S MOTION FOR RECONSIDERATION BE GRANTED** on the following non-CM/ECF participants via U. S. Mail, first class, postage affixed thereto on the following non-participant's listed below:

| | |
|---|---|
| Eller Industries<br>c/o Leonard S. ("Lonnie") Labriola<br>6035 N. 115th Street<br>Longmont, CO 80504-8434 | Burt Bondy<br>1523 Coast Walk<br>La Jolla, CA 92037 |
| Daniel L. Dawes<br>Graham & James, LLP<br>650 Town Center Drive, 6th Flr.<br>Costa Mesa, CA 92626 | James Duberg<br>727 Third Avenue<br>Chula Vista, CA 91910-5803 |
| Ronald Garcia<br>2505 Madison, North East<br>Albuquerque, NM 87101 | Robert W. Hallock<br>202 S. Merrill St.<br>Park Ridge, IL 60068-4223 |
| R.J. Coresti<br>5316 Camino Montano, North East<br>Albuquerque, NM 87111 | Steve DeStout<br>#1 South Water Street<br>Henderson, NV 89105 |
| Ronald Fulfer<br>15315 S. Francis Dr.<br>Plainfield, IL 60544 | Albert R. Gazza<br>589 Manchester<br>East Glastonburty, CT 06025-0085 |
| Steve Halprin<br>1315 Penningtow Place<br>Concord, NC 28207 | Robert J. Daniel<br>9 Wagon Wheel Drive<br>Feeding, Hills, MA 01030 |
| John V. Del Gaudio, Jr<br>John V. Del Gaudio, Jr. & Associates<br>221 N. LaSalle St., #638<br>Chicago, IL 60601 | Carol Furier<br>2500 Military Trail<br>Boca Raton, FL 33431 |
| James R. Ghiselli<br>Ghiselli Law Offices, PC<br>8170 Kincross Drive<br>Boulder, CO 80302 | John Inelli<br>17 Old Farmstead Rd.<br>Chester, NJ 07930 |

| | |
|---|---|
| Alf Iseback<br>Gamla Tuveagen 4<br>Goteborg, Sweden 41705 | Morty B. Lempel<br>Morty B. Lempel, Esq.<br>55 Old Turnpike Road, #209<br>Nantuet, NY 10954-2450 |
| Michael Mandelman<br>c/o Peter D. Bilowz, Esq.<br>Goulston & Storrs, P.C.<br>400 Atlantic Avenue<br>Boston, MA 02110-3333 | Montgomery & Andrews, P.A.<br>325 Paso De Peralta<br>Santa Fe, NM 87501 |
| Jeffrey M. Perkins<br>Western Design Engineering, Inc.<br>808 Airport Road<br>Jackson, MI 49202 | Nicholas Russo<br>310 Extonville Road<br>Allentown, NJ 08501 |
| Hilm Sevimli<br>c/o Christopher C. Noble, Esq.<br>Nobel & Associates, LLC<br>11 Pine Street<br>Plainville, CT 06103 | Noreene C. Stehlik<br>US Department of Justice<br>DC Tax Division<br>PO Box 683<br>Ben Franklin Station<br>Washington, DC 20044 |
| Scott Kajiya<br>c/o Peter C. Freeman, Esq.<br>Law Offices of Peter C. Freeman<br>16485 Laguna Canyon Road, #230<br>Irvine, California 92618-3846 | James P. Lewis<br>2143 S. Brentwood Street<br>Lakewood, CO 80227 |
| Gerald C. Miller<br>U.S. Department of Justice<br>DC Tax Division<br>PO Box 683<br>Ben Franklin Station<br>Washington, DC 20044 | Robert Morrow, Jr.<br>401 North College Rd., #5<br>Lafayette, LA 70506 |
| Ed Pink Racing Engines, Inc.<br>14612 Raymer St.<br>Van Nuys, CA 91405 | Cassandra Gay Sasso<br>Baker & Hostetler-Colorado<br>303 E. 17th Ave., #1100<br>Denver, CO 80203 |

| | |
|---|---|
| Peter Sklarew<br>US Department of Justice<br>DC Tax Division<br>PO Box 55<br>Ben Franklin Station<br>Washington, DC 20044 | Doulgas William Swartz<br>Sheridan Ross P.C.<br>1560 Broadway, #1200<br>Denver, CO 80202 |
| Check Krowczyk<br>1853 S. Marshall Cir.<br>Lakewood, CO 80232 | Albert Lucci<br>1930 Wyoming Avenue<br>Ft. Pierce, FL 34982 |
| Miller Simon & Maier<br>c/o Mark S. Schmidt, Esq.<br>788 North Jefferson St.<br>Milwaukee, WI 53202 | Gary Clifford Moschetti<br>Hatch & Moschetti, LLC<br>1800 Glenarm Place- 9th Flr.<br>Denver, CO 80202 |
| Anthony Pugliese<br>2500 Military Trail<br>Boca Raton, FL  33431 | Donald Schunk<br>12572 Durrow Court<br>St. Louis, MO 53141 |
| Nancy B. Smith<br>Dorsey & Whitney, LLP-Colorado<br>370 – 17th Street, #4700<br>Denver, CO 80202-5647 | Douglas M. Tisdale<br>Tisdale & Associates LLC<br>1600 Broadway, #2600<br>Denver, CO 80202 |
| Triad Suspension Technologies, Inc.<br>c/o Lewis M. Druxman, Esq.<br>6715 Academy Rd. North East<br>Suite B<br>Albuquerque, NM 87109 | Kathryn L. Troccoli<br>1911 Champlain St.<br>Ottawa, IL 61350 |
| Richard Dale Wood<br>13997 80th Ave. North<br>Maple Grove, MN 55311 | |

          Respectfully submitted,


          s/ Vicki O'Brien
          Vicki O'Brien