UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 95-cv-00777-ZLW-OES

In re:  Indian Motorcycle Manufacturing, Inc., a New Mexico Corporation

---

## MOTION FOR CONSOLIDATION

---

Sterling Consulting Corporation, Receiver for Indian Motorcycle Manufacturing, Inc.,

by and through its attorneys Fairfield and Woods, P.C., and pursuant to Fed. R. Civ. P. 42,

hereby moves for consolidation of this matter with the matter known as *Sterling, as receiver v.

Pahl & Gosselin*, Civil Action No. 06-cv-00076-RPM-PAC, and as grounds therefore states as

follows:

1.      The matter known as *Sterling Consulting Corporation, as receiver. v. Pahl &

Gosselin,* Civil Action No. 06-cv-00076-RPM-PAC, was filed last week.  It is ancillary to this

receivership action, and involves an attempt by the receiver to collect money due the

Receivership Estate.

2.      This Court has previously entered an Order that all matters brought by the

receiver, as Plaintiff, be substantively consolidated with this case.[1]  This resulted, for example,

---

[1]  Historically, a receiver seeking to enforce its right to possession of receivership property
brought an adversary action under the case number assigned to the Receivership Action.  With
the advent of computerized docketing, the Clerk of the United States District Court in the
District of Colorado (in this Receivership Action) determined that the computerized system

-1-

in substantive consolidation between this case and all the ancillary matters brought by the receiver to protect the Indian motorcycle trademark.

3.  There are fundamental questions of fact and law common to both matters. In this receivership, the fundamental issue for the receiver was to establish the assets and liabilities of the company. The liabilities have now been set, and the receiver is in the process of trying to gather the assets necessary to pay those liabilities.

4.  In *Pahl and Gosselin*, the receiver is seeking to recover assets of the receivership. Specifically, the Defendants breached a contract with the receiver and thereby profited.[2]

WHEREFORE, the Receiver respectfully requests that this Court consolidate the matter known as *In re:  Indian Motorcycle Manufacturing, Inc.*, Civil Action No. 95-cv-00777-ZLW-

---

could not properly manage the docket of an adversary action under the same case number and required that adversary actions by the receiver must be brought under a different case number. This determination, which has been followed by this receiver, is strictly ministerial. The law of the case in the Receivership Action is that adversary proceedings must be brought under separate case numbers, then substantively consolidated with the Receivership Action. Although Rule 42 requires a determination by the Court that consolidation is appropriate, this Court may take judicial notice of the circumstances and Find the criteria for consolidation present.

[2] This purpose should be contrasted with the receiver's motion to consolidate *Sterling Consulting Corporation v. CMA*, United States District Court for the District of Colorado, No. 05-cv-01573-PSF-CBS with the Receivership Action. In Sterling v. CMA, the receiver is not yet a party to the civil action, thereby making formal compliance with all aspects of Rule 42 appropriate. In this case, this is the receiver's claim in the first instance, not Sterling's.

-2-

OES, with the matter known as *Sterling, as receiver v. Pahl & Gosselin,* Civil Action No. 06-

cv-00076-RPM-PAC.

Respectfully submitted this 23rd day of January, 2006.

FAIRFIELD AND WOODS, P.C.


By: *s/John M. Tanner*
      John M. Tanner
One Wells Fargo Center
1700 Lincoln Street, Suite 2400
Denver, Colorado  80203-4524
Telephone:  (303) 830-2400
Facsimile:  (303) 830-1033

ATTORNEYS FOR STERLING CONSULTING
CORPORATION AS RECEIVER FOR INDIAN
MOTORCYCLE MANUFACTURING, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses or as indicated below or by United States Mail, postage prepaid:

**VIA CM/ECF TO:**

Alan Lemont Hale Esq.
Hale Friesen, LLP
1430 Wynkoop St., Ste. 300
Denver, CO 80202
**Attorney for Richard Basciani, N.
Rooke Everill, Pres./Everill Bros.,
Inc., John H. Nicholson or Virginia A.
Nicholson**
ahale@haldfriesen.com

Edward T. Ramey, Esq.
Stuart H. Pack, Esq.
Isaacson Rosenbaum
  Woods and Levy
633 17th St., Ste. 2200
Denver, CO 80202
**Attorneys for William R. Childs, Scott
McCormick, Jr., Douglas Walliser,
Ronald Schiff, Edward Pacelli,
Barbara Sandoval, Morty Lempel,
A.B. Goldberg, First Entertainment,
Harvey Rosenberg**
eramey@ir-law.com
spack@ir-law.com

James R. Cage, Esq.
Cage Williams Abelman
  & Layden, P.C.
St. Elmo Bldg.
1433 17th St.
Denver, CO 80202-1273
**Attorney for Carl D. Lucci/Albert R.
Lucci**
jcage@cagewilliams.com

Glen E. Keller, Jr.
Davis Graham & Stubbs, LLP
1550 17th Street, Ste. 500
Denver, CO 80202
**Attorney for Cow Creek Band of
Umpqua Tribe of Indians**
Glen.keller@dgslaw.com

Todd Blakely, Esq.
Sheridan Ross
The Denver Post Tower
1560 Broadway, Ste. 1200
Denver, CO 80202
**Attorney for Steven Rodolakis,
Trustee**
tblakely@sheridanross.com

J. Eric Ellliff, Esq.
Kristen Taylor-Randall, Esq.
Morrison & Foerster, LLP
370 17th St., Ste. 3550
Denver, CO 80203
**Attorney for IMCOA**
jelliff@mofo.com

Adam F. Hulbig
Trial Attorney, Tax Division
US Dept. of Justice
Po Box 683
Ben Franklin Station
Washington, DC 20044
**Attorney for United States of America**
adam.f.hulbig@usdoj.gov

**VIA E-MAIL:**
Richard A. Block
President
Sterling Consulting Corporation
4101 E. Louisiana Ave., Ste. 300
Denver, CO 80246
**Receiver**
rblock@xpn.com

Gary C. Moschetti, Esq.
Hatch & Moschetti, LLP
1800 Glenarm Pl., 9th Floor
Denver, CO 80202
**Attorney for Edward Leal**
gmoschetti@hatchlawyers.com

Cassandra Sasso, Esq.
Baker & Hostetler
303 E. 17th Ave., Ste. 1100
Denver, CO 80203-1264
**Attorney for Michelle Lean**
csasso@bakerlaw.com

Douglas M. Tisdale, Esq.
Tisdale & Associates, LLC
Colorado State Bank Building
1600 Broadway, Ste. 2600
Denver, CO 80202-4989
**Attorney for Michelle Lean**
doug@tisdalelaw.com

Michael J. Pankow
Daniel J. Garfield
Brownstein Hyatt & Farber PC
410 17th Street, Suite 2200
Denver, CO 80202
**Attorneys for Michael Payne**
mpankow@bhf-law.com
dgarfield@bhf-law.com

**VIA UNITED STATES MAIL:**
James Duberg, Esq.
727 Third Ave.
Chula Vista, CA 91910-5803

Mark S. Schmidt, Esq.
Miller Simon & Maier, S.C.
788 North Jefferson Street
Milwaukee, WI 53202
**Attorney for Miller Simon & Maier**

Peter C. Freeman, Esq.
Law Offices of Peter C. Freeman
16485 Laguna Canyon Rd., Ste. 230
Irvine, CA 92618-3846
**Attorney for Scott Kajiya**

Mr. Albert Lucci
1930 Wyoming Ave.
Fort Pierce, FL 34982

Robert W. Hallock, Esq.
202 S. Merrill St.
Park Ridge, IL 60068-4223

Peter Sklarew, Esq.
Assistant Chief
Civil Trial Section, Northern Region
United States Dept. of Justice
Tax Division
PO Box 55
Washington, D.C. 20044
**Attorney for IRS**

Robert J. Danie, Eq.
9 Wagon Wheel Drive
Feeding Hills, MA 01030

Noreene C. Stehlik, Esq.
U.S. Dept. of Justice
PO Box 683
Ben Franklin Station
Washington, D.C. 20044
**Attorney for IRS**

Robert L. Morrow, Jr., MD
401 N. College Rd., #5
Lafayette, LA 70506

Nicholas A. Russo, Sr.
310 Extonville Road
Allentown, NJ 08501

Richard J. Cortesi
5316 Camino Montano, N.E.
Albuquerque, NM 87111

Albert R. Gazza
589 Manchester
E. Glastonbury, CT 06025-0085

Ronald Fulfer
15315 S. Francis Dr.
Plainfield, IL 60544

Richard Dale Wood
13997 80th Ave. North
Maple Grove, MN 55311

Steve Halprin
1316 Penningtow Place
Concord, N.C. 28207

Alf Iseback
Gamla Tuvevagen 4
41705 Goteborg
**SWEDEN**

Kathryn L. Troccoli
1911 Champlain St.
Ottawa,IL 61350

Ed Pink
Ed Pink Racing Engines, Inc.
14612 Raymer Street
Van Nuys, CA 91405

Montgomery & Andrews, P.A.
325 Paseo De Peralta
Santa Fe, NM 87501

Jeffrey M. Perkins
President
Western Design Engineering, Inc.
808 Airport Road
Jackson, MI 49202

John Inelli
17 Old Farmstead Rd.
Chester, NJ 07930

Eller Industries
c/o Leonard S. ("Lonnie") Labraiola
6035 N. 115th Street
Longmont, CO 80504-8434

**Registered Agent:**
Randal L. Hittle
1630 Main Street, Suite 202
Longmont, CO 80501

By: *s/ John M. Tanner*
    Fairfield and Woods, P.C.
    1700 Lincoln St., #2400
    Denver, CO 80203
    Phone: (303) 830-2400
    Fax: (303) 830-1033
    Email: jtanner@fwlaw.com