UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 95-cv-00777-ZLW-OES

In re: Indian Motorcycle Manufacturing, Inc., a New Mexico Corporation

---

### RECEIVER'S RESPONSE TO MOTION FOR LEAVE TO FILE JOINDER BY EDWARD PACELLI

---

Sterling Consulting Corporation, as receiver, by and through its attorneys, Fairfield and Woods, P.C., hereby responds to the Motion for Leave to File Joinder by Edward Pacelli, and as grounds therefor states as follows:

1. The motion should be denied. Mr. Pacelli was fully aware of the proceedings as they unfolded, was in a position to object to the Magistrate's Order in a timely fashion, and he chose not to do so. He has not shown any good cause to obtain the relief requested. Although he claims he does not remember getting any information prior to his Exhibit A, all of the reports, notices, etc. were all mailed to the same address and none was returned.

2. Further, in an analysis akin to that needed to set aside a default judgment, Mr. Pacelli must present a meritorious defense of some sort. He has not presented any meritorious defenses, so his motion should be denied.

3. Mr. Pacelli raises three arguments. First, he contends that he did not in fact get $75,000, but $50,000. Although the receiver disagrees with this, it cannot be elevated to the level necessary to make it an objection. In his Recommendation for a Proposed Order, Magistrate Judge Schlatter, contemplated precisely this issue, and provided a mechanism for resolving such disputes. Raising this issue in the present circumstances, and not first with Magistrate Judge Schlatter, is not only improper, but a violation of the Order of Reference to

Magistrate Judge Schlatter. This, therefore, is not a reason for the Court not to approve Judge Schlatter's recommendation and make it an Order.

4.  Second, Mr. Pacelli points out that Mr. Mandelman may be receiving more favorable treatment than he should be. The receiver does not disagree with this point as a philosophical matter, but as a legal matter the point has been lost to a Final Order that is no longer appealable. Lest any argument ever be made that the receiver released Mr. Mandelman without pursuing claims against him, the Court should direct Mr. Pacelli to consider the three years of intensive litigation in Massachusetts with Mr. Mandelman and the United States.[1] After this litigation, the receiver raised this issue again and again during the status conferences that were held before Judge Schlatter.

5.  Despite the receiver's heavy litigation and protestations, the Order approving the treatment of Mr. Mandelman, was certified final under Fed.R.Civ.P. 54(b) and no party timely appealed (the receiver itself was precluded from appealing by the Settlement Agreement with the United States). This is true even though the involvement of the United States in the Order gave Mr. Pacelli sixty days, rather than the usual thirty days, to appeal. If Mr. Pacelli did not believe the treatment of Mr. Mandelman was appropriate, he should have objected during the motion to approve the Settlement Agreement, filed a motion to reconsider with this Court (after the transfer to Colorado), or at least filed an appeal to the Tenth Circuit. He did none of those things, and so the treatment of Mr. Mandelman has now been certified final under Rule 54(b) and the deadline

---

[1] Without intending to minimize the tremendous amount of litigation by the receiver in connection with claims against Mr. Mandelman, all of which was heavily contested by both Mr. Mandelman and the United States on behalf of Mr. Mandelman, the receiver can report that the last issues to be resolved in Massachusetts were the issues of the receiver's claims against Mr. Mandelman, and suffice it to say that the United States was prepared to break the Settlement Agreement over these issues.

2

for appeal has expired. As a result, this is not a basis to complain about the Order of Reconsideration.

6. The third reason given, that Mr. Block allegedly told Mr. Pacelli that holding onto the stock would make Mr. Block rich and as a result the receiver held the stock until it became worthless, is so non-sensical (for at least two reasons) that it must be false. First, Mr. Block <u>never</u> held the stock; rather, <u>the receiver</u> held the stock. Regardless of value, Mr. Block would never get rich based upon the receiver's rights in the stock. Second, the receiver did try to sell the stock, but was blocked by Audax's instructions to the transfer agent (this is a claim the receiver will plead against Audax as soon as the stay in the 05-cv-1573 action is lifted). Mr. Pacelli must have misunderstood what Mr. Block said, or he must have failed to recall properly. This is just a desperate grasp at straws by Mr. Pacelli.

7. Finally, this case needs more velocity, not less. There is a limited time for the receiver to collect the money for taxes before the United States commences an action in Tax Court against Sterling Consulting Corporation (not as receiver) and Fairfield and Woods. That should not be allowed to happen, and delays make it more likely.

WHEREFORE, Sterling Consulting Corporation, as receiver, prays that this Court deny the Motion to object out of time, and grant it such other and further relief as the Court deems just and proper.

Respectfully submitted this 23rd day of January, 2006.

By: <u>s/ John M. Tanner</u>
Fairfield and Woods, P.C.
1700 Lincoln Street, Suite 2400
Denver, CO 80203-4524
Phone: (303) 830-2400
Fax: (303) 830-1033
Email: jtanner@fwlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses or as indicated below or by United States Mail, postage prepaid:

**VIA CM/ECF TO:**

Alan Lemont Hale Esq.
Hale Friesen, LLP
1430 Wynkoop St., Ste. 300
Denver, CO 80202
**Attorney for Richard Basciani, N. Rooke Everill, Pres./Everill Bros., Inc., John H. Nicholson or Virginia A. Nicholson**
ahale@haldfriesen.com

Edward T. Ramey, Esq.
Stuart H. Pack, Esq.
Isaacson Rosenbaum
 Woods and Levy
633 17th St., Ste. 2200
Denver, CO 80202
**Attorneys for William R. Childs, Scott McCormick, Jr., Douglas Walliser, Ronald Schiff, Edward Pacelli, Barbara Sandoval, Morty Lempel, A.B. Goldberg, First Entertainment, Harvey Rosenberg**
eramey@ir-law.com
spack@ir-law.com

James R. Cage, Esq.
Cage Williams Abelman
 & Layden, P.C.
St. Elmo Bldg.
1433 17th St.
Denver, CO 80202-1273
**Attorney for Carl D. Lucci/Albert R. Lucci**
jcage@cagewilliams.com

Glen E. Keller, Jr.
Davis Graham & Stubbs, LLP
1550 17th Street, Ste. 500
Denver, CO 80202
**Attorney for Cow Creek Band of Umpqua Tribe of Indians**
Glen.keller@dgslaw.com

Todd Blakely, Esq.
Sheridan Ross
The Denver Post Tower
1560 Broadway, Ste. 1200
Denver, CO 80202
**Attorney for Steven Rodolakis, Trustee**
tblakely@sheridanross.com

J. Eric Ellliff, Esq.
Kristen Taylor-Randall, Esq.
Morrison & Foerster, LLP
370 17th St., Ste. 3550
Denver, CO 80203
**Attorney for IMCOA**
jelliff@mofo.com

Adam F. Hulbig
Trial Attorney, Tax Division
US Dept. of Justice
Po Box 683
Ben Franklin Station
Washington, DC 20044
**Attorney for United States of America**
adam.f.hulbig@usdoj.gov

**VIA E-MAIL:**
Richard A. Block
President
Sterling Consulting Corporation
4101 E. Louisiana Ave., Ste. 300
Denver, CO 80246
**Receiver**
rblock@xpn.com

Gary C. Moschetti, Esq.
Hatch & Moschetti, LLP
1800 Glenarm Pl., 9th Floor
Denver, CO 80202
**Attorney for Edward Leal**
gmoschetti@hatchlawyers.com

Cassandra Sasso, Esq.
Baker & Hostetler
303 E. 17th Ave., Ste. 1100
Denver, CO 80203-1264
**Attorney for Michelle Lean**
csasso@bakerlaw.com

Douglas M. Tisdale, Esq.
Tisdale & Associates, LLC
Colorado State Bank Building
1600 Broadway, Ste. 2600
Denver, CO 80202-4989
**Attorney for Michelle Lean**
doug@tisdalelaw.com

Michael J. Pankow
Daniel J. Garfield
Brownstein Hyatt & Farber PC
410 17th Street, Suite 2200
Denver, CO 80202
**Attorneys for Michael Payne**
mpankow@bhf-law.com
dgarfield@bhf-law.com

**VIA UNITED STATES MAIL:**
James Duberg, Esq.
727 Third Ave.
Chula Vista, CA 91910-5803

Mark S. Schmidt, Esq.
Miller Simon & Maier, S.C.
788 North Jefferson Street
Milwaukee, WI 53202
**Attorney for Miller Simon & Maier**

Peter C. Freeman, Esq.
Law Offices of Peter C. Freeman
16485 Laguna Canyon Rd., Ste. 230
Irvine, CA 92618-3846
**Attorney for Scott Kajiya**

Mr. Albert Lucci
1930 Wyoming Ave.
Fort Pierce, FL 34982

Robert W. Hallock, Esq.
202 S. Merrill St.
Park Ridge, IL 60068-4223

Peter Sklarew, Esq.
Assistant Chief
Civil Trial Section, Northern Region
United States Dept. of Justice
Tax Division
PO Box 55
Washington, D.C. 20044
**Attorney for IRS**

Robert J. Danie, Eq.
9 Wagon Wheel Drive
Feeding Hills, MA 01030

Noreene C. Stehlik, Esq.
U.S. Dept. of Justice
PO Box 683
Ben Franklin Station
Washington, D.C. 20044
**Attorney for IRS**

Robert L. Morrow, Jr., MD
401 N. College Rd., #5
Lafayette, LA 70506

Nicholas A. Russo, Sr.
310 Extonville Road
Allentown, NJ 08501

Richard J. Cortesi
5316 Camino Montano, N.E.
Albuquerque, NM 87111

Albert R. Gazza
589 Manchester
E. Glastonbury, CT 06025-0085

Ronald Fulfer
15315 S. Francis Dr.
Plainfield, IL 60544

Richard Dale Wood
13997 80th Ave. North
Maple Grove, MN 55311

Steve Halprin
1316 Penningtow Place
Concord, N.C. 28207

Alf Iseback
Gamla Tuvevagen 4
41705 Goteborg
**SWEDEN**

Kathryn L. Troccoli
1911 Champlain St.
Ottawa,IL 61350

Ed Pink
Ed Pink Racing Engines, Inc.
14612 Raymer Street
Van Nuys, CA 91405

Montgomery & Andrews, P.A.
325 Paseo De Peralta
Santa Fe, NM 87501

Jeffrey M. Perkins
President
Western Design Engineering, Inc.
808 Airport Road
Jackson, MI 49202

John Inelli
17 Old Farmstead Rd.
Chester, NJ 07930

Eller Industries
c/o Leonard S. ("Lonnie") Labraiola
6035 N. 115th Street
Longmont, CO 80504-8434

**Registered Agent:**
Randal L. Hittle
1630 Main Street, Suite 202
Longmont, CO 80501


By:  *s/ John M. Tanner*
     Fairfield and Woods, P.C.
     1700 Lincoln St., #2400
     Denver, CO 80203
     Phone:  (303) 830-2400
     Fax:  (303) 830-1033
     Email:  jtanner@fwlaw.com