IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| RECEIVERSHIP ESTATE OF | ) | |
| INDIAN MOTORCYCLE | ) | Case No. 1:95-cv-777 |
| MANUFACTURING INC | ) | |
| Debtor | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

**ELECTRONIC FILER REQUEST TO TERMINATE COURT E-MAIL NOTIFICATION**

PLEASE TAKE NOTICE that the undersigned attorney/electronic filer ("**E-Filer**") hereby requests termination of electronic notification of actions and events docketed in the above matter. The undersigned understands that registration as an electronic filer serves as consent to receive notice electronically from the court pursuant to Amended General Procedure Order No. 2001-8. The undersigned also understands that upon processing of this request by the clerk, service of orders and notices from the court concerning this matter via E-mail notification will cease, and because the undersigned's general status as a registered E-filer with the court remains in effect, the undersigned will not receive service of orders and notices by conventional mailing from the court.

PLEASE TAKE FURTHER NOTICE that in the event the undersigned E-filer has previously filed a Waiver of Conventional Notice and Consent to Notice by Electronic Transmission pursuant to Amended General Procedure Order No. 2001-8, undersigned understands said waiver is withdrawn by the filing of this Request.

Dated: January 23, 2006

Respectfully submitted,

/s/ Douglas M. Tisdale, Esq.
Douglas M. Tisdale, Esq. CBN 6864
Tisdale & Associates LLC
1600 Broadway, Suite 2600
Denver, CO 80202-4989
Ph:    (303) 832-1800
Fax:   (303) 832-0799
doug@tisdalelaw.com