IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 95-cv-0777-ZLW-OES

In re: THE RECEIVERSHIP ESTATE OF INDIAN MOTORCYCLE MANUFACTURING, INC.

---

**ASSIGNEE'S MOTION FOR LEAVE TO FILE SUR-REPLY IN OPPOSITION TO RECEIVER'S REPLY IN SUPPORT OF ITS MOTION TO CONSOLIDATE**

---

COMES NOW Credit Managers Association of California, dba Business Credit Services as Assignee ("Assignee"), pursuant to a California Assignment for the Benefit of Creditors and General Assignments dated May 12, 2004, by Indian Motorcycle Company ("Indian"), IMCOA Licensing America, Inc. ("IMCOA Licensing"), and IMCOA Holdings America, Inc. ("IMCOA Holdings")[1] (collectively, Indian, IMCOA Licensing, and IMCOA Holdings are referred to herein as the "Indian Entities"), and hereby seeks leave of Court to file the attached Sur-Reply in opposition to Receiver's Reply in Support of its Motion to Consolidate. As grounds, Assignee states as follows:

1. Assignee's counsel contacted Receiver's counsel regarding the filing of the attached Sur-Reply pursuant to L.R.COLO.LCivR 7.1(A). Counsel for Receiver stated that Receiver opposes the relief requested in this motion.

2. In its Reply in Support of the Motion to Consolidate, the Receiver provides new arguments and allegations, not previously identified or discussed in its Motion, which affect the

---

[1] CMA is a California based third party fiduciary acting as an assignee for the benefit of creditors under California's assignment for benefit of creditors law. As such, it is submitting a pleading this action in such capacity and no other. All references to CMA herein are as Assignee of the Indian Entities only.

Assignee, although the Reply purports to be addressed to Audax (the Receiver did not respond at all to Assignee's prior responsive pleading). Consequently, the Assignee has not had the opportunity to respond to this new information.

3. Accordingly, the Assignee seeks leave of Court to file the Sur-Reply attached as Exhibit "A" to this Motion. In the event this Court grants Assignee's motion for leave to file the Sur-Reply, Assignee seeks entry of the attached Order deeming the attached Sur-Reply filed as of the date of the Order.

WHEREFORE, Assignee respectfully requests entry of the attached Order granting Assignee leave to file the Sur-Reply attached to this motion as Exhibit "A".

DATED this 24th day of January, 2006.

Respectfully submitted,

By: /s Julie Trent
Julie Trent, No. 17086
**BIEGING SHAPIRO & BURRUS LLP**
4582 South Ulster Street Pkwy., Suite 1650
Denver, Colorado 80237
Telephone: (720) 488-0220
Facsimile: (720) 488-7711
ATTORNEYS FOR ASSIGNEE

## CERTIFICATE OF SERVICE

I hereby certify that on January 24th, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the parties who have entered a CM/ECF appearance in this matter

And by U.S. Mail, first class, postage prepaid and facsimile number to the following:

| | |
|---|---|
| Michael E. Chodos, Esq.<br>Michael E. Chodos, Attorney at Law<br>56 Malaga Cove Plaza<br>Palos Verdes Estates, CA 90274 | Fax:   310.791.1958 |
| Jack Tanner, Esq.<br>Fairfield & Woods, PC<br>1700 Lincoln St., Suite 2400<br>Denver, CO  80203 | Fax:   303.830.1033 |
| Tom Quinn, Esq.<br>1600 Broadway, Suite 1675<br>Denver, CO  80202 | Fax:   303.672.8281 |

s/ Julie Trent
**Julie Trent**, No. 17086
Bieging Shapiro & Burrus, LLP
4582 South Ulster Street Parkway, Suite 1650
Denver, Colorado 80237
Telephone: (720) 488-0220
FAX: (720) 488-7711
E-mail: jt@bsblawyers.com