IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 95-cv-0777-ZLW-OES

In re:  THE RECEIVERSHIP ESTATE OF INDIAN MOTORCYCLE MANUFACTURING, INC.

## ORDER GRANTING ASSIGNEE'S MOTION FOR LEAVE TO FILE SUR-REPLY IN OPPOSITION TO RECEIVER'S REPLY IN SUPPORT OF ITS MOTION TO CONSOLIDATE

THIS MATTER, having come before the Court on Assignee's Motion for Leave to File Sur-Reply in Opposition to Receiver's Reply in Support of Its Motion to Consolidate (the "Motion for Leave"), and the Court being fully apprised, hereby

GRANTS the Motion.  Assignee's Sur-Reply, attached as Exhibit A to the Motion for Leave, is accepted for filing as of the date of this Order.

DONE this _____ day of _____, 2006.

BY THE COURT:

_____
United States District Court Judge/United States Magistrate Judge

ORDER-Motion for Leave to File Sur-Reply-Motion to Consol  (00037787)