IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L.  Weinshienk

Civil Action No. 95-cv-00777-ZLW-OES

In re: Receivership Estate of INDIAN MOTORCYCLE
MANUFACTURING, INC., a New Mexico corporation.
_____

ORDER
_____

After consideration of the case file recently transferred back to this Court, I

hereby exercise my discretion as a senior judge to decline this case.  Therefore, it is

ORDERED that this case is returned to the Clerk's Office for reassignment to an

active U.S. District Judge.  It is

FURTHER ORDERED that, because Magistrate Judge O. Edward Schlatter is

leaving the Court as of February 14, 2006, and because newly assigned Magistrate

Judge Michael E. Hegarty, formerly an Assistant U.S. Attorney, would be unable to

serve because the United States is actively participating in this matter, this case shall

be randomly reassigned to a Magistrate Judge other than Magistrate Judge Hegarty.

DATED at Denver, Colorado, this  23  day of January, 2006.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court