

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### OFFICE OF THE CLERK

GREGORY C. LANGHAM
CLERK OF COURT

Room A-105
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, Colorado 80294-3589
Phone (303) 844-3433
www.cod.uscourts.gov

January 24, 2006

SEE NOTICE OF ELECTRONIC FILING

Re:   In re: Receivership Estate of Indian Motorcycle Manufacturing, Inc.
      Civil Action Number: 95-cv-00777 REB-CBS

Dear Counsel:

Please be advised that the above referenced case has been reassigned to Judge Robert E. Blackburn and Magistrate Judge Craig B. Shaffer.  All future pleadings should reference the new judge designations in the civil action number as shown above.

Thank you for your cooperation in this matter.

Very truly yours,
GREGORY C. LANGHAM, CLERK


By: s/ Bonnie McCarty, Deputy Clerk


cc:   Judge Robert E. Blackburn
      Magistrate Judge Craig B. Shaffer


(Rev. 10/02)