OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

CANNOT LOCATE   ZLW-
95-CV-777       OES
#2079

RETURNED TO SENDER
UNDELIVERABLE AS ADDRESSED
FORWARDING ORDER EXPIRED

Donald Schunk
12572 Durrow Court
St. Louis, MO 63141

63141+8815-72