IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Case No. 95-cv-00777-REB-CBS

In re: Receivership Estate of INDIAN MOTORCYCLE
MANUFACTURING, INC., a New Mexico corporation,

### MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

Upon the Amended Order of Reference to United States Magistrate Judge (filed January 24, 2006; *doc. no. 2101*) this matter has been referred to Magistrate Judge Shaffer for pretrial purposes.

A review of the court's calendar indicates that a status conference in related case 05-cv-01573-PSF-CBS has been set for **January 30, 2006, at 8:30 a.m. (Mountain Time)** in Courtroom A-402, Fourth Floor, of the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. Therefore,

IT IS HEREBY ORDERED that counsel for 95-cv-00777-REB-CBS are to attend the January 30, 2006 status conference.

**DATED:**   January 26, 2006