**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

Civil Action No. 95-cv-00777-REB-CBS

In re:

Receivership Estate of INDIAN MOTORCYCLE MANUFACTURING, INC.,
a New Mexico Corporation

_____

**UNITED STATES' UNOPPOSED MOTION TO PERMIT OUT-OF-TOWN COUNSEL TO APPEAR TELEPHONICALLY AT JANUARY 30, 2006 HEARING**
_____

The United States of America, by and through undersigned counsel, hereby moves the Court to enter an Order permitting out-of-town counsel for the government, Adam F. Hulbig (accompanied by Peter Sklarew, who is more familiar with this matter from having represented the United States while the case was in Massachusetts) to appear by telephone at the Status Conference set for January 30, 2006 at 8:30 a.m. in related case *Sterling Consulting Corporation v. CMA*, Civil Action No. 05-cv-01573-PSF-CBS (the "Sterling Action"), and in support thereof states as follows:

1. The United States Department of Justice, Tax Division, Washington, D.C. has primary responsibility for litigating the United States' interests in the above-captioned matter. Adam F. Hulbig, an attorney in the Civil Trial Section, Western Region, in that office, has been designated as counsel for the United States. Peter Sklarew, an Assistant Chief for the Civil Trial Section, Northern Region, appeared for the United States in the Massachusetts proceedings and continues to assist Mr. Hulbig in this matter given his long history and greater familiarity with the case, including having negotiated the tax settlement agreement, the judgment from which the Receiver is currently endeavoring to satisfy through restitution proceedings.

2. On January 26, 2006, the Court set a Status Conference in the Sterling Action for

January 30, 2006 at 8:30 a.m.  The United States has had no involvement in the *Sterling* action. The Plaintiff in the Sterling Action has moved to consolidate that case with the above-captioned matter (DI # 2014).  The United States is an administrative tax claimant in the receivership action. Pursuant to the terms of the court-approved settlement agreement between the United States and the Receiver, however, it is the Receiver's obligation to prosecute the motion for restitution against the distributees of the Indian Motorcycle receivership estate in the above-captioned matter.  Under the settlement agreement, the United States has reserved the right to participate to the extent that matters raised appear to directly implicate the United States' interests.  For example, the United States has filed a response to an objection to the report and recommendation of Magistrate Judge Schlatter that the Court grant the Receiver's motion for restitution.   Since that matter is now before the District Judge, there are no motions before the Magistrate Judge in which the United States' interests are directly implicated (as opposed to being indirectly affected though the Receiver's role as fiduciary).

3. The United States respectfully requests that its counsel of record, Adam F. Hulbig, accompanied by Peter Sklarew, be allowed to appear by telephone at the Status Conference set for January 30, 2006.

4.  Mr. Hulbig is scheduled, based on longstanding plans, to be out of town on January 28, 2006 and January 29, 2006 to celebrate the Vietnamese holiday of Tet (Vietnamese New Year) with his spouse and her family, and will not be able to travel to Colorado to attend the status conference on January 30, 2006.  Mr. Sklarew, as an Assistant Chief in the Northern Region Civil Trial Section of the Department of Justice, Tax Division, would normally not appear in person for a proceeding in Colorado (and in any event has an appellate oral argument on the morning of February 1, 2006, that he must prepare for).

5. There will be no testimony or other evidence presented at the January 30, 2006

Status Conference. Therefore, neither the Court nor the parties should be hampered by Messrs. Hulbig and Sklarew's appearing by telephone.

6.      In addition, counsel for the United States and other parties in this matter have appeared telephonically at prior status conferences in this matter without incident. On each such occasion, the Receiver has successfully arranged for parties wishing to appear telephonically to "dial-in" to a single number for purposes of connecting to the Court. The Receiver is amenable to making these arrangements again should the Court grant the United States' motion.

7.      Pursuant to D.C. COLO. L.CivR 7.1A, on January 26, 2006, the undersigned attorney spoke with counsel for the Receiver regarding this motion. Receiver's counsel stated that he had no objections to the relief requested herein.

WHEREFORE, the United States respectfully requests that the Court grant the instant motion and allow Mr. Hulbig to appear by telephone at the Status Conference set for January 30, 2006, accompanied by Mr. Sklarew.

Dated this 26th day of January, 2006.

                                              Respectfully submitted,

                                              WILLIAM J. LEONE
                                              Acting United States Attorney
                                              District of Colorado

                                              */s Adam F. Hulbig*
                                              ADAM F. HULBIG
                                              Trial Attorney, Tax Division
                                              U.S. Department of Justice
                                              P.O. Box 683
                                              Washington, D.C.  20044
                                              Telephone: (202) 514-6061
                                              Facsimile: (202) 307-0054
                                              Email: adam.f.hulbig@usdoj.gov
                                                         western.taxcivil@usdoj.gov

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that on this 26th day of January, 2006, I caused the foregoing **UNITED STATES' UNOPPOSED MOTION TO PERMIT OUT-OF-TOWN COUNSEL TO APPEAR TELEPHONICALLY AT JANUARY 30, 2006** to be filed electronically using the CM/ECF system, which will serve all parties and/or counsel registered for service by that means.

/s *Adam F. Hulbig*
ADAM F. HULBIG
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C.  20044
Telephone: (202) 514-6061
Facsimile: (202) 307-0054
Email: adam.f.hulbig@usdoj.gov
            western.taxcivil@usdoj.gov