IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Case No. 95-cv-00777-REB-CBS

In re: Receivership Estate of INDIAN MOTORCYCLE
MANUFACTURING, INC., a New Mexico corporation,

### MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

It is hereby **ORDERED** that United States' Unopposed Motion to Permit Out-of-Town Counsel to Appear Telephonically at January 30, 2006 Hearing (filed January 26, 2006; *doc. no. 2105*) is **GRANTED**.  Mr. Hulbig and Mr. Sklarew are permitted to participate telephonically in the January 30, 2006, status conference.  It is further

**ORDERED** that as the court has only granted permission for telephonic participation to counsel for the United States, the only party incurring a conference call cost will be the United States of America. Therefore, the court will not require parties to use a conferencing service for the status conference.

Mr. Hulbig and Mr. Sklarew are directed to coordinate with each other to create a conference call. Once they are both on the same line they are to contact the Court by dialing **(303) 844-2117**.

**DATED:**     January 27, 2006