IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01573-PSF-CBS

STERLING CONSULTING CORPORATION, a Colorado Corporation
  Plaintiff,
v.

CREDIT MANAGERS ASSOCIATION OF CALIFORNIA, et al.
  Defendants.

## STATUS REPORT

COMES NOW Credit Managers Association of California, dba Business Credit Services ("CMA" or "Assignee") as Assignee, pursuant to a California Assignment for the Benefit of Creditors and General Assignments dated May 12, 2004, by Indian Motorcycle Company ("Indian"), IMCOA Licensing America, Inc. ("IMCOA Licensing"), and IMCOA Holdings America, Inc. ("IMCOA Holdings")[1] (collectively, Indian, IMCOA Licensing, and IMCOA Holdings are referred to herein as the "Indian Entities"), and files this Status Report regarding a pending matter in this case. As its Status Report, CMA states as follows:

1. On November 15, 2005, CMA filed a Notice of Dispute and Request for Resolution of Dispute by Magistrate Judge (the "Dispute Request") regarding a "Cash Fund Dispute" (as defined in the Dispute Request) between Sterling Consulting and the Indian Entities.[2] The Dispute Request was also filed in *In re Indian Motorcycle Manufacturing, Inc.*,

---

[1] CMA is a California based third party fiduciary acting as an assignee for the benefit of creditors under California's assignment for benefit of creditors law. As such, it is appearing in this action in such capacity and no other. All references to CMA herein are as Assignee of the Indian Entities only.

[2] On November 17, 2005, the Court in this matter referred the Dispute Request to the Magistrate Judge.

United States District Court, Case No. 95cv0777-ZLW-OES (the "Receivership Action") pursuant to the ADR provisions in a prior settlement agreement between Sterling and the Indian Entities.

2. At a November 28, 2005 Status Conference in this case, this Court denied, without prejudice, CMA's Dispute Request on the basis that the Dispute Request would likely be ruled on by the magistrate judge in the Receivership Action.[3]

3. The Magistrate Judge in the Receivership Action did not rule on the Dispute Request and, since that time, the Receivership Action has been re-assigned to Judge Blackburn and this Court, Magistrate Judge Shaffer.

4. All relevant parties responded to the Dispute Request and no pleadings remain outstanding on the matter.

5. Thus, the Dispute Request is currently at issue before this Court.

WHEREFORE, CMA requests that the Court submit the Cash Fund Dispute to a magistrate "who is not one of the Magistrate Judges who have previously entered Orders in the Receivership Action or any related action in which the Receiver was a party," pursuant to the express provisions of the Settlement Agreement between Sterling and the Indian Entities and 28 U.S.C. § 636(b)(2) and (b)(3), and Fed. R. Civ. P. 53(a).

---

[3] Judge Weinshenk referred the Dispute Request to Magistrate Judge Schlatter in the Receivership Action.

Respectfully submitted this 27th day of January, 2006.

          **BIEGING SHAPIRO & BURRUS LLP**

By:   s/ Julie Trent
      Julie Trent, No. 17086
      4582 S. Ulster Street Pkwy., Suite 1650
      Denver, CO 80237
      Office: (720) 488-0220
      Fax: (720) 488-7711
      E-mail: jt@bsblawyers.com

      Robert Pitts
      LAW OFFICE OF ROBERT W. PITTS
      660 Newport Center Drive, Suite 400
      Newport Beach, California 92660
      T: 949-720-4125
      F: 949-720-4111
      E: rpitts@lawrwp.com
      *Attorneys for CMA as Assignee of the Indian Entities*

## CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

Thomas F. Quinn, Esq.                    tquinn@tfqlaw.com

And by U.S. Mail, first class, postage prepaid and facsimile number to the following:

Michael E. Chodos, Esq.                  Fax:   310.791.1958
Michael E. Chodos, Attorney at Law
56 Malaga Cove Plaza
Palos Verdes Estates, CA 90274

Jack Tanner, Esq.                        Fax:   303.830.1033
Fairfield & Woods, PC
1700 Lincoln St., Suite 2400
Denver, CO  80203

                                         s/ Julie Trent
                                         **Julie Trent**, No. 17086
                                         Bieging Shapiro & Burrus, LLP
                                         4582 South Ulster Street Parkway, Suite 1650
                                         Denver, Colorado 80237
                                         Telephone:  (720) 488-0220
                                         Fax: (720) 488-7711
                                         E-mail:  jt@bsblawyers.com

00037919                                         4