ICE OF THE CLERK
ted States District Court
-19th Street, Room A105
ver, CO 80294-3589

ICIAL BUSINESS





Chuck Krowczyk
1853 South Marshall Circle

unknown
never at this
address

CANNot LOCATE
95-CN-777
#2093
ZLW-OES



# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### OFFICE OF THE CLERK

GREGORY C. LANGHAM  
CLERK OF COURT

Room A-105  
Alfred A. Arraj U.S. Courthouse  
901 19th Street  
Denver, Colorado 80294-3589  
Phone (303) 844-3433  
www.cod.uscourts.gov

January 24, 2006

SEE NOTICE OF ELECTRONIC FILING

Re: In re: Receivership Estate of Indian Motorcycle Manufacturing, Inc.  
Civil Action Number: 95-cv-00777 REB-CBS

Dear Counsel:

Please be advised that the above referenced case has been reassigned to Judge Robert E. Blackburn and Magistrate Judge Craig B. Shaffer. All future pleadings should reference the new judge designations in the civil action number as shown above.

Thank you for your cooperation in this matter.

Very truly yours,  
GREGORY C. LANGHAM, CLERK

By: s/ Bonnie McCarty, Deputy Clerk

cc: Judge Robert E. Blackburn  
Magistrate Judge Craig B. Shaffer

(Rev. 10/02)