**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  95-cv-00777-REB-CBS

In re: Receivership Estate of INDIAN MOTORCYCLE
MANUFACTURING, INC., a New Mexico corporation,

MINUTE ORDER[1]

      The court is receiving a large amount undeliverable mail. Therefore, by the close of business on **February 10, 2006**, counsel for the receivership shall file with the clerk of the court an updated service list for the above captioned matter.  Based on this updated list, the court can then have the notice of electronic filing turned off for those parties who do not have proper mailing information.

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.