IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | | |
|---|---|---|
| **Civil Action No.:** | **95-cv-00777-REB-CBS** | FTR - Reporter Deck, Crtrm A402 |
| **Date:  January 30, 2006** | | Courtroom Deputy, Ellen E. Miller |

In re: Receivership Estate of INDIAN MOTORCYCLE
MANUFACTURING, INC., a New Mexico corporation,

## COURTROOM   MINUTES  /  MINUTE   ORDER

**HEARING:    STATUS CONFERENCE / MOTIONS   HEARING**
**Court in session:**         8:30 a.m.
Court calls case.  Counsel have checked in with the Courtroom Deputy.  This Status Conference/Motions Hearing is held  in conjunction with 05-cv-01573-PSF-CBS

Present are   Thomas F. Quinn, Richard A. Block, and John M. Tanner.  Also present are Julie A. Trent, Michael A. Chodos, Eugene M. Sprague, Michael J. Pankow, Robert W. Pitts, and Todd P. Blakely. Appearing by telephone are  Adam F.  Hulbig and  Peter Sklarew  on behalf of the United States Department of Justice  Tax Division.

**It is ORDERED:**       Attorneys for Chapter 7 Trustee Stephen M. Rodolakis' MOTION   TO   WITHDRAW   (Docket No. **2020,** Filed December 19, 2005) is   **GRANTED.**

Todd P. Blakely, on behalf of the Chapter 7 Trustee in the Estate of Indian Motorcycle Company in the Massachusetts bankruptcy, is relieved of  any further representation in this action.

**It is ORDERED:**       Receiver's MOTION   TO   CONSOLIDATE   (Docket No. **2014**, Filed December 14, 2005) is    **HELD IN ABEYANCE** pending further developments in the 05-cv-01573-PSF-CBS case and pending a decision on the Motion for Reconsideration.

Mr. Sklarew notes there are many claimants who are not necessarily involved in every motion.  This case was previously assigned to Magistrate Judge Schlatter, who had ordered on the record  that an order be circulated to modify the service requirements so only those parties interested in any specific motion would need to be served.  Mr. Sklarew will send to the Court the proposed order with a "Submission in Compliance with Order" which briefly explains the history of the problem, the resolution ordered by Magistrate Judge Schlatter, the steps taken in attempting to obtain everyone's signature.

**It is ORDERED:** WITHIN TWENTY DAYS of today's date, each party in case 05-cv-01573-PSF-CBS and 95-cv-00777-REB-CBS shall file a STATUS REPORT. Each party needs to include information as to what extent, if any, discovery is needed and the scope of that discovery.

**It is ORDERED:** To the extent there seems to be either legally, factually, or practically some overlap between the 95- and 05- cases,
WITHIN FORTY-FIVE DAYS of today's date, parties in case 05-cv-01573-PSF-CBS and 95-cv-00777-REB-CBS shall submit to the Court a CONFIDENTIAL SETTLEMENT STATEMENT.

The brief Settlement Statements (15 pages or less) shall be sent via e-mail in a PDF format to **Shaffer_Chambers@cod.uscourts.gov** ALL additional settlement material (*i.e.* deposition transcripts, documents) shall be submitted to the court as hard copies. Counsel shall indicate in their e-mail if they are submitting additional information for the Court to read.
Any additional material shall be delivered to the Office of the Clerk of the Court in an envelope marked "PERSONAL PER MAGISTRATE JUDGE SHAFFER'S INSTRUCTIONS"

After review of the Confidential Settlement Statements, it is anticipated the Court will set a Settlement Conference by Minute Order.

HEARING CONCLUDES.

**Court in recess:** 9:50 a.m.
Total In-Court Time:   01:20