CE OF THE CLERK
ATES DISTRICT COURT
A. ARRAJ COURTHOUSE
9TH ST., ROOM A105
VER, CO 80294-3589

FFICIAL BUSINESS

CAN NOT LOCATE ZLW -
95-CV-777 OES
#2079

RTN To Sender Undeliverable As Addressed

DENVER JAN 17 '06

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 31 2006

GREGORY C. LANGHAM
CLERK

Anthony Pugliese
2500 Military Trail
Boca Raton, FL 33431

33431+6344-802047250Q