OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
A. A. ARRAJ COURTHOUSE
901 19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

CANNOT LOCATE ZEW
95-CV-777
#2070

RTN To Sender Undeliverable As Addressed

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 31 2006

GREGORY C. LANGHAM
CLERK

Carol Furtier
2500 Military Trail
Boca Raton, FL 33431