E OF THE CLERK
States District Court
)th Street, Room A105
r, CO 80294-3589

AL BUSINESS

Hilm Sevimli
c/o ~~Christopher C~~
No~~███~~
11 Pine Street
Plainville, CT 06103

RETURNED TO SENDER
FORWARDING ORDER EXPIRED

DENVER
JAN 09 '06
CO

CANNOT LOCATE
95-CV-777
#2060

ZLW -
OES