

FICE OF THE CLERK
TATES DISTRICT COURT
A. ARRAJ COURTHOUSE
-19TH ST., ROOM A105
NVER, CO 80294-3589

OFFICIAL BUSINESS

CANNot LOCATE  ZLW-
95-CN-777
#2079

DENVER CO JAN 17'06

RETURNED TO SENDER
Not Deliverable as Addressed
Unable to Forward

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN
GREGORY C. LANGHAM
CLERK

Jeffrey M. Perkins
Western Design Engineering, Inc.
808 Airport Road
Jackson, MI 49202