

OFFICE OF THE CLERK
United States District Court
19th Street, Room A105
Denver, CO 80294-3589

OFFICIAL BUSINESS

Return to

NOT DELIVERABLE
AS ADDRESSED
UNABLE TO FORWARD

Morty B. Lempel
Morty B. Lempel, Atty at Law
55 Old Turnpike Road
209
Nantuet, NY 10954-2450

CANNOT LOCATE
95-CV-777
#1950
ZLW-OES

NOT AT THIS ADDRESS