ZLW-OES CANNOT LOCATE

OFFICE OF THE CLERK
STATES DISTRICT COURT
A. ARRAJ COURTHOUSE
-19TH ST., ROOM A105
NVER, CO 80294-3589

OFFICIAL BUSINESS

95-CW-777
#2079

Return to Sender

Ronald Garcia
2505 Madison, North East
Albuquerque, NM 87101





FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 31 2006

GREGORY C. LANGHAM
CLERK