OF THE CLERK
States District Court
h Street, Room A105
CO 80294-3589

L BUSINESS

Hilm Sevimli
c/o Christopher C. Noble, Esq.
Noble & Associates, LLC
11 Pine Street
Plainville, CT 06103



FORWARDING ORDER EXPIRED

CANNOT LOCATE
95-CV-777

#2093 & 2104

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 02 2006

GREGORY C. LANGHAM
CLERK