**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

Civil Action No. 95-cv-00777-REB-CBS

In re:

Receivership Estate of INDIAN MOTORCYCLE MANUFACTURING, INC.,
a New Mexico Corporation

_____

**NOTICE OF SUBMISSION OF PROPOSED ORDER**
**IN COMPLIANCE WITH COURT'S REQUEST**
_____

During the status conference held before Magistrate Judge Schlatter on December 13, 2005, the parties and the Court discussed the need for an order modifying and/or clarifying who should be served with various court filings. The United States proposed that the Court enter an order of the kind attached hereto. The Court asked counsel for the United States to draft a proposed order and circulate it to the Receiver and others at the conference who expressed an interest in having an opportunity to see the form of order in advance of its entry. The United States thereafter circulated the attached form of order. As noted at the recent status conference before Magistrate Judge Shaffer on January 30, 2006, counsel for the United States had received no objections, and the affirmative approval on behalf of the Receiver, but counsel for Credit Managers Association of California ("CMA") had initially raised some questions and then not responded to a further inquiry. It appears there was some confusion about the status of the proposal because, following the January 30, 2006 status conference, counsel for CMA asked for another copy of the proposed order and thereafter indicated that the attached form of order was acceptable.

Accordingly, consistent with the ruling of Magistrate Judge Schlatter at the December 13, 2005 conference, the United States requests that the Court enter the attached proposed order (after

- 2 -

making any changes that the Court deems appropriate).

Dated this 3rd day of February, 2006.

                           Respectfully submitted,

                           WILLIAM J. LEONE
                           Acting United States Attorney
                           District of Colorado


                           /s/ Adam F. Hulbig
                           ADAM F. HULBIG
                           Trial Attorney, Tax Division
                           U.S. Department of Justice
                           P.O. Box 683
                           Washington, D.C.  20044
                           Telephone: (202) 514-6061
                           Facsimile: (202) 307-0054
                           Email: adam.f.hulbig@usdoj.gov
                                    western.taxcivil@usdoj.gov

## CERTIFICATE OF SERVICE

  IT IS HEREBY CERTIFIED that on this 3rd day of February, 2006, I caused the foregoing **NOTICE OF SUBMISSION OF PROPOSED ORDER IN COMPLIANCE WITH COURT'S REQUEST (with attached proposed Order Modifying Rule 5 Service Requirements)** to be filed electronically using the CM/ECF system, which will serve all counsel registered for service by that means.

              /s/ Adam F. Hulbig
              ADAM F. HULBIG
              Trial Attorney, Tax Division
              U.S. Department of Justice
              P.O. Box 683
              Washington, D.C.  20044