Anthony Pugliese
2500 Military Trail
Boca Raton, FL 33431

☐ INSUFFICIENT ADDRESS
☐ NO SUCH NUMBER
☐ UNCLAIMED
☐ ATTEMPTED ☐ REFUSED
☐ NO SUCH STREET NOT KNOWN
☐ VACANT
☒ NO RECEPTACLE
☐ NOT DELIVERABLE AS ADDRESSED-UNABLE TO FORWARD
ROUTE NO._____ DATE_____
CARR/INITIALS

CANNOT LOCATE
95-CV-777
#2109
REB-CBS

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 03 2006

GREGORY C. LANGHAM
CLERK

FICE OF THE CLERK
ited States District Court
-19th Street, Room A105
iver, CO 80294-3589

OFICIAL BUSINESS

*I.w*

Carol Furtier
2500 Military Trail
Boca Raton, FL 33431

DENVER
JAN 26 '06
CO

U.S. POSTAGE
0053
N METER

☐ INSUFFICIENT ADDRESS
☐ NO SUCH NUMBER
☐ UNCLAIMED ☐ REFUSED
☐ ATTEMPTED NOT KNOWN
☐ NO SUCH STREET
☐ VACANT
☐ NO RECEPTACLE
☐ NOT DELIVERABLE AS
    ADDRESSED-UNABLE
    TO FORWARD
ROUTE NO. _____ DATE _____
CARR. INITIALS _____

CANNOT LOCATE
95-CV-777
#2104, 2109
REB-CBS

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 03 2006

GREGORY C. LANGHAM
CLERK



Case No. 1:95-cv-00777-REB-CBS   Document 2130   filed 02/03/06   USDC Colorado   pg 3 of 5

OFFICE OF THE CLERK
United States District Court
19th Street, Room A105
Denver, CO 80294-3589

OFFICIAL BUSINESS

Chuck Krowczyk
1853 South Marshall Circle
Lakewood, CO 80232

ATTEMPTED NOT KNOWN

CANNOT LOCATE
95-CV-777
#2109, 2104

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 03 2006

GREGORY C. LANGHAM
CLERK

ICE OF THE CLERK
ted States District Court
-19th Street, Room A105
ver, CO 80294-3589

**CIAL BUSINESS**

FoE



Anthony Pugliese
2500 Military Trail
Boca Raton, FL 33431

☐ INSUFFICIENT ADDRESS
☐ NO SUCH NUMBER
☐ UNCLAIMED  ☐ REFUSED
☐ ATTEMPTED NOT KNOWN
☐ NO SUCH STREET
☐ VACANT
☐ NO RECEPTACLE
☑ NOT DELIVERABLE AS
    ADDRESSED-UNABLE
    TO FORWARD
ROUTE NO. ____ DATE ____
CARR. INITIALS _____

CAN NOT LOCATE
95-CV-777
#2104
REB-CBS

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 0 2 2006

GREGORY C. LANGHAM
            CLERK



OFFICE OF THE CLERK
United States District Court
19th Street, Room A105
Denver, CO 80294-3589

OFFICIAL BUSINESS





REASON CHECKED
REFUSED ☒
No. Doc. Number _____
Not at this facility _____
Paroled _____

Reggie Neil Keyes 56805
PO Box 6000
Sterling, CO 80751



RJS

Name & # dont Match

CANNOT LOCATE
92-cv-870
#1564
EWN-OES

SCANNED BY
U.S. MARSHAL

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 02 2006

GREGORY C. LANGHAM
CLERK