

#2116

REB-CBS

CANNOT LOCATE
95-CV-777

FICE OF THE CLERK
ATES DISTRICT COURT
D A. ARRAJ COURTHOUSE
-19TH ST., ROOM A105
NVER, CO 80294-3589

OFFICIAL BUSINESS

Unknown
3210
QYC

this person has
never lived at
this address —
why do you keep
Sending it back

ATTEMPTED
NOT
KNOWN

RETURN

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 0 7 2006

GREGORY C. LANGHAM
CLERK

Chuck  Krowczyk
1853 South Marshall Circle
Lakewood, CO 80232