Cassandra Gay Sasso
Baker & Hostetler-Colorado
303 East 17th Avenue
#1100
Denver, CO 80203

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
FEB 06 2006
GREGORY C. LANGHAM
CLERK

CANNOT LOCATE
95-CV-777
#2104    REB-CBS

ATTEMPTED NOT KNOWN

SCANNED BY
JS MAPSHAL