

Hilm Sevimli
c/o Christopher C. Noble, Esq.
Noble & Associates, LLC
11 Pine Street
Plainville, CT 06106

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 07 2006

GREGORY C. LANGHAM
CLERK

CANNOT LOCATE
95-CV-777
#2117, 2118
REB - CBS