Ronald Garcia
2505 Madison, North East
Albuquerque, NM 87101

Return to Sender
Ronald Garcia
I <u>not</u> at this address

Cannot locate
95-cv-777
#2109, 2104

REB-CBS

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 06 2006

GREGORY C. LANGHAM
CLERK

