Carol Furtier
2500 Military Trail
Boca Raton, FL 33431

☑ INSUFFICIENT ADDRESS
☐ NO SUCH NUMBER
☐ UNCLAIMED ☐ REFUSED
☐ ATTEMPTED NOT KNOWN
☐ NO SUCH STREET
☐ VACANT
☐ NO RECEPTACLE
☐ NOT DELIVERABLE AS
ADDRESSED-UNABLE
TO FORWARD
ROUTE NO. ___ DATE ___
CARR. INITIALS ___

AN Not LoCATE
95-CN-777
#2093

ZLW-
OES

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 06 2006

GREGORY C. LANGHAM
CLERK