OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

95-CV-777 REB
# 2116

FEB 0 9 2006

GREGORY C. LANGHAM
CLERK

ALBUQUERQUE NM 871 [postmark]

RETURN TO SENDER
ATTEMPTED
NOT KNOWN
JAN 30 '06
CO

U.S. POSTAGE
H METER

Ronald Garcia
2505 Madison, North East
Albuquerque, NM 87101

87110+3905

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Judge Robert E. Blackburn

Civil Case No. 95-cv-00777-REB-CBS

In re: Receivership Estate of INDIAN MOTORCYCLE
MANUFACTURING, INC., a New Mexico corporation,

## MINUTE ORDER[1]

The court is receiving a large amount undeliverable mail. Therefore, by the close of business on **February 10, 2006**, counsel for the receivership shall file with the clerk of the court an updated service list for the above captioned matter. Based on this updated list, the court can then have the notice of electronic filing turned off for those parties who do not have proper mailing information.

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.