OFFICE OF THE CLERK
United States District Court
-19th Street, Room A105
Denver, CO 80294-3589
OFFICIAL BUSINESS



Steven DeStout
#1 South Water Street
Henderson, NV 89105

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB - 8 2006

GREGORY C. LANGHAM
CLERK

CANNOT LOCATE
95-CV-777
#2104, 2109

REB-CBS

Not Deliverable As Addressed
Unable To Forward
☐ Insufficient Address
☐ Moved, Left No Address
☐ Unclaimed    ☐ Refused
☐ Attempted – Not Known
☐ No Such Street    ☐ Number
☐ Vacant   ☐ Illegible
☐ No Mail Receptacle
☐ Box Closed – No Order
☐ Returned For Better Address
☐ Postage Due