UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 95-cv-00777-REB-CBS

In re:  Indian Motorcycle Manufacturing, Inc., a New Mexico Corporation

## CERTIFICATE OF COMPLIANCE

By Minute Order dated January 30, 2006, this Court Instructed the receiver as follows:  "The court is receiving a large amount undeliverable mail.  Therefore, by the close of business on February 10, 2006, counsel for the receivership shall file with the clerk of the court an updated service list for the above captioned matter."

The undersigned, President of Sterling Consulting Corporation, as the receiver in this action (and not in its individual corporate capacity) hereby certifies that the attached mailing lists are the most up-to-date mailing lists in the possession of the receiver.  The attached mailing lists should be accepted and used subject to the following qualifications:

1.    The receiver is filing this Certificate because the mailing list in the possession of the receiver's counsel is substantially similar to the Court's.  The differences between the receiver's mailing list and the Court's mailing list may be found mostly in the mailing list as it pertains to claimants.

Certificate of Compliance – Mailing List
February 10, 2006
Page 2.


      2.    The attached mailing lists are functional mailing lists that

reflect the current status of the case.  The names are divided into five

categories:

      a.    Exhibit A is a copy of a list downloaded from the Court's own
website with entries that the receiver believes are inaccurate struck-
through.  This is intended to assist the Clerk in updating the official
mailing list.

      b.    Exhibit B is a copy of the receiver's mailing list reflecting the
addresses of claimants that the receiver believes is accurate to around
January 31, 2005.  Because the receiver averages about one corrected
address per week, this list probably has modifications not shown.  This
list does not contain claimants that the receiver has been unable to
locate (reflected on Exhibit E), nor does it contain parties that are not
claimants.  This list also contains duplicate or redundant entries,
mostly because the receiver can send redundant notices where a
claimant has engaged an attorney.

      c.    Exhibit C is a copy of the list of claimants who made restitution
to the Receivership Estate in the year ended December 31, 2005, and
have thereby qualified for the early payment incentive plan approved
by Order of Magistrate Judge Schlatter on December 14, 2005.

      d.    Exhibit D is a copy of the list of claimants who made restitution
to the Receivership Estate after January 1, 2006, and have thereby
qualified for the second early payment incentive plan (which will not
be quite as favorable to the claimants as the first early payment
incentive plan).  The receiver intends to submit the second early
payment incentive plan for approval if the Court overrules the
objections to Magistrate Judge Schlatter's Recommendation dated
December 14, 2005, and enters an Order of restitution.

      e.    Exhibit E is a copy of the list of claimants that the receiver has
been unable to locate.  There is considerable migration between this
list and Exhibit B, primarily because there are a number of claimants
for which the receiver has good information, but have managed to
appear unfound.

Certificate of Compliance – Mailing List
February 10, 2006
Page 3.

    3.    The last time the receiver's mailing list was generally accurate was in 2000 (due to the size of the receiver's mailing list, it has never been perfect). Upon transfer of the case to the District of Massachusetts, all Colorado counsel and parties had the opportunity to appear and be heard in there, but none did. As a result, the mailing list in Massachusetts was generally limited to the receiver, the Trustee, the Government, and Michael Mandelman.

    4.    The list remained dormant until about May of 2004, when the receiver sent notice concerning the likelihood of restitution to the approximately four hundred parties and claimants on the mailing list. Based upon address correction notifications from the May, 2004 mailing and exhaustive research on the Internet, the list was updated for the July, 2005 mailing whereby the receiver gave notice of the Settlement Agreement and hearing in the MDC on the Settlement Agreement.

    5.    Based upon address correction notifications from the July, 2005 mailing and exhaustive research on the Internet, the list has again been updated, but as can be seen from Exhibit E (the Unable to Locate list), there remain a large number of claimants who cannot be found (or who have managed to appear unfound).

Certificate of Compliance – Mailing List
February 10, 2006
Page 4.

6.     The receiver has elected to wait for the Court to enter an Order

on Magistrate Judge Schlatter's December 14, 2005 Recommendation (for

restitution) before expending resources to update the list further.  The

receiver suggested using a third party to update the mailing list (which was

approved in Magistrate Judge Schlatter's Order dated December 14, 2005

subject to approval by the government), but the government declined the

receiver's request.

7.     The receiver cannot represent that its address for any of the

Indian Motorcycle entities is accurate because there is an issue as to who has

the authority to answer for the Indian Motorcycle entities.  The term Indian

Motorcycle entities, all of which made assignments for the benefit of

creditors in 2004 and 2005, includes Indian Motorcycle Company, and its

subsidiaries IMCOA Licensing America, Inc., IMCOA Holdings America, Inc.,

Indian Motorcycle Corporation, and Indian Motorcycle Real Estate Services,

Inc., and Indian Motorcycle Corporation.

8.     Attorney Lee Kutner's request to withdraw as to Mr. and Mr.

Mathre was granted, however, Mr. Kutner is the receiver's last-known

attorney who definitely represented some or all of the Indian Motorcycle

entities.

Certificate of Compliance – Mailing List
February 10, 2006
Page 5.

9.    As a result of what the receiver can only assume was a computer glitch, attorneys Stuart H. Pack and Edward T. Ramey were listed on the Court's official mailing list as the attorneys of record for a number of parties and claimants that they did not represent.  To the extent the receiver knows there was no relationship, their names have been struck through.  Whether Messrs. Pack and Ramey remain attorneys of record for those not stricken through is not known to the receiver, but the receiver believes they are.

10.    The total claim of $210,000 was paid $92,300 to Miller, McGinn & Clark, S.C. and $117,000 to Maier, McIlnay & Kerkman (located at the same address).  As a result, the receiver believes that Maier, McIlnay & Kerkman should probably be added to the claimant mailing list and possibly the party mailing list.  The receiver will make this determination after the Court enters an order on Magistrate Judge Schlatter's December 14, 2006 Recommendation.

11.    There are numerous other issues (e.g., death, bankruptcy, assignment of claims, etc.), the exact nature of which may ultimately manifest in the receiver's mailing list, however, the receiver is reluctant to resolve these issues in the absence of an Order overruling objections to Magistrate Judge Schlatter's December 14, 2006 Recommendation.

Certificate of Compliance – Mailing List
February 10, 2006
Page 6.

12.     At the end of Exhibit A (the docket as modified), the receiver has condensed the docket as it pertains to returned mail by eliminating the duplicate entries.  Each of the single remaining entries has been corrected in on of the Exhibits.  Some will be corrected and some will be deleted from the mailing list.

13.     The receiver maintains its mailing list in digital format.  This electronic file will me made available to the Clerk upon request.

Dated this 10th day of February, 2006

Respectfully submitted,

s/Richard A. Block
Sterling Consulting Corporation, receiver,
By:  Richard A. Block, President

ALLMTN, MAGR, REOPEN

**U.S. District Court**

**District of Colorado (Denver)**

**CIVIL DOCKET FOR CASE #: 1:95-cv-00777-REB-CBS**

Receivership Estate of Indian
Motorcycle Manufacturing, Inc.
Assigned to: Judge Robert E.
Blackburn
Referred to: Magistrate Judge Craig
B Shaffer

Demand: $0

Cause: 28:1332 Diversity-Negotiable
Instrument

Date Filed:
04/07/1995
Jury Demand:
None
Nature of Suit:
140 Negotiable
Instrument
Jurisdiction:
Diversity

**In Re**
**Receivership Estate of Indian**
**Motorcycle Manufacturing, Inc.**
*a New Mexico Corporation*

**Plaintiff**

~~**Eller Industries Inc**~~
*~~TERMINATED: 09/15/1995~~*

~~represented by~~ ~~**James William Britt**~~
~~Hall & Evans-Denver CO~~
~~United States District Court Box 05~~
~~1125 Seventeenth Street~~
~~#600~~
~~Denver, CO 80202-5817~~
~~U.S.A~~
~~303-628-3315~~
~~Fax: 303-293-3233~~
~~Email: brittj@hallevans.com~~
*~~TERMINATED: 11/01/2005~~*
*~~LEAD ATTORNEY~~*

~~**James R. Ghiselli**~~
~~Ghiselli Law Offices, PC~~
~~8170 Kincross Drive~~
~~Boulder, CO 80302~~
~~U.S.A~~
~~303-378-5955~~
~~Fax: 530-4071~~
*~~TERMINATED: 11/04/1998~~*

*LEAD ATTORNEY*

**Nancy B. Smith**
Dorsey & Whitney, LLP-Colorado
District Court Box Number 2
370 17th Street
#4700
Denver, CO 80202-5647
U.S.A
303-629-3400
Fax: 629-3450
*TERMINATED: 05/13/1999*
*LEAD ATTORNEY*

**Steven J. Merker**
Dorsey & Whitney, LLP-Colorado
District Court Box Number 2
370 Seventeenth Street
#4700
Denver, CO 80202-5647
U.S.A
303-629-3400
Fax: 303-629-3450
Email: merker.steve@dorsey.com
*TERMINATED: 11/03/2005*
*LEAD ATTORNEY*

**Bruce Alford Menk**
Hall & Evans-Denver CO
1125 Seventeenth Street
#600
Denver, CO 80202-5817
U.S.A
303-628-3300
Fax: 303-293-3233
Email: menkb@hallevans.com
*TERMINATED: 11/01/2005*

**Plaintiff**

| | | |
|---|---|---|
| **David J. Noonan** | represented by | **George G. Matava** |
| *Chapter 7 Trustee of the Estate of Indian Motocycle Company, Inc.* | | Greenberg Traurig, LLP-Colorado |

*TERMINATED: 12/12/1995*                        ~~1200 Seventeenth Street~~

~~#2400~~

~~Denver, CO 80202~~

~~U.S.A~~

~~303-572-6500~~

~~Fax: 572-6540~~

~~Email: matavag@gtlaw.com~~

*LEAD ATTORNEY*


**Plaintiff**

~~**Indian Motocycle Manufacturing**~~ ~~represented by~~   ~~**George G. Matava**~~
~~**Company, Inc.**~~
*TERMINATED: 12/12/1995*                        ~~(See above for address)~~

*LEAD ATTORNEY*


**Plaintiff**

**Sterling Consulting Corporation**   represented by   **Gregory C. Smith**

*a Colorado corporation, as receiver*                  Fairfield & Woods, P.C.
*for the Indian Motorcycle*
*Manufacturing Inc., a New Mexico*
*corporation*
Richard A. Block                                1700 Lincoln Street

Sterling Consulting Corporation                 #2400

Suite 300                                       Denver, CO 80203-4524

4101 East Louisiana Avenue                      U.S.A

Denver, Colorado   80246                        303-830-2400

Office:  303-388-1300                           Fax: 303-830-1033

Fax:  303-781-4311                              Email: gsmith@fwlaw.com

Email:  rblock@sterlingcorp.com                 *LEAD ATTORNEY*

                                                *ATTORNEY TO BE NOTICED*


                                                **John 'Jack' Markham Tanner**

                                                Fairfield & Woods, P.C.

                                                1700 Lincoln Street

                                                #2400

                                                Denver, CO 80203-4524

                                                U.S.A

                                                303-830-2400

                                                Fax: 303-830-1033

                                                Email: jtanner@fwlaw.com

                                                *LEAD ATTORNEY*

                                                *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Sterling Consulting**

*Receiver for Indian Motorcycle
Manufacturing, Inc.*
*TERMINATED: 12/12/1995*

**Defendant**

**Wayne A. Baughman**

*TERMINATED: 12/12/1995*

**Defendant**

**Sharon L. Fredrickson-
Baughman**

*TERMINATED: 12/12/1995*

~~**Defendant**~~

~~**Montgomery G. Dillavou**~~

*~~TERMINATED: 12/12/1995~~*

~~**Defendant**~~

~~**James Russell Burton**~~

*~~TERMINATED: 12/12/1995~~*

~~**Defendant**~~

~~**Robert H. Boyer**~~

*~~TERMINATED: 12/12/1995~~*

**Defendant**

**Steve Levanthal**                  represented by    ~~**Stuart Harris Pack**~~

*TERMINATED: 12/12/1995*                               ~~Isaacson Rosenbaum, P.C.~~

                                                       ~~633 - 17th Street~~

                                                       ~~#2200~~

                                                       ~~Denver, CO 80202~~

                                                       ~~U.S.A~~

                                                       ~~303-256-3965~~

                                                       ~~Fax: 303-292-3152~~

                                                       ~~Email: spack@ir-law.com~~

                                                       *~~TERMINATED: 10/03/1996~~*

                                                       *~~LEAD ATTORNEY~~*

**Defendant**
**James P. Lewis**
*TERMINATED: 12/12/1995*

**Defendant**
**Eller Industries Inc**                 represented by   ~~**Stephen D. Bell**~~
~~Dorsey & Whitney, LLP-Colorado~~
~~District Court Box Number 2~~
~~370 Seventeenth Street~~
~~#4700~~
~~Denver, CO 80202-5647~~
~~U.S.A~~
~~303-629-3405~~
~~Fax: 303-629-3450~~
~~Email: bell.steve@dorsey.com~~
*~~TERMINATED: 12/02/2005~~*
*~~LEAD ATTORNEY~~*

~~**Bruce Alford Menk**~~
~~(See above for address)~~
*~~TERMINATED: 11/01/2005~~*

**Defendant**
**R. J. Cortesi**                        represented by   **R. J. Cortesi**
5316 Camino Montano, North East
Albuquerque, NM 87111
U.S.A.
PRO SE

**Defendant**
**Steven De Stout**
*TERMINATED: 12/12/1995*

**Defendant**
**Jim Leventhal**
*TERMINATED: 12/12/1995*

**Defendant**
**Burt R. Bondy**                        represented by   **Burt R. Bondy**
8130 Prestwick Drive
Lajolla, CA 92037
U.S.A.

PRO SE

**Defendant**
**William Childs**                    represented by    **Edward T. Ramey**
                                                        Isaacson Rosenbaum, P.C.
                                                        633 - 17th Street
                                                        #2200
                                                        Denver, CO 80202
                                                        U.S.A
                                                        303-256-3978
                                                        Fax: 303-292-3152
                                                        Email: eramey@ir-law.com
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Stuart Harris Pack**
                                                        (See above for address)
                                                        *TERMINATED: 10/03/1996*
                                                        *LEAD ATTORNEY*

**Defendant**
**Martin Crist**                                        **Stuart Harris Pack**
**Unable to Locate**
*TERMINATED: 12/12/1995*                                (See above for address)
                                                        *TERMINATED: 10/03/1996*
                                                        *LEAD ATTORNEY*

**Defendant**
**Geir Hjorth**
*TERMINATED: 12/12/1995*

**Defendant**
**Martha Garrison**
*TERMINATED: 12/12/1995*

**Defendant**
**Robert Spellbrink**                 represented by    **Stuart Harris Pack**
*TERMINATED: 12/12/1995*                                (See above for address)
                                                        *TERMINATED: 10/03/1996*
                                                        *LEAD ATTORNEY*

**Defendant**

Douglas Walliser      represented by    **Edward T. Ramey**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                                           **Stuart Harris Pack**
(See above for address)
*TERMINATED: 10/03/1996*
*LEAD ATTORNEY*

**Defendant**
**Lance Migliaccio**
*TERMINATED: 12/12/1995*

**Defendant**
**Michael Bryan Fink**
*TERMINATED: 12/12/1995*

**Defendant**
**Amador Gonzales**
*TERMINATED: 12/12/1995*

**Defendant**
**Thomas T. Johnson**      represented by    **Stuart Harris Pack**
*TERMINATED: 12/12/1995*                              (See above for address)
*TERMINATED: 10/03/1996*
*LEAD ATTORNEY*

**Defendant**
**Robert L. Hogue**      represented by    **Stuart Harris Pack**
*M.D.*                                             (See above for address)
*TERMINATED: 12/12/1995*                              *TERMINATED: 10/03/1996*
*LEAD ATTORNEY*

**Defendant**
**John Hubbard**
**Atlas Tubular**
*TERMINATED: 12/12/1995*

**Defendant**
**Thomas Walls**
*TERMINATED: 12/12/1995*

**<u>Defendant</u>**
**Andy Reiser**
*TERMINATED: 12/12/1995*


**<u>Defendant</u>**
**Marton Klepp**
*TERMINATED: 12/12/1995*


**<u>Defendant</u>**
**Robert Young**
*TERMINATED: 12/12/1995*


**<u>Defendant</u>**
**Allen Moore, III**                    represented by   **~~Stuart Harris Pack~~**
*TERMINATED: 12/12/1995*                                  *~~(See above for address)~~*
                                                         *~~TERMINATED: 10/03/1996~~*
                                                         *~~LEAD ATTORNEY~~*


**<u>Defendant</u>**
**~~Philip Shalman~~**                  represented by   **~~Stuart Harris Pack~~**
**Philip Shaiman**
**Unable to Locate**
*TERMINATED: 12/12/1995*                                  *~~(See above for address)~~*
                                                         *~~TERMINATED: 10/03/1996~~*
                                                         *~~LEAD ATTORNEY~~*


**<u>Defendant</u>**
**Theodore Jacobs, M.D.**               represented by   **~~Stuart Harris Pack~~**
*M.D.*                                                    *~~(See above for address)~~*
*TERMINATED: 12/12/1995*                                  *~~TERMINATED: 10/03/1996~~*
                                                         *~~LEAD ATTORNEY~~*


**<u>Defendant</u>**
**William McNamara**
*TERMINATED: 12/12/1995*


**<u>Defendant</u>**
**Robert Morrow, Jr.**                  represented by   **Robert Morrow, Jr.**
*M.D.*                                                    401 North College Road
                                                         #5
                                                         Lafayette, LA 70506

U.S.A.

PRO SE

**Defendant**
**Elmer Carlson**
*TERMINATED: 12/12/1995*

**Defendant**
**Chuck Krowczyk**                    represented by    **Chuck Krowczyk**

1853 South Marshall Circle

Lakewood, CO 80232

U.S.A.

PRO SE

**Defendant**
**Joe Fredricksen**                   represented by    ~~**Stuart Harris Pack**~~
*TERMINATED: 12/12/1995*                                ~~(See above for address)~~
                                                        *TERMINATED: 10/03/1996*
                                                        *LEAD ATTORNEY*

**Defendant**
**Linda Murphy**
**Unable to Locate**
*TERMINATED: 12/12/1995*

**Defendant**
**Richard Basciani**                  represented by    **Allan L. Hale**

Hale Friesen, LLP

1430 Wynkoop Street

#300

Denver, CO 80202

U.S.A

720-904-6000

Fax: 720-904-6006

Email: HALEUSDC@HALEFRIESEN.COM

*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*


**Monica Anne Flanigan**

Hale Friesen, LLP

1430 Wynkoop Street

#300

Denver, CO 80202

U.S.A

720-904-6000

Fax: 720-904-6006

Email: mflanigan@halefriesen.com

*TERMINATED: 12/12/1995*

*LEAD ATTORNEY*

**<u>Defendant</u>**
**Scott McCormick**                    represented by   **Edward T. Ramey**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Stuart Harris Pack**
                                                        (See above for address)
                                                        *TERMINATED: 10/03/1996*
                                                        *LEAD ATTORNEY*

**<u>Defendant</u>**
**Darren Croop**
*TERMINATED: 12/12/1995*

**<u>Defendant</u>**
**Hal B. Parker**
*TERMINATED: 12/12/1995*

**<u>Defendant</u>**
**John Inelli**                        represented by   **John Inelli**
                                                        17 Old Farmstead Road
                                                        Chester, NJ 07930
                                                        U.S.A.
                                                        PRO SE

**<u>Defendant</u>**
**Ron Schiff**                         represented by   **Edward T. Ramey**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Stuart Harris Pack**
                                                        (See above for address)

*TERMINATED: 10/03/1996*

*LEAD ATTORNEY*

**Defendant**
**John Petitto**                    represented by    **Allan L. Hale**
*TERMINATED: 12/12/1995*                              (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

**Defendant**
**Albert R. Gazza**                 represented by    **Albert R. Gazza**
                                                      589 Manchester
                                                      East Glastonbury, CT 06025-0085
                                                      U.S.A.
                                                      PRO SE

**Defendant**
**Brendan T. O'Sullivan**
*TERMINATED: 12/12/1995*

**Defendant**
**Albert Lucci**                    represented by    **Albert Lucci**
                                                      1930 Wyoming Avenue
                                                      Fort Pierce, FL 34982
                                                      U.S.A.
                                                      PRO SE

                                                      **James R. Cage**
                                                      Cage Williams Abelman, P.C.
                                                      1433 Seventeenth Street
                                                      Denver, CO 80202
                                                      U.S.A
                                                      303-295-0202
                                                      Fax: 303-297-2220
                                                      Email: jcage@cagewilliams.com
                                                      *LEAD ATTORNEY*

                                                      **Robert A. Lees**
                                                      Robert A. Lees & Associates, P.C.
                                                      5290 DTC Parkway
                                                      #150
                                                      Greenwood Village, CO 80111
                                                      U.S.A

303-292-1020

Fax: 303-379-4735

Email: ral@robertalees.com

*TERMINATED: 06/17/1998*

*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Defendant**
**Steve Montano**
*TERMINATED: 12/12/1995*

**Defendant**
**Leroy L. Lujan**
*TERMINATED: 12/12/1995*

~~**Defendant**~~
~~**Gary Stramel**~~
*TERMINATED: 12/12/1995*

**Defendant**
**Alfred De Masi**
*TERMINATED: 12/12/1995*

**Defendant**
**Donald Schunk**                    represented by    **Donald Schunk**
                                                        ~~12572 Durrow Court~~
                                                        ~~St. Louis, MO 63141~~
                                                        PRO SE

**Defendant**
**Larry Grandys**
*TERMINATED: 12/12/1995*

**Defendant**
**Thomas F. Thomas**
*TERMINATED: 12/12/1995*

**Defendant**
**David Sperrazza**
**Unable to Locate**
*TERMINATED: 12/12/1995*

**Defendant**
**Nicholas Russo**                        represented by   **Nicholas Russo**

310 Extonville Road

Allentown, NJ 08501

U.S.A.

PRO SE

**Defendant**
~~Stanley Alt~~
*TERMINATED: 12/12/1995*

**Defendant**
**Abram Bohter**
**Should be Abram Bohrer**
*TERMINATED: 12/12/1995*

**Defendant**
~~Bart Bendy~~
*TERMINATED: 12/12/1995*

**Defendant**
**Rooke Everill**                         represented by   **Allan L. Hale**
*Pres./Everill Bros., Inc.*                                (See above for address)

*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Defendant**
**Ken Everill**
*TERMINATED: 12/12/1995*

**Defendant**
**Peter Everill**
*TERMINATED: 12/12/1995*

**Defendant**
**Carroll Fink**
*TERMINATED: 12/12/1995*

**Defendant**
**Gary Beer**
*TERMINATED: 12/12/1995*

**Defendant**
**Wayde Beechy**
*TERMINATED: 12/12/1995*

**Defendant**
~~**Breeks Bros Cycle & Sales**~~
*TERMINATED: 12/12/1995*

**Defendant**
**Marshall Cooper**
*TERMINATED: 12/12/1995*

**Defendant**
~~**Brent Bryan Fisher**~~
*TERMINATED: 12/12/1995*

**Defendant**
**Raymond Cardullo**
*TERMINATED: 12/12/1995*

**Defendant**
**John Costellano**
*TERMINATED: 12/12/1995*

**Defendant**
**Stephen Jakobowski**
*TERMINATED: 12/12/1995*

**Defendant**
~~**Ronald Fuller**~~
*TERMINATED: 12/12/1995*

**Defendant**
~~**Ronald Gartis**~~
*TERMINATED: 12/12/1995*

**Defendant**
~~**Eric Hanez**~~
*TERMINATED: 12/12/1995*

**Defendant**
~~**Lowell Kemp**~~

*TERMINATED: 12/12/1995*

**Defendant**
**John H. Nicholson**          represented by     **Allan L. Hale**
*or Virginia A. Nicholson*                        (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

~~**Defendant**~~
~~**Lee Parise**~~
*TERMINATED: 12/12/1995*

~~**Defendant**~~
~~**Frank Serica**~~
*TERMINATED: 12/12/1995*

**Defendant**
**David Giroux**
*TERMINATED: 12/12/1995*

**Defendant**
**Ricky Hatch**
**See Hacienda Motors**
*TERMINATED: 12/12/1995*

**Defendant**
**Carl Lucci**                  represented by     **James R. Cage**
                                                  (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

**Defendant**
**Steven Halprin**              represented by     **Steven Halprin**
                                                  1315 Penningtow Place
                                                  Concord, NC 28207
                                                  U.S.A.
                                                  PRO SE

~~**Defendant**~~
~~**Gene Jones**~~
*TERMINATED: 12/12/1995*

**Defendant**
**Bryan Mager**
*TERMINATED: 12/12/1995*

**Defendant**
**Edward Pacelli**                    represented by    ~~**Edward T. Ramey**~~
                                                        ~~(See above for address)~~
                                                        ~~*LEAD ATTORNEY*~~
                                                        ~~*ATTORNEY TO BE NOTICED*~~

                                                        **Michael J. Pankow**
                                                        Brownstein, Hyatt & Farber, P.C.
                                                        410 17th Street
                                                        #2200
                                                        Denver, CO 80202-4437
                                                        U.S.A
                                                        303-223-1100
                                                        Fax: 303-223-1111
                                                        Email: mpankow@bhf-law.com
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        ~~**Stuart Harris Pack**~~
                                                        ~~(See above for address)~~
                                                        ~~*TERMINATED: 10/03/1996*~~
                                                        ~~*LEAD ATTORNEY*~~

**Defendant**
**Donald Blodgett**
*TERMINATED: 12/12/1995*

**Defendant**
**Kole R. McAdams**
*TERMINATED: 12/12/1995*

**Defendant**
**Indian Motorcycle**
**Manufacturing Inc.**
*TERMINATED: 12/12/1995*

**Defendant**

**Indian Motocycle Manufacturing
Company, Inc.**
*a Connecticut corporation*
~~TERMINATED: 12/12/1995~~

**Defendant**
**David J. Noonan**                    represented by   **Douglas William Swartz**

~~Chapter 7 Trustee of the Estate of
Indian Motocycle Company, Inc., a
Massachusetts corporation and of the
Estate of Indian Motocycle Apparel
and Accessories Co., Inc. a
Massachusetts corporation, and of
the Estate of Indian~~
~~TERMINATED: 06/26/1996~~

~~Sheridan, Ross, P.C.~~

~~1560 Broadway~~
~~#1200~~
~~Denver, CO 80202~~
~~U.S.A~~
~~303-863-9700~~
~~Fax: 863-0223~~
~~LEAD ATTORNEY~~
~~ATTORNEY TO BE NOTICED~~

**Todd P. Blakely**
~~Sheridan Ross, P.C.~~
~~1560 Broadway~~
~~#1200~~
~~Denver, CO 80202-5141~~
~~U.S.A~~
~~303-863-9700~~
~~Fax: 303-863-0223~~
~~Email: tblakely@sheridanross.com~~
~~LEAD ATTORNEY~~
~~ATTORNEY TO BE NOTICED~~

**Defendant**
**American Indian Motorcycle
Company, Inc.**           represented by   **Lee M. Kutner**
~~a California corporation~~
~~TERMINATED: 03/28/2001~~

~~Kutner Miller, PC~~
~~303 East 17th Avenue~~
~~#500~~
~~Denver, CO 80203~~
~~U.S.A~~
~~303-832-2400~~

Fax: 303-832-1510

Email: lmk@kutnerlaw.com

*TERMINATED: 03/28/2001*

*LEAD ATTORNEY*

**Defendant**
**Dale Victor Mattson**
*TERMINATED: 06/26/1996*

**Defendant**
**First Entertainment, Inc.**          represented by   **Edward T. Ramey**
*a Colorado corporation*                                (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Gary Lozow**
                                                        Isaacson Rosenbaum, P.C.
                                                        633 - 17th Street
                                                        #2200
                                                        Denver, CO 80202
                                                        U.S.A
                                                        303-292-5656
                                                        Fax: 303-292-3152
                                                        Email: glozow@ir-law.com
                                                        *TERMINATED: 06/26/1996*
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Richard Kent Kornfeld**
                                                        Recht & Kornfeld, PC
                                                        1600 Stout Street
                                                        #1000
                                                        Denver, CO 80202
                                                        U.S.A
                                                        303-573-1900
                                                        Fax: 303-446-9400
                                                        Email: rickkornfeld@rechtkornfeld.com
                                                        *TERMINATED: 06/26/1996*
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Stuart Harris Pack**

(See above for address)
*TERMINATED: 10/03/1996*
*LEAD ATTORNEY*

**Defendant**
**Indian Motorcycle Company**
*a Colorado corporation*
*TERMINATED: 03/28/2001*

**Defendant**
**MBL Investments Inc**                    represented by   **Edward T. Ramey**
*a New York corporation*                                   (See above for address)
*TERMINATED: 06/26/1996*                                   *TERMINATED: 06/26/1996*
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Gary Lozow**
                                                           (See above for address)
                                                           *TERMINATED: 06/26/1996*
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Richard Kent Kornfeld**
                                                           (See above for address)
                                                           *TERMINATED: 06/26/1996*
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Defendant**
**Indian Motocycle corporation**
*a Nevada corporation*
*TERMINATED: 03/28/2001*

**Defendant**
**Stephan M. Rodolakis**                   represented by   **Mollybeth R. Kocialski**
*Chapter 7 Trustee for Indian*                             First Data Corporation
*Motocycle Company, Inc., Indian*
*Motocycle Apparel and Accessories,*
*Co., Inc. and Indian Motocycle*
*Manufacturing Company, Inc.*
                                                           12500 East Belford Avenue
                                                           M21A2
                                                           Englewood, CO 80112

U.S.A

720-332-5687

Fax: 720-332-0518

Email: mollybeth.kocialski@firstdatacorp.com

*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*


**Todd P. Blakely**

(See above for address)

*TERMINATED: 01/30/2006*

*LEAD ATTORNEY*


**Defendant**
**Michael Mandelman**                represented by   **Michael Mandelman**

c/o Peter D. Bilowz, Esq.

Goulston & Storrs, P.C.

400 Alantic Avenue

Boston, MA 02110-3333

U.S.A.

PRO SE


**Defendant**
**Edward Leal**                      represented by   **Gary Clifford Moschetti**

Hatch Jacobs LLC

950 Seventeenth Street

#1700

Denver, CO 80202

U.S.A

303-298-1800

Fax: 303-298-1804

Email: gmoschetti@hatchlawyers.com

*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*


**Defendant**
**Robert W. Hallock**               represented by   **Robert W. Hallock**

202 South Merrill Street

Park Ridge, IL 60068-4223

PRO SE


V.

**Garnishee**

**Vectra Bank of Colorado**                represented by   **James R. Everson**

*TERMINATED: 12/16/1998*                                   Messner & Reeves LLC

                                                           1430 Wynkoop Street

                                                           #400

                                                           Denver, CO 80202

                                                           U.S.A

                                                           303-623-1800

                                                           Fax: 303-623-0552

                                                           Email: jeverson@messner-reeves.com

                                                           *TERMINATED: 12/16/1998*

                                                           *LEAD ATTORNEY*

                                                           *ATTORNEY TO BE NOTICED*


**Claimant**

**Michael Payne**                          represented by   **Brad Wayne Schacht**

                                                           Otten, Johnson, Robinson, Neff & Ragonetti, P.C.

                                                           United States District Court Box 10

                                                           950 Seventeenth Street

                                                           #1600

                                                           Denver, CO 80202

                                                           U.S.A

                                                           303-575-7527

                                                           Fax: 303-825-6525

                                                           Email: bschacht@ottenjohnson.com

                                                           *TERMINATED: 12/08/2005*

                                                           *LEAD ATTORNEY*


                                                           **Daniel Jay Garfield**

                                                           Brownstein, Hyatt & Farber, P.C.

                                                           410 17th Street

                                                           #2200

                                                           Denver, CO 80202-4437

                                                           U.S.A

                                                           303-223-1100

                                                           Fax: 303-223-1111

                                                           Email: dgarfield@bhf-law.com

                                                           *LEAD ATTORNEY*

                                                           *ATTORNEY TO BE NOTICED*


                                                           **Michael J. Pankow**

                                                           (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Claimant**
**Barbara Sandoval**          represented by   **Edward T. Ramey**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stuart Harris Pack**
(See above for address)
*TERMINATED: 10/03/1996*
*LEAD ATTORNEY*

**~~Claimant~~**
**~~A. B. Goldberg~~**       ~~represented by~~   **~~Edward T. Ramey~~**
~~(See above for address)~~
*~~LEAD ATTORNEY~~*
*~~ATTORNEY TO BE NOTICED~~*

**~~Stuart Harris Pack~~**
~~(See above for address)~~
*~~TERMINATED: 10/03/1996~~*
*~~LEAD ATTORNEY~~*

**Claimant**
**IMCOA**                    represented by   **J. Eric Elliff**
Morrison & Foerster, LLP-Colorado
370 Seventeenth Street
#5200 Republic Plaza
Denver, CO 80202-2236
U.S.A
303-592-1500
Fax: 303-592-1510
Email: jelliff@mofo.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Julie Andrea Trent**
Bieging, Shapiro & Burrus, LLP
4582 South Ulster Street Parkway
#1650

Denver, CO 80237

U.S.A

720-488-0220

Fax: 720-488-7711

Email: jt@bsblawyers.com

*ATTORNEY TO BE NOTICED*

**Claimant**
**Michelle Lean**                    represented by   **Cassandra Gay Sasso**

Baker & Hostetler-Colorado

District Court Box Number 17

303 East 17th Avenue

#1100

Denver, CO 80203

U.S.A

303-861-0600

*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*


**Douglas M. Tisdale**

Tisdale & Associates, LLC

1600 Broadway

#2600

Denver, CO 80202-4989

U.S.A

303-832-1800

Fax: 303-832-0799

Email: doug@tisdalelaw.com

*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*


**Claimant**
**Cow Creek Band of Umpqua**          represented by   **Glen E. Keller, Jr.**
**Tribe of Indians**

Davis, Graham & Stubbs LLP-Colorado

United States District Court Box 03

1550 Seventeenth Street

#500

Denver, CO 80202

U.S.A

303-892-9400

Fax: 303-893-1379

Email: glen.keller@dgslaw.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Claimant**
**Paul Ralph**
~~**James Duberg**~~                          represented by   **James Duberg**
                                                              727 Third Avenue
                                                              Chula Vista, CA 91910-5803
                                                              U.S.A.
                                                              PRO SE

**Claimant**
**Miller Simon & Maier**                      represented by   **Miller Simon & Maier**
                                                              c/o Mark S. Schmidt, Esq.
                                                              Miller Simon & Maier, S.C.
                                                              788 North Jefferson Street
                                                              Milwaukee, WI 53202
                                                              U.S.A.
                                                              PRO SE

**Claimant**
**Scott Kajiya**                              represented by   **Scott Kajiya**
                                                              c/o Peter C. Freeman, Esq.
                                                              Law Offices of Peter C. Freeman
                                                              16485 Laguna Canyon Road, Suite 230
                                                              Irvine, CA 92618-3846
                                                              U.S.A.
                                                              PRO SE

**Claimant**
~~**Hilm Sevimli**~~                          ~~represented by~~   ~~**Hilm Sevimli**~~
                                                              ~~c/o Christopher C. Noble, Esq.~~
                                                              ~~Noble & Associates, LLC~~
                                                              ~~11 Pine Street~~
                                                              ~~Plainville, CT 06103~~
                                                              ~~U.S.A.~~
                                                              ~~PRO SE~~

**Claimant**
~~**Robert J. Danie**~~                       ~~represented by~~   ~~**Robert J. Danie**~~
                                                              ~~9 Wagon Wheel Drive~~
                                                              ~~Feeding Hills, MA 01030~~

U.S.A.

PRO SE

**Claimant**
**Ronald Fulfer**                    represented by     **Ronald Fulfer**

15315 South Francis Drive

Plainfield, IL 60544

U.S.A.

PRO SE

**Claimant**
**Ronald Garcia**                    represented by     **Ronald Garcia**

2505 Madison, North East

Albuquerque, NM 87101

U.S.A.

PRO SE

**Claimant**
**Carol Furtier**                    represented by     **Carol Furtier**

2500 Military Trail

Boca Raton, FL 33431

U.S.A.

PRO SE

**Claimant**
**Anthony Pugliese**                 represented by     **Anthony Pugliese**

2500 Military Trail

Boca Raton, FL 33431

U.S.A.

PRO SE

**Claimant**
**Richard Dale Wood**                represented by     **Richard Dale Wood**

13997 80th Avenue North

Maple Grove, MN 55311

U.S.A.

PRO SE

**Claimant**
**Kathryn L. Troccoli**              represented by     **Kathryn L. Troccoli**

1911 Champlain Street

Ottawa, IL 61350

U.S.A.

PRO SE

**Claimant**

**Ed Pink**                    represented by   **Ed Pink**

Ed Pink Racing Engines, Inc.

14612 Raymer Street

Van Nuys, CA 91405

U.S.A.

PRO SE

**Claimant**

**Montgomery & Andrews, P.A.**   represented by   **Montgomery & Andrews, P.A.**

325 Paseo De Peralta

Santa Fe, NM 87501

U.S.A.

PRO SE

**Claimant**

**Jeffrey M. Perkins**          represented by   **Jeffrey M. Perkins**

**Unable to Locate**

*President*                                     Western Design Engineering, Inc.

808 Airport Road

Jackson, MI 49202

U.S.A.

PRO SE

**Claimant**

**Steven DeStout**             represented by   **Steven DeStout**

#1 South Water Street

Henderson, NV 89105

U.S.A.

PRO SE

~~**Claimant**~~

~~**Alf Isebaek**~~            ~~represented by~~   ~~**Alf Isebaek**~~

~~Gamla Tuvevagen 4~~

~~Goteborg, Sweden  41705~~

~~PRO SE~~

~~**Claimant**~~

~~**Harvey Rosenberg**~~       ~~represented by~~   ~~**Edward T. Ramey**~~

(See above for address)

*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Stuart Harris Pack**

(See above for address)

*TERMINATED: 10/03/1996*

*LEAD ATTORNEY*

Duplicate:

**Receiver**

**Sterling Consulting Corporation**   represented by   **John 'Jack' Markham Tanner**

*as receiver for the Indian Motorcycle Manufacturing, Inc.*

(See above for address)

*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

V.

**Interested Party**

**Claimant**
**Miller, McGinn & Clark, S.C.**

**Claimant**
**Jack Turner**
**Unable to Find**
*TERMINATED: 09/30/1999*

**Claimant**
**James G. Pressley**
*TERMINATED: 09/30/1999*

**Claimant**
**Robert G. Penrod**
*TERMINATED: 09/30/1999*

**Claimant**
**Triad Suspension Technologies, Inc.**   represented by   **Triad Suspension Technologies, Inc.**

c/o Lewis M. Druxman, Esq.

6715 Academy Road North East

Suite B

Albuquerque, NM 87109

U.S.A.

PRO SE

**Claimant**
**Kenneth L. Rodgers**                      represented by    ~~**Brad Wayne Schacht**~~
~~*TERMINATED: 09/30/1999*~~                                  ~~(See above for address)~~
                                                             ~~*TERMINATED: 12/08/2005*~~
                                                             ~~*LEAD ATTORNEY*~~

                                                             **Jennifer C. Robinson**
                                                             Robinson Employment Law, LLC
                                                             303 East 17th Avenue
                                                             #200
                                                             Denver, CO 80203
                                                             U.S.A
                                                             303-866-9793
                                                             Email: jrobinson@raemploymentgroup.com
                                                             ~~*TERMINATED: 10/22/1998*~~
                                                             *LEAD ATTORNEY*

**Claimant**
**Ronald F. Gehringer**
~~*TERMINATED: 09/30/1999*~~

**Claimant**
**Leonard Douglas Garrison, II**
~~*TERMINATED: 09/30/1999*~~

**Claimant**
**New Mexico Mutual Casualty
Company**
~~*TERMINATED: 09/30/1999*~~

**Claimant**
**Gerald L. Weiner**
~~*TERMINATED: 09/30/1999*~~

**Claimant**
**Hacienda Motorcycles, Inc.**
~~*TERMINATED: 09/30/1999*~~

**Claimant**
**William T. Gower**

*TERMINATED: 09/30/1999*

**Claimant**
**Cory S. Chambers**
*TERMINATED: 09/30/1999*

~~**Claimant**~~
~~**David J. Noonan**~~

~~*Chapter 7 Trustee for the bankruptcy estate of Indian Motorcycle Company, Inc.*~~
~~*TERMINATED: 06/26/1996*~~

**Claimant**
**Southern Thunder, Inc.**
*TERMINATED: 09/30/1999*

**Claimant**
~~**Charles D. Mathre**~~                    represented by    ~~**Daniel L. Dawes**~~

~~Graham & James, LLP-Costa Mesa California~~

~~650 Town Center Drive~~

~~6th Floor~~

~~Costa Mesa, CA 92626~~

~~U.S.A~~

~~714-751-8800~~

~~Fax: 751-8808~~

*TERMINATED: 09/30/1999*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*


**Lee M. Kutner**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Claimant**
~~**Lois L. Mathre**~~                    represented by    ~~**Daniel L. Dawes**~~

~~(See above for address)~~
*TERMINATED: 09/30/1999*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lee M. Kutner**

(See above for address)

*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Claimant**
**Benny Singer**                    represented by    **John V. Del Gaudio, Jr.**

John V. Del Gaudio, Jr. & Associates

221 North LaSalle Street

#638

Chicago, IL 60601

U.S.A

312-553-1515

Fax: 779-8586

*TERMINATED: 02/25/1999*

*LEAD ATTORNEY*

~~**Morty B. Lempel**~~

~~Morty B. Lempel, Atty at Law~~

~~55 Old Turnpike Road~~

~~#209~~

~~Nantuct, NY 10954-2450~~

~~U.S.A~~

~~*TERMINATED: 09/30/1999*~~

~~*LEAD ATTORNEY*~~

**Nancy Dee Miller**

Kennedy Childs & Fogg, PC

1050 Seventeenth Street

#2500

Denver, CO 80265-1197

U.S.A

303-825-2700

Fax: 303-825-0434

Email: nmiller@kennedy-christopher.com

*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Claimant**
**Larry Lavich**                    represented by    ~~**Morty B. Lempel**~~

*TERMINATED: 09/30/1999*                              ~~(See above for address)~~

                                                      ~~*TERMINATED: 09/30/1999*~~

*LEAD ATTORNEY*

**Claimant**
**Susan Lavich**                    represented by   **Morty B. Lempel**
*TERMINATED: 09/30/1999*                             (See above for address)
                                                     *TERMINATED: 09/30/1999*
                                                     *LEAD ATTORNEY*

**Claimant**
**Malcom Cook**                     represented by   **Morty B. Lempel**
*TERMINATED: 09/30/1999*                             (See above for address)
                                                     *TERMINATED: 09/30/1999*
                                                     *LEAD ATTORNEY*

**Claimant**
**Paul Hyams**                      represented by   **Morty B. Lempel**
*TERMINATED: 09/30/1999*                             (See above for address)
                                                     *TERMINATED: 09/30/1999*
                                                     *LEAD ATTORNEY*

**Claimant**
**Elaine Hyams**                    represented by   **Morty B. Lempel**
*TERMINATED: 09/30/1999*                             (See above for address)
                                                     *TERMINATED: 09/30/1999*
                                                     *LEAD ATTORNEY*

**Claimant**
**John Guckenheimer**               represented by   **Morty B. Lempel**
*TERMINATED: 09/30/1999*                             (See above for address)
                                                     *TERMINATED: 09/30/1999*
                                                     *LEAD ATTORNEY*

**Claimant**
**Meredith Kusch**                  represented by   **Morty B. Lempel**
*TERMINATED: 09/30/1999*                             (See above for address)
                                                     *TERMINATED: 09/30/1999*
                                                     *LEAD ATTORNEY*

**Claimant**
**Morty Lempel**                    represented by   **Edward T. Ramey**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Morty B. Lempel**
(See above for address)
*TERMINATED: 09/30/1999*
*LEAD ATTORNEY*

**Stuart Harris Pack**
(See above for address)
*TERMINATED: 10/03/1996*
*LEAD ATTORNEY*

**Claimant**
**First Entertainment, Inc.**
*TERMINATED: 09/30/1999*

**Claimant**
**Benny Singer**                     represented by     **Morty B. Lempel**
*TERMINATED: 09/30/1999*                                (See above for address)
                                                        *TERMINATED: 09/30/1999*
                                                        *LEAD ATTORNEY*

**Claimant**
**First Entertainment, Inc.**
*TERMINATED: 09/30/1999*

**Claimant**
**Malibu Holdings, LLC**
*TERMINATED: 09/30/1999*

**Claimant**
**MBL Investments Inc**
*TERMINATED: 09/30/1999*

**Claimant**
**Timothy Simon Corcoran**           represented by     **Donald Francis Slavin**
*as a Trustee for the Estate of John*                    Donald F. Slavin, P.C.
*Kenton Britten and as director of*
*Britten Motorcycle Company,*
*Limited*
*TERMINATED: 09/30/1999*                                 4704 Harlan Street
*Estate of*                                              #300
John Kenton Britten                                      Denver, CO 80212-7418

~~U.S.A~~
~~303-458-7117~~
~~Fax: 303-458-1433~~
~~Email: dslavinpc@msn.com~~
*~~TERMINATED: 09/30/1999~~*
*~~LEAD ATTORNEY~~*
*~~ATTORNEY TO BE NOTICED~~*

**Claimant**
**Charles D. Mathre**              represented by     **Daniel L. Dawes**
*TERMINATED: 09/30/1999*                             (See above for address)
                                                     *TERMINATED: 09/30/1999*
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Lee M. Kutner**
                                                     (See above for address)
                                                     *TERMINATED: 02/28/2000*
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

**Claimant**
**Lois L. Mathre**                 represented by     **Daniel L. Dawes**
*TERMINATED: 09/30/1999*                             (See above for address)
                                                     *TERMINATED: 09/30/1999*
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Lee M. Kutner**
                                                     (See above for address)
                                                     *TERMINATED: 02/28/2000*
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

**Intervenor**
**USA**                            represented by     **Adam F. Hulbig**
                                                     U.S. Department of Justice-DC-Tax Division-P.O. Box 683
                                                     P.O. Box 683
                                                     Ben Franklin Station
                                                     Washington, DC 20044
                                                     U.S.A
                                                     202-514-6061

Fax: 202-307-0054

Email: adam.f.hulbig@usdoj.gov

*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*


**Gerald C. Miller**

U.S. Dpartment of Justice-DC Tax Division

Tax Division

P.O. Box 683

Ben Franklin Station

Washington, DC 20044

U.S.A

202-307-6413

*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*


**Jeffrey S. Swyers**

U.S. Department of Justice-DC-Tax Division-P.O. Box 683

P.O. Box 683

Ben Franklin Station

Washington, DC 20044

U.S.A

202-514-6507

Fax: 202-307-0054

Email: jeffrey.s.swyers@usdoj.gov

*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*


**Noreene C. Stehlik**

U.S. Dpartment of Justice-DC Tax Division

Tax Division

P.O. Box 683

Ben Franklin Station

Washington, DC 20044

U.S.A

202-307-6413

*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*


**Peter Sklarew**

U.S.Deparment of Justice-DC Tax Division

Tax Division

P.O.Box 55

Ben Franklin Station

Washington, DC 20044

U.S.A

*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Philip Edward Blondin**

U.S. Department of Justice-DC-Tax Division-P.O. Box 683

Tax Division

P.O. Box 683

Ben Franklin Station

Washington, DC 20044

U.S.A

202-307-6322

Email: Philip.Blondin@usdoj.gov

*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

| | | |
|---|---|---|
| 38755 | 2132 | Mail Returned as Undeliverable Addressed to Cassandra Gay Sasso. (dlb, ) (Entered: 02/07/2006) |
| 38755 | 2131 | Mail Returned as Undeliverable Addressed to Chuck Krowczyk. (dlb, ) (Entered: 02/07/2006) |
| 38755 | 2133 | Mail Returned as Undeliverable Addressed to Daniel L. Dawes, Esq.. (dlb, ) (Entered: 02/07/2006) |
| 38755 | 2134 | Mail Returned as Undeliverable Addressed to Hilm Sevimli. (dlb, ) (Entered: 02/07/2006) |
| 38755 | 2135 | Mail Returned as Undeliverable Addressed to Jeffrey M. Perkins. (dlb, ) (Entered: 02/07/2006) |
| 38755 | 2136 | Mail Returned as Undeliverable Addressed to Ronald Garcia. (dlb, ) (Entered: 02/07/2006) |
| 38650 | 1908 | Mail Returned as Undeliverable re: [1892] Memorandum Addressed to Steven DeStout. (pap, ) (Entered: 10/26/2005) |
| 38642 | 1902 | Mail Returned as Undeliverable re: [1892] Memorandum, 1893 Status Conference, Addressed to Anthony Pugliese. (pap, ) (Entered: 10/20/2005) |
| 38642 | 1900 | Mail Returned as Undeliverable re: [1892] Memorandum, 1893 Status Conference, Addressed to Carol Furtier. (pap, ) (Entered: 10/20/2005) |
| 38650 | 1907 | Mail Returned as Undeliverable re: [1892] Memorandum, 1893 Status Conference, Addressed to Donald Schunk. (pap, ) (Entered: 10/26/2005) |
| 38642 | 1901 | Mail Returned as Undeliverable re: [1892] Memorandum, 1893 Status Conference, Addressed to James P. Lewis. (pap, ) (Entered: 10/20/2005) |

| | | |
|---|---|---|
| | | Mail Returned as Undeliverable re: [1892] Memorandum, 1893 Status Conference, Addressed to Morty B. Lempel. (pap, ) |
| 38649 | 1906 | (Entered: 10/26/2005) |
| | | Mail Returned as Undeliverable re: [1917] Memorandum, 1918 Order on Motion to Withdraw as Attorney Addressed to Burt |
| 38670 | 1936 | Bondy. (pap, ) (Entered: 11/17/2005) |
| | | Mail Returned as Undeliverable re: [1917] Memorandum, 1918 Order on Motion to Withdraw as Attorney Addressed to John V. |
| 38670 | 1937 | DelGaudio Jr. (pap, ) (Entered: 11/17/2005) |
| | | Mail Returned as Undeliverable re: [2039] Memorandum, Addressed to Triad Suspension Technologies, Inc. (pap, ) |
| 38726 | 2074 | (Entered: 01/11/2006) |
| | | Mail Returned as Undeliverable re: 1880 Order and [1892] Memorandum Addressed to Graham & James LLP - Costa Mesa |
| 38671 | 1932 | CA. (pap, ) (Entered: 11/16/2005) |
| | | Mail Returned as Undeliverable re: 1888 Status Conference, |
| 38658 | 1921 | Addressed to Christopher C. Noble. (pap, ) (Entered: 11/03/2005) |
| | | Mail Returned as Undeliverable re: 1888 Status Conference, Addressed to Unknown (Name blanked out) (pap, ) (Entered: |
| 38643 | 1897 | 10/20/2005) |
| | | MAIL Returned minute order [342-1] [342-1] addressed to Allen |
| 35549 | | E. Eisenberg (former empl) (Entered: 04/29/1997) |
| | | MAIL Returned minute order [342-1] [342-1] addressed to |
| 35549 | | Lavern Fast Horse (former empl) (Entered: 04/29/1997) |
| | | MAIL Returned order [1632-1] addressed to intervenor (erv) |
| 37001 | | (Entered: 04/27/2001) |

| Claimant Name | Mr | First Name | MI | Last Name | Company 1 | Street | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|
| Marc N. Allsman | Mr. | Marc | | Allsman | | 175 Paul Dr. | San Rafael, | CA | 94903 |
| Bruce & Carmen Anderson | Mr. | Bruce & Carmen | | Anderson | American Motorcycle Technologies, Inc. | 1355-464th Street | Stanchfield | MN | 55080 |
| Nick Antolik | Mr. | Nick | | Antolik | | 8935 Francis Road | Girard, | PA | 16417 |
| Jose Nestor Aragon/Steven L. Aragon | Mr. | Jose & Steve | | Aragon | | 1015 8th Street | Las Vegas, | NM | 87701 |
| Donald L. Arnold | Mr. | Donald L. | | Arnold | | 580 W. 2nd Street | Loveland, | CO | 80537 |
| James W. Bagshaw | Mr. | James | | Bagshaw | | 6236 North Ridge West | Geneva, | OH | 44041 |
| Albuquerque Hilton Hotel / Bailey | Ms. | Ya Vette | | Bailey | Albuquerque Hilton Hotel | 1901 University Blvd. NE | Albuquerque | NM | 87102 |
| Richard L. Barber | Mr. | Richard L. | | Barber | | 426 Downes Terrace | Louisville | KY | 40214 |
| William Barron | Mr. | William | | Barron | | 1345 Walnut | Waukegan | IL | 60085 |
| Dennis T. Barton | Mr. | Dennis | | Barton | | 1753 Sandy Creek Road | Monroe | MI | 48162 |
| Richard & Mario Basciani | Mr. | Richard & Mario | | Basciani | M & M Basciani Co. | 8876 Gap Newport Pike | Avondale | PA | 19311-9740 |
| Richard & Mario Basciani | Mr. | Richard & Mario | | Basciani | | 1938 Wolf Street | Philadelphia | PA | 19145 |
| Mario Basciani | Mr. | Mario | | Basciani | M & M Basciani Co. | 8876 Gap Newport Pike | Avondale | PA | 19311-9740 |
| Richard Basciani | Mr. | Richard | | Basciani | M & M Basciani Co. | 8876 Gap Newport Pike | Avondale | PA | 19311-9740 |
| Richard Basciani | Mr. | Richard | | Basciani | M & M Basciani Co. | 8876 Gap Newport Pike | Avondale | PA | 19311-9740 |
| Richard Basciani | Mr. | Richard | | Basciani | M & M Basciani Co. | 8876 Gap Newport Pike | Avondale | PA | 19311-9740 |
| Richard Basciani | Mr. | Richard | | Basciani | M & M Basciani Co. | 8876 Gap Newport Pike | Avondale | PA | 19311-9740 |
| Richard Basciani | Mr. | Richard | | Basciani | M & M Basciani Co. | 8876 Gap Newport Pike | Avondale | PA | 19311-9740 |
| Richard Basciani | Mr. | Richard | | Basciani | M & M Basciani Co. | 8876 Gap Newport Pike | Avondale | PA | 19311-9740 |
| Richard Basciani | Mr. | Richard | | Basciani | M & M Basciani Co. | 8876 Gap Newport Pike | Avondale | PA | 19311-9740 |

| Name | Title | First | Last | Firm/Company | Address | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| Wayne & Sharon Baughman | Mr. | Wayne | Baughman | | 720-20 Tramway Ln NE | Albuquerque | NM | 87122 |
| Beaumont Motors | Mr. | Bernard | Beaumont | Beaumont Motors | 52, rue la Fontaine | Paris | France | |
| Wayde Beechy | Mr. | Wayde | Beechy | | 760 Walter Drive | New Lenox | IL | 60451 |
| Gary Beer | Mr. | Gary | Beer | | 21355 Settlers Pond Drive | Frankfurt | IL | 60423 |
| Geraldine Beer | Ms. | Geraldine | Beer | | 4532 North Osage Avenue | Norridge | IL | 60656 |
| David M. Bender | Mr. | David | Bender | | 3956 S. Colorado Avenue | St. Louis Park, | MN | 55416 |
| Brian Berg | Mr. | Brian | Berg | | 1711 Weston Avenue | Schofield, | WI | 54476 |
| Joseph Bergeron | Mr. | Joseph | Bergeron | | 4760 Brittany Dr. S, #21 | St. Petersburg, | FL | 33715 |
| Motorrad-Center Berlage | Mr. | Dirk | Berlage | Motorrad-Center Berlage | Bachster. 12, 33178 Borchen | NRW | Germany | |
| Jim Berlin | Mr. | Jim | Berlin | | 2804 E. Michigan Avenue | Jackson, | MI | 49201 |
| Donell J. Blodgett | Mr. | Donell | Blodgett | Santa Rosa Twin Vee | 1240 Petaluma Hill Rd | Santa Rosa | CA | 95404 |
| Donell J. Blodgett | Mr. | Donell | Blodgett | Santa Rosa Twin Vee | 1240 Petaluma Hill Rd | Santa Rosa | CA | 95404 |
| Donell J. Blodgett | Mr. | Donell | Blodgett | Santa Rosa Twin Vee | 1240 Petaluma Hill Rd | Santa Rosa | CA | 95404 |
| Donell J. Blodgett | Mr. | Donell | Blodgett | Santa Rosa Twin Vee | 1240 Petaluma Hill Rd | Santa Rosa | CA | 95404 |
| Donell J. Blodgett | Mr. | Donell | Blodgett | Santa Rosa Twin Vee | 1240 Petaluma Hill Rd | Santa Rosa | CA | 95404 |
| Donell J. Blodgett | Mr. | Donell | Blodgett | Santa Rosa Twin Vee | 1240 Petaluma Hill Rd | Santa Rosa | CA | 95404 |
| Donell J. Blodgett | Mr. | Donell | Blodgett | Santa Rosa Twin Vee | 1240 Petaluma Hill Rd | Santa Rosa | CA | 95404 |
| Calvin J. Boggs | Mr. | Calvin | Boggs | Boggs | 5149 S. DuPont Hwy | Dover, | DE | 19901-6133 |
| Abram I. Bohrer, Esq. | Mr. | Abram | Bohrer | Bohrer, Esquire | 41 East 57th Street, 36th Floor | New York | NY | 10022 |
| Burt R. Bondy | Mr. | Burt | Bondy | Bondy | 8130 Prestwick Drive | La Jolla | CA | 92037 |
| Burt R. Bondy | Mr. | Burt | Bondy | Northern Illinois Honda-Yamaha-Suzuki | 8130 Prestwick Drive | La Jolla | CA | 92037 |
| | | | | Northern Illinois Honda-Yamaha-Suzuki | | | | |

| Name | | | Company | Address | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Burt R. Bondy | Mr. | Burt | Bondy | Northern Illinois Honda-Yamaha-Suzuki | 8130 Prestwick Drive | La Jolla | CA | 92037 |
| Burt R. Bondy | Mr. | Burt | Bondy | Northern Illinois Honda-Yamaha-Suzuki | 8130 Prestwick Drive | La Jolla | CA | 92037 |
| Burt R. Bondy | Mr. | Burt | Bondy | Northern Illinois Honda-Yamaha-Suzuki | 8130 Prestwick Drive | La Jolla | CA | 92037 |
| Burt R. Bondy | Mr. | Burt | Bondy | Northern Illinois Honda-Yamaha-Suzuki | 8130 Prestwick Drive | La Jolla | CA | 92037 |
| Raymond J. Boos | Mr. | Raymond | Boos | | 7726 Haverhill Lane | Canton | MI | 48187 |
| Bobbie Jo Brady / Jonathan Brokaw | Mr. | Bobbie Jo Brady / Jonathan | Brady Brokaw | | 1951 N 400 E / 1210 N. Cummings Road | Winamac / Davidson | IN / MI | 46996-8659 / 48423 |
| A. Brownsword | Mr. | Anthony | Brownsword | | Route 2, Box 69R, Highway 174 | Blum | TX | 76627 |
| C. Wade Burleson | Mr. | C. Wade | Burleson | | Route 2, Box 156-B | Elkton, | VA | 22827 |
| Timothy L. Caldwell | Mr. | Tim | Caldwell | | 3642 Sunrise Avenue N.W | Roanoke | VA | 24012 |
| Martin Capferri | Mr. | Martin | Capferri | | P.O. Box 610 | Sommerville, NJ | | 08876 |
| Harry F. Carbaugh | Mr. | Harry | Carbaugh | | 4907 Champlaine Court | Jefferson | MD | 21755 |
| Raymen Cardullo/John Castellano | Mr. | Raymond | Cardullo | C/O John Castellano | 4386 Danielson Drive | Lake Worth | FL. | 33467 |
| Elmer Carlson | Mr. | Elmer | Carlson | | 822 North 6th Street | St. James, | MN | 56081 |
| Kevin or Sherri Carpenter | Mr. | Kevin or Sherri | Carpenter | | 815 N. 25th Avenue | Yakima, | WA | 98902 |
| Robert R. Carruth | Mr. | Robert | Carruth | | 1105 West Bayou Parkway | Lafayette, | LA | 70503 |
| Kenneth J. Caskey | Mr. | Kenneth | Caskey | | PO Box 51395 | Livonia, | MI | 48151-5395 |
| Brad Castleberry | Mr. | Brad | Castleberry | | 424 Trolley Road | Summerville, SC | | 29485 |
| Gustavo Cervantes | Mr. | Gustavo | Cervantes | | 916 Liz Rios Drive | Edinberg | TX | 78539 |
| Cory S. Chambers | Mr. | Cory | Chambers | | 12605 Carrington Hill Drive | Gaithersburg MD | | 20878 |

| Marcos A. Cheney | | Marca A. | | Cheney | | | | |
|---|---|---|---|---|---|---|---|---|
| Joel Christensen | Mr. | Joel | Christensen | | 31 Choate Street | Newark | DE | 19711-2269 |
| Todd Ciccarelli | Mr. | Todd | Ciccarelli | | 9664 Robin Court | Littleton | CO | 80125 |
| Richard Clark | Mr. | Richard | Clark | | 1901 S. Bonita Ave. | Ontario | CA | 91762 |
| Jon E. Cody | Mr. | Jon | Cody | | 2810 Jacaranda Dr | Harlingen | TX | 78550-8604 |
| Mario Conte | Mr. | Mario | Conte | | 269 Arbor Lane | Bloomingdal | IL | 60180 |
| Mark D. Cooper | Mr. | Mark | Cooper | | 7224 White Wood Drive | Fort Worth | TX | 76137 |
| Marshall D. Cooper | Mr. | Marshall | Cooper | | 100 Cooper Trail | Blacksburg | SC | 29702 |
| Richard J. Cortesi | Mr. | Richard | Cortesi | Cherokee Indian Motorcycle | 5316 Camino Montano N.E. | Albuquerque, NM | | 87111 |
| Mike Cramer | Mr. | Mike | Cramer | | 13072 Elk Rd | Mound Valley | KS | 67354-9222 |
| Darren W. Croop | Mr. | Darren | Croop | | 5542 34th Ct E | Bradenton | FL | 34203-5221 |
| Russell Davis | Mr. | Russell | Davis | | 6639 Pencade Lane | Charlotte, | NC | 28215 |
| Paul P DeDomenico | Mr. | Paul | DeDomenico | | 101 W. Marcy Street | Santa Fe, | NM | 87501 |
| Michael D. DelCimmuto | Mr. | Michael | DelCimmuto | | 4516 Marina Dr | Munhall | PA | 15120-2965 |
| Dempsey III John M. | Mr. | John | Dempsey, III | | PO Box 170 | Biddeford Pool | ME | 04006-0170 |
| Steven V. DeStout | Mr. | Steven | DeStout | In the Wind, Inc. | PO Box 50269 | Henderson, | NV | 89016-0269 |
| Steven V. DeStout | Mr. | Steven | DeStout | In the Wind, Inc. | #1 South Water Street | Henderson | NV | 89105 |
| Steven V. DeStout | Mr. | Steven | DeStout | In the Wind, Inc. | PO Box 50269 | Henderson, | NV | 89016-0269 |
| Steven V. DeStout | Mr. | Steven | DeStout | In the Wind, Inc. | PO Box 50269 | Henderson, | NV | 89016-0269 |
| Steven V. DeStout | Mr. | Steven | DeStout | In the Wind, Inc. | PO Box 50269 | Henderson, | NV | 89016-0269 |
| Steven V. DeStout | Mr. | Steven | DeStout | In the Wind, Inc. | PO Box 50269 | Henderson, | NV | 89016-0269 |
| Steven V. DeStout | Mr. | Steven | DeStout | In the Wind, Inc. | PO Box 50269 | Henderson, | NV | 89016-0269 |

| | Title | First | Last | Company | Address | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| Michael G. Driscoll | Mr. | Michael | Driscoll | | 13684 Geddes Rd. | Hemlock, | MI | 48626 |
| Robert J. DuVall | Mr. | Robert | Duvall | | 6368 Moreland | Erie, | MI | 48133 |
| Phil Ehart | Mr. | Phillip | Ehart | | 8722 N. Shore Drive | Jonesboro, | GA | 30236 |
| Steven C. English Mr. SR. | Mr. | Steven | English, Sr. | | 14566 W. Hickory Road | Zion | IL | 60099 |
| Scott Gregory Erickson | Mr. | Scott Gregory | Erickson | | 78 167th Lane N.W. | Andover | MN | 55304 |
| Lou Evans | Mr. | Lou | Evans | | 257 Forrest Park Way | Forrest Park, GA | | 30050 |
| Stephen J. Fazio | Mr. | Stephen | Fazio | | 550 Ruby Street | Joliet, | IL | 60435 |
| Carroll Fink | Mr. | Carroll | Fink | | 2400 Clay Pike | Zanesville, | OH | 43701-9221 |
| Carroll Fink | Mr. | Gale L. | Fink | | 2670 Shaw Rd | Zanesville, | OH | 43701-7193 |
| Joseph R. Fredricksen | Mr. | Joseph | Fredrickson | | 5539 Mt. Vista | San Antonio, | TX | 78247 |
| Ronald Fulfer | Mr. | Ronald | Fulfer | Kentucky Indian Motorcycle Sales, Inc. | 15315 S. Francis Dr. | Plainfield | IL | 60544 |
| Steel Stallions Indian of Calif, Carol Furtier & Anthony Pugliese | | Carol Furtier & Anthony Pugliese | Carol Furtier | Steel Stallions Indian of California | 3145 N Ocean Blvd | Delray Beach FL | | 33483-7369 |
| Steel Stallions Indian of Calif. | | | | | 2500 Military Trail | Boca Raton | FL | 33431 |
| Ronald Garcia | Mr. | Ronald | Garcia | C/O Isabel Garcia | PO Box 10621 | Albuquerque NM | | 87184-0621 |
| Charles G. Gardner | Mr. | Charles | Gardner | | 2505 Madison, North East | Albuquerque | NM | 87101 |
| Gardner Vincent | Mr. | Gardner | | | 9795 South Preston Highway, PO Box 155 | Lebanon | KY | 40150 |
| Vincent Gargagliano | Mr. | Vincent | Gargagliano | | 1561 Texas NW | Grand Rapids | MI | 49504 |
| Leonard Douglas Garrison | Mr. | Leonard | Garrison | | 270 Summerfield Dr. | Alpharetta, | GA | 30202 |
| Martha Garrison II | Ms. | Martha | Garrison-Tenninson | | 4675 S Huron Street | Englewood | CO | 80110-5637 |
| Martha Garrison | Mr. | Alan | Hale | Hale Friesen, LLP | 1430 Wynkoop Street #300 | Denver | CO | 80202 |

| Party | Title | First Name | Last Name | Company | Address | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| Garrity, Levin and Muir | | W. Arthur | Garrity, III, Esquire | Garrity, Levin and Muir | 585 Boylston Street, Ste 200 | Boston | MA | 02116-3638 |
| David Gasper | Mr. | David | Gasper | | 5749 Stadler Road | Monroe, | MI | 48161 |
| George Gasper | Mr. | George | Gasper | | 5749 Stadler Road | Monroe, | MI | 48161 |
| Albert R. Gazza | | Albert & | Gazza | | 585 Manchester Road | E. Glastonbury, | CT | 06025-0085 |
| Albert R. Gazza | | Arlene | Gazza | | | E. Glastonbury, | CT | |
| David Giroux | Mr. | David | Giroux | Tri-State Indian Motorcycle Sales | 38575 Hwy #24 | Lake George | CO | 80827 |
| Lee E. Gilley | Mr. | Lee | Gilley | | 115 Pond St. | Newton | NH | 03858 |
| Jonathan L. Giles | Mr. | Jonathan | Giles | | PO Box 519 | Petaluma | CA | 94953 |
| Ronald Gibbens | Mr. | Ronald | Gibbens | | 3502 14th Avenue South. | Grand Forks, | ND | 58201 |
| Ronald F. Gehringer | Mr. | Ronald | Gehringer | | 125 Front Street | Muscoda | WI | 53573-0563 |
| Arlene & Morris Goldfarb | | Arlene & Morris | Goldfarb | | 165 Chickering Lake Dr. | Roswell, | GA | 30075 |
| William T. Gower | Mr. | Buster | Gower | GIII Apparel Grou | 512 7th Avenue, 35th Floor | New York Cit; | NY | 10018 |
| Larry Grandys | Mr. | Larry | Grandys | | 10336 Lindsey Lane | Mokena | IL | 60448 |
| Kevin J. Gray | Mr. | Kevin | Gray | | 410 Ryder Road | Toledo, | OH | 43607 |
| Paul J. Gray | Mr. | Paul | Gray | | 511 Continental Blvd. | Toledo, | OH | 43607 |
| Guethenheimer/Ku | Mr. | James | Guethenheimer | | 309 St. Catherine Circle | Ithaca | NY | 14850 |
| Guethenheimer/Kuseh | | John Guethen and Meredith Kuseh | Killroy, Esq. | Snell & Wilmer Ll | 1200 Seventeenth Street, Sui | Denver | CO | 80202 |
| Steve Halprin | Mr. | Steven | Halprin | Excel Motorsports | 1316 Pennington Place | Concord | NC | 28207 |
| Steve Halprin | Mr. | Steven | Halprin | Excel Motorsports | 1316 Pennington Place | Concord | NC | 28207 |
| Steve Halprin | Mr. | Steven | Halprin | Excel Motorsports | 1316 Pennington Place | Concord | NC | 28207 |
| Victor L. Hammond | Mr. | Victor | Hammond | | RR 1, Box 1100E | Golden | MO | 65658-9784 |
| Parley E. Hanson | Mr. | Parley | Hanson | | 12990 Grouse Street NW | Coon Rapids, | MN | 55448 |
| Hacienda Motorcycles, Inc. | Mr. | Rick | Hatch | Hacienda Motorcycles, Inc. | 15600 N Hayden Rd | Scottsdale | AZ | 85260-1924 |

| Name | Prefix | First | Last | Company | Address | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| Edward F. Havlik | Mr. | Edward | Havlik | | A4638 Sallview Drive | Holland | MI | 49422 |
| Jay Hebert | Mr. | Jay | Hebert | | 26 Pearl Street | Holyoke, | MA | 01040 |
| Gerald Heckener | Mr. | Gerald | Heckener | | 3076 Carlisle Rd. | Dover, | PA | 17315 |
| Geir Hjorth | Mr. | Gier | Hjorth | | 7 Doubleday Lane | Ridgefield, | CT | 06877 |
| William H. Hodgkin | Mr. | William | Hodgkin | | 211 Hood Avenue | Winchester, | KY | 40391 |
| Robert L. Hogue, M.D., P.A. | Dr. | Robert | Hogue, MD | | 101 A Southpark Drive | Brownwood, | TX | 76801 |
| Raymond R. Holt | Mr. | Raymond | Holt | | 18225 Lake Drive | Monument, | CO | 80132 |
| Clyde W. Horst | Mr. | Clyde | Horst | | 2115 Waterford Dr. | Lancaster | PA | 17601 |
| Timothy W. Hough | Mr. | Tim | Hough | | 47 Far View Lane | Front Royal, | VA | 22630 |
| Arvil M. Houts | Mr. | Arvil | Houts | | 43 "I" Street | Sparks, | NV | 89431 |
| Atlas Tubular, Inc. | Mr. | John | Hubbard | Atlas Tubular, Inc. | 1710 South Highway 77 | Robstown | TX | 78380 |
| Carl & Denise Humphrey | | Carl & Denise | Humphrey | | 2009 Mercury Way | Sacramento, | CA | 95864 |
| Hyams, Paul & Elain | | Paul & Elain | Hyams | | 301 St. Catherine Circle | Ithaca | NY | 14850 |
| Gregory Ida | Mr. | Gregory | Ida | | 21319 Silktree Cir | Plainfield | IL | 60544-3360 |
| John Inelli | Mr. | John & Pamela | Inelli | | 17 Old Farmstead Rd. | Chester, | NJ | 07930 |
| John Inelli | Mr. | John & Pamela | Inelli | | 17 Old Farmstead Rd. | Chester, | NJ | 07930 |
| Motorcykel Importen Goteborg AB | Mr. | Alf | Iseback | Motorcykel Importen Goteborg AB | Gamla Tuvevagen 4 | 41705 Goteborg | Sweden | |
| Jacobs Industries | Mr. | John | Jacobs, Jr. | Jacobs Industries | PO Box 9 | Fraser | MI | 48026-0009 |
| Theodore Jacobs, MD | Mr. | Theodore | Jacobs, MD | Jacobs & Modalber | 2870 S Maryland Parkway, Suite 300 | Las Vegas | NV | 89109-1552 |
| Theodore Jacobs, MD | Mr. | Theodore | Jacobs, MD | | 1 Hughes Center Drive, Apt 904 | Las Vegas | NV | 89109-6713 |
| Stephen F. Jakobowski | Mr. | Stephen | Jakobowski | Custom Accessories, Inc. | 3911 NE 27th Avenue | Lighthouse Point | FL | 33064-8055 |
| Jeffrey A. Johns | Mr. | Jeffrey | Johns | | RD 4, Box 2 | Kittanning, | PA | 16201 |
| Kent Jones | Mr. | Kent | Jones | | 16440 Fair Mile Road | Sisters | OR | 97759-9302 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Orvil E. Jones | Mr. | Orvil | Jones | Gene's Parts & Performance | 3597 Junction City Highway | El Dorado | AR | 71730 |
| Michael Kearney | Mr. | Mike | Kearney | | 3720 Sunrise Lane | Key West, | FL | 33040 |
| James A. Keedy | Mr. | James | Keedy | | 247 Keedy's Lane | Pasadena, | MA | 21122 |
| Frank R. Keefer | Mr. | Frank | Keefer | | 181 Keefer Road | Connellsville, | PA | 15425 |
| KPMG Peat Marwick, LLP | Mr. | John | Kennedy, CPA | KPMG Peat Marwick, LLP | 6565 Americas Parkway, NE, Suite 700 | Albuquerque, NM | | 87190 |
| Marlon Klepp | Mr. | Marlon | Klepp | | 12 Day Road | Armonk, | NY | 10504 |
| Kurt S. Kourakis | Mr. | Kurt | Kourakis | | 3537 North Orange Avenue | Chicago | IL | 60634 |
| Michael J. Krachie | Mr. | Michael | Krachie | | 17600 Gregory Road | Gregory | MI | 48137 |
| Eugene E. Kramer | Mr. | Eugene | Kramer | | 474 Glenwood Place | Thousand Oaks, | CA | 91362 |
| Chuck S. Krowczyk | Mr. | Charles | Krowczyk | | 13105 W. 52nd Avenue | Denver | CO | 80002-1731 |
| Chuck S. Krowczyk | Mr. | Charles | Krowczyk | | 1853 South Marshall Circle | Lakewood, | CO | 80232 |
| Zygmund Kubiak | Mr. | Zygmund | Kubiak, Jr. | | 75 Sydney School Road | Annandale, | NJ | 08801 |
| Michael Kurpierz | Mr. | Michael | Kurpierz | | 4512 Vincent Avenue South | Minneapolis, | MN | 55410 |
| Richard L. Kylberg | Mr. | Richard | Kylberg, Jr. | | 245 Gaylord Street | Denver, | CO | 80206 |
| Andrew J. Labedz | Mr. | Andrew | Labedz | | 10335 Kitchen Rd. | Davison, | MI | 48423 |
| Eller Industries, Enc. | Mr. | Leonard | Labriola | Eller Industries | 6101 North 115th Street | Longmont, | CO | 80501 |
| Eller Industries, Enc. | Mr. | Leonard | Labriola | Eller Industries | 1630 Main #201 | Longmont, | CO | 80501 |
| Larry Lagace | Mr. | Larry | Lagace | | 4170 Snowshoe Ln | Reno, | NV | 89502-6320 |
| Linda Ada Laskey | Ms. | Linda | Laskey | | 16350 Merriman Rd. | Romulus, | MI | 48174 |
| Robert R. LaSpada | Mr. | Robert | LaSpada | | 20290 Doswell Pl | Ashburn | VA | 20147-3316 |
| Terry A. Left | Mr. | Terry | Left | | 210 Park Avenue | Charlevoix, | MI | 49720 |
| Leventhal & Bogue PC Pension | Mr. | Jim | Leventhal | Leventhal, Brown & Puga PC | 950 S. Cherry St., Suite 600 | Denver, | CO | 80222 |

| Name | Title | First | Last | Company | Street | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| Leventhal & Bogue PC Pension | Mr | Jeff | Bogue | Bogue, Koury, and Marylander | 1401 17th Street, Suite 320 | Denver | CO | 80202 |
| Steve Leventhal | Mr. | Steve R. | Leventhal | | | | | |
| James P. Lewis | Mr. | James | Lewis | C/O Julie Lewis | 420 Trolley Rd. | Summerville | SC | 29485 |
| William S. Limehouse | Mr. | William | Limehouse | | 310 North Main Street | Freeburg | IL | 62243-1016 |
| Michael E. Lorenzo | Mr. | Michael E. | Lorenzo | | 6975 Bayaud Avenue East | Denver | CO | 80230 |
| Carl D. Lucei/Albert R. Lucei | Mr. | Carl & Albert | Lucei | Winchester Indian Motorcycle Co. | 5260 Grove Street | Stephens City | VA | 22655 |
| Carl D. Lucei/Albert R. Lucei | Mr. | James R | Cage | Cage, Williams, Abelman & Layden, PC | 1433 Seventeenth Street | Denver | CO | 80202 |
| Penny A. Lucei/Albert R. Lucei | Mr. | Albert & Penny | Lucei | | 1930 Wyoming Ave. | Ft. Pierce | FL | 34982 |
| Penny A. Lucei/Albert R. Lucei | Mr. | James R. | Cage | Cage, Williams, Abelman & Layden, PC | 1433 Seventeenth Street | Denver | CO | 80202 |
| Frank K Lujan | Mr. | Frank | Lujan | | 1107 West Westfield | Porterville | CA | 93258 |
| Anthony R. Maceari | Mr. | Anthony | Maceari | | 1700 First State Blvd. | Stanton | DE | 19804 |
| Bryan Mager | Mr. | Bryan | Mager | Front Range Indian Motorcycle, Inc. | 1401 Wewatta St Unit 4 | Denver | CO | 80202-1257 |
| Bryan Mager | Mr. | Bryan | Mager | Front Range Indian Motorcycle, Inc. | 1401 Wewatta St Unit 4 | Denver | CO | 80202-1257 |
| Prestige Indian Diffusion Sarl | Mr. | Jean-Vincent | Marcaeci | Prestige Indian Motorcycle, Inc. Prestige Indian | 4, chemin de la Traille | 1213 Geneva | Switzerland | |
| David L. Marburger | Mr. | David | Marburger | | 15 Marburger Rd | Oley | PA | 19547 |
| Douglas B. March | Mr. | Douglas | March | | 9305 Seabrook Drive NE | Albuquerque | NM | 87111 |
| Bruce Markus | Mr. | Bruce | Markus | | 21855 Town Place Drive | Boca Raton | FL | 33433 |
| J. Ed Martinez | Mr. | J. Ed | Martinez | | 6025 Augusta Circle | College Station | TX | 77845 |
| Mervyn K. Marx | Mr. | Mervyn | Marx | | 6582 Castlebay Ct | Highland | MD | 20777-9789 |

| Reference | | First | Last | Company | Address | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| Edwin J. McConey | Mr. | Edwin | Mc Coney | | 1317-31 Runabout Court | Laurel, | MD | 20707 |
| Jeffrey L. McAdams | Mr. | Jeffrey | McAdams | | 2219 Cliff Road | North Bend, | OH | 45052 |
| Kole McAdams | Mr. | Kole | Mc Adams | | 5375 10th Ave | Sacramento | CA | 95820-2301 |
| Charles T. Mc Closkey, SR. | Mr. | Charles | McCloskey | | 8 Westside Ave. | Berganfield, | NJ | 07621 |
| Miller, Simon, & Maier | | | | Maier, McElhany, Schmitt & Button | 101 Falls Road, Suite 603 | Grafton | WI | 83024 |
| Bruce A. McElhany | | | McElhany | Maynard McElhany Schmitt & Button, Ltd. | 1150 Washington Street | Grafton | WI | 53024-1916 |
| Dean S. McIntyre | Mr. | Dean | McIntyre | | 1109 Byron St. | Accokeek | MD | 20607 |
| John McLeod | Mr. | John | McLeod | Far West Capital, Inc | 1629 South Hamilton, #2 | Lockport, | IL | 60441 |
| Brooks Bros. Custom Cycle & Sales, L.C. | Mr. | Alan | Melchior | | 2221 6200 E SS | Salt Lake City | UT | 84121 |
| Montgomery & Andrews, P.A | Mr. | Walter | Melendres, Esquire | Montgomery & Andrews | 325 Paseo De Peralta | Santa Fe | NM | 87501 |
| Paul H. Metzinger, PC | Mr. | Paul | Metzinger, Esquire | Paul H. Metzinger, P.C. | 3226 Jellison Street | Wheat Ridge | CO | 80033 |
| Glen L. Meyer | Mr. | Glen | Meyer | Front Range Indian Motorcycle | 94510 Bank Rogue G N | Gold Beach | OR | 97444 |
| Lance Migliaccio | Mr. | Lance | Migliaccio | Front Range Motorcycle | 450 Holly Street | Denver | CO | 80220 |
| Lance Migliaccio | Mr. | Lance | Migliaccio | Indian Motorcycle | 450 Holly Street | Denver | CO | 80220 |
| Bill Miller | Mr. | Bill | Miller | | 452 Sea Duck Dr. | Daytona Beach, | FL | 32119 |
| Ronald A. Moison | Mr. | Ronald | Moison | | 5723 Crow Haven Rd | Langley | WA | 98260-8317 |
| Christopher Schaiberger | Mr. | Jonathan | Moorhart, Esquire | Christopher Schaiberger | 620-A Woodmere | Traverse City | MI | 49686 |
| Stephen M. Morgan | Mr. | Steve | Morgan | | 9015 86th Ave | Coal Valley | IL | 61240-9746 |

| Name | Title | First | Last | Company | Address | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| Paul E. Munn | Mr. | Paul | Munn | | 107 Grandview Dr | New Smyrna Beach | FL | 32168-7735 |
| Michael Neuens | Mr. | Michael | Neuens | | 16136 Pin Oak Court | Lockport, | IL | 60441 |
| Jerry Lee Newman | Mr. | Jerry | Newman | | 13489 Hess Road | Holly, | MI | 48442 |
| Stephen D. Noreen | Mr. | Stephen | Noreen | | 674 Harris Drive | Front Royal, | VA | 22630 |
| Daniel Orttell | Mr. | Daniel | Orttell | | 20930 Cleary Rd NW #B | Anoka | MN | 55303-8838 |
| Dan Osborn | Mr. | Dan | Osborn | | 1111 W. Shore Drive | Culver, | IN | 46511 |
| Brendan T. O'Sullivan | Mr. | Brendan | O'Sullivan | | PO Box 7823 | Albuquerque | NM | 87194-7823 |
| Edward Pacelli | Mr. | Edward | Pacelli | Pacelli's Indian Motorcycles | 435 Berkshire Rd. | Ridgewood | NJ | 07450 |
| Hal B. Parker | Mr. | Hal | Parker | Seminole Indian Incorporated | 1505 Marvin Street | Longwood | FL | 32750 |
| Hal B. Parker | Mr. | Hal | Parker | Seminole Indian Incorporated | 1505 Marvin Street | Longwood | FL | 32750 |
| Jeffry T. Parker | Mr. | Jeffry | Parker | | 6603 Batavia Place | Denver | CO | 80220 |
| Loreen Parker | Ms. | Loreen | Parker | | PM B 2073, 3705 Arctic Blvd | Anchorage | AK | 99503 |
| Smuel Parker | Mr. | Samuel | Parker | | 1200 Noble Street | Fairbanks | AK | 99701 |
| Leo Pelham | Mr. | Leo | Pelham | | 11096 North Street | Clayton | MI | 49235 |
| Robert G. Penrod | Mr. | Robert | Penrod | | 750 Findley Avenue | Zanesville | OH | 43701-3340 |
| New Mexico Mutual Casualty Company | | Michael | Pierson, Esquire | Fairfield, Farrow & Strotz | 2400 Louisiana Blvd NE, AFC 3, Suite 100 | Albuquerque | NM | 87110-4303 |
| Ed Pink Racing Engines, Inc. | Mr. | Ed | Pink | Ed Pink Racing Engines | 14612 Raymer Street | Van Nuys, | CA | 91405 |
| David A. Potter | Mr. | David | Potter | | 383 Old 51, Route 2, Box 173 | Carsonville, | MI | 48419 |
| James Pressley | Mr. | James | Pressley | | 1428 E. 66th Street | Kansas City | MO | 64131 |
| Paul Ralph | Mr. | Paul | Ralph | San Diego Dealership | 1167 Sunset Cliffs Blvd. | Chula Vista, | CA | 92107 |
| Paul Ralph | Mr. | James | Duberg, Esquire | San Deigo Dealership | 727 Third Avenue | San Diego | CA | 92107 |
| Paul Ralph | Mr. | Paul | Ralph | San Diego Dealership | 1167 Sunset Cliffs Blvd. | San Diego | CA | 91910-5803 |
| Reiser | Mr. | Andrew R | Reiser | Kirlin Securities Dealership | 6901 Jericho Turnpike | Syosset | NY | 11791 |
| Reiser | Mr. | Andrew | Reiser | | 4 Breton Drive | Pine Brook | NJ | 07058-9408 |

| Name | Title | First | Last | Company | Address | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| Windsor, L.P. | Mr. | Windsor | LP | Windsor L.P. C/O Donald & Co Securities | Windsor L.P. C/O 147 W Merrick Rd Donald & Co | Freeport | NY | 11520-3748 |
| Lucien Remillard | Mr. | Lucien | Remillard | | 5025 Des Grands Coteaux | Saint-Mathieu de Beloeil | Quebec | J3G 2C9 |
| Joseph H. Robison | Mr. | Joseph | Robison | | 508 W. Int. Spdwy. Blvd. | Daytona Beach | FL | 32114 |
| Kenneth L. Rodgers | Mr. | Kenneth | Rodgers | | E9420 Brehmer Road | Freemont | WI | 54940 |
| | | Jennifer C. Robinson | Robinson | Robinson Employment Law, LLC | 303 East 17th Avenue #200 | Denver, CO 80203 | CO | 80203 |
| James Rubenstein | Mr. | James | Rubenstein | | 163 Allen's Point | Marion | MA | 02738 |
| Nicholas A. Russo, Sr. | Mr. | Nicholas | Russo | | 310 Extonville Road | Allentown | NJ | 08501 |
| Russo, Sr. | Mr. | Nicholas | Russo | | 310 Extonville Road | Allentown | NJ | 08501 |
| Barbara Sandoval | Ms. | Barbara | Sandoval | | 12109 Lost Canyon Trail | Parker | CO | 80138 |
| Robert S. Saunders | Mr. | Robert | Saunders | | 25500 Joy Boulevard | Harrison Township | MI | 48045 |
| Ronald Schiff | Mr. | Ronald | Schiff | | 400 South Steele Street, Unit 4 | Denver, | CO | 80209-3532 |
| Alison K. Schuler | | Alison | Schuler, Esquire | Alison K. Schuler, Attorney 8500 | 2155 Louisiana Blvd NE, Ste | Albuquerque | NM | 87110-5483 |
| Donald C. Schunk | Mr. | Donald | Schunk, Sr. | Don Schunk Indian Motorcycle LTD | 835 Stone Meadow Drive | Chesterfield | MO | 63005 |
| Donald C. Schunk | Mr. | Donald | Schunk, Sr. | Don Schunk Indian Motorcycle LTD | 11503 Saint Charles Rock Rd | Bridgeton | MO | 63044 |
| Donald C. Schunk | Mr. | Donald | Schunk, Sr. | Don Schunk Indian Motorcycle LTD | 835 Stone Meadow Drive | Chesterfield | MO | 63005 |
| Donald C. Schunk | Mr. | Donald | Schunk | Don Schunk Indian Motorcycle LTD | 835 Stone Meadow Drive | Chesterfield | MO | 63005 |
| Donald C. Schunk | Mr. | Donald | Schunk | Don Schunk Indian Motorcycle LTD | 835 Stone Meadow Drive | Chesterfield | MO | 63005 |

| Name | Title | First | Middle | Last | Company / Organization | Address | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|
| Donald C. Schunk | Mr. | Donald | | Schunk, Sr. | Don Schunk Indian Motorcycle LTD | 11503 Saint Charles Rock Rd | Bridgeton | MO | 63044 |
| Jeffrey M. Schuster | Mr. | Jeffrey | | Schuster | | 11915 N. Wilderness Court | Mequon | WI | 53092 |
| Jeffrey M. Schuster | Mr. | Jeffrey | | Schuster | C/O Schuster Metals, Inc | 2206 N 30th Street | Milwaukee | WI | 53208 |
| Paul Sherrill | Mr. | Paul | | Sherrill | Tool & Anchor Sup | 1962 W. 12th Avenue | Denver, | CO | 80204 |
| Thomas F. Sidelko | Mr. | Thomas | | Sidelko | | 438 Forest Dr | Brighton | MI | 48116 |
| Singer, Benny | Mr. | Benny | | Singer | | 6205 North Ridgeway Ave | Chicago | IL | 60659 |
| Singer, Benny | Ms. | Dee | | Singer Miller | Kennedy, Christopher, Childs & Fogg, PC | 1050 Seventeenth Street #2500 | Denver | CO | 80265-1197 |
| Chris Sisney | Mr. | Christopher | | Sisney | | 608 7th Street | Boulder City | NV | 89005 |
| Russell K. Smith | Mr. | Russell | | Smith | | 2506 Aqua Vista Blvd. | Ft. Lauderdale, | FL | 33301 |
| Lyle F. Sommers | Mr. | Lyle | | Sommers | | 3314 St. Paul Avenue | Minneapolis, | MN | 55416 |
| Rimas Stankus | Mr. | Rimas | | Stankus | | 6520 W. Archer Avenue | Chicago, | IL | 60638 |
| James W. Stranks | Mr. | James | | Stranks | Iron Redskins | RR #1 | Bognor,Ontario | Canada | NOH 1EO |
| Andrea Taibel | Ms. | Andrea | | Taibel | | Rudolf-Mattgasse 13 | Lagenlebarn | Austria | 3425 |
| Southern Thunder/Bennett International Group, Inc | Ms. | Marcia | | Garrison Taylor | Southern Thunder/Bennett International Group, INC | 1001 Industrial Parkway, PO Box 569 | McDonough | GA | 30253 |
| Phillip A. Taylor | Mr. | Phillip | Lewis | Taylor | | PO Box 2002 | Front Royal | VA | 22630 |
| Triad Suspension Technologies, Inc. | Mr. | Taylor | M | Druxman, Esq. | | 6715 Academy Road NE, Suite B | Albuquerque | NM | 87109 |
| Michael Thomas | Mr. | Michael. | | Thomas | | 330 Leah Ln | Woodstock | IL | 60098-6401 |
| Thomas F. Thomas | Mr. | Thomas | | Thomas | | 7301 Southwest Highway | Worth | IL | 60482 |
| Roger Thrall | Mr. | Roger | | Thrall | Staz Nevada Indian | 355 Alamosa Drive | Sparks, | NV | 89436 |

| Name | | First | | Last | Company | Address | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|
| Gary Torre | Mr. | Gary | | Torre | Kings Highway Motor Sports, Inc. | 1300 Oak Ridge Road | Mc Donald | PA | 15057 |
| Kathryn L. Troccoli | Mr. | James & Katie | | Troccoli | [Skyway Park Inc ] | 1911 Champlain St | Ottawa | IL | 61350 |
| Kathryn L. Troccoli | Mr. | James & Katie | | Troccoli | | 1911 Champlain St | Ottawa | IL | 61350 |
| Robert E. Tryber | Mr. | Robert | | Tryber | | 1130 Four Mile Road | Racine, | WI | 53402 |
| Matthew T. Valentine | Mr. | Matthew | | Valentine | Courtesy Auto Group, Inc. | 650 N. Hwy. 17-92 | Longwood, | FL | 32750 |
| Jayson Vance | Mr. | Jayson | | Vance | | 6580 Kiernan Court | Alexandria, | VA | 22315 |
| William J. VandenBerg | Mr. | William | | VandenBerg | | 901-D North NE | Grand Rapids, | MI | 49503 |
| Thomas A. Vivian | Mr. | Thomas | | Vivian | | 51 Musconetcong River Rd. | Hampton, | NJ | 08827 |
| Growth Financial | Mr. | William | | Voltz | Growth Financial | 4959 West Colonial Court | Greenfield | WI | 53220-2010 |
| Ross VonWeingarten | Mr. | Ross | | Von Weingarten | | 28 Woodstock Avenue | Putnam, | CT | 06260 |
| Ross VonWeingarten | Mr. | Ross | | Von Weingarten | | 28 Woodstock Avenue | Putnam, | CT | 06260 |
| Uli Wachholtz | Mr. | Uli | | Wachholtz | | Gansemarkt 1-3 Neumunster | Schleswig - Holst | Germany | |
| Thomas Walls | Mr. | Thomas | | Walls | | 4088 S Carson Way | Aurora | CO | 80014-8102 |
| David J. Waltz | Mr. | David | | Waltz | | 6666 SE 32nd Avenue | Des Moines | IA | 50317 |
| Lee A. Wandling | Mr. | Lee | A. | Wandling | Image Seller Inc | P.O. Box 3487 | Evergreen, | CO | 80437-3487 |
| Charles Wannemacher | Mr. | Charles | | Wannemacher | | C 696 State Rt. 108 | Holgate, | OH | 43527 |
| Steve Wegener | Mr. | Steven | | Wegener | | 140 Littleton Road | Chelmsford, | MA | 01824 |
| Gerald L. Weiner | Mr. | Gerald | | Weiner | | 23 North Shore Drive | McCook Lake, | SD | 57049 |
| Mitchell Howard Weiss | Mr. | Mitchell | | Weiss | | 419 Barclay Ave | Altamonte Spg | FL | 32701-6229 |
| Country Cycles Weston | Mr. | Eugene | S. | Weston | Clarion Cycles | 20030 Paint Blvd | Shippenville, | PA | 16254-1622 |
| Weston | Mr. | Steve | | Weston | | 12753 Shoreland Drive NE | Mequon | WI | 53092 |
| Greg Winters | Mr. | Greg | | Winters | | 13644 W. 179th Street #23W | Lockport, | IL | 60441 |
| Raymond Wolford | Mr. | Raymond | | Wolford | | 907 West Kent Avenue | Crete | IL | 60417 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Richard Dale Wood | Mr. | Richard | Wood | Northstar Indian Motorcycles, Inc. | 13997 80th Ave North | Maple Grove MN | 55311 |
| MBM Young | Ms. | Cathy | Nelson | Northstar Indian | 33433 Cobalt Circle, NW | Cambridge MN | 37,500.00 |
| | Mr. | MBM | Young | | PO Box 9805 | Rancho Santa Fe CA | 92067-4805 |
| John Zollars | Mr. | John | Zollars | | 1123 Elizabeth Street | Denver CO | 80206 |

**MOTOR CLAIMS**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | Peter | Freeman, Esq | | 16485 Laguna Canyon Road, Irvine | CA | 92618-3846 |
| Scott Kajiya | Mr. | C | | Law Offices of Pet Suit 230 | | | |
| Michael Payne | Mr. | Wayn Schacht | | Otten, Johnson, R 950 Seventeenth Street #160 | Denver | CO | 80202 |
| Hyams, Paul & El Mr. | | Brad Killroy, Esq. | | Snell & Wilmer LI 1200 Seventeenth Street, Sui | Denver | CO | 80202 |
| | J. | James | Anderson | Pillsbury, Winthrop, Shaw Pittman | 2300 N Street, NW | Washington DC | 20037-1128 |
| Pillsbury, Winthrop, Shaw P | | | | Davis Kuelthau, SC | 111 E. Kilbourn Ave. Suite 1400 | Milwaukee WI | 53202-6613 |
| Davis & Kuelthau, SC | M. | | Drewek | | 5135 North Woodburn Street | Whitefish Bay WI | 53217 |
| Drewek | | | | | | | |

| Claimant Name | Mr | First Name | MI | Last Name | Company 1 | Street | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|
| Thomas J. McGinn | Mr. | Thomas | J. | McGinn | | 788 North Jefferson S | Milwaukee | WI | 53202 |
| Miller, Simon, & Maier | Mr. | Thomas | | McGinn, Esquire | | 788 North Jefferson Street, Suite 900 | Milwaukee | WI | 53202 |
| John R. Eidson | Mr. | John | | Eidson | | 2230 Halter Lane | Herndon | VA | 22071-2823 |
| William H. McNamara | Mr. | William | | McNamara | | 4683 Tule Lake Dr. | Littleton | CO | 80123 |
| Thomas T. Johnson | Mr. | Thomas | | Johnson | | 1537 S. Shooting Star Dr. | Golden | CO | 80401 |
| Douglas Walliser | Mr. | Douglas | | Walliser | | 700 Broadway, Suite 800 | Denver | CO | 80203-3442 |
| Mark Burrow | | Mark & Janet | | Burrow | | 639 Coronado Place | Longmont | CO | 80501 |
| William R. Childs | Mr. | William | | Childs | | 3131 E. Alameda #1401 | Denver | CO | 80209 |
| Scott McCormick, JR | Mr. | Scott | | McCormick, Jr. | | 804 Madden Rd | Hastings | NE | 68901 |
| Robert G. Spelbrink | Mr. | Robert. | | Spelbrink | | 14504 Crossway Court | Chesterfield MO | | 63017 |
| J. Amador Gonzales | Mr. | J. Amador | | Gonzales | | 6629 Barnhart N.E. | Albuquerque | NM | 87109-4106 |
| Richard & Teresa Wright | | Richard & Teresa | | Wright | | PO Box 1141 | Dulce | NM | 87528-1141 |
| Steve Montano | Mr. | Steve | | Montano | Southwest Financial | 1317 San Jose Ave. | Santa Fe | NM | 87505 |
| Leroy Lujan | Mr. | Leroy | | Lujan | | 1317 San Jose Avenue | Santa Fe, | NM | 87501 |
| Boyd Sign & Graphics | Mr. | Raymond | | Bouffard | Space/Techs Exhibit Design | 10120 Chapala Ct. NE | Albuquerque | NM | 87111-4920 |
| Martin Hall | Mr. | Martin | | Hall | | 1230 Saw Mill Road | Downingtown | PA | 19335 |
| Frederick William Sublette, Jr. | Mr. | Frederick | | Sublette, Jr. | | 5513 Aragon Dr. | Virginia Beach, | VA | 23455 |

| | | | | Company | Address | City/State | Zip |
|---|---|---|---|---|---|---|---|
| Scott Kiefner | Mr. | Scott | Kiefner | | 1450 Lourdes Road | Metamora, IL | 61548 |
| Fulton G. Drumheller | Mr. | Fulton | Drumheller | | 2285 Manakintown Ferry Rd. | Midlothian, VA | 23113 |
| TAM Communications | | | | Tam Communications Inc | 1010 Summer Street | Stamford, CT | 06905-5503 |
| Gary Lee Galemore | Ms. | Karen | Passaw | | 9810 S Ridge Rd | Sedgwick, KS | 67135-9404 |
| | Mr. | Gary | Galemore | | | | |
| John & Cheryl Petitto | | John & Cheryl | Petitto | Town & Country Sports Center | 1330 Vacary Road | Cement City, MI | 49233 |
| Petitto John & Cheryl | | John & Cheryl | Petitto | Town & Country | 1330 Vacary Road | Cement City, MI | 49233 |
| Petitto Cheryl | | John & Cheryl | Petitto | Sports Center | 1330 Vacary Road | Cement City, MI | 49233 |
| Town & Country Sports Center | | John & Cheryl | Petitto | | 1330 Vacary Road | Cement City, MI | 49233 |
| Town & Country Sports Center | | John & Cheryl | Petitto | | 1330 Vacary Road | Cement City, MI | 49233 |

| Claimant Name | Mr | First Name | MI | Last Name | Company 1 | Street | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|
| Allen Moore III | Mr. | Allen | | Moore, III | | 685 S La Posada Cir Unit 1303 | Green Valley | AZ | 85614 |
| Alfred De Masi | Mr. | Alfred | | De Masi | | 3761 Manhattan Beach Blvd. | Lawndale | CA | 90260 |
| Alfred De Masi | Mr. | Alfred | | De Masi | | 3761 Manhattan Beach Blvd | Lawndale | CA | 90260 |
| Robert L. Morrow, Jr. MD | Mr. | Robert | | Morrow, Jr. | | 401 N. College Rd. #5 | Lafayette, | LA | 70506 |
| Robert L. Morrow, Jr. MD Retirement Trust | | Robert | | Morrow, Jr. | | 401 N. College Rd. #5 | Lafayette, | LA | 70506 |
| Sheldon DuBrow | Mr. | Sheldon | | DuBrow | | 53 Winged Foot Dr | Livingston | NJ | 07039-8226 |
| Sheldon DuBrow | Mr. | Sheldon | | DuBrow | | 130 Sunset Cove Lane | Palm Beach Gardens | FL | 07039-8226 |
| Robert G. Schadler II | Mr. | Robert | | Schadler, II | | 1777 Folk Road | Fogelsville, | PA | 18051 |
| Roy Freitag | Mr. | Roy | | Freitag | | 28 Rio Abajo Drive | Los Lunas | NM | 87031 |

| Claimant Name | Mr | First Name | MI | Last Name | Company 1 | Street | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|
| J. William Adams, Jr. aka Bill Adams | Mr. | William | | Adams | Abba Incoporated | 4012 Townley Street | Winston-Salem, | NC | 27103 |
| Free Import Hawk | Mr. | | | | Free Import Hawk | | | | |
| John Carrol | Mr. | John | | Carroll | | 138 Second Street, PO Box 354 | Kersey, | CO | 80644 |
| Crist | Mr. | Crist | | Bastiaansen | | Oostran 2 | Zeverbergen | Netherlands | 4762PB |
| Malcolm Cook Boatmen's Credit Card Bank | Mr. / Ms. | Malcolm / Rita | | Cook / Cordova | Boatmen's Credit Card | 1008 Coal Avenue SE | Albuquerque | NM | 87106 |
| Dennis Conour | | Dennis & Beverly Malcolm | | Conour | | 1314 Antuma Blvd | Woodstock, | IL | 60098 |
| Harold D. Cheek | Mr. | Harold | | Cheek | | 3481 Shiloh Church Road | Winston-Salem, | NC | 27105 |
| Martin A. Crist | Mr. | Martin | | Crist | | 8439 Greenwood Drive | Niwot | CO | 80503 |
| Quinton Ellis | Mr. | Quinton | | Ellis | | 20 Belle Air Rd | Colo Springs | CO | 80906-4235 |
| Everill Bros., Inc. | Mr. | Rooke | | Everill, Pres Everill Bros. Inc. | Everill Bros., Inc. Alan Hale | Preston Lake Dr | Celina | TX | 75009-2623 |
| James G. Fifield | Mr. | James | | Fifield | | 257 West 86th Street | New York, | NY | 10024 |
| David Mark Garcia | Mr. | David | | Garcia | | 17 Kiva Loop | Sandia Park | NM | 87047-8519 |
| Charlie J. Garrett | Mr. | Charlie | | Garrett | | 235 S. Burson Avenue | Bogart | GA | 30622 |
| Frederick Hild | Mr. | Frederick | | Hild | | Route 2 Box 147A | Fredericksburg | TX | 78624 |

| Listing | Title | First | Middle | Last | Company | Address | City/State | Zip |
|---|---|---|---|---|---|---|---|---|
| Data-Line Office Systems | Mr. | William | | Irwin | Data Line Office Systems | 11601 Menaul Boulevard NE | Albuquerque NM | 87112-2418 |
| PNM Gas Services of New Mexico | Mr. | Jim | | Jordan | Public Service Company of New Mexico | Alvarado Square | Albuquerque NM | 87158-1008 |
| James Kelly | Mr. | James | | Kelly | | 3039 Dutchman Drive | Santa Clara, UT | 84765 |
| Chuck D. Lampman | Mr. | Chuck | | Lampman | | 10451 Sepulveda Blvd | Mission Hills CA | 91345 |
| Susan & Larry Mc Laughlin &/or Edith A. Mc Laughlin | Ms. | Susan | | Lavich McLaughlin | | 2175 W. South | Apache Juncti AZ | 85220-7319 |
| James W. Mc Laughlin &/or Edith A. Mc Laughlin | | James & | Edith | McLaughlin | | 12628 Marble View | Fort Jones, CA | 96032 |
| James W. Mc Laughlin | | James & | Edith | McLaughlin | | 10125 Eastside Road | Fort Jones, CA | 96032 |
| Robert P. McNeill | Mr. | Robert | | McNeill, Esquire | McNeill, Robert P. Attorney | 110 2nd St SW | Albuquerque NM | 87102-3337 |
| Excalibur Customs | Mr. | Dwight | | Mooring | Excalibur Customs | 6714 4th Street N.E. | Albuquerque NM | 87107 |
| Linda Murphy | Ms. | Linda | Ann | Murphy | | 14412 100th Way N | Scottsdale AZ | 85260-7581 |
| Linda Murphy | Ms. | Linda | Ann | Murphy | | 14442 N 100th Way | Scottsdale AZ | 85260-7581 |

| Name | Title | First | Middle | Last | Address | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| Linda Murphy | Ms. | Linda | Ann | Murphy | 8730 Yaqui Loop | Parker | AZ | 85344 |
| John H. Nichols | Mr. | John | | Nicholson | Arrow Indian 81 Rantoul St | Beverly | MA | 01915 |
| Jeffrey M. Perkins Pres. Of Western Design Engineering, Inc. | Mr. | Jeffrey | | Perkins | Western Design Engineering 808 Airport Road | Jackson, | MI | 49202 |
| Edmund Peters | Mr. | Edmund | | Peters | 5500 N 67th Place | Paradise Valley | AZ | 85253 |
| Robert S. Ray, Sr. | | To the Family of Robert | | Ray Sr. | 1625 Farragut Avenue | Rockville, | MD | 20851 |
| Mary Reese | Ms. | Mary | | Reese | 3245 63rd Avenue SW | Seattle, | WA | 98116 |
| Joseph D. Revak | Mr. | Joseph | | Revak | 10178 Castlewood lane | Oakton, | VA | 22124 |
| Claudio Saldana Jr. | Mr. | Caludio | | Saldana | 314 West 31st Street | Chicago | IL | 60616 |
| Edward B. Seefried | Mr. | Edward | | Seefried | 5847 Liska Dr | Jacksonville | FL | 32244 |
| Henry Seracki | Mr. | Henry | | Seracki | c/o Norcon General Contractors, Inc. 900 Payne Avenue | Saint Paul | MN | 55101 |
| Philip Shaiman | Mr. | Phillip | | Shaiman | 3465 South Poplar Street #408 | Denver | CO | 80224-2926 |
| Philip Shaiman | Mr. | Phillip | | Shaiman | 6800 Leetsdale Dr | Denver | CO | 80224-1588 |

| Name | Title | First | Last / Company | Address | City, State | Zip |
|---|---|---|---|---|---|---|
| David Sperrazza | Mr. | David | Sperrazza | 141 Parsons Dr. | Hempstead, NY | 11550 |
| Wiley J. Sword | Mr. | Wiley | Sword | 10780 Silsby Drive | Roscommon, MI | 48653 |
| Triad Suspension Technologies, Inc. | Mr. | Greg | Thomas | 1007 Pampas Drive S.E. | Albuquerque NM | 87108 |
| | | | Triad Suspension Technologies, Inc. | c/o Lewis M. Druxman, Esq. 6715 Academy Road North East Suite B 2132 | Albuquerque NM | 87109 |
| Jack Turner | Mr. | Jack | Turner | 3620 W Ridgeview Dr. | Billings MT | 59105-3635 |
| Singer, Benny | Mr. | John | V Del Gaudio | 2319 W 105th Street | Chicago IL | 60655 |
| Donald L. Weber | Mr. | Donald | Weber | 6625 No. Hedge Place | Mc Henry IL | 60051-2912 |
| Steve Weston | Mr. | Steve | Weston | Atwahl Dr. | Glendale WI | 53209 |

## CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses or as indicated below or by United States Mail, postage prepaid:

**VIA CM/ECF TO:**

Alan Lemont Hale Esq.
Hale Friesen, LLP
1430 Wynkoop St., Ste. 300
Denver, CO 80202
**Attorney for Richard Basciani, N.**
**Rooke Everill, Pres./Everill Bros.,**
**Inc., John H. Nicholson or Virginia A.**
**Nicholson**
ahale@haldfriesen.com

Edward T. Ramey, Esq.
Stuart H. Pack, Esq.
Isaacson Rosenbaum
  Woods and Levy
633 17th St., Ste. 2200
Denver, CO 80202
**Attorneys for William R. Childs, Scott**
**McCormick, Jr., Douglas Walliser,**
**Ronald Schiff, Edward Pacelli,**
**Barbara Sandoval, Morty Lempel,**
**A.B. Goldberg, First Entertainment,**
**Harvey Rosenberg**
eramey@ir-law.com
spack@ir-law.com

James R. Cage, Esq.
Cage Williams Abelman
  & Layden, P.C.
St. Elmo Bldg.
1433 17th St.
Denver, CO 80202-1273
**Attorney for Carl D. Lucci/Albert R.**
**Lucci**
jcage@cagewilliams.com

Glen E. Keller, Jr.
Davis Graham & Stubbs, LLP
1550 17th Street, Ste. 500
Denver, CO 80202
**Attorney for Cow Creek Band of**
**Umpqua Tribe of Indians**
Glen.keller@dgslaw.com

J. Eric Ellliff, Esq.
Kristen Taylor-Randall, Esq.
Morrison & Foerster, LLP
370 17th St., Ste. 3550
Denver, CO 80203
**Attorney for IMCOA**
jelliff@mofo.com

Adam F. Hulbig
Trial Attorney, Tax Division
US Dept. of Justice
Po Box 683
Ben Franklin Station
Washington, DC 20044
**Attorney for United States of America**
adam.f.hulbig@usdoj.gov

**VIA E-MAIL:**
Richard A. Block
President
Sterling Consulting Corporation
4101 E. Louisiana Ave., Ste. 300
Denver, CO 80246
**Receiver**
rblock@xpn.com

Gary C. Moschetti, Esq.
Hatch & Moschetti, LLP
1800 Glenarm Pl., 9th Floor
Denver, CO 80202
**Attorney for Edward Leal**
gmoschetti@hatchlawyers.com

Cassandra Sasso, Esq.
Baker & Hostetler
303 E. 17th Ave., Ste. 1100
Denver, CO 80203-1264
**Attorney for Michelle Lean**
csasso@bakerlaw.com

Michael J. Pankow
Daniel J. Garfield
Brownstein Hyatt & Farber PC
410 17th Street, Suite 2200
Denver, CO 80202
**Attorneys for Michael Payne**
mpankow@bhf-law.com
dgarfield@bhf-law.com

**VIA UNITED STATES MAIL:**
James Duberg, Esq.
727 Third Ave.
Chula Vista, CA 91910-5803

Mark S. Schmidt, Esq.
Miller Simon & Maier, S.C.
788 North Jefferson Street
Milwaukee, WI 53202
**Attorney for Miller Simon & Maier**

Peter C. Freeman, Esq.
Law Offices of Peter C. Freeman
16485 Laguna Canyon Rd., Ste. 230
Irvine, CA 92618-3846
**Attorney for Scott Kajiya**

Mr. Albert Lucci
1930 Wyoming Ave.
Fort Pierce, FL 34982
Robert W. Hallock, Esq.
202 S. Merrill St.
Park Ridge, IL 60068-4223

Peter Sklarew, Esq.
Assistant Chief
Civil Trial Section, Northern Region
United States Dept. of Justice
Tax Division
PO Box 55
Washington, D.C. 20044
**Attorney for IRS**

Robert J. Danie, Eq.
9 Wagon Wheel Drive
Feeding Hills, MA 01030

Noreene C. Stehlik, Esq.
U.S. Dept. of Justice
PO Box 683
Ben Franklin Station
Washington, D.C. 20044
**Attorney for IRS**

Robert L. Morrow, Jr., MD
401 N. College Rd., #5
Lafayette, LA 70506

Nicholas A. Russo, Sr.
310 Extonville Road
Allentown, NJ 08501

Richard J. Cortesi
5316 Camino Montano, N.E.
Albuquerque, NM 87111

Albert R. Gazza
589 Manchester
E. Glastonbury, CT 06025-0085

Ronald Fulfer
15315 S. Francis Dr.
Plainfield, IL 60544

Richard Dale Wood
13997 80th Ave. North
Maple Grove, MN 55311

Steve Halprin
1316 Penningtow Place
Concord, N.C. 28207

Alf Iseback
Gamla Tuvevagen 4
41705 Goteborg
**SWEDEN**

Kathryn L. Troccoli
1911 Champlain St.
Ottawa,IL 61350

Ed Pink
Ed Pink Racing Engines, Inc.
14612 Raymer Street
Van Nuys, CA 91405

Montgomery & Andrews, P.A.
325 Paseo De Peralta
Santa Fe, NM 87501

Jeffrey M. Perkins
President
Western Design Engineering, Inc.
808 Airport Road
Jackson, MI 49202

John Inelli
17 Old Farmstead Rd.
Chester, NJ 07930

Eller Industries
c/o Leonard S. ("Lonnie") Labraiola
6035 N. 115th Street
Longmont, CO 80504-8434

**Registered Agent:**
Randal L. Hittle
1630 Main Street, Suite 202
Longmont, CO 80501


By:  *s/ John M. Tanner*
       Fairfield and Woods, P.C.
       1700 Lincoln St., #2400
       Denver, CO 80203
       Phone: (303) 830-2400
       Fax: (303) 830-1033
       Email: jtanner@fwlaw.com