OFFICE OF THE CLERK
United States District Court
-19th Street, Room A105
Denver, CO 80294-3589

OFFICIAL BUSINESS



Jeffrey M. Perkins
Western Design Engineering, Inc.
808 Airport Road
Jackson, MI 49202



WEST808    492023018 1N    34 02/04/06
PERK808    492023018 1N    34 02/04/06
           RETURN TO SENDER

NO FORWARD ORDER ON FILE
UNABLE TO FORWARD
RETURN TO SENDER

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 10 2006

GREGORY C. LANGHAM
CLERK



CANNOT LOCATE
95-W-777
#2118, 2117
REB-CBS