FICE OF THE CLERK
ted States District Court
-19th Street, Room A105
iver, CO 80294-3589

OFFICIAL BUSINESS



Ronald Garcia
2505 Madison, North East
Albuquerque, NM 87101

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 10 2006

GREGORY C. LANGHAM
CLERK

CANNOT LOCATE
95-CV-777      ZLW-OE-
#2093, 2100, 2099