FICE OF THE CLERK
ted States District Court
-19th Street, Room A105
iver, CO 80294-3589

OFFICIAL BUSINESS



Steven Halprin
1315 Penningtow Place
Concord, NC 28207



CANNOT LOCATE
95-CV-777
#2093, 2100, 2099

ZLW-OES

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 10 2006

GREGORY C. LANGHAM
CLERK