OFFICE OF THE CLERK
United States District Court
19th Street, Room A105
Denver, CO 80294-3589

OFFICIAL BUSINESS



☐ UNCLAIMED ☐ REFUSED
☐ ATTEMPTED NOT KNOWN
☐ NO SUCH STREET
☐ VACANT
☐ NO RECEPTACLE
☒ NOT DELIVERABLE AS ADDRESSED-UNABLE TO FORWARD
ROUTE NO. _____ DATE _____
CARR. INITIALS _____

Carol Furtier
2500 Military Trail
Boca Raton, FL 33431

CANNOT LOCATE
95-CV-777
#2117, 2118, 2116

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 13 2006

GREGORY C. LANGHAM
CLERK