FICE OF THE CLERK
ited States District Court
.-19th Street, Room A105
ver, CO 80294-3589

FICIAL BUSINESS



Daniel L. Dawes
Graham & James, LLP-Costa Mesa Ca
650 Town Center Drive
6th Floor
Costa Mesa, CA 92626

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 1 3 2006

GREGORY C. LANGHAM
CLERK

CAN Not Lo CATE
95-CW-777-2LW

#2093, 2100, 2099