Case No. 1:95-cv-00777-REB-CBS Document 2150 filed 02/14/06 USDC Colorado pg 1 of 1

:E OF THE CLERK
TES DISTRICT COURT
\. ARRAJ COURTHOUSE
9TH ST., ROOM A105
'ER, CO 80294-3589

'FICIAL BUSINESS

CAN NOT LOCATE
95-CV-777
#2116
REB-CBS



**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 14 2006

GREGORY C. LANGHAM
CLERK

Daniel L. Dawes
Graham & James, LLP-Costa Mesa California
650 Town Center Drive
6th Floor
Costa Mesa, CA 92626

92626+1989-99 C008