:ICE OF THE CLERK
ted States District Court
-19th Street, Room A105
ver, CO 80294-3589

:CIAL BUSINESS



Hilm Sevimli
c/o Christopher C. Noble, Esq.
Noble & Associates, LLC
11 Pine Street
Plainville, CT 06103

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 13 2006

GREGORY C. LANGHAM
CLERK

RETURN TO SENDER
...ARDING ORDER EXPIRED

CANNOT LOCATE
95-CV-777
#2109
REB-CBS