CANNOT LOCATE REB-
95-CV-777   CBS
#2116

FICE OF THE CLERK
ATES DISTRICT COURT
A. ARRAJ COURTHOUSE
19TH ST., ROOM A105
NVER, CO 80294-3589

OFFICIAL BUSINESS

ATTEMPTED
NOT KNOWN

DENVER CO
JAN 31 '06

U.S. POSTAGE
0.055
H METER

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 14 2006

GREGORY C. LANGHAM
CLERK

Steven  DeStout
#1 South Water Street
Henderson, NV 89105

89015+7222-01 C014