# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 95-cv-00777-REB-CBS

In re: Indian Motorcycle Manufacturing, Inc. a New Mexico Corporation

## NOTICE REQUESTING TERMINATION OF ELECTRONIC SERVICE

Richard K. Kornfeld of Recht & Kornfeld, P.C., hereby requests that this Court terminate service of electronic filing in the above referenced case on the following grounds:

1. The undersigned attorney was previously involved in this matter while at his old firm, Isaacson Rosenbaum, P.C.

2. The undersigned attorney is no longer an attorney of record in this matter.

3. Therefore, the undersigned attorney is no longer a party to this case and does not need to receive electronic service of all filings.

Respectfully submitted,

**RECHT & KORNFELD, P.C.**

s/Richard K. Kornfeld
RICHARD K. KORNFELD
Attorney for Defendant
1600 Stout St., Suite 1000
Denver, Colorado 80202
(303) 573-1900
(303) 446-9400 (fax)
rickkornfeld@rechtkornfeld.com

**CERTIFICATE OF SERVICE**

   I hereby certify that on this 16th day of February, 2006, I electronically filed the foregoing **Notice Requesting Termination of Electronic Service** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

s/Michael Shomler
Michael Shomler
Paralegal