# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Judge Robert E. Blackburn

Civil Case No.  95-cv-00777-REB-CBS

In re: Receivership Estate of INDIAN MOTORCYCLE MANUFACTURING, INC., a New Mexico corporation,

## MINUTE ORDER[1]

The Notice Requesting Termination of Electronic Service [#2154], filed February 16, 2006, is APPROVED, and the court GRANTS the request to have the notice of electronic filing be turned off for Attorney Richard K. Kornfield.

Dated:  February 16, 2006

-----------------------------------------------------------------------------------------------------------------

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.