OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

CANNOT LOCATE

95-cv-777
#2157

WAA
2,15
2,15
2-13

REB-CBS

Not Deliverable as Addressed
Unable to Forward

RETURNED TO SENDER

DENVER CO
FEB 08 06

H MEIER
US POSTAGE
0057

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 21 2006

GREGORY C. LANGHAM
CLERK

Case: 1:95cv777


Jeffrey M. Perkins
Western Design Engineering, Inc.
808 Airport Road
Jackson, MI 49202


---------------------------------------------------------

# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

Civil Action No. 95-cv-00777-REB-CBS

In re:

Receivership Estate of INDIAN MOTORCYCLE MANUFACTURING, INC.,
a New Mexico corporation,

---

## ORDER MODIFYING RULE 5 SERVICE REQUIREMENTS

---

Pursuant to Rule 66 of the Federal Rules of Civil Procedure, the Court establishes the following rules regarding service of papers filed with the Court in this action:

1. Except as provided in the following paragraphs, claimants or other interested persons (including the Receiver) who file any motion, response, brief, memorandum, affidavit, or any other paper may limit service under Rule 5 of the Federal Rules of Civil Procedure to persons served automatically by the Court's CM/ECF system. The Receiver may, at its discretion, mail papers to the forty (40) largest claimants as previously ordered by this Court, in situations that the Receiver believes such mailing is appropriate. The remaining paragraphs of this order are not intended to require service by mail on persons served automatically by the CM/ECF system, except that claimants who mail or otherwise deliver papers to the Clerk of the Court for filing shall make service by mailing or otherwise delivering hard copies to the Receiver, Receiver's counsel, and counsel for the United States at the addresses indicated at the end of this order, in addition to any other person required to be served under the remainder of this order.

2. Any motion, memorandum brief, supporting affidavit, or other paper filed with the Court shall be served on all persons against whom any relief is sought, whether such relief is sought in