OFFICE OF THE CLERK
United States District Court
901-19th Street, Room A105
Denver, CO 80294-3589

OFFICIAL BUSINESS



Steven  DeStout
#1 South Water Street
Henderson, NV 89105

☐ No Mail Receptacle
☐ Box Closed – No Order
☐ Returned For Better Address
☐ Postage Due _____

CANNOT LOCATE
95-CV-777
#2098, 2100, 2099

ZLW-OES

☒ Not Deliverable As Addressed
   Unable To Forward
☐ Insufficient Address
☐ Moved, Left No Address
☐ Unclaimed   ☐ Refused
☐ Attempted – Not Known
☐ No Such Street   ☐ Number
☐ Vacant   ☐ Illegible
☐ No Mail Receptacle
☐ Box Closed – No Order
☐ Returned For Better Address
☐ Postage Due _____

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 21 2006

GREGORY C. LANGHAM
                CLERK



## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
OFFICE OF THE CLERK

GREGORY C. LANGHAM  
CLERK OF COURT

Room A-105  
Alfred A. Arraj U.S. Courthouse  
901 19th Street  
Denver, Colorado 80294-3589  
Phone (303) 844-3433  
www.cod.uscourts.gov

January 24, 2006

SEE NOTICE OF ELECTRONIC FILING

Re: In re: Receivership Estate of Indian Motorcycle Manufacturing, Inc.  
Civil Action Number: 95-cv-00777 REB-CBS

Dear Counsel:

Please be advised that the above referenced case has been reassigned to Judge Robert E. Blackburn and Magistrate Judge Craig B. Shaffer. All future pleadings should reference the new judge designations in the civil action number as shown above.

Thank you for your cooperation in this matter.

Very truly yours,  
GREGORY C. LANGHAM, CLERK

By: s/ Bonnie McCarty, Deputy Clerk

cc: Judge Robert E. Blackburn  
Magistrate Judge Craig B. Shaffer

(Rev. 10/02)