ted States District Court
-19th Street, Room A105
iver, CO 80294-3589

ICIAL BUSINESS

Donald Schunk
12572 Durrow Court
St. Louis, MO 63141

Foe
4/67
1-27

CANNOT LOCATE
95-CV-777
#2093, 2104, 2109, 2117, 2118
ZLW-OES

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 21 2006

GREGORY C. LANGHAM
CLERK