UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 95-cv-00777-REB-CBS

In re: Indian Motorcycle Manufacturing, Inc., a New Mexico Corporation

---

### RECEIVER'S STATUS REPORT REGARDING DISCOVERY

---

Sterling Consulting Corporation, as receiver, by and through its attorneys, Fairfield and Woods, P.C., hereby files this Status Report Regarding Discovery.

1.  The only discovery the receiver is currently contemplating is the discovery relative to the 05 Action. Accordingly, this Status Report is directed primarily to the discovery of documents and information in the possession of Audax and CMA. At such time as the Colorado District Court enters an Order in furtherance of Magistrate Judge Schlatter's Order Recommendation dated December 14, 2005, the receiver may require considerable discovery in connection with claimants who refuse or cannot make restitution to the Receivership Estate.

2.  The receiver incorporates by reference its Motion for Extension of Time, filed February 16, 2006.

3.  As set out in the Motion for Extension of Time, the receiver has been stonewalled by both CMA and Audax. The receiver has not received any documents to date.

4.  Both Ms. Trent, counsel for CMA, and Mr. Chodos, counsel for Audax, have now agreed to a conference calls to try to resolve the issues

regarding document production. Both have stated the conference cannot occur before Friday, March 3, 2006. The receiver hopes that these conference calls will be productive, but the delay in the first practical communication is an indication the contrary.

5. In terms of discovery going forward, the receiver expects that the documents will what will matter most. Additionally, it expects to send some written discovery and perhaps take a handful of depositions. The receiver will be in a much better place to provide a more thorough status report to the Court after receipt and review of the documents.

6. Both CMA and Audax in their status reports have suggested that they need discovery from the receiver. There is already an order in place regarding discovery against the receiver in this case, the Document Depository Order entered on November 18, 1998. To roughly paraphrase the Document Depository Order (which is quite lengthy), a party can review whatever documents the receiver has, but has to pay the associated expenses of the receiver and its counsel.

7. Mr. Payne has made allegations of impropriety by the receiver, and suggested that he needs to investigate these. The receiver also has no objections to this, but, like most things in this case, these issues have arisen before.

8. In 1998, a party unhappy with the manner in which the receivership was proceeding made similar accusations of misconduct against the receiver. The party demanded an audit of the receiver's books and records. Magistrate Judge Schlatter, in Orders of May 12 and May 14, 1997, Ordered that

the party could conduct the audit, but that if it showed no improprieties, then the party requesting the audit would have to pay for it. The audit was conducted and a review of substantially every financial transaction ever made by the receiver was reviewed. The audit showed no improprieties or misconduct and the party who demanded it was required to pay for it.[1]

9. The same procedure should be used in response to Mr. Payne's report. As the Court is aware, neither the receiver nor it counsel have been paid in quite some time and there is little likelihood that they will be paid anytime soon, if at all. The list of tasks and hoops to jump through that Mr. Payne says are necessary would require the receiver (which includes Sterling Consulting Corporation in this instance) to cease all operations and do nothing else for a month. The receiver is willing to do so at the direction of Court, but only upon advance deposit of money needed to pay the receiver's fees and receiver's counsel fees in connection with those tasks.

10. The receiver does not believe it needs any discovery against Mr. Payne at this time. If Judge Blackburn affirms the Order of Reconsideration and

---

[1] During a settlement conference, Magistrate Judge Schlatter once observed that those responsible for making hard decisions and cloaked with judicial immunity are occasionally attacked on a personal level. He also observed that these personal attacks are often the frustrated result of adverse determinations. His suggestion to the receiver was to take the attacks impersonally.

The receiver believes that this approach works better for a judge than for a receiver, who is dependent upon reputation for additional business. Mr. Payne has admitted that the full thrust of his arguments is derived from allegations of misconduct, and given the ferocity of litigation emanating from CMA and Audax, there is more to come. In order to keep the wasted resources from personal attacks to a minimum, Magistrate Judge Schlatter's solution will work—if misconduct is proven, the receiver pays; if misconduct is not proven, the attacking party pays and that includes all of the fees and costs associated with defending the attack.

Mr. Payne refuses to pay as Ordered, the receiver may need discovery against him to find his assets.

Respectfully submitted this 23rd day of February, 2006.

By: *s/ John M. Tanner*
Fairfield and Woods, P.C.
1700 Lincoln Street, Suite 2400
Denver, CO  80203-4524
Phone:  (303) 830-2400
Fax:  (303) 830-1033
Email:  jtanner@fwlaw.com

4

## CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses or as indicated below or by United States Mail, postage prepaid:

**VIA CM/ECF TO:**

Alan Lemont Hale Esq.
Hale Friesen, LLP
1430 Wynkoop St., Ste. 300
Denver, CO  80202
**Attorney for Richard Basciani, N. Rooke Everill, Pres./Everill Bros., Inc., John H. Nicholson or Virginia A. Nicholson**
ahale@haldfriesen.com

Edward T. Ramey, Esq.
Stuart H. Pack, Esq.
Isaacson Rosenbaum
  Woods and Levy
633 17th St., Ste. 2200
Denver, CO  80202
**Attorneys for William R. Childs, Scott McCormick, Jr., Douglas Walliser, Ronald Schiff, Edward Pacelli, Morty Lempel, A.B. Goldberg, First Entertainment, Harvey Rosenberg**
eramey@ir-law.com
spack@ir-law.com

James R. Cage, Esq.
Cage Williams Abelman
  & Layden, P.C.
St. Elmo Bldg.
1433 17th St.
Denver, CO  80202-1273
**Attorney for Carl D. Lucci/Albert R. Lucci**
jcage@cagewilliams.com

Glen E. Keller, Jr.
Davis Graham & Stubbs, LLP
1550 17th Street, Ste. 500
Denver, CO  80202
**Attorney for Cow Creek Band of Umpqua Tribe of Indians**
Glen.keller@dgslaw.com

J. Eric Ellliff, Esq.
Kristen Taylor-Randall, Esq.
Morrison & Foerster, LLP
370 17th St., Ste. 3550
Denver, CO  80203
**Attorney for IMCOA**
jelliff@mofo.com

Adam F. Hulbig
Trial Attorney, Tax Division
US Dept. of Justice
Po Box 683
Ben Franklin Station
Washington, DC  20044
**Attorney for United States of America**
adam.f.hulbig@usdoj.gov

**VIA E-MAIL:**
Richard A. Block
President
Sterling Consulting Corporation
4101 E. Louisiana Ave., Ste. 300
Denver, CO  80246
**Receiver**
rblock@xpn.com

Gary C. Moschetti, Esq.
Hatch & Moschetti, LLP
1800 Glenarm Pl., 9th Floor
Denver, CO 80202
**Attorney for Edward Leal**
gmoschetti@hatchlawyers.com

Cassandra Sasso, Esq.
Baker & Hostetler
303 E. 17th Ave., Ste. 1100
Denver, CO 80203-1264
**Attorney for Michelle Lean**
csasso@bakerlaw.com

Michael J. Pankow
Daniel J. Garfield
Brownstein Hyatt & Farber PC
410 17th Street, Suite 2200
Denver, CO 80202
**Attorneys for Michael Payne**
mpankow@bhf-law.com
dgarfield@bhf-law.com

**VIA UNITED STATES MAIL:**
James Duberg, Esq.
727 Third Ave.
Chula Vista, CA 91910-5803

Mark S. Schmidt, Esq.
Miller Simon & Maier, S.C.
788 North Jefferson Street
Milwaukee, WI 53202
**Attorney for Miller Simon & Maier**

Peter C. Freeman, Esq.
Law Offices of Peter C. Freeman
16485 Laguna Canyon Rd., Ste. 230
Irvine, CA 92618-3846
**Attorney for Scott Kajiya**

Mr. Albert Lucci
1930 Wyoming Ave.
Fort Pierce, FL 34982
Robert W. Hallock, Esq.
202 S. Merrill St.
Park Ridge, IL 60068-4223

Peter Sklarew, Esq.
Assistant Chief
Civil Trial Section, Northern Region
United States Dept. of Justice
Tax Division
PO Box 55
Washington, D.C. 20044
**Attorney for IRS**

Robert J. Danie, Eq.
9 Wagon Wheel Drive
Feeding Hills, MA 01030

Noreene C. Stehlik, Esq.
U.S. Dept. of Justice
PO Box 683
Ben Franklin Station
Washington, D.C. 20044
**Attorney for IRS**

Robert L. Morrow, Jr., MD
401 N. College Rd., #5
Lafayette, LA 70506

Nicholas A. Russo, Sr.
310 Extonville Road
Allentown, NJ 08501

Richard J. Cortesi
5316 Camino Montano, N.E.
Albuquerque, NM 87111

Albert R. Gazza
589 Manchester
E. Glastonbury, CT 06025-0085

Ronald Fulfer
15315 S. Francis Dr.
Plainfield, IL 60544

Richard Dale Wood
13997 80th Ave. North
Maple Grove, MN 55311

Steve Halprin
1316 Penningtow Place
Concord, N.C. 28207

Alf Iseback
Gamla Tuvevagen 4
41705 Goteborg
**SWEDEN**

Kathryn L. Troccoli
1911 Champlain St.
Ottawa, IL 61350

Ed Pink
Ed Pink Racing Engines, Inc.
14612 Raymer Street
Van Nuys, CA 91405

Montgomery & Andrews, P.A.
325 Paseo De Peralta
Santa Fe, NM 87501

Jeffrey M. Perkins
President
Western Design Engineering, Inc.
808 Airport Road
Jackson, MI 49202

John Inelli
17 Old Farmstead Rd.
Chester, NJ 07930

Eller Industries
c/o Leonard S. ("Lonnie") Labraiola
6035 N. 115th Street
Longmont, CO 80504-8434

**Registered Agent:**
Randal L. Hittle
1630 Main Street, Suite 202
Longmont, CO 80501


By:   *s/ John M. Tanner*
      Fairfield and Woods, P.C.
      1700 Lincoln St., #2400
      Denver, CO 80203
      Phone: (303) 830-2400
      Fax: (303) 830-1033
      Email: jtanner@fwlaw.com