

OFFICE OF THE CLERK
United States District Court
901-19th Street, Room A105
Denver, CO 80294-3589

OFFICIAL BUSINESS

RETURN TO SENDER
☐ ATTEMPTED NOT KNOWN
☐ NO SUCH STREET
☐ REFUSED
☐ VACANT
☒ NO RECEPTACLE
☐ NOT DELIVERABLE AS ADDRESSED, UNABLE TO FORWARD
ROUTE NO. 14

Anthony Pugliese
2500 Military Trail
Boca Raton, FL 33431

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 22 2006

GREGORY C. LANGHAM
       CLERK

95-cv-777 ZLW
#2093, 2100, 2099

CANNOT LOCATE

ZLW - OES