**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

Civil Action No. 1995-Z-00777

**ELLER INDUSTRIES, INC.,**
        Plaintiff,

    vs.

**INDIAN MOTORCYCLE MANUFACTURING, INC.,** a New Mexico Corporation,
        Defendant.

---

**NOTICE REQUESTING TERMINATION OF ELECTRONIC SERVICE**

---

    Nancy D. Miller hereby requests that this Court terminate service of electronic filing on her and remove her from the Service List in the above-referenced case on the following grounds:

1. The undersigned attorney was previously involved in this matter while at her prior firm, Law Offices of Nancy D. Miller, P.C.

2. The undersigned attorney is no longer an attorney of record in this matter.  On February 25, 1999 the Court entered an Order authorizing her withdrawal as counsel (Doc.#1016).

3. Therefore, the undersigned attorney no longer represents any party in this case and requests that she be terminated from electronic service and also requests that she be removed from the service list.

                              Respectfully submitted,

                              /s/ Nancy D. Miller

1050 17th Street, Suite 2500

Denver, CO 80265

## Certificate of Service

I hereby certify that on this 27th day of February, 2006, I electronically filed the foregoing NOTICE REQUESTING TERMINATION OF ELECTRONIC SERVICE with the Clerk of Court using the CM/ECT system which will send notification of such filing.

/s/ Nancy D. Miller