**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  95-cv-00777-REB-CBS

In re: Receivership Estate of INDIAN MOTORCYCLE
MANUFACTURING, INC., a New Mexico corporation,

---

MINUTE ORDER[1]

---

      The Notice Requesting Termination of Electronic Service [#2167], filed February 27, 2006, is APPROVED, and the court GRANTS the request to have the notice of electronic filing be turned off for Attorney Nancy D. Miller.

Dated:  February 27, 2006
-----------------------------------------------------------------------------------------------------------------

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.