

Returned mail envelope addressed to:

Cassandra Gay Sasso
Baker & Hostetler-Colorado
303 East 17th Avenue
#1100
Denver, CO 80203

Stamps/markings: "ATTEMPTED NOT KNOWN", "RETURN TO SENDER", "No longer here", "Cannot Locate REB-CBS", "95-CV-777 #2155"

FILED UNITED STATES DISTRICT COURT DENVER, COLORADO FEB 27 2006 GREGORY C. LANGHAM CLERK

Denver, CO postmark FEB 16 '06