

OFFICE OF THE CLERK
ED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

FILED
OFFICIAL BUSINESS
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 24 2006

GREGORY C. LANGHAM
CLERK

95-CW-777

Chuck Krowczyk
1853 South Marshall Circle
Lakewood, CO 80232

RETURNED TO SENDER
ATTEMPTED
NOT KNOWN