OFFICE OF THE CLERK
United States District Court
-19th Street, Room A105
Denver, CO 80294-3589

OFFICIAL BUSINESS



Daniel L. Dawes
Graham & James, LLP-Costa Mesa Californ.
650 Town Center Drive
6th Floor
Costa Mesa, CA 92626

FEB 27 2006

GREGORY C. LANGHAM
CLERK

CANNOT LOCATE
95-W-777
#2109, 2079, 2137

REB-CBS