OFFICE OF THE CLERK
STATES DISTRICT COURT
RED A. ARRAJ COURTHOUSE
01-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

95-CV-777

#2137

RETURNED TO SENDER
UNDELIVERABLE AS ADDRESSED
FORWARDING ORDER EXPIRED

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 2 7 2006

GREGORY C. LANGHAM
CLERK

Donald Schunk
12572 Durrow Court
St. Louis, MO 63141