OFFICE OF THE CLERK
STATES DISTRICT COURT
ED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

95-CV-777

FILED #2155
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 27 2006

GREGORY C. LANGHAM
CLERK

RETURNED TO SENDER
Not Deliverable as Addressed
Unable to Forward

DENVER CO
FEB 16'06
U.S. POSTAGE 00.63

Jeffrey M. Perkins
Western Design Engineering, Inc.
808 Airport Road
Jackson, MI 49202

4920241853-08