OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

CANNOT LOCATE    REB-CBS
95-CV-777
#2155

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 27 2006

GREGORY C. LANGHAM
CLERK

Steven DeStout
#1 South Water Street
Henderson, NV 89105

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD