OFFICE OF THE CLERK
United States District Court
901-19th Street, Room A105
Denver, CO 80294-3589

OFFICIAL BUSINESS

☐ INSUFFICIENT ADDRESS
☐ NO SUCH NUMBER
☐ UNCLAIMED   ☐ REFUSED
☐ ATTEMPTED NOT KNOWN
☐ NO SUCH STREET
☐ VACANT
☐ NO RECEPTACLE
☒ NOT DELIVERABLE AS ADDRESSED-UNABLE TO FORWARD
ROUTE NO. 14   DATE _____
CARR. INITIALS _____

Anthony Pugliese
2500 Military Trail
Boca Raton, FL 33431

CANNot LoCATE
95-CV-777
#2117, 2118

REB-CBS

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 28 2006

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

| | | |
|---|---|---|
| Civil Action No.: | 95-cv-00777-REB-CBS | FTR - Reporter Deck, Crtrm A402 |
| Date: January 30, 2006 | | Courtroom Deputy, Ellen E. Miller |

In re: Receivership Estate of INDIAN MOTORCYCLE
MANUFACTURING, INC., a New Mexico corporation,

## COURTROOM MINUTES / MINUTE ORDER

**HEARING:   STATUS CONFERENCE / MOTIONS   HEARING**
**Court in session:**    8:30 a.m.
Court calls case. Counsel have checked in with the Courtroom Deputy. This Status Conference/Motions Hearing is held in conjunction with 05-cv-01573-PSF-CBS

Present are Thomas F. Quinn, Richard A. Block, and John M. Tanner. Also present are Julie A. Trent, Michael A. Chodos, Eugene M. Sprague, Michael J. Pankow, Robert W. Pitts, and Todd P. Blakely. Appearing by telephone are Adam F. Hulbig and Peter Sklarew on behalf of the United States Department of Justice Tax Division.

**It is ORDERED:**    Attorneys for Chapter 7 Trustee Stephen M. Rodolakis' MOTION TO WITHDRAW (Docket No. **2020**, Filed December 19, 2005) is **GRANTED**.

Todd P. Blakely, on behalf of the Chapter 7 Trustee in the Estate of Indian Motorcycle Company in the Massachusetts bankruptcy, is relieved of any further representation in this action.

**It is ORDERED:**    Receiver's MOTION TO CONSOLIDATE (Docket No. **2014**, Filed December 14, 2005) is **HELD IN ABEYANCE** pending further developments in the 05-cv-01573-PSF-CBS case and pending a decision on the Motion for Reconsideration.

Mr. Sklarew notes there are many claimants who are not necessarily involved in every motion. This case was previously assigned to Magistrate Judge Schlatter, who had ordered on the record that an order be circulated to modify the service requirements so only those parties interested in any specific motion would need to be served. Mr. Sklarew will send to the Court the proposed order with a "Submission in Compliance with Order" which briefly explains the history of the problem, the resolution ordered by Magistrate Judge Schlatter, the steps taken in attempting to obtain everyone's signature.