IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Case No. 95-cv-00777-REB-CBS

In re: Receivership Estate of INDIAN MOTORCYCLE
MANUFACTURING, INC., a New Mexico corporation,

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER

Pending before the court is a Motion to Withdraw filed by Allan L. Hale and Monica A. Woods a/k/a Monica A. Flanigan of the law firm of Hale Friesen, LLP (filed December 21, 2005; *doc. no. 2037*). It is hereby **ORDERED** that the instant motion is **GRANTED.**

Attorneys Hale and Flanigan are relieved of any further representation of

M&M Basciani,
Martha Dickson,
Everill Bros., Inc.,
John and Virginia Nicholson,
Arrow IndianMotorcycle,
John and Cheryl Petitto,
Town & Country Sports, Inc.,
Southern Thunder,
and Marcia Taylor

in the above captioned matter. The Clerk's Office is instructed to remove counsel from the electronic certificate of mailing.

**DATED:**     March 3, 2006