CE OF THE CLERK
ATES DISTRICT COURT
A. ARRAJ COURTHOUSE
9TH ST., ROOM A105
VER, CO 80294-3589
OFFICIAL BUSINESS

CANNOT LOCATE
95-CV-777

FILED  #2155
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR - 3 2006

GREGORY C. LANGHAM
CLERK

REB-CBS

DENVER
FEB 16 '06
US POSTAGE
0065

RTN To Sender Undeliverable as Addressed

Anthony Pugliese
2500 Military Trail
Boca Raton, FL 33431

33431+6344