OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
A. ARRAJ COURTHOUSE
19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

CANNOT LOCATE    REB-CBS
95-W-777
#2139

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR - 2 2006

**GREGORY C. LANGHAM**
CLERK

Return To Sender Undeliverable As Addressed

Anthony Pugliese
2500 Military Trail
Boca Raton, FL 33431