ICE OF THE CLERK
ATES DISTRICT COURT
A. ARRAJ COURTHOUSE
9TH ST., ROOM A105
VER, CO 80...
FFICIAL BUSINESS

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR - 3 2006

GREGORY C. LANGHAM
CLERK

95-CV-777
#2155

RTN To Sender Undeliverable As Addressed

Carol Furtier
2500 Military Trail
Boca Raton, FL 33431

33431+5344