

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
A. ARRAJ COURTHOUSE
19TH ST., ROOM A105
DENVER, CO 80294-3589
OFFICIAL BUSINESS

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR - 2 2006

GREGORY C. LANGHAM
CLERK

RETURN TO SENDER
ATTEMPTED
NOT KNOWN
FEB 15 '0
CO

CANNOT LOCATE
95-CV-777
#2155   REB-CBS

Ronald Garcia
2505 Madison, North East
Albuquerque, NM 87101