

OFFICE OF THE CLERK   REB-CBS   CANNOT LOCATE
ED STATES DISTRICT COURT   FILED   95-CV-777
ALFRED A. ARRAJ COURTHOUSE UNITED STATES DISTRICT COURT
901-19TH ST., ROOM A105   DENVER, COLORADO   #2155
DENVER, CO 80294-3589

MAR 7 2006

OFFICIAL BUSINESS

GREGORY C. LANGHAM
CLERK

FEB 16 '06

U.S. POSTAGE
0063
H METER

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 95-cv-00777-REB-CBS

In re: Receivership Estate of INDIAN MOTORCYCLE
MANUFACTURING, INC., a New Mexico corporation,

MINUTE ORDER[1]

The Notice Requesting Termination of Electronic Service [#2154], filed February 16, 2006, is APPROVED, and the court GRANTS the request to have the notice of electronic filing be turned off for Attorney Richard K. Kornfield.

Dated: February 16, 2006

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.