OFFICE OF THE CLERK
TED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

CANNOT LOCATE
95-W-777

**FILED** #2168
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

MAR 7 2006

GREGORY C. LANGHAM
CLERK

- [ ] INSUFFICIENT ADDRESS
- [ ] ATTEMPTED NOT KNOWN
- [x] NO SUCH NUMBER/ STREET
- [ ] NOT DELIVERABLE AS ADDRESSED - UNABLE TO FORWARD
- [ ] OTHER

**RTS** RETURN TO SENDER

2802


**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 95-cv-00777-REB-CBS

In re: Receivership Estate of INDIAN MOTORCYCLE
MANUFACTURING, INC., a New Mexico corporation,

## MINUTE ORDER[1]

The Notice Requesting Termination of Electronic Service [#2167], filed February 27, 2006, is APPROVED, and the court GRANTS the request to have the notice of electronic filing be turned off for Attorney Nancy D. Miller.

Dated: February 27, 2006

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.