OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 13 2006

GREGORY C. LANGHAM
CLERK

RETURN TO SENDER   UNDELIVERABLE AS ADDRESSED

DENVER
MAR 03 '06
U.S. POSTAGE
00.65

95-cv-777REB
#2179

Carol Furtier
2500 Military Trail
Boca Raton, FL 33431

3343146344

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Case No. 95-cv-00777-REB-CBS

In re: Receivership Estate of INDIAN MOTORCYCLE
MANUFACTURING, INC., a New Mexico corporation,

---

### MINUTE ORDER

---

### ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER

Pending before the court is a Motion to Withdraw filed by Allan L. Hale and Monica A. Woods a/k/a Monica A. Flanigan of the law firm of Hale Friesen, LLP (filed December 21, 2005; *doc. no. 2037*). It is hereby **ORDERED** that the instant motion is **GRANTED.**

Attorneys Hale and Flanigan are relieved of any further representation of

> M&M Basciani,
> Martha Dickson,
> Everill Bros., Inc.,
> John and Virginia Nicholson,
> Arrow IndianMotorcycle,
> John and Cheryl Petitto,
> Town & Country Sports, Inc.,
> Southern Thunder,
> and Marcia Taylor

in the above captioned matter. The Clerk's Office is instructed to remove counsel from the electronic certificate of mailing.

**DATED:**       March 3, 2006