OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

CANNOT LOCATE
95-CV-777
#2168

REB-CBS

Denver, CO postmark 0827'06

Returned to Sender — Not Deliverable as Addressed — Unable to Forward

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 10 2006

GREGORY C. LANGHAM
CLERK

Jeffrey M. Perkins
Western Design Engineering, Inc.
[address redacted]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 95-cv-00777-REB-CBS

In re: Receivership Estate of INDIAN MOTORCYCLE
MANUFACTURING, INC., a New Mexico corporation,

MINUTE ORDER[1]

The Notice Requesting Termination of Electronic Service [#2167], filed February 27, 2006, is APPROVED, and the court GRANTS the request to have the notice of electronic filing be turned off for Attorney Nancy D. Miller.

Dated: February 27, 2006

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.