OFFICE OF THE CLERK
STATES DISTRICT COURT
ED A. ARRAJ COURTHOUSE
01-19TH ST., ROOM A105
ENVER, CO 80294-3589

OFFICIAL BUSINESS

CANNOT LOCATE   REB-CBS
95-CV-777
#2179

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 17 2006

GREGORY C. LANGHAM
CLERK

Steven DeStout
&#035;1 South Water Street
Henderson, NV 89105

NIXIE        891      1           39 03/14/06
           RETURN TO SENDER
    NOT DELIVERABLE AS ADDRESSED
           UNABLE TO FORWARD

BC: 80294250151       *0420-08743-03-40