OFFICE OF THE CLERK
STATES DISTRICT COURT
ED A. ARRAJ COURTHOUSE
01-19TH ST., ROOM A105
ENVER, CO 80294-3589

OFFICIAL BUSINESS

CANNOT LOCATE
95-CW-777
#2179     REB-CBS

RETURNED TO SENDER
UNDELIVERABLE AS ADDRESSED
FORWARDING ORDER EXPIRED

MAR 03 '06

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 20 2006

GREGORY C. LANGHAM
CLERK

Donald Schunk
12572 Durrow Court
St. Louis, MO 63141

63141+8815-72