# LAW OFFICE OF
# ROBERT W. PITTS

*660 Newport Center Drive, Suite 400*
*Newport Beach, California 92660*
*T: 949-720-4125*
*F: 949-720-4111*
*E: rpitts@lawrwp.com*

March 17, 2006

**RECEIVED**

MAR 2 0 2006

Fairfield and Woods, P.C.

**VIA FEDEX**
John M. Tanner, Esq.
Fairfield & Woods P.C.
Suite 2400
1700 Lincoln Street
Denver, CO 80203-4524

RE: **Rule 45 Subpoena**

Dear Mr. Tanner:

My client, Credit Managers Association of California d/b/a/ CMA Business Credit Services, a California nonprofit corporation" ("CMA"), was recently served, on March 15, 2006, with what purports to be a Fed.R.Civ.P. 45 subpoena from your office dated March 14, 2006 ("Subpoena") in the matter entitled *In Re: Indian Motorcycle Manufacturing, Inc. a New Mexico Corporation* (USDC Colorado Civil Action No. 95-0077-REB-CBS, hereinafter "Receivership Action") seeking production of potentially voluminous documents in Los Angeles, California by Monday, March 20, 2006. I am assuming you are seeking a response from CMA in its capacity as Assignee of the Indian Entities ("Assignee"), as it is only in its capacity as Assignee that CMA has any involvement with the Indian Entities. Thus, for purposes of the Subpoena and this letter relating thereto, CMA is read as the Assignee and vice versa.

Inasmuch as the Subpoena fails to comply with Fed.R.Civ.P. 45 in numerous respects, it is invalid on its face and, therefore, this letter shall serve as a formal written objection to the service, form and substance of the Subpoena. Further, please be advised that, to the extent the facial infirmities are cured and the subpoena is properly re-served, the Assignee reserves all objections to the form and substance of the purported Subpoena, including <u>without limitation</u>, failure to comply with Fed.R.Civ.P. Rule 45 sections 45(a)(2); 45(c)(3)(A)(i); 45(c)(3)(A)(iii); and 45(c)(3)(A)(iv).

Because there continues to be an inordinate amount of confusion on the part of the Receiver with respect to the Rule 45 subpoena process, the following



Ltr to J. Tanner 3.17.06 re Rule 45 Subpoena.doc

John M. Tanner
Page 2

specifically identifies the critical facial infirmity with the latest Subpoena: **the Subpoena is facially invalid with respect to the issuing district and the place of production (See, Fed.R.Civ.P 45(a)(2))**.

If and when the facial defect outlined above is remedied and assuming the Subpoena is validly re-served, my client will respond to the substance of the Subpoena, any and all objections to which are expressly reserved.

Should you have any questions regarding the foregoing, please do not hesitate to contact me at 949-720-4125 or via email at rpitts@lawrwp.com.

Very truly yours,

Robert W. Pitts

Cc:   Michael L. Joncich
      Julie Trent, Esq.