# MICHAEL CHODOS
### ATTORNEY • AT • LAW

February 6, 2006

**By Email and Fax (303) 830-1033**

Jack Tanner, Esq.
Fairfield & Woods, P.C.
1700 Lincoln Street, Suite 2400
Denver, CO  80203

    Re:   *In re: Indian Motorcycle Manufacturing*, Civ. No. 95-cv.-00777-REB-CBS

Dear Mr. Tanner:

    I am in receipt of a stack of subpoenas fedexed to me from your office on February 2, 2006 and received by me on February 3rd.

    I am unable to accept service of the subpoenas. They are facially invalid and improper under FRCP 45, and your request to have me accept service on the Audax entities' behalf would require me to acquiesce in the service of a subpoena in direct contravention of Rule 45.

    Apart from the foregoing, the subpoenas are absurdly unreasonable both in terms of the breadth, scope and burden of the documents requested and the time permitted for file review and production.

    This is not intended to be the Audax entities' written objection under Rule 45(c) as no subpoenas have yet been served upon them. Should you choose to issue subpoenas in accordance with Rule 45, please feel free to forward them to me for review and I will consult with my clients about accepting service on their behalf. I will at that time review whether it is appropriate to accept service and, if so, whether any additional substantive or procedural objections (other than with respect to acceptance of service of the documents themselves) should be asserted on the Audax entities' behalf under Rule 45(c).

    Nothing herein shall be deemed to be a waiver or concession of any objection, claim or defense to the purported subpoenas (or to any later subpoenas on this topic which you may choose to issue), all of which are expressly reserved.

56 Malaga Cove Plaza
Palos Verdes Estates, CA 90274-1306
Phone • (310) 791-1928
Fax • (310) 791-1958
email • michael@chodos.com

**EXHIBIT 8**

# MICHAEL CHODOS
ATTORNEY·AT·LAW

Jack Tanner, Esq.
February 6, 2006
Page 2

    Without in any way limiting the foregoing, should you purport to serve my clients directly with the subpoenas received by me on February 3, 2006, Audax reserves its right to assert at that time any and all objections under Rule 45. These will include but in no way be limited to objections based upon the following:

(a) Improper and invalid form, issuance, location and service;

(b) Unreasonable time for inspection and production;

(c) Overbroad and burdensome requests;

(d) That the requests seek information beyond the scope of permissible discovery;

(e) That the requests are served for purposes of harassment and not for a proper discovery purpose; and

(f) That the requests seek information which is privileged, private, confidential and not subject to production.

Thank you for your attention to the foregoing.

Sincerely yours,

Michael Chodos
Attorney for Audax Private Equity Fund, LP, et al.

MAC/
cc: Robert Pitts, Esq.
    Eugene Sprague, Esq.
    Julie Trent, Esq.
    Thomas Quinn, Esq.
    (all via email)