IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 95-cv-0777-REB-CBS

In re:   THE RECEIVERSHIP ESTATE OF INDIAN MOTORCYCLE
MANUFACTURING, INC.

**ORDER GRANTING UNOPPOSED MOTION TO UNSEAL
SETTLEMENT AGREEMENT AND INDEMNIFICATION AGREEMENT**

THIS MATTER, having come before the Court on Assignee's Unopposed Motion to Unseal Settlement Agreement and Indemnification Agreement, and the Court being fully advised, hereby:

GRANTS the motion. The Settlement Agreement and its attachments, including the Indemnification Agreement, are hereby unsealed. Henceforth, the Settlement Agreement and its attachments, including the Indemnification Agreement, are not subject to any order or agreement requiring that they be kept confidential in any manner or filed under seal.

DONE this _____ day of _____, 2006.

BY THE COURT:

_____
United States District Court/Magistrate Judge

00040687                                1