OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

RTN To Sender Undeliverable As Addressed

CANNOT LOCATE
95 - CN - 777
#2198
REB - CBS

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 30 2006

GREGORY C. LANGHAM
CLERK

Carol Furtier
2500 Military Trail
Boca Raton, FL 33431

3343148344-3923972500

```
MIME-Version:1.0
From:COD_ENotice@cod.uscourts.gov
To:COD_NEF@cod.uscourts.gov
Bcc:Philip.Blondin@usdoj.gov,adam.f.hulbig@usdoj.gov,blackburn_chambers@cod.uscourts.gov,brigid.bungum@dg
Message-Id:<528906@cod.uscourts.gov>
Subject:Activity in Case 1:95-cv-00777-REB-CBS Receivership Estate of Indian Motorcycle Manufacturing, In
```

Content-Type: text/html

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

**U.S. District Court**

**District of Colorado**

Notice of Electronic Filing

The following transaction was received from rebsec, entered on 3/24/2006 at 10:31 AM MST and filed on 3/24/2006
**Case Name:**        Receivership Estate of Indian Motorcycle Manufacturing, Inc.
**Case Number:**      1:95-cv-777
**Filer:**
**Document Number:** 2198

**Docket Text:**
MEMORANDUM referring to Magistrate Judge Shaffer : [2197] Unopposed MOTION to Unseal Document *Settlement Agreement and Indemnification Agreement* filed by Indian Motorcycle Manufacturing Inc., Indian Motocycle Manufacturing Company, Inc., Indian Motorcycle Company, Indian Motocycle corporation, by Judge Robert E. Blackburn on 3/24/06. (Text Only Entry - No Document Attached)(rebsec, )

The following document(s) are associated with this transaction:

**1:95-cv-777 Notice will be electronically mailed to:**

Philip Edward Blondin     Philip.Blondin@usdoj.gov,

James R. Cage     jcage@cagewilliams.com, slehigh@cagewilliams.com; kcameron@cagewilliams.com

J. Eric Elliff     jelliff@mofo.com, kparish@mofo.com

Daniel J. Garfield     dgarfield@bhf-law.com, krees@bhf-law.com

Adam F. Hulbig     adam.f.hulbig@usdoj.gov, western.taxcivil@usdoj.gov

Glen E. Keller , Jr     glen.keller@dgslaw.com, brigid.bungum@dgslaw.com

Mollybeth R. Kocialski     mollybeth.kocialski@firstdatacorp.com,

Lee M. Kutner     lmk@kutnerlaw.com,

Gary Clifford Moschetti     gmoschetti@hatchlawyers.com

Michael J. Pankow     mpankow@bhf-law.com, krees@bhf-law.com

Edward T. Ramey     eramey@ir-law.com, jwills@ir-law.com

Gregory C. Smith     gsmith@fwlaw.com, jboling@fwlaw.com; paralegal@fwlaw.com

Jeffrey S. Swyers     jeffrey.s.swyers@usdoj.gov,

John 'Jack' Markham Tanner     jtanner@fwlaw.com, schiecuto@fwlaw.com; paralegal@fwlaw.com