IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 95-cv-00777-REB-CBS

In re: Indian Motorcycle Manufacturing, Inc., a New Mexico Corporation

---

ASSIGNEE'S REPLY TO RECEIVER'S RESPONSE TO
UNOPPOSED MOTION TO UNSEAL SETTLEMENT AGREEMENT AND
INDEMNIFICATION AGREEMENT

---

COMES NOW Credit Managers Association of California, dba Business Credit Services ("Assignee") as Assignee pursuant to a California Assignment for the Benefit of Creditors and General Assignments by Indian Motorcycle Company, IMCOA Licensing America, Inc., and IMCOA Holdings America, Inc.[1] (collectively, these IMCOA/Indian entities are referred to herein as the "Indian Entities"), and files this Reply ("Reply") to Receiver's Response ("Response") to Unopposed Motion to Unseal Settlement Agreement and Indemnification Agreement ("Motion"). As its Reply, Assignee states as follows:

1.  The Receiver's Response follows the Receiver's apparent modus operandi in this Receivership Action and in the various pending litigation matters, i.e., collaterally attack anything and everything it can to obfuscate the true issues (or lack thereof) in these matters. In its Response, **the Receiver reiterates its non-opposition to the Assignee's Motion,** and then proceeds to raise a number of "red herring" issues that it hopes this Court will rule on, inadvertently or otherwise, so that the Receiver can trot out such rulings in the other pending litigation matters. The Receiver admits as much in Paragraph 10 of its Response.

---

[1] CMA is a California based third party fiduciary acting as an assignee for the benefit of creditors under California's assignment for benefit of creditors law. As such, it is submitting this pleading in such capacity and no other. All references to CMA herein are as Assignee of the Indian Entities only.

00041020                                1

2.      The facts and legal issues relative to the Assignee's Motion are clear, straightforward and, as the Receiver has admitted, unopposed. There is nothing in the Response that changes those facts and the Assignee will not respond here to the various collateral issues raised by the Receiver.[2] The Assignee's silence on any such issues should not be construed as acquiescence to any of the Receiver's allegations or positions on such issues. The Receiver's Response does not contain a single factual contention that is accurate regarding the collateral issues raised by the Receiver, and the Assignee categorically denies each such contention.

WHEREFORE, the Assignee requests that the Court GRANT the unopposed Motion and unseal the Settlement Agreement and Indemnification Agreement forthwith.

Respectfully submitted this 30th day of March, 2006.

**BIEGING SHAPIRO & BURRUS LLP**

By:     s/ Julie Trent
        Julie Trent, No. 17086
        4582 S. Ulster Street Pkwy., Suite 1650
        Denver, CO 80237
        Office: (720) 488-0220
        Fax: (720) 488-7711
        E-mail: jt@bsblawyers.com

        Robert Pitts
        LAW OFFICE OF ROBERT W. PITTS
        660 Newport Center Drive, Suite 400
        Newport Beach, California 92660
        T: 949-720-4125
        F: 949-720-4111
        E: rpitts@lawrwp.com
        *Attorneys for CMA as Assignee of the Indian Entities*

---

[2] The Receiver has raised the same collateral allegations contained in its Response as it raised in Case No. 06-cv-0076. To the extent necessary, Assignee incorporates the case law and facts in Assignee's Response to Receiver's Motion to Strike Motion to Dismiss and for Default [Case No. 06-cv-0076, Docket No. 13], which sets forth the clear and unequivocal authority for Assignee's defenses and actions on behalf of both itself as Assignee and the Indian Entities in all pending litigation brought by the Receiver and/or Sterling against the Assignee and the Indian Entities.

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 30, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all ecf filers and, specifically, the following e-mail addresses:

jtanner@fwlaw.com

ahale@haldfriesen.com

eramey@ir-law.com
spack@ir-law.com

jcage@cagewilliams.com

glen.keller@dgslaw.com

jelliff@mofo.com

adam.f.hulbig@usdoj.gov

mgoschetti@hatchlawyers.com

csasso@bakerlaw.com

mpankow@bhf-law.com
dgarfield@bhf-law.com

s/ Julie Trent
**Julie Trent**, No. 17086
Bieging Shapiro & Burrus, LLP
4582 South Ulster Street Parkway, Suite 1650
Denver, Colorado 80237
Telephone: (720) 488-0220
Fax: (720) 488-7711
E-mail: jt@bsblawyers.com