

group  *7445 E. Peakview Avenue  Centennial, Colorado 80111  303-770-5157  1-800-748-2125  Fax 303-770-5237*

March 27, 2006

Sterling Consulting Corporation and
Waverton Group, LLC
4101 E Louisiana Ave. #300
Denver, Colorado 80246

Attn: Richard Block

RE: Indian Motorcycle Receivership Bond

Rick:

Soon the above captioned bond will renew for another year. As you know, I have not
been paid for the bond for the last three years. This current term will be the fourth. I can
not cancel the bond without Court Orders to do same. Therefore, I must bill the bond.
Further, the Surety, Pioneer General Insurance Company, will not relieve me from
payment of the bond premium. In other words, I have paid the bond for you for the last
three years and it seems like I will have to pay for the fourth year. This is not by normal
business practice. My business does not include extending credit to Customers with no
hope of repayment.

I would appreciate any action on your part to relieve our office of this premium
burden. I await your reply.

Thank you,

James R. Taylor

**EXHIBIT**

tabbies

1