IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| RECEIVERSHIP ESTATE OF INDIAN MOTORCYCLE MANUFACTURING, INC., | ) ) ) ) Civil Action No. 95-A-7770ZLW-OES |

## MOTION TO REMOVE DAVIS GRAHAM & STUBBS LLP FROM SERVICE LIST

Glen E. Keller, Jr. ("Movant") respectfully moves this Court to remove the law firm of Davis Graham & Stubbs LLP and Glen E. Keller, Jr. from the Court's service list in this matter, and as grounds therefore states the following:

1. Movant previously represented certain parties in this matter. These parties are not longer involved in this litigation. Movant does not represent any individual or entity that is currently a party to the lawsuit.

2. Based on the foregoing, Movant requests that this Court and all parties involved remove the law firm of Davis Graham & Stubbs LLP and Glen E. Keller, Jr. from their service list. Notice of this motion is being served on all counsel of record.

WHEREFORE, Glen E. Keller, Jr. prays that the Court enter an order removing Glen E. Keller, Jr. and the law firm of Davis Graham & Stubbs LLP from all service lists pertaining to this matter, and for any further relief which the Court may deem proper.

Dated: March 31, 2006.

DAVIS GRAHAM & STUBBS LLP

Glen E. Keller, Jr. #03113
1550 Seventeenth Street, Suite 500
Denver, Colorado 80202
Telephone: (303) 892-7424
Fax: (303) 893-1379

#706938.1

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing MOTION TO REMOVE DAVIS GRAHAM & STUBBS LLP FROM SERVICE LIST was served by first class mail on the 31 day of March, 2006, on the following:

Todd P. Blakely
Douglas William Swartz
Sheridan Ross, P.C.
1560 Broadway, #1200
Denver, CO 80202-5141

Philip Edward Blondin
Adam F. Hulbig
Gerald C. Miller
Peter Sklarew
Noreene C. Stehlik
Jeffrey S. Swyers
U.S. Department of Justice
Tax Division
P.O. Box 683  Ben Franklin Station
Washington, DC 20044

James R. Cage
Cage Williams Abelman, P.C.
1433 Seventeenth Street
Denver, CO 80202

J. Eric Elliff
Morrison & Foerster, LLP-Colorado
370 Seventeenth Street, #5200 Republic Plaza
Denver, CO 80202-2236

Daniel J. Garfield
Brownstein, Hyatt & Farber, P.C.
410 17th Street, #2200
Denver, CO 80202-4437

Mollybeth R. Kocialski
First Data Corporation
12500 East Belford Avenue, M21A2
Englewood, CO 80112

George G. Matava
Greenberg Traurig, LLP-Colorado
1200 Seventeenth Street, #2400
Denver, CO 80202


Gary Clifford Moschetti
Hatch Jacobs LLC
950 Seventeenth Street, #1700
Denver, CO 80202

Michael J. Pankow
Brownstein, Hyatt & Farber, P.C.
410 17th Street, #2200
Denver, CO 80202-4437

Edward T. Ramey
Isaacson Rosenbaum, P.C.
633 - 17th Street, #2200
Denver, CO 80202

Cassandra Gay Sasso
Baker & Hostetler-Colorado
303 East 17th Avenue, #1100
Denver, CO 80203

Gregory C. Smith
John 'Jack' Markham Tanner
Fairfield & Woods, P.C.
1700 Lincoln Street, #2400
Denver, CO 80203-4524

Douglas M. Tisdale
Tisdale & Associates, LLC
1600 Broadway, #2600
Denver, CO 80202-4989

Julie Andrea Trent
Bieging, Shapiro & Burrus, LLP
4582 South Ulster Street Parkway, #1650
Denver, CO 80237