**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| **RECEIVERSHIP ESTATE OF** ) | |
| **INDIAN MOTORCYCLE** ) | Civil Action No. 95-A-7770ZLW-OES |
| **MANUFACTURING, INC.,** ) | |

**ORDER GRANTING**
**MOTION TO REMOVE DAVIS GRAHAM & STUBBS LLP FROM SERVICE LIST**

  Before the Court is the Motion to Remove Davis Graham & Stubbs LLP from the service list. Following consideration, the Court finds the Motion should be GRANTED.

  IT IS THEREFORE ORDERED that the law firm of Davis Graham & Stubbs LLP and Glen E. Keller shall be removed from the service list in this matter.

Signed this the _____ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE