OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589
OFFICIAL BUSINESS

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 31 2006

GREGORY C. LANGHAM
CLERK



Jeffrey M. Perkins
Western Design Engineering, Inc.
808 Airport Road

DENVER CO MAR 24 '06

CANNOT LOCATE
95-CV-777

#2198

REB-CBS

```
MIME-Version:1.0
From:COD_ENotice@cod.uscourts.gov
To:COD_NEF@cod.uscourts.gov
Bcc:Philip.Blondin@usdoj.gov,adam.f.hulbig@usdoj.gov,blackburn_chambers@cod.uscourts.gov,brigid.bungum@dg
Message-Id:<528906@cod.uscourts.gov>
Subject:Activity in Case 1:95-cv-00777-REB-CBS Receivership Estate of Indian Motorcycle Manufacturing, In
```

Content-Type: text/html

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

**U.S. District Court**

**District of Colorado**

Notice of Electronic Filing

The following transaction was received from rebsec, entered on 3/24/2006 at 10:31 AM MST and filed on 3/24/2006
**Case Name:**    Receivership Estate of Indian Motorcycle Manufacturing, Inc.
**Case Number:**  1:95-cv-777
**Filer:**
**Document Number:** 2198

**Docket Text:**
MEMORANDUM referring to Magistrate Judge Shaffer : [2197] Unopposed MOTION to Unseal Document *Settlement Agreement and Indemnification Agreement* filed by Indian Motorcycle Manufacturing Inc., Indian Motocycle Manufacturing Company, Inc., Indian Motorcycle Company, Indian Motocycle corporation, by Judge Robert E. Blackburn on 3/24/06. (Text Only Entry - No Document Attached)(rebsec, )

The following document(s) are associated with this transaction:

**1:95-cv-777 Notice will be electronically mailed to:**

Philip Edward Blondin    Philip.Blondin@usdoj.gov,

James R. Cage    jcage@cagewilliams.com, slehigh@cagewilliams.com; kcameron@cagewilliams.com

J. Eric Elliff    jelliff@mofo.com, kparish@mofo.com

Daniel J. Garfield    dgarfield@bhf-law.com, krees@bhf-law.com

Adam F. Hulbig    adam.f.hulbig@usdoj.gov, western.taxcivil@usdoj.gov

Glen E. Keller , Jr    glen.keller@dgslaw.com, brigid.bungum@dgslaw.com

Mollybeth R. Kocialski    mollybeth.kocialski@firstdatacorp.com,

Lee M. Kutner    lmk@kutnerlaw.com,

Gary Clifford Moschetti    gmoschetti@hatchlawyers.com

Michael J. Pankow    mpankow@bhf-law.com, krees@bhf-law.com

Edward T. Ramey    eramey@ir-law.com, jwills@ir-law.com

Gregory C. Smith    gsmith@fwlaw.com, jboling@fwlaw.com; paralegal@fwlaw.com

Jeffrey S. Swyers    jeffrey.s.swyers@usdoj.gov,

John 'Jack' Markham Tanner    jtanner@fwlaw.com, schiecuto@fwlaw.com; paralegal@fwlaw.com