OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
MAR 31 2006
GREGORY C. LANGHAM
CLERK

CANNOT LOCATE
95-CV-777
#2190
REB CBS

Hilm Sevimli
c/o Christopher C. Noble, Esq.
Noble & Associates, LLC
11 Pine Street
Plainvill

NIXIE    061    1         39  03/29/0
        RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
        UNABLE TO FORWARD
BC: 80294250151      *1120-08597-24-3

```
MIME-Version:1.0
From:COD_ENotice@cod.uscourts.gov
To:COD_NEF@cod.uscourts.gov
Bcc:Philip.Blondin@usdoj.gov,adam.f.hulbig@usdoj.gov,blackburn_chambers@cod.uscourts.gov,brigid.bungum@dg
Message-Id:<528906@cod.uscourts.gov>
Subject:Activity in Case 1:95-cv-00777-REB-CBS Receivership Estate of Indian Motorcycle Manufacturing, In
```

Content-Type: text/html

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

### U.S. District Court

### District of Colorado

Notice of Electronic Filing

The following transaction was received from rebsec, entered on 3/24/2006 at 10:31 AM MST and filed on 3/24/2006
**Case Name:**       Receivership Estate of Indian Motorcycle Manufacturing, Inc.
**Case Number:**     1:95-cv-777
**Filer:**
**Document Number:** 2198

**Docket Text:**
MEMORANDUM referring to Magistrate Judge Shaffer : [2197] Unopposed MOTION to Unseal Document *Settlement Agreement and Indemnification Agreement* filed by Indian Motorcycle Manufacturing Inc., Indian Motocycle Manufacturing Company, Inc., Indian Motorcycle Company, Indian Motocycle corporation, by Judge Robert E. Blackburn on 3/24/06. (Text Only Entry - No Document Attached)(rebsec, )

The following document(s) are associated with this transaction:

**1:95-cv-777 Notice will be electronically mailed to:**

Philip Edward Blondin    Philip.Blondin@usdoj.gov,

James R. Cage    jcage@cagewilliams.com, slehigh@cagewilliams.com; kcameron@cagewilliams.com

J. Eric Elliff    jelliff@mofo.com, kparish@mofo.com

Daniel J. Garfield    dgarfield@bhf-law.com, krees@bhf-law.com

Adam F. Hulbig    adam.f.hulbig@usdoj.gov, western.taxcivil@usdoj.gov

Glen E. Keller , Jr    glen.keller@dgslaw.com, brigid.bungum@dgslaw.com

Mollybeth R. Kocialski    mollybeth.kocialski@firstdatacorp.com,

Lee M. Kutner    lmk@kutnerlaw.com,

Gary Clifford Moschetti    gmoschetti@hatchlawyers.com

Michael J. Pankow    mpankow@bhf-law.com, krees@bhf-law.com

Edward T. Ramey    eramey@ir-law.com, jwills@ir-law.com

Gregory C. Smith    gsmith@fwlaw.com, jboling@fwlaw.com; paralegal@fwlaw.com

Jeffrey S. Swyers    jeffrey.s.swyers@usdoj.gov,

John 'Jack' Markham Tanner    jtanner@fwlaw.com, schiecuto@fwlaw.com; paralegal@fwlaw.com