IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| RECEIVERSHIP ESTATE OF ) <br> INDIAN MOTORCYCLE ) <br> MANUFACTURING, INC., ) | Civil Action No. 95-A-7770ZLW-OES |

## MOTION TO REMOVE TISDALE & ASSOCIATES LLC FROM SERVICE LIST

Douglas M. Tisdale, Sr., Esq. ("Movant") respectfully moves this Court to remove the law firm of Tisdale & Associates LLC and Douglas M. Tisdale Sr., Esq. from the Court's service list in this matter, and as grounds therefor states the following:

1. Movant previously represented certain parties in this matter. These parties are no longer involved in this litigation. Movant does not represent any individual or entity that is currently a party to the lawsuit.

2. Based on the foregoing, Movant requests that this Court and all parties involved remove the law firm of Tisdale & Associates LLC and Douglas M. Tisdale, Sr., Esq. from their service list. Notice of this motion is being served on all counsel of record.

WHEREFORE, Douglas M. Tisdale, Sr., Esq. prays that the court enter an order removing Douglas M. Tisdale, Sr., Esq. and the law firm of Tisdale & Associates LLC from all service lists pertaining to this matter, and for any further relief which the court may deem proper.

Dated: April 5, 2006

TISDALE & ASSOCIATES, LLC

Douglas M. Tisdale, Sr., Esq.
1600 Broadway, Suite 2600
Denver, Colorado 80202
Telephone: (303) 832-1800
Fax: (303) 832-0799

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of April, 2006, a true and correct copy of the foregoing MOTION TO REMOVE TISDALE & ASSOCIATES LLC FROM SERVICE LIST was placed in the United States mail, postage prepaid, addressed to the following:

Todd P. Blakely
Douglas William Swartz
Sheridan Ross, P.C.
1560 Broadway, #1200
Denver, CO 80202-5141

Philip Edward Blondin
Adam F. Hulbig
Gerald C. Miller
Peter Sklarew
Noreene C. Stehlik
Jeffrey S. Swyers
U.S. Department of Justice
Tax Division
P.O. Box 683 Ben Franklin Station
Washington, DC 20044

James R. Cage
Cage Williams Abelman, P.C.
1433 Seventeenth Street
Denver, CO 80202

J. Eric Elliff
Morrison & Foerster, LLP-Colorado
370 Seventeenth Street, #5200 Republic Plaza
Denver, CO 80202-2236

Daniel J. Garfield
Michael J. Pankow
Brownstein, Hyatt & Farber, P.C.
410 17th Street, #2200
Denver, CO 80202-4437

Mollybeth R. Kocialski
First Data Corporation
12500 East Belford Avenue, M21A2
Englewood, CO 80112

George G. Matava
Greenberg Traurig, LLP-Colorado
1200 Seventeenth Street, #2400
Denver, CO 80202

Gary Clifford Moschetti
Hatch Jacobs LLC
950 Seventeenth Street, #1700
Denver, CO 80202

Edward T. Ramey
Isaacson Rosenbaum, P.C.
633 17th Street, #2200
Denver, CO 80202

Cassandra Gay Sasso
Baker & Hostetler-Colorado
303 East 17th Avenue, #1100
Denver, CO 80203

Gregory C. Smith
John 'Jack' Markham Tanner
Fairfield & Woods, P.C.
1700 Lincoln Street, #2400
Denver, CO 80203-4524

Julie Andrea Trent
Beiging, Shapiro & Burrus, LLP
4582 South Ulster Street Parkway, #1650
Denver, CO 80237

*/s/ Maxx Messer*

Maxx. Messer
Assistant to Douglas M. Tisdale, Esq.
Tisdale & Associates LLC
Colorado State Bank Building
1600 Broadway, Suite 2600
Denver, CO 80202-4989
Phone: 303.832.1800
Fax:    303.832.0799
e-mail: maxx@tisdalelaw.com