IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Case No. 95-cv-00777-REB-CBS

In re: Receivership Estate of INDIAN MOTORCYCLE
MANUFACTURING, INC., a New Mexico corporation,

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

Pending before the court is a Motion to Remove (filed March 31, 2006; *doc. no. 2204*).

IT IS HEREBY ORDERED that the instant motion is **GRANTED.**  The Clerk's office is instructed to remove Attorney Glen E. Keller from the electronic certificate of mailing.

IT IS FURTHER ORDERED that the Motion to Remove (filed April 6, 2006; *doc. no. 2210*) is **GRANTED**.  The Clerk's office is instructed to remove Attorney Douglas M. Tidsale, Sr. from the electronic certificate of mailing.

**DATED:**      April 6, 2006