OFFICE OF THE CLERK
STATES DISTRICT COURT
RED A. ARRAJ COURTHOUSE
01-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

RETURN
TO SENDER
ATTEMPTED
NOT KNOWN

MAR 24 06

CO

CANNOT LOCATE
95 - CW - 777    REB - CBS

Return to Sender

Not at this address

# 2198

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 5 2006

GREGORY C. LANGHAM
CLERK

Triad Suspension Technologies, Inc.
c/o Lewis M. Druxman, Esq.
6715 Academy Road North East
Albuquerque, NM 87109