OFFICE OF THE CLERK
STATES DISTRICT COURT
RED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR - 7 2006

GREGORY C. LANGHAM
CLERK

95-cv-777
# 2198   REB-CBS

RETURN TO SENDER
ATTEMPTED NOT KNOWN
MAR 24 '06

Ronald Garcia
2505 Madison, North East
Albuquerque, NM 87101