IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| RECEIVERSHIP ESTATE OF ) | |
| INDIAN MOTORCYCLE )  | Civil Action No. 95-A-7770ZLW-OES |
| MANUFACTURING, INC. ) | |

**MOTION TO REMOVE BAKER & HOSTETLER LLP FROM SERVICE LIST**

John B. Moorhead ("Movant") respectfully moves this Court to remove the law firm of Baker & Hostetler LLP and Cassandra Gay Sasso from the Court's service list in this matter, and as grounds therefor states the following:

1. Cassandra Gay Sasso previously represented certain parties in this matter, and these parties are no longer involved in this litigation.

2. Cassandra Gay Sasso is no longer affiliated with Baker & Hostetler LLP.

3. Movant does not represent any individual or entity that is currently a party to the lawsuit.

4. Based on the foregoing, Movant requests that this Court and all parties involved remove the law firm of Baker & Hostetler LLP and Cassandra Gay Sasso from their service list. Notice of this motion is being served on all counsel of record.

WHEREFORE, John B. Moorhead, Esq. prays that the Court enter an order removing the law firm of Baker & Hostetler LLP and Cassandra Gay Sasso from all service lists pertaining to this matter, and for any further relief which the Court may deem proper.

Dated: April 12, 2006.

BAKER & HOSTETLER LLP

_____
John B. Moorhead, Esq.
303 E. 17th Ave., #1100
Denver, CO 80203
Telephone: 303-861-0600
Fax: 303-861-7805

## **CERTIFICATE OF SERVICE**

  I hereby certify that a true and correct copy of the foregoing *Motion to Remove Baker & Hostetler LLP from Service List* was served upon the following parties via U.S. Mail, postage prepaid this 12th day of April, 2006:

Todd P. Blakely
Douglas William Swartz
Sheridan Ross, P.C.
1560 Broadway, #1200
Denver, CO  80202-5141

Philip Edward Blondin
Adam F. Hulbig
Gerald C. Miller
Peter Sklarew
Noreene C. Stehlik
Jeffrey S. Swyers
U.S. Department of Justice
Tax Division
P.O. Box 683 Ben Franklin Station
Washington, DC 20044

James R. Cage
Cage Williams Abelman, P.C.
1433 Seventeenth Street
Denver, CO  80202

J. Eric Elliff
Morrison & Foerster, LLP
370 17th Street, Suite 5200
Denver, CO  80202-2236

Daniel J. Garfield
Brownstein, Hyatt & Farber, P.C.
410 17th Street, #2200
Denver, CO  80202-4437

Mollybeth R. Kocialski
First Data Corporation
12500 East Belford Avenue, M21A2
Englewood, CO  80112

George G. Matava
Greenberg Traurig, LLP
1200 17th Street, Suite 2400
Denver, CO  80202

Gary Clifford Moschetti
Hatch Jacobs LLC
950 17th Street, Suite 1700
Denver, CO  80202

Michael J. Pankow
Brownstein Hyatt & Farber, PC
410 17th Street, Suite 2200
Denver, CO  80202-4437

Edward T. Ramey
Isaacson Rosenbaum, PC
633 17th Street, Suite 2200
Denver, CO  80202

Gregory C. Smith
John "Jack" Markham Tanner
Fairfield & Woods, PC
1700 Lincoln St., Suite 2400
Denver, CO  80203-4524

Douglas M. Tisdale
Tisdale & Associates, LLC
1600 Broadway, Suite 2600
Denver, CO  80202-4989

Julie Andrea Trent
Bieging, Shapiro & Burrus, LLP
4582 S. Ulster St. Pkwy, #1650
Denver, CO  80237

Glen K. Keller, Jr.
Davis Graham & Stubbs LLP
1550 17th Street, Suite 500
Denver, CO  80202