FFICE OF THE CLERK
TATES DISTRICT COURT
ED A. ARRAJ COURTHOUSE
1-19TH ST., ROOM A105
ENVER, CO 80294-3589

OFFICIAL BUSINESS

NOT LOCATE
-CV-777
212, 2219

unknown 3:32P JK

Chuck Krowczyk
1853 South Marshall Circle
Lakewood, CO 80232

DENVER CO   APR 12'06

U.S. POSTAGE 0039
H METER

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 17 2006

GREGORY C. LANGHAM
CLERK

80232+7087-53