FFICE OF THE CLERK
TATES DISTRICT COURT
ED A. ARRAJ COURTHOUSE
1-19TH ST., ROOM A105
NVER, CO 80294-3589

**OFFICIAL BUSINESS**



RTN To Sender Undeliverable Not Addressed

CANNOT LOCATE
95-cv-777
#2212, 2206
REB-CBS

Carol Furtier
2500 Military Trail
Boca Raton, FL 33431

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 17 2006

GREGORY C. LANGHAM
CLERK

33431+6344-95-00142500