OFFICE OF THE CLERK
STATES DISTRICT COURT
RED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS



CANNOT LOCATE
95-CV-777
#2206

REB - CBS

Donald Schunk
12572 Durrow Court
St. Louis, MO 63141



FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 17 2006

GREGORY C. LANGHAM