OFFICE OF THE CLERK
STATES DISTRICT COURT
ED A. ARRAJ COURTHOUSE
1-19TH ST., ROOM A105
NVER, CO 80294-3589

OFFICIAL BUSINESS

CANNOT LOCATE
95-CV-777
#2206, 2212    REB-CBS

Hilm Sevimli
c/o Christopher C. Noble, Esq.
Noble & Associates, LLC
11 Pine Street
Plainville, CT 06103



FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 17 2006

GREGORY C. LANGHAM
CLERK

NIXIE     061     1          39  04/12/06
         RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
         UNABLE TO FORWARD
BC: 80294250151     *0120-13570-06-39