IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 95-cv-00777-REB-CBS

In re: Receivership Estate of INDIAN MOTORCYCLE
MANUFACTURING, INC., a New Mexico corporation,

**ORDER**

**Magistrate Judge Craig B. Shaffer**

Pending before the court is an Unopposed Motion to Unseal Settlement Agreement and Indemnification Agreement (filed March 24, 2006; *doc. no. 2197*).

IT IS HEREBY ORDERED that the instant motion is GRANTED.

IT IS FURTHER ORDERED that by entering this Order, the court is ruling only on the very specific request for relief framed by the motion.  This Order should NOT be cited by any party for any other purpose.

DATED at Denver, Colorado, this 18th day of April, 2006.

BY THE COURT:

*s/Craig B. Shaffer*
Craig B. Shaffer
United States Magistrate Judge