IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Case No. 95-cv-00777-REB-CBS

In re: Receivership Estate of INDIAN MOTORCYCLE
MANUFACTURING, INC., a New Mexico corporation,

# MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

      THIS MATTER comes before the court on Respondents Audax Private Equity Fund, LP, Audax Co-Invest, LP, Audax Special Purpose Co-Invest, LP, Audax Trust Co-Invest, LP, Audax Group Audax Private Equity Fund, L.P.'s Opposition to, and Motion to Strike, Receiver's Motion to Compel Responses to Subpoenas (filed April 13, 2006; *doc. no. 2224*).

      IT IS HEREBY ORDERED that the document is STRICKEN, without prejudice, for failure to comply with D.C.COLOL.CIVR. 7.1 C. To the extent the Audax Respondents would like to respond to Sterling Consulting Corporation's Motion to Compel, the deadline to file a response is on or before **April 25, 2006**.

**DATED:**      April 18, 2006