IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 95-cv-00777-REB-CBS

In re: Receivership Estate of INDIAN MOTORCYCLE
MANUFACTURING, INC., a New Mexico corporation,

## ORDER TO SHOW CAUSE

**Magistrate Judge Craig B. Shaffer**

THIS MATTER comes before the court on Sterling Consulting Corporation's Motion to Require Compliance with FED.R.CIV.P. 5 (filed December 7, 2005; *doc. no. 1974*). A review of the docket and file in this matter indicates that on February 8, 2006, this court issued an Order Modifying Rule 5 Service Requirements (*doc. no. 2137*). Therefore,

IT IS HEREBY ORDERED that the Receiver shall show cause as to why the Motion to Require Compliance with FED.R.CIV.P. 5 should not be denied as moot, in light of my February 8th Order, on or before **May 2, 2006**.

DATED at Denver, Colorado, this 18th day of April, 2006.

BY THE COURT:

*s/Craig B. Shaffer*
Craig B. Shaffer
United States Magistrate Judge