

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

CANNot LoCATE
95-cv-777
#2206
REB-CBS

Jeffrey M. Perkins
Western Design Engineering, Inc.
808 Airport Road

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
APR 17 2006
GREGORY C. LANGHAM
CLERK