UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 95-cv-00777-REB-CBS

In re: Indian Motorcycle Manufacturing, Inc., a New Mexico Corporation

---

**NOTICE TO COURT OF AUDAX'S REFUSAL TO HAVE RULE 7.1 CONFERENCE REGARDING ITS STRICKEN MOTION TO STRIKE AND OTHER DISCOVERY ISSUES**

---

Sterling Consulting Corporation, as receiver, by and through its attorneys, Fairfield and Woods, P.C., hereby give the Court notice that Audax is refusing to have a reasonable Rule 7.1 conference regarding its stricken Motion to Strike and other discovery issues, and as grounds therefor states as follows:

1. On March 23, 2006, the receiver filed its Motion to Compel discovery against Audax. On April 13, 2006, Audax filed a response thereto which also contained a Motion to Strike.

2. On April 18, 2006, the Court *sua sponte* struck Audax's pleading on the grounds that it had not conducted a Rule 7.1 conference regarding its Motion to Strike. The Court gave Audax until April 25, 2006 to re-file a response to the receiver's Motion to Compel.

3. Given the short time, the receiver was pro-active and provided Audax's counsel with times and dates the receiver and its counsel would be available for a Rule 7.1 conference in advance of the April 25, 2006 deadline. The receiver made it clear, however, that this conference would also include not just a conference on Audax's

Motion to Strike, but the long-promised-but-never-occurring meaningful conversation on what documents Audax has, so some progress could be made on the <u>merits and substance</u> of the dispute between the receiver and Audax.

4. Mr. Chodos, Audax's lead counsel, refused to have a Rule 7.1 conference if Mr. Block, the President of Sterling Consulting Corporation, the receiver in this action, is on the telephone. Mr. Chodos has expressed a personal problem with Mr. Block. As a result of this personal problem, Mr. Chodos has refused to communicate at any level with Mr. Block. This conduct has previously just included the refusal to include Mr. Block on courtesy copies of non-pleadings, such as emails, faxes, and letters. This refusal has now expanded to include the required Rule 7.1 conference, with Mr. Chodos purporting to dictate who can act on behalf of an opposing party.

5. Undersigned counsel has explained to Mr. Chodos that only Mr. Block has the requisite knowledge of events adequate to narrow the scope of the discovery. Mr. Chodos seems unaware that equity receivers operate differently than garden-variety clients in the context of litigation (this has been previously briefed to this Court by the receiver). Simply stated, a receiver is only allowed the benefit of counsel where the Rules of Civil Procedure so require.

6. Although the Rules require undersigned counsel to be involved in the Rule 7.1 conference, they do not require counsel to have all the substantive knowledge the receiver possesses. In this case, Mr. Block has exponentially more knowledge about the issues and documents than does undersigned counsel.

7. Although Rule 7.1 requires the receiver's counsel to confer, there is no limitation that prohibits a client from also attending. It would be very odd public policy to prevent any client from participating in a legal proceeding. Indeed, when the motivating purpose for Rule 7.1 is taken into account, any action designed to inhibit communications should be avoided. Having knowledgeable clients on the telephone for a complicated discovery discussion will certainly be more efficient, and this matter could use a little efficiency.

8. As undersigned counsel explained to Mr. Chodos, particularly when considered in the context of Audax' repeated accusations and allegations that the receiver is conducting a "fishing expedition," there is no way to conduct a good-faith Rule 7.1 conference without Mr. Block's involvement. Undersigned counsel even went so far as to offer to act effectively as a translator so Mr. Chodos would not be required to address Mr. Block directly or hear from him directly. Mr. Chodos nevertheless refused to confer under Rule 7.1 if Mr. Block were present. Accordingly, the receiver must advise this Court that there will be no Rule 7.1 conference.

9. This Notice is triggered by the closing of Mr. Chodos last email, in which he states if undersigned counsel does not agree to participate without Mr. Blcok, then no conference will occur but that he will "have fulfilled my obligation to try to meet with you and you have refused."

10. Depending upon Audax's next pleading, the receiver will decide whether to file a Motion for Attorneys and Receivers Fees for the fees and costs associated with Audax' bad-faith refusal to confer under Rule 7.1. *Bat v. A.G. Edwards & Sons, Inc.,*

2006 U.S. Dist. LEXIS 9542 (D. Colo. 2006) (per Magistrate Judge Boland) (awarding fees for failing to conduct a Rule 7.1 conference before filing a discovery motion).

Respectfully submitted this 20th day of April, 2006.

By: *s/ John M. Tanner*
Fairfield and Woods, P.C.
1700 Lincoln Street, Suite 2400
Denver, CO 80203-4524
Phone: (303) 830-2400
Fax: (303) 830-1033
Email: jtanner@fwlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses or as indicated below or by United States Mail, postage prepaid:

**VIA CM/ECF TO:**

Alan Lemont Hale Esq.
Hale Friesen, LLP
1430 Wynkoop St., Ste. 300
Denver, CO  80202
**Attorney for Richard Basciani, N. Rooke Everill, Pres./Everill Bros., Inc., John H. Nicholson or Virginia A. Nicholson**
ahale@haldfriesen.com

Edward T. Ramey, Esq.
Stuart H. Pack, Esq.
Isaacson Rosenbaum
 Woods and Levy
633 17th St., Ste. 2200
Denver, CO  80202
**Attorneys for William R. Childs, Scott McCormick, Jr., Douglas Walliser, Ronald Schiff, Edward Pacelli, Morty Lempel, A.B. Goldberg, First Entertainment, Harvey Rosenberg**
eramey@ir-law.com
spack@ir-law.com

James R. Cage, Esq.
Cage Williams Abelman
 & Layden, P.C.
St. Elmo Bldg.
1433 17th St.
Denver, CO  80202-1273
**Attorney for Carl D. Lucci/Albert R. Lucci**
jcage@cagewilliams.com

J. Eric Ellliff, Esq.
Kristen Taylor-Randall, Esq.
Morrison & Foerster, LLP
370 17th St., Ste. 3550
Denver, CO  80203
**Attorney for IMCOA**
jelliff@mofo.com

Adam F. Hulbig
Trial Attorney, Tax Division
US Dept. of Justice
PO Box 683
Ben Franklin Station
Washington, DC  20044
**Attorney for United States of America**
adam.f.hulbig@usdoj.gov

Gary C. Moschetti, Esq.
Hatch & Moschetti, LLP
1800 Glenarm Pl., 9th Floor
Denver, CO  80202
**Attorney for Edward Leal**
gmoschetti@hatchlawyers.com

Cassandra Sasso, Esq.
Baker & Hostetler
303 E. 17th Ave., Ste. 1100
Denver, CO  80203-1264
**Attorney for Michelle Lean**
csasso@bakerlaw.com

Michael J. Pankow
Daniel J. Garfield
Brownstein Hyatt & Farber PC
410 17th Street, Suite 2200
Denver, CO  80202
**Attorneys for Michael Payne**
mpankow@bhf-law.com
dgarfield@bhf-law.com

**VIA UNITED STATES MAIL:**
James Duberg, Esq.
727 Third Ave.
Chula Vista, CA  91910-5803

Mark S. Schmidt, Esq.
Miller Simon & Maier, S.C.
788 North Jefferson Street
Milwaukee, WI 53202
**Attorney for Miller Simon & Maier**

Peter C. Freeman, Esq.
Law Offices of Peter C. Freeman
16485 Laguna Canyon Rd., Ste. 230
Irvine, CA  92618-3846
**Attorney for Scott Kajiya**

Mr. Albert Lucci
1930 Wyoming Ave.
Fort Pierce, FL  34982
Robert W. Hallock, Esq.
202 S. Merrill St.
Park Ridge, IL  60068-4223

Peter Sklarew, Esq.
Assistant Chief
Civil Trial Section, Northern Region
United States Dept. of Justice
Tax Division
PO Box 55
Washington, D.C.  20044
**Attorney for IRS**

Robert J. Danie, Eq.
9 Wagon Wheel Drive
Feeding Hills, MA  01030

Noreene C. Stehlik, Esq.
U.S. Dept. of Justice
PO Box 683
Ben Franklin Station
Washington, D.C.  20044
**Attorney for IRS**

Robert L. Morrow, Jr., MD
401 N. College Rd., #5
Lafayette, LA  70506
Nicholas A. Russo, Sr.
310 Extonville Road
Allentown, NJ  08501

Richard J. Cortesi
5316 Camino Montano, N.E.
Albuquerque, NM  87111

Albert R. Gazza
589 Manchester
E. Glastonbury, CT  06025-0085

Ronald Fulfer
15315 S. Francis Dr.
Plainfield, IL  60544

Richard Dale Wood
13997 80th Ave. North
Maple Grove, MN  55311

Steve Halprin
1316 Penningtow Place
Concord, N.C.  28207

Alf Iseback
Gamla Tuvevagen 4
41705 Goteborg
**SWEDEN**

Kathryn L. Troccoli
1911 Champlain St.
Ottawa, IL  61350

Ed Pink
Ed Pink Racing Engines, Inc.
14612 Raymer Street
Van Nuys, CA  91405

Montgomery & Andrews, P.A.
325 Paseo De Peralta
Santa Fe, NM  87501

Jeffrey M. Perkins
President
Western Design Engineering, Inc.
808 Airport Road
Jackson, MI  49202

John Inelli
17 Old Farmstead Rd.
Chester, NJ  07930

Eller Industries
c/o Leonard S. ("Lonnie") Labraiola
6035 N. 115th Street
Longmont, CO  80504-8434

**Registered Agent:**
Randal L. Hittle
1630 Main Street, Suite 202
Longmont, CO  80501

**VIA E-MAIL:**
Richard A. Block
President
Sterling Consulting Corporation
4101 E. Louisiana Ave., Ste. 300
Denver, CO  80246
**Receiver**
rblock@xpn.com

**Courtesy Copies to:**
Julie Trent
jt@bsblawyers.com

Eugene Sprague
esprague@bw-legal.com

Michael Chodos
michael@chodos.com

Robert Pitts
rpitts@lawrwp.com


By:   *s/ John M. Tanner*
        Fairfield and Woods, P.C.
        1700 Lincoln St., #2400
        Denver, CO  80203
        Phone:  (303) 830-2400
        Fax:  (303) 830-1033
        Email:  jtanner@fwlaw.com