**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 95-cv-00777-REB-CBS

In re

THE RECEIVERSHIP ESTATE OF INDIAN
MOTORCYCLE MANUFACTURING, INC.,

**RESPONSE TO EMERGENCY MOTION FOR INSTRUCTIONS BY RECEIVER**

Michael G. Payne, Claimant herein, submits this Response to the Emergency Motion for Instructions (the "Emergency Motion" (Docket #2203)), filed by Sterling Consulting Corporation (the "Receiver"), and states as follows:

1. The Emergency Motion neither presents an emergency nor does it, in the main, request instructions. Instead, the Emergency Motion -- raising routine and foreseeable matters of *de minimis* financial consequence – constitutes another wasteful pleading filed by the Receiver in which it complains of circumstances for which it bears primary, and perhaps complete, responsibility.

2. The Emergency Motion purports to describe "[t]hree matters … which are urgent." *Emergency Motion ¶ 1*. These will be addressed in order.

3. First, the Receiver requests instructions whether to place in an account that bears interest money it is presently holding from some claimants pursuant to an order authorizing the Receiver to offer discounts in settlement in respect of its disgorgement motion. The net effect this decision appears almost nil. At annual interest of 4%, for instance, if the funds sat in an account for a full year the return would be $6,000, less if held for a shorter time. This relatively insignificant sum (compared with administrative insolvency in the seven figures) would be, the

8616\1\975070.2

Receiver's admits, reduced still by additional administrative expense, and further delay of two years. *Emergency Motion ¶ 4.* On the whole, Mr. Payne suggests maintaining the *status quo* for the time being. In any case, the issue is no "emergency."

4. <u>Second</u>, the Receiver complains of its annual bond premium. *Emergency Motion ¶ 5.* The sum at issue: $500 for the year. *Emergency Motion, ¶ 7.* This petty and entirely predictable figure hardly requires emergency intervention of a federal court. Moreover, the reader of the Emergency Motion is left to wonder just what "instructions" the Receiver seeks in this regard. For instance, is the Receiver requesting release or discharge of the bond? If so, the request is wholly inappropriate. It is undeniable that the Receiver failed to carry out its duties to account for taxes. If anything, a claim against the bond should be made at this time – just the opposite of its release.

5. <u>Third</u>, the last "urgent" matter to "have arisen" appears to be nothing other than the passage of time since Judge Blackburn received the disgorgement motion and Magistrate Judge Schlatter's recommendation thereon. *Emergency Motion ¶¶ 8-12.* The Receiver's statements on this topic do not even pretend to request instructions. They are nothing but a wasteful and improper attempt to further argue an issue already briefed before the Court. Mr. Payne further cannot help but notice that this circumstance (passage of time) too is one for which the Receiver bears significant blame. Not only did the Receiver create the substantive problem by not adequately reserving for tax liabilities, but the present procedural status arises from the Receiver's tactics in this matter.

6. The Receiver and its counsel find themselves in their position because of actions they, and no one else, chose to take. It is the Receiver failure to reserve for taxes that is the root of all problems remaining. The Receiver repeatedly complains of nonpayment and shirks its

obligation to provide basic historical financial information to the claimants it was charged to protect – all the while never mentioning the millions received previously in fees and bonuses. At the same time, Receiver and its counsel file superfluous papers like the Emergency Motion.

7. The Receiver recently proposed disposition of $50,000 that had been reserved for potential indemnification claims against the Receiver. (See Motion to Interplead (Docket #2165)). The Receiver has demanded a distribution of $25,000 from that sum for itself, in its "personal" capacity, away from the reach of the receivership estate -- even though its insurance agent remains unpaid and disgorgement against claimants of the estate remains to be resolved.

WHEREFORE, Mr. Payne requests that the Court issue instructions regarding the $150,000 presently held by the Receiver consistent with this Response and that the Emergency Motion be denied in all other respects.

Respectfully submitted this 20th day of April, 2006.

**BROWNSTEIN HYATT & FARBER, P.C.**

s/ Michael J. Pankow
Michael J. Pankow, #21212
Daniel J. Garfield, #26054
410 17th Street, Suite 2200
Denver, CO  80202-4004
Phone:  (303) 223-1100
Fax:  (303) 223-1111
E-mail: mpankow@bhf-law.com
E-mail:  dgarfield@bhf-law.com

ATTORNEYS FOR MICHAEL G. PAYNE

## CERTIFICATE OF SERVICE

I hereby certify that on 20th day of April, 2006, I electronically filed the foregoing **RESPONSE TO EMERGENCY MOTION FOR INSTRUCTIONS BY RECEIVER** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

| | |
|---|---|
| Steve D. Bell | Bell.steve@dorsey.com |
| Todd P. Blakely | tblakely@heridanroos.com |
| Philip Edward Blondin | Philip.Blondin@usdoj.gov |
| James R. Cage | jcage@cagewilliams.com |
| J. Eric Elliff | jelliff@mofo.com |
| James R. Evenson | jeverson@messner-reeves.com |
| Monica Anne Flanigan | Mflanigan@halefriesen.com |
| Allan L. Hale | HaleUSDC@halefriesen.com |
| Adam F. Hulbig | Adam.f.hulbig@usdoj.gov |
| Glen E. Keller, Jr. | Glen.Keller@dgslaw.com |
| Mollybeth R. Kocialski | Mollybeth.kocialski@firstdatacorp.com |
| Richard Kent Kornfield | rickkornfeld@rechtkornfeld.com |
| Lee M. Kutner | lmk@kutnerlaw.com |
| Robert A. Lees | ral@robertalees.com |
| Gary Lozow | glozow@ir-law-com |
| Steven J. Merker | Merker.steve@dorsey.com |
| Nancy Dee Miller | nmiller@kennedy-christopher.com |
| Stuart Harris Pack | spack@ir-law.com |
| Edward T. Ramey | Eramey@ir-law.com |
| Jennifer C. Robinson | jrobinson@raemplymentgroup.com |
| Donald Francis Slavin | dslavinpc@msn.com |
| Gregory C. Smith | gsmith@fwlaw.com |
| John ("Jack") Markham Tanner | jtanner@fwlaw.com |

8616\1\975070.2                                                      4

and, I hereby certify that I have served on April 20, 2006 the foregoing **RESPONSE TO EMERGENCY MOTION FOR INSTRUCTIONS BY RECEIVER** on the following non-CM/ECF participants via U. S. Mail, first class, postage affixed thereto on the following non-participant's listed below:

| | |
|---|---|
| Eller Industries<br>c/o Leonard S. ("Lonnie") Labriola<br>6035 N. 115th Street<br>Longmont, CO 80504-8434 | Burt Bondy<br>1523 Coast Walk<br>La Jolla, CA 92037 |
| Daniel L. Dawes<br>Graham & James, LLP<br>650 Town Center Drive, 6th Flr.<br>Costa Mesa, CA 92626 | James Duberg<br>727 Third Avenue<br>Chula Vista, CA 91910-5803 |
| Ronald Garcia<br>2505 Madison, North East<br>Albuquerque, NM 87101 | Robert W. Hallock<br>202 S. Merrill St.<br>Park Ridge, IL 60068-4223 |
| R.J. Coresti<br>5316 Camino Montano, North East<br>Albuquerque, NM 87111 | Steve DeStout<br>#1 South Water Street<br>Henderson, NV 89105 |
| Ronald Fulfer<br>15315 S. Francis Dr.<br>Plainfield, IL 60544 | Albert R. Gazza<br>589 Manchester<br>East Glastonburty, CT 06025-0085 |
| Steve Halprin<br>1315 Penningtow Place<br>Concord, NC 28207 | Robert J. Daniel<br>9 Wagon Wheel Drive<br>Feeding, Hills, MA 01030 |
| John V. Del Gaudio, Jr<br>John V. Del Gaudio, Jr. & Associates<br>221 N. LaSalle St., #638<br>Chicago, IL 60601 | Carol Furier<br>2500 Military Trail<br>Boca Raton, FL 33431 |
| James R. Ghiselli<br>Ghiselli Law Offices, PC<br>8170 Kincross Drive<br>Boulder, CO 80302 | John Inelli<br>17 Old Farmstead Rd.<br>Chester, NJ 07930 |

| | |
|---|---|
| Alf Iseback<br>Gamla Tuveagen 4<br>Goteborg, Sweden 41705 | Morty B. Lempel<br>Morty B. Lempel, Esq.<br>55 Old Turnpike Road, #209<br>Nantuet, NY 10954-2450 |
| Michael Mandelman<br>c/o Peter D. Bilowz, Esq.<br>Goulston & Storrs, P.C.<br>400 Atlantic Avenue<br>Boston, MA 02110-3333 | Montgomery & Andrews, P.A.<br>325 Paso De Peralta<br>Santa Fe, NM 87501 |
| Jeffrey M. Perkins<br>Western Design Engineering, Inc.<br>808 Airport Road<br>Jackson, MI 49202 | Nicholas Russo<br>310 Extonville Road<br>Allentown, NJ 08501 |
| Hilm Sevimli<br>c/o Christopher C. Noble, Esq.<br>Nobel & Associates, LLC<br>11 Pine Street<br>Plainville, CT 06103 | Noreene C. Stehlik<br>US Department of Justice<br>DC Tax Division<br>PO Box 683<br>Ben Franklin Station<br>Washington, DC 20044 |
| Scott Kajiya<br>c/o Peter C. Freeman, Esq.<br>Law Offices of Peter C. Freeman<br>16485 Laguna Canyon Road, #230<br>Irvine, California 92618-3846 | James P. Lewis<br>2143 S. Brentwood Street<br>Lakewood, CO 80227 |
| Gerald C. Miller<br>U.S. Department of Justice<br>DC Tax Division<br>PO Box 683<br>Ben Franklin Station<br>Washington, DC 20044 | Robert Morrow, Jr.<br>401 North College Rd., #5<br>Lafayette, LA 70506 |
| Ed Pink Racing Engines, Inc.<br>14612 Raymer St.<br>Van Nuys, CA 91405 | Cassandra Gay Sasso<br>Baker & Hostetler-Colorado<br>303 E. 17th Ave., #1100<br>Denver, CO 80203 |

| | |
|---|---|
| Peter Sklarew<br>US Department of Justice<br>DC Tax Division<br>PO Box 55<br>Ben Franklin Station<br>Washington, DC 20044 | Doulgas William Swartz<br>Sheridan Ross P.C.<br>1560 Broadway, #1200<br>Denver, CO 80202 |
| Check Krowczyk<br>1853 S. Marshall Cir.<br>Lakewood, CO 80232 | Albert Lucci<br>1930 Wyoming Avenue<br>Ft. Pierce, FL 34982 |
| Miller Simon & Maier<br>c/o Mark S. Schmidt, Esq.<br>788 North Jefferson St.<br>Milwaukee, WI 53202 | Gary Clifford Moschetti<br>Hatch & Moschetti, LLC<br>1800 Glenarm Place- 9th Flr.<br>Denver, CO 80202 |
| Anthony Pugliese<br>2500 Military Trail<br>Boca Raton, FL  33431 | Donald Schunk<br>12572 Durrow Court<br>St. Louis, MO 53141 |
| Nancy B. Smith<br>Dorsey & Whitney, LLP-Colorado<br>370 – 17th Street, #4700<br>Denver, CO 80202-5647 | Douglas M. Tisdale<br>Tisdale & Associates LLC<br>1600 Broadway, #2600<br>Denver, CO 80202 |
| Triad Suspension Technologies, Inc.<br>c/o Lewis M. Druxman, Esq.<br>6715 Academy Rd. North East<br>Suite B<br>Albuquerque, NM 87109 | Kathryn L. Troccoli<br>1911 Champlain St.<br>Ottawa, IL 61350 |
| Richard Dale Wood<br>13997 80th Ave. North<br>Maple Grove, MN 55311 | |

                                                                  s/ Kris Rees