IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Case No. 95-cv-00777-REB-CBS

In re: Receivership Estate of INDIAN MOTORCYCLE
MANUFACTURING, INC., a New Mexico corporation,

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

In light of counsel for Sterling Consulting Corporation's representation to the court, via the Response to Order to Show Cause filed on April 20, 2006 (*doc. no. 2238*),

IT IS HEREBY ORDERED that the Order to Show Cause entered on **April 18, 2006,** is **DISCHARGED** without sanctions.

IT IS FURTHER ORDERED that the Motion to Require Compliance with FED.R.CIV.P. 5 (filed December 7, 2005; *doc. no. 1974*) is **DENIED** as moot.

**DATED:**       April 21, 2006