FICE OF THE CLERK
TATES DISTRICT COURT
D A. ARRAJ COURTHOUSE
I-19TH ST., ROOM A105
NVER, CO 80294-3589

OFFICIAL BUSINESS

CAN NOT LOCATE
95-CV-777
#2219  REB-CBS

Hilm Sevimli
c/o Christopher C. Noble, Esq.
Noble & Associates, LLC
11 Pine Street
Plainvi

DENVER APR 12 '06 CO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 21 2006

GREGORY C. LANGHAM
CLERK

NIXIE    061    1    39 04/19/06
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 80294250151    *0720-02999-12-40