OFFICE OF THE CLERK
STATES DISTRICT COURT
ED A. ARRAJ COURTHOUSE
1-19TH ST., ROOM A105
ENVER, CO 80294-3589

OFFICIAL BUSINESS

AN NOT LOCATE
S-CV-777
#2212    REB-CBS







FILED
DISTRICT COURT
COLORADO

APR 24 2006

GREGORY C. LANGHAM
CLERK

Donald  Schunk
12572 Durrow Court
St. Louis, MO 63141

63141+8815-72 C067