OFFICE OF THE CLERK
STATES DISTRICT COURT
RED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

CANNOT LOCATE
95-CV-777
#2219
REB-CBS

RETURN TO SENDER
NOT [illegible]
APR 12'06
CO
U.S. POSTAGE 0039
PH METER

Ronald Garcia
2505 Madison, North East
Albuquerque, NM 87101

FILED
UNITED STATES DISTRICT COURT
APR 24 2006
GREGORY C. LANGHAM
CLERK

87110+3905-05