**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Case No.  95 cv 00777-REB-CBS

In Re:  The RECEIVERSHIP OF INDIAN MOTORCYCLE MANUFACTURING, INC.

---

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO RESPOND TO RECEIVER'S MOTION TO COMPEL**

---

Non-parties Audax Private Equity Fund, L.P. Audax Co-Invest, L.P., Audax Special Purpose Co-Invest, L.P., Audax Trust Co-Invest, L.P., and Audax Group (collectively Audax, by and through their counsel Eugene M. Sprague of Berenbaum, Weinshienk & Eason, P.C. and Michael Chodos, Esq., in response to the Order entered by Magistrate Judge Craig B. Shaffer (filed April 18, 2006, *doc. no. 2230)* hereby move for an extension of time to respond to the Receiver's Motion to Compel Discovery Against Audax and CMA ("Motion to Compel") (filed March 23, 2006, *doc. no. 2195-1*) to an including May 30, 2006.  As grounds for this unopposed motion, Audax states as follows:

**Certification Pursuant to D.C.COLO.LCiv.R. 7.1**

Counsel for Audax have conferred with counsel for the Receiver regarding this Unopposed Motion for Extension of Time and regarding Audax' response to the Receiver's Motion to Compel.  Counsel for the Receiver does not object to the extension of time.

**Unopposed Motion**

1. On April 18, 2006, Magistrate Judge Craig B. Shaffer entered an Order striking Audax's Opposition to and Motion to Strike Receiver's Motion to Compel (filed April 13, 2006, *doc. no.*

*2224-1)* and ordered that the deadline for Audax' response to the Motion to Compel would be April 25, 2006.

1. Audax has informed counsel for the Receiver that Audax will produce non-privileged documents which are responsive to the Receivers subpoena on or before May 15, 2006.

2. Counsel for the Receiver has informed counsel for Audax that upon receipt of such documents, the Receiver will review the documents and will confer with counsel for Audax regarding the production and whether the Receiver will withdraw its Motion to Compel.

3. In the event the Receiver decides to proceed with the Motion to Compel, Audax, without waiver of any of its objections to the Receiver's Motion to Compel, requests that the time for its response to the Motion to Compel be extended to and including May 30, 2006.

WHEREFORE, Audax respectfully moves for entry of an Order extending the time for Audax to respond to the Motion to Compel to and including May 30, 2006.

Dated:  April 25, 2006

By: s/ Eugene M. Sprague
Eugene M. Sprague
BERENBAUM, WEINSHIENK, & EASON, P.C.
370 Seventeenth Street
Republic Plaza, Suite 4800
Denver, CO 80202-8327
Telephone:  303-592-8327
Fax:  303-629-7610
E-mail:  esprague@bw-legal.com

Michael Chodos, Esq.
56 Malaga Cove Plaza
Palos Verdes Estates, CA 90274-1306
Phone:  310-791-1928
Fax:  301-791-1958
E-mail:  Michael@chodos.com

Attorneys for Audax

CERTIFICATE OF SERVICE

   I hereby certify that on April 25, 2006, I electronically filed the foregoing **UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO RECEIVER'S MOTION TO COMPEL** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Philip.Blondin@usdoj.gov
jcage@cagewilliams.com
michael@chodos.com
jelliff@mofo.com
dgarfield@bhf-law.com
adam.f.hulbig@usdoj.gov
mollybeth.kocialski@firstdatacorp.com
lmk@kutnerlaw.com
jmoorhead@bakerlaw.com
gmoschetti@gcmlawyers.com
mpankow@bhf-law.com
eramey@ir-law.com
gsmith@fwlaw.com
jeffrey.s.swyers@usdoj.gov
jtanner@fwlaw.com
jt@bsblawyers.com

Additional copy via email to:
John Tanner, Esq.
Fairfield and Woods, P.C.
1700 Lincoln St., #2400
Denver, CO  80203
E-mail:  jtanner@fwlaw.com

Thomas F. Quinn, Esq.
Thomas F. Quinn, P.C.
1600 Broadway, Suite 1675
Denver, CO  80202
Email:  tquinn@tfqlaw.com