OFFICE OF THE CLERK
United States District Court
901-19th Street, Room A105
Denver, CO 80294-3589

**OFFICIAL BUSINESS**

ATTEMPTED NOT KNOWN

Chuck  Krowczyk
1853 South Marshall Circle
Lakewood, CO 80232

ATTEMPTED NOT KNOWN

unknown
3210
JFE

CANNOT LOCATE
95-CV-777

#2231
REB-CBS

APR 18 '06

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 2 5 2006

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Case No. 95-cv-00777-REB-CBS

In re: Receivership Estate of INDIAN MOTORCYCLE
MANUFACTURING, INC., a New Mexico corporation,

### MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER

THIS MATTER comes before the court on Assignee's Motion for Leave to File Sur-Reply in Opposition to Receiver's Reply in Support of its Motion to Consolidate (filed January 24, 2006; *doc. no. 2097*). While the motion indicates that counsel for receiver expressed interest in opposing the relief requested, a review of the docket sheet indicates that no response and/or opposition to the motion has been filed pursuant to D.C.COLOL.CIVR. 7.1 C. Therefore,

IT IS HEREBY ORDERED that the instant motion is GRANTED. As of the date of this order, the Clerk's office is instructed to accept for filing Assignee's Sur-Reply in Opposition to Receiver's Reply in Support of its Motion to Consolidate (*doc. no. 2097-3*) tendered to the court on January 24, 2006.

**DATED:**     April 18, 2006