

**Other Orders/Judgments**
1:95-cv-00777-REB-CBS Receivership Estate of Indian Motorcycle Manufacturing, Inc.

#### U.S. District Court

#### District of Colorado

Notice of Electronic Filing

The following transaction was received from rebsec, entered on 4/12/2006 at 9:43 AM MDT and filed on 4/12/2006
**Case Name:**      Receivership Estate of Indian Motorcycle Manufacturing, Inc.
**Case Number:**    1:95-cv-777
**Filer:**
**Document Number:** 2219

**Docket Text:**
MEMORANDUM referring to Magistrate Judge Shaffer : [2218] MOTION to Strike [2195] MOTION to Compel *Discovery Against Audax and CMA* filed by Indian Motorcycle Manufacturing Inc., Indian Motocycle Manufacturing Company, Inc., Indian Motorcycle Company, Indian Motocycle corporation, by Judge Robert E. Blackburn on 4/12/06. (Text Only Entry - No Document Attached)(rebsec, )

The following document(s) are associated with this transaction:

**1:95-cv-777 Notice will be electronically mailed to:**

Philip Edward Blondin    Philip.Blondin@usdoj.gov,

James R. Cage    jcage@cagewilliams.com, slehigh@cagewilliams.com; kcameron@cagewilliams.com

J. Eric Elliff    jelliff@mofo.com, kparish@mofo.com

Daniel J. Garfield    dgarfield@bhf-law.com, krees@bhf-law.com

Adam F. Hulbig    adam.f.hulbig@usdoj.gov, western.taxcivil@usdoj.gov

Mollybeth R. Kocialski    mollybeth.kocialski@firstdatacorp.com,

Lee M. Kutner    lmk@kutnerlaw.com,

Gary Clifford Moschetti    gmoschetti@gcmlawyers.com

Michael J. Pankow    mpankow@bhf-law.com, krees@bhf-law.com

Edward T. Ramey    eramey@ir-law.com, jwills@ir-law.com

Gregory C. Smith    gsmith@fwlaw.com, jboling@fwlaw.com; paralegal@fwlaw.com

Jeffrey S. Swyers    jeffrey.s.swyers@usdoj.gov,

John 'Jack' Markham Tanner    jtanner@fwlaw.com, schiecuto@fwlaw.com; paralegal@fwlaw.com

Julie Andrea Trent    jt@bsblawyers.com, plambert@bsblawyers.com

**1:95-cv-777 Notice will be delivered by other means to:**

Burt R. Bondy
8130 Prestwick Drive
Lajolla, CA 92037

R. J. Cortesi
5316 Camino Montano, North East
Albuquerque, NM 87111