**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

RETURNED TO SENDER
UNDELIVERABLE AS ADDRESSED
FORWARDING ORDER EXPIRED

CANNot LOCATE
95-CN-777
#2229
REB-CBS

DENVER CO APR 18'06

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 27 2006

GREGORY C. LANGHAM
CLERK

Donald  Schunk
12572 Durrow Court
St. Louis, MO 63141

63141+8815-72

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 95-cv-00777-REB-CBS

In re: Receivership Estate of INDIAN MOTORCYCLE
MANUFACTURING, INC., a New Mexico corporation,

## ORDER

**Magistrate Judge Craig B. Shaffer**

Pending before the court is an Unopposed Motion to Unseal Settlement Agreement and Indemnification Agreement (filed March 24, 2006; *doc. no. 2197*).

IT IS HEREBY ORDERED that the instant motion is GRANTED.

IT IS FURTHER ORDERED that by entering this Order, the court is ruling only on the very specific request for relief framed by the motion. This Order should NOT be cited by any party for any other purpose.

DATED at Denver, Colorado, this 18th day of April, 2006.

BY THE COURT:

*s/Craig B. Shaffer*
Craig B. Shaffer
United States Magistrate Judge