IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Case No. 95-cv-00777-REB-CBS

In re: Receivership Estate of INDIAN MOTORCYCLE
MANUFACTURING, INC., a New Mexico corporation,

---

**MINUTE ORDER**

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

IT IS HEREBY ORDERED that the Unopposed Motion for Extension of Time to Respond to Receiver's Motion to Compel (filed April 25, 2006; *doc. no. 2246*) is **GRANTED**.

IT IS FURTHER ORDERED that on or before **5:00 p.m. (Mountain Time) on May 30, 2006**, either (1) a Response to the Motion to Compel or (2) a Motion to Withdraw the Motion to Compel is to be filed with the court.

**DATED:**      April 27, 2006