

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589
OFFICIAL BUSINESS
CANNOT LOCATE
95-CV-777
#2229 REB-CBS
UTF
25
21
4-22
DENVER
APR 18'06
CO
US POSTAGE
0063
H METER
FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
APR 2 2006
GREGORY C. LANGHAM
CLERK
RETURNED TO SENDER
Not Deliverable as Addressed
Unable to Forward
Jeffrey M. Perkins
Western Design Engineering, Inc.
808 Airport Road
80234/2500

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 95-cv-00777-REB-CBS

In re: Receivership Estate of INDIAN MOTORCYCLE MANUFACTURING, INC., a New Mexico corporation,

---

**ORDER**

---

**Magistrate Judge Craig B. Shaffer**

Pending before the court is an Unopposed Motion to Unseal Settlement Agreement and Indemnification Agreement (filed March 24, 2006; *doc. no. 2197*).

IT IS HEREBY ORDERED that the instant motion is GRANTED.

IT IS FURTHER ORDERED that by entering this Order, the court is ruling only on the very specific request for relief framed by the motion. This Order should NOT be cited by any party for any other purpose.

DATED at Denver, Colorado, this 18th day of April, 2006.

BY THE COURT:

*s/Craig B. Shaffer*
Craig B. Shaffer
United States Magistrate Judge