

Room A105
94-3589
:ss

Jeffrey M. Perkins
Western Design Engineering, Inc.
808 Airport Road
Jackson, MI 49202

FILED
TES DISTRICT COURT
R, COLORADO

MAY - 1 2006

RY C. LANGHAM
CLERK

UTF
RS
4-25
215

CANNOT LOCATE
95-W-777
#2231, 2243
REB-CBS

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Case No. 95-cv-00777-REB-CBS

In re: Receivership Estate of INDIAN MOTORCYCLE
MANUFACTURING, INC., a New Mexico corporation,

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER

THIS MATTER comes before the court on Assignee's Motion for Leave to File Sur-Reply in Opposition to Receiver's Reply in Support of its Motion to Consolidate (filed January 24, 2006; *doc. no. 2097*). While the motion indicates that counsel for receiver expressed interest in opposing the relief requested, a review of the docket sheet indicates that no response and/or opposition to the motion has been filed pursuant to D.C.COLOL.CIVR. 7.1 C. Therefore,

IT IS HEREBY ORDERED that the instant motion is GRANTED. As of the date of this order, the Clerk's office is instructed to accept for filing Assignee's Sur-Reply in Opposition to Receiver's Reply in Support of its Motion to Consolidate (*doc. no. 2097-3*) tendered to the court on January 24, 2006.

**DATED:**   April 18, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Case No. 95-cv-00777-REB-CBS

In re: Receivership Estate of INDIAN MOTORCYCLE
MANUFACTURING, INC., a New Mexico corporation,

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER

In light of counsel for Sterling Consulting Corporation's representation to the court, via the Response to Order to Show Cause filed on April 20, 2006 (*doc. no. 2238*),

IT IS HEREBY ORDERED that the Order to Show Cause entered on **April 18, 2006,** is **DISCHARGED** without sanctions.

IT IS FURTHER ORDERED that the Motion to Require Compliance with FED.R.CIV.P. 5 (filed December 7, 2005; *doc. no. 1974*) is **DENIED** as moot.

**DATED:**     April 21, 2006