Case No. 1:95-cv-00777-REB-CBS  Document 2257-2  filed 05/01/06  USDC Colorado  pg 1 of 2



Room A105
04-3589

☐ INSUFFICIENT ADDRESS
☐ NO SUCH NUMBER
☐ UNCLAIMED ☐ REFUSED
☐ ATTEMPTED NOT KNOWN
☐ NO SUCH STREET
☐ VACANT
☐ NO RECEPTACLE
☒ NOT DELIVERABLE AS ADDRESSED

Carol Furtier
1500 Military Trail
Boca Raton, FL 33431

I.a.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
MAY - 1 2006
GREGORY C. LANGHAM
CLERK

CANNOT LOCATE
95-CV-777
#2231
REB - CBS

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Case No. 95-cv-00777-REB-CBS

In re: Receivership Estate of INDIAN MOTORCYCLE
MANUFACTURING, INC., a New Mexico corporation,

### MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER

THIS MATTER comes before the court on Assignee's Motion for Leave to File Sur-Reply in Opposition to Receiver's Reply in Support of its Motion to Consolidate (filed January 24, 2006; *doc. no. 2097*). While the motion indicates that counsel for receiver expressed interest in opposing the relief requested, a review of the docket sheet indicates that no response and/or opposition to the motion has been filed pursuant to D.C.COLOL.CIVR. 7.1 C. Therefore,

IT IS HEREBY ORDERED that the instant motion is GRANTED. As of the date of this order, the Clerk's office is instructed to accept for filing Assignee's Sur-Reply in Opposition to Receiver's Reply in Support of its Motion to Consolidate (*doc. no. 2097-3*) tendered to the court on January 24, 2006.

**DATED:**   April 18, 2006