strict Court
Room A105
94-3589
RETURN TO SENDER
FORWARDING ORDER EXPIRED
APR 21 '06
CO
Hilm Sevimli
c/o Christopher C. Noble, Esq.
Noble & Associates, LLC
11 Pine Street
Plainville, CT 06103
RETURN TO SENDER
FORWARDING ORDER EXPIRED
LED
ES DISTRICT COURT
R, COLORADO
1 - 2006
LANGHAM
CLERK
CANNOT LOCATE
95-CV-777
#2243
REB-CBS

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Case No. 95-cv-00777-REB-CBS

In re: Receivership Estate of INDIAN MOTORCYCLE MANUFACTURING, INC., a New Mexico corporation,

---

**MINUTE ORDER**

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

In light of counsel for Sterling Consulting Corporation's representation to the court, via the Response to Order to Show Cause filed on April 20, 2006 (*doc. no. 2238*),

IT IS HEREBY ORDERED that the Order to Show Cause entered on **April 18, 2006,** is **DISCHARGED** without sanctions.

IT IS FURTHER ORDERED that the Motion to Require Compliance with FED.R.CIV.P. 5 (filed December 7, 2005; *doc. no. 1974*) is **DENIED** as moot.

**DATED:** April 21, 2006