OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

CANNOT LOCATE
95-CV-777, REB
#2229, 2206, 2212

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY - 1 2006

GREGORY C. LANGHAM
                        CLERK





FORWARDING ORDER EXPIRED

Other Orders/Judgments

1:95-cv-00777-REB-CBS Receivership Estate of Indian Motorcycle Manufacturing, Inc.

**U.S. District Court**

**District of Colorado**

Notice of Electronic Filing

The following transaction was received from rebsec, entered on 4/4/2006 at 11:05 AM MDT and filed on 4/4/2006
**Case Name:** Receivership Estate of Indian Motorcycle Manufacturing, Inc.
**Case Number:** 1:95-cv-777
**Filer:**
**Document Number:** 2206

**Docket Text:**
MEMORANDUM referring to Magistrate Judge Shaffer : [2204] MOTION to Withdraw as Attorney filed by Cow Creek Band of Umpqua Tribe of Indians, by Magistrate Judge Craig B Shaffer on 4/4/06. (Text Only Entry - No Document Attached) (rebsec, )

The following document(s) are associated with this transaction:

**1:95-cv-777 Notice will be electronically mailed to:**

Philip Edward Blondin   Philip.Blondin@usdoj.gov,

James R. Cage   jcage@cagewilliams.com, slehigh@cagewilliams.com; kcameron@cagewilliams.com

J. Eric Elliff   jelliff@mofo.com, kparish@mofo.com

Daniel J. Garfield   dgarfield@bhf-law.com, krees@bhf-law.com

Adam F. Hulbig   adam.f.hulbig@usdoj.gov, western.taxcivil@usdoj.gov

Glen E. Keller , Jr   glen.keller@dgslaw.com, brigid.bungum@dgslaw.com

Mollybeth R. Kocialski   mollybeth.kocialski@firstdatacorp.com,

Lee M. Kutner   lmk@kutnerlaw.com,

Gary Clifford Moschetti   gmoschetti@hatchlawyers.com

Michael J. Pankow   mpankow@bhf-law.com, krees@bhf-law.com

Edward T. Ramey   eramey@ir-law.com, jwills@ir-law.com

Gregory C. Smith   gsmith@fwlaw.com, jboling@fwlaw.com; paralegal@fwlaw.com

Jeffrey S. Swyers   jeffrey.s.swyers@usdoj.gov,

John 'Jack' Markham Tanner   jtanner@fwlaw.com, schiecuto@fwlaw.com; paralegal@fwlaw.com

Douglas M. Tisdale   doug@tisdalelaw.com, maxx@tisdalelaw.com

Julie Andrea Trent   jt@bsblawyers.com, plambert@bsblawyers.com

**1:95-cv-777 Notice will be delivered by other means to:**

Burt R. Bondy
8130 Prestwick Drive
Lajolla, CA 92037

R. J. Cortesi