UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 95-cv-00777-REB-CBS

In re:  Indian Motorcycle Manufacturing, Inc., a New Mexico Corporation

---

## AFFIDAVIT OF RICHARD A. BLOCK

---

STATE OF COLORADO            )
                             ) SS
CITY AND COUNTY OF DENVER  )

The affiant, being of lawful age and sworn upon his oath, states and deposes as follows:

1.     My name is Richard A. Block.  I am the President of Sterling Consulting Corporation, which is the receiver in this matter.

2.     Attached hereto as Exhibit A is an email from Mr. Pitts to Mr. Tanner dated February 1, 2006, stating that Mr. Pitts can accept service of a discovery subpoena on CMA. (The attached email is a forward of an email from Mr. Pitts to Mr. Tanner.  Mr. Pitts and his Colorado counsel have refused to send courtesy copies of documents to me notwithstanding repeated requests for such courtesy copies.)

2.     On March 8, 2006, I participated in a conference call among myself and Mr. Tanner (receiver's counsel) on the one hand and on the other hand Ms. Trent and Mr. Pitts (counsel for CMA).

3.     The purpose of the conference call was to try to narrow the discovery issues between the receiver and CMA.  During that call, Mr. Tanner repeatedly asked Mr. Pitts to give

EXHIBIT
1
tabbies

explanation for his claims that the subpoena served upon CMA was improper.  Mr. Pitts declined

to elaborate.  At one point Mr. Tanner expressly asked if the issuing Court on the face of the

subpoenas as a problem, and Mr. Pitts stated that it was not.

Further the affiant sayeth not.

Signature without notarization:

_____
Richard A. Block, President
Sterling Consulting Corporation, as receiver

Signature with notarization:

_____
Richard A. Block, President
Sterling Consulting Corporation, as receiver

Subscribed and sworn to before me this _____ day of May, 2006, by Richard A. Block, as President of Sterling Consulting Corporation, as receiver.

Witness my hand and official seal.

My commission expires:

_____
NOTARY PUBLIC

## Richard A. Block

**From:**     Jack Tanner [Jtanner@fwlaw.com]
**Sent:**     Wednesday, February 01, 2006 5:31 PM
**To:**       rblock@xpn.com
**Subject:** FW: subpoenas

---

**From:** Robert W. Pitts [mailto:rpitts@lawrwp.com]
**Sent:** Wednesday, February 01, 2006 4:06 PM
**To:** Jack Tanner; 'Thomas Quinn'
**Cc:** Julie Trent
**Subject:** RE: subpoenas

Jack,
I don't recall an "instruction" from the Court regarding subpoenas at the January 30 Status Conference, so I'm not sure which action your subpoenas relate to. Thus, I'd appreciate it if you could please let me know what specific action the subpoenas relate to. That having been said, I am authorized to accept service on behalf of the Assignee (i.e., Credit Managers Association of California dba CMA Business Credit Services, in its capacity as assignee for benefit of creditors of the Indian Entities).
As you may know, I sent a letter to Tom Quinn yesterday to determine if we were in agreement as to whether it was the Assignee that was a "party" to the 1573 action, or whether Sterling had intended to sue CMA in its individual corporate capacity. This same issue will undoubtedly arise in the other actions as well. Accordingly, please note that the Assignee reserves all of its rights relative to objecting to the subpoena, including without limitation, its rights as a non-party if it is determined that the intended litigant is in fact CMA in its individual corporate capacity.
Please let me know if you have any questions.
Thanks,
Bob

ROBERT W. PITTS
LAW OFFICE OF ROBERT W. PITTS
660 NEWPORT CENTER DRIVE, FOURTH FLOOR
NEWPORT BEACH, CALIFORNIA 92660
T: 949-720-4125
F: 949-720-4111
E: rpitts@lawrwp.com
   www.lawrwp.com

> -----Original Message-----
> **From:** Jack Tanner [mailto:Jtanner@fwlaw.com]
> **Sent:** Wednesday, February 01, 2006 9:17 AM
> **To:** rpitts@lawrwp.com
> **Cc:** rblock@xpn.com; Julie Trent
> **Subject:** RE: subpoenas
>
> Bob,
>
> Can you accept and waive regarding the subpoena we'll be getting out to CMA per the Court's instruction?
>
> Jack

---

**From:** Julie Trent [mailto:jtrent@bsblawyers.com]

**Sent:** Wednesday, February 01, 2006 9:54 AM
**To:** Jack Tanner
**Cc:** rpitts@lawrwp.com
**Subject:** subpoenas

Jack:

Please direct inquiries regarding subpoenas with respect to CMA as Assignee of the Indian Entities to Bob Pitts.

Julie


Julie Trent
Bieging Shapiro & Burrus LLP
4582 S. Ulster Street Parkway, Suite 1650
Denver, CO 80237
Phone:  (720) 488-5435
Fax:  (720) 488-7711
jtrent@bsblawyers.com
www.bsblawyers.com

This transmission contains information from the law firm of Bieging Shapiro & Burrus LLP, which may be confidential or protected by the attorney-client or other privilege.  If you are not the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is prohibited.  If you have received this transmission in error, please notify the sender by email or telephone immediately and delete the original transmission.