United States District Court
901-19th Street, Room A105
Denver, CO 80294-3589

**OFFICIAL BUSINESS**



RETURNED TO SENDER
- ☐ INSUFFICIENT ADDRESS
- ☐ NO SUCH NUMBER
- ☐ UNCLAIMED   ☐ REFUSED
- ☐ ATTEMPTED NOT KNOWN
- ☐ NO SUCH STREET
- ☐ VACANT
- ☒ NO RECEPTACLE
- ☐ NOT DELIVERABLE AS ADDRESSED, UNABLE TO FORWARD
- ☐ ROUTE

Carol Furtier
2500 Military Trail
Boca Raton, FL 33431

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY - 5 2006

GREGORY C. LANGHAM
            CLERK

CANNOT LOCATE
95-cv-777
#2255
REB-CBS

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Case No. 95-cv-00777-REB-CBS

In re: Receivership Estate of INDIAN MOTORCYCLE
MANUFACTURING, INC., a New Mexico corporation,

### MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

IT IS HEREBY ORDERED that the Unopposed Motion for Extension of Time to Respond to Receiver's Motion to Compel (filed April 25, 2006; *doc. no. 2246*) is **GRANTED**.

IT IS FURTHER ORDERED that on or before **5:00 p.m. (Mountain Time) on May 30, 2006,** either (1) a Response to the Motion to Compel or (2) a Motion to Withdraw the Motion to Compel is to be filed with the court.

**DATED:**   April 27, 2006