OFFICE OF THE CLERK
United States District Court
901-19th Street, Room A105
Denver, CO 80294-3589

OFFICIAL BUSINESS





Jeffrey M. Perkins
Western Design Engineering, Inc.
808 Airport Road
Jackson, MI 49202

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY - 5 2006

GREGORY C. LANGHAM
　　　　　　　　CLERK

UTF
25
5-1
215

CANNOT LOCATE
95-CV-777
#2255
REB-CBS

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Case No. 95-cv-00777-REB-CBS

In re: Receivership Estate of INDIAN MOTORCYCLE
MANUFACTURING, INC., a New Mexico corporation,

### MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER

IT IS HEREBY ORDERED that the Unopposed Motion for Extension of Time to Respond to Receiver's Motion to Compel (filed April 25, 2006; *doc. no. 2246*) is **GRANTED**.

IT IS FURTHER ORDERED that on or before **5:00 p.m. (Mountain Time) on May 30, 2006**, either (1) a Response to the Motion to Compel or (2) a Motion to Withdraw the Motion to Compel is to be filed with the court.

**DATED:**   April 27, 2006