01-19th Street, Room A105
Denver, CO 80294-3589

OFFICIAL BUSINESS



☐ INSUFFICIENT ADDRESS
☐ NO SUCH NUMBER
☐ UNCLAIMED / REFUSED
☐ ATTEMPTED NOT KNOWN
☐ NO SUCH STREET
☐ VACANT
☐ NO RECEPTACLE
☒ NOT DELIVERABLE AS

Anthony Pugliese
2500 Military Trail
Boca Raton, FL 33431

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY - 5 2006

GREGORY C. LANGHAM
                    CLERK

CANNOT LOCATE
95-CV-777
#2243
REB-CBS

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Case No. 95-cv-00777-REB-CBS

In re: Receivership Estate of INDIAN MOTORCYCLE
MANUFACTURING, INC., a New Mexico corporation,

### MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER

In light of counsel for Sterling Consulting Corporation's representation to the court, via the Response to Order to Show Cause filed on April 20, 2006 (*doc. no. 2238*),

IT IS HEREBY ORDERED that the Order to Show Cause entered on **April 18, 2006,** is **DISCHARGED** without sanctions.

IT IS FURTHER ORDERED that the Motion to Require Compliance with FED.R.CIV.P. 5 (filed December 7, 2005; *doc. no. 1974*) is **DENIED** as moot.

**DATED:**     April 21, 2006