E CLERK
strict Court
Room A105
)4-3589
ss





☒ Not Deliverable As Addressed
☐ Unable To Forward
☐ Insufficient Address
☐ Moved, Left No Address
☐ Unclaimed   ☐ Refused
☐ Attempted – Not Known
☐ No Such Street   ☐ Number
☐ Vacant   ☐ Illegible
☐ No Mail Receptacle
☐ Box Closed – No Order
☐ Returned For Better Address
☐ Postage Due _____

Steven DeStout
#1 South Water Street
Henderson, NV 89105

☐ Return...
☐ Postage Due _____

CANNOT LOCATE
95-CV-777
#2243
REB-CBS

**FILED**
UNITED STATES DISTRICT COURT

MAY 10 2006

GREGORY C. LANGHAM
                    CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Case No. 95-cv-00777-REB-CBS

In re: Receivership Estate of INDIAN MOTORCYCLE
MANUFACTURING, INC., a New Mexico corporation,

### MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER

In light of counsel for Sterling Consulting Corporation's representation to the court, via the Response to Order to Show Cause filed on April 20, 2006 (*doc. no. 2238*),

IT IS HEREBY ORDERED that the Order to Show Cause entered on **April 18, 2006,** is **DISCHARGED** without sanctions.

IT IS FURTHER ORDERED that the Motion to Require Compliance with FED.R.CIV.P. 5 (filed December 7, 2005; *doc. no. 1974*) is **DENIED** as moot.

**DATED:**   April 21, 2006