United States District Court
901-19th Street, Room A105
Denver, CO 80294-3589

**OFFICIAL BUSINESS**

REASON CHECKED
Attempted not known
No such number
No mail receptacle
Temporarily away
Vacant



**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 10 2006

GREGORY C. LANGHAM
CLERK

TriadSuspensionTechnologies, Inc.
c/o Lewis M. Druxman, Esq.
6715 Academy Road North East
Suite B
Albuquerque, NM 87109

Return to Sender

Not at this address
CANNOT LOCATE
95-CV-777
#2243
REB-CBS

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Case No. 95-cv-00777-REB-CBS

In re: Receivership Estate of INDIAN MOTORCYCLE
MANUFACTURING, INC., a New Mexico corporation,

### MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

In light of counsel for Sterling Consulting Corporation's representation to the court, via the Response to Order to Show Cause filed on April 20, 2006 (*doc. no. 2238*),

IT IS HEREBY ORDERED that the Order to Show Cause entered on **April 18, 2006,** is **DISCHARGED** without sanctions.

IT IS FURTHER ORDERED that the Motion to Require Compliance with FED.R.CIV.P. 5 (filed December 7, 2005; *doc. no. 1974*) is **DENIED** as moot.

**DATED:**     April 21, 2006