IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Case No. 95-cv-00777-REB-CBS

In re: Receivership Estate of INDIAN MOTORCYCLE
MANUFACTURING, INC., a New Mexico corporation,

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

In light of the Order Concerning Motions to Consolidate (*doc. no. 2267*) it is hereby **ORDERED** that a status conference has been set for **May 22, 2006, at 9:15 a.m. (Mountain Time)**.

**DATED:**      May 15, 2006