:CE OF THE CLERK
:d States District Court
19th Street, Room A105
'er, CO 80294-3589

:IAL BUSINESS

FILED
UNITED STATES DISTRICT COURT
COLORADO

MAY 1 5 2006

GREGORY C. LANGHAM
                    CLERK

Donald  Schunk
12572 Durrow Court
St. Louis, MO 63141

Foe
4167
5-1

CANNOT LOCATE
95-CV-777

# 2255

REB-CBS