OFFICE OF THE CLERK
STATES DISTRICT COURT
RED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 22 2006

GREGORY C. LANGHAM
CLERK



Chuck Krowczyk
1853 South Marshall Circle
Lakewood, CO 80232

DENVER CO MAY 16'06

ATTEMPTED NOT KNOWN
RETURN TO SENDER

CANNOT LOCATE
95-CV-777
#2270
REB-CBS