OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

FILED
OFFICIAL BUSINESS
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 2 2 2006

GREGORY C. LANGHAM
CLERK

CANNOT LOCATE
95-cv-747
#2269
REB-CBS

NIXIE       061     1         39 05/20/
        RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
        UNABLE TO FORWARD
BC: 80294250151    *1068-03729-15-

...

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 95-cv-00777-REB-CBS

In re: Receivership Estate of INDIAN MOTORCYCLE
MANUFACTURING, INC., a New Mexico corporation,

## ORDER CONCERNING MOTIONS TO CONSOLIDATE

**Blackburn, J.**

This matter is before me on the following motions: 1) Sterling Consulting Corporation's **Motion to Consolidate** [#2014], filed December 14, 2005; and 2) Sterling Consulting Corporation's **Motion to Consolidate** [#2091], filed January 23, 2006. I deny the motions.

Under FED. R. CIV. P. 42(a), I may consolidate one civil action with another when the actions involve a common question of law or fact. Generally, consolidation is undertaken to promote efficiency and to avoid unnecessary costs or delay. Sterling Consulting Corporation is the receiver for Indian Motorcycle Manufacturing, Inc., in this long-standing receivership action. Sterling now seeks to consolidate two independent civil actions pending in this court with this receivership action.

First, Sterling seeks to consolidate a case captioned as *Sterling Consulting Corporation v. CMA*, 05-cv-01573-PSF-CBS, with this receivership action. The *CMA* case involves claims asserted by Sterling "in its individual corporate capacity and not as receiver." Complaint [#3], filed August 16, 2005, *Sterling Consulting Corporation v. CMA*, 05-cv-01573-PSF-CBS. In the *CMA* case, Sterling seeks a declaratory judgment holding that CMA and others have breached the terms of a certain settlement