strict Court
Room A105
94-3589
ss



Steven DeStout
#1 South Water Street
Henderson, NV 89105

☐ Postage Due _____

☑ Not Deliverable As Addressed
☑ Unable To Forward
☐ Insufficient Address
☐ Moved, Left No Address
☐ Unclaimed  ☐ Refused
☐ Attempted – Not Known
☐ No Such Street  ☐ Number
☐ Vacant  ☐ Illegible
☐ No Mail Receptacle
☐ Box Closed – No Order
☐ Returned For Better Address
☐ Postage Due _____

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**MAY 22 2006**

GREGORY C. LANGHAM
                              CLERK

CANNOT LOCATE
95-CV-777
#2255
REB-CBS

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Case No. 95-cv-00777-REB-CBS

In re: Receivership Estate of INDIAN MOTORCYCLE
MANUFACTURING, INC., a New Mexico corporation,

### MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER

IT IS HEREBY ORDERED that the Unopposed Motion for Extension of Time to Respond to Receiver's Motion to Compel (filed April 25, 2006; *doc. no. 2246*) is **GRANTED**.

IT IS FURTHER ORDERED that on or before **5:00 p.m. (Mountain Time) on May 30, 2006**, either (1) a Response to the Motion to Compel or (2) a Motion to Withdraw the Motion to Compel is to be filed with the court.

**DATED:**     April 27, 2006