istrict Court
, Room A105
294-3589
:ss

Chuck Krowczyk
1853 South Marshall Circle
Lakewood, CO 80232

ATTEMPTED NOT KNOWN

unknown 3210

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 2 2 2006

GREGORY C. LANGHAM
           CLERK

CANNOT LOCATE
95-CV-777
#2271, 2267

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Case No. 95-cv-00777-REB-CBS

In re: Receivership Estate of INDIAN MOTORCYCLE
MANUFACTURING, INC., a New Mexico corporation,

### MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER

IT IS HEREBY ORDERED that Receiver's Motion to Reschedule Status Conference (*doc. no. 2269*) is **GRANTED**. The status conference set for May 22, 2006, is **VACATED** and **RESET** to **July 10, 2006, at 9:15 a.m. (Mountain Time)** in Courtroom A-402, Fourth Floor, of the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

**DATED:**     May 16, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Case No. 95-cv-00777-REB-CBS

In re: Receivership Estate of INDIAN MOTORCYCLE
MANUFACTURING, INC., a New Mexico corporation,

### MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER

In light of the Order Concerning Motions to Consolidate (*doc. no. 2267*) it is hereby **ORDERED** that a status conference has been set for **May 22, 2006, at 9:15 a.m. (Mountain Time)**.

**DATED:**   May 15, 2006