**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLORADO**

Civil Action No. 95-cv-00777-REB-CBS

In Re: THE RECEIVERSHIP OF INDIAN MOTORCYCLE MANUFACTURING, INC.

___

**AUDAX'S UNOPPOSED MOTION FOR FINAL EXTENSION OF TIME TO RESPOND TO RECEIVER'S MOTION TO COMPEL IN ORDER TO ALLOW RECEIVER TIME TO REVIEW DOCUMENTS PRODUCED**
___

Non-parties Audax Private Equity Fund, L.P. Audax Co-Invest, L.P., Audax Special Purpose Co-Invest, L.P., Audax Trust Co-Invest, L.P., and Audax Group (collectively "Audax," by and through their counsel Michael Chodos, Esq. and Eugene M. Sprague of Berenbaum, Weinshienk & Eason, P.C.) in response to the Order entered by Magistrate Judge Craig B. Shaffer (filed April 18, 2006, *doc. no. 2230)* hereby move for an ADDITIONAL extension of time to respond to the Receiver's Motion to Compel Discovery Against Audax and CMA ("Motion to Compel") (filed March 23, 2006, *doc. no. 2195-1*) to an including June 28, 2006. As grounds for this unopposed motion, Audax states as follows:

**Certification Pursuant to D.C.COLO.LCiv.R. 7.1**

Counsel for Audax have conferred with counsel for the Receiver regarding this Unopposed Motion for Extension of Time and regarding Audax' response to the Receiver's Motion to Compel. Counsel for the Receiver does not oppose the extension of time.

1

**Unopposed Motion**

1. On April 18, 2006, Magistrate Judge Craig B. Shaffer entered an Order striking Audax's Opposition to and Motion to Strike Receiver's Motion to Compel (filed April 13, 2006, *doc. no. 2224-1)* and ordered that the deadline for Audax' response to the Motion to Compel would be April 25, 2006.

2. Audax produced non-privileged documents responsive to the Receiver's subpoena on May 22, 2006.

3. The Receiver and his counsel wish to review said documents to see if they believe the Motion to Compel should be pursued or withdrawn; but the Receiver is currently out of the country until approximately the third week of June, 2006. Upon his return to the country, the Receiver will review the documents produced by Audax and will inform Audax if the Receiver will be withdrawing the pending Motion to Compel.

4. In the event the Receiver decides to proceed with the Motion to Compel, Audax, without waiver of any of its objections to the Receiver's Motion to Compel, requests that the time for its response to the Motion to Compel be extended to and including June 28, 2006. The Receiver does not oppose an extension of time to that date for Audax's Opposition, if any, to the currently-pending Motion to Compel.

WHEREFORE, Audax respectfully moves for entry of an Order extending the time for Audax to respond to the Motion to Compel to and including June 28, 2006.

/ / /


/ / /

2

Respectfully Submitted.

DATED:  May 30, 2006

By:     s/ Michael Chodos
        Michael Chodos, Esq.

Michael Chodos, Esq.
56 Malaga Cove Plaza
Palos Verdes Estates, CA  90274-1306
Ph: (310) 791-1928
Fax: (310) 791-1958
Email: michael@chodos.com

Eugene M. Sprague, Esq.
Berenbaum, Weinshienk & Eason, PC
370 Seventeenth Street
Republic Plaza, 48th Floor
Denver, CO  80202-5698
Phone:  303-592-8327
Fax:  303-629-7610
Email: esprague@bw-legal.com

Attorneys for Defendant Audax Private Equity Fund, L.P.

CERTIFICATE OF SERVICE

      I hereby certify that on this 30th day of May, 2006, I electronically served the foregoing **AUDAX'S UNOPPOSED MOTION FOR FINAL EXTENSION OF TIME TO RESPOND TO RECEIVER'S MOTION TO COMPEL IN ORDER TO ALLOW RECEIVER TO REVIEW DOCUMENTS PRODUCED** on the following parties at the email addresses below.  I electronically filed said document with the Clerk of the Court using the CM/ECF system on May 30, 2006, which will send notification of such filing to the following email addresses:

jtanner@fwlaw.com
ahale@haldfriesen.com
eramey@ir-law.com
spack@ir-law.com
jcage@cagewilliams.com
glen.keller@dgslaw.com
jelliff@mofo.com
adam.f.hulbig@usdoj.gov
mgoschetti@hatchlawyers.com
csasso@bakerlaw.com
mpankow@bhf-law.com
dgarfield@bhf-law.com

Additional copy via email to:

John Tanner, Esq.
Fairfield and Woods, P.C.
1700 Lincoln St., #2400
Denver. CO 80203
Phone: (303)830-2400
Fax: (303)830-1033
Email: jtanner@fwlaw.com

Thomas F. Quinn, Esq.
Thomas F. Quinn, P.C.
1600 Broadway, Suite 1675
Denver, CO  80202
Ph: (303) 832-4355
Fax: (303) 672-8281
Email: tquinn@tfqlaw.com

Julie Trent, Esq.
Bieging, Shapiro & Burrus, LLP
4582 S. Ulster Street Pkwy., Suite 1650
Denver, CO  80237
Ph: (720) 488-0220
Fax: (720) 488-7711
Email: jt@bsblawyers.com

By:   s/ Michael Chodos
      Michael Chodos, Esq.

Michael Chodos, Esq.
56 Malaga Cove Plaza
Palos Verdes Estates, CA  90274-1306
Ph: (310) 791-1928
Fax: (310) 791-1958
Email: michael@chodos.com

Eugene M. Sprague, Esq.
Berenbaum, Weinshienk & Eason, PC
370 Seventeenth Street
Republic Plaza, 48th Floor
Denver, CO  80202-5698
Phone:  303-592-8327
Fax:  303-629-7610
Email: esprague@bw-legal.com