IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Case No. 95-cv-00777-REB-CBS

In re: Receivership Estate of INDIAN MOTORCYCLE
MANUFACTURING, INC., a New Mexico corporation,

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

     IT IS HEREBY ORDERED that Audax's Unopposed Motion for Final Extension of Time to Respond to Receiver's Motion to Compel in Order to Allow Receiver Time to Review Documents Produced (*doc. no. 2278*) is **GRANTED**.  The deadline to respond is extended to on or before **June 28, 2006**.

**DATED:**     May 31, 2006