; OF THE CLERK
;tates District Court
h Street, Room A105
CO 80294-3589

_ BUSINESS



Hilm  Sevimli
c/o Christopher C. Noble, Esq.
Noble & Associates, LLC
11 Pine Street
Plainville, CT 06103



**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 3 0 2006

GREGORY C. LANGHAM
CLERK

WTF

CANNOT LOCATE
95-CV-777-REB-CBS
#2271, 2268