ICE OF THE CLERK
ATES DISTRICT COURT
A. ARRAJ COURTHOUSE
19TH ST., ROOM A105
VER, CO 80294-3589

FFICIAL BUSINESS

RTH to Sender Undeliverable as Addressed

CANnot LocAtE
95-CN-777
#2270, 2267
REB-CBS

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 3 0 2006

GREGORY C. LANGHAM
CLERK

Anthony Pugliese
2500 Military Trail
Boca Raton, FL 33431

DENVER
MAY 16'06

U.S. POSTAGE
0039

33431+6344-8923842300