FICE OF THE CLERK
TATES DISTRICT COURT
D A. ARRAJ COURTHOUSE
I-19TH ST., ROOM A105
NVER, CO 80294-3589

OFFICIAL BUSINESS

FILED
UNITED STATES DISTRICT COURT
DENVER, CO

MAY 30 2006

GREGORY ... ...HAM
CLERK

Carol Furtier
2500 Military Trail
Boca Raton, FL 33431

RTN to Sender Undeliverable as Addressed

CANNot LoCATE
95-CV-777
# 2270, 2267
REB-CBS

33431+6344-9528812500