OFFICE OF THE CLERK
STATES DISTRICT COURT
RED A. ARRAJ COURTHOUSE
01-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 3 0 2006

GREGORY C. LANGHAM
~~Hilm Seyerk~~
~~CLERK~~

c/o Christopher C. Noble, Esq.
Noble & Associates, LLC
11 Pine Street
Plainvil

CANNot LOCATE
95-CV-777
#2270
REB-CBS

NIXIE   081   1      39 05/24/06
       RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
       UNABLE TO FORWARD

BC: 80294250151    *0120-17449-16-39