

'ICE OF THE CLERK
ATES DISTRICT COURT
) A. ARRAJ COURTHOUSE
19TH ST., ROOM A105
IVER, CO 80294-358 **FILED**
OFFICIAL BUSINESS UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 25 2006

GREGORY C. LANGHAM
CLERK

Jeffrey M. Perkins
Western Design Engineering, Inc.
808 Airport Road
Jackson, MI 49202

UTF
RS
215
5-18

CANNOT LOCATE
95-CV-777
#2267
REB-CBS