

OFFICE OF THE CLERK
STATES DISTRICT COURT
FED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

ALBUQUERQUE NM 871
17 MAY 2006 PM 3 L

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO
MAY 25 2006
GREGORY C. LANGHAM
CLERK

Ronald Garcia
2505 Madison North East
Albuquerque, NM 87101

ATTEMPTED NOT KNOWN
RETURN TO SENDER

CANNOT LOCATE
95-CV-777
#2267
REB-CBS