CE OF THE CLERK
TES DISTRICT COURT
A. ARRAJ COURTHOUSE
9TH ST., ROOM A105
ER, CO 80294-3589

FICIAL BUSINESS

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 3 0 2006

GREGORY C. LANGHAM
CLERK

Ronald Garcia
2505 Madison, North East
Albuquerque, NM 87101

RETURN TO SENDER
NOT DELIVERABLE
AS ADDRESSED
UNABLE TO FORWARD

CANNOT LOCATE
95-CV-777
#2270
REB-CBS