

OFFICE OF THE CLERK
STATES DISTRICT COURT
ED A. ARRAJ COURTHOUSE
01-19TH ST., ROOM A105
ENVER, CO 80294-3589

OFFICIAL BUSINESS

RETURN TO SENDER
Not at this address
CANNOT LOCATE
95-CV-777
#2270   REB-CBS

RETURN TO SENDER
ATTEMPTED NOT KNOWN

Triad Suspension Technologies, Inc.
c/o Lewis M. Druxman, Esq.
6715 Academy Road North East
Albuquerque, NM 87109

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO
MAY 25 2006
GREGORY C. LANGHAM
CLERK