FFICE OF THE CLERK
STATES DISTRICT COURT
ED A. ARRAJ COURTHOUSE
)1-19TH ST., ROOM A105
ENVER, CO 80294-3589

OFFICIAL BUSINESS

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
MAY 30 2006
GREGORY C. LANGHAM
CLERK

CANNOT LOCATE
95-CV-777
#2270
#2267   REB-CBS

Steven DeStout
#1 South Water Street
Henderson, NV 89105

DENVER CO
MAY 15'06

US POSTAGE
0039

NIXIE        891      1           39 05/27/06
        RETURN TO SENDER
   NOT DELIVERABLE AS ADDRESSED
        UNABLE TO FORWARD
BC: 80294250151       *0120-17457-16-38