

<tbody>
OFFICE OF THE CLERK
United States District Court
901-19th Street, Room A105
Denver, CO 80294-3589
OFFICIAL BUSINESS

RETURNED TO SENDER
Not Deliverable as Addressed
Unable to Forward

Jeffrey M. Perkins
Western Design Engineering, Inc.
808 Airport Road
Jackson, MI 49202

CANNOT LOCATE
95-CV-777
#2281 REB-CBS

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JUN - 8 2006
GREGORY C. LANGHAM
CLERK
</tbody>

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Case No. 95-cv-00777-REB-CBS

In re: Receivership Estate of INDIAN MOTORCYCLE
MANUFACTURING, INC., a New Mexico corporation,

### MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER

IT IS HEREBY ORDERED that Audax's Unopposed Motion for Final Extension of Time to Respond to Receiver's Motion to Compel in Order to Allow Receiver Time to Review Documents Produced (*doc. no. 2278*) is **GRANTED**. The deadline to respond is extended to on or before **June 28, 2006**.

**DATED:**      May 31, 2006