OFFICE OF THE CLERK
STATES DISTRICT COURT
FRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN - 7 2006

GREGORY C. LANGHAM
CLERK

Unknown

Chuck Krowczyk
1853 South Marshall Circle
Lakewood, CO 80232

CANNOT LOCATE
95-CV-777
#2279 REB-CBS

ATTEMPTED NOT KNOWN