OFFICE OF THE CLERK
D STATES DISTRICT COURT
LFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

DENVER

31 MAY 2006 PM 5

MAY 31 06

CO

H METER

CANNOT LOCATE
95-CV-777
#2279   REB-CBS

Steven DeStout
#1 South Water Street
Henderson, NV 89105

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN - 7 2006

GREGORY C. LANGHAM
CLERK

NIXIE    891    1    39 06/05/06
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 80294250151    *1820-18115-31-37