OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
A. ARRAJ COURTHOUSE
19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN - 9 2006

GREGORY C. LANGHAM
CLERK

DENVER CO 802
31 MAY 2006 PM 8 L

CANNOT LOCATE
95-CV-777
#2279   REB-CBS

Hilm Sevimli
c/o Christopher C. Noble, Esq.
Noble & Associates, LLC
11 Pine Street
Plainvil

NIXIE        051        1           39 06/07/06
          RETURN TO SENDER
   NOT DELIVERABLE AS ADDRESSED
          UNABLE TO FORWARD

BC: 80294250151          *1920-19388-31-37