IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Case No. 95-cv-00777-REB-CBS

In re: Receivership Estate of INDIAN MOTORCYCLE
MANUFACTURING, INC., a New Mexico corporation,

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

Upon review of the file in preparation for the upcoming status conference set for July 10, 2006, counsel are advised that the following motions will be discussed:

1. MOTION for Leave to Submit Dispute to Magistrate Judge, as Required by Settlement Agreement [filed 12/09/2005; doc. no. 1979];

2. MOTION to Deposit Funds into Registry of Court (Motion to Interplead) [filed 2/24/2006; doc. no. 2165];

3. MOTION to Compel Discovery Against Audax and CMA [filed 3/23/2006; doc. no. 2195];

4. MOTION to Strike [2195] MOTION to Compel Discovery Against Audax and CMA [filed 4/12/06; doc. No. 2218];

5. MOTION to Withdraw as Attorney and Remove from Service List [filed 4/12/06; doc. No. 2220]; and

6. MOTION for Reconsideration of Certain Orders Allowing Attorneys for Claimants to Withdraw Without Providing Contact Information for Claimants and to Establish Procedure for Attorney Withdrawals in the Future [filed 4/12/06; doc. No. 2222].

**DATED:**    June 14, 2006