OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

DENVER CO 802
31 MAY 2006 PM 8 T

RTN to Sender Undeliverable as Address

95-cv-777-REB
#2279

Anthony Pugliese
2500 Military Trail
Boca Raton, FL 33431

No Address Located

**FILED**
UNITED STATES DISTRICT COURT
DENVER

JUN 1 2 2006

GREGO... AM
CLERK

**Other Orders/Judgments**
1:95-cv-00777-REB-CBS Receivership Estate of Indian Motorcycle Manufacturing, Inc.

**U.S. District Court**

**District of Colorado**

Notice of Electronic Filing

The following transaction was received from rebsec, entered on 5/31/2006 at 8:10 AM MDT and filed on 5/31/2006
**Case Name:** Receivership Estate of Indian Motorcycle Manufacturing, Inc.
**Case Number:** 1:95-cv-777
**Filer:**
**Document Number:** 2279

**Docket Text:**
MEMORANDUM referring to Magistrate Judge Shaffer : [2278] Unopposed MOTION for Extension of Time to File Response/Reply *to Receiver's Motion to Compel [Docket No. 2195]* filed by Audax Private Equity Fund, LP, Audax Co-Invest, LP, Audax Special Purpose Co-Invest, LP, Audax Trust Co-Invest, LP, Audax Group, by Judge Robert E. Blackburn on 5/31/06. (Text Only Entry - No Document Attached) (rebsec, )

The following document(s) are associated with this transaction:

**1:95-cv-777 Notice will be electronically mailed to:**

Philip Edward Blondin    Philip.Blondin@usdoj.gov,

James R. Cage    jcage@cagewilliams.com, slehigh@cagewilliams.com; loliver@cagewilliams.com

Michael A. Chodos    michael@chodos.com, rehema@chodos.com

J. Eric Elliff    jelliff@mofo.com, kparish@mofo.com

Daniel J. Garfield    dgarfield@bhf-law.com, krees@bhf-law.com

Adam F. Hulbig    adam.f.hulbig@usdoj.gov, western.taxcivil@usdoj.gov

Mollybeth R. Kocialski    mollybeth.kocialski@firstdatacorp.com,

Lee M. Kutner    lmk@kutnerlaw.com,

John B. Moorhead    jmoorhead@bakerlaw.com, dljohnson@bakerlaw.com

Gary Clifford Moschetti    gmoschetti@gcmlawyers.com

Michael J. Pankow    mpankow@bhf-law.com, krees@bhf-law.com

Edward T. Ramey    eramey@ir-law.com, jwills@ir-law.com

Gregory C. Smith    gsmith@fwlaw.com, jboling@fwlaw.com; paralegal@fwlaw.com

Eugene M. Sprague    esprague@bw-legal.com, pburkhardt@bw-legal.com

Jeffrey S. Swyers    jeffrey.s.swyers@usdoj.gov,

John 'Jack' Markham Tanner    jtanner@fwlaw.com, schiecuto@fwlaw.com; paralegal@fwlaw.com

Julie Andrea Trent    jt@bsblawyers.com, plambert@bsblawyers.com

**1:95-cv-777 Notice will be delivered by other means to:**

Burt R. Bondy