

CE OF THE CLERK
d States District Court
19th Street, Room A105
er, CO 80294-3589

IAL BUSINESS

Chuck P. pwczyk
1853 South Marshall Circle
Lakewood, CO 80232

CANNOT LOCATE
95-CN-777
#2281
KEB-CBS

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 12 2006

GREGORY C. LANGHAM
CLERK