Hilm Sevimli
c/o Christopher C. Noble, Esq.
Noble & Associates, LLC
11 Pine Street
Plainville, CT 06103

RETURN TO SENDER
FORWARDING ORDER EXPIRED

WJK

CANNOT LOCATE
95-CV-777
#2281
REB-CBS

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 12 2006

GREGORY C. LANGHAM
CLERK