ICE OF THE CLERK
ed States District Court
19th Street, Room A105
ver, CO 80294-3589

CIAL BUSINESS

Ronald Garcia
2505 Madison, North East
Albuquerque, NM 87101

Not At this
AddRESS

CANNot LoCAtE
95-CV-777
#2281
REB-CBS



FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 12 2006

GREGORY C. LANGHAM
CLERK