ICE OF THE CLERK
ed States District Court
19th Street, Room A105
/er, CO 80294-3589

CIAL BUSINESS

Steven DeStout
#1 South Water Street
Henderson, NV 89105

☒ Forwarding Order Required ☐ No Such Street
☐ Insufficient Address ☐ No Such Number
☐ Moved, Left No Address Route No.___ Date___
☐ Unclaimed ☐ Refused Carr Initials_____
☐ Attempted, Not Known

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 1 2 2006

GREGORY C. LANGHAM
CLERK

CANNOT LOCATE
95-CV-777
#2281
REB-CBS