| Attorney or Party without Attorney: <br> FAIRFIELD AND WOODS, P.C. <br> WELLSFARGO CENTER, SUITE 2400 <br> 1700 LINCOLN STREET <br> DENVER, CO 80203 <br> Telephone No: 303-830-2400   FAX No: 303-830-1033 | For Court Use Only |
|---|---|
| *Ref. No. or File No.:* | |
| Attorney for: Plaintiff | |
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court, Central District California | |
| Plaintiff: IN RE: INDIAN MOTORCYCLE MANUFACTURING, INC. | |
| Defendant: | |

| PROOF OF SERVICE SUBPOENA | Hearing Date: Mon, Jun. 05, 2006 | Time: 9:00AM | Dept/Div: | Case Number: 95-CV-00077-REB-CBS |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUBPOENA IN A CIVIL CASE; AND SUBPOENA TO PRODUCE (SUBPOENA DUCES TECUM)

3. a. Party served:      CREDIT MANAGERS ASSOCIATION OF CALIFORNIA, D/B/A  CMA BUSINESS CREDIT SERVICES
   b. Person served:   DAVID MACOMBER-VICE PRESIDENT

4. Address where the party was served:   40 EAST VERDUGO AVENUE
   BURBANK, CA 91502

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., May. 26, 2006 (2) at: 1:14PM
   b. I received this subpena for service on:    Thursday, May 25, 2006

6. Witness fees were not demanded or paid.

7. **Person Who Served Papers:**
   a. HAKOP JACK DEMIRCHYAN
   b. **COUNTRYWIDE PROCESS, LLC**
   6211 VAN NUYS BLVD., SUITE A
   VAN NUYS, CA 91401
   c. (818) 988-9123, FAX (818) 988-9122

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. **The Fee** for Service was:    $100.00
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.:    4475
      (iii) County:    Los Angeles

**EXHIBIT 1**

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Tue, May. 30, 2006

(HAKOP JACK DEMIRCHYAN)

Judicial Council Form
Rule 982.9.(a)&(b) Rev July 1, 2004

PROOF OF SERVICE
SUBPOENA

*200624090.faiwoo.24497*