**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

Civil Action No. 95-cv-00777-REB-CBS

In re:

Receivership Estate of INDIAN MOTORCYCLE MANUFACTURING, INC.,
a New Mexico Corporation

_____

**UNITED STATES' MOTION TO WITHDRAW**
**JEFFREY S. SWYERS AS COUNSEL OF RECORD**
_____

The United States of America, by and through its undersigned counsel, respectfully moves to withdraw Jeffrey S. Swyers as government counsel of record in the above-captioned case pursuant to D.C. COLO. LCivR 83.3(D) and to remove him from the Court's service list. Mr. Swyers resigned from the U.S. Department of Justice, effective May 26, 2006, and no longer has any involvement in this case.

WHEREFORE, for good cause shown, the United States respectfully requests that the Court grant the instant motion and order the withdrawal of Jeffrey S. Swyers as government counsel of record in the above-captioned case.

//

//

//

//

DATED this 16th day of June, 2006.

        Respectfully submitted,

        WILLIAM J. LEONE
        United States Attorney


        /s   Adam F. Hulbig
        ADAM F. HULBIG
        Trial Attorney, Tax Division
        U.S. Department of Justice
        P.O. Box 683 – Ben Franklin Station
        Washington, D.C.  20044
        Telephone: (202) 514-6061
                    (202) 305-2558
        Facsimile:  (202) 307-0054
        Email:  adam.f.hulbig@usdoj.gov
              western.taxcivil.usdoj.gov

        Attorneys for the United States of America

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that on this 16th day of June, 2006, I caused the foregoing **UNITED STATES' MOTION TO WITHDRAW JEFFREY S. SWYERS AS COUNSEL OF RECORD** to be filed electronically using the CM/ECF system, which will serve all counsel registered for service by that means.

*/s/ Adam F. Hulbig*
ADAM F. HULBIG
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683 – Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 514-6061
       (202) 305-2558
Facsimile:  (202) 307-0054
Email:  adam.f.hulbig@usdoj.gov
           western.taxcivil.usdoj.gov
