**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

Civil Action No. 95-cv-00777-REB-CBS

In re:

Receivership Estate of INDIAN MOTORCYCLE MANUFACTURING, INC.,
a New Mexico Corporation

_____

**UNITED STATES' MOTION TO WITHDRAW**
**PHILLIP E. BLONDIN AS COUNSEL OF RECORD**
_____

The United States of America, by and through its undersigned counsel, respectfully moves to withdraw Phillip E. Blondin as government counsel of record in the above-captioned case pursuant to D.C. COLO. LCivR 83.3(D) and to remove him from the Court's service list. Mr. Blondin is no longer assigned to represent the interests of the United States in this case.

WHEREFORE, for good cause shown, the United States respectfully requests that the Court grant the instant motion and order the withdrawal of Phillip E. Blondin as government counsel of record in the above-captioned case.

//

//

//

//

DATED this 16th day of June, 2006.

      Respectfully submitted,

      WILLIAM J. LEONE
      United States Attorney


      /s   Adam F. Hulbig
      ADAM F. HULBIG
      Trial Attorney, Tax Division
      U.S. Department of Justice
      P.O. Box 683 – Ben Franklin Station
      Washington, D.C.  20044
      Telephone: (202) 514-6061
                (202) 305-2558
      Facsimile:  (202) 307-0054
      Email:  adam.f.hulbig@usdoj.gov
             western.taxcivil.usdoj.gov

      Attorneys for the United States of America

- 3 -

**CERTIFICATE OF SERVICE**

  IT IS HEREBY CERTIFIED that on this 16th day of June, 2006, I caused the foregoing **UNITED STATES' MOTION TO WITHDRAW PHILLIP E. BLONDIN AS COUNSEL OF RECORD** to be filed electronically using the CM/ECF system, which will serve all counsel registered for service by that means.

                   */s/ Adam F. Hulbig*
                   ADAM F. HULBIG
                   Trial Attorney, Tax Division
                   U.S. Department of Justice
                   P.O. Box 683 – Ben Franklin Station
                   Washington, D.C.  20044
                   Telephone: (202) 514-6061
                      (202) 305-2558
                   Facsimile:  (202) 307-0054
                   Email:  adam.f.hulbig@usdoj.gov
                       western.taxcivil.usdoj.gov