OFFICE OF THE CLERK
[UNIT]ED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

**FILED**
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

JUN 19 2006

GREGORY C. LANGHAM
　　　　　　　　　　CLERK

[Denver CO postmark JUN 14 '06]

unknown 3/1/[illegible]

ATTEMPTED
NOT KNOWN

Chuck Krowczyk
1853 South Marshall Circle
Lakewood, CO 80232

95cv777
#2288

No Better Address

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Case No. 95-cv-00777-REB-CBS

In re: Receivership Estate of INDIAN MOTORCYCLE
MANUFACTURING, INC., a New Mexico corporation,

### MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER

Upon review of the file in preparation for the upcoming status conference set for July 10, 2006, counsel are advised that the following motions will be discussed:

1. MOTION for Leave to Submit Dispute to Magistrate Judge, as Required by Settlement Agreement [filed 12/09/2005; doc. no. 1979];

2. MOTION to Deposit Funds into Registry of Court (Motion to Interplead) [filed 2/24/2006; doc. no. 2165];

3. MOTION to Compel Discovery Against Audax and CMA [filed 3/23/2006; doc. no. 2195];

4. MOTION to Strike [2195] MOTION to Compel Discovery Against Audax and CMA [filed 4/12/06; doc. No. 2218];

5. MOTION to Withdraw as Attorney and Remove from Service List [filed 4/12/06; doc. No. 2220]; and

6. MOTION for Reconsideration of Certain Orders Allowing Attorneys for Claimants to Withdraw Without Providing Contact Information for Claimants and to Establish Procedure for Attorney Withdrawals in the Future [filed 4/12/06; doc. No. 2222].

**DATED:**   June 14, 2006