# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

Civil Action No. 95-cv-00777-REB-CBS

In re:

Receivership Estate of INDIAN MOTORCYCLE MANUFACTURING, INC.,
a New Mexico Corporation

---

## UNITED STATES' UNOPPOSED MOTION TO PERMIT OUT-OF-TOWN COUNSEL TO APPEAR TELEPHONICALLY AT JULY 10, 2006 HEARING

---

The United States of America, by and through undersigned counsel, hereby moves the Court to enter an Order permitting out-of-town counsel for the government, Adam F. Hulbig (accompanied by Peter Sklarew),  to appear by telephone at the Status Conference set for July 10, 2006 in the above-captioned case, and in support thereof states as follows:

1.      The United States Department of Justice, Tax Division, in Washington, D.C. has primary responsibility for litigating the United States' interests in this receivership action.  Adam F. Hulbig, a trial attorney in the Civil Trial Section, Western Region, of that office has been designated as lead counsel for the United States.  Peter Sklarew, an Assistant Chief for the Civil Trial Section, Northern Region, appeared for the United States in the Massachusetts and continues to assist Mr. Hulbig in this matter given his long history and greater familiarity with the case, which includes his negotiation of the tax settlement agreement, the judgment from which the Receiver is currently endeavoring to satisfy through restitution proceedings.

2.      The United States is an administrative tax claimant in this receivership action. Pursuant to the terms of the court-approved settlement agreement between the United States and the Receiver, however, it is the Receiver's obligation to prosecute the motion for restitution against the distributees of the Indian Motorcycle receivership estate in the case.  Under the settlement

agreement, the United States has reserved the right to participate to the extent that matters raised appear to directly implicate the United States' interests.  For example, the United States has filed a response to an objection to the report and recommendation of Magistrate Judge Schlatter that the Court grant the Receiver's motion for restitution.   Since that matter is now before the District Judge, there are no pending motions before the Magistrate Judge in which the United States' interests are directly implicated (as opposed to being indirectly affected though the Receiver's role as fiduciary).

3.       On May 16, 2006, the Court set a Status Conference in this case for July 10, 2006 at 9:15 a.m.[1]  By order dated June 14, 2006, the Court thereafter advised counsel for the parties that the following motions would be discussed at the Status Conference: (1) Motion for Leave to Submit Dispute to Magistrate Judge, as Required by Settlement Agreement [DI #1979]; (2) Motion to Deposit Funds into Registry of Court (Motion to Interplead) [DI # 2165]; (3) Motion to Compel Discovery Against Audax and CMA [DI # 2195]; (4) Motion to Strike [DI # 2195] Motion to Compel Discovery Against Audax and CMA; (5) Motion to Withdraw as Attorney and Remove from Service List [DI # 2220]; and (6) Motion for Reconsideration of Certain Orders Allowing Attorneys for Claimants to Withdraw Without Providing Contact Information for Claimants and to Establish Procedure for Attorney Withdrawals in the Future [DI # 2222] (collectively, "Subject Motions").

4.       The United States did not file, join in, or otherwise respond to any of the Subject Motions.[2]  Moreover, the United States does not intend to take a position regarding the Subject

---

[1]       The Court originally set the Status Conference for May 22, 2006.  However, upon Receiver's motion to reset, the Court moved the conference to July 10, 2006.

[2]       The United States has previously suggested that the Court issue an order that no motions for withdrawal will be allowed unless an attorney certifies that it is providing the last known home and business addresses and phone numbers to the Court and the Receiver, to the best of the attorney's information and ability to obtain.  [*See* DI # 2217, p. 2.]  This position is consistent with Receiver's subsequent motion on the subject.  [*See* DI # 2222]

Motions at the Status Conference unless its interests in this litigation are directly implicated at that time, or the Court otherwise requests the United States' position.[3]

5.      There will be no testimony or other evidence presented at the July 10, 2006 Status Conference.  In this regard, neither the Court nor the parties should be hampered by Messrs. Hulbig and Sklarew's appearance by telephone, and such relief will prevent the expenditure of limited government resources.  Moreover, counsel for the United States has appeared telephonically at prior status conferences in this matter without incident.

6.      Pursuant to D.C. COLO. L.CivR 7.1A, on June 27, 2006, the undersigned attorney conferred with counsel for the Receiver regarding this motion.  Receiver's counsel stated that he had no objections to the relief requested herein.

WHEREFORE, the United States respectfully requests that the Court grant the instant motion and allow Mr. Hulbig to appear by telephone at the Status Conference set for July 10, 2006, accompanied by Mr. Sklarew.

//

//

//

---

[3]      Although the United States is not taking a position with respect to the particulars of the discovery dispute between the Receiver and Audax, the United States generally supports the Receiver's right to have information that will enable it to identify what claims it may have against third parties.

Dated this 27th day of June, 2006.

Respectfully submitted,

WILLIAM J. LEONE
United States Attorney
District of Colorado


/s  Adam F. Hulbig
ADAM F. HULBIG
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C.  20044
Telephone: (202) 514-6061
Facsimile: (202) 307-0054
Email: adam.f.hulbig@usdoj.gov
          western.taxcivil@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

IT IS HEREBY CERTIFIED that on this 27th day of June, 2006, I caused the foregoing

**UNITED STATES' UNOPPOSED MOTION TO PERMIT OUT-OF-TOWN COUNSEL**

**TO APPEAR TELEPHONICALLY AT JULY 10, 2006 STATUS CONFERENCE** to be filed

electronically using the CM/ECF system, which will serve all parties and/or counsel registered for

service by that means.

/s  Adam F. Hulbig_____
ADAM F. HULBIG
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C.  20044
Telephone: (202) 514-6061
Facsimile: (202) 307-0054
Email: adam.f.hulbig@usdoj.gov
           western.taxcivil@usdoj.gov