OFFICE OF THE CLERK
United States District Court
901-19th Street, Room A105
Denver, CO 80294-3589

OFFICIAL BUSINESS

Donald Schunk
12572 Durrow Court
St. Louis, MO 63141

FILED
UNITED STATES DISTRICT COURT
DENVER, COLO.

JUN 26 2006

GREGORY C. LANGHAM
CLERK

CANNOT LOCATE
95-CV-777

#2281
REB-CBS

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Case No. 95-cv-00777-REB-CBS

In re: Receivership Estate of INDIAN MOTORCYCLE
MANUFACTURING, INC., a New Mexico corporation,

### MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER

IT IS HEREBY ORDERED that Audax's Unopposed Motion for Final Extension of Time to Respond to Receiver's Motion to Compel in Order to Allow Receiver Time to Review Documents Produced (*doc. no. 2278*) is **GRANTED**. The deadline to respond is extended to on or before **June 28, 2006.**

**DATED:**   May 31, 2006