IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Case No. 95-cv-00777-REB-CBS

In re: Receivership Estate of INDIAN MOTORCYCLE
MANUFACTURING, INC., a New Mexico corporation,

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

　　　　IT IS HEREBY ORDERED that United States' Unopposed Motion to Permit Out-of-Town Counsel to Appear Telephonically at July 10, 2006 Hearing (*doc. no.2297)* is **GRANTED**. Messrs Hulbig and Sklarew are directed to contact the court by dialing **303.844.2117** a few minutes prior to the scheduled start time of the conference.

**DATED:**　　　　June 28, 2006