

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 28 2006

GREGORY C. LANGHAM
CLERK   80294/2500

RETURN TO SENDER
ATTEMPTED NOT KNOWN

Not @ address
please fix

Ronald Garcia
2505 Madison, North East
Albuquerque, NM 87101

CANNOT LOCAT
95-CV-777
#2288 REB-CBS

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Case No. 95-cv-00777-REB-CBS

In re: Receivership Estate of INDIAN MOTORCYCLE
MANUFACTURING, INC., a New Mexico corporation,

### MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER

Upon review of the file in preparation for the upcoming status conference set for July 10, 2006, counsel are advised that the following motions will be discussed:

1. MOTION for Leave to Submit Dispute to Magistrate Judge, as Required by Settlement Agreement [filed 12/09/2005; doc. no. 1979];

2. MOTION to Deposit Funds into Registry of Court (Motion to Interplead) [filed 2/24/2006; doc. no. 2165];

3. MOTION to Compel Discovery Against Audax and CMA [filed 3/23/2006; doc. no. 2195];

4. MOTION to Strike [2195] MOTION to Compel Discovery Against Audax and CMA [filed 4/12/06; doc. No. 2218];

5. MOTION to Withdraw as Attorney and Remove from Service List [filed 4/12/06; doc. No. 2220]; and

6. MOTION for Reconsideration of Certain Orders Allowing Attorneys for Claimants to Withdraw Without Providing Contact Information for Claimants and to Establish Procedure for Attorney Withdrawals in the Future [filed 4/12/06; doc. No. 2222].

**DATED:**   June 14, 2006