OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ROOM 145, U.S. COURTHOUSE
DENVER, COLORADO 80294-3589

OFFICIAL BUSINESS

ATTEMPTED
NOT KNOWN

Chuck  Krowczyk
1853 South Marshall Circle
Lakewood, CO 80232

ATTEMPTED
NOT KNOWN

unknown 3210
fr

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 5   2006

GREGORY C. LANGHAM
CLERK

No Better Address

95 cv 777
# 2300