

# CMA Business Credit Services

40 E. Verdugo Avenue • Burbank, CA 91502-1931
P.O. Box 7740 • Burbank, CA 91510-7740
Phone: (818) 972-5300 • Fax: (818) 972-5301
www.creditservices.org

October 1, 2003

| | |
|---|---|
| In re matter of ) | 34088 |
| ) | |
| INDIAN MOTORCYCLE CORPORATION ) | BULLETIN NO. 1 |
| 200 East 10th Street ) | |
| Gilroy, California  95020 ) | |
| ) | |

TO THE CREDITORS:

Please be advised that Indian Motorcycle Corporation ("Indian Motorcycle""), executed a General Assignment for the benefit of its creditors in favor of CMA Business Credit Services ("Assignee"), under which possession was taken on September 26, 2003.

This action was taken by the directors and majority shareholders of Indian Motorcycle Company, based upon, among other things, the following: (1) advice of legal counsel; (2) exhaustion of capital whereby the business was unable to fund operations; (3) current liabilities in excess of $16 million; (4) defaults to major unsecured trade creditors.

A general assignment is a common law means of concluding the affairs of an insolvent debtor as an alternative to the Chapter 7 bankruptcy procedure.  General assignments have been used extensively for over fifty years in California.  Experience has demonstrated that the recovery for assets is usually significantly greater in an assignment and administrative expenses tend to be lower when compared to the average bankruptcy liquidation.

The Assignee intends to seek a buyer for Indian Motorcycle who will continue to operate the company.  CMA will aggressively market the assets remaining from the company's operations to determine the best opportunity to maintain the integrity of the company and to maximize its value.

A Statement of Condition, representing the financial condition of the company on the date of the general assignment, is being prepared by the Assignee and will be forwarded to creditors as soon as possible.

SEE REVERSE SIDE

Affiliated with the National Association of Credit Management (NACM California)

Northern California: (510) 346-6000 • Nevada: (702) 259-2622



EXHIBIT 4

In re: Indian Motorcycle Corporation
Bulletin No. 1
Page 2

Enclosed, creditors will find a form Proof of Claim with which creditors can file their claim with this office. Creditors should be aware that pursuant to California law[1], the last date to return the form to this office is March 29, 2004. To ensure your participation in any distribution of funds generated to unsecured creditors from the liquidation of the company, you **must** return the proof of claim by that date.

A further report on the status of the Assignee's liquidation of assets and a Statement of Condition will follow in approximately 30 days. Should anything of significance occur in the interim, you will be promptly notified.

Very truly yours,
ADJUSTMENT BUREAU

By: *[signature]*

Michael L. Joncich
Estates Manager
Direct Dial: (818) 972-5315
Email: mjoncich@creditservices.org

Enclosure (Proof of Claim)

---

[1] California Code of Civil Procedure §1802

# PROOF OF CLAIM

Case No. 34088

To:   CMA Business Credit Services
      PO Box 7740
      Burbank, California 91510-7740

Re:   Indian Motorcycle Corporation

The undersigned is a creditor of the above subject debtor(s) and I/we hereby file my/our claim below as follows:

As evidence of my/our claim, an itemized statement of my/our account and/or a copy of a promissory note is hereto attached.

THE AMOUNT OF MY/OUR CLAIM IS $ _____

Dated: _____

COMPANY NAME _____

BY _____ TITLE _____

ADDRESS _____

CITY, STATE, ZIP _____

PHONE NO. _____ FAX# _____

EMAIL _____

NOTE: Interest is applicable only to the date of September 26, 2003, and then only in the event a written agreement exists between you and the debtor providing for payment of interest.

PLEASE COMPLETE THIS FORM, ATTACH AN ITEMIZED STATEMENT OF YOUR ACCOUNT THEREON, AND RETURN AT ONCE TO:

ADJUSTMENT BUREAU
Attn: Michael L. Joncich
CMA Business Credit Services
PO Box 7740, Burbank, California 91510-7740