**CMA Business Credit Services**

40 E. Verdugo Avenue • Burbank, CA 91502-1931
P.O. Box 7740 • Burbank, CA 91510-7740
Phone: (818) 972-5300 • Fax: (818) 972-5301
www.creditservices.org

October 3, 2003

Re: <u>Sale of Assets of Indian Motorcycle Corporation</u>

Dear Prospective Purchaser:

On September 26th, 2003, the Indian Motorcycle Corporation ("IMC") ceased operations and executed a General Assignment for the benefit of its creditors in favor of Credit Managers Association of California, dba CMA Business Credit Services ("CMA") acting as the Assignee. In its capacity as Assignee, CMA will undertake the disposition of IMC's assets.

CMA is currently accepting bulk bids for all or part of the assets of IMC. Please be advised that although CMA is offering the following assets in bulk, certain of the assets are owned by third parties and will require that CMA obtain a release of such property rights from such third party. CMA believes that it will be able to obtain such a release in order to facilitate the sale proposed herein.

<u>Bids to purchase all or part of IMC's assets must be received by CMA in writing no later than October 17th, 2003 at 5:00 p.m. (PDST).</u> Upon acceptance of a bid, the successful Bidder will have seven days to complete the sale pursuant to the terms and conditions of the attached Bidding Procedure.

To learn more about IMC, please visit the company's website at www.indianmotorcycle.com or request a more detailed Executive Summary by contacting the undersigned. All information regarding the assets for sale has been provided by the former management of IMC and is subject to Buyer's verification. CMA makes no representations or warranties as to the accuracy of this information. If after reviewing these materials, you desire to conduct more due diligence on IMC, please execute and return the enclosed non-disclosure agreement ("NDA") and call the undersigned for scheduling.

The assets of IMC include, but are not limited to the following:

- **Intellectual Property** The assets include the following assets associated with IMC's business;

    1. Trade Mark Rights – "Indian," "Indian Motorcycle," "War Bonnet Profile" and other variations associated with Motorcycles and Parts in 26 countries. Additional applications and registrations for apparel in 52 countries. Trade marked product names include "Chief," "Scout" and "PowerPlus." Additional

All Information Provided by Management of IMC
CMA Makes No Warranties or Representations to its Accuracy or Completeness



EXHIBIT 5

Sale of Assets of Indian Motorcycle Corporation                                                     Page 2

      non-motorcycle related rights cover branded soft goods, café/restaurants and recreational vehicles.

    2. Motorcycle and Accessory product designs, bills of material, sourcing and manufacturing processes for the Indian Motorcycle product line.

    3. Product Licensing Agreements – 14 royalty based product licensing agreements covering Indian Motorcycle branded apparel, toys and home furnishings.

- **National Motorcycle Dealer Network** consisting of approximately 180 authorized dealers covering major demographic areas.

- **Motorcycle Manufacturing Facility Leasehold and Equipment*** consisting of a non-union, state of the art manufacturing and assembly facility equipped with CNC machinery and robotic welders. The current facility can scale to production of 15,000 motorcycles per year. Due to the fairly recent cessation of operations, this facility could be ready to resume production in approximately 30 days. Assets include all company owned tooling, jigs, molds and other items associated with product manufacturing.

- **Furniture Fixtures and Office Equipment*** The assets include office furniture, fixtures, office equipment and computers to support office staff of approximately 150 employees.

- **Product Specific Raw Materials and Work-in-process** consisting of approximately $9MM in raw materials and parts.

    * Certain assets of these classes may subject to personal property leases or security interests which must be satisfied by the Buyer or be excluded from the sale proposed herein.

Please see the accompanying Bid Procedures for instructions on how to place a Bid. The Assignee reserves the right to liquidate all assets by public auction at its discretion.

The purpose of this letter is to provide you with a general overview of the types of assets that are available in the sale of Indian's assets. If you are interested in learning more about the assets of the Company, please contact me at (714) 920-7848.

Best Regards,

*[signature]*

Charles Klaus, Estate Manager