

**WINTHROP COUCHOT**
*Professional Corporation*

Steven L. Cademartori
Paul J. Couchot
Richard H. Golubow
Michael D. Good
Garrick A. Hollander
Peter W. Lianides
Charles Liu

Sean A. O'Keefe
Robert E. Opera
Fidel J. Orantes
Stacey D. Pacelli
Robert W. Pitts
Jennifer S. Vaughan
William J. Wall
Marc J. Winthrop

660 Newport Center Drive • Fourth Floor • Newport Beach • CA • 92660 • Tel: (949) 720-4100 • Fax: (949) 720-4111 • www.winthropcouchot.com

February 10, 2004

**VIA EMAIL AND FACSIMILE: (617) 859-1600**
Sara D. Lipscomb, Esq.
General Counsel and Senoir Vice President,
Audax Group
Indian Motorcycle Company
101 Huntington Avenue
Boston, MA  02199

      RE:    **ABC of Indian Motorcycle Corporation**
                  <u>**Proceeds of Sale of Intellectual Property Assets**</u>

Dear Sara:

      Per our telephone call this afternoon, this letter shall confirm the agreement between CMA Business Credit Services, as assignee for the benefit of creditors of Indian Motorcycle Corporation ("IMCorp"), on the one hand, and Indian Motorcycle Company, along with its various affiliates (collectively, "Indian") and Audax Group, and its various affiliates (collectively "Audax") in their capacity as a secured creditor of IMCorp, Indian and the various affiliates, on the other hand, with respect to the proceeds of any sale or disposition of any intellectual property owned or licensed by Indian or any Indian related entity.

      Specifically, Indian and Audax agree that any such proceeds shall be shared with IMCorp for the benefit of IMCorp's creditors by way of an effective substantive consolidation of all of the Indian related entities and IMCorp. Nothing in our agreement shall affect any secured claim or unsecured claim held by Audax, or any rights related thereto.

      Please execute this letter where indicated below to confirm your understanding of the foregoing. CMA is prepared to undertake certain obligations in reliance on the forgoing agreement and your execution of this letter confirms your authority to confirm the forgoing agreement on behalf of Audax and Indian, and their respective related entities, as defined above.

#95324 v1 - Ltr to S. Lipscomb 2/10/04 re IP Proceeds

**EXHIBIT 6**

February 10, 2004
Page 2

Please call me if you have questions or comments regarding any of the foregoing.

Very truly yours,

Robert W. Pitts

cc: Charles Klaus
Michael L. Joncich

Audax and Indian, as those entities are defined above, agree to the forgoing.

DATED: February 11, 2004    By: _____
                                Sara D. Lipscomb
                                General Counsel
                                Audax Management Company, LLC

WINTHROP
COUCHOT
Professional Corporation

A 000391

TOTAL P.03

```
                        ********************
                        ***   TX REPORT   ***
                        ********************

        TRANSMISSION OK

        TX/RX NO                    4417
        CONNECTION TEL                        919497204111
        SUBADDRESS
        CONNECTION ID
        ST. TIME                    02/11 11:25
        USAGE T                     00'28
        PGS. SENT                   3
        RESULT                      OK
```



AUDAX MANAGEMENT COMPANY, LLC
101 HUNTINGTON AVENUE
BOSTON, MA 02199
TEL 617-859-1500
FAX 617-859-1600
www.audaxgroup.com

FACSIMILE

| To: | Bob Pitts | From: | Teresa Grasso for Sara Lipscomb |
|---|---|---|---|
| Company: | Winthrop Couchot | Date: | February 11, 2004 |
| Phone: | 949.720.4100 | | |
| Fax: | 949.720.4111 | Page: | 1 of 3 |

☐ URGENT    ☐ CONFIDENTIAL    ☐ FOR REVIEW    ☐ PLEASE COMMENT    ☐ PLEASE REPLY

NOTES/COMMENTS:

Thank you,

Teresa

A 000392

# WINTHROP COUCHOT
*Professional Corporation*

Steven L. Cademartori
Paul J. Couchot
Richard H. Golubow
Michael D. Good
Garrick A. Hollander
Peter W. Lianides
Charles Liu
Sean A. O'Keefe
Robert E. Opera
Fidel J. Orantes
Robert W. Pitts
Stacey D. Sarowatz
Jennifer S. Vaughan
William J. Wall
Marc J. Winthrop

660 Newport Center Drive • Fourth Floor • Newport Beach • California • 92660 • Tel: (949) 720-4100 • Fax: (949) 720-4111

## FACSIMILE COVER PAGE

Date:   February 10, 2004                                    File No:    15734.9

Equitrac: 51711

To:                                     Fax Number:           Telephone Number:
Sara D. Lipscomb                        617-859-1600

FROM:   Robert W. Pitts

TOTAL NUMBER OF PAGES INCLUDING THIS FORM IS: 3
*Instructions/Description Of Document Transmitted:*

Letter dated February 10, 2004

NOTE: The information contained in this facsimile document is confidential and is intended only for the use of the individual named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and return the original document to us at the above address via U.S. Mail. We will reimburse you for postage. Thank you.

A 000393