**RichardBlock**

| | |
|---|---|
| From: | Lipscomb, Sara [slipscomb@Audaxgroup.com] |
| Sent: | Monday, October 13, 2003 05:29 PM |
| To: | 'lmk@kutnerlaw.com' |
| Cc: | 'rpitts@winthropcouchot.com'; Richard A. Block; 'foconnell@indianmotorcycle.com'; 'ggallegos@indianmotorcycle.com' |
| Subject: | FW: IMCOA - Spokes discovery |
| Attachments: | 2003_06_Invoice_IndianMotorcycleCompany_Spokes.pdf; 2003_0903_Spokes_Invoices.pdf |

October 13, 2003

Mr. Kutner: After receiving a "courtesy copy" of your client's letter dated October 8, 2003, I, on behalf of the Chairman of the Board of Indian Motorcycle Company, Frank O'Connell, requested information concerning the amounts purportedly owing to your client. It is my understanding based on the below-referenced invoices, that $7077.29 presently is due and owing your client. Please confirm that amount so that arrangements for payment can be made.

    Please also do not take my decision to not address the points raised by your client in the above-referenced letter as in any way an acquiescence by Indian Motorcycle Company in his characterization of either the "facts" or what the relevant agreements require of the parties thereto.

    Finally, it is my understanding that your client, Richard Block, spoke with Mr. Pitts, counsel for the Assignee for Indian Motorcycle Corporation, today. Thereafter, at approximately 4 pm EST, per your client's request, Mr. Pitts telephoned me to relay a message from him. I can only hope I misunderstood Mr. Pitts, but based on what Mr. Pitts relayed to me, it sounded like a flagrant attempt by your client to extort money from Audax, *i.e.*, that if Audax paid Mr. Block (or perhaps it was Sterling or the Receiver) a certain undisclosed [to Mr. Pitts] amount of money, he would "walk away". When I asked Mr. Pitts if he meant instead of Indian Motorcycle Company paying your client's outstanding fees, Mr. Block had suggested Audax pay them, Mr. Pitts repeated that that was not his conversation with Mr. Block--your client referred to a one-time payment of some amount of money by Audax to "buy out the agreement" and walk away. In addition, Mr. Block purportedly said that an agreement needed to be reached this afternoon. I have no idea what agreement your client thinks needs to be bought out by Audax or the basis for any such buyout. Although email likely is not a forum conducive to conclusive determination of what really happened in your client's conversation with Mr. Pitts, suffice it to say, that if the state of affairs is anywhere close to my present understanding, as Audax' General Counsel, I am profoundly disturbed that your client, *inter alia*, would attempt to pressure Audax into making a one-time payment to him to "go away" on just 2 hours notice; would threaten to interfere with Audax' prospective business advantage; and would seemingly imply a contractual obligation that Audax has to him when no such obligation exists.

    Should you wish to discuss this matter insofar as it concerns Audax, you can reach me at 617.859.1515. With respect to the amounts owing your client, please confirm the amounts, so that payment arrangements can be made by Indian Motorcycle Company.

    Sara Lipscomb

-----Original Message-----
**From:** ggallegos@indianmotorcycle.com [mailto:ggallegos@indianmotorcycle.com]
**Sent:** Monday, October 13, 2003 2:23 PM

04/13/2005



EXHIBIT 8