**RichardBlock**

**From:** foconnell@indianmotorcycle.com
**Sent:** Monday, October 20, 2003 06:24 PM
**To:** Richard A. Block
**Subject:** Frank O'Connell

October 20, 2003

Indian Motorcycle Company
200 East Tenth Street
Gilroy, California  95020

Mr. Richard Block
Sterling Consulting Corporation
4101 East Louisiana Avenue
Suite 300
Denver, CO 80246

Dear Mr. Block:

It is my understanding that Sterling Consulting Corporation (referred to as "Sterling" herein) has invoiced IMCOA in the amount of $7077.29, in connection with Sterling's participation in discovery for the *Spokes* matter and pursuant to a Settlement Agreement dated August 31, 2000 (and related settlement documents thereto), by and between Sterling (both as Receiver and in its individual capacity), on the one hand, and Indian Motorcycle Company, IMCOA Licensing America, Inc., and IMCOA Holdings America, Inc., (collectively referred to as "Indian" herein), on the other hand. If you would please confirm the amount and provide me with wiring instructions, Indian will make arrangements for payment.

Pursuant to the Settlement Agreement referenced above and the related settlement documents, please take note that Indian is contemplating entering into an agreement to assign or sell certain of its assets, including but not limited to certain trademark rights and intellectual property.  Should Indian elect to do so, it will provide prior notice of any such assignment pursuant to 6.12 of the Indemnification Agreement entered August 31, 2000, and require such assignee, if any, to assume such obligations as are required under that agreement, the Settlement Agreement and related documents.  Please note that nothing herein shall constitute a waiver of Indian's rights and remedies in connection with these matters and the documents referenced herein, all of which are expressly reserved.

If you have any questions, please do not hesitate to email me at

04/13/2005



foconnell@indianmotorycle.com.

          Sincerely,

          Frank O'Connell
          Chairman of the Board

04/13/2005