IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

**Civil Case No. 95-cv-00777-REB-CBS**     **FTR -** Reporter Deck-Courtroom A402
**Date:   July   10,   2006**     Courtroom Deputy, Ellen E. Miller

In re: Receivership Estate of INDIAN MOTORCYCLE
MANUFACTURING, INC., a New Mexico corporation,

---

### COURTROOM   MINUTES  /  MINUTE  ORDER

---

**HEARING:    MOTIONS    HEARING**
**Court in session:**   9:19 a.m.
Court calls case.  Appearance of counsel.  Present in the courtroom are John 'Jack' M. Tanner, Richard Block of Sterling Consulting Corporation, and Thomas Quinn on behalf of Sterling Consulting in its own capacity.   Also present are Michael J. Pankow for Defendant Pacelli , Julie A. Trent, Robert W. Pitts for IMCOA,   and Michael A. Chodos for Audax.  Appearing by telephone are Adam F. Hulbig and Peter Sklarew for Intervenor USA.

Discussion is held regarding the pending motions.

**It is ORDERED:**.     MOTION   FOR LEAVE TO SUBMIT DISPUTE TO MAGISTRATE JUDGE, as Required by Settlement Agreement (filed December 09, 2005,  doc. no. **1979**) is **GRANTED.**
The parties have TWO (2) WEEKS   within which to  submit  simultaneous briefs  which  shall be   no   more  than ten (10) pages.
Simultaneous   responses  must then be   filed   within  FIVE (5) DAYS   with a page limit of  five (5) pages.
The Court will review  the  documents  and  determine whether or not to set a Settlement Conference.

**It is ORDERED:**     MOTION   TO  DEPOSIT  FUNDS  INTO  REGISTRY  OF COURT (Motion to  Interplead)      (filed 2/24/2006; doc. no. **2165**)  is   **DENIED.**

**It is ORDERED:**     MOTION    TO COMPEL DISCOVERY AGAINST AUDAX AND CMA (filed 3/23/2006; doc. no. **2195**) is     **DENIED without prejudice.**

**It is ORDERED:**     MOTION    TO    STRIKE    [2195]    MOTION to Compel Discovery Against    Audax and    CMA     (filed 4/12/06; doc. No. **2218**) is    **DENIED.**

**It is ORDERED:**     MOTION    TO WITHDRAW AS ATTORNEY AND REMOVE   FROM

SERVICE LIST   (filed 4/12/06; doc. No. **2220**) is   **GRANTED .**

It is noted that previously attorneys have withdrawn and have not provided client contact information. The Court directs counsel in this case to include client names, addresses, and telephone numbers in any future motions to withdraw as attorney of record.

**It is ORDERED:**   MOTION for (1)Reconsideration of Certain Orders Allowing Attorneys for Claimants to Withdraw Without Providing Contact Information for Claimants and to (2) Establish Procedure for Attorney Withdrawals in the Future (filed 4/12/06; doc. No. **2222**) is   **GRANTED IN PART AND DENIED IN PART.**
Future Motions to Withdraw in this case will not be ruled on before the time period set forth in D.C.COLO.LCivR 7.1c has passed.
The motions is denied as to the Motion for Reconsideration.

HEARING CONCLUDES.

**Court in recess:**   10:42   a.m.
Total In-Court Time:   01:23