**UNITED STATES DISTRICT COURT**
ROOM 145, U.S. COURTHOUSE
DENVER, COLORADO 80294-3589

OFFICIAL BUSINESS

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL -7 2006

GREGORY C. LANGHAM
　　　　　　　　CLERK

Jeffrey M. Perkins
Western Design Engineering, Inc.
808 Airport Road
Jackson, MI 49202

Not Deliverable as Addressed
Unable to Forward
RETURNED TO SENDER

95 cv 777 REB
#2300

No Better Address

UTF
RS
J-L
215