OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ROOM 145, U.S. COURTHOUSE
DENVER, COLORADO 80294-3589

OFFICIAL BUSINESS

~~C/ ~~ ble, Esq.
Noble Assoc~~~~
11 Pine Street
Plainville, CT 06103

95cv777 REB
#2300
No Better Address

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 11 2006

GREGORY C. LANGHAM
CLERK


