*Ira.*

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ROOM 145, U.S. COURTHOUSE
DENVER, COLORADO 80294-3589

OFFICIAL BUSINESS

95 cv 777 REB
#2300

No Better Address

Carol Furtier
2500 Military Trail
Boca Raton, FL 33431

ROUTE NO.
ROUTE NO. _____ DATE
TO FORWARD
ADDRESS UNABLE
CARR. INITIALS _____

ROUTE NO.
ROUTE NO. _____
TO FORWARD
CARR. INITIALS _____

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 1 3 2006

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Case No. 95-cv-00777-REB-CBS

In re: Receivership Estate of INDIAN MOTORCYCLE
MANUFACTURING, INC., a New Mexico corporation,

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

IT IS HEREBY ORDERED that United States' Unopposed Motion to Permit Out-of-Town Counsel to Appear Telephonically at July 10, 2006 Hearing *(doc. no.2297)* is **GRANTED.** Messrs Hulbig and Sklarew are directed to contact the court by dialing **303.844.2117** a few minutes prior to the scheduled start time of the conference.

**DATED:**   June 28, 2006