Case No. 1:95-cv-00777-REB-CBS   Document 2313-1   filed 07/13/06   USDC Colorado   pg 1 of 2

FoE

**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
ROOM 145, U.S. COURTHOUSE
DENVER, COLORADO 80294-3589

OFFICIAL BUSINESS

Anthony Pugliese
2500 Military Trail
Boca Raton, FL 33431

95-cv-777 REB
#2300
No Better Address

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 13 2006

GREGORY C. LANGHAM
CLERK

☐ INSUFFICIENT ADDRESS
☐ NO SUCH NUMBER
☐ UNCLAIMED ☐ REFUSED
☐ ATTEMPTED NOT KNOWN
☐ NO SUCH STREET
☐ VACANT
☐ NO RECEPTACLE
☐ NOT DELIVERABLE AS ADDRESSED-UNABLE TO FORWARD
ROUTE NO. ___ DATE ___
CARR. INITIALS ___



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Case No. 95-cv-00777-REB-CBS

In re: Receivership Estate of INDIAN MOTORCYCLE
MANUFACTURING, INC., a New Mexico corporation,

### MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER

IT IS HEREBY ORDERED that United States' Unopposed Motion to Permit Out-of-Town Counsel to Appear Telephonically at July 10, 2006 Hearing (*doc. no.2297*) is **GRANTED**. Messrs Hulbig and Sklarew are directed to contact the court by dialing **303.844.2117** a few minutes prior to the scheduled start time of the conference.

**DATED:**     June 28, 2006