OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ROOM 145, U.S. COURTHOUSE
DENVER, COLORADO 80294-3589

OFFICIAL BUSINESS

Ronald Garcia
2505 Madison, North East
Albuquerque, NM 87101



DO NOT FORWARD

UKN

ATTEMPTED NOT KNOWN

CANNOT LOCATE
95-CV-777
#2300
REB-CBS