OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ROOM 145, U.S. COURTHOUSE
DENVER, COLORADO 80294-3589

OFFICIAL BUSINESS

Donald   Schunk
12572 Durrow Court
St. Louis, MO 63141

FUE
4167
27-1

CANNOT LOCATE
95-CV-777
#2300
REB-CBS

