**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  95-cv-00777-REB-CBS

STERLING CONSULTING CORPORATION, as Receiver for Indian Motorcycle Manufacturing Company, Inc.,

Plaintiff,

v.

CREDIT MANAGERS ASSOCIATION OF CALIFORNIA, D/B/A CMA BUSINESS CREDIT SERVICES;
INDIAN MOTOCYCLE COMPANY;
IMCOA LICSING AMERICA, INC.;
IMCOA HOLDINGS AMERICA, INC.;
INDIAN MOTORCYCLE CORPORATION;
INDIAN MOTORCYCLE REAL ESTATE SERVICES, INC.;
AUDAX PRIVATE EQUITY FUND, LLP as agent for itself and for
AUDAX CO-INVEST, L.P.,
AUDAX SPECIAL PURPOSE CO-INVEST, L.P.
AUDAX TRUST CO-INVEST, L.P.
PAHL & GOSSELIN, a professional corporation;

Defendants.

---

**JOINT MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE
RESPOND TO RECEIVER'S "FIRST AMENDED COMPLAINT" [Doc. 2306], FILED
BY (i) AUDAX PRIVATE EQUITY FUND, L.P., AND
(ii) CMA BUSINESS CREDIT SERVICES**

---

COME NOW Defendants Audax Private Equity Fund, LP, sued herein as Agent for itself and for the other named Audax defendants (collectively "Audax"); and Credit Managers Association of California, dba CMA Business Credit Services ("Assignee" or "CMA") as Assignee, pursuant to California Assignments for the Benefit of Creditors and General Assignments (the "ABCs") by Indian Motorcycle Company ("Indian"), Indian Motorcycle Corporation ("IMCorp"), Indian Motorcycle Real Estate Services, Inc. ("IMRES"), IMCOA Licensing America, Inc. ("IMCOA Licensing"), and IMCOA Holdings America, Inc. ("IMCOA

1

Holdings") (collectively, Indian, IMCorp, IMRES, IMCOA Licensing, and IMCOA Holdings are referred to herein as the "Indian Entities"), on behalf of each of the Indian Entities, and in its individual corporate capacity; by and through their respective counsel, and hereby submit their Special Appearance and Joint Motion for Extension of Time to Answer or Otherwise Respond to First Amended Complaint pursuant to Fed. R. Civ. P. 15(b) and 6(b).

As grounds, Defendants state as follows:[1]

## RULE 7.1 CONFERENCE

In accordance with Dist. Colo. Local Rule 7.1, Defendants Audax and CMA conferred with the Receiver's counsel in order to ascertain whether the Receiver would oppose the within request for additional time to answer or otherwise respond to the Receiver's "First Amended Complaint." [Doc. No. 2306] The Receiver, through his counsel, indicated that he does not oppose the within request for an extension of time.

## REQUEST FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND

1. On July 10, 2006, Sterling Consulting Corp., as Receiver, filed Doc. No. 2306, captioned "First Amended Complaint." It names CMA, various Indian Entities of which CMA is the Assignee, various Audax entities, and Pahl & Gosselin, a law firm. Apparently, it is intended to amend the original Complaint [Doc. No. 1] filed in the Receivership on April 7, 1995.[2]

2. None of the defendants named in the "First Amended Complaint" [Doc. No. 2306] were parties to the Receivership action at the time the First Amended Complaint was filed

---

[1] Audax and CMA expressly reserve all their objections to the Receiver's claims, including without limitation objections based upon lack of jurisdiction, and will assert them as such time as their answer or other response to the Receiver's claims against them is due.

[2] Audax twice requested, in writing, that the Receiver clarify which pleading it purports to be "amending" with the filing of the "First Amended Complaint," but the Receiver refused to respond to Audax's request.

2

by the Receiver on July 10, 2006.  Nor have either the Audax entities or CMA (either in its own capacity or as Assignee of the Indian Entities) been served with the "First Amended Complaint." However, Audax and CMA are aware of the document because of the ECF filing system. Because the document is captioned "First Amended Complaint;" and because under Fed. R. Civ. Proc. 15(a) a party is ordinarily required to respond to an amended pleading within 10 days after its filing; Audax and CMA believe they may be obligated to respond to the "First Amended Complaint" within 10 days after its filing.

3. On July 13, 2006, this Court issued, *sua sponte*, an Order to Show Cause [Doc. No. 2312] why the Receiver's "First Amended Complaint" should not be stricken.

4. Audax and CMA respectfully submit that it would be a waste of time, effort and Court resources for them to have to respond to the "First Amended Complaint" while the OSC is pending, as the First Amended Complaint may be stricken.

5. Accordingly, in order to save this Court's time and the parties' time and money, Defendants seek an extension of time to answer or otherwise respond to the currently pending "First Amended Complaint" until thirty days from this Court's order on the pending Order to Show Cause [Doc. No. 2312].

WHEREFORE Defendants jointly request an extension of time to answer or otherwise respond to the currently pending "First Amended Complaint" until thirty days from this Court's Order on the pending Order to Show Cause [Doc. No. 2312].

/ / /


/ / /

Respectfully submitted this 18th day of July, 2006.

By:    /s Michael Chodos
Michael Chodos, Esq.
56 Malaga Cove Plaza
Palos Verdes Estates, CA  90274-1306
Ph:  (310) 791-1928
Fax:  (310) 791-1958
E-mail:  Michael@chodos.com

Eugene M. Sprague, Esq.
Berenbaum, Weinshienk & Eason, PC
370 Seventeenth Street
Republic Plaza, 48th Floor
Denver, CO  80202-5698
Ph:  303-592-8327
Fax:  303-629-7610
E-mail:  esprague@bw-legal.com

*Attorneys for Audax Private Equity Fund, L.P.*


By:    s/ Julie Trent
Julie Trent, No. 17086
BIEGING SHAPIRO & BURRUS LLP
4582 S. Ulster Street Pkwy., Suite 1650
Denver, CO  80237
Office:  (720) 488-0220
Fax:  (720) 488-7711
Email: jt@bsblawyers.com

Robert Pitts
LAW OFFICE OF ROBERT W. PITTS
660 Newport Center Drive, Suite 400
Newport Beach, California 92660
T:  949-720-4125
F:  949-720-4111
E:  rpitts@lawrwp.com

*Attorneys for Defendants CMA, in its own capacity and as Assignee of the Indian Entities*

4

CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of July, 2006, I electronically served the foregoing **JOINT MOTION BY AUDAX AND CMA FOR EXTENSION OF TIME TO RESPOND TO RECEIVER'S "FIRST AMENDED COMPLAINT"** on the following parties at the email addresses below. I electronically filed said document with the Clerk of the Court using the CM/ECF system on June 28, 2006, which will send notification of such filing to the following email addresses:

jtanner@fwlaw.com
ahale@haldfriesen.com
eramey@ir-law.com
spack@ir-law.com
jcage@cagewilliams.com
glen.keller@dgslaw.com
jelliff@mofo.com
adam.f.hulbig@usdoj.gov
mgoschetti@hatchlawyers.com
csasso@bakerlaw.com
mpankow@bhf-law.com
dgarfield@bhf-law.com

Additional copy via email to:

Clients of Moving Parties:

Sara Lipscomb, Esq.
Audax Private Equity Fund, LP
Via email

Michael Joncich
Credit Managers Association of California
Via email

John Tanner, Esq.
Fairfield and Woods, P.C.
1700 Lincoln St., #2400
Denver. CO 80203
Phone: (303)830-2400
Fax: (303)830-1033
Email: jtanner@fwlaw.com

Thomas F. Quinn, Esq.
Thomas F. Quinn, P.C.
1600 Broadway, Suite 1675
Denver, CO  80202
Ph: (303) 832-4355

5

Fax: (303) 672-8281
Email: tquinn@tfqlaw.com

Julie Trent, Esq.
Bieging, Shapiro & Burrus, LLP
4582 S. Ulster Street Pkwy., Suite 1650
Denver, CO  80237
Ph: (720) 488-0220
Fax: (720) 488-7711
Email: jt@bsblawyers.com


By:     s/ Michael Chodos
        Michael Chodos, Esq.

Michael Chodos, Esq.
56 Malaga Cove Plaza
Palos Verdes Estates, CA  90274-1306
Ph: (310) 791-1928
Fax: (310) 791-1958
Email: michael@chodos.com

Eugene M. Sprague, Esq.
Berenbaum, Weinshienk & Eason, PC
370 Seventeenth Street
Republic Plaza, 48th Floor
Denver, CO  80202-5698
Phone:  303-592-8327
Fax:  303-629-7610
Email: esprague@bw-legal.com