**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  95-cv-00777-REB-CBS

STERLING CONSULTING CORPORATION, as Receiver for Indian Motorcycle Manufacturing Company, Inc.,

Plaintiff,

v.

CREDIT MANAGERS ASSOCIATION OF CALIFORNIA, D/B/A CMA BUSINESS CREDIT SERVICES;
INDIAN MOTOCYCLE COMPANY;
IMCOA LICSING AMERICA, INC.;
IMCOA HOLDINGS AMERICA, INC.;
INDIAN MOTORCYCLE CORPORATION;
INDIAN MOTORCYCLE REAL ESTATE SERVICES, INC.;
AUDAX PRIVATE EQUITY FUND, LLP as agent for itself and for
AUDAX CO-INVEST, L.P.,
AUDAX SPECIAL PURPOSE CO-INVEST, L.P.
AUDAX TRUST CO-INVEST, L.P.
PAHL & GOSSELIN, a professional corporation;

Defendants.

---

**[PROPOSED] ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO RECEIVER'S "FIRST AMENDED COMPLAINT" [Doc. 2306], FILED BY (i) AUDAX PRIVATE EQUITY FUND, L.P., AND (ii) CMA BUSINESS CREDIT SERVICES**

---

The Joint Motion of Defendants Audax Private Equity Fund, LP and Credit Managers Association of California, dba CMA Business Credit Services for an Extension of Time to Answer or Otherwise Respond to "First Amended Complaint," having been filed with the Court, and said Motion being unopposed, and GOOD CAUSE for said Motion appearing by virtue of the pendency of this Court's Order to Show Cause Why First Amended Complaint Should Not be Stricken [Doc. No. 2312], said Motion is hereby GRANTED.

1

It is therefore ORDERED that defendants Audax Private Equity Fund, LP, as Agent for itself and for Audax Co-Invest, L.P., Audax Special Purpose Co-Invest, L.P., and Audax Trust Co-Invest, L.P., and Credit Managers Association of California, dba CMA Business Credit Services ("Assignee" or "CMA"), in its individual corporate capacity and Assignee for Indian Motorcycle Company, Indian Motorcycle Corporation, Indian Motorcycle Real Estate Services, Inc., IMCOA Licensing America, Inc., and IMCOA Holdings America, Inc., shall have an extension of time to answer or otherwise respond to the currently pending "First Amended Complaint" [Doc. No. 2306] until thirty days from the date of this Court's Order on the pending Order to Show Cause [Doc. No. 2312].

SO ORDERED.

DATED: _____

JUDGE OF THE UNITED STATES DISTRICT COURT


## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of July, 2006, I electronically served the foregoing **PROPOSED ORDER ON JOINT MOTION BY AUDAX AND CMA FOR EXTENSION OF TIME TO RESPOND TO RECEIVER'S "FIRST AMENDED COMPLAINT"** on the following parties at the email addresses below.  I electronically filed said document with the Clerk of the Court using the CM/ECF system on July 18, 2006, which will send notification of such filing to the following email addresses:

jtanner@fwlaw.com
ahale@haldfriesen.com
eramey@ir-law.com
spack@ir-law.com
jcage@cagewilliams.com
glen.keller@dgslaw.com
jelliff@mofo.com
adam.f.hulbig@usdoj.gov
mgoschetti@hatchlawyers.com
csasso@bakerlaw.com
mpankow@bhf-law.com
dgarfield@bhf-law.com

Additional copy via email to:

Clients of Moving Parties:

Sara Lipscomb, Esq.
Audax Private Equity Fund, LP
Via email

Michael Joncich
Credit Managers Association of California
Via email

John Tanner, Esq.
Fairfield and Woods, P.C.
1700 Lincoln St., #2400
Denver. CO 80203
Phone: (303)830-2400
Fax: (303)830-1033
Email: jtanner@fwlaw.com

Thomas F. Quinn, Esq.
Thomas F. Quinn, P.C.
1600 Broadway, Suite 1675
Denver, CO  80202
Ph: (303) 832-4355

3

Fax: (303) 672-8281
Email: tquinn@tfqlaw.com

Julie Trent, Esq.
Bieging, Shapiro & Burrus, LLP
4582 S. Ulster Street Pkwy., Suite 1650
Denver, CO  80237
Ph: (720) 488-0220
Fax: (720) 488-7711
Email: jt@bsblawyers.com

          By:     s/ Michael Chodos
                Michael Chodos, Esq.

Michael Chodos, Esq.
56 Malaga Cove Plaza
Palos Verdes Estates, CA  90274-1306
Ph: (310) 791-1928
Fax: (310) 791-1958
Email: michael@chodos.com

Eugene M. Sprague, Esq.
Berenbaum, Weinshienk & Eason, PC
370 Seventeenth Street
Republic Plaza, 48th Floor
Denver, CO  80202-5698
Phone:  303-592-8327
Fax:  303-629-7610
Email: esprague@bw-legal.com