CE OF THE CLERK
d States District Court
9th Street, Room A105
er, CO 80294-3589

IAL BUSINESS





Jeffrey M. Perkins
Western Design Engineering, Inc.
808 Airport Road
Jackson, MI 49202





**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 18 2006

GREGORY C. LANGHAM
           CLERK

CANNOT LOCATE
95-CV-777

#2307, 2308

REB-CBS