

CE OF THE CLERK
d States District Court
9th Street, Room A105
er, CO 80294-3589
IAL BUSINESS

ATTEMPTED NOT KNOWN

Chuck Krowczyk
1853 South Marshall Circle
Lakewood, CO 80232

unknown
3210
Dye

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 1 8 2006

GREGORY C. LANGHAM
CLERK

CANNOT LOCATE
95-CV-777
#2307, 2308
REB-CBS