IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  95-cv-00777-REB-CBS

STERLING CONSULTING CORPORATION, as receiver for Indian Motorcycle Manufacturing Company, Inc.

Plaintiff,

v.

CREDIT MANAGERS ASSOCIATION OF CALIFORNIA, D/B/A CMA BUSINESS CREDIT SERVICES;
INDIAN MOTORCYCLE COMPANY;
IMCOA LICENSING AMERICA, INC.;
IMCOA HOLDINGS AMERICA, INC.;
INDIAN MOTORCYCLE CORPORATION;
INDIAN MOTORCYCLE REAL ESTATE SERVICES, INC.;
AUDAX PRIVATE EQUITY FUND LLP as agent for itself and for
AUDAX CO-INVEST, L.P.,
AUDAX SPECIAL PURPOSE CO-INVEST, L.P.,
AUDAX TRUST CO-INVEST, L.P.
PAHL & GOSSELIN, a professional corporation;

Defendants.

---

**RECEIVER'S RESPONSE TO "JOINT MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO RECIEVER'S 'FIRST AMENDED COMPLAINT'" [DOC. NO. 2315]**

---

Sterling Consulting Corporation, by and through its attorneys, Fairfield and Woods, P.C., hereby responds to the Joint Motion for Extension of time as follows:

1. The receiver has no objection to the extension of time until the Court resolves the Show Cause Order. The only reason for this filing is to respond to an incorrect statement in the Joint Motion.

2.	In paragraph 2 it states, "none of the defendants named in the 'First Amended Complaint' [doc. no. 2306] were parties to the receivership action at the time the First Amended Complaint was filed by the receiver on July 10, 2006." The receiver disagrees with this as it relates to CMA.

3.	CMA has filed many affirmative and responsive pleadings requesting relief from this Court in the Receivership Action, including the following: on June 22, 2004, CMA filed its Emergency Motion to Unseal Indemnification Agreement in the Receivership Action, on December 9, 2005, CMA filed its Motion for Leave to Submit Dispute to Magistrate Judge, on March 16, 2006 CMA filed its Response to Motion re Motion to Deposit Funds into Registry of Court, on March 24, 2006 CMA filed its Unopposed Motion to Unseal Document, and on April 12, 2006 CMA filed its Motion to Strike, on June 30, 2006. By filing each of these, not to mention the combined effect, CMA long ago entered a general appearance and subjected itself to the general jurisdiction of this Court.

WHERFORE, Sterling Consulting Corporation, as receiver, prays that this Court grant the extension of time requested so that no responses to the First Amended Complaint are due until thirty days after the Court discharges the Order to Show Cause entered July 13, 2006, and that this Court take notice that CMA is a party to the Receivership Action.

DATED this 18th July, 2006.

By: s/ *John M. Tanner*
Fairfield and Woods, P.C.
1700 Lincoln Street, Suite 2400
Denver, CO 80203-4524
Phone: (303) 830-2400

Fax: (303) 830-1033
Email: jtanner@fwlaw.com

Attorney for Plaintiff Sterling
Consulting Corporation, as receiver

## CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses or as indicated below or by United States Mail, postage prepaid:

**VIA CM/ECF TO:**

Alan Lemont Hale Esq.
Hale Friesen, LLP
1430 Wynkoop St., Ste. 300
Denver, CO 80202
**Attorney for Richard Basciani, N. Rooke Everill, Pres./Everill Bros., Inc., John H. Nicholson or Virginia A. Nicholson**
ahale@haldfriesen.com

Edward T. Ramey, Esq.
Stuart H. Pack, Esq.
Isaacson Rosenbaum
 Woods and Levy
633 17th St., Ste. 2200
Denver, CO 80202
**Attorneys for William R. Childs, Scott McCormick, Jr., Douglas Walliser, Ronald Schiff, Edward Pacelli, Morty Lempel, A.B. Goldberg, First Entertainment, Harvey Rosenberg**
eramey@ir-law.com
spack@ir-law.com

James R. Cage, Esq.
Cage Williams Abelman
 & Layden, P.C.
St. Elmo Bldg.
1433 17th St.
Denver, CO 80202-1273
**Attorney for Carl D. Lucci/Albert R. Lucci**
jcage@cagewilliams.com

J. Eric Ellliff, Esq.
Kristen Taylor-Randall, Esq.
Morrison & Foerster, LLP
370 17th St., Ste. 3550
Denver, CO 80203
**Attorney for IMCOA**
jelliff@mofo.com

Adam F. Hulbig
Trial Attorney, Tax Division
US Dept. of Justice
PO Box 683
Ben Franklin Station
Washington, DC 20044
**Attorney for United States of America**
adam.f.hulbig@usdoj.gov

Gary C. Moschetti, Esq.
Hatch & Moschetti, LLP
1800 Glenarm Pl., 9th Floor
Denver, CO 80202
**Attorney for Edward Leal**
gmoschetti@hatchlawyers.com

Cassandra Sasso, Esq.
Baker & Hostetler
303 E. 17th Ave., Ste. 1100
Denver, CO 80203-1264
**Attorney for Michelle Lean**
csasso@bakerlaw.com

Michael J. Pankow
Daniel J. Garfield
Brownstein Hyatt & Farber PC
410 17th Street, Suite 2200
Denver, CO 80202
**Attorneys for Michael Payne**
mpankow@bhf-law.com
dgarfield@bhf-law.com

**VIA UNITED STATES MAIL:**
James Duberg, Esq.
727 Third Ave.
Chula Vista, CA 91910-5803

Mark S. Schmidt, Esq.
Miller Simon & Maier, S.C.
788 North Jefferson Street
Milwaukee, WI 53202
**Attorney for Miller Simon & Maier**

Peter C. Freeman, Esq.
Law Offices of Peter C. Freeman
16485 Laguna Canyon Rd., Ste. 230
Irvine, CA 92618-3846
**Attorney for Scott Kajiya**

Mr. Albert Lucci
1930 Wyoming Ave.
Fort Pierce, FL 34982
Robert W. Hallock, Esq.
202 S. Merrill St.
Park Ridge, IL 60068-4223

Peter Sklarew, Esq.
Assistant Chief
Civil Trial Section, Northern Region
United States Dept. of Justice
Tax Division
PO Box 55
Washington, D.C. 20044
**Attorney for IRS**

Robert J. Danie, Eq.
9 Wagon Wheel Drive
Feeding Hills, MA 01030

Noreene C. Stehlik, Esq.
U.S. Dept. of Justice
PO Box 683
Ben Franklin Station
Washington, D.C. 20044
**Attorney for IRS**

Robert L. Morrow, Jr., MD
401 N. College Rd., #5
Lafayette, LA 70506
Nicholas A. Russo, Sr.
310 Extonville Road
Allentown, NJ 08501

Richard J. Cortesi
5316 Camino Montano, N.E.
Albuquerque, NM 87111

Albert R. Gazza
589 Manchester
E. Glastonbury, CT 06025-0085

Ronald Fulfer
15315 S. Francis Dr.
Plainfield, IL 60544

Richard Dale Wood
13997 80th Ave. North
Maple Grove, MN 55311

Steve Halprin
1316 Penningtow Place
Concord, N.C. 28207

Alf Iseback
Gamla Tuvevagen 4
41705 Goteborg
**SWEDEN**

Kathryn L. Troccoli
1911 Champlain St.
Ottawa, IL  61350

Ed Pink
Ed Pink Racing Engines, Inc.
14612 Raymer Street
Van Nuys, CA  91405

Montgomery & Andrews, P.A.
325 Paseo De Peralta
Santa Fe, NM  87501

John Inelli
17 Old Farmstead Rd.
Chester, NJ  07930

Eller Industries
c/o Leonard S. ("Lonnie") Labraiola
6035 N. 115th Street
Longmont, CO  80504-8434

**Registered Agent:**
Randal L. Hittle
1630 Main Street, Suite 202
Longmont, CO  80501

**VIA E-MAIL:**
Richard A. Block
President
Sterling Consulting Corporation
4101 E. Louisiana Ave., Ste. 300
Denver, CO  80246
**Receiver**
rblock@xpn.com

**Courtesy Copies to:**
Julie Trent
jt@bsblawyers.com

Eugene Sprague
esprague@bw-legal.com

Michael Chodos
michael@chodos.com

Robert Pitts
rpitts@lawrwp.com


By:     *s/ John M. Tanner*
         Fairfield and Woods, P.C.
         1700 Lincoln St., #2400
         Denver, CO  80203
         Phone:  (303) 830-2400
         Fax:  (303) 830-1033
         Email:  jtanner@fwlaw.com