IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 95-cv-0777-REB-CBS

In re:  THE RECEIVERSHIP ESTATE OF INDIAN MOTORCYCLE MANUFACTURING, INC.

## ASSIGNEE'S REPLY TO RECEIVER'S RESPONSE TO MOTION

COMES NOW Credit Managers Association of California, dba Business Credit Services ("Assignee" or "CMA") as Assignee, pursuant to California Assignments for the Benefit of Creditors and General Assignments (the "ABCs") by Indian Motorcycle Company ("Indian"), Indian Motorcycle Corporation ("IMCorp"), Indian Motorcycle Real Estate Services, Inc. ("IMRES"), IMCOA Licensing America, Inc. ("IMCOA Licensing"), and IMCOA Holdings America, Inc. ("IMCOA Holdings") (collectively, Indian, IMCorp, IMRES, IMCOA Licensing, and IMCOA Holdings are referred to herein as the "Indian Entities"), and files this Reply to the Receiver's Response ("Response")to Joint Motion for Extension of Time to Respond to First Amended Complaint.  As grounds, Assignee states as follows:

1.  Once again, the Receiver has "responded" to a motion for which it has stated it has no opposition, in an attempt to obtain a ruling on a collateral issue.  On the previous attempt, specifically, in the Receiver's Response to Unopposed Motion to Unseal Settlement Agreement and Indemnification Agreement [Docket No. 2199], the Receiver sought this Court's adjudication of the Assignee's ability to act on behalf of the Indian Entities, an issue that was entirely collateral to the issue addressed in the unopposed motion.  In the Order Granting Unopposed Motion to Unseal the Settlement Agreement and Indemnification Agreement [Docket

No. 2229], this Court properly ruled on the matter before it and declined the Receiver's invitation to rule on collateral matters. This Court should again decline to do so in this instance.

2. As to the substance of the Receiver's Response, suffice to say that the Assignee disagrees with the Receiver's statements in its Response to Motion [Docket No. 2318]. The Assignee will address said issue if and when it arises. Until such time, the Assignee reserves all rights and defenses with respect thereto.

Respectfully submitted this 19th day of July, 2006.

**BIEGING SHAPIRO & BURRUS LLP**

By: s/ Julie Trent
Julie Trent, No. 17086
4582 S. Ulster Street Pkwy., Suite 1650
Denver, CO 80237
Office: (720) 488-0220
Fax: (720) 488-7711
E-mail: jt@bsblawyers.com

Robert Pitts
LAW OFFICE OF ROBERT W. PITTS
660 Newport Center Drive, Suite 400
Newport Beach, California 92660
T: 949-720-4125
F: 949-720-4111
E: rpitts@lawrwp.com
*Attorneys for CMA as Assignee of the Indian Entities*

## CERTIFICATE OF SERVICE

I hereby certify that on July 19th, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the parties who have entered a CM/ECF appearance in this matter

And by facsimile number to the following:

| | |
|---|---|
| Michael E. Chodos, Esq.<br>Michael E. Chodos, Attorney at Law<br>56 Malaga Cove Plaza<br>Palos Verdes Estates, CA 90274 | Fax:   310.791.1958 |
| Jack Tanner, Esq.<br>Fairfield & Woods, PC<br>1700 Lincoln St., Suite 2400<br>Denver, CO  80203 | Fax:   303.830.1033 |
| Tom Quinn, Esq.<br>1600 Broadway, Suite 1675<br>Denver, CO  80202 | Fax:   303.672.8281 |

                                                s/ Julie Trent
**Julie Trent**, No. 17086
Bieging Shapiro & Burrus, LLP
4582 South Ulster Street Parkway, Suite 1650
Denver, Colorado 80237
Telephone:  (720) 488-0220
Fax: (720) 488-7711
E-mail:  jt@bsblawyers.com