CE OF THE CLERK
d States District Court
9th Street, Room A105
er, CO 80294-3589

IAL BUSINESS



Ronald Garcia
2505 Madison, North East
Albuquerque, NM 87101

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 19 2006

GREGORY C. LANGHAM
                              CLERK

CANNOT LOCATE
95-CV-777
#2307, 2308, 2309