:E OF THE CLERK
l States District Court
9th Street, Room A105
:r, CO 80294-3589

AL BUSINESS



Steven DeStout
#1 South Water Street
Henderson, NV 89105



X Forwarding Order Expired
☐ Insufficient Address
☐ Moved, Left No Address
☐ Unclaimed  ☐ Refused
☐ Attempted, Not Known
☐ No Such Street
☐ No Such Number
Route No.___ Date___
Carr. Initials___

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 19 2006

GREGORY C. LANGHAM
CLERK

CANNOT LOCATE
95-CV-777
#2307, 2308, 2309
REB-CBS