OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OFFICIAL BUSINESS

JUL 20 2006

GREGORY C. LANGHAM
CLERK

Carol Furtier
2500 Military Trail
Boca Raton, FL 33431

RETURN TO SENDER — INSUFFICIENT ADDRESS

CANNOT LOCATE
95-CV-777
#2312
REB-CBS