

Donald Schunk
12572 Durrow Court
St. Louis, MO 63141

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 2 0 2006

GREGORY C. LANGHAM
CLERK

CANNot LoCATE
95- CV-777
#2307, 2308, 2309
REB - CBS