FICE OF THE CLERK
TATES DISTRICT COURT
D A. ARRAJ COURTHOUSE
-19TH ST., ROOM A105
NVER, CO 80294-3589

OFFICIAL BUSINESS

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 2 0 2006

GREGORY C. LANGHAM
CLERK

DENVER CO 802
14 JUL 2006 PM 6

CANNOT LOCATE
99-CV-712
#216   REB-BNB
UTF
Theodore Samuel Halaby
Halaby & Associates
1873 South Bellaire St # 1400
Denv

NIXIE          802      1         74  07/19/06
            RETURN TO SENDER
       NOT DELIVERABLE AS ADDRESSED
              UNABLE TO FORWARD
       BC: 80294250151    *1720-08471-14-37