# LAW OFFICE OF
# ROBERT W. PITTS

660 Newport Center Drive, Suite 400
Newport Beach, California 92660
T: 949-720-4125
F: 949-720-4111
E: rpitts@lawrwp.com

January 3, 2006

**VIA FACSIMILE (303) 830-1033**
John M. Tanner, Esq.
Fairfield & Woods, P.C.
Suite 2400
1700 Lincoln Street
Denver, CO 80203-4524

RE:   **Release of Funds in Settlement Escrow Account**

Dear Mr. Tanner:

As you know, my office represents Credit Managers Association of California, dba CMA Business Credit Services, as assignee for the benefit of creditors ("Assignee") of Indian Motorcycle Company, IMCOA Licensing America, Inc. and IMCOA Holdings America, Inc. (collectively, "Indian"). As you also know, Indian was a party to a Settlement Agreement with Sterling Consulting Corporation, et al., dated August 31, 2000, which includes an Indemnification Agreement, all as more particularly described in the Assignee's *Motion for Leave to Submit Dispute to Magistrate Judge, as Required by Settlement Agreement* ("Dispute Motion"), filed with the Colorado District Court on December 9, 2005.

Pursuant to the terms of the Indemnification Agreement, a cash fund was established in the amount of $50,000 ("Cash Fund") to be held by your firm as escrow agent. Pursuant to Section 5.14 of the Indemnification Agreement: "[a]ny amount not otherwise paid to an Indemnified Party from the Cash Fund, shall be paid by the Fund Agent on January 1, 2006 one half to Indian and one half to Sterling." As you are aware, the one half interest in the Cash Fund due to Indian should be paid forthwith to the Assignee, as such interest is indisputably an asset of the Indian assignment estates.

**This letter shall serve as the Assignee's formal demand that the Fund Agent (i.e., Fairfield and Woods, P.C.) immediately pay over to the Assignee the one half interest in the Cash Fund.** While we are aware that there has been a "freeze" of the Cash Fund pending the resolution of the Cash Fund Dispute submitted by the Assignee to the Colorado District Court in the form of its Dispute Motion, the Fund Agent's release and payment of the Cash

Ltr to J. Tanner 1.3.06 re Release of Escrow Account.

**EXHIBIT G**

John M. Tanner
Page 2

Fund pursuant to the terms of the Indemnification Agreement would fully resolve the issues raised by the Assignee in the Dispute Motion. Accordingly, the Dispute Motion would be withdrawn upon payment of the one half of the Cash Fund to the Assignee.

Regarding the balance of the Cash Fund remaining after payment of one half to the Assignee, although we believe that the language and context of the Indemnification Agreement mandates payment of the balance of the Cash Fund to the receivership estate, we will leave it to the Receiver to determine (or to obtain instruction) whether such balance should be paid to the Receiver or to Sterling Consulting Corporation, in its "individual corporate capacity."

Should you have any questions regarding the foregoing, please do not hesitate to contact me at 949-720-4125 or via email at rpitts@lawrwp.com.

Very truly yours,

Robert W. Pitts

Cc: Michael L. Joncich
Julie Trent, Esq.

# LAW OFFICE OF
# ROBERT W. PITTS

*660 Newport Center Drive, Suite 400*
*Newport Beach, CA 92660*
*T: 949-720-4125*
*F: 949-720-4111*
*E: rpitts@lawrwp.com*

## FACSIMILE COVER PAGE

| Date: | 1/3/2006 | Time: | 3:03 PM | File No: | 15734.009 |
|---|---|---|---|---|---|
| **To:** John M. Tanner, Esq. | | **Fax Number:** 303-830-1033 | | **Equitrac:** | |
| **FROM:** | ROBERT W. PITTS, ESQ. / JEANNIE | | | | |

**TOTAL NUMBER OF PAGES: 3**

**LETTER 1/3/05**

**ORIGINAL WILL ___ WILL NOT ___ FOLLOW BY MAIL**

#109522 v1 - FAX JOHN TANNER

**NOTE:** The information contained in this facsimile document is confidential and is intended only for the use of the individual named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and return the original document to us at the above address via U.S. Mail. We will reimburse you for postage. Thank you.

```
*************** -COMM. JOURNAL- ***************** DATE JAN-03-2006 ***** TIME 15:28 *** P.01

      MODE = MEMORY TRANSMISSION           START=JAN-03 15:26    END=JAN-03 15:28

        FILE NO.= 293
  STN NO.   COM   ABBR NO.   STATION NAME/TEL.NO.   PAGES   DURATION
    001     OK      S        44722#130383012338    203/203  20:21'13
                                                    -WINTROP COLCHOT

***********************************         - *****-     949 722 4111 **********
```

# LAW OFFICE OF
# ROBERT W. PITTS

660 Newport Center Drive, Suite 400
Newport Beach, CA 92660
T: 949-720-4125
F: 949-720-4111
E: rpitts@lawrwp.com

## FACSIMILE COVER PAGE

| Date: 1/3/2006 | Time: 3:03 PM | File No: 15734.009 |
|---|---|---|
| To: John M. Tanner, Esq. | Fax Number: 303-830-1033 | Equitrac: |

FROM: ROBERT W. PITTS, ESQ. / JEANNIE
TOTAL NUMBER OF PAGES: 3

LETTER 1/3/05

ORIGINAL WILL ____ WILL NOT ____ FOLLOW BY MAIL

#109522 v1 - FAX JOHN TANNER

NOTE: The information contained in this facsimile document is confidential and is intended only for the use of the individual named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and return the original document to us at the above address via U.S. Mail. We will reimburse you for postage. Thank you