## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01573 PSF-CBS

STERLING CONSULTING CORPORATION, a Colorado corporation

Plaintiff,

v.

CREDIT MANAGERS ASSOCIATION OF CALIFORNIA, D/B/A CMA BUSINESS CREDIT SERVICES, a California nonprofit corporation;
INDIAN MOTORCYCLE COMPANY, a Delaware corporation;
IMCOA LICENSING AMERICA, INC., a Delaware corporation;
IMCOA HOLDINGS AMERICA, INC., a Delaware corporation;
AUDAX PRIVATE EQUITY FUND LLP as agent for itself and for Audax Co-Invest.,L.P., Audax Special Purpose Co-Invest, L. P., and Audax Trust Co-Invest, L.P.

Defendants.

### PLAINTIFF'S INITIAL DISCLOSURES PURSUANT TO RULE 26 (a)

Plaintiff Sterling Consulting Corporation ('Sterling"), by and through its counsel Thomas F. Quinn, Esq. and Thomas F. Quinn, P.C. submits its disclosures under Federal Rule of Civil Procedure ("FRCP"), Rule 26 (a) as follows:

1. Rule 26 (a) (1):

    (A): Richard Block, Suite 300, 4101 East Louisiana Avenue, Denver, CO 80246. Tel: 303. 388.1300.

    Robert W. Pitts, Esq., c/o Defendant CMA.

    Ms. Sara D Lipscomb, c/o Defendant Audax.

    (B): The exhibits attached to Plaintiff's Complaint herein, each of which have already been provided to Defendants.



EXHIBIT H

      (C):    Not applicable.

      (D):    Not applicable.

2.    Rule 26 (a) (2): None at this time.

3.    Rule 26 (a) (3): Not applicable at this time.

DATED this 21st day of November, 2005.

                            Respectfully submitted,

                            THOMAS F. QUINN, P.C.

                            By: _____
                            Thomas F. Quinn
                            1600 Broadway Ste 1675
                            Denver CO 80202
                            303.832.4355
                            Fax: 303.672.8281
                            tquinn@tfqlaw.com

                            Attorney for Plaintiff