OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OFFICIAL BUSINESS

JUL 24 2006

GREGORY C. LANGHAM
                    CLERK

Anthony Pugliese
2500 Military Trail
Boca Raton, FL 33431

RTS — Not Sender Undeliverable Addressee

JUL 14 '06

CANNOT LOCATE
95-CV-777
#2312
REB-CBS

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 95-cv-00777-REB-CBS

In re: Receivership Estate of INDIAN MOTORCYCLE MANUFACTURING, INC., a New Mexico corporation,

## ORDER TO SHOW CAUSE

Blackburn, J.

This matter is before me *sua sponte*. On July 10, 2006, the Receiver filed an Amended Complaint [#2306]. It is unclear by what authority the Receiver believes it is entitled to file an amended complaint at this extremely late date without first obtaining leave of court.

**THEREFORE, IT IS ORDERED** that by **Monday, July 24, 2006**, the Receiver shall show cause, if any, why the Amended Complaint [#2306], filed July 10, 2006, should not be stricken.

Dated July 13, 2006, at Denver, Colorado.

BY THE COURT:

s/ Robert E. Blackburn
Robert E. Blackburn
United States District Judge