OFFICE OF THE CLERK
ED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
OFFICIAL BUSINESS

JUL 24 2006

GREGORY C. LANGHAM
CLERK

Ronald Garcia
2505 Madison, North East
Albuquerque, NM 87101

80294/2500
87110+3905-05  C008

RETURN TO SENDER
ATTEMPTED    JUL 14 06
NOT KNOWN

V/C/N

CANNOt LOCATE
95-CV-777
#2312
REB-CBS

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Judge Robert E. Blackburn

Civil Case No. 95-cv-00777-REB-CBS

In re: Receivership Estate of INDIAN MOTORCYCLE MANUFACTURING, INC., a New Mexico corporation,

## ORDER TO SHOW CAUSE

**Blackburn, J.**

This matter is before me *sua sponte.* On July 10, 2006, the Receiver filed an Amended Complaint [#2306]. It is unclear by what authority the Receiver believes it is entitled to file an amended complaint at this extremely late date without first obtaining leave of court.

**THEREFORE, IT IS ORDERED** that by **Monday, July 24, 2006**, the Receiver shall show cause, if any, why the Amended Complaint [#2306], filed July 10, 2006, should not be stricken.

Dated July 13, 2006, at Denver, Colorado.

BY THE COURT:

s/ Robert E. Blackburn
Robert E. Blackburn
United States District Judge