

Anthony Pugliese
2500 Military Trail
Boca Raton, FL 33431

☐ INSUFFICIENT ADDRESS
☐ NO SUCH NUMBER
☐ UNCLAIMED ☐ REFUSED
☐ ATTEMPTED NOT KNOWN
☐ NO SUCH STREET
☐ VACANT
☐ NO RECEPTACLE
☑ NOT DELIVERABLE AS
   ADDRESSED-UNABLE
   TO FORWARD
ROUTE NO. ____ DATE ____
CARR. INITIALS ____

for

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 25 2006

GREGORY C. LANGHAM
CLERK

Cannot locate
95-cv-777
# 2307, 2308, 2309
REB-CBS