CE OF THE CLERK
d States District Court
19th Street, Room A105
er, CO 80294-3589

IAL BUSINESS

JUL 11 '06    01.11

☒ INSUFFICIENT ADDRESS
☐ NO SUCH NUMBER
☐ UNCLAIMED  ☐ REFUSED
☐ ATTEMPTED NOT KNOWN
☐ NO SUCH STREET
☐ VACANT
☐ NO RECEPTACLE
☐ NOT DELIVERABLE AS ADDRESSED-UNABLE TO FORWARD
ROUTE NO. _____ DATE _____
CARR. INITIALS _____

Carol  Furtier
2500 Military Trail
Boca Raton, FL 33431

Ir a.

CANNOT LOCATE
95-CV-777
#2307, 2308, 2309
REB-CBS

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 2 5 2006

GREGORY C. LANGHAM
CLERK