

OFFICE OF THE CLERK
United States District Court
901-19th Street, Room A105
Denver, CO 80294-3589

OFFICIAL BUSINESS

RETURNED TO SENDER
ATTEMPTED NOT KNOWN

JUL 19 '06
DENVER CO

Chuck Krowczyk
1853 South Marshall Circle
Lakewood, CO 80232

ATTEMPTED NOT KNOWN

CANNOT LOCATE
95-cv-777
# 2321

REB-CBS

unknown
3210
JE

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JUL 24 2006
GREGORY C. LANGHAM
CLERK