States District Court
th Street, Room A105
, CO 80294-3589
.L BUSINESS

Steven DeStout
#1 South Water Street
Henderson, NV 89105

☐ Forwarding Order Expired  ☐ No Such Street
☐ Insufficient Address       ☒ No Such Number
☐ Moved Left No Address      Route No.___ Date___
☐ Unclaimed ☐ Refused        Carr. Initials_____
☐ Attempted, Not Known

**FILED**
UNITED STATES DISTRICT COURT
COLORADO

JUL 26 2006

GREGORY C. LANGHAM
                        CLERK

CANNOT LOCATE
95-cv-777
#2321
REB-CBS

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Case No. 95-cv-00777-REB-CBS

In re: Receivership Estate of INDIAN MOTORCYCLE
MANUFACTURING, INC., a New Mexico corporation,

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER

IT IS HEREBY ORDERED that the "Joint Motion for Extension of Time to Answer or Otherwise Respond to Receiver's First Amended Complaint..." (*doc. no. 2315*) is **GRANTED**. The deadline for Defendants to respond to the currently pending First Amended Complaint is extended until thirty (30) days from a ruling by District Judge Blackburn on the Order to Show Cause (doc. no. 2312).

**DATED:**     July 19, 2006