OFFICE OF THE CLERK
United States District Court
901-19th Street, Room A105
Denver, CO 80294-3589

OFFICIAL BUSINESS

JUL 19 '06

Ronald Garcia
2505 Madison, North East
Albuquerque, NM 87101

CANNOT LOCATE
95-CV-777       REB-CBS
#2321

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 27 2006

GREGORY C. LANGHAM
                    CLERK



NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Case No. 95-cv-00777-REB-CBS

In re: Receivership Estate of INDIAN MOTORCYCLE
MANUFACTURING, INC., a New Mexico corporation,

### MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER

IT IS HEREBY ORDERED that the "Joint Motion for Extension of Time to Answer or Otherwise Respond to Receiver's First Amended Complaint..." (*doc. no. 2315*) is **GRANTED**. The deadline for Defendants to respond to the currently pending First Amended Complaint is extended until thirty (30) days from a ruling by District Judge Blackburn on the Order to Show Cause (doc. no. 2312).

**DATED:**     July 19, 2006