
OFFICE OF THE CLERK
**NITED STATES DISTRICT COURT**
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

CANNOT LOCATE
95-CV-777
#2312   REB-CBS

Hilm Sevimli
c/o Christopher C. Noble, Esq.
Noble & Associates, LLC
11 Pine Street
Plainville, CT 06103

0606241973-99 C010

NOT DELIVERABLE
AS ADDRESSED,
UNABLE TO FORWARD

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 2 8 2006

GREGORY C. LANGHAM
CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No. 95-cv-00777-REB-CBS

In re: Receivership Estate of INDIAN MOTORCYCLE
MANUFACTURING, INC., a New Mexico corporation,

## ORDER TO SHOW CAUSE

**Blackburn, J.**

This matter is before me *sua sponte*. On July 10, 2006, the Receiver filed an Amended Complaint [#2306]. It is unclear by what authority the Receiver believes it is entitled to file an amended complaint at this extremely late date without first obtaining leave of court.

**THEREFORE, IT IS ORDERED** that by **Monday, July 24, 2006**, the Receiver shall show cause, if any, why the Amended Complaint [#2306], filed July 10, 2006, should not be stricken.

Dated July 13, 2006, at Denver, Colorado.

BY THE COURT:

s/ Robert E. Blackburn
Robert E. Blackburn
United States District Judge