OFFICE OF THE CLERK
United States District Court
901-19th Street, Room A105
Denver, CO 80294-3589

OFFICIAL BUSINESS

ATTEMPTED NOT KNOWN
RETURNED TO SENDER

017H15524679
HASLER  $1.59⁰
07/25/2006
Mailed From 80202

Chuck Krowczyk
1853 South Marshall Circle
Lakewood, CO 80232

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 28 2006

GREGORY C. LANGHAM
                    CLERK

unknown
3210

CANNot LoCAtE
95-CV-777
# 2330, 2331
REB-CBS

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 95-cv-00777-REB-CBS

In re: Receivership Estate of INDIAN MOTORCYCLE MANUFACTURING, INC., a New Mexico corporation,

## ORDER APPROVING AND ADOPTING MAGISTRATE JUDGE'S RECOMMENDATION

**Blackburn, J.**

This matters before me are 1) the receiver's **Motion to Reconsider Orders, Amend Orders, and Order Restitution With Incorporated Legal Authority** [#1940], filed November 18, 2005; and 2) the Magistrate Judge's **Recommendation that Receiver's Motion for Reconsideration be Granted** [#2013], filed December 14, 2005. Two claimants in this receivership action have filed objections to the recommendation: 1) **Michael Payne's Objection to Magistrate Judge's Recommendation that Receiver's Motion for Reconsideration be Granted** [#2048], filed December 29, 2005; and 2) **Joinder In and Supplement to Michael Payne's Objection to Magistrate Judge's Recommendation that Receiver's Motion for Reconsideration be Granted** [#2090] (Pacelli), filed January 23, 2006. The receiver and the Internal Revenue Service have filed responses to Payne's objection [#2076] (receiver), [#2067] (IRS), and to Pacelli's objection [#2250] (receiver), [#2259] (IRS).

### I. STANDARD OF REVIEW

Typically, I must review *de novo* all portions of a Magistrate Judge's recommendation to which objections have been filed. **28 U.S.C. § 636(b)**. The

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Judge Robert E. Blackburn

Civil Case No. 95-cv-00777-REB-CBS

In re: Receivership Estate of INDIAN MOTORCYCLE MANUFACTURING, INC., a New Mexico corporation,

## MINUTE ORDER[1]

Michael Payne's Motion for Leave to Submit Testimony [#2049], filed December 29, 2005, is DENIED.

Dated: July 25, 2006

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.