

OFFICE OF THE CLERK
United States District Court
901-19th Street, Room A105
Denver, CO 80294-3589

OFFICIAL BUSINESS

Carol Furtier
2500 Military Trail
Boca Raton, FL 33431

CANNOT LOCATE
95-CW-777

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 28 2006

GREGORY C. LANGHAM
CLERK

#2324
REB-CBS

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Case No. 95-cv-00777-REB-CBS

In re: Receivership Estate of INDIAN MOTORCYCLE
MANUFACTURING, INC., a New Mexico corporation,

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER

IT IS HEREBY ORDERED that the "Joint Motion for Extension of Time to Answer or Otherwise Respond to Receiver's First Amended Complaint..." (*doc. no. 2315*) is **GRANTED**. The deadline for Defendants to respond to the currently pending First Amended Complaint is extended until thirty (30) days from a ruling by District Judge Blackburn on the Order to Show Cause (doc. no. 2312).

**DATED:**   July 19, 2006