OFFICE OF THE CLERK
United States District Court
901-19th Street, Room A105
Denver, CO 80294-3589

OFFICIAL BUSINESS



Hilm Sevimli
c/o Christopher C. Noble, Esq.
Noble & Associates, LLC
11 Pine Street
Plainville, CT 06103

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 31 2006

GREGORY C. LANGHAM
                    CLERK

CANNOT LOCATE
95-CV-777

#2307, 2308, 2309

REB, CBS

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

**Civil Case No. 95-cv-00777-REB-CBS**  **FTR** - Reporter Deck-Courtroom A402
**Date:** July 10, 2006             Courtroom Deputy, Ellen E. Miller

In re: Receivership Estate of INDIAN MOTORCYCLE
MANUFACTURING, INC., a New Mexico corporation,

---

COURTROOM MINUTES / MINUTE ORDER

---

**HEARING: MOTIONS HEARING**
**Court in session:** 9:19 a.m.
Court calls case. Appearance of counsel. Present in the courtroom are John 'Jack' M. Tanner, Richard Block of Sterling Consulting Corporation, and Thomas Quinn on behalf of Sterling Consulting in its own capacity. Also present are Michael J. Pankow for Defendant Pacelli, Julie A. Trent, Robert W. Pitts for IMCOA, and Michael A. Chodos for Audax. Appearing by telephone are Adam F. Hulbig and Peter Sklarew for Intervenor USA.

Discussion is held regarding the pending motions.

**It is ORDERED:.**  MOTION FOR LEAVE TO SUBMIT DISPUTE TO MAGISTRATE JUDGE, as Required by Settlement Agreement (filed December 09, 2005, doc. no. **1979**) is **GRANTED.**
The parties have TWO (2) WEEKS within which to submit simultaneous briefs which shall be no more than ten (10) pages.
Simultaneous responses must then be filed within FIVE (5) DAYS with a page limit of five (5) pages.
The Court will review the documents and determine whether or not to set a Settlement Conference.

**It is ORDERED:** MOTION TO DEPOSIT FUNDS INTO REGISTRY OF COURT (Motion to Interplead) (filed 2/24/2006; doc. no. **2165**) is **DENIED.**

**It is ORDERED:** MOTION TO COMPEL DISCOVERY AGAINST AUDAX AND CMA (filed 3/23/2006; doc. no. **2195**) is **DENIED without prejudice.**

**It is ORDERED:** MOTION TO STRIKE [2195] MOTION to Compel Discovery Against Audax and CMA (filed 4/12/06; doc. No. **2218**) is **DENIED.**

**It is ORDERED:** MOTION TO WITHDRAW AS ATTORNEY AND REMOVE FROM

**Orders on Motions**

1:95-cv-00777-REB-CBS Receivership Estate of Indian Motorcycle Manufacturing, Inc.

## U.S. District Court

### District of Colorado

Notice of Electronic Filing

The following transaction was received from dln, entered on 7/11/2006 at 7:20 AM MDT and filed on 7/10/2006

**Case Name:** Receivership Estate of Indian Motorcycle Manufacturing, Inc.
**Case Number:** 1:95-cv-777
**Filer:**
**Document Number:** 2308

**Docket Text:**
ORDER: [1979] MOTION for Leave to Submit Dispute to Magistrate Judge, as Required by Settlement Agreement is granted. Parties have 2 weeks to submit briefs. Responses must be filed within five days. [2165] MOTION to Deposit Funds into Registry of Court is denied. [2195] MOTION to Compel Discovery Against Audax and CMA is denied. [2218] MOTION to Strike [2195] MOTION to Compel Discovery Against Audax and CMA is denied. [2220] MOTION to Withdraw as Attorney and Remove from Service List by Claimant Michelle Lean is granted. [2222] MOTION for Reconsideration of Certain Orders Allowing Attorneys for Claimants to Withdraw without Providing Contact Information for Claimants, MOTION to Establish Procedure for Attorney Withdrawals in the Future is granted in part and denied in part pursuant to courtroom minutes by Magistrate Judge Craig B Shaffer on 7/10/06. [Text Only Order - No Document Attached]. (dln, )

The following document(s) are associated with this transaction:


**1:95-cv-777 Notice will be electronically mailed to:**

Philip Edward Blondin    Philip.Blondin@usdoj.gov,

James R. Cage    jcage@cagewilliams.com, slehigh@cagewilliams.com; loliver@cagewilliams.com

Michael A. Chodos    michael@chodos.com, rehema@chodos.com

J. Eric Elliff    jelliff@mofo.com, kparish@mofo.com

Daniel J. Garfield    dgarfield@bhf-law.com, krees@bhf-law.com

Adam F. Hulbig    adam.f.hulbig@usdoj.gov, western.taxcivil@usdoj.gov

Mollybeth R. Kocialski    mollybeth.kocialski@firstdatacorp.com,

Lee M. Kutner    lmk@kutnerlaw.com,

John B. Moorhead    jmoorhead@bakerlaw.com, dmahoney@bakerlaw.com

Gary Clifford Moschetti    gmoschetti@gcmlawyers.com