OFFICE OF THE CLERK
United States District Court
901-19th Street, Room A105
Denver, CO 80294-3589

OFFICIAL BUSINESS



Hilm Sevimli
c/o Christopher C. Noble, Esq.
Noble & Associates, LLC
11 Pine Street
Plainville, CT 06103

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 31 2006

GREGORY C. LANGHAM
                    CLERK

CANNOT LOCATE
95-CV-777
#2321
REB-CBS

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Case No. 95-cv-00777-REB-CBS

In re: Receivership Estate of INDIAN MOTORCYCLE
MANUFACTURING, INC., a New Mexico corporation,

### MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER

IT IS HEREBY ORDERED that the "Joint Motion for Extension of Time to Answer or Otherwise Respond to Receiver's First Amended Complaint..." (*doc. no. 2315*) is **GRANTED**. The deadline for Defendants to respond to the currently pending First Amended Complaint is extended until thirty (30) days from a ruling by District Judge Blackburn on the Order to Show Cause (doc. no. 2312).

**DATED:**      July 19, 2006