OFFICE OF THE CLERK
United States District Court
901-19th Street, Room A105
Denver, CO 80294-3589

OFFICIAL BUSINESS



017H15524679

HASLER $1.59⁰

07/25/2006

Mailed From 80202

Ronald  Garcia
2505 Madison, North East
Albuquerque, NM 87101

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 3 1 2006

GREGORY C. LANGHAM
                    CLERK



CANNOT LOCATE
95-CV-777
# 2330, 2331
REB-CBS

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No. 95-cv-00777-REB-CBS

In re: Receivership Estate of INDIAN MOTORCYCLE
MANUFACTURING, INC., a New Mexico corporation,

## MINUTE ORDER[1]

Michael Payne's Motion for Leave to Submit Testimony [#2049], filed December 29, 2005, is DENIED.

Dated: July 25, 2006

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.