## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 95-cv-0777-REB-CBS

In re: RECEIVERSHIP ESTATE OF INDIAN MOTORCYCLE MANUFACTURING, INC.

## AFFIDAVIT OF MICHAEL L. JONCICH

| | |
|---|---|
| STATE OF CALIFORNIA | ) |
| | ) ss. |
| COUNTY OF LOS ANGELES | ) |

The Affiant, being first duly sworn, upon his oath states as follows:

1. My name is Michael L. Joncich. I have personal knowledge of the facts described in this Affidavit.

2. I am the Manager of the Adjustment Bureau of Credit Managers Association of California, dba Business Credit Services, a California based non-profit entity ("CMA" or "Assignee") which acts as a third-party assignee under California's Assignment for Benefit of Creditors ("ABC") law.

3. CMA is the Assignee of the Indian Entities (Indian Motorcycle Company, IMCOA Holdings America, Inc., IMCOA Licensing America, Inc.), pursuant to those entities' respective ABCs under applicable California law. CMA is also the assignee for IMCorp and IMRES under their respective ABCs.

4. Subsequent to accepting the ABC of IMCorp, the Assignee became aware of the Indemnification Agreement obligations owed by the Indian Entities to the Receiver in Case No. 95-cv-0777, United States District Court, District of Colorado ("Receiver"), and Sterling Consulting Corporation ("Sterling"), and became generally familiar with



EXHIBIT B

1

Claims (defined in the Indemnification Agreement) submitted by the Receiver and/or Sterling to the Indian Entities.

5.  The Assignee assessed the submission of previous Indemnification Agreement Claims by the Receiver and/or Sterling, the status of the Ancillary Actions (defined in the Indemnification Agreement), and the potential, additional Claims that may arise given the legal and factual status of the Trademarks and the factual circumstances of the ABCs. Based thereupon, the Assignee estimated the potential for additional indemnity claims under the Indemnification Agreement.

6.  Consistent with its duties as an Assignee, CMA adequately reserved, based on the foregoing, for potential additional Claims under the Indemnification Agreement when it made its interim distributions to creditors.

7.  Thus, the Assignee was both willing and able to perform its obligations under the Indemnification Agreement through the termination date of such agreement. As far as I am aware, all Claims submitted under the Indemnification Agreement have been paid and I am unaware of any pending Claims under the Indemnification Agreement.

Further, Affiant Sayeth Not.

_____
Michael L. Joncich

SUBSCRIBED AND SWORN TO before me this 31st day of July, 2006, by Michael L. Joncich.

WITNESS my hand and official seal.

My Commission Expires: March 2, 2010

[SEAL]
ERMA LOPEZ
Commission # 1648699
Notary Public · California
Los Angeles County
My Comm. Expires Mar 2, 2010

_____
Notary Public

2