OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

**FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO**

OFFICIAL BUSINESS

AUG - 3 2006

GREGORY C. LANGHAM
                            CLERK

RTM to Sender

017H15524679
$0.630
07/26/2006
Mailed From 80202

CAN NOT LOCATE
95-CV-777
#2334    REB-CBS

Carol Furtier
2500 Military Trail
Boca Raton, FL 33431

33431+6344

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Case No. 95-cv-00777-REB-CBS

In re: Receivership Estate of INDIAN MOTORCYCLE
MANUFACTURING, INC., a New Mexico corporation,

### MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER

Pending before the court are two Unopposed Motions to Withdraw filed by the United States of America and seek to withdraw attorneys Jeffrey S. Swyers and Phillip E. Blondin (both filed 6/16/06; doc. nos. 2292 and 2293). There being no objection(s) filed to the relief requested, it is hereby

**ORDERED** that the instant motions are **GRANTED.**

Messrs. Swyers and Blondin are relieved of any further representation of the *United States* in the above captioned matter. The Clerk's Office is instructed to remove them from the electronic certificate of mailing.

**DATED:**     July 26, 2006