UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 95-cv-00777-REB-CBS

In re: Indian Motorcycle Manufacturing, Inc., a New Mexico Corporation

### RECEIVER'S SUPPLEMENT TO RESPONSE TO ORDER TO SHOW CAUSE

Sterling Consulting Corporation, as receiver, by and through its attorneys, Fairfield and Woods, hereby supplements its previously-filed Response to Order to Show Cause, filed July 24, 2006, as follows:

1. At the time the Response to Order to Show Cause was submitted, this Court had not ruled on the objections of Mr. Payne and Mr. Pacelli to the recommendation of Magistrate Judge Schlatter.

2. Since that time, however, the Court has overruled those objections in its Order Approving and Adopting Magistrate Judge's Recommendation (as amended).

3. As a result, yesterday the receiver mailed out its Notice of Restitution Order together with copies of the Court Order to approximately 350 previously-paid claimants of the Receivership Estate.

4. One of the most difficult groups of claimants for the receiver to manage is the group commonly referred to as the "Depositors." Depositors were typically unsophisticated consumers who paid a deposit to Indian Motorcycle Manufacturing, Inc. on an Indian Motorcycle before any Indian Motorcycles were being built. According to Pahl & Gosselin, eight of the depositors did not get their money back, even though the receiver put aside money to pay them. The problem can be described summarily as

follows:

    a.    Part of the negotiated consideration from the buyer of the Trademark (IMCOA) was that Depositors (who usually deposited $3,250). Because Indian Motorcycle Company (parent company to IMCOA) expected to come out with new models of motorcycles over the next several years, the depositors were given five years to apply their deposit to the purchase of a motorcycle or have it returned.

    b.    Simultaneously, at the time of the sale (1999) the receiver and IMCOA expected that the receivership estate would be shut down shortly, certainly well before the five years was up.

    c.    Toward that end, approximately $123,545 was placed in trust with Pahl & Gosselin, a law firm in California. Pahl & Gosselin was to hold the money until a depositor selected a model. The depositor would then complete a voucher, send it to Pahl & Gosselin, and Pahl & Gosselin would forward the money to IMCOA for the purchase of a motorcycle.

    d.    At the time Indian and IMCOA failed in 2004, however, according to Pahl & Gosselin, $27,675 in deposits had not been cashed in, and this money remained in trust with Pahl & Gosselin. A copy of a spreadsheet showing which Depositors Pahl & Gosselin paid, and which depositors were paid is attached to this pleading as Exhibit 1.

    e.    When IMCOA failed, at IMCOA's direction and contrary to the Trust Agreement, Pahl & Gosselin sent this money back to IMCOA. It

may or may not have been turned over to CMA as part of the Assignments for Benefit of Creditors.

        f.      This was the subject of the lawsuit, *Sterling as receiver v. Pahl & Gosselin, IMCOA, and CMA*, United States District Court for the District of Colorado No. 06 CV 00076.

        g.      Pahl and Gosselin filed a Motion to Dismiss for lack of minimum contacts, which was fully briefed and remained pending for several months.

        h.      The 06-cv-76 case was assigned to Judge Babcock, and this Court denied the receiver's Motion to Consolidate that case with this one.

        i.      The denial of the Motion to Consolidate was one of the triggering events that led to the filing of the First Amended Complaint, which in turn triggered the Order to Show Cause.

        j.      In the meanwhile, when the receiver previously sent out notice to these depositors that recoupment might be ordered, some responded in strong fashion. *See* attached Exhibit 2.[1]  Indeed, it was this response that informed the receiver for the first time that the Trust Agreement had been breached by Pahl & Gosselin and the money had not gone to the depositors as per the Trust Agreement.

5.      The peculiar result of this is that the Court's Order of restitution

---

[1] The information identifying the Depositor who wrote this note has been redacted to protect both the Depositor and the receiver. The Depositor's response, although vulgar, is not wholly inappropriate, and some Depositors ultimately identified themselves as Hell's Angels—a group with which the receiver chooses not to irritate. The receiver has no idea whether this Depositor fits into any particular category.

effectively Orders the Depositors whose money was converted by Pahl & Gosselin to repay 24.35% of the money that was converted and that they never received. The Receivership Estate paid the money and is entitled to the percentage back, but the people for whom the money was being held never got the money.

6. When the Court is ruling on the Order to Show Cause, it should take this circumstance into account. The receiver needs Instruction on what to do regarding the money that the receiver paid out (in trust to Pahl & Gosselin) but which never found its way to the proper claimants. The receiver stands by its recommendation that the Court Instruct the receiver to re-file the action against Pahl & Gosselin as an ancillary matter to this action, and pursue the Depositor's money with the statutory exemplary damages, receiver's fees, attorney's fees, and costs.[2]

Respectfully submitted this 8th day of August, 2006.

By: *s/ John M. Tanner*
Fairfield and Woods, P.C.
1700 Lincoln Street, Suite 2400
Denver, CO 80203-4524
Phone: (303) 830-2400
Fax: (303) 830-1033
Email: jtanner@fwlaw.com

Attorney for Plaintiff Sterling Consulting Corporation, as receiver

---

[2] In this way, the depositors will get the money they should have gotten in the first place, the receiver will get its percentage, and the receiver and its counsel will be made whole.

## CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses or as indicated below or by United States Mail, postage prepaid:

**VIA CM/ECF TO:**

Alan Lemont Hale Esq.
Hale Friesen, LLP
1430 Wynkoop St., Ste. 300
Denver, CO  80202
**Attorney for Richard Basciani, N. Rooke Everill, Pres./Everill Bros., Inc., John H. Nicholson or Virginia A. Nicholson**
ahale@haldfriesen.com

Edward T. Ramey, Esq.
Stuart H. Pack, Esq.
Isaacson Rosenbaum
  Woods and Levy
633 17th St., Ste. 2200
Denver, CO  80202
**Attorneys for William R. Childs, Scott McCormick, Jr., Douglas Walliser, Ronald Schiff, Edward Pacelli, Morty Lempel, A.B. Goldberg, First Entertainment, Harvey Rosenberg**
eramey@ir-law.com
spack@ir-law.com

James R. Cage, Esq.
Cage Williams Abelman
  & Layden, P.C.
St. Elmo Bldg.
1433 17th St.
Denver, CO  80202-1273
**Attorney for Carl D. Lucci/Albert R. Lucci**
jcage@cagewilliams.com

J. Eric Ellliff, Esq.
Kristen Taylor-Randall, Esq.
Morrison & Foerster, LLP
370 17th St., Ste. 3550
Denver, CO  80203
**Attorney for IMCOA**
jelliff@mofo.com

Adam F. Hulbig
Trial Attorney, Tax Division
US Dept. of Justice
PO Box 683
Ben Franklin Station
Washington, DC  20044
**Attorney for United States of America**
adam.f.hulbig@usdoj.gov

Gary C. Moschetti, Esq.
Hatch & Moschetti, LLP
1800 Glenarm Pl., 9th Floor
Denver, CO  80202
**Attorney for Edward Leal**
gmoschetti@hatchlawyers.com

Cassandra Sasso, Esq.
Baker & Hostetler
303 E. 17th Ave., Ste. 1100
Denver, CO  80203-1264
**Attorney for Michelle Lean**
csasso@bakerlaw.com

Michael J. Pankow
Daniel J. Garfield
Brownstein Hyatt & Farber PC
410 17th Street, Suite 2200
Denver, CO  80202
**Attorneys for Michael Payne**
mpankow@bhf-law.com
dgarfield@bhf-law.com

**VIA UNITED STATES MAIL:**
James Duberg, Esq.
727 Third Ave.
Chula Vista, CA 91910-5803

Mark S. Schmidt, Esq.
Miller Simon & Maier, S.C.
788 North Jefferson Street
Milwaukee, WI 53202
**Attorney for Miller Simon & Maier**

Peter C. Freeman, Esq.
Law Offices of Peter C. Freeman
16485 Laguna Canyon Rd., Ste. 230
Irvine, CA 92618-3846
**Attorney for Scott Kajiya**

Mr. Albert Lucci
1930 Wyoming Ave.
Fort Pierce, FL 34982
Robert W. Hallock, Esq.
202 S. Merrill St.
Park Ridge, IL 60068-4223

Peter Sklarew, Esq.
Assistant Chief
Civil Trial Section, Northern Region
United States Dept. of Justice
Tax Division
PO Box 55
Washington, D.C. 20044
**Attorney for IRS**

Robert J. Danie, Eq.
9 Wagon Wheel Drive
Feeding Hills, MA 01030

Noreene C. Stehlik, Esq.
U.S. Dept. of Justice
PO Box 683
Ben Franklin Station
Washington, D.C. 20044
**Attorney for IRS**

Robert L. Morrow, Jr., MD
401 N. College Rd., #5
Lafayette, LA 70506
Nicholas A. Russo, Sr.
310 Extonville Road
Allentown, NJ 08501

Richard J. Cortesi
5316 Camino Montano, N.E.
Albuquerque, NM 87111

Albert R. Gazza
589 Manchester
E. Glastonbury, CT 06025-0085

Ronald Fulfer
15315 S. Francis Dr.
Plainfield, IL 60544

Richard Dale Wood
13997 80th Ave. North
Maple Grove, MN 55311

Steve Halprin
1316 Penningtow Place
Concord, N.C. 28207

Alf Iseback
Gamla Tuvevagen 4
41705 Goteborg
**SWEDEN**

Kathryn L. Troccoli
1911 Champlain St.
Ottawa, IL 61350

Ed Pink
Ed Pink Racing Engines, Inc.
14612 Raymer Street
Van Nuys, CA 91405

Montgomery & Andrews, P.A.
325 Paseo De Peralta
Santa Fe, NM 87501

John Petitto
Town & Country Sports Center, Inc.
U.S. 12 & U.S. 127
Cement City, MI  49233

Marcia Taylor
Bennett Motor Group Express
1001 Industrial Parkway
McDonough, GA  30253

Richard Basciani
Basciani Foods
8876 GapNewport Pike
Avondale, PA  19311

Rooke Everill
Derek John Everill
Ken Everill
1204 Lake Point Circle
McKinne, TX  75070

Michael D. Fowler
Martha Dickson (Deceased)
PO Box 673
11650 Twin Creeks Dr.
Fort Pierce, FL  34954

John Nicholson
All Seasons, Inc.
81 Rangoul Street
Beverly, MA  10915

John Inelli
17 Old Farmstead Rd.
Chester, NJ  07930

Eller Industries
c/o Leonard S. ("Lonnie") Labraiola
6035 N. 115th Street
Longmont, CO  80504-8434

**Registered Agent:**
Randal L. Hittle
1630 Main Street, Suite 202
Longmont, CO  80501

**VIA E-MAIL:**
Richard A. Block
President
Sterling Consulting Corporation
4101 E. Louisiana Ave., Ste. 300
Denver, CO  80246
**Receiver**
rblock@xpn.com

**Courtesy Copies to:**
Julie Trent
jt@bsblawyers.com

Eugene Sprague
esprague@bw-legal.com

Michael Chodos
michael@chodos.com

Robert Pitts
rpitts@lawrwp.com


By:   *s/ John M. Tanner*
        Fairfield and Woods, P.C.
        1700 Lincoln St., #2400
        Denver, CO  80203
        Phone:  (303) 830-2400
        Fax:  (303) 830-1033
        Email:  jtanner@fwlaw.com