# EXHIBIT A

A Combination of Exhibit 1 to the Trust Agreement dated May 4, 2000 and the Purchase Voucher Refunds schedule attached to letter dated January 17, 2006 From Pahl & Gosselin.

## DEPOSITORS ELECTING OPTION 2-NOT PAID

| Claimant Name: | Voucher # | Accepted | Paid | Not Paid |
|---|---|---|---|---|
| Brian Berg | 207 | $3,525.00 | $3,525.00 | |
| Harry F. Carbough | 216 | $3,525.00 | | $3,525.00 |
| Richard Clark | 218 | $3,525.00 | $3,525.00 | |
| Mark D. Cooper | 219 | $3,525.00 | $3,525.00 | |
| Charles G. Gardner | 224 | $3,525.00 | | $3,525.00 |
| Edward F. Havlik | 229 | $3,525.00 | | $3,525.00 |
| Arvil M. Houts | 231 | $3,525.00 | $3,525.00 | |
| Sterling Corporation | 217 | $3,525.00 | $3,525.00 | |
| Sterling Corporation | 225 | $3,525.00 | $3,525.00 | |
| | | $31,725.00 | | |

## DEPOSITORS ELECTING OPTION 3

| Claimant Name: | Voucher # | Accepted | Paid | Not Paid |
|---|---|---|---|---|
| J. William Adams, Jr. ak | 300 | $3,525.00 | $3,525.00 | |
| Alfred De Masi | 301 | $3,525.00 | $3,525.00 | |
| Ronald Gibbens | 302 | $3,525.00 | | $3,525.00 |
| Jay Hebert | 303 | $3,525.00 | $3,525.00 | |
| Frederick Hild | 304 | $3,525.00 | $3,525.00 | |
| Jacobs Industries | 305 | $3,520.00 | $3,520.00 | |
| J. Ed Martinez | 306 | $3,525.00 | $3,525.00 | |
| Jeffrey L. McAdams | 307 | $3,525.00 | $3,525.00 | |
| Bill Miller | 308 | $3,525.00 | $3,525.00 | |
| Lucien Remillard | 309 | $3,525.00 | | $3,525.00 |
| Paul Sherrill | 310 | $3,525.00 | $3,525.00 | |
| Robert E. Tryber | 311 | $3,525.00 | $3,525.00 | |
| | | $42,295.00 | | |

EXHIBIT 1 (tabbies)

## DEPOSITORS ELECTING OPTION 4

| Claimant Name | Voucher # | Accepted | Paid | Not Paid |
|---|---|---|---|---|
| Bruce & Carmen Anders | 400 | $3,525.00 | | $3,525.00 |
| Phil Ehart | 401 | $3,750.00 | $3,750.00 | |
| Leonard Douglas Garriso | 402 | $3,525.00 | $3,525.00 | |
| Frank R. Keefer | 403 | $3,525.00 | $3,525.00 | |
| Eugene E. Kramer | 404 | $3,525.00 | $3,525.00 | |
| Michael Kurpierz | 405 | $3,525.00 | $3,525.00 | |
| David L. Marburger | 406 | $4,000.00 | $4,000.00 | |
| Kenneth L. Rodgers | 407 | $3,525.00 | $3,525.00 | |
| Nicholas A. Russo, Sr. | 408 | $3,525.00 | | $3,525.00 |
| Robert G. Schadler II | 409 | $3,525.00 | $3,525.00 | |
| Chris Sisney | 410 | $3,525.00 | $3,525.00 | |
| Wiley J. Sword | 411 | $3,525.00 | $3,525.00 | |
| Michael Thomas | 412 | $3,000.00 | | $3,000.00 |
| David J. Waltz | 413 | $3,525.00 | $3,525.00 | |
| | | $49,525.00 | | |
| Total | | **$123,545.00** | **$ 95,870.00** | **$ 27,675.00** |

\* Statement of what was paid and not paid has not been confirmed by the receiver