IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 95-cv-00777-REB-CBS

In re: Indian Motorcycle Manufacturing, Inc., a New Mexico Corporation

---

### NOTICE OF ORDER OF RESTITUTION

---

By Amended Order Approving and Adopting Magistrate Judge's Recommendation (the "Amended Order") entered on July 28, 2006 by the Honorable Robert E. Blackburn, United States District Judge, all general unsecured Claimants have been Ordered to return 24.35% of the amounts paid to them. A copy of the Amended Order is enclosed with this Notice. Additional documents may be found on the receiver's website at:

www.sterlingcorp.com/indian motorcycle

According to the receiver's records, the receiver paid to you ( ) in full satisfaction of your Claim. Accordingly, you have been Ordered to return to the Receivership Estate on or before 5:00 p.m. (MDT), September 28, 2006, subject to the early payment discount discussed below. You should send your payment certified mail, return receipt requested or by regular overnight courier (such as Federal Express, Express Mail, or UPS) payable to Sterling Consulting Corporation, as receiver, 4101 East Louisiana Avenue, Denver, Colorado, 80246.

You should contact the receiver's office directly at the address shown above, by telephone (303-781-9900), or by email (info@sterlingcorp.com):

- if you have financial hardship and are prepared to provide a sworn statement as to your financial hardship. You will be allowed to make arrangements to pay over time;

- if you did not receive the payment from the receiver; or

- if you do not believe you are obligated to return the amount demanded by this Notice. (Please note that you must pay the amount demanded by this Notice even if you converted your Claim in whole or in part to (a) stock in the Indian Motorcycle Company, (b) a dealership with the Indian Motorcycle Company, or (c) a deposit on an Indian motorcycle.)

EXHIBIT 1

Notice
August 7, 2006
Page 2.

      In the Amended Order, Judge Blackburn authorized the receiver to offer an early payment incentive program. If your payment is received by the receiver on or before 5:00 PM (MDT), September 8, 2006, you may pay (21% instead of 24.35%), and for that payment, you will receive credit for having paid 24.35%, which will be the applicable credit if any additional restitution is subsequently ordered. If the receiver collects more money than needed to satisfy the administrative tax claim as compromised, all rebates will be calculated at the actual 21% rate you paid.

      Respectfully submitted August 7, 2006.

By: _____
Richard A. Block, President
Sterling Consulting Corporation,
as receiver for Indian Motorcycle