| | |
|---|---|
| Abba Incoporated<br>Mr. William Adams<br>4012 Townley Street<br>Winston-Salem, NC 27103 | American Motorcycle Technologies, Inc.<br>Mr. Marc Allsman<br>175 Paul Dr.<br>San Rafael, CA 94903 |
| Bruce & Carmen Anderson<br>1355-464th Street<br>Stanchfield MN 55080 | Mr. Jose & Steve Aragon<br>1015 8th Street<br>Las Vevas NM 87701 |
| Mr. Donald L. Arnold<br>580 W. 2nd Street<br>Loveland, CO 80537 | Mr. James Bagshaw<br>6236 North Ridge West<br>Geneva, OH 44041 |
| Albuquerque Hilton Hotel<br>Ms. Ya Vette Bailey<br>1901 University Blvd. NE<br>Albuquerque NM 87102 | Mr. Richard L. Barber<br>426 Downes Terrace<br>Louisville KY 40214 |
| Mr. William Barron<br>1345 Walnut<br>Waukegan IL 60085 | Mr. Dennis Barton<br>1753 Sandy Creek Road<br>Monroe MI 48162 |
| M & M Basciani Co.<br>Mr. Richard & Mario Basciani<br>8876 Gap Newport Pike<br>Avondale PA 19311-9740 | Mr. Richard & Mario Basciani<br>1938 Wolf Street<br>Philadelphia PA 19145 |
| M & M Basciani Co.<br>Mr. Richard Basciani<br>8876 Gap Newport Pike<br>Avondale PA 19311-9740 | Mr. Richard & Mario Basciani<br>1938 Wolf Street<br>Philadelphia PA 19145 |
| M & M Basciani Co.<br>Mr. Richard Basciani<br>8876 Gap Newport Pike<br>Avondale PA 19311-9740 | Mr. Richard & Mario Basciani<br>1938 Wolf Street<br>Philadelphia PA 19145 |
| M & M Basciani Co.<br>Mr. Richard Basciani<br>8876 Gap Newport Pike<br>Avondale PA 19311-9740 | Mr. Richard & Mario Basciani<br>1938 Wolf Street<br>Philadelphia PA 19145 |
| M & M Basciani Co.<br>Mr. Richard Basciani<br>8876 Gap Newport Pike<br>Avondale PA 19311-9740 | Mr. Richard & Mario Basciani<br>1938 Wolf Street<br>Philadelphia PA 19145 |


EXHIBIT 2

M & M Basciani Co.
Mr. Richard Basciani
8876 Gap Newport Pike
Avondale PA 19311-9740

M & M Basciani Co.
Mr. Richard Basciani
8876 Gap Newport Pike
Avondale PA 19311-9740

M & M Basciani Co.
Mr. Richard Basciani
8876 Gap Newport Pike
Avondale PA 19311-9740

Free Import Hawk
Mr. Crist Bastiaansen
Oostran 2  4762 PB
Zeverbergen Netherlands 4762PB

Beaumont Motors
Mr. Bernard Beaumont
52, rue la Fontaine
Paris France

Mr Gary Beer
21355 Settlers Pond Drive
Frankfurt IL 60423

Mr. David Bender
3956 S. Colorado Avenue
St. Louis Park, MN 55416

Mr. Joseph Bergeron
4760 Brittany Dr. S., #21
St. Petersburg, FL 33715

Mr. Jim Berlin
2804 E. Michigan Avenue
Jackson, MI 40201

Santa Rosa Twin Vee
Mr. Donell Blodgett
1240 Petaluma Hill Rd
Santa Rosa CA 95404

Mr. Richard & Mario Basciani
1938 Wolf Street
Philadelphia PA 19145

Mr. Richard & Mario Basciani
1938 Wolf Street
Philadelphia PA 19145

Mr. Richard & Mario Basciani
1938 Wolf Street
Philadelphia PA 19145

Mr. Wayne Baughman
720-20 Tramway Ln NE
Albuquerque NM 87122

Mr. Wayde Beechy
760 Walter Drive
New Lenox IL 60451

Ms. Geraldine Beer
4532 North Osage Avenue
Norridge IL 60656

Mr. Brian Berg
1711 Weston Avenue
Schofield, WI 54476

Motorrad-Center Berlage
Mr. Dirk Berlage
Bachster. 12, 33178 Borchen
NRW Germany

Santa Rosa Twin Vee
Mr. Donell Blodgett
1240 Petaluma Hill Rd
Santa Rosa CA 95404

Santa Rosa Twin Vee
Mr. Donell Blodgett
1240 Petaluma Hill Rd
Santa Rosa CA 95404

Santa Rosa Twin Vee
Mr. Donell Blodgett
1240 Petaluma Hill Rd
Santa Rosa CA 95404

Santa Rosa Twin Vee
Mr. Donell Blodgett
1240 Petaluma Hill Rd
Santa Rosa CA 95404

Santa Rosa Twin Vee
Mr. Donell Blodgett
1240 Petaluma Hill Rd
Santa Rosa CA 95404

Mr. Abram Bohrer, Esquire
41 East 57th Street, 36th Floor
New York NY 10022

Northern Illinois Honda-Yamaha-Suzuki
Mr. Burt Bondy
8130 Prestwick Drive
La Jolla CA 92037

Northern Illinois Honda-Yamaha-Suzuki
Mr. Burt Bondy
8130 Prestwick Drive
La Jolla CA 92037

Northern Illinois Honda-Yamaha-Suzuki
Mr. Burt Bondy
8130 Prestwick Drive
La Jolla CA 92037

Mr. Jonathan Brokaw
1210 N. Cummings Road
Davidson MI 48423

Mr. C. Wade Burleson
Route 2, Box 156-B
Elkton, VA 22827

Santa Rosa Twin Vee
Mr. Donell Blodgett
1240 Petaluma Hill Rd
Santa Rosa CA 95404

Santa Rosa Twin Vee
Mr. Donell Blodgett
1240 Petaluma Hill Rd
Santa Rosa CA 95404

Mr. Calvin Boggs
5149 S. DuPont Hwy
Dover, DE 19901-6433

Northern Illinois Honda-Yamaha-Suzuki
Mr. Burt Bondy
8130 Prestwick Drive
La Jolla CA 92037

Northern Illinois Honda-Yamaha-Suzuki
Mr. Burt Bondy
8130 Prestwick Drive
La Jolla CA 92037

Northern Illinois Honda-Yamaha-Suzuki
Mr. Burt Bondy
8130 Prestwick Drive
La Jolla CA 92037

Mr. Raymond Boos
7726 Haverhill Lane
Canton MI 48187

Mr. Bobbie Jo Brady
1951 N 400 E
Winamac IN 46996-8659

Mr. Anthony Brownsword
Route 2, Box 69R, Highway 174
Blum TX 76627

Mr. Tim Caldwell
3642 Sunrise Avenue N.W
Roanoke VA 24012

Mr. Martin Capferri
P.O. Box 610
Sommerville, NJ 08876


C/O John Castellano
Mr. Raymond Cardullo
4386 Danielson Drive
Lake Worth FL 33467


Mr. Kevin or Sherri Carpenter
815 N. 25th Avenue
Yakima, WA 98902


Mr. Robert Carruth
1105 West Bayou Parkway
Lafayette, LA 70503


Mr. Brad Castleberry
424 Trolley Road
Summerville, SC 29485


Mr. Cory Chambers
12605 Carrington Hill Drive
Gaithersburg, MD 20878


Mr. Todd Ciccarelli
9664 Robin Court
Littleton CO 80125


Mr. Jon Cody
2810 Jacaranda Dr
Harlingen TX 78550-8604


Mr. Mario Conte
269 Arbor Lane
Bloomingdale, IL 60180


Mr. Harry Carbaugh
4907 Champlaine Court
Jefferson MD 21755


Mr. Elmer Carlson
822 North 6th Street
St. James, MN 56081


Mr. John Carroll
138 Second Street, PO Box 354
Kersey, CO 80644


Mr. Kenneth Caskey
PO Box 51395
Livonia, MI 48151-5395


Mr. Gustavo Cervantes
916 Liz Rios Drive
Edinberg TX 78539


Mr. Harold Cheek
3481 Shiloh Church Road
Winston-Salem, NC 27105


Mr. Joel Christensen
31 Choate Street
Newark DE 19711-2269


Mr. Richard Clark
1901 S. Bonita Ave.
Ontario CA 91762


Dennis & Beverly Conour
1314 Antuna Blvd
Woodstock, IL 60098

Mr. Mark Cooper
7224 White Wood Drive
Fort Worth TX 76137

Cherokee Indian Motorcycle
Mr. Marshall Cooper
100 Cooper Trail
Blacksburg SC 29702

Mr. Richard Cortesi
5316 Camino Montano N.E.
Albuquerque, NM 87111

Mr. Martin Crist
8439 Greenwood Drive
Niwot CO 80503

Mr. Russell Davis
6639 Pencade Lane
Charlotte, NC 28215

Mr. Michael DelCimmuto
4516 Marina Dr
Munhall PA 15120-2965

In the Wind, Inc.
Mr. Steven DeStout
PO Box 50269
Henderson, NV 89016-0269

In the Wind, Inc.
Mr. Steven DeStout
PO Box 50269
Henderson, NV 89016-0269

In the Wind, Inc.
Mr. Steven DeStout
PO Box 50269
Henderson, NV 89016-0269

In the Wind, Inc.
Mr. Steven DeStout
PO Box 50269
Henderson, NV 89016-0269

Cherokee Indian Motorcycle
Mr. Marshall Cooper
100 Cooper Trail
Blacksburg SC 29702

Boatmen's Credit Card
Ms. Rita Cordova
1008 Coal Avenue SE
Albuquerque NM 87106

Mr. Mike Cramer
13072 Elk Rd
Mound Valley KS 67354-9222

Mr. Darren Croop
5542 34th Ct E
Bradenton FL 34203-5221

Mr. Paul DeDomenico
101 W. Marcy Street
Santa Fe, NM 87501

Mr. John Dempsey, III
PO Box 170
Biddeford Pool ME 04006-0170

In the Wind, Inc.
Mr. Steven DeStout
PO Box 50269
Henderson, NV 89016-0269

In the Wind, Inc.
Mr. Steven DeStout
PO Box 50269
Henderson, NV 89016-0269

In the Wind, Inc.
Mr. Steven DeStout
PO Box 50269
Henderson, NV 89016-0269

Mr. Michael Driscoll
13684 Geddes Rd.
Hemlock, MI 48626

Mr. Robert Duvall
6368 Moreland
Erie, MI 48133

Mr. Quinton Ellis
20 Belle Air Rd
Colo Springs CO 80906-4235

Mr. Phillip Ehart
8722 N. Shore Drive
Jonesboro, GA 30236

Mr. Scott Gregory Erickson
78 167th Lane N.W.
Andover MN 55304

Mr. Lou Evans
257 Forrest Park Way
Forrest Park, GA 30050

Everill Bros. Inc.
Mr. Rooke Everill, Pres
4032 N Preston Lake Dr
Celina TX 75009-2623

Mr. Stepehn Fazio
550 Ruby Street
Joliet, IL 60435

Mr. James Fifield
257 West 86th Street
New York, NY 10024

Mr. Carroll Fink
2400 Clay Pike
Zanesville OH 43701-9221

Gale L Fink
2670 Shaw Rd
Zanesville OH 43701-7193

Mr. Joseph Fredrickson
5539 Mt. Vista
San Antonio, TX 78247

Kentucky Indian Motorcycle Sales, Inc.
Mr. Ronald Fulfer
15315 S. Francis Dr.
Plainfield IL 60544

Steel Stallions Indian of California
Anthony Pugliese Carol Furtier
3145 N Ocean Blvd
Delray Beach FL 33483-7369

Otten, Johnson, Robinson, Neff & Ragonetti, PC
Mr Brad Schacht
950 Seventeenth Street, 16th Floor
Denver CO 80202

Mr. David Garcia
17 Kiva Loop #6
Sandia Park NM 87047-8519

C/O Isabel Garcia
Mr. Ronald Garcia
PO Box 10621
Albuquerque NM 87184-0621

Mr. Charles Gardner
9795 South Preston Highway, PO Box 155
Lebanon Junction KY 40150

Mr. Vincent Gargagliano
1561 Texas NW
Grand Rapids MI 49504

Mr. Charlie Garrett
235 S. Burson Avenue
Bogart GA 30622

Mr. Leonard Garrison
270 Summerfield Dr.
Alpharetta, GA 30202

Ms. Martha Garrison-Tenninson
4675 S Huron Street
Englewood CO 80110-5637

Garrity, Levin and Muir
W. Arthur Garrity, III, Esquire
585 Boylston Street, Ste 200
Boston MA 02116-3638

Mr. George Gasper
5749 Stadler Road
Monroe, MI 48161

Mr. Ronald Gibbens
3502 14th Avenue South.
Grand Forks, ND 58201

Mr. Lee Gilley
38575 Hwy #24
Lake George CO 80827

GIII Apparel Group LTD
Arlene & Morris Goldfarb
512 7th Avenue, 35th Floor
New York City NY 10018

Mr. Larry Grandys
10336 Lindsey Lane
Mokena IL 60448

Mr. Paul Gray
511 Continental Blvd.
Toledo, OH 43607

Snell & Wilmer LLP
Mr. James Killroy, Esq.
1200 Seventeenth Street, Suite 1900
Denver CO 80202

Hale Friesen, LLP
Mr. Alan Hale
1430 Wynkoop Street #300
Denver CO 80202

Mr. David Gasper
5749 Stadler Road
Monroe, MI 48161

Albert & Arlene Gazza
589 Manchester Road
E. Glastonbury, CT 06025-0085

Mr. Ronald Gehringer
123 Front Street
Muscoda WI 53573-0563

Mr. Jonathan Giles
PO Box 519
Petaluma CA 94953

Tri-State Indian Motorcycle Sales
Mr. David Giroux
115 Pond St.
Newton NH 03858

Mr. Buster Gower
165 Chickering Lake Dr.
Roswell, GA 30075

Mr. Kevin Gray
410 Ryder Road
Toledo, OH 43607

Mr. John Guchenheimer
309 St Catherine Circle
Ithaca NY 14850

Ms. Meredith Kusch
309 St Catherine Circle
Ithaca NY 14850

Snell & Wilmer LLP
Mr. James Killroy, Esq.
1200 Seventeenth Street, Suite 1900
Denver CO 80202

Excel Motorsports
Mr. Steven Halprin
1316 Penningtow Place
Concord NC 28207

Mr. Victor Hammond
RR 1, Box 1100E
Golden MO 65658-9784

Hacienda Motorcycles, Inc.
Mr. Rick Hatch
15600 N Hayden Rd
Scottsdale AZ 85260-1924

Mr. Jay Hebert
26 Pearl Street
Holyoke, MA 01040

Mr. Frederick Hild
Route 2 Box 147A
Fredericks burg TX 78624

Mr. William Hodgkin
211 Hood Avenue
Winchester, KY 40391

Mr. Raymond Holt
18225 Lake Drive
Monument, CO 80132

Mr. Tim Hough
47 Far View Lane
Front Royal, VA 22630

Atlas Tubular, Inc.
Mr. John Hubbard
1710 South Highway 77
Robstown TX 78380

Excel Motorsports
Mr. Steven Halprin
1316 Penningtow Place
Concord NC 28207

Excel Motorsports
Mr. Steven Halprin
1316 Penningtow Place
Concord NC 28207

Mr. Parley Hanson
12990 Grouse Street NW
Coon Rapids, MN 55448

Mr. Edward Havlik
A4638 Sallview Drive
Holland MI 49422

Mr. Gerald Heckener
3076 Carlisle Rd.
Dover, PA 17315

Mr. Gier Hjorth
7 Doubleday Lane
Ridgefield, CT 06877

Dr. Robert Hogue, MD
101 A Southpark Drive
Brownwood, TX 76801

Mr. Clyde Horst
2115 Waterford Dr.
Lancaster PA 17601

Mr. Arvil Houts
43 "I" Street
Sparks, NV 89431

Carl & Denise Humphrey
2009 Mercury Way
Sacramento, CA 95864

Paul & Elain Hyams
301 St. Catherine Circle
Ithaca NY 14850

Mr. Gregory Ida
21319 Silktree Cir
Plainfield IL 60544-9360

John & Pamela Inelli
17 Old Farmstead Rd.
Chester, NJ 07930

John & Pamela Inelli
17 Old Farmstead Rd.
Chester, NJ 07930

Data Line Office Systems
Mr. William Irwin
11601 Menaul Boulevard NE
Albuquerque NM 87112-2418

Motorcykel Importen Goteborg AB
Mr. Alf Iseback
Gamla Tuvevagen 4
41705 Goteborg Sweden

Jacobs Industries
Mr. John Jacobs, Jr.
PO Box 9
Fraser MI 48026-0009

Jacobs & Modaber
Mr. Theodore Jacobs, MD
2870 S Maryland Parkway, Suite 300
Las Vegas NV 89109-1552

Mr. Theodore Jacobs, MD
1 Hughes Center Drive, Apt 904
Las Vegas NV 89109-6713

Mr. Jeffrey Johns
RD 4, Box 2
Kittanning, PA 16201

Mr. Kent Jones
16440 Fair Mile Road
Sisters OR 97759-9302

Gene's Parts & Performance
Mr. Orvil Jones
3597 Junction City Highway
El Dorado AR 71730

Public Service Company of New Mexico
Mr. Jim Jordan
Alvarado Square
Albuquerque NM 87158-1008

Mr. Mike Kearney
3720 Sunrise Lane
Key West, FL 33040

Mr. James Keedy
247 Keedy's Lane
Pasadena, MA 21122

Mr. Frank Keefer
181 Keefer Road
Connellsville, PA 15425

Mr. James Kelly
3039 Dutchman Drive
Santa Clara, UT 84765

KPMG Peat Marwick, LLP
Mr. John Kennedy, CPA
6565 Americas Parkway, NE. Suite 700
Albuquerque, NM 87190

Mr. Marton Klepp
12 Day Road
Armonk, NY 10504

Mr. Kurt Kourakis
3537 North Orange Avenue
Chicago IL 60634

Mr. Michael Krachie
17600 Gregory Road
Gregory MI 48137

Mr. Charles Krowczyk
13105 W. 52nd Avenue
Denver CO 80002-1731

Mr. Michael Kurpierz
4512 Vincent Avenue South
Minneapolis, MN 55410

Mr. Andrew Labedz
10335 Kitchen Rd.
Davison, MI 48423

Eller Industries
Mr Leonard Labriola
1630 Main #202
Longmont CO 80501

Mr. Chuck Lampman
10451 Sepulveda Blvd
Mission Hills CA 91345

Mr. Robert LaSpada
20290 Doswell Pl
Ashburn VA 20147-3316

Mr. Terry Left
210 Park Avenue
Charlevoix, MI 49720

Bogue, Koury, and Marylander
Mr Jeff Bogue
1401 17th Street, Suite 320
Denver CO 80202

C/O Julie Lewis
Mr. James Lewis
310 North Main Street
Freeburg IL 62243-1016

Mr. Eugene Kramer
474 Glenwood Place
Thousand Oaks, CA 91362

Mr. Zygmund Kubiak, Jr.
75 Sydney School Road
Annandale, NJ 08801

Mr. Richard Kylberg, Jr.
245 Gaylord Street
Denver, CO 80206

Eller Industries
Mr. Leonard Labriola
6101 North 115th Street
Longmont CO 80501

Mr. Larry Lagace
4170 Snowshoe Ln
Reno, NV 89502-6320

Ms. Linda Laskey
16350 Merriman Rd.
Romulus, MI 48174

Ms. Susan Lavich
2175 W. Southern Avenue
Apache Junction AZ 85220-7319

Leventhal, Brown & Puga PC
Mr. Jim Leventhal
950 S. Cherry St., Suite 600
Denver, CO 80222

Mr. Steve R. Leventhal
6975 Bayaud Avenue East
Denver CO 80230

Mr. William Limehouse
420 Trolley Rd.
Summerville, SC 29485

Winchester Indian Motorcycle Co.
Mr. Carl & Albert Lucci
5260 Grove Street
Stephens City, VA 22655

Cage, Williams, Abelman & Layden, PC
Mr. James Cage
1433 Seventeenth Street
Denver CO 80202

Albert & Penny Lucci
1930 Wyoming Ave.
Ft. Pierce, FL 34982

Cage, Williams, Abelman & Layden, PC
Mr. James Cage
1433 Seventeenth Street
Denver CO 80202

Mr. Frank Lujan
1107 West Westfield
Porterville, CA 93258

Mr. Anthony Maccari
1700 First State Blvd.
Stanton DE 19804

Front Range Indian Motorcycle, Inc.
Mr. Bryan Mager
1401 Wewatta St Unit 4
Denver CO 80202-1257

Front Range Indian Motorcycle, Inc.
Mr. Bryan Mager
1401 Wewatta St Unit 4
Denver CO 80202-1257

Prestige Indian
Mr. Jean-Vincent Marcacci
4, chemin de la Traille
1213 Geneva Switzerland

Mr. David Marburger
15 Marburger Rd
Oley PA 19547

Mr. Douglas March
9305 Seabrook Drive NE
Albuquerque, NM 87111

Mr. Bruce Markus
21855 Town Place Drive
Boca Raton, FL 33433

Mr. J. Ed Martinez
6025 Augusta Circle
College Station TX 77845

Mr. Mervyn Marx
6582 Castlebay Ct
Highland MD 20777-9789

Mr. Edwin Mc Ceney
14317-31 Runabout Court
Laurel, MD 20707

Mr. Jeffrey McAdams
2219 Cliff Road
North Bend, OH 45052

Mr. Kole Mc Adams
5375 10th Ave
Sacramento CA 95820-2301

Mr. Charles McCloskey
8 Westside Ave.
Berganfield, NJ 07621

Maier, McIlnay, Schmitt & Button
101 Falls Road, Suite 603
Grafton WI 83024

Mr. Thomas McGinn, Esquire
788 North Jefferson Street, Suite 900
Milwaukee WI 53202

Mr. Dean McIntyre
1109 Byron St.
Accokeek MD 20607

James & Edith McLaughlin
12628 Marble View
Fort Jones, CA 96032

James & Edith McLaughlin
10125 Eastside Road
Fort Jones, CA 96032

Mr. John McLeod
1629 South Hamilton, #2
Lockport, IL 60441

McNeill, Robert P. Attorney
Robert McNeill, Esquire
110 2nd St SW
Albuquerque NM 87102-3337

Far West Capital, Inc
Mr. Alan Melchior
2221 6200 E SS
Salt Lake City UT 84121

Montgomery & Andrews
Walter Melendres, Esquire
325 Paseo De Peralta
Santa Fe NM 87501

Paul H. Metzinger, P.C.
Paul Metzinger, Esquire
3236 Jellison Street
Wheat Ridge CO 80033

Mr. Glen Meyer
94510 Bank Rogue G N
Gold Beach OR 97444

Front Range Indian Motorcycle
Mr. Lance Migliaccio
450 Holly Street
Denver CO 80220

Front Range Indian Motorcycle
Mr. Lance Migliaccio
450 Holly Street
Denver CO 80220

Mr. Bill Miller
452 Sea Duck Dr.
Daytona Beach, FL 32119

Mr. Ronald Moison
5723 Crow Haven Rd
Langley WA 98260-8317

Excalibur Customs
Mr. Dwight Mooring
6714 4th Street N.E.
Albuqueruque NM 87107

Christopher Schaiberger
Jonathan Moothart, Esquire
620-A Woodmere
Traverse City MI 49686

Mr. Steve Morgan
9015 86th Ave
Coal Valley IL 61240-9746

Ms. Linda Murphy
14442 100th Way N
Scottsdale AZ 85260-7581

Ms. Linda Murphy
8730 Yaqui Loop
Parker AZ 85344

Ms. Linda Murphy
14442 N 100th Way
Scottsdale AZ 85260-7581

Ms. Linda Murphy
8730 Yaqui Loop
Parker AZ 85344

Mr. Michael Neuens
16136 Pin Oak Court
Lockport IL 60441

Arrow Indian Motorcycle
Mr. John Nicholson
81 Rantoul Street
Beverly MA 01915

Mr. Daniel Orttell
20930 Cleary Rd NW #B
Anoka MN 55303-8838

Mr. Brendan O'Sullivan
PO Box 7823
Albuquerque NM 87194-7823

Seminole Indian Incorporated
Mr. Hal Parker
1505 Marvin Street
Longwood FL 32750

Mr. Jeffry Parker
6603 Batavia Place
Denver CO 80220

Mr. Samuel Parker
1200 Noble Street
Fairbanks AK 99701

Mr. Robert Penrod
750 Findley Avenue
Zanesville OH 43701-3340

Mr. Edmund Peters
5500 N 67th Place
Paradise Valley AZ 85253

Mr. Paul Munn
107 Grandview Dr
New Smyrna Beach FL 32168-7735

Mr. Jerry Newman
13489 Hess Road
Holly, MI 48442

Mr. Stephen Noreen
674 Harris Drive
Front Royal, VA 22630

Mr. Dan Osborn
1111 W. Shore Drive
Culver, IN 46511

Pacelli's Indian Motorcycles
Mr. Edward Pacelli
435 Berkshire Rd.
Ridgewood NJ 07450

Seminole Indian Incorporated
Mr. Hal Parker
1505 Marvin Street
Longwood FL 32750

Ms. Loreen Parker
PM B 2073, 3705 Arctic Blvd
Anchorage AK 99503

Mr. Leo Pelham
11096 North Street
Clayton MI 49235

Western Design Engineering
Mr. Jeffrey Perkins
808 Airport Road
Jackson, MI 49202

Fairfield, Farrow & Strotz
Michael Pierson, Esquire
2400 Louisiana Blvd NE, AFC 3, Suite 100
Albuquerque NM 87110-4303

Ed Pink Racing Engines
Mr. Ed Pink
14612 Raymer Street
Van Nuys, CA 91405

Mr. James Pressley
1428 E. 66th Street
Kansas City MO 64131

Otten, Johnson, Robinson, Neff & Ragonetti, PC
Mr Brad Schacht
950 Seventeenth Street, 16th Floor
Denver CO 80202

Mr. James Duberg, Esquire
727 Third Avenue
Chula Vista, CA 91910-5803

Mr. James Duberg, Esquire
727 Third Avenue
Chula Vista, CA 91910-5803

Ms. Mary Reese
3245 63rd SW
Seattle, WA 98116

Mr. Andrew Reiser
4 Breton Drive
Pine Brook NJ 07058-9408

Mr. Lucien Remillard
5025 Des Grands Coteaux
Saint-Mathieu de Beloeil Quebec J3G 2C9

Mr. Joseph Robison
508 W. Int. Spdwy. Blvd.
Daytona Beach, FL 32114

Mr. James Rubenstein
163 Allen's Point
Marion, MA 02738

Mr. David Potter
383 Old 51, Route 2, Box 173
Carsonville, MI 48419

Mr. Anthony Pugliese
3145 N Ocean Blvd
Delray Beach FL 33483-7369

San Deigo Dealership
Mr. Paul Ralph
1167 Sunset Cliffs Blvd.
San Diego CA 92107

San Deigo Dealership
Mr. Paul Ralph
1167 Sunset Cliffs Blvd.
San Diego CA 92107

To the Family of Robert Ray Sr.
1625 Farragut Avenue
Rockville, MD 20851

Kirlin Securities
Mr. Andrew Reiser
6901 Jericho Turnpike
Syosset NY 11791

Windsor L.P. C/O Donald & Co Securities
Windsor LP
147 W Merrick Rd
Freeport NY 11520-3748

Mr. Joseph Revak
10178 Castlewood lane
Oakton, VA 22124

Mr. Kenneth Rodgers
E9420 Brehmer Road
Freemont WI 54940

Mr. Nicholas Russo
310 Extonville Road
Allentown NJ 08501

Mr. Nicholas Russo
310 Extonville Road
Allentown NJ 08501

Ms. Barbara Sandoval
12109 Lost Canyon Trail
Parker CO 80138

Mr. Ronald Schiff
400 South Steele Street, Unit 4
Denver, CO 80209-3532

Don Schunk Indian Motorcycle LTD
Mr. Donald Schunk, Sr.
835 Stone Meadow Drive
Chesterfield MO 63005

Don Schunk Indian Motorcycle LTD
Mr. Donald Schunk, Sr.
835 Stone Meadow Drive
Chesterfield MO 63005

Don Schunk Indian Motorcycle LTD
Mr. Donald Schunk, Sr.
835 Stone Meadow Drive
Chesterfield MO 63005

Mr. Jeffrey Schuster
11915 N. Wilderness Court
Mequon WI 53092

Mr. Edward Seefried
5847 Liska Dr
Jacksonville FL 32244

Mr. Phillip Shaiman
3465 South Poplar Street #408
Denver CO 80224-2926

Tool & Anchor Supply, Inc
Mr. Paul Sherrill
1962 W. 12th Avenue
Denver, CO 80204

Mr. Caludio Saldana
314 West 31st Street
Chicago IL 60616

Mr. Robert Saunders
25500 Joy Boulevard
Harrison Township MI 48045

Alison K. Schuler, Attorney
Alison Schuler, Esquire
2155 Louisiana Blvd NE, Ste 8500
Albuquerque NM 87110-5483

Don Schunk Indian Motorcycle LTD
Mr. Donald Schunk, Sr.
11503 Saint Charles Rock Rd
Bridgeton MO 63044

Don Schunk Indian Motorcycle LTD
Mr. Donald Schunk, Sr.
11503 Saint Charles Rock Rd
Bridgeton MO 63044

Don Schunk Indian Motorcycle LTD
Mr. Donald Schunk, Sr.
11503 Saint Charles Rock Rd
Bridgeton MO 63044

C/O Schuster Metals, Inc
Mr. Jeffrey Schuster
2206 N 30th Street
Milwaukee WI 53208

c/o Norcon General Contractors, Inc.
Mr. Henry Seracki
900 Payne Avenue
Saint Paul MN 55101

Mr. Phillip Shaiman
6800 Leetsdale Dr
Denver CO 80224-1588

Mr. Thomas Sidelko
438 Forest Dr
Brighton MI 48116

Benny Singer
6205 North Ridgeway Ave
Chicago IL 60659

Mr. Christopher Sisney
608 7th Street
Boulder City NV 89005

Mr. Lyle Sommers
3314 St. Paul Avenue
Minneapolis, MN 55416

Mr. Rimas Stankus
6520 W. Archer Avenue
Chicago, IL 60638

Mr. Wiley Sword
10780 Silsby Drive
Roscommon, MI 48653

Southern Thunder/Bennett International Group, INC
Ms. Marcia Taylor
1001 Industrial Parkway, PO Box 569
McDonough GA 30253

Triad Suspension Technologies, Inc.
Mr. Greg Thomas
1007 Pampas Drive S.E.
Albuquerque NM 87108

Mr. Michael . Thomas
330 Leah Ln
Woodstock IL 60098-6401

Staz Nevada Indian
Mr. Roger Thrall
355 Alamosa Drive
Sparks, NV 89436

Skyway Park Inc DBA Fink's Indian Motorcycle
James & Katie Troccoli
1911 Champlain St
Ottawa IL 61350

Kennedy, Christopher, Childs & Fogg, PC
Ms. Nancy Miller
1050 Seventeenth Street #2500
Denver CO 80265-1197

Mr. Russell Smith
2506 Aqua Vista Blvd.
Ft. Lauderdale, FL 33301

Mr. David Sperrazza
141 Parsons Dr.
Hempstead, NY 11550

Iron Redskins
Mr. James Stranks
RR #1
Bognor, Ontario Canada NOH 1EO

Ms. Andrea Taibel
Rudlof-Mattgasse 13
Lagenlebarn Austria 3425

Mr. Phillip Taylor
PO Box 2002
Front Royal VA 22630

Mr Lewis Druxman, Esq.
4001 Indian School Rd NE #101
Albuquerque NM 87110-3816

Mr. Thomas Thomas
7301 Southwest Highway
Worth IL 60482

Kings Highway Motor Sports, Inc.
Mr. Gary Torre
1300 Oak Ridge Road
Mc Donald PA 15057

Kathryn Troccoli
1911 Champlain St
Ottawa IL 61350

Mr. Robert Tryber
1130 Four Mile Road
Racine, WI 53402

Courtesy Auto Group, Inc.
Mr. Matthew Valentine
650 N. Hwy. 17-92
Longwood, FL 32750

Mr. William VandenBerg
901-D North NE
Grand Rapids, MI 49503

Growth Financial
Mr. William Voltz
4959 West Colonial Court
Greenfield WI 53220-2010

Mr. Ross Von Weingarten
28 Woodstock Avenue
Putnam, CT 06260

Mr. Thomas Walls
4088 S Carson Way
Aurora CO 80014-8102

Image Seller Inc
Mr. Lee Wandling
P.O. Box 3487
Evergreen CO 80437-3487

Mr. Donald Weber
2319 W Hedge Place
Mc Henry IL 60051-2912

Mr. Gerald Weiner
23 North Shore Drive
McCook Lake, SD 57049

Country Cycles
Mr. Eugene Wells
20030 Paint Blvd
Shippenville PA 16254-4622

Mr. Jack Turner
2132 Ridgeview Dr.
Billings MT 59105-3635

Mr. Jayson Vance
6580 Kiernan Court
Alexandria, VA 22315

Mr. Thomas Vivian
51 Musconetcong River Rd.
Hampton, NJ 08827

Mr. Ross Von Weingarten
28 Woodstock Avenue
Putnam, CT 06260

Mr. Uli Wachholtz
Gansemarkt 1-3 Neumunster
Schleswig - Holst Germany

Mr. David Waltz
6666 SE 32nd Avenue
Des Moines IA 50317

Mr. Charles Wannemacher
C 696 State Rt. 108
Holgate, OH 43527

Mr. Steven Wegener
140 Littleton Road
Chelmsford, MA 01824

Mr. Mitchell Weiss
419 Barclay Ave
Altamonte Spg FL 32701-6229

Mr. Steve Weston
6625 No. Atwahl Dr.
Glendale WI 53209

Steve Weston
12753 Shoreland Drive NE #23W
Mequon WI 53092

Mr. Raymond Wofford
907 West Kent Avenue
Crete IL 60417

Northstar Indian Motorcycle
Ms. Cathy Nelson
33433 Cobalt Circle, NW
Cambridge MN 37500

Mr. John Zollars
1123 Elizabeth Street
Denver CO 80206

Mr. Greg Winters
13644 W. 179th Street
Lockport, IL 60441

Northstar Indian Motorcycles, Inc.
Mr. Richard Wood
13997 80th Ave North
Maple Grove MN 55311

Mr. MBM Young
PO Box 9805
Rancho Santa Fe CA 92067-4805

Law Offices of Peter C. Freeman
Mr. Peter Freeman, Esq
16485 Laguna Canyon Road, Suit 230
Irvine CA 92618-3846

Snell & Wilmer LLP
Mr. James Killroy, Esq.
1200 Seventeenth Street, Suite 1900
Denver CO 80202

Brownstein Hyatt & Farber, PC
Mr. Michael Pankow
410 Seventeenth Street, 22 Floor
Denver CO 80202-4437

Anthony Pugliese
c/o Brad w. Schacht
Otten, Johnson, Robinson
  Neff &Ragonetti, P.C.
950 17th Street, #1600
Denver, CO  80202