United States District Court
01-19th Street, Room A105
Denver, CO 80294-3589

OFFICIAL BUSINESS

RETURNED TO SENDER

☐ INSUFFICIENT ADDRESS
☐ NO SUCH NUMBER
☐ UNCLAIMED
☐ ATTEMPTED NOT KNOWN
☐ REFUSED
☐ NO SUCH STREET
☐ VACANT
☒ NO REC...

$1.59⁰
HASLER
07/25/2006
Mailed From 80202

017H15524679

Anthony Pugliese
2500 Military Trail
Boca Raton, FL 33431

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG – 4 2006

GREGORY C. LANGHAM
                    CLERK

Cannot Locate
95-cv-777
#2330, 2331
REB-CBS

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 95-cv-00777-REB-CBS

In re: Receivership Estate of INDIAN MOTORCYCLE MANUFACTURING, INC., a New Mexico corporation,

## ORDER APPROVING AND ADOPTING MAGISTRATE JUDGE'S RECOMMENDATION

**Blackburn, J.**

This matters before me are 1) the receiver's **Motion to Reconsider Orders, Amend Orders, and Order Restitution With Incorporated Legal Authority** [#1940], filed November 18, 2005; and 2) the Magistrate Judge's **Recommendation that Receiver's Motion for Reconsideration be Granted** [#2013], filed December 14, 2005. Two claimants in this receivership action have filed objections to the recommendation: 1) **Michael Payne's Objection to Magistrate Judge's Recommendation that Receiver's Motion for Reconsideration be Granted** [#2048], filed December 29, 2005; and 2) **Joinder In and Supplement to Michael Payne's Objection to Magistrate Judge's Recommendation that Receiver's Motion for Reconsideration be Granted** [#2090] (Pacelli), filed January 23, 2006. The receiver and the Internal Revenue Service have filed responses to Payne's objection [#2076] (receiver), [#2067] (IRS), and to Pacelli's objection [#2250] (receiver), [#2259] (IRS).

## I. STANDARD OF REVIEW

Typically, I must review *de novo* all portions of a Magistrate Judge's recommendation to which objections have been filed. **28 U.S.C. § 636(b).** The