**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  95-cv-00777-REB-CBS

In re: Receivership Estate of INDIAN MOTORCYCLE
MANUFACTURING, INC., a New Mexico corporation,

MINUTE ORDER[1]

       The Receiver's Supplement to Response to Order to Show Cause [#2346], filed
August 8, 2006, is STRICKEN as unauthorized by the court.

Dated: August 9, 2006
-----------------------------------------------------------------------------------------------------------------

       [1]This minute order is issued pursuant to the express authority of the Honorable Robert E.
Blackburn, United States District Judge for the District of Colorado.