

United States District Court
901-19th Street, Room A105
Denver, CO 80294-3589

OFFICIAL BUSINESS

INSUFFICIENT ADDRESS
NO SUCH NUMBER
UNCLAIMED
ATTEMPTED — REFUSED
NO SUCH STREET
NOT KNOWN
VACANT
NO RECEPTACLE
NOT DELIVERABLE AS ADDRESSED/UNABLE TO FORWARD
ROUTE NO. 14

017H15524679
HASLER $1.59⁰
07/25/2006
Mailed From 80202

Carol Furtier
2500 Military Trail
Boca Raton, FL 33431

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG - 4 2006

GREGORY C. LANGHAM
CLERK

CANNOT LOCATE
95-CV-777
#2330, 2331
REB-CBS

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 95-cv-00777-REB-CBS

In re: Receivership Estate of INDIAN MOTORCYCLE
MANUFACTURING, INC., a New Mexico corporation,

MINUTE ORDER[1]

    Michael Payne's Motion for Leave to Submit Testimony [#2049], filed December 29, 2005, is DENIED.

Dated: July 25, 2006

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.