**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

CANNOT LOCATE
95-CV-777
#2354   REB-CBS

Ronald Garcia
2505 Madison North East
Albuquerque, NM 87101



RETURN TO SENDER
ATTEMPTED
NOT KNOWN

017H15524679
$0.63
07/26/2006
Mailed From 80202

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG - 9 2006

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Case No. 95-cv-00777-REB-CBS

In re: Receivership Estate of INDIAN MOTORCYCLE
MANUFACTURING, INC., a New Mexico corporation,

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER

Pending before the court are two Unopposed Motions to Withdraw filed by the United States of America and seek to withdraw attorneys Jeffrey S. Swyers and Phillip E. Blondin (both filed 6/16/06; doc. nos. 2292 and 2293). There being no objection(s) filed to the relief requested, it is hereby

**ORDERED** that the instant motions are **GRANTED.**

Messrs. Swyers and Blondin are relieved of any further representation of the *United States* in the above captioned matter. The Clerk's Office is instructed to remove them from the electronic certificate of mailing.

**DATED:** July 26, 2006