Case No. 1:95-cv-00777-REB-CBS   Document 2354-2   filed 08/09/06   USDC Colorado   pg 1 of 2

OFFICE OF THE CLERK
United States District Court
901-19th Street, Room A105
Denver, CO 80294-3589

OFFICIAL BUSINESS



JUL 19'06

Donald Schunk
12572 Durrow Court
St. Louis, MO 63141

For
4167
7-22

CANNOT LOCATE
95-CV-777
#2321
REB-CBS

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG  9 2006

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Case No. 95-cv-00777-REB-CBS

In re: Receivership Estate of INDIAN MOTORCYCLE
MANUFACTURING, INC., a New Mexico corporation,

### MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER

IT IS HEREBY ORDERED that the "Joint Motion for Extension of Time to Answer or Otherwise Respond to Receiver's First Amended Complaint..." (*doc. no. 2315*) is **GRANTED**. The deadline for Defendants to respond to the currently pending First Amended Complaint is extended until thirty (30) days from a ruling by District Judge Blackburn on the Order to Show Cause (doc. no. 2312).

**DATED:**     July 19, 2006