United States District Court
901-19th Street, Room A105
Denver, CO 80294-3589

OFFICIAL BUSINESS



Donald Schunk
12572 Durrow Court
St. Louis, MO 63141

No longer
lives here

CANNOT LOCATE
95-CV-777
#2330, 2331
REB-CBS

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 14 2006

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 95-cv-00777-REB-CBS

In re: Receivership Estate of INDIAN MOTORCYCLE MANUFACTURING, INC., a New Mexico corporation,

## ORDER APPROVING AND ADOPTING MAGISTRATE JUDGE'S RECOMMENDATION

**Blackburn, J.**

This matters before me are 1) the receiver's **Motion to Reconsider Orders, Amend Orders, and Order Restitution With Incorporated Legal Authority** [#1940], filed November 18, 2005; and 2) the Magistrate Judge's **Recommendation that Receiver's Motion for Reconsideration be Granted** [#2013], filed December 14, 2005. Two claimants in this receivership action have filed objections to the recommendation: 1) **Michael Payne's Objection to Magistrate Judge's Recommendation that Receiver's Motion for Reconsideration be Granted** [#2048], filed December 29, 2005; and 2) **Joinder In and Supplement to Michael Payne's Objection to Magistrate Judge's Recommendation that Receiver's Motion for Reconsideration be Granted** [#2090] (Pacelli), filed January 23, 2006. The receiver and the Internal Revenue Service have filed responses to Payne's objection [#2076] (receiver), [#2067] (IRS), and to Pacelli's objection [#2250] (receiver), [#2259] (IRS).

### I. STANDARD OF REVIEW

Typically, I must review *de novo* all portions of a Magistrate Judge's recommendation to which objections have been filed. **28 U.S.C. § 636(b)**. The