**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

RETURNED TO SENDER

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

HASLER
017M5524679
$0.630
07/08/2006
Mailed om 80202

UNDELIVERABLE AS ADDRESSED AUG 1 4 2006
FORWARDING ORDER EXPIRED

GREGORY C. LANGHAM
CLERK

Not @ this address

CANNOT LOCATE
95-CV-777
#2334   REB-CBS

Donald Schunk
12572 Durrow Court
St. Louis, MO 63141

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Case No. 95-cv-00777-REB-CBS

In re: Receivership Estate of INDIAN MOTORCYCLE
MANUFACTURING, INC., a New Mexico corporation,

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

Pending before the court are two Unopposed Motions to Withdraw filed by the United States of America and seek to withdraw attorneys Jeffrey S. Swyers and Phillip E. Blondin (both filed 6/16/06; doc. nos. 2292 and 2293). There being no objection(s) filed to the relief requested, it is hereby

**ORDERED** that the instant motions are **GRANTED.**

Messrs. Swyers and Blondin are relieved of any further representation of the *United States* in the above captioned matter. The Clerk's Office is instructed to remove them from the electronic certificate of mailing.

**DATED:**        July 26, 2006