CE OF THE CLERK
d States District Court
9th Street, Room A105
er, CO 80294-3589
IAL BUSINESS
RETURNED TO SENDER
INSUFFICIENT ADDRESS
NO SUCH NUMBER
UNCLAIMED
REFUSED
ATTEMPTED NOT KNOWN
NO SUCH STREET
VACANT
NO RECEPTACLE
NOT DELIVERABLE AS ADDRESSED-UNABLE TO FORWARD
ROUTE NO
DATE
CARR/INITIALS
017H15524679
HASLER
$1.59
07/31/2006
Mailed From 80202

Carol Furtier
2500 Military Trail
Boca Raton, FL 33431

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 15 2006

GREGORY C. LANGHAM
CLERK

CAN NOT LOCATE
95-CV-777
#2337, 2338
REB-CBS