FFICE OF THE CLERK
TATES DISTRICT COURT
ED A. ARRAJ COURTHOUSE
1-19TH ST., ROOM A105
NVER, CO 80294-3589

OFFICIAL BUSINESS

017H15624679
HASLER   $0.63⁰
08/09/2006
Mailed From 80202
US POSTAGE

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 15 2006

GREGORY C. LANGHAM
CLERK

CANNOT LOCATE
95-CV-777
#2349

REB-CBS

Chuck Krowczyk
1853 South Marshall Circle
Lakewood, CO 80232

NIXIE    802    1    74  08/12/06
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 80294250151    *1558-04614-12-36

80294@2501