CE OF THE CLERK
d States District Court
9th Street, Room A105
er, CO 80294-3589

IAL BUSINESS

RETURNED TO SENDER

017H15524679

HASLER

$1.11º

08/01/2006

Mailed From 80202

Randall J. Baron
Lerach Coughlin Stoia Geller Rudmar
401 B Street
#1700
San Diego, CA 92101

☒ NOT DELIVERABLE AS ADDRESSED
☐ INSUFFICIENT ADDRESS
☐ ATTEMPTED - NOT KNOWN
☐ NO SUCH NUMBER
☐ OTHER
RT# 170      CARR INIT

CANNOT LOCATE
97-CV-1308
#373

WDM-PAC

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 15 2006

GREGORY C. LANGHAM
CLERK