OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 17 2006

GREGORY C. LANGHAM
CLERK

017H15524679
$0.630
08/09/2006
Mailed From 80202

CANNOT LOCATE
95-CV-777
#2349 REB-CBS

Anthony Pugliese
2500 Military Trail
Boca Raton, FL 33431

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Judge Robert E. Blackburn

Civil Case No. 95-cv-00777-REB-CBS

In re: Receivership Estate of INDIAN MOTORCYCLE MANUFACTURING, INC., a New Mexico corporation,

## MINUTE ORDER[1]

The Receiver's Supplement to Response to Order to Show Cause [#2346], filed August 8, 2006, is STRICKEN as unauthorized by the court.

Dated: August 9, 2006

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.