**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

**FILED**
OFFICIAL BUSINESS
UNITED STATES DISTRICT COURT
DR. COLORADO

AUG 17 2006

GREGORY C. LANGHAM
CLERK

CANNot LoCATE
95 - CW - 777
# 2349   REB - CBS

017H15524679
HASLER   $0.630
08/08/2006
Mailed From 80269

Carol Furtier
2500 Military Trail
Boca Raton, FL 33431

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Case No.  95-cv-00777-REB-CBS

In re: Receivership Estate of INDIAN MOTORCYCLE
MANUFACTURING, INC., a New Mexico corporation,

---

MINUTE ORDER[1]

---

The Receiver's Supplement to Response to Order to Show Cause [#2346], filed
August 8, 2006, is STRICKEN as unauthorized by the court.

Dated: August 9, 2006

-------------------------------------------------------------------------------------------------------

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E.
Blackburn, United States District Judge for the District of Colorado.