OFFICE OF THE CLERK
TED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 1 6 2006

GREGORY C. LANGHAM
CLERK

017H15524679
$0.632
08/09/2006
Mailed From 80202
US POSTAGE
HASLER

CANNOt LOCATE
95-CV-777
#2349    REB-CBS

Steven  DeStout
#1 South Water Street
Henderson, NV 89105

NIXIE      891      1         39 08/13/06
              RETURN TO SENDER
              ATTEMPTED - NOT KNOWN
              UNABLE TO FORWARD
BC: 80294250151      *0220-01413-09-45

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 95-cv-00777-REB-CBS

In re: Receivership Estate of INDIAN MOTORCYCLE
MANUFACTURING, INC., a New Mexico corporation,

MINUTE ORDER[1]

The Receiver's Supplement to Response to Order to Show Cause [#2346], filed August 8, 2006, is STRICKEN as unauthorized by the court.

Dated: August 9, 2006

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.