ICE OF THE CLERK
ed States District Court
19th Street, Room A105
ver, CO 80294-3589

CIAL BUSINESS



**ATTEMPTED NOT KNOWN**

Return To Sender Addressee Unknown

017H15524679
HASLER $1.59⁰
07/31/2006
Mailed From 80202

Robert W. Hallock
202 South Merrill Street
Park Ridge, IL 60068-4223

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 21 2006

GREGORY C. LANGHAM
                    CLERK

CANNOT LOCATE
95-CV-777
#2337, 2338
REB-CBS