'ICE OF THE CLERK
'ATES DISTRICT COURT
) A. ARRAJ COURTHOUSE
-19TH ST., ROOM A105
IVER, CO 80294-3589

OFFICIAL BUSINESS

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 21 2006

GREGORY C. LANGHAM
CLERK

Hilm Sevimli
c/o Christopher C. Noble, Esq.
Noble & Associates, LLC
11 Pine Street
Plainville, CT 06103



017H15524679
$0.639
08/09/2006
Mailed From 80202

CANNOT LOCATE
95-CV-777

#2349 REB-CBS

NIXIE     061    1         39 08/16/06
        RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
        UNABLE TO FORWARD

BC: 80294250151    *0220-00321-09-45