```
nTue Aug 22 13:10:46 2006

    UNITED STATES DISTRICT COURT

    DENVER          , CO

Receipt No.    100 270466
Cashier           stacie

Check Number:  114761

DO Code     Div No
 4613         1

Sub Acct Type Tender      Amount
1:510000  N      2        150.00
2:086900  N      2        105.00
3:086400  N      2        200.00

Total Amount       $      455.00

FROM BROWNSTEIN HYATT FARBER

95-CV-00777-REB-CBS, FILING OF APPEAL, S
G
```