**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

CANNOT LOCATE
95-CV-777
#2349 REB-CBS

RETURNED TO SENDER
Not Deliverable as Addressed
Unable to Forward



017H15524679
HASLER $0.63⁹
08/09/2006
Mailed From 80202

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 2 4 2006

GREGORY C. LANGHAM
CLERK

Jeffrey M. Perkins
Western Design Engineering, Inc.
808 Airport Road
Jackso[n]

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 95-cv-00777-REB-CBS

In re: Receivership Estate of INDIAN MOTORCYCLE
MANUFACTURING, INC., a New Mexico corporation,

MINUTE ORDER[1]

The Receiver's Supplement to Response to Order to Show Cause [#2346], filed August 8, 2006, is STRICKEN as unauthorized by the court.

Dated: August 9, 2006

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.