**OFFICE OF THE CLERK**
United States District Court
901-19th Street, Room A105
Denver, CO 80294-3589

**OFFICIAL BUSINESS**



017H15524
HASLER $1.5
07/25/2
Mailed From

RETURNED TO SENDER

☒ Forwarding Order Expired   ☐ No Such Street
☐ Insufficient Address        ☐ No Such Number
☐ Moved, Left No Address     Route No.___ Date___
☐ Unclaimed ☐ Refused        Carr. Initials___
☐ Attempted, Not Known

Steven DeStout
#1 South Water Street
Henderson, NV 89105

CANNOT LOCATE
95-CV-777
#2330, 2331
REB-CBS

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 2 8 2006

GREGORY C. LANGHA
CLE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 95-cv-00777-REB-CBS

In re: Receivership Estate of INDIAN MOTORCYCLE MANUFACTURING, INC., a New Mexico corporation,

## ORDER APPROVING AND ADOPTING MAGISTRATE JUDGE'S RECOMMENDATION

**Blackburn, J.**

This matters before me are 1) the receiver's **Motion to Reconsider Orders, Amend Orders, and Order Restitution With Incorporated Legal Authority** [#1940], filed November 18, 2005; and 2) the Magistrate Judge's **Recommendation that Receiver's Motion for Reconsideration be Granted** [#2013], filed December 14, 2005. Two claimants in this receivership action have filed objections to the recommendation: 1) **Michael Payne's Objection to Magistrate Judge's Recommendation that Receiver's Motion for Reconsideration be Granted** [#2048], filed December 29, 2005; and 2) **Joinder In and Supplement to Michael Payne's Objection to Magistrate Judge's Recommendation that Receiver's Motion for Reconsideration be Granted** [#2090] (Pacelli), filed January 23, 2006. The receiver and the Internal Revenue Service have filed responses to Payne's objection [#2076] (receiver), [#2067] (IRS), and to Pacelli's objection [#2250] (receiver), [#2259] (IRS).

### I. STANDARD OF REVIEW

Typically, I must review *de novo* all portions of a Magistrate Judge's recommendation to which objections have been filed. **28 U.S.C. § 636(b).** The