OF THE CLERK
ates District Court
Street, Room A105
O 80294-3589
BUSINESS



017H15524679
$1.83⁰
08/22/2006
Mailed From 80202

Steven DeStout
#1 South Water Street
Henderson, NV 89105



- Forwarding Order Expired  - No Such Street
- Insufficient Address      - No Such Number
- Moved, Left No Address    Route No.___Date___
- Unclaimed  - Refused      Carr. Initials_____
- Attempted, Not Known

95CV-00777-REB-CBS
#2362 - NOA

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 29 2006

GREGORY C. LANGHAM
                  CLERK