# United States Court of Appeals for the Tenth Circuit
### OFFICE OF THE CLERK
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303)844-3157

**Elisabeth A. Shumaker**
Clerk of Court

**Douglas E. Cressler**
Chief Deputy Clerk

August 29, 2006

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 29 2006

GREGORY C. LANGHAM
CLERK

Mr. Daniel J. Garfield
Brownstein, Hyatt & Farber
410 17th Street, 22nd Floor
Denver, CO 80202

Mr. Michael J. Pankow
Brownstein, Hyatt & Farber
410 17th Street, 22nd Floor
Denver, CO 80202

Brad W. Schacht
Otten, Johnson, Robinson, Neff & Ragonetti
950 17th Street
Suite 1600
Denver, CO 80202

> Re:   06-1366, In re: Receivership v. -
>       Dist/Ag docket:   95-CV-00777-REB-CBS

Dear Counsel:

This appeal was docketed today. For your convenience, copies of the Tenth Circuit Rules, effective January 1, 2006, and the Federal Rules of Appellate Procedure, effective December 1, 2005, are available on the court's website at www.ca10.uscourts.gov. You may also obtain a copy of the rules by calling this office. We invite you to contact us with any questions you may have about our operating procedures. Outlined below are some of the requirements for prosecuting this appeal.

Enclosed is an entry of appearance form. Attorneys must complete and file this form within ten days of the date of this letter. 10th Cir. R. 46.1(A). Pro se parties must complete and file the form within thirty days of the date of this letter. Appellant's failure to enter an appearance may cause the appeal to be dismissed. An appellee who fails to enter an appearance may not receive notice or service of orders.

You are required to file a docketing statement within 10 days of filing the notice of appeal. If you have not yet filed that pleading, you should do so within 10 days of the date of this letter. Please note that under local rule 3.4(C), the appellant is not limited to the issues identified in his docketing statement and may raise other appropriate issues in the opening brief. In addition to the docketing statement, all transcripts must be ordered within 10 days of the date

of this letter. If no transcript is necessary, you must file a statement to that effect.

Appellant is not required to file a designation of record, but will be required to file an appendix with appellant's opening brief. See 10th Cir. R. 10.2(A) and 30.1.

Appellant must file an opening brief and appendix within 40 days after the date on which the district clerk notifies the parties and the circuit clerk that the record is complete for purposes of appeal. See 10th Cir. R. 31.1(A)(1). Motions for extensions of time to file briefs and appendixes are not favored and will not be granted unless they comply with 10th Cir. R. 27.3.

Briefs must satisfy all requirements of the Federal Rules of Appellate Procedure and Tenth Circuit Rules. See Fed. R. App. P. 28 and 32 and 10th Cir. R. 28.1, 28.2, 32.1 and 31.3 when applicable. An original and 7 copies of briefs must be filed. See 10th Cir. R. 31.5. Appendixes must satisfy the requirements of 10th Cir. R. 30.1(A) and 30.1(C) and 2 copies must be filed. See 10th Cir. R. 30.1(D).

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk, Court of Appeals

By: Deputy Clerk

clk:jmm

cc:
   Gregory C. Smith
   John M. Tanner
   Leonard Labraiola
   Stephen D. Bell
 Eller Industries Inc
   R. J. Cortesi
   Edward T. Ramey
   Burt R. Bondy
   Robert Morrow Jr.
   John Inelli
   Albert R. Gazza
   James R. Cage
   Donald Schunk
   Nicholas Russo
   Steven Halprin
   Mollybeth R. Kocialski
   Michael Mandelman
   Gary Clifford Moschetti
   Robert W. Hallock
   Eugene M. Sprague

```
        Michael A. Chodos
        J. Eric Elliff
        Julie Andrea Trent
        Cassandra Sasso
        James Duberg
Miller Simon & Maier
        Scott Kajiya
        Hilm Sevimli
        Robert J. Danie
        Ronald Fulfer
        Roanld Garcia
        Carol Furtier
        Anthony Pugliese
        Richard Dale Wood
        Kathryn L Troccoli
        Ed Pink
Montgomery & Andrews
        Jeffrey M. Perkins
        Steven DeStout
        Alf Iseback
        Robert W. Pitts
Triad Suspension
        Lee M. Kutner
        Benny Singer
        Adam F Hulbig
        Gerald C. Miller
        Noreene C. Stehlik
        Gregory C. Langham, Clerk
```