## TRANSCRIPT ORDER FORM - DIRECTIONS ON THE REVERSE SIDE

**PART I** - To be completed by appellant within ten days of filing the notice of appeal

Short Title: Receivership Estate of Indian        District: Colorado
District Court Number: 95-cv-00777-REB-CBS        Circuit Court Number: 06-1366
Name of Attorney: Daniel J. Garfield
    Name of Law Firm: Brownstein Hyatt & Farber, P.C.
    Address of Firm: 410 Seventeenth St., 22nd Floor, Denver, CO 80202
    Telephone of Firm: (303) 223-1100      Attorneys for: Michael G. Payne, Appellant
Name of Court Reporter: _____        Telephone of Reporter: _____

**PART II - COMPLETE SECTION A OR SECTION B**
**SECTION A** - I HAVE NOT ORDERED A TRANSCRIPT BECAUSE
    [ ] A transcript is not necessary for this appeal, or
    [■] The necessary transcript is already on file in District Court
    [ ] The necessary transcript was ordered previously in appeal
       number _____

**SECTION B** - I HEREBY ORDER THE FOLLOWING TRANSCRIPT:
    (Specify the date and proceeding in the space below)
Voir dire: _____; Opening Statements: _____;
Trial proceedings: _____; Instruction Cnf: _____;
Jury Instructions: _____; Closing Arguments: _____;
Post Trial Motions: _____; Other Proceedings: _____.
(Attach additional pages if necessary)

[ ] Appellant will pay the cost of the transcript.
My signature on this form is my agreement to pay for the transcript ordered on this form.

[ ] This case is proceeding under the Criminal Justice Act.
NOTE: Leave to proceed *in forma pauperis* does not entitle appellant to a free transcript. An order of the district court allowing payment for the transcript at government expense must be obtained. See 28 U.S.C. §753(f).

**CERTIFICATE OF COMPLIANCE**
I certify that I have read the instructions on the reverse of this form and that copies of this transcript order form have been served on the court reporter (if transcript ordered), the Clerk of U.S. District Court, all counsel of record or pro se parties, and the Clerk of the U.S. Court of Appeals for the Tenth Circuit. I further certify that satisfactory arrangements for payment for any transcript ordered have been made with the court reporter(s).

Signature of Attorney/Pro Se: __[signature]__        Date: 8/31/06

**PART III - TO BE COMPLETED BY THE COURT REPORTER**
    Upon completion, please file one copy with the Clerk of the U.S. Court of Appeals and one copy with the Clerk of the U.S. District Court.

Date arrangements for payment completed: _____
Estimated completion date: _____
Estimated number of pages: _____
I certify that I have read the instructions on the reverse side and that adequate arrangements for payment have been made.

Signature of Court Reporter: _____        Date: _____

A-8 Transcript Order Form 4/97

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of August, 2006, a true and correct copy of the foregoing **TRANSCRIPT ORDER FORM** was served via first-class mail, postage prepaid, to the parties shown below:

| | |
|---|---|
| James R. Cage<br>Cage Williams, P.C.<br>1433 Seventeenth Street<br>Denver, CO 80202 | Mollybeth R. Kocialski<br>First Data Corporation<br>12500 East Belford Ave., M21A2<br>Englewood, CO 80112 |
| Michael A. Chodos<br>Law Offices of Michael Chodos<br>56 Malaga Cove Plaza<br>Palos Verdes Estates, CA 90274 | Robert W. Pitts<br>Law Office of Robert W. Pitts<br>660 Newport Center Drive, #400<br>Newport Beach, CA 92660 |
| J. Eric Elliff<br>Morrison & Foerster, LLP<br>370 Seventeenth St., #5200<br>Republic Plaza<br>Denver, CO 80202 | Edward T. Ramey<br>Isaacson Rosenbaum, P.C.<br>633 Seventeenth St., #2200<br>Denver, CO 80202 |
| Adam F. Hulbig<br>U.S. Department of Justice – DC Tax Division<br>P.O. Box 683<br>Ben Franklin Station<br>Washington, DC 20044 | Gregory C. Smith<br>Fairfield & Woods, P.C.<br>1700 Lincoln St., #2400<br>Denver, CO 80203 |
| Eugene M. Sprague<br>Berenbaum, Weinshienk & Eason, P.C.<br>370 Seventeenth St., #4800<br>Denver, CO 80202 | Julie Andrea Trent<br>Bieging, Shapiro & Burrus, LLP<br>4582 S. Ulster Street Parkway, #1650<br>Denver, CO 80237 |
| John 'Jack' Markham Tanner<br>Fairfield & Woods, P.C.<br>1700 Lincoln St., #2400<br>Denver, CO 80203 | Burt Bondy<br>1523 Coast Walk<br>La Jolla, CA 92037 |
| Eller Industries<br>c/o Leonard S. ("Lonnie") Labriola<br>6035 N. 115th Street<br>Longmont, CO 80504-8434 | James Duberg<br>727 Third Avenue<br>Chula Vista, CA 91910-5803 |
| Daniel L. Dawes<br>Graham & James, LLP<br>650 Town Center Drive, 6th Flr.<br>Costa Mesa, CA 92626 | Robert W. Hallock<br>202 S. Merrill St.<br>Park Ridge, IL 60068-4223 |

| | |
|---|---|
| Ronald Garcia<br>2505 Madison, North East<br>Albuquerque, NM 87101 | Steve DeStout<br>#1 South Water Street<br>Henderson, NV 89105 |
| R.J. Coresti<br>5316 Camino Montano, North East<br>Albuquerque, NM 87111 | Albert R. Gazza<br>589 Manchester<br>East Glastonburty, CT 06025-0085 |
| Ronald Fulfer<br>15315 S. Francis Dr.<br>Plainfield, IL 60544 | Robert J. Daniel<br>9 Wagon Wheel Drive<br>Feeding, Hills, MA 01030 |
| Steve Halprin<br>1315 Penningtow Place<br>Concord, NC 28207 | Carol Furier<br>2500 Military Trail<br>Boca Raton, FL 33431 |
| John V. Del Gaudio, Jr<br>John V. Del Gaudio, Jr. & Associates<br>221 N. LaSalle St., #638<br>Chicago, IL 60601 | John Inelli<br>17 Old Farmstead Rd.<br>Chester, NJ 07930 |
| James R. Ghiselli<br>Ghiselli Law Offices, PC<br>8170 Kincross Drive<br>Boulder, CO 80302 | Morty B. Lempel<br>Morty B. Lempel, Esq.<br>55 Old Turnpike Road, #209<br>Nantuet, NY 10954-2450 |
| Alf Iseback<br>Gamla Tuveagen 4<br>Goteborg, Sweden 41705 | Montgomery & Andrews, P.A.<br>325 Paso De Peralta<br>Santa Fe, NM 87501 |
| Michael Mandelman<br>c/o Peter D. Bilowz, Esq.<br>Goulston & Storrs, P.C.<br>400 Atlantic Avenue<br>Boston, MA 02110-3333 | Nicholas Russo<br>310 Extonville Road<br>Allentown, NJ 08501 |
| Jeffrey M. Perkins<br>Western Design Engineering, Inc.<br>808 Airport Road<br>Jackson, MI 49202 | Noreene C. Stehlik<br>U.S. Department of Justice<br>DC Tax Division<br>P.O. Box 683<br>Ben Franklin Station<br>Washington, DC 20044 |
| Hilm Sevimli<br>c/o Christopher C. Noble, Esq.<br>Nobel & Associates, LLC<br>11 Pine Street<br>Plainville, CT 06103 | James P. Lewis<br>2143 S. Brentwood Street<br>Lakewood, CO 80227 |

| | |
|---|---|
| Scott Kajiya<br>c/o Peter C. Freeman, Esq.<br>Law Offices of Peter C. Freeman<br>16485 Laguna Canyon Road, #230<br>Irvine, California 92618-3846 | Robert Morrow, Jr.<br>401 North College Rd., #5<br>Lafayette, LA 70506 |
| Gerald C. Miller<br>U.S. Department of Justice<br>DC Tax Division<br>P.O. Box 683<br>Ben Franklin Station<br>Washington, DC 20044 | Cassandra Gay Sasso<br>Baker & Hostetler-Colorado<br>303 E. 17th Ave., #1100<br>Denver, CO 80203 |
| Ed Pink Racing Engines, Inc.<br>14612 Raymer St.<br>Van Nuys, CA 91405 | Albert Lucci<br>1930 Wyoming Avenue<br>Ft. Pierce, FL 34982 |
| Peter Sklarew<br>U.S. Department of Justice<br>DC Tax Division<br>P.O. Box 55<br>Ben Franklin Station<br>Washington, DC 20044 | Gary Clifford Moschetti<br>Hatch Jacobs LLC<br>950 Seventeenth St., #1700<br>Denver, CO 80202 |
| Check Krowczyk<br>1853 S. Marshall Cir.<br>Lakewood, CO 80232 | Donald Schunk<br>12572 Durrow Court<br>St. Louis, MO 53141 |
| Miller Simon & Maier<br>c/o Mark S. Schmidt, Esq.<br>788 North Jefferson St.<br>Milwaukee, WI 53202 | Kathryn L. Troccoli<br>1911 Champlain St.<br>Ottawa, IL 61350 |
| Anthony Pugliese<br>2500 Military Trail<br>Boca Raton, FL  33431 | Richard Dale Wood<br>13997 80th Ave. North<br>Maple Grove, MN 55311 |
| Triad Suspension Technologies, Inc.<br>c/o Lewis M. Druxman, Esq.<br>6715 Academy Rd. North East<br>Suite B<br>Albuquerque, NM 87109 | |

[signature]