FICE OF THE CLERK
ted States District Court
-19th Street, Room A105
iver, CO 80294-3589

ICIAL BUSINESS



017H15524679

HASLER   $1.83⁰

08/22/2006

Mailed From 80202

Jeffrey M. Perkins
Western Design Engineering, Inc.
808 Airport Road
Jackson, MI 492?2

CANNOT LOCATE
95-CV-777
#2362
REB-CBS

UTF
RS
215
8-25

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
OFFICE OF THE CLERK

GREGORY C. LANGHAM, CLERK

ROOM A-105
ALFRED A. ARRAJ U.S. COURTHOUSE
901 19TH STREET
DENVER, COLORADO 80294-3589
PHONE (303) 844-3433
www.cod.uscourts.gov

August 22, 2006

SEE NOTICE OF ELECTRONIC FILING

**RE:    Receivership Estate of Indian Motorcycle Manufacturing Inc.**

District Court Case No. 95-cv-00777-REB-CBS
Notice of Appeal Filed by Michael G. Payne on 08/21/06
Fee Status: Fees Not Paid
Other Pending Appeals: None

    Attached are the following documents for the parties in connection with the notice of appeal: Copy of the notice of appeal and a copy of the docket sheet. ** The appellant only is directed to the U.S. Court of Appeals for the 10th Circuit website (http://www.ca10.uscourts.gov/clerk/rulesandforms.php) to obtain the Notice of Transcript Order form, Docketing Statement, Docketing Statement Instructions, and the Counsel Notice of Appeal Letter.

    The appellant must carefully read the directions for provided with the Notice of Transcript Order form. If a transcript is being ordered, the appellant and the court reporter must complete the Notice of Transcript Order. The appellant must complete a separate form for each court reporter and/or reporting service, indicating only the dates of the proceedings that reporter is being requested to transcribe. Please contact the reporter or reporting services directly to obtain information and make arrangements for the preparation of the necessary transcripts. Instructions and the names, addresses and telephone numbers for most of the court reporters and reporting services can be found on the attached list.

    File one copy of the Notice of Transcript Order with the U.S. District Court on CM/ECF, one copy in paper with the U.S. Court of Appeals and serve all parties within 10 days after filing of the Notice of Appeal, pursuant to Fed. R. App. P. 10. If no transcript is being ordered, or all necessary transcripts are presently on file, the appellant must complete the Notice of Transcript Order, including Section A and file it within the same 10 day period as indicated above. If the entire transcript is not ordered by the appellant, the appellee should refer to Fed. R. App. P. 10.

    If you have any difficulty accessing the necessary appeal documents please contact the appeals clerk at the U.S. District Court for the District of Colorado (303) 844-3433.

Sincerely,
GREGORY C. LANGHAM, Clerk


by  s/ Bobbi Reed
Deputy Clerk

cc:    Clerk, U.S. Court of Appeals (with copy of docket sheet, copy of notice of appeal and the preliminary record)
**    The parties receiving manual notice of the appeal will receive pages 229-231 of the docket sheet..