FICE OF THE CLERK
ited States District Court
1-19th Street, Room A105
nver, CO 80294-3589
FICIAL BUSINESS



017H15524679
HASLER  $0.87⁰
08/30/2006
Mailed From 80202

Steven DeSlout
#1 South Water Street
Henderson, NV 89105

☐ Forwarding Order Expired   ☐ No Such Street
☐ Insufficient Address         ☒ No Such Number
☐ Moved, Left No Address      Route No.___ Date___
☐ Unclaimed ☐ Refused         Carr. Initials_____
☐ Attempted, Not Known

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP - 6 2006

GREGORY C. LANGHAM
                  CLERK

CANNOT LOCATE
95-~~cr~~-777
   cv
#2369, 2371
REB-CBS

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

**Civil Case No.:** 95-cv-00777-REB-CBS
**Date:** August 28, 2006

FTR-Reporter Deck-Courtroom A402
Courtroom Deputy, Ellen E. Miller

**In re:** Receivership Estate of INDIAN MOTORCYCLE MANUFACTURING, INC., a New Mexico corporation,

## COURTROOM MINUTES / MINUTE ORDER

**HEARING: MOTIONS HEARING**
**Court in session:** 1:30 p.m.
Court calls case. Appearance of counsel. Present are John M. Tanner and Richard A. Block. Also present are Julie A. Trent, Michael J. Pankow, and Robert W. Pitts.

Discussion is held regarding the Notice of Appeal filed by Mr. Payne. It is agreed the U.S. District Court does not lose jurisdiction in this case.

Discussion is held regarding the Receiver's request for instructions filed August 10, 2006.

**It is ORDERED:** Receiver's MOTION (REQUEST) FOR INSTRUCTIONS RE: UNPAID DEPOSITORS (Docket No. **2351**, Filed August 10, 2006) is **HELD IN ABEYANCE** pending further briefing.

It is noted response deadline is August 30, 2006. The Court will address the Motion in due course.

It is noted that the dispute in **05-cv-01573-PSF-CBS** appears to be under the same language in the settlement agreement that directs any dispute to be resolved by a Magistrate Judge.

It is anticipated CMA will file its Cross-Motion and response to Sterling's Motion in 05-cv-01573-PSF-CBS and the parties in the 05- case will file a joint paper presenting the position that the dispute in the 05- matter falls within the terms of the Settlement Agreement in the 95- case, and, therefore, request it be referred to Magistrate Judge Shaffer under 636(c).

The Court will set a JOINT MOTIONS HEARING / ORAL ARGUMENT in **95-00777-REB-CBS** and **05-cv-01573-PSF-CBS** by Minute Order.

Counsel are to confer with attorney Thomas Quinn, select a date from those offered by the Court, and call chambers to notify the Court of their decision.