UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
OFFICE OF THE CLERK

GREGORY C. LANGHAM, CLERK

ROOM A-105
ALFRED A. ARRAJ U.S. COURTHOUSE
901 19TH STREET
DENVER, COLORADO 80294-3589
PHONE (303) 844-3433
www.cod.uscourts.gov

September 8, 2006

Clerk of Court
United States Court of Appeals for the Tenth Circuit
Byron White United States Courthouse
1823 Stout Street
Denver, CO 80257

**RE:    Receivership Estate of Indian Motorcycle Manufacturing Inc.**

Court of Appeals Case No. 06-1366
District Court Case No. 95-cv-00777-REB-CBS

Dear Clerk of Court:

Please be advised that the record in the above referenced matter is now complete.

A transcript order form has been filed by the appellant stating that the necessary transcript is already on file in the district court. .

Sincerely,
GREGORY C. LANGHAM, Clerk

by   s/ Bobbi Reed
      Deputy Clerk

cc: SEE NOTICE OF ELECTRONIC FILING