

ICE OF THE CLERK
ed States District Court
19th Street, Room A105
er, CO 80294-3589
CIAL BUSINESS

☐ INSUFFICIENT ADDRESS
☐ NO SUCH NUMBER
☐ UNCLAIMED ☐ REFUSED
☐ ATTEMPTED NOT KNOWN
☐ NO SUCH STREET
☐ VACANT
☐ NO RECEPTACLE
☒ NOT DELIVERABLE AS ADDRESSED-UNABLE TO FORWARD
OUTE NO. 14 DATE ___
ARR. INITIALS ___

017H15524679
HASLER $0.87⁰
08/30/2006
Mailed From 80202

Anthony Pugliese
2500 Military Trail
Boca Raton, FL 33431

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 1 1 2006

GREGORY C. LANGHAM
CLERK

CANNOT LOCATE
95-CV-777
#2367, 2391