E CLERK
istrict Court
Room A105
94-3589
ss

US POSTAGE
HASLER $0.87₀
08/30/2006
Mailed From 80202
017H15524679

ATTEMPTED NOT KNOWN
RETURNED TO SENDER

Chuck Krowczyk
1853 South Marshall Circle
Lakewood, CO 80232

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 11 2006

GREGORY C. LANGHAM
CLERK

CAN'T LOCATE
95-CV-777
#2307, 2371
REB-CBS