IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Case No. 95-cv-00777-REB-CBS

In re: Receivership Estate of INDIAN MOTORCYCLE
MANUFACTURING, INC., a New Mexico corporation,

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

  THIS MATTER IS before the court on Sterling Consulting Corporation's Motion to Require Accounting from CMA (*doc. no. 2376).* It is

  **ORDERED** that the parties are directed to D.C.COLOL.CIVR. 7.1 C for the deadline(s) relating to the filing of the response and reply brief(s).

**DATED:**  September 13, 2006