OFFICE OF THE CLERK
TED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 13 2006

GREGORY C. LANGHAM
CLERK

95-CV-777REB-CBS
# 2380



017H15524679
HASLER  $0.639
09/08/2006
Mailed From 80202
US POSTAGE

Chuck Krowczyk
1853 South Marshall Circle
Lakewood, CO 80232

NIXIE        802      1           74 09/12/06
         RETURN TO SENDER
       ATTEMPTED - NOT KNOWN
         UNABLE TO FORWARD

BC: 80294250151       *1568-05569-12-28

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
OFFICE OF THE CLERK

GREGORY C. LANGHAM, CLERK

ROOM A-105
ALFRED A. ARRAJ U.S. COURTHOUSE
901 19TH STREET
DENVER, COLORADO 80294-3589
PHONE (303) 844-3433
www.cod.uscourts.gov

September 8, 2006

Clerk of Court
United States Court of Appeals for the Tenth Circuit
Byron White United States Courthouse
1823 Stout Street
Denver, CO 80257

**RE:   Receivership Estate of Indian Motorcycle Manufacturing Inc.**

Court of Appeals Case No. 06-1366
District Court Case No. 95-cv-00777-REB-CBS

Dear Clerk of Court:

   Please be advised that the record in the above referenced matter is now complete.

   A transcript order form has been filed by the appellant stating that the necessary transcript is already on file in the district court. .

                              Sincerely,
                              GREGORY C. LANGHAM, Clerk


                              by   s/ Bobbi Reed
                                 Deputy Clerk


cc: SEE NOTICE OF ELECTRONIC FILING