ed States District Court
19th Street, Room A105
er, CO 80294-3589

CIAL BUSINESS

$0.87⁰
HASLE[R]
08/30/2006
Mailed From 80202

Ronald Garcia
2505 Madison, North East
Albuquerque, NM 87101

No longer At this Address

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 15 2006

GREGORY C. LANGHAM
            CLERK

CANNOT LOCATE
95-CV-777
#2367, 2371
REB, CBS

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

**Civil Case No.:  95-cv-00777-REB-CBS**  FTR-Reporter Deck-Courtroom A402
**Date:  August 28, 2006**  Courtroom Deputy, Ellen E. Miller

In re:   Receivership Estate of INDIAN MOTORCYCLE MANUFACTURING, INC.,
a New Mexico corporation,

## COURTROOM MINUTES / MINUTE ORDER

**HEARING:  MOTIONS HEARING**
**Court in session:**  1:30 p.m.
Court calls case.  Appearance of counsel.  Present are John M. Tanner and Richard A. Block.  Also present are Julie A. Trent, Michael J. Pankow, and Robert W. Pitts.

Discussion is held regarding the Notice of Appeal filed by Mr. Payne.  It is agreed the U.S. District Court does not lose jurisdiction in this case.

Discussion is held regarding the Receiver's request for instructions filed August 10, 2006.

**It is ORDERED:**   Receiver's MOTION (REQUEST) FOR INSTRUCTIONS
RE: UNPAID DEPOSITORS  (Docket No. **2351**, Filed August 10, 2006)
is **HELD IN ABEYANCE** pending further briefing.

It is noted response deadline is August 30, 2006.  The Court will address the Motion in due course.

It is noted that the dispute in **05-cv-01573-PSF-CBS** appears to be under the same language in the settlement agreement that directs any dispute to be resolved by a Magistrate Judge.

It is anticipated CMA will file its Cross-Motion and response to Sterling's Motion in 05-cv-01573-PSF-CBS and the parties in the 05- case will file a joint paper presenting the position that the dispute in the 05- matter falls within the terms of the Settlement Agreement in the 95- case, and, therefore, request it be referred to Magistrate Judge Shaffer under 636(c).

The Court will set a JOINT MOTIONS HEARING / ORAL ARGUMENT in **95-00777-REB-CBS** and **05-cv-01573-PSF-CBS** by Minute Order.

Counsel are to confer with attorney Thomas Quinn, select a date from those offered by the Court, and call chambers to notify the Court of their decision.