FICE OF THE CLERK
TATES DISTRICT COURT
D A. ARRAJ COURTHOUSE
-19TH ST., ROOM A105
NVER, CO 80294-3589

OFFICIAL BUSINESS

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 18 2006

GREGORY C. LANGHAM
CLERK



017H15524879

$0.639

HASLER

09/08/2006

US POSTAGE

Mailed From 80202

CANNOT LOCATE
95-CW-777
#2380      REB-CBS

Steven DeStout
#1 South Water Street
Henderson, NV 89105

NIXIE      891      1      39 09/14/06
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 80294250099     *0294-02039-14-43

# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO
### OFFICE OF THE CLERK

GREGORY C. LANGHAM, CLERK

ROOM A-105
ALFRED A. ARRAJ U.S. COURTHOUSE
901 19TH STREET
DENVER, COLORADO 80294-3589
PHONE (303) 844-3433
www.cod.uscourts.gov

September 8, 2006

Clerk of Court
United States Court of Appeals for the Tenth Circuit
Byron White United States Courthouse
1823 Stout Street
Denver, CO 80257

**RE:    Receivership Estate of Indian Motorcycle Manufacturing Inc.**

Court of Appeals Case No. 06-1366
District Court Case No. 95-cv-00777-REB-CBS

Dear Clerk of Court:

Please be advised that the record in the above referenced matter is now complete.

A transcript order form has been filed by the appellant stating that the necessary transcript is already on file in the district court. .

Sincerely,
GREGORY C. LANGHAM, Clerk

by  s/ Bobbi Reed
Deputy Clerk

cc: SEE NOTICE OF ELECTRONIC FILING