FFICE OF THE CLERK
TATES DISTRICT COURT
ED A. ARRAJ COURTHOUSE
1-19TH ST., ROOM A105
NVER, CO 80294-3589

OFFICIAL BUSINESS

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 18 2006

GREGORY C. LANGHAM
CLERK



017H15524879
$0.639
09/12/2006
Mailed From 80202

Chuck Krowczyk
1853 South Marshall Circle
Lakewood, CO 80232

CANNOT LOCATE
95-CV-777
#2382  REB-CBS

NIXIE  802  1  74 09/15/06
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 80294250151   *1568-09428-15-08

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 95-cv-00777-REB-CBS

In re: Receivership Estate of INDIAN MOTORCYCLE
MANUFACTURING, INC., a New Mexico corporation,

## MINUTE ORDER[1]

The Receiver's **Request for Status Conference** [#2141], filed February 9, 2006, is DENIED as presently unnecessary.

Dated: September 12, 2006

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.