OFFICE OF THE CLERK
STATES DISTRICT COURT
RED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 19 2006

GREGORY C. LANGHAM
CLERK

Anthony Pugliese
2500 Military Trail
Boca Raton, FL 33431



$0.639
09/08/2006
Mailed From 80202

CANNOt LOCATE
95-CV-777
#2380 REB-CBS

NIXIE          394      1        71 09/19/06
       RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
       UNABLE TO FORWARD
BC: 80294250151    *1501-03128-12-32

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
OFFICE OF THE CLERK

GREGORY C. LANGHAM, CLERK

ROOM A-105
ALFRED A. ARRAJ U.S. COURTHOUSE
901 19TH STREET
DENVER, COLORADO 80294-3589
PHONE (303) 844-3433
www.cod.uscourts.gov

September 8, 2006

Clerk of Court
United States Court of Appeals for the Tenth Circuit
Byron White United States Courthouse
1823 Stout Street
Denver, CO 80257

RE:   **Receivership Estate of Indian Motorcycle Manufacturing Inc.**

Court of Appeals Case No. 06-1366
District Court Case No. 95-cv-00777-REB-CBS

Dear Clerk of Court:

    Please be advised that the record in the above referenced matter is now complete.

    A transcript order form has been filed by the appellant stating that the necessary transcript is already on file in the district court. .

                                                 Sincerely,
                                                 GREGORY C. LANGHAM, Clerk

                                                 by   s/ Bobbi Reed
                                                    Deputy Clerk

cc: SEE NOTICE OF ELECTRONIC FILING