OFFICE OF THE CLERK
STATES DISTRICT COURT
RED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 21 2006

GREGORY C. LANGHAM
CLERK

Anthony Pugliese
2500 Military Trail
Boca Raton, FL 33431

DENVER CO
12 SEP 2006

09/12/2006
Mailed From 80202

CANNOT LOCATE
95-CV-777
#2382   REB-CBS

NIXIE   334   1   DO 09/17/06
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 80294250151   *1420-05331-12-36

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 95-cv-00777-REB-CBS

In re: Receivership Estate of INDIAN MOTORCYCLE MANUFACTURING, INC., a New Mexico corporation,

## MINUTE ORDER[1]

The Receiver's **Request for Status Conference** [#2141], filed February 9, 2006, is DENIED as presently unnecessary.

Dated: September 12, 2006

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.