'ICE OF THE CLERK
ATES DISTRICT COURT
A. ARRAJ COURTHOUSE
19TH ST., ROOM A105
IVER, CO 80294-3589

OFFICIAL BUSINESS

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 21 2006

GREGORY C. LANGHAM
CLERK



017H15524679
$0.630
09/12/2006
Mailed From 80202
US POSTAGE

Cannot locate
95-CV-777
#2382 REB-CBS

NIXIE    334    1    71 09/17/06
    RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
    UNABLE TO FORWARD
BC: 80294250151    *1687-03206-17-21

Carol Furtier
2500 Military Trail
Boca Raton, FL 33431

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Robert E. Blackburn

Civil Case No. 95-cv-00777-REB-CBS

In re: Receivership Estate of INDIAN MOTORCYCLE
MANUFACTURING, INC., a New Mexico corporation,

## MINUTE ORDER[1]

The Receiver's **Request for Status Conference** [#2141], filed February 9, 2006, is DENIED as presently unnecessary.

Dated: September 12, 2006

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.