OFFICE OF THE CLERK
D STATES DISTRICT COURT
LFRED A. ARRAJ COURTHOUSE
901-f 9TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 2 2 2006

GREGORY C. LANGHAM
CLERK

DENVER CO
12 SEP 2006

09/12/2006
Mailed From 80202
US POSTAGE

Steven DeStout
#1 South Water Street
Henderson, NV 89105

89015+7222

CANNOT LOCATE
95-CV-777
#2382 REB-CBS

NIXIE    691    1         39 09/19/06
        RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
        UNABLE TO FORWARD
BC: 80294           *1420-04961-12-36

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Judge Robert E. Blackburn

Civil Case No. 95-cv-00777-REB-CBS

In re: Receivership Estate of INDIAN MOTORCYCLE
MANUFACTURING, INC., a New Mexico corporation,

## MINUTE ORDER[1]

The Receiver's **Request for Status Conference** [#2141], filed February 9, 2006, is DENIED as presently unnecessary.

Dated: September 12, 2006

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.