OF THE CLERK
ES DISTRICT COURT
ARRAJ COURTHOUSE
H ST., ROOM A105
R, CO 80294-3589

CIAL BUSINESS

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 2 5 2006

GREGORY C. LANGHAM
                    CLERK

Hilm Sevimli
c/o Christopher C. Noble, Esq.
Noble & Associates, LLC
11 Pine Street
Plainville, CT 06103

CANNOT LOCATE
95-CV-777
#2382 REB-CBS

NIXIE    051    1    39 09/20/06
         RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
         UNABLE TO FORWARD
BC: 80294250151    *1420-05519-12-36