OF THE CLERK
ites District Court
Street, Room A105
O 80294-3589
BUSINESS



017H15524679

HASLER

$0.63⁰

09/13/2006

Mailed From 80202

US POSTAGE

UTF    Hilm  Sevim
       c/o            her    Noble, Esq.
       LLC

FORWARDING ORDER EXPIRED

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**SEP** 2 5 2006

GREGORY C. LANGHAM
                    CLERK

CANNOT LOCATE
95-CV-777
#2384
REB-CBS