E OF THE CLERK
States District Court
h Street, Room A105
CO 80294-3589
L BUSINESS

017H15524679
HASLER
$0.63⁰
09/13/2006
Mailed From 80202
US POSTAGE

Steven DeStout
#1 South Water Street
Henderson, NV 89105

DEST001    890153007 1N    17 09/16/06
UNABLE TO FORWARD

NO FORWARD ORDER ON FILE

RETURN TO POSTMASTER
OF ADDRESSEE FOR REVIEW

☐ Forwarding Order Expired   ☐ No Such Street
☐ Insufficient Address        ☐ No Such Number
☐ Moved, Left No Address      Route No. ___ Date ___
☑ Unclaimed ☐ Refused         Carr. Initials ___
☑ Attempted, Not Known

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**SEP 25 2006**

GREGORY C. LANGHAM
                CLERK

CAN NOT LOCATE
95-CV-777
#2384
REB-CBS