F THE CLERK
DISTRICT COURT
RAJ COURTHOUSE
ST., ROOM A105
CO 80294-3589

L BUSINESS

CANNOT LOCATE
95-CV-777
#2380
REB-CBS
Return to sender

017H15524679
$0.639
HASLER
09/08/2006
Mailed From 80202
US POSTAGE

TriadSuspensionTechnologies, Inc.
c/o Lewis M. Druxman, Esq.
6715 Academy Road North East
Suite B
Albuquerque, NM 87109

Not at this

NIXIE    871    1         1G 09/20/06
     RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
     UNABLE TO FORWARD
BC: 80294250151    *1755-05749-23-21