

KIM B. CHILDS, PRES.*+
FRANK R. KENNEDY
MARK A. FOGG
CHARLES E. LEDBETTER
LISA B. HALSTEAD
RONALD H. NEMIROW
BARBARA H. GLOGIEWICZ
DAWN E. MITZNER
JOHN R. MANN
DANIEL R. McCUNE^
DEAN A. MCCONNELL
EDWARD D. BRONFIN
CHRISTOPHER K. MILLER+
DAVID B. GELMAN
STEVEN A. MICHALEK+
CHAD K. GILLAM ^
CATHERINE O'BRIEN-CRUM
KEVIN P. PEREZ
DAVID W. GERBUS
JOHN H. KECHRIOTIS
VALERIE A. GARCIA

SANDY M. ELORANTO
MOLLY A. WALSH
JULIE E. HAINES
JENNIFER MADSEN
TERRY CIPOLETTI
MICHAEL J. GATES
MILES L. BUCKINGHAM
JULIE TAYLOR GILMORE
MICHAEL D. VAUGHN
STEVEN P. JOHNSTON
TATIANA TAYLOR
STUART A. JAY
SCOT W. GREENWOOD
MEGAN BRYNHILDSEN

*of Counsel*
PAUL E. SCOTT, MD, JD
NANCY D. MILLER
NATHAN DAVIDOVICH

PETER B. GOLDSTEIN
*Chief Operating Officer*

* *Also Admitted in Wyoming*
+ *Also Admitted in Nebraska*
^ *Also Admitted in Kansas*

**ATTORNEYS AT LAW**                 September 25, 2006

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 2 6 2006

GREGORY C. LANGHAM
CLERK

_____

***VIA CERTIFIED MAIL - RETURN RECEIPT REQUESTED***
Richard A. Block, Receiver
4101 E. Louisiana Avenue, Suite 300
Denver, Colorado 80246

GS-CV-00777-REB

RE:   Your letter of September 21, 2006

Dear Mr. Block:

    In response to your letter dated September 21, 2006, I am enclosing a copy of an e-mail from me to you dated September 12, 2006. As set forth in my e-mail of September 12, 2006, I did not receive $50,000.00 from you. Your request for restitution and order for restitution should be addressed to my former client/claimant Benny Singer.

    I am also enclosing a copy of Amended Minute Order dated February 25, 1999 from the United States District Court authorizing my withdrawal.

    Because of the threats you have made in your letter, if you pursue to file a motion with the United States District Court for a judgment against me, I will be forced to pursue all recourse against you. I have previously told you that I do not owe you money and your mailings to me are erroneous. However, you persist in proceeding with inaccurate information. Please make the necessary changes to your records.

    Thank you for your immediate attention.

Richard A. Block, Receiver
September 25, 2006
Page 2

Very truly yours,

KENNEDY CHILDS & FOGG, P.C.

Nancy D. Miller

NDM/vjg
Enclosure
cc:   Clerk of the United States District Court for the
      District of Colorado (w/encl)
      *In Re the Receivership Estate of Indian Motorcycle
      Manufacturing, Inc.*, Civil Action No. 95-CV-00777-REB-CBS
      United States District Court, District of Colorado

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

RECEIVED

3458.001

FEB 26 1999

Law Offices of
Nancy D. Miller, P.C.

Civil Action No. 95-Z-777

ELLER INDUSTRIES, INC.,

Plaintiff,

v.

INDIAN MOTORCYCLE MANUFACTURING, INC.,

Defendant,

v.

UNITED STATES OF AMERICA,

Intervenor.

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER COLORADO

FEB 25 1999

AMES R. MANSPEAKEL
CLERK

---

### AMENDED MINUTE ORDER

---

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER

The Court's Minute Order of December 16, 1998, is hereby AMENDED to reflect that the motion by claimant Benny Singer to withdraw attorneys Nancy D. Miller and John V. DelGaudio [filed November 12, 1998] is GRANTED

I certify that I have duly mailed a copy of the foregoing Order to the following:

Marcus L. Squarrell**
Parcel, Mauro, Spaanstra, PC
1801 California, Suite 3600
Denver, CO 80202

Richard A. Block, President**
Sterling Consulting Corp.
91 East Dartmouth Avenue
Englewood, CO 80110

Edward M. Prince**
Cushman, Darby & Cushman
Ninth Floor, East tower
1100 New York Avenue, N.W.
Washington, D.C. 20005

James H. Hahn**
Law Offices of James H. Hahn
1120 Lincoln Street, Suite 809
Denver, CO 80203-2137

Michael D. Mandelman**
Michael D. Mandelman, S.C.
3111 W. Wisconsin Ave.
Milwaukee, WI 53208

Christopher C. Nobel**
Bushnell on the Park
100 Wells Street
Hartford, CT 06103

Dean A. Goetz**
1833 Diamond Street
San Marcos, CA 92069

John M. Tanner**
Fairfield and Woods, P.C.
2400 One Norwest Center
1700 Lincoln Street
Denver, CO 80203-4524

Todd Blakely**
George Matava
Sheridan, Ross & McIntosh
1700 Lincoln Street, Suite 3500
Denver, CO 80203

Lee M. Kutner**
303 East 17th Avenue, Suite 500
Denver, CO 80203

Edward T. Ramey**
633 17th Street, Suite 2200
Denver, CO 80202

Peter C. Freeman**
Law Offices of Peter C. Freeman
1551 N. Tustin Avenue
Suite850
Santa Ana, CA 92705

Gary C. Moschetti**
Hatch & Moschetti, LLC
1775 Sherman #2820
Denver, CO 80203

Douglas M. Tisdale**
303 East 17th Avenue #1100
Denver, CO 80203-1264

Susan A. Berson**
Senior Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 683
Ben Franklin Station
Washington, DC 20044

2

Daniel L. Dawes**
Graham & James, LLP
650 Tow Center Drive, Sixth Floor
Costa Mesa, CA 92626-1925

Nancy D. Miller**
Law Offices of Nancy D. Miller, PC
1600 Broadway, Suite 2312
Denver, CO 80202

David J. Stephenson, Jr.**
1401 Walnut Street, #400
Boulder, CO 80302-5332

Stephan M. Rodolakis**
255 Park Avenue, Suite 1100
Worcester, MA 01609

Nancy B. Smith**
Dorsey & Whiteney
370 17th Street
Suite 4400
Denver, CO 80202

James R. Cage**
1433 17th Street
Denver, CO 80202

Brad W. Schact**
950 17th Street, Suite 1600
Denver, CO 80202

Glenn E. Keller, Jr.*
Davis Graham & Stubbs, LLP
DC box 3

Christian C. Onsager**
Faegre & Benson, LLP
370 17th Street, Suite 2500
Denver, CO 80202

Allan L. Hale**
Hale Hackstaff Tymkovich
  Erkenbrack & Shih, LLP
1675 Broadway, Suite 2000
Denver, CO 80202

James R. Everson**
Messner & Reeves, LLC
600 Seventeenth St.
Suite 2800-South
Denver, CO 80202

Bruce Menck
Hall & Evans
DC Box 05

Ralph Gadiel**
60 Revere Drive, Suite 725
Northbrook, IL 60062

Dated: February 25, 1999

3