E OF THE CLERK
ES DISTRICT COURT
ARRAJ COURTHOUSE
H ST., ROOM A105
R, CO 80294-3589

ICIAL BUSINESS

DENVER CO 802
12 SEP 2006
09/12/2006
Mailed From 80202

VKN

CANNOT LOCATE
95-CV-777
#2382 REB-CBS

Ronald Garcia
2505 Madison, North East
Albuquerque, NM 87101

NIXIE    971        10  09/24/06
        RETURN TO SENDER
    ATTEMPTED - NOT KNOWN
        UNABLE TO FORWARD
BC: 80294250151    *1320-06135-12-36