OFFICE OF THE CLERK
United States District Court
901-19th Street, Room A105
Denver, CO 80294-3589

OFFICIAL BUSINESS



☐ INSUFFICIENT ADDRESS
☐ NO SUCH NUMBER
☐ UNCLAIMED  ☐ REFUSED
☐ ATTEMPTED NOT KNOWN
☐ NO SUCH STREET
☐ VACANT
☐ NO RECEPTACLE
☒ NOT DELIVERABLE AS ADDRESSED-UNABLE TO FORWARD
ROUTE NO. 14  DATE ___
CARR. INITIALS ___

Carol Fu__ier
2500 Military Tr__l
Boca Raton, FL 3__31

CAN NOT LOCATE
95-CV-777
#2384
REB-CBS