**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 95-cv-00777-REB-CBS

In re:  THE RECEIVERSHIP ESTATE OF INDIAN MOTORCYCLE MANUFACTURING, INC.

---

**ASSIGNEE'S MOTION TO APPEAR AT SETTLEMENT CONFERENCE BY PHONE**

---

COMES NOW Credit Managers Association of California, dba Business Credit Services as Assignee, pursuant to California Assignments for the Benefit of Creditors and General Assignments by Indian Motorcycle Company, Indian Motorcycle Corporation, Indian Motorcycle Real Estate Services, Inc., IMCOA Licensing America, Inc., and IMCOA Holdings America, Inc. (collectively, the "Indian Entities"), and respectfully submits their Motion to Appear at Settlement Conference by Phone.  As grounds, Assignee states:

1. Pursuant to D.C.COLO.L.R. 7.1, undersigned counsel certifies she has conferred with counsel for Receiver regarding this motion and that Receiver opposes the requested relief.

2. A settlement conference is currently scheduled for October 10, 2006, at 10:30 a.m.  Pursuant to this Court's Minute Order dated August 30, 2006, a party with full authorization to settle may appear by phone upon motion filed no later than five days prior to the Settlement Conference and leave of Court.

3. Michael L. Joncich is the manager of the Adjustment Bureau of Credit Managers Association of California, d/b/a Business Credit Services, a California based non-profit entity ("Assignee").  Mr. Joncich resides in Burbank, California.  The non-profit entity is also located in Burbank, California.

4. Mr. Joncich is ready, willing and able to attend the Settlement Conference and engage in good faith negotiations, but the costs of attendance in person are prohibitive. The Assignee requests that Mr. Joncich be allowed to attend the Settlement Conference by phone.

5. A hearing on the Assignee's Cross-Motion for Summary Judgment in Case No. 05-1573 is also scheduled for October 10, 2006, before this Court. Robert Pitts, California counsel for Assignee, will appear on behalf of the Assignee at that hearing and will attend the Settlement Conference in this case in person. In addition, an attorney from Bieging Shapiro & Burrus, local counsel for Assignee, will appear in person.

6. No party will be prejudiced by this request and this proposal is not made to inhibit the settlement process, but rather to avoid inefficiencies and prohibitive costs.

WHEREFORE, Assignee respectfully requests that the Court enter the attached order allowing Mr. Joncich to appear at the October 10, 2006, Settlement Conference in this matter by phone.

Respectfully submitted this 28th day of September, 2006.

**BIEGING SHAPIRO & BURRUS LLP**

By:   s/ Julie Trent
     Julie Trent, No. 17086
     4582 S. Ulster Street Pkwy., Suite 1650
     Denver, CO  80237
     Telephone:  (720) 488-0220
     Fax:  (720) 488-7711
     E-mail: jtrent@bsblawyers.com

     Robert Pitts
     LAW OFFICE OF ROBERT W. PITTS
     660 Newport Center Drive, Suite 400
     Newport Beach, California 92660
     Telephone:  949-720-4125
     Fax:  949-720-4111
     E-mail:  rpitts@lawrwp.com
     *Attorneys for CMA as Assignee of the Indian Entities*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on September 28, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to those parties who have requested notification via the CM/ECF system, including:

Jack Tanner, Esq.          jtanner@fwlaw.com

And by U.S. Mail, first class, postage prepaid and facsimile number to the following:

Michael E. Chodos, Esq.      Fax: 310.791.1958
Michael E. Chodos, Attorney at Law
56 Malaga Cove Plaza
Palos Verdes Estates, CA 90274


             s/ Julie Trent
            **Julie Trent**, No. 17086
            Bieging Shapiro & Burrus, LLP
            4582 South Ulster Street Parkway, Suite 1650
            Denver, Colorado 80237
            Telephone: (720) 488-0220
            Fax: (720) 488-7711
            E-mail:  jtrent@bsblawyers.com