**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 95-cv-00777-REB-CBS

In re:  THE RECEIVERSHIP ESTATE OF INDIAN MOTORCYCLE MANUFACTURING, INC.

---

**ORDER GRANTING ASSIGNEE'S MOTION
TO APPEAR AT SETTLEMENT CONFERENCE BY PHONE**

---

THIS MATTER, having come before the Court on Assignee's Motion to Appear at Settlement Conference by Phone (the "Motion"), and the Court being fully advised, hereby

GRANTS the Motion.  Michael L. Joncich, on behalf of CMA d/b/a Business Credit Services, as Assignee for the Indian Entities, may appear at the Settlement Conference currently scheduled for October 10, 2006 at 10:30 a.m., by phone.

DONE  this _____ day of _____, 2006.

BY THE COURT:

_____
United States Magistrate Judge

00050509