OFFICE OF THE CLERK
TED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

RETURNED TO SENDER
UNDELIVERABLE AS ADDRESSED
FORWARDING ORDER

DENVER CO
12 SEP 2006
09/12/2006
Mailed From 80202

CANNOT LOCATE
95-W-777
#2382   2 of ? REB-CBS

Donald Schunk
12572 Durrow Court
St. Louis, MO 63141

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No. 95-cv-00777-REB-CBS

In re: Receivership Estate of INDIAN MOTORCYCLE
MANUFACTURING, INC., a New Mexico corporation,

## MINUTE ORDER[1]

The Receiver's **Request for Status Conference** [#2141], filed February 9, 2006, is DENIED as presently unnecessary.

Dated: September 12, 2006

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.