IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Case No. 95-cv-00777-REB-CBS

In re: Receivership Estate of INDIAN MOTORCYCLE
MANUFACTURING, INC., a New Mexico corporation,

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

      THIS MATTER IS before the court on Assignee's Motion to Appear at Settlement Conference By Phone (*doc. no. 2394).* It is hereby

      **ORDERED** that the motion is **DENIED**. All client representatives with settlement authority are to be physically present for the October 10, 2006, settlement conference.

**DATED:**     October 3, 2006