OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT - 3 2006

GREGORY C. LANGHAM
CLERK

OFFICIAL BUSINESS

DENVER CO 802
08 SEP 2006
09/08/2006
$0.63
Mailed From 80202
US POSTAGE

95-cv-00777 REB-CBS # 2380

Donald Schunk
12572 Durrow Court
St. Louis, MO 63141

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
OFFICE OF THE CLERK

GREGORY C. LANGHAM, CLERK

ROOM A-105
ALFRED A. ARRAJ U.S. COURTHOUSE
901 19TH STREET
DENVER, COLORADO 80294-3589
PHONE (303) 844-3433
www.cod.uscourts.gov

September 8, 2006

Clerk of Court
United States Court of Appeals for the Tenth Circuit
Byron White United States Courthouse
1823 Stout Street
Denver, CO 80257

**RE:   Receivership Estate of Indian Motorcycle Manufacturing Inc.**

Court of Appeals Case No. 06-1366
District Court Case No. 95-cv-00777-REB-CBS

Dear Clerk of Court:

Please be advised that the record in the above referenced matter is now complete.

A transcript order form has been filed by the appellant stating that the necessary transcript is already on file in the district court. .

Sincerely,
GREGORY C. LANGHAM, Clerk

by   s/ Bobbi Reed
Deputy Clerk

cc: SEE NOTICE OF ELECTRONIC FILING