**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 95-cv-00777-REB-CBS

In re: Receivership Estate of INDIAN MOTORCYCLE
MANUFACTURING, INC., a New Mexico corporation,

**MINUTE ORDER**[1]

      The Reply to Assignee's Response to Receiver's Motion for Accounting [#2401], filed October 6, 2006, is STRICKEN for failure to comply with REB Civ. Practice Standard V.A.1.

Dated: October 6, 2006

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.