OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

DENVER


Mailed From 80202

F I L E D
UNITED STATES DISTRICT COURT
DENVER, C...
OCT 2006

OCT 10 2006

GREGORY C. LANGHAM
CLERK

95-cv-00777-REB-CBS    DC.2386

Steven DeStout
#1 South Water Street
Henderson, NV 89105

NIXIE    891    1    39 10/07/0
RETURN TO SENDER
NO SUCH NUMBER
UNABLE TO FORWARD

BC: 80294250151    *2020-21670-03-