IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

**Civil Case No.:  95-cv-00777-REB-CBS**          FTR-Reporter Deck-Courtroom A402
**Date:  October  10,  2006**                            Courtroom Deputy, Ellen E. Miller

**In re:**          Receivership Estate of  INDIAN   MOTORCYCLE   MANUFACTURING,   INC.,
                    a New Mexico corporation,

## COURTROOM   MINUTES  /  MINUTE   ORDER

**HEARING:**     JOINT   MOTIONS   HEARING
              (Cases  95-00777-REB-CBS   and    05-cv-01573-PSF-CBS)

**Court in session:**    1:00  p.m.

Court calls case.  Appearance of counsel  Thomas F. Quinn  and  John M. Tanner.  Appearance of Robert W.  Pitts and Julie A. Trent.   Also present are   Richard A. Block,  Plaintiff representative,   and  Michael A. Chodos,  counsel for  AUDAX.

A  Settlement Conference  was conducted by the Court  in these cases  this morning.  It is deemed a Motions Hearing is appropriate at this time.

This is a  Joint Motions Hearing  regarding  pending motions in  95-cv-00777-REB-CBS   and  05-cv-01573-PSF-CBS.

Arguments by  Mr. Quinn,  Mr. Pitts,  and Mr.  Tanner.

As to the  motions  pending in  05-cv-01573-PSF-CBS,

**It is ORDERED:**     Sterling Consulting Corporation's  MOTION  FOR  SUMMARY  JUDGMENT
                       (Docket No.  **89**,  Filed  August 04, 2006  in  05-cv-01573-PSF-CBS)  is
                       **TAKEN UNDER ADVISEMENT**

**It is ORDERED:**     CMA's, et al  CROSS  MOTION  FOR  SUMMARY  JUDGMENT
                       (Docket No.  **97**,  Filed  September  01, 2006  in  05-cv-01573-PSF-CBS)  is
                       **TAKEN UNDER ADVISEMENT**.
                       Defendants  shall  have  no later than  Monday  **October 16, 2006**  within which
                       to  file  any  reply  to the  response filed  today by "Sterling".

**It is ORDERED:**     Sterling Consulting Corporation's   MOTION  TO  STRIKE  AND  MOTION
                       FOR  DEFAULT   (Docket No.  **102**,  Filed  September 20, 2006  in  05-cv-01573-PSF-CBS)  is  **TAKEN UNDER ADVISEMENT**.

**Court in recess:**   2:16 p.m.    The Court takes a brief recess.
**Court in session:** 2:23  p.m.   The Court is back on the record.

As to the motions pending in 95-cv-00777-REB-CBS,

**It is ORDERED:** Sterling Consulting Corporation's MOTION FOR ORDER TO REQUIRE ACCOUNTING FROM CMA (Docket No. **2376**, Filed September 06, 2006 in 95-cv-00777-REB-CBS) is **TAKEN UNDER ADVISEMENT**

**It is ORDERED:** Sterling Consulting Corporation's REQUEST FOR INSTRUCTIONS RE: UNPAID DEPOSITORS (Docket No. **2351**, Filed August 10, 2006 in 95-cv-0077-REB-CBS) is Under Advisement.

Discussion is held regarding the parties' Briefs re: Breach of Contract by CMA and the Cash Fund Dispute (Docket Nos. 2326 and 2341) (Docket Nos. 2327 and 2342).

HEARING CONCLUDES.

**Court in recess:** 3:23 p.m.
Total In-Court Time: 02:23