IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

### *AMENDED COURTROOM MINUTES*

| | |
|---|---|
| **Civil Case No.:** 95-cv-00777-REB-CBS | FTR-Reporter Deck-Courtroom A402 |
| **Date:** October 10, 2006 | Courtroom Deputy, Ellen E. Miller |

**In re:**   Receivership Estate of INDIAN MOTORCYCLE MANUFACTURING, INC., a New Mexico corporation,

AND

**Civil Action No.:**   05-cv-01573-PSF-CBS

STERLING CONSULTING CORPORATION
   **Plaintiff(s),**
      v.

CREDIT MANAGERS ASSOCIATION OF CALIFORNIA,
INDIAN MOTORCYCLE COMPANY,
IMCOA LICENSING AMERICA, INC.
IMCOA HOLDINGS AMERICA, INC.,
AUDAX PRIVATE EQUITY FUND LLP,
AUDAX CO-INVEST, L.P.
AUDAX SPECIAL PURPOSE CO-INVEST, L.P.,
AUDAX TRUST CO-INVEST, L.P.,

   **Defendant(s).**

### COURTROOM MINUTES / MINUTE ORDER

*The Minutes are AMENDED only to add the caption of the 05-cv-01573-PSF-CBS case NO OTHER CHANGES ARE MADE.*

**HEARING:**   JOINT MOTIONS HEARING
            (Cases 95-00777-REB-CBS and 05-cv-01573-PSF-CBS)
**Court in session:**   1:00 p.m.
Court calls case. Appearance of counsel Thomas F. Quinn and John M. Tanner. Appearance of Robert W. Pitts and Julie A. Trent.

Also present are Richard A. Block, Plaintiff representative, and Michael A. Chodos, counsel for AUDAX.

A Settlement Conference was conducted by the Court in these cases this morning. It is deemed a Motions Hearing is appropriate at this time.

This is a Joint Motions Hearing regarding pending motions in 95-cv-00777-REB-CBS and 05-cv-01573-PSF-CBS.
Arguments by Mr. Quinn, Mr. Pitts, and Mr. Tanner.

As to the motions pending in 05-cv-01573-PSF-CBS,

**It is ORDERED:** Sterling Consulting Corporation's MOTION FOR SUMMARY JUDGMENT (Docket No. **89**, Filed August 04, 2006 in 05-cv-01573-PSF-CBS) is **TAKEN UNDER ADVISEMENT**

**It is ORDERED:** CMA's, et al CROSS MOTION FOR SUMMARY JUDGMENT (Docket No. **97**, Filed September 01, 2006 in 05-cv-01573-PSF-CBS) is **TAKEN UNDER ADVISEMENT**.
Defendants shall have no later than Monday **October 16, 2006** within which to file any reply to the response filed today by "Sterling".

**It is ORDERED:** Sterling Consulting Corporation's MOTION TO STRIKE AND MOTION FOR DEFAULT (Docket No. **102**, Filed September 20, 2006 in 05-cv-01573-PSF-CBS) is **TAKEN UNDER ADVISEMENT**.

**Court in recess:** 2:16 p.m.    The Court takes a brief recess.
**Court in session:** 2:23 p.m.    The Court is back on the record.

As to the motions pending in 95-cv-00777-REB-CBS,

**It is ORDERED:** Sterling Consulting Corporation's MOTION FOR ORDER TO REQUIRE ACCOUNTING FROM CMA (Docket No. **2376**, Filed September 06, 2006 in 95-cv-00777-REB-CBS) is **TAKEN UNDER ADVISEMENT**

**It is ORDERED:** Sterling Consulting Corporation's REQUEST FOR INSTRUCTIONS RE: UNPAID DEPOSITORS (Docket No. **2351**, Filed August 10, 2006 in 95-cv-0077-REB-CBS) is Under Advisement.

Discussion is held regarding the parties' Briefs re: Breach of Contract by CMA and the Cash Fund Dispute (Docket Nos. 2326 and 2341) (Docket Nos. 2327 and 2342).

HEARING CONCLUDES.
**Court in recess:** 3:23 p.m.
Total In-Court Time: 02:23