# MINUTE ENTRY FOR SETTLEMENT CONFERENCE

TO: Docketing

DATE: October 10, 2006

FROM: Craig B. Shaffer
U.S. Magistrate Judge

SUBJECT: Case No. 95-cv-00777-REB-CBS

Case Name: *In re: Receivership Estate of Indian Motorcycle Manufacturing Inc.*

__X__ A Settlement Conference was held on this date and no settlement was reached as to the claims brought in this action.

_____ A Settlement Conference was held on this date and a settlement was reached as to the claims brought in this action. The parties are to file a stipulated motion to dismiss with Judge _____ on or before _____, 2006.

Settlement Conference and preparation time involved __2__ hours __00__ minutes.

Settlement Conference concluded: (**Yes**)  No   (Circle One)

Record Made: Yes  (**No**)  (Circle One)

CC: Judge Blackburn