IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 95-cv-00777-REB-CBS

In Re: INDIAN MOTORCYCLE MANUFACTURING, INC., a New Mexico corporation.

ORDER

Magistrate Judge Craig B. Shaffer

This civil action came before the court on October 10, 2006 for a hearing on: (1) the "Request for Instructions Re: Unpaid Depositors" (doc. # 2351) filed on August 10, 2006 by Sterling Consulting Corporation as receiver ("Sterling"); and (2) the "Motion to Require Accounting from CMA" (doc. # 2376) filed by Sterling on September 6, 2006. Pursuant to the Order of Reference dated September 13, 1995 (doc. # 56) and the memoranda dated August 10, 2006 (doc. # 2352) and September 6, 2006 (doc. # 2377), these matters were referred to the Magistrate Judge. The court has reviewed the matters, Credit Managers Association of California's ("CMA's") Response (doc. # 2390), Sterling's Reply (doc. # 2405), the case file, the arguments presented in open court on October 10, 2006, and the applicable law and is sufficiently advised in the premises.

I.      Sterling's "Request for Instructions Re: Unpaid Depositors"

At the October 10, 2006 hearing, the court gave Sterling the requested instructions. Thus, Sterling's "Request for Instructions Re: Unpaid Depositors" (doc. #

1

2351) (filed August 10, 2006) was granted.

II.     Sterling's "Motion to Require Accounting from CMA"

On December 14, 2005, Magistrate Judge O. Edward Schlatter entered an Order that provided in part that "CMA is cautioned not to release any money from the Assignment for Benefit of Creditors until this issue is resolved." (*See* doc. # 2015 at p. 3). Sterling apparently interprets this Order as an absolute bar on distributions by CMA and seeks "confirmation" that CMA has not been "paying out any monies out of the accounts of the Assignment Estates and for an accounting for monies spent after Magistrate Judge Schlatter's Order." (Motion at ¶ 4). Sterling indicates that it "will reserve a request for other remedies – such as Contempt – until after it receives the accounting." (Motion at ¶ 13).

The court concludes that Sterling has not established sufficient legal basis to support an order of the court for an accounting by CMA of the California Assignment for Benefit of Creditors ("ABC Estates"). CMA conceded in its Response (at p. p. 12) and at the October 10, 2006 hearing that expenditures have been made from the ABC Estates for administrative costs, including litigation expenses. Sterling may pursue any request for contempt as it deems appropriate in light of that concession by CMA. The court expresses no opinion as to the merits or disposition of any motion for contempt that may be filed in the future.

Accordingly, IT IS ORDERED that:

1.      Sterling's "Request for Instructions Re: Unpaid Depositors" (doc. # 2351) (filed August 10, 2006) was granted at the October 10, 2006 hearing.

    2.    Sterling's "Motion to Require Accounting from CMA" (doc. # 2376) (filed September 6, 2006) is DENIED.

Dated at Denver, Colorado this 12th day of October, 2006.

BY THE COURT

*s/Craig B. Shaffer*
United States Magistrate Judge