IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Judge Robert E. Blackburn

Civil Case No.:  95-CV-00777-REB-CBS

In re:  Receivership Estate of    )
Indian Motorcycle Manufacturing, Inc., a  )
New Mexico Corporation.    )
                                                               )
_____ )

# AFFIDAVIT IN SUPPORT OF
# MOTION TO RECONSIDER ORDER OF RESTITUTION

STATE OF FLORIDA:
COUNTY OF PALM BEACH:

Anthony V. Pugliese, III of full age, deposes and says:

1. I was never placed on notice nor given an opportunity to appear in the proceedings leading to the entry of the Amended Order.  My right to the due process of law has been denied.

2. The first time that I learned of this matter was as a result of the Notice of Order of Restitution which was mailed out by Richard A. Block, President, Sterling Consulting Corporation as Receiver for Indian Motorcycle and originally dated August 7, 2006.

3. I have never received any money whatsoever from the Debtor or the Receiver on account of my investments in Indian Motorcycle Manufacturing, Inc.

4. The Receiver has asserted that, according to their books, that I was paid back a portion of his original investment.  This fact is denied.

5. According to the alleged records of the Receiver, I was presented a written waiver in which I elected to receive stock of the Debtor rather than a cash settlement sum for my investment. Demand has been made of the Receiver to produce such a written document where such alleged waiver was to have occurred, and notwithstanding repeated demands, no such written waiver has been produced or has been forthcoming. I have never received any cash or other consideration from the Receiver.

6. I should not be required to pay back what I never received in the first instance.

7. Any alleged document which I allegedly may have signed, was signed as a result of business compulsion accompanied by material misrepresentations and omission by the Receiver.

8. I was never offered the alternative of a cash payment and refund. The only thing he was ever offered was an Indian Motorcycle dealership as part of my original investment.

9. For all the foregoing reasons, I, Anthony V. Pugliese, III, respectfully move for reconsideration of the Order as affecting me and releasing me from any obligations for the payment of any cash back to the Receiver.

I certify that the facts set forth in this Affidavit are true and correct to the best of my knowledge, information and belief.

By:   s/Anthony V. Pugliese, III
      Anthony V. Pugliese, III