OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 13 2006

**GREGORY C. LANGHAM**
**CLERK**

#240
95-cv-777-REB-CBS

Anthony Pugliese
2500 Military Trail
Boca Raton, FL 33431

NIXIE    334    1
RETURN TO SENDER
ATTEMPTED - NOT
UNABLE TO FORW
BC: 80294250151    *0220