OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 13 2006

GREGORY C. LANGHAM
CLERK

OFFICIAL BUSINESS

95-cv-00777-REB-CBS
#2400

DENVER CO 802
04 OCT 2006



10/04/2006
Mailed From 802

Carol Furtier
2500 Military Trail
Boca Raton, FL 33431

NIXIE        334     1         71 10
     RETURN TO SENDER
     ATTEMPTED - NOT KNOWN
     UNABLE TO FORWARD

BC: 80294250151         *2020-22402