OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

DENVER CO 802

03 OCT 2006

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

United Way

10/03/2006

Mailed From 80202

95-cv-00777 -REB-CBS          OCT 1 8 2006

#2398

GREGORY C. LANGHAM
CLERK

Anthony  Pugliese
2500 Military Trail
Boca Raton, FL 33431

NIXIE      394      1      71 10/07,
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 80294250151      *1420-19856-03-

33431+854294%2501