OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

DENVER CO 802
10/03/2006
Mailed From 80202

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
OCT 13 2006
GREGORY C. LANGHAM
CLERK

95-cv-00777-REB-CBS

#2398

Carol Furtier
2500 Military Trail
Boca Raton, FL 33431

NIXIE    334    1    71 10/0
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 80294250151    *2520-08507-0