FICE OF THE CLERK
TATES DISTRICT COURT

D A. ARRAJ COURTHOUSE
1-19TH ST., ROOM A105
NVER, CO 80294-3589

OFFICIAL BUSINESS

DENVER CO 802

10 OCT 2006

HASLER
United

$0.39⁰

10/10/2006
Mailed From 80202

US POST

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**OCT 1 6 2006**

GREGORY C. LANGHAM
CLERK

95-CV- 777 REB
# 2404

Ronald Garcia
2505 Madison North East
Albiquerque, NM 87101

NIXIE        871        1         10  10/14/06

RETURN  TO  SENDER
ATTEMPTED  -  NOT  KNOWN
UNABLE  TO  FORWARD

BC:  80294250099        *1320-00518-10-45