OFFICE OF THE CLERK
STATES DISTRICT COURT
D.A. ARRAJ COURTHOUSE
19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

95-cv-777 REB   OCT 16 2006
# 2398   GREGORY C. LANGHAM
CLERK





Jeffrey M. Perkins
Western Design Engineering, Inc.
808 Airport Road
Jackson, MI 49202