ICE OF THE CLERK
ATES DISTRICT COURT
A. ARRAJ COURTHOUSE
19TH ST., ROOM A105
VER, CO 80294-3589

FFICIAL BUSINESS

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 16 2006

GREGORY C. LANGHAM
CLERK

95-cv-777  REB
#2400

DENVER, CO
04 OCT 2006



Mailed From 80202
10/04/2006

Hilm Sevimli
c/o Christopher C. Noble, Esq.
Noble & Associates, LLC
11 Pine Street
Plainvil

NIXIE    061    1    39  10/13/06
    RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
    UNABLE TO FORWARD
BC: 80294250151    *1720-21310-04-38