ICE OF THE CLERK
ATES DISTRICT COURT
A. ARRAJ COURTHOUSE
19TH ST., ROOM A105
VER, CO 80294-3589

FFICIAL BUSINESS

DENVER CO 802
03 OCT 2006

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 16 2006

95-N-777 REB
# 2398

GREGORY C. LANGHAM
CLERK

Hilm Sevimli
c/o Christopher C. Noble, Esq.
Noble & Associates, LLC
11 Pine Street
Plainville, CT 06103

NIXIE   061   1   39 10/10/06
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 80294250151   *2520-10369-03-43