FFICE OF THE CLERK
TATES DISTRICT COURT
ED A. ARRAJ COURTHOUSE
1-19TH ST., ROOM A105
ENVER, CO 80294-3589

OFFICIAL BUSINESS

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 16 2006
GREGORY C. LANGHAM
CLERK

ANK

95-CV-777 REB
#2404

DENVER CO 80?
10 OCT 2006


Mailed From 80202

Chuck Krowczyk
1853 South Marshall Circle
Lakewood, CO 80232

NIXIE       802    1      74 10/15/06
        RETURN TO SENDER
     ATTEMPTED - NOT KNOWN
         UNABLE TO FORWARD

BC: 80294250151    *2020-07312-10-42