EXHIBIT 1
Paid Claimants

| Claimant Name | Company 1 | Claim Amt | PAID |
|---|---|---|---|
| Thomas J. McGinn | | 13,000.00 | 2,600.00 |
| Miller, Simon, & Maier | | 92,300.00 | 18,460.00 |
| John R. Eidson | | 3,525.00 | 705.00 |
| William H. McNamara | | 25,000.00 | 5,000.00 |
| Thomas T. Johnson | | 25,000.00 | 5,000.00 |
| Douglas Walliser | | 100,000.00 | 20,000.00 |
| Mark Burrow | | 3,525.00 | 705.00 |
| William R. Childs | | 106,168.00 | 21,233.60 |
| Scott McCormick, JR | | 100,000.00 | 20,000.00 |
| Robert G. Spelbrink | | 25,000.00 | 5,000.00 |
| J. Amador Gonzales | | 25,000.00 | 5,000.00 |
| Richard & Teresa Wright | | 3,500.00 | 700.00 |
| Steve Montano | Southwest Financial | 12,500.00 | 2,500.00 |
| Leroy Lujan | | 12,500.00 | 2,500.00 |
| Boyd Sign & Graphics | Space/Techs Exhibit Design | 408.01 | 81.60 |
| Martin Hall | | 6,000.00 | 1,200.00 |
| Frederick Sublette, Jr. | | 3,525.00 | 705.00 |
| Scott Kiefner | | 3,525.00 | 705.00 |
| Fulton G. Drumheller | | 3,525.00 | 705.00 |
| TAM Communication | | 75.00 | 18.26 |
| Gary Lee Galemore | | 3,525.00 | 858.34 |
| John & Cheryl Petitto | Town & Country Sports Center | 25,000.00 | 13,525.00 |
| John & Cheryl Petitto | Town & Country Sports Center | 25,000.00 | |
| Town & Country Sports | John & Cheryl Petitto | 3,525.00 | |
| Town & Country Sports | (From Ed McLeary) | 3,525.00 | |
| Town & Country Sports | (From Lamson & Hanks) | 10,575.00 | |
| Allen Moore III | | 25,000.00 | 5,000.00 |
| Alfred De Masi | | 25,000.00 | 5,000.00 |
| Alfred De Masi | | 3,525.00 | 705.00 |
| Robert L. Morrow, Jr. MD | | 25,000.00 | 5,000.00 |
| Robert L. Morrow, Jr. MD | | 25,000.00 | 5,000.00 |
| Sheldon DuBrow | | 3,525.00 | 858.34 |
| Robert G. Schadler II | | 3,525.00 | 858.34 |
| Roy Freitag | | 3,525.00 | 858.34 |
| Steven C. English SR. | | 3,250.00 | 791.38 |
| Terry A. Left | | 3,525.00 | 740.25 |
| Albert R. Gazza | | 50,000.00 | 10,500.00 |
| Michael D. DelCimmuto | | 3,525.00 | 740.25 |
| Arlene & Morris Goldfarb | GIII Apparel Group LTD | 3,525.00 | 740.25 |
| Kenneth L. Rodgers | | 3,525.00 | 740.25 |
| Hal B. Parker | Seminole Indian Incorporated | 25,000.00 | 5,250.00 |
| Hal B. Parker | Seminole Indian Incorporated | 25,000.00 | 5,250.00 |
| Jeffrey M. Schuster | | 5,000.00 | 1,000.00 |
| Timothy L. Caldwell | | 3,525.00 | 740.25 |
| James A. Keedy | | 3,525.00 | 858.34 |

1

EXHIBIT 1
Paid Claimants

| Claimant Name | Company 1 | Claim Amt | PAID |
|---|---|---|---|
| John H. Nicholson or Virgi | Arrow Indian Motorcycle | 75,000.00 | 15,750.00 |
| John M. Dempsey III | | 3,525.00 | 740.25 |
| Steve Leventhal | | 25,000.00 | 5,250.00 |
| Leventhal & Bogue PC | Leventhal, Brown & Puga PC | 25,000.00 | 5,250.00 |
| Martha Garrison | | 25,000.00 | 5,250.00 |
| Guchenheimer | | 25,000.00 | 5,250.00 |
| Meredith Kusch | | 25,000.00 | 5,250.00 |
| David A. Potter | | 420.00 | 420.00 |
| Geraldine Beer | C/O Alan Dakoff (Lawyer) | 3,525.00 | 740.25 |
| Thomas A. Vivian | | 3,525.00 | 740.25 |
| Hyams, Paul & Elain | | 25,000.00 | 5,250.00 |
| John Inelli | | 150,000.00 | 31,500.00 |
| John Inelli | | 3,525.00 | 740.25 |
| Jon E. Cody | | 3,500.00 | 735.00 |
| Clyde W. Horst | | 3,525.00 | 740.25 |
| Penny A. Lucci/Albert R. | | 25,000.00 | 5,250.00 |
| Carl D. Lucci/Albert R. | Winchester Indian Motorcycle | 75,000.00 | 15,750.00 |
| Richard Basciani | Basciani Brothers Properties | 75,000.00 | 15,750.00 |
| Richard & Mario Basciani | Basciani Brothers Properties | 25,000.00 | 5,250.00 |
| Richard Basciani | Basciani Brothers Properties | 3,525.00 | 740.25 |
| Richard Basciani | Basciani Brothers Properties | 3,525.00 | 740.25 |
| Richard Basciani | M & M Basciani Co. | 3,525.00 | 740.25 |
| Richard Basciani | M & M Basciani Co. | 3,525.00 | 740.25 |
| Richard Basciani | M & M Basciani Co. | 3,525.00 | 740.25 |
| Richard Basciani | M & M Basciani Co. | 3,525.00 | 740.25 |
| Wayde Beechy | | 12,500.00 | 2,625.00 |
| Free Import Hawk | C/O Alan Dakoff (Lawyer) | 12,500.00 | 2,625.00 |
| Nicholas A. Russo, Sr. | | 50,000.00 | 10,500.00 |
| Nicholas A. Russo, Sr. | | 3,525.00 | 740.25 |
| Edwin J. McCeney | | 3,525.00 | 740.25 |
| Alison K. Schuler | Alison K. Schuler, Attorney | 3,433.26 | 720.98 |
| Paul Sherrill | Tool & Anchor Supply, Inc | 3,525.00 | 740.25 |
| Bill Miller | | 3,525.00 | 740.25 |
| Frank R. Keefer | | 3,525.00 | 740.25 |
| Gerald L. Weiner | | 3,525.00 | 740.25 |
| KPMG Peat Marwick | KPMG Peat Marwick, LLP | 26,611.48 | 5,588.41 |
| Dan Osborn | | 3,525.00 | 740.25 |
| Ed Pink Racing Engines, | Ed Pink Racing Engines | 77,397.75 | 16,253.53 |
| David Sperrazza | | 25,000.00 | 5,250.00 |
| Charles Wannemacher | | 3,525.00 | 740.25 |
| Joseph H. Robison | | 3,525.00 | 740.25 |
| Dennis T. Barton | | 3,525.00 | 740.25 |
| Joseph D. Revak | | 3,525.00 | 740.25 |
| Charlie J. Garrett | | 3,525.00 | 740.25 |
| Chuck S. Krowczyk | | 175,000.00 | 36,750.00 |

EXHIBIT 1
Paid Claimants

| Claimant Name | Company 1 | Claim Amt | PAID |
|---|---|---|---|
| Russell Davis | | 3,525.00 | 858.34 |
| Theodore Jacobs, MD | | 25,000.00 | 5,250.00 |
| David M. Bender | | 3,525.00 | 705.00 |
| Douglas B. March | | 3,525.00 | 740.25 |
| Robert L. Hogue, M.D., | | 25,000.00 | 5,250.00 |
| Everill Bros., Inc. | | 75,000.00 | 15,000.00 |
| William J. Vanden Berg | | 3,525.00 | 858.34 |
| Edward Pacelli | | 75,000.00 | 9,131.25 |
| Carl & Denise Humphrey | | 3,525.00 | 858.34 |
| Dean S. McIntyre | | 3,525.00 | 858.34 |
| Michael J. Krachie | Plymouth Autobody Collision, | 3,525.00 | 858.34 |
| Paul H. Metzinger, PC | Nanopierce Technologies | 16,816.94 | 4,094.92 |
| Jonathan Brokaw | | 3,525.00 | 858.34 |
| Lee A. Wandling | Image Seller Inc | 370.00 | 90.10 |
| Thomas Walls | | 25,000.00 | 5,250.00 |
| Atlas Tubular, Inc. | Atlas Tubular, Inc. | 25,000.00 | 6,087.50 |
| Barbara Sandoval | Ruggieri(new last Name | 50,000.00 | 10,500.00 |
| Carroll Fink | | 25,000.00 | 5,250.00 |
| Skyway Park Inc DBA Fin | Skyway Park Inc DBA Fink's Ha | 25,000.00 | 5,250.00 |
| Charles T. Mc Closkey, | | 3,525.00 | 858.34 |
| | | | |
| Grand Total | | | 475,683.86 |