EXHIBIT 2
OTHER CLAIMANTS

| Claimant Name | Company 1 | Claim Amt | 24.35% | Notes |
|---|---|---|---|---|
| Frederick Hild | | 3,525 | 858.34 | OPTION 3- Wrote a letter saying he didn't receive any money. Tried calling and never got hold of him...left a message |
| Donell J. Blodgett | Santa Rosa Twin Vee | 25,000 | 6,087.50 | Spoke to Donell Blodgett. Said he doesn't have the money to pay. He was very nice and seemed eager to get this behing him. |
| Donell J Blodgett | Santa Rosa Twin Vee | 3,525 | 858.34 | (From John Bresciani) |
| Donell J. Blodgett | Santa Rosa Twin Vee | 3,525 | 858.34 | (From Jayne Lopez) |
| Donell J. Blodgett | Santa Rosa Twin Vee | 3,525 | 858.34 | (From Gary Leard) |
| Donell J. Blodgett | Santa Rosa Twin Vee | 3,525 | 858.34 | (From Harold Oppelt) |
| Donell J. Blodgett | Santa Rosa Twin Vee | 3,525 | 858.34 | (From Thomas Majer) |
| Donell J. Blodgett | Santa Rosa Twin Vee | 3,525 | 858.34 | (From Glenn Koby) |
| Donell J. Blodgett | Santa Rosa Twin Vee | 3,550 | 864.43 | (From Morris Gallagher) |
| Abram I. Bohrer, Esq. | | 5,000 | 1,217.50 | Contacted by phone by RAB |
| Burt R. Bondy | Northern Illinois Honda-Yamaha-Suzuki | 25,000 | 6,087.50 | Has made arrangement with receiver. |
| Burt R. Bondy | Northern Illinois Honda-Yamaha-Suzuki | 150,000 | 36,525.00 | |
| Burt R. Bondy | Northern Illinois Honda-Yamaha-Suzuki | 25,000 | 6,087.50 | |
| Burt R. Bondy | Northern Illinois Honda-Yamaha-Suzuki | 25,000 | 6,087.50 | |
| Burt R. Bondy | Northern Illinois Honda-Yamaha-Suzuki | 500 | 121.75 | |
| Burt R. Bondy | Northern Illinois Honda-Yamaha-Suzuki | 500 | 121.75 | |
| A. Brownsword | | 3,525 | 858.34 | Called and left a message explaining that he would have to send a copy of his order of discharge (claimed he was in Chap 7) |

1

EXHIBIT 2
OTHER CLAIMANTS

| Claimant Name | Company 1 | Claim Amt | 24.35% | Notes |
|---|---|---|---|---|
| Raymen Cardullo/John Castellano | C/O John Castellano | 25,000 | 6,087.50 | Received the letter. Would not give address. Gave #. Said he couldn't owe money because the dealership was in a Corp. The checks made out to Castellano and Jimmie Artigas |
| Elmer Carlson | | 25,000 | 6,087.50 | Sounded like he was going to pay. Never sent money. |
| Marshall D. Cooper | Cherokee Indian Motorcycle | 25,000 | 6,087.50 | Sent a letter saying he owes us nothing and we are dishonest business people |
| Mike Cramer | | 3,525 | 858.34 | Called in and said he was the wrong person. The checks ARE made out to him. Attempted to recall |
| Steven V. DeStout | In the Wind, Inc. | 25,000 | 6,087.50 | Return receipt |
| Steven V. DeStout | In the Wind, Inc. | 25,000 | 6,087.50 | |
| Steven V. DeStout | In the Wind, Inc. | 3,525 | 858.34 | |
| Steven V. DeStout | In the Wind, Inc. | 3,525 | 858.34 | |
| Steven V. DeStout | In the Wind, Inc. | 3,525 | 858.34 | |
| Steven V. DeStout | In the Wind, Inc. | 3,525 | 858.34 | |
| Steven V. DeStout | In the Wind, Inc. | 3,525 | 858.34 | |
| Steel Stallions Indian of Calif, Carol Furtier & Anthony Pugliese | Steel Stallions Indian of California | 75,000 | 18,262.50 | Spoken to a number of times, we are lacking info; records show claim was paid to Anthony Pugliese. |
| Steel Stallions Indian of Calif, Carol Furtier | | | | Records show claim was paid to Anthony Pugliese |
| Paul J. Gray | | 3,525.00 | 858.34 | Wrote nasty comment with expletive. |
| Ronald Garcia | C/O Isabel Garcia | 75,000 | 18,262.50 | Return receipt |

2

EXHIBIT 2
OTHER CLAIMANTS

| Claimant Name | Company 1 | Claim Amt | 24.35% | Notes |
|---|---|---|---|---|
| Edward F. Havlik | | 3,525 | 858.34 | Called us and said he got stock, not money, so owes nothing. Wouldn't give phone #. Said he would only speak with us in writing |
| Eugene E. Kramer | | 3,525 | 858.34 | Said he was in the hospital in TX. Gave him the payment plan regardless. Have not received the signed plan |
| Eller Industries, Enc. | Eller Industries | 75,000 | 18,262.50 | Return receipt from Hittle |
| Miller, Simon, & Maier | Maier, McIlnay, Schmitt & Button | 117,700 | 28,659.95 | MS&B said that they are not the successor to the previous firm and they have no business with Indian. |
| Montgomery & Andrews, P.A | Montgomery & Andrews | 77,622 | 18,900.86 | Said they had received the notice and didn't have any specific questions. Took our ph # and name |
| Anthony Pugliese | | 80,000 | 19,480.00 | Motion filed in Court |
| Paul Ralph | San Deigo Dealership | 75,000 | 18,262.50 | Remailed in Michelle's name and to Duberg Return Receipt from Lawyer |
| Paul Ralph | | | - | Lawyer wants to be taken off list. States he has never been the attorney of record for this case. Our records are different. |
| Paul Ralph | San Deigo Dealership | 3,525 | 858.34 | |
| Andrew Reiser | Kirlin Securities | 25,000 | 6,087.50 | We called and he was very upset about being contacted. Was general partner of claimant partnership. Refuses to pay. Sent copy of lawsuit for negligent infliction of emotional distress in New York Supreme Court. |

3

EXHIBIT 2
OTHER CLAIMANTS

| Claimant Name | Company 1 | Claim Amt | 24.35% | Notes |
|---|---|---|---|---|
| Singer, Benny | | 50,000 | 12,175.00 | Called Mr. Singer, identified myself (JLB) and he hung up. He didn't answer on a call back. Return Receipt from Lawyer |
| Triad Suspension Technologies, Inc. | Triad Suspension Technologies, Inc. | 99,000 | 24,106.50 | Bad Address, Has Attorney |
| Triad Suspension Technologies, Inc. | | | - | Called and said he is not Triad's lawyer and hasn't seen him for 6 years, he just filed the claim for Greg Thomas |
| Scott Kajiya | Law Offices of Peter C. Freeman | 500,000 | 121,750.00 | Contacted by telephone by Rick Block; Mr. Kajiya stated he received only $10,000 and Mr. Freeman and Mr. Ruiz received the remainder. |
| Jeffry T. Parker | | 3,525 | 858.34 | Kim spoke to him and he said he will pay…but didn't |
| Gary Torre | Kings Highway Motor | 25,000 | 6,087.50 | Return Receipt |
| Richard J. Cortesi | | 50,000 | 12,175.00 | Return Receipt |
| Excel Motorsports | Excel Motorsports | 75,000 | 18,262.50 | Left a message and tried calling repeatedly. Could not reach. Return receipt |
| Joseph R. Fredricksen | | 25,000 | 6,087.50 | Return receipt |
| Ronald Fulfer | Kentucky Indian | 62,500 | 15,218.75 | Return receipt |
| Southern Thunder/Bennett InternationalGroup, Inc | Southern Thunder/Bennett International Group, INC | 100,000 | 24,350.00 | Lawyer called in and spoke to JLB and the RAB. Took all relevant information and failed to email receiver as promised. |
| Hyams, Paul & Elain | Snell & Wilmer LLP | 50,000 | 12,175.00 | Return receipt from Killroy |
| Michael Payne | Brownstein Hyatt & Farber, PC | 580,000 | 141,230.00 | Filed appeal in the 10th Circuit Court of Appeal |
| Hacienda Motorcycles, | Hacienda Motorcycles, | 25,000 | 6,087.50 | Return receipt |
| James P. Lewis | C/O Julie Lewis | 50,000 | 12,175.00 | Return receipt |

4

EXHIBIT 2
OTHER CLAIMANTS

| Claimant Name | Company 1 | Claim Amt | 24.35% | Notes |
|---|---|---|---|---|
| Martin A. Crist | A.L.Moore-Grimshaw | 25,000 | 6,087.50 | Return receipt |
| James W. Stranks | Iron Redskins | 5,000 | 1,217.50 | Contacted by telephone by Rick Block |
| Donald C. Schunk | Don Schunk Indian Motorcycle LTD | 75,000 | 18,262.50 | Contacted by telephone by Rick Block |
| Donald C. Schunk | Don Schunk Indian | 75,000 | 18,262.50 | |
| Donald C. Schunk | Don Schunk Indian | | - | |
| Donald C. Schunk | Don Schunk Indian | 3,525 | 858.34 | |
| Donald C. Schunk | Don Schunk Indian | | - | |
| Darren W. Croop | | 25,000 | 6,087.50 | |
| Grand Total | | 2,951,872 | 718,780.73 | |