EXHIBIT 3
NOMINAL CONTACT

| Claimant Name | Company 1 | Amt | 24.35% |
|---|---|---|---|
| Marc N. Allsman | American Motorcycle Technologies, | 25,000.00 | 6,087.50 |
| Donald L. Arnold | | 3,525.00 | 858.34 |
| James W. Bagshaw | | 3,525.00 | 858.34 |
| Albuquerque Hilton Hotel | Albuquerque Hilton Hotel | 659.86 | 160.68 |
| Richard L. Barber | | 3,525.00 | 858.34 |
| William Barron | | 3,525.00 | 858.34 |
| Wayne & Sharon Baughman | | 8,059.71 | 1,962.54 |
| Beaumont Motors | Beaumont Motors | 12,500.00 | 3,043.75 |
| Brian Berg | | 3,525.00 | 858.34 |
| Joseph Bergeron | | 3,525.00 | 858.34 |
| Jim Berlin | | 3,525.00 | 858.34 |
| Calvin J. Boggs | | 3,525.00 | 858.34 |
| Raymond J. Boos | | 3,525.00 | 858.34 |
| Bobbie Jo Brady | | 3,525.00 | 858.34 |
| Martin Capferri | | 5,000.00 | 1,217.50 |
| Harry F. Carbough | | 3,525.00 | 858.34 |
| Kevin or Sherri Carpenter | | 3,525.00 | 858.34 |
| Robert R. Carruth | | 3,525.00 | 858.34 |
| Brad Castleberry | | 3,525.00 | 858.34 |
| Gustavo Cervantes | | 3,500.00 | 852.25 |
| Joel Christensen | | 3,525.00 | 858.34 |
| Todd Ciccarelli | | 3,525.00 | 858.34 |
| Richard Clark | | 3,525.00 | 858.34 |
| Mario Conte | | 3,000.00 | 730.50 |
| Mark D. Cooper | | 3,525.00 | 858.34 |
| Paul P DeDomenico | | 3,525.00 | 858.34 |
| Michael G. Driscoll | | 3,525.00 | 858.34 |
| Phil Ehart | | 3,750.00 | 913.13 |
| Scott Gregory Erickson | | 3,525.00 | 858.34 |
| Lou Evans | | 3,525.00 | 858.34 |
| Stephen J. Fazio | | 3,525.00 | 858.34 |
| Charles G. Gardner | | 3,525.00 | 858.34 |
| Vincent Gargagliano | | 3,525.00 | 858.34 |

EXHIBIT 3
NOMINAL CONTACT

| Claimant Name | Company 1 | Amt | 24.35% |
|---|---|---|---|
| Leonard Douglas Garrison II | | 3,525.00 | 858.34 |
| Garrity, Levin and Muir | Garrity, Levin and Muir | 2,195.75 | 534.67 |
| David Gasper | | 7,050.00 | 1,716.68 |
| George Gasper | | 3,525.00 | 858.34 |
| Ronald F. Gehringer | | 3,500.00 | 852.25 |
| Ronald Gibbens | | 3,525.00 | 858.34 |
| Jonathan L. Giles | | 3,525.00 | 858.34 |
| Lee E. Gilley | | 4,500.00 | 1,095.75 |
| David Giroux | Tri-State Indian Motorcycle Sales | 25,000.00 | 6,087.50 |
| William T. Gower | | 3,525.00 | 858.34 |
| Larry Grandys | | 12,500.00 | 3,043.75 |
| Kevin J. Gray | | 3,525.00 | 858.34 |
| Victor L. Hammond | | 6,226.60 | 1,516.18 |
| Parley E. Hanson | | 3,525.00 | 858.34 |
| Jay Hebert | | 3,525.00 | 858.34 |
| Gerald Heckener | | 3,525.00 | 858.34 |
| Geir Hjorth | | 25,000.00 | 6,087.50 |
| William H. Hodgkin | | 3,525.00 | 858.34 |
| Raymond R. Holt | | 3,525.00 | 858.34 |
| Timothy W. Hough | | 3,525.00 | 858.34 |
| Arvil M. Houts | | 3,525.00 | 858.34 |
| Gregory Ida | | 3,500.00 | 852.25 |
| Motorcykel Importen Goteborg AB | Motorcykel Importen Goteborg AB | 75,000.00 | 18,262.50 |
| Jeffrey A. Johns | | 3,525.00 | 858.34 |
| Kent Jones | | 3,525.00 | 858.34 |
| Orvil E. Jones | Gene's Parts & Performance | 5,000.00 | 1,217.50 |
| Michael Kearney | | 5,000.00 | 1,217.50 |
| Marton Klepp | | 25,000.00 | 6,087.50 |
| Kurt S. Kourakis | | 3,000.00 | 730.50 |
| Zygmond Kubiak | | 3,525.00 | 858.34 |
| Michael Kurpierz | | 3,525.00 | 858.34 |
| Richard L. Kylberg | | 3,525.00 | 858.34 |
| Andrew J. Labedz | | 3,525.00 | 858.34 |

EXHIBIT 3
NOMINAL CONTACT

| Claimant Name | Company 1 | Amt | 24.35% |
|---|---|---|---|
| Larry Lagace | | 3,525.00 | 858.34 |
| Linda Ada Laskey | | 3,525.00 | 858.34 |
| Robert R. LaSpada | | 3,525.00 | 858.34 |
| William S. Limehouse | | 3,525.00 | 858.34 |
| Frank K Lujan | | 3,525.00 | 858.34 |
| Anthony R. Maccari | | 3,525.00 | 858.34 |
| Bryan Mager/Lance Migliaccio | Front Range Indian Motorcycle, Inc. | 12,500.00 | 3,043.75 |
| Lance Migliaccio | Front Range Indian Motorcycle | 12,500.00 | 3,043.75 |
| Lance Migliaccio | Front Range Indian Motorcycle | 3,525.00 | 858.34 |
| Lance Migliaccio/Michael Fink | Front Range Indian Motorcycle | 12,500.00 | 3,043.75 |
| Michael Fink/Lance Migliaccio | | 12,500.00 | 3,043.75 |
| Prestige Indian Diffusion Sarl | Prestige Indian | 23,355.00 | 5,686.94 |
| David L. Marburger | | 4,000.00 | 974.00 |
| Bruce Markus | | 3,250.00 | 791.38 |
| J. Ed Martinez | | 3,525.00 | 858.34 |
| Mervyn K. Marx | | 3,525.00 | 858.34 |
| Jeffrey L. McAdams | | 3,525.00 | 858.34 |
| John McLeod | | 3,525.00 | 858.34 |
| Brooks Bros. Custom Cycle & Sales, L.C. | Far West Capital, Inc | 12,500.00 | 3,043.75 |
| Glen L. Meyer | | 3,525.00 | 858.34 |
| Ronald A. Moison | | 300.00 | 73.05 |
| Christopher Schaiberger | Christopher Schaiberger | 3,525.00 | 858.34 |
| Stephen M. Morgan | | 25,000.00 | 6,087.50 |
| Paul E. Munn | | 3,525.00 | 858.34 |
| Jerry Lee Newman | | 3,525.00 | 858.34 |
| Stephen D. Noreen | | 3,525.00 | 858.34 |
| Daniel Orttell | | 3,525.00 | 858.34 |
| Brendan T. O'Sullivan | | 25,000.00 | 6,087.50 |
| Leo Pelham | | 3,525.00 | 858.34 |
| Robert G. Penrod | | 3,525.00 | 858.34 |
| New Mexico Mutual Casualty Company | Fairfield, Farrow & Strotz | 2,056.00 | 500.64 |
| Lucien Remillard | | 3,525.00 | 858.34 |
| James Rubenstein | | 3,525.00 | 858.34 |

EXHIBIT 3
NOMINAL CONTACT

| Claimant Name | Company 1 | Amt | 24.35% |
|---|---|---|---|
| Robert S. Saunders | | 3,525.00 | 858.34 |
| Thomas F. Sidelko | | 3,525.00 | 858.34 |
| Chris Sisney | | 3,525.00 | 858.34 |
| Russell K. Smith | | 3,525.00 | 858.34 |
| Lyle F. Sommers | | 3,525.00 | 858.34 |
| Andrea Taibel | | 12,500.00 | 3,043.75 |
| Phillip A. Taylor | | 3,525.00 | 858.34 |
| Thomas F. Thomas | | 12,500.00 | 3,043.75 |
| Roger Thrall | Staz Nevada Indian | 5,000.00 | 1,217.50 |
| Robert E. Tryber | | 3,525.00 | 858.34 |
| Matthew T. Valentine | Courtesy Auto Group, Inc. | 3,525.00 | 858.34 |
| Jayson Vance | | 3,525.00 | 858.34 |
| Ross VonWeingarten | | 3,525.00 | 858.34 |
| Ross VonWeingarten | | 10,000.00 | 2,435.00 |
| Uli Wachholtz | | 12,500.00 | 3,043.75 |
| David J. Waltz | Waltz | 3,525.00 | 858.34 |
| Steve Wegener | | 3,525.00 | 858.34 |
| Mitchell Howard Weiss | | 3,525.00 | 858.34 |
| Country Cycles | Clarion Cycles | 25,000.00 | 6,087.50 |
| Greg Winters | | 3,525.00 | 858.34 |
| Raymond Wofford | | 3,525.00 | 858.34 |
| Richard Dale Wood | Northstar Indian Motorcycles, Inc. | 37,500.00 | 9,131.25 |
| Cathy Nelson | Northstar Indian Motorcycle | 37,500.00 | 9,131.25 |
| MBM Young | | 25,000.00 | 6,087.50 |
| John Zollars | | 3,525.00 | 858.34 |
| | | | |
| Grand Total | | 872,427.92 | 212,436.20 |