EXHIBIT 4
UNABLE TO LOCATE

| Claimant Name | Company 1 | Claim Amt | 24.35% |
|---|---|---|---|
| J. William Adams, Jr. | Abba Incoporated | 3,525.00 | 858.34 |
| Bruce & Carmen | | 3,525.00 | 858.34 |
| Jose Nestor | | 3,525.00 | 858.34 |
| Free Import Hawk | Free Import Hawk | 25,000.00 | 6,087.50 |
| C. Wade Burleson | | 3,525.00 | 858.34 |
| John Carrol | | 3,525.00 | 858.34 |
| Kenneth J. Caskey | | 3,525.00 | 858.34 |
| Harold D. Cheek | | 3,525.00 | 858.34 |
| Dennis Conour | | 3,000.00 | 730.50 |
| Malcolm Cook | | 25,000.00 | 6,087.50 |
| Boatmen's Credit Card | Boatmen's Credit Card | 7,669.17 | 1,867.44 |
| Quinton Ellis | | 3,525.00 | 858.34 |
| James G. Fifield | | 3,525.00 | 858.34 |
| David Mark Garcia | | 1,800.00 | 438.30 |
| Data-Line Office | Data Line Office Systems | 391.48 | 95.33 |
| Jacobs Industries | Jacobs Industries | 3,520.00 | 857.12 |
| PNM Gas Services of | Public Service Company of | 1,136.72 | 276.79 |
| James Kelly | | 3,525.00 | 858.34 |
| Chuck D. Lampman | | 3,525.00 | 858.34 |
| Susan & Larry Lavich | | 25,000.00 | 6,087.50 |
| James W. Mc Laughlin | | 3,525.00 | 858.34 |
| Robert P. McNeill | McNeill, Robert P. Attorney | 1,227.50 | 298.90 |
| Excalibur Customs | Excalibur Customs | 12,160.00 | 2,960.96 |
| Linda Murphy | | 25,000.00 | 6,087.50 |
| Linda Murphy | | 3,525.00 | 858.34 |
| Michael Neuens | | 3,525.00 | 858.34 |
| Jeffrey M. Perkins Pres. | Western Design | 91,351.85 | 22,244.18 |
| Edmund Peters | | 3,525.00 | 858.34 |
| James Pressley | | 3,525.00 | 858.34 |
| Robert S. Ray, Sr. | | 3,525.00 | 858.34 |
| Mary Reese | | 3,525.00 | 858.34 |
| Claudio Saldana Jr. | | 5,000.00 | 1,217.50 |
| Edward B. Seefried | | 3,525.00 | 858.34 |
| Henry Seracki | c/o Norcon General | 3,500.00 | 852.25 |
| Philip Shaiman | | 25,000.00 | 6,087.50 |
| Rimas Stankus | | 3,525.00 | 858.34 |
| Wiley J. Sword | | 3,525.00 | 858.34 |
| Michael Thomas | | 3,000.00 | 730.50 |
| Jack Turner | | 3,525.00 | 858.34 |
| Growth Financial | Growth Financial | 25,000.00 | 6,087.50 |
| Donald L. Weber | | 3,000.00 | 730.50 |
| Steve Weston | | 11,175.00 | 2,721.11 |
| Cory S. Chambers | | 3,525.00 | 858.34 |
| | | | |
| Grand Total | | 379,006.72 | 92,288.14 |

1