FICE OF THE CLERK
TATES DISTRICT COURT
D A. ARRAJ COURTHOUSE
-19TH ST., ROOM A105
NVER, CO 80294-3589

OFFICIAL BUSINESS

95-cv-00777-REB-CBS
#2404

Steven DeStout
#1 South Water Street
Henerson, NV 89105

DENVER CO 802
10 OCT 2006
$0.39
10/10/2006
Mailed From 80202

FILED
UNITED STATES DISTRICT COURT
DENVER,
OCT 17 2006
GREGORY C. LANGHAM
CLERK

NIXIE          891     1          39 10/13/06
        RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
        UNABLE TO FORWARD
BC: 80294250151     *3020-17232-10-43

## Other Orders/Judgments

1:95-cv-00777-REB-CBS Receivership Estate of Indian Motorcycle Manufacturing, Inc.
ALLMTN, APPEAL, REOPEN

### U.S. District Court

### District of Colorado

## Notice of Electronic Filing

The following transaction was entered on 10/6/2006 at 4:25 PM MDT and filed on 10/6/2006
**Case Name:** Receivership Estate of Indian Motorcycle Manufacturing, Inc.
**Case Number:** 1:95-cv-777
**Filer:**
**Document Number:** 2404

**Docket Text:**
MINUTE ORDER STRIKING [2401] Reply to Response to Motion, filed by Sterling Consulting Corporation, for failure to comply with REB Civ. PracticeStandard V.A.1. by Judge Robert E. Blackburn on 10/6/06. (erv, )

### 1:95-cv-777 Notice has been electronically mailed to:

Julie Andrea Trent  jt@bsblawyers.com, plambert@bsblawyers.com
J. Eric Elliff  jelliff@mofo.com, kparish@mofo.com
James R. Cage  jcage@cagewilliams.com, loliver@cagewilliams.com, slehigh@cagewilliams.com
Lee M. Kutner  lmk@kutnerlaw.com
Edward T. Ramey  eramey@ir-law.com, jwills@ir-law.com
Gregory C. Smith  gsmith@fwlaw.com, jboling@fwlaw.com, paralegal@fwlaw.com
Eugene M. Sprague  esprague@bw-legal.com, pburkhardt@bw-legal.com
John 'Jack' Markham Tanner  jtanner@fwlaw.com, paralegal@fwlaw.com, schiecuto@fwlaw.com
Gary Clifford Moschetti  gmoschetti@gcmlawyers.com
Michael J. Pankow  mpankow@bhf-law.com, krees@bhf-law.com
Michael A. Chodos  michael@chodos.com, rehema@chodos.com
Daniel J. Garfield  dgarfield@bhf-law.com, krees@bhf-law.com
Noreene C. Stehlik  noreene.c.stehlik@usdoj.gov, western.taxcivil@usdoj.gov
Mollybeth R. Kocialski  mollybeth.kocialski@firstdatacorp.com
Adam F. Hulbig  adam.f.hulbig@usdoj.gov, western.taxcivil@usdoj.gov

### 1:95-cv-777 Notice has been mailed by the filer to:

Burt R. Bondy
8130 Prestwick Drive
Lajolla, CA 92037

R. J. Cortesi
5316 Camino Montano, North East