OFFICE OF THE CLERK
ITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

CANNOT LOCATE
95-CV-777
#2404
REB-CBS

Carol Furtier
2500 Military Trail
Boca Raton, FL 33431

NIXIE    334    1    71 10/14/06
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 80294250151    *1220-20710-10-47

DENVER CO 802
10 OCT 2006


$0.39
10/10/2006
Mailed From 80202

**Other.Orders/Judgments**
1:95-cv-00777-REB-CBS Receivership Estate of Indian Motorcycle Manufacturing, Inc.
ALLMTN, APPEAL, REOPEN

### U.S. District Court

### District of Colorado

**Notice of Electronic Filing**

The following transaction was entered on 10/6/2006 at 4:25 PM MDT and filed on 10/6/2006
**Case Name:**      Receivership Estate of Indian Motorcycle Manufacturing, Inc.
**Case Number:**    1:95-cv-777
**Filer:**
**Document Number:** 2404

**Docket Text:**
MINUTE ORDER STRIKING [2401] Reply to Response to Motion, filed by Sterling Consulting Corporation, for failure to comply with REB Civ. PracticeStandard V.A.1. by Judge Robert E. Blackburn on 10/6/06. (erv, )

**1:95-cv-777 Notice has been electronically mailed to:**
Julie Andrea Trent jt@bsblawyers.com, plambert@bsblawyers.com
J. Eric Elliff jelliff@mofo.com, kparish@mofo.com
James R. Cage jcage@cagewilliams.com, loliver@cagewilliams.com, slehigh@cagewilliams.com
Lee M. Kutner lmk@kutnerlaw.com
Edward T. Ramey eramey@ir-law.com, jwills@ir-law.com
Gregory C. Smith gsmith@fwlaw.com, jboling@fwlaw.com, paralegal@fwlaw.com
Eugene M. Sprague esprague@bw-legal.com, pburkhardt@bw-legal.com
John 'Jack' Markham Tanner jtanner@fwlaw.com, paralegal@fwlaw.com, schiecuto@fwlaw.com
Gary Clifford Moschetti gmoschetti@gcmlawyers.com
Michael J. Pankow mpankow@bhf-law.com, krees@bhf-law.com
Michael A. Chodos michael@chodos.com, rehema@chodos.com
Daniel J. Garfield dgarfield@bhf-law.com, krees@bhf-law.com
Noreene C. Stehlik noreene.c.stehlik@usdoj.gov, western.taxcivil@usdoj.gov
Mollybeth R. Kocialski mollybeth.kocialski@firstdatacorp.com
Adam F. Hulbig adam.f.hulbig@usdoj.gov, western.taxcivil@usdoj.gov

**1:95-cv-777 Notice has been mailed by the filer to:**

Burt R. Bondy
8130 Prestwick Drive
Lajolla, CA 92037

R. J. Cortesi
5316 Camino Montano, North East