OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS



RETURNED TO SENDER
UNDELIVERABLE AS ADDRESSED
FORWARDING ORDER EXPIRED

017H15524679
HASLER  $0.63⁰
10/04/2006
Mailed From 80202

Donald Schunk
12572 Durrow Court
St. Louis, MO 63141

CANNOT LOCATE
95-CV-777
#2428
REB-CBS