OFFICE OF THE CLERK
TED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 23 2006

GREGORY C. LANGHAM
CLERK



DENVER
03 OCT 2006
Mailed From 80202

95-CV-777 REB #2398

Donald Schunk
12572 Durrow Court
St. Louis, MO 63141

RETURNED TO SENDER
UNDELIVERABLE AS ADDRESSED
FORWARDING ORDER EXPIRED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Case No. 95-cv-00777-REB-CBS

In re: Receivership Estate of INDIAN MOTORCYCLE
MANUFACTURING, INC., a New Mexico corporation,

---

### MINUTE ORDER

---

### ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER

THIS MATTER IS before the court on Assignee's Motion to Appear at Settlement Conference By Phone *(doc. no. 2394)*. It is hereby

**ORDERED** that the motion is **DENIED**. All client representatives with settlement authority are to be physically present for the October 10, 2006, settlement conference.

**DATED:**   October 3, 2006