

No. -242-

-43,119- Shares

# INDIAN MOTORCYCLE COMPANY
*Incorporated Under the Laws of Delaware*

THIS CERTIFIES THAT *Anthony Pugliese* is the holder of Forty-Three Thousand One Hundred Nineteen (43,119) shares of the Common Stock of INDIAN MOTORCYCLE COMPANY, par value $.00001 per share, transferable only on the books of the corporation by the holder hereof in person or by attorney upon surrender of this Certificate properly endorsed.

IN WITNESS WHEREOF, the corporation has caused this Certificate to be signed by its duly authorized corporate officers and its corporate seal to be hereunto affixed this 20th day of March, 2000.

_____   Secretary

_____   Vice President

EXHIBIT 1
tabbies®



No. -211-

-31,881- Shares

## INDIAN MOTORCYCLE COMPANY
*Incorporated Under the Laws of Delaware*

THIS CERTIFIES THAT *Anthony Pugliese* is the holder of Thirty-One Thousand Eight Hundred Eighty-One (31,881) shares of the Common Stock of INDIAN MOTORCYCLE COMPANY, par value $.00001 per share, transferable only on the books of the corporation by the holder hereof in person or by attorney upon surrender of this Certificate properly endorsed.

IN WITNESS WHEREOF, the corporation has caused this Certificate to be signed by its duly authorized corporate officers and its corporate seal to be hereunto affixed this 20th day of March, 2000.

_____ Vice President

_____ Secretary