UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 95-cv-00777-REB-CBS

In re: The Receivership Estate of Indian Motorcycle Manufacturing, Inc., a New Mexico Corporation

---

**FINAL JUDGMENT AGAINST ANTHONY PUGLIESE, III**

---

THE COURT, upon the motion of the receiver, and being sufficiently advised in the premises, hereby enters the following findings of fact, conclusions of law, and judgment:

1. In 1998 and 1999, the receiver in this Receivership Action paid $155,000 to Mr. Pugliese. He converted $155,000 in Claims against the Receivership Estate to 155,000 shares of common stock in Indian Motorcycle Company.

2. The receiver, in making this payment to Mr. Pugliese (along with other, similar payments in the Receivership Estate), overpaid Mr. Pugliese.

3. Pursuant to this Court's Amended Order Approving and Adopting Magistrate Judge's Recommendation of July 28, 2006, Mr. Pugliese was directed to repay 24.35% of this amount ($37,742.50) by September 28. 2006.

4. Mr. Pugliese did not repay this money, nor does he have a good reason why not.

5. This is an equity receivership. Some Claimants of the receivership that were overpaid refunded the overpayment they received without further cost or expense to the Receivership Estate. Mr. Pugliese, however, has required the receiver to expend greater costs and expenses to obtain restitution of this money. It would not be appropriate for Mr. Pugliese to burden the Receivership Estate in this matter without compensating the Receivership Estate for the costs. As such, the receiver is awarded its attorneys' fees, receiver's fees, and costs in connection with the Motion for Judgment. The receiver is directed to submit an affidavit detailing the receiver's fees, the receiver's attorneys' fees, and costs incurred in this matter within two weeks from the date of this Order.

6. Pursuant to F.R.Civ.P. 54(b), the Court finds no just reason to delay final entry of this Order.

ACCORDINGLY, it is adjudged and decreed, that Judgment is entered in favor of Sterling Consulting Corporation, as receiver, in the amount of $37,742.50.

Done this _____ day of _____, 2006.

By: _____
Robert E. Blackburn, District Court Judge