**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

Civil Action No. 95-cv-00777-REB-CBS

In re:

Receivership Estate of INDIAN MOTORCYCLE MANUFACTURING, INC.,
a New Mexico Corporation

_____

**United States' Motion for Extension of Time to Respond to**
**Claimant Anthony Pugliese's Motion for Reconsideration (DI# 2412)**
_____

The United States of America, by and through undersigned counsel, respectfully moves the Court for an extension of time, until November 16, 2006, to respond to the Motion for Reconsideration (DI# 2412) filed by claimant Anthony Pugliese ("Mr. Pugliese") in the above-captioned matter.  In support thereof, the United States states as follows:

1.   On October 13, 2006, Mr. Pugliese (a claimant in this receivership action) moved the Court to reconsider its July 28, 2006 Order of Restitution.

2.   On October 24, 2006, the Receiver filed his response to Mr. Pugliese's motion (DI# 2430) and suggested that action on such motion be delayed until after the United States takes a position.  Although the United States certainly intends to file a response to Mr. Pugliese's motion, Peter Sklarew – the government attorney with the most familiarity with this matter and who negotiated the tax settlement with the Receiver – started a trial on October 16, 2006 that is expected to last at least three weeks.  Mr. Sklarew will not be able to address the merits of Mr. Pugliese's motion until after the trial concludes.

3.   Under D.C. Colo. L.CivR 7.1(C), responding parties have 20 days after the filing date of a motion, "or such lesser or greater time as the court may allow, in which to

file a response." By default, the United States' response to Mr. Pugliese's motion for reconsideration would be due on November 2, 2006. However, the Court may in its discretion allow the United States additional time in which to respond. Because of Mr. Sklarew's existing trial commitments, the United States respectfully seeks an extension until November 16, 2006 to respond to Mr. Pugliese's motion.

4. In accordance with D.C. Colo. L.CivR 7.1(C), undersigned counsel for the United States has conferred with counsel for the Receiver and counsel for Mr. Pugliese, respectively, regarding the relief requested herein, and counsel stated that they had no objections.

WHEREFORE, for good cause shown, the United States respectfully moves the Court for an order extending the time in which the United States may respond to Mr. Pugliese's motion for reconsideration until November 16, 2006, or such greater time as may be necessary for the convenience of the Court.

DATED this 25th day of October, 2006.

> Respectfully submitted,
>
> TROY A. EID
> United States Attorney
> District of Colorado
>
> /s  Adam F. Hulbig
> ADAM F. HULBIG
> Trial Attorney, Tax Division
> U.S. Department of Justice
> P.O. Box 683
> Washington, D.C.  20044
> Telephone: (202) 514-6061
> Facsimile: (202) 307-0054
> Email: adam.f.hulbig@usdoj.gov
>           western.taxcivil@usdoj.gov
>
> Attorneys for the United States of America

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that on this 25th day of October, 2006, I caused the foregoing **United States' Motion for Extension of Time to Respond to Claimant Anthony Pugliese's Motion for Reconsideration (DI# 2412)** to be filed electronically using the CM/ECF system, which will serve all parties and/or counsel registered for service by that means.

/s  Adam F. Hulbig
ADAM F. HULBIG
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C.  20044
Telephone: (202) 514-6061
Facsimile: (202) 307-0054
Email: adam.f.hulbig@usdoj.gov
       western.taxcivil@usdoj.gov