OFFICE OF THE CLERK
TED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

CANNOT LOCATE
95-CV-777
#2460
REB-CBS

Ronal Garcia
2505 Madison North East
Albuquerque, NM 87101

not at this address

# Orders on Motions

1:95-cv-00777-REB-CBS Receivership Estate of Indian Motorcycle Manufacturing, Inc.
ALLMTN, APPEAL, REOPEN

## U.S. District Court

### District of Colorado

## Notice of Electronic Filing

The following transaction was entered on 10/4/2006 at 2:23 PM MDT and filed on 10/4/2006
**Case Name:** Receivership Estate of Indian Motorcycle Manufacturing, Inc.
**Case Number:** 1:95-cv-777
**Filer:**
**Document Number:** 2400

## Docket Text:
Minute ORDER Denying as moot [2203] Emergency Motion for Instruction by Receiver, by Judge Robert E. Blackburn on 10/4/06.(erv, )

**1:95-cv-777 Notice has been electronically mailed to:**
Julie Andrea Trent jt@bsblawyers.com, plambert@bsblawyers.com
J. Eric Elliff jelliff@mofo.com, kparish@mofo.com
James R. Cage jcage@cagewilliams.com, loliver@cagewilliams.com, slehigh@cagewilliams.com
Lee M. Kutner lmk@kutnerlaw.com
Edward T. Ramey eramey@ir-law.com, jwills@ir-law.com
Gregory C. Smith gsmith@fwlaw.com, jboling@fwlaw.com, paralegal@fwlaw.com
Eugene M. Sprague esprague@bw-legal.com, pburkhardt@bw-legal.com
John 'Jack' Markham Tanner jtanner@fwlaw.com, paralegal@fwlaw.com, schiecuto@fwlaw.com
Gary Clifford Moschetti gmoschetti@gcmlawyers.com
Michael J. Pankow mpankow@bhf-law.com, krees@bhf-law.com
Michael A. Chodos michael@chodos.com, rehema@chodos.com
Daniel J. Garfield dgarfield@bhf-law.com, krees@bhf-law.com
Noreene C. Stehlik noreene.c.stehlik@usdoj.gov, western.taxcivil@usdoj.gov
Mollybeth R. Kocialski mollybeth.kocialski@firstdatacorp.com
Adam F. Hulbig adam.f.hulbig@usdoj.gov, western.taxcivil@usdoj.gov

**1:95-cv-777 Notice has been mailed by the filer to:**

Burt R. Bondy
8130 Prestwick Drive
Lajolla, CA 92037

R. J. Cortesi
5316 Camino Montano, North East
Albuquerque, NM 87111