IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Case No. 95-cv-00777-REB-CBS

In re: Receivership Estate of INDIAN MOTORCYCLE
MANUFACTURING, INC., a New Mexico corporation,

### MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

     IT IS HEREBY ORDERED that United States' Motion for Extension of Time to Respond to Claimant Anthony Pugliese's Motion for Reconsideration (*doc. no. 2433)* is **DENIED,** without prejudice, for failure to provide a certificate showing compliance with **D.C.COLOL.CIVR. 7.1A**. The Court is unable to determine to what extent the United States attempted to confer with claimant Anthony Pugliese and whether the motion is opposed or unopposed.

**DATED:**    October 31, 2006