IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Case No. 95-cv-00777-REB-CBS

In re: Receivership Estate of INDIAN MOTORCYCLE
MANUFACTURING, INC., a New Mexico corporation,

### MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

     IT IS HEREBY ORDERED that the minute order (*doc. no. 2438*) entered by this court on October 31, 2006, is **STRICKEN** from the record.

     IT IS FURTHER ORDERED that United States' Motion for Extension of Time to Respond to Claimant Anthony Pugliese's Motion for Reconsideration (*doc. no. 2433*) is **GRANTED**. The deadline for the United States to respond to Mr. Pugliese's Motion for Reconsideration is extended to no later than **November 16, 2006**.

**DATED:**    October 31, 2006