UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 95-cv-00777-REB-CBS

In re:  Indian Motorcycle Manufacturing, Inc., a New Mexico Corporation

**ORDER ON PARTIALLY OPPOSED, PARTIALLY UNOPPOSED
RECEIVER'S MOTION TO MODIFY MAGISTRATE JUDGE'S
ORDER OF OCTOBER 26, 2006**

     THE COURT, upon the receiver's Partially Opposed, Partially Unopposed Motion to Modify Magistrate Judge's Order of October 26, 2006, and being sufficiently advised in the premises,

     HEREBY ORDERS that the Motion is GRANTED.  The undisputed portion of the money should be paid to Sterling in its individual corporate capacity, and not as receiver.

     DONE this _____ day of _____, 2006.


By: _____
     Craig B. Shaffer
     U.S. Magistrate Judge