UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 95-cv-01573-PSF-CBS

In re: Indian Motorcycle Manufacturing, Inc., a New Mexico Corporation

---

**ORDER**

---

This Court's Order of October 26, 2006, as modified by this Court's Order of _____, in the *In re Indian receivership* matter 95-cv-00777-REB-CBS is incorporated by this reference and hereby also entered in this case.

DONE this \_\_\_\_ day of _____, 2006.

By: _____
Craig B. Schaffer
U.S. Magistrate Judge