OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

DENVER
27 OCT 2006

CANNOT LOCATE
95-CV-777
#2435
REB-CBS

Triad Suspension Technologies, Inc.
C/o Lewis Druxman, Esq.
6715 Academy Road North East Suite B
Albuquerque, NM 87109

NIXIE            871       1

RETURN TO S!
ATTEMPTED - N(
UNABLE TO F(

BC: 80294250151

8710913365
80294%2501