

OFFICE OF THE CLERK
ED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

CANNOT LOCATE
95-CV-777 not at this
#2398 REB-CBS address

Ronald Garcia
2505 Madison, North East
Albuquerque, NM 87101

ALBUQUERQUE   DENVER CO 80
03 OCT 2006

ATTEMPT
NOT KNOWN

United Way

1070372006
Mailed From 80202

87110+3905

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Case No. 95-cv-00777-REB-CBS

In re: Receivership Estate of INDIAN MOTORCYCLE
MANUFACTURING, INC., a New Mexico corporation,

---

### MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

THIS MATTER IS before the court on Assignee's Motion to Appear at Settlement Conference By Phone (*doc. no. 2394*). It is hereby

**ORDERED** that the motion is **DENIED**. All client representatives with settlement authority are to be physically present for the October 10, 2006, settlement conference.

**DATED:**       October 3, 2006