OFFICE OF THE CLERK
ED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

DENVER CO 802
31 OCT 2006

10/31/2006
Mailed From 80202

CANNOT LOCATE
95-CV-777
#2439
REB-CBS

A+JUNK 6014

Robert W. Pitts
550 Newpoet Center Drive #400
Newport Beach, CA 92660

NOT
The IRVINE
(D.

NIXIE    927    1    02 11/12/06
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 80294250151   *1520-05992-31-43

## Other Orders/Judgments
1:95-cv-00777-REB-CBS Receivership Estate of Indian Motorcycle Manufacturing, Inc.
ALLMTN, APPEAL, REOPEN

### U.S. District Court

### District of Colorado

## Notice of Electronic Filing

The following transaction was entered on 10/31/2006 at 2:57 PM MST and filed on 10/31/2006
**Case Name:** Receivership Estate of Indian Motorcycle Manufacturing, Inc.
**Case Number:** 1:95-cv-777
**Filer:**
**Document Number:** 2439

**Docket Text:**
MINUTE ORDER STRIKING [2438] Order on Motion for Extension of Time to File Response/Reply from the RECORD, GRANTING [2433] United States MOTION for Extension of Time to File Response/Reply as to [2412] MOTION for Reconsideration re [2338] Order, to and no later than 11/16/06 by Magistrate Judge Craig B Shaffer on 10/31/06. (erv, )

**1:95-cv-777 Notice has been electronically mailed to:**
Julie Andrea Trent jt@bsblawyers.com, plambert@bsblawyers.com
J. Eric Elliff jelliff@mofo.com, kparish@mofo.com
James R. Cage jcage@cagewilliams.com, loliver@cagewilliams.com, slehigh@cagewilliams.com
Lee M. Kutner lmk@kutnerlaw.com
Edward T. Ramey eramey@ir-law.com, jwills@ir-law.com
Gregory C. Smith gsmith@fwlaw.com, jboling@fwlaw.com, paralegal@fwlaw.com
Eugene M. Sprague esprague@bw-legal.com, pburkhardt@bw-legal.com
John 'Jack' Markham Tanner jtanner@fwlaw.com, paralegal@fwlaw.com, schiecuto@fwlaw.com
Gary Clifford Moschetti gmoschetti@gcmlawyers.com
Michael J. Pankow mpankow@bhf-law.com, krees@bhf-law.com
Michael A. Chodos michael@chodos.com, rehema@chodos.com
Daniel J. Garfield dgarfield@bhf-law.com, krees@bhf-law.com
Noreene C. Stehlik noreene.c.stehlik@usdoj.gov, western.taxcivil@usdoj.gov
Mollybeth R. Kocialski mollybeth.kocialski@firstdatacorp.com
Adam F. Hulbig adam.f.hulbig@usdoj.gov, western.taxcivil@usdoj.gov
Henry Neil Portner attatlaw@hotmail.com

**1:95-cv-777 Notice has been mailed by the filer to:**

Burt R. Bondy
8130 Prestwick Drive
Lajolla, CA 92037