

OFFICE OF THE CLERK
STATES DISTRICT COURT
RED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

Return to sender.
Not at this address

CANNOT LOCATE
95-CV-777
#2446
REB-CBS

Triad Suspension Technologies, Inc
c/o Lewis M. Druxman, Esq.
6715 Academy Road North East
Suite B
Albuqu[erque]

NIXIE   871    1         10 11/16/06
         RETURN TO SENDER
         ATTEMPTED - NOT KNOWN
         UNABLE TO FORWARD
BC: 80294250151    *1920-23004-09-42

## Other Orders/Judgments
1:95-cv-00777-REB-CBS Receivership Estate of Indian Motorcycle Manufacturing, Inc.
ALLMTN, APPEAL, REOPEN

**U.S. District Court**

**District of Colorado**

### Notice of Electronic Filing

The following transaction was entered on 11/8/2006 at 10:57 AM MST and filed on 11/8/2006
**Case Name:**     Receivership Estate of Indian Motorcycle Manufacturing, Inc.
**Case Number:**   1:95-cv-777
**Filer:**
**Document Number:** 2446

**Docket Text:**
MINUTE ORDER re: [2441] MOTION to Amend/Correct/Modify [2435] Order, (Partially Opposed, Partially Unopposed) filed by Sterling Consulting Corporation, Set Hearings: Telephonic Motion Hearing set for 12/13/2006 08:30 AM in Courtroom A 402 before Magistrate Judge Craig B Shaffer. by Magistrate Judge Craig B Shaffer on 11/8/06. (erv, )

**1:95-cv-777 Notice has been electronically mailed to:**
Julie Andrea Trent jt@bsblawyers.com, plambert@bsblawyers.com
J. Eric Elliff jelliff@mofo.com, kparish@mofo.com
James R. Cage jcage@cagewilliams.com, loliver@cagewilliams.com, slehigh@cagewilliams.com
Lee M. Kutner lmk@kutnerlaw.com
Edward T. Ramey eramey@ir-law.com, jwills@ir-law.com
Gregory C. Smith gsmith@fwlaw.com, jboling@fwlaw.com, paralegal@fwlaw.com
Eugene M. Sprague esprague@bw-legal.com, pburkhardt@bw-legal.com
John 'Jack' Markham Tanner jtanner@fwlaw.com, paralegal@fwlaw.com, schiecuto@fwlaw.com
Gary Clifford Moschetti gmoschetti@gcmlawyers.com
Michael J. Pankow mpankow@bhf-law.com, krees@bhf-law.com
Michael A. Chodos michael@chodos.com, rehema@chodos.com
Daniel J. Garfield dgarfield@bhf-law.com, krees@bhf-law.com
Noreene C. Stehlik noreene.c.stehlik@usdoj.gov, western.taxcivil@usdoj.gov
Mollybeth R. Kocialski mollybeth.kocialski@firstdatacorp.com
Adam F. Hulbig adam.f.hulbig@usdoj.gov, western.taxcivil@usdoj.gov
Henry Neil Portner attatlaw@hotmail.com

**1:95-cv-777 Notice has been mailed by the filer to:**

Burt R. Bondy
8130 Prestwick Drive
Lajolla, CA 92037