FFICE OF THE CLERK
;TATES DISTRICT COURT
ED A. ARRAJ COURTHOUSE
)1-19TH ST., ROOM A105
ENVER, CO 80294-3589

OFFICIAL BUSINESS



NR
SANDARE

CANNot LOCATE
95-CV-777
#2404 REB-CBS

FINNS @ PA DONNA ADRESS

Alf Iseback
Gamla Tuvevagen 4
Goteborg, Sweden 41705

## Other Orders/Judgments
1:95-cv-00777-REB-CBS Receivership Estate of Indian Motorcycle Manufacturing, Inc.
ALLMTN, APPEAL, REOPEN

**U.S. District Court**

**District of Colorado**

## Notice of Electronic Filing

The following transaction was entered on 10/6/2006 at 4:25 PM MDT and filed on 10/6/2006
**Case Name:**      Receivership Estate of Indian Motorcycle Manufacturing, Inc.
**Case Number:**    1:95-cv-777
**Filer:**
**Document Number:** 2404

**Docket Text:**
MINUTE ORDER STRIKING [2401] Reply to Response to Motion, filed by Sterling Consulting Corporation, for failure to comply with REB Civ. PracticeStandard V.A.1. by Judge Robert E. Blackburn on 10/6/06. (erv, )

**1:95-cv-777 Notice has been electronically mailed to:**
Julie Andrea Trent  jt@bsblawyers.com, plambert@bsblawyers.com
J. Eric Elliff  jelliff@mofo.com, kparish@mofo.com
James R. Cage  jcage@cagewilliams.com, loliver@cagewilliams.com, slehigh@cagewilliams.com
Lee M. Kutner  lmk@kutnerlaw.com
Edward T. Ramey  eramey@ir-law.com, jwills@ir-law.com
Gregory C. Smith  gsmith@fwlaw.com, jboling@fwlaw.com, paralegal@fwlaw.com
Eugene M. Sprague  esprague@bw-legal.com, pburkhardt@bw-legal.com
John 'Jack' Markham Tanner  jtanner@fwlaw.com, paralegal@fwlaw.com, schiecuto@fwlaw.com
Gary Clifford Moschetti  gmoschetti@gcmlawyers.com
Michael J. Pankow  mpankow@bhf-law.com, krees@bhf-law.com
Michael A. Chodos  michael@chodos.com, rehema@chodos.com
Daniel J. Garfield  dgarfield@bhf-law.com, krees@bhf-law.com
Noreene C. Stehlik  noreene.c.stehlik@usdoj.gov, western.taxcivil@usdoj.gov
Mollybeth R. Kocialski  mollybeth.kocialski@firstdatacorp.com
Adam F. Hulbig  adam.f.hulbig@usdoj.gov, western.taxcivil@usdoj.gov

**1:95-cv-777 Notice has been mailed by the filer to:**

Burt R. Bondy
8130 Prestwick Drive
Lajolla, CA 92037

R. J. Cortesi
5316 Camino Montano, North East