UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 95-cv-00777-REB-CBS

In re:  Indian Motorcycle Manufacturing, Inc., a New Mexico Corporation

**RECEIVER'S MOTION TO STAY MAGISTRATE JUDGE'S ORDER OF OCTOBER 26, 2006**

Sterling Consulting Corporation, as receiver, by and through its attorneys, Fairfield and Woods, hereby files this motion, which is opposed, to stay its Order of October 26, 2006, and as grounds therefor states as follows and as grounds therefor states as follows:

**Certification Pursuant to Local Rule 7.1**

Undersigned counsel certifies he has made reasonable efforts to confer with CMA regarding the substance of this motion.  CMA opposes the relief requested herein.  Undersigned counsel certifies that he has made reasonable efforts to confer with counsel for Sterling Consulting Corporation in its individual corporate capacity ("Sterling").  Counsel for Sterling agrees with the request, although the Court should note that Sterling, in its individual corporate capacity, has not appeared in and is not a party to the Receivership Action.

**Background**

On October 10, 2006, this Court conducted a joint hearing in this case, and in a related case (Case No. 05-CV-1573) regarding disposition of a cash fund.  Following that hearing, on October 26, 2006, this Court entered its Order that the disputed portion of the money be paid to CMA and the undisputed portion of the money be paid to

"Sterling, as Receiver."[1] The October 26, 2006 Order instructed undersigned counsel as the Fund Agent to pay out the Cash Fund on or before December 1, 2006. The October 26, 2006 Order was entered in this Receivership Case, and not as an Order in the 1573 Case.

On November 2, 2006, the receiver filed its Partially Opposed, Partially Unopposed Receiver's Motion to Modify Magistrate Judge's Order of October 26, 2006 [Docket No. 2441] That Motion requested the Court to modify its Order (1) to provide that the undisputed portion should be paid to Sterling in its individual corporate capacity, and not as receiver, and (2) to enter the Order in 05-cv-1573 as well as in the Receivership Case. On November 8, 2006, this Court set hearing on this Motion for December 13, 2006 [Document No. 2446].

Due to the timing of the instructions in the October 26, 2006 Order, the November 8, 2006 Minute Order, and the December 13, 2006 hearing, the receiver and the Fund Agent believe that the Court has inadvertently deprived Sterling Consulting

---

[1] At the joint hearing on the Cash Fund issue in the Receivership Action and the 05-cv-1573 Action on October 10, 2006, this Court observed that Sterling had been litigating on a "gotcha" basis because Sterling did not raise certain procedural defects sooner. The observation and resulting comment did not give an opportunity for response by the receiver. The receiver has reviewed its correspondence with CMA and Sterling's correspondence with CMA, and believes the observation was made by the Court based on the incomplete record provided by CMA. CMA only showed the Court a single email; prior to that, CMA had been repeatedly advised that it was: (a) moving the Court for relief on the Cash Fund in the wrong action, and (b) that CMA "as assignee" was not the proper party. The fact that the receiver and Sterling made this point five times, and CMA wrote back a sixth time, does not mean that CMA's final email was the last word on the subject. The Court need only go to the First Amended Complaint filed by the receiver in the Receivership Action and the receiver's Motion to Strike, Motion to Dismiss and for Default (Document 9 in the 06-cv-76 Action) to see for itself. The receiver has attached a copy of the Motion for the convenience of the Court. If the Court would prefer the entire, voluminous correspondence trail on this issue, which ultimately goes back to 2003, Sterling or the receiver can provide the Court with copies upon request. CMA's representation to the Court is disingenuous, at best.

2

Corporation in its individual corporate capacity ("Sterling") of its due process rights, in particular its right to appeal the October 26, 2006 Order. This could compel Sterling to appeal in the Receivership Action, thereby exacerbating the numerous existing problems associated with terminating the Receivership Action—a result to be avoided if at all possible.

Unlike the Receivership Action, which has as a party the United States of America, the time for appealing an Order in the 05-cv-1573 action is limited to thirty days. As a result, it is almost certain that CMA will interpret the procedural rules as requiring that the last day for appealing the October 26, 2006 Order, if it were entered in the 05-cv-1573 Action, would be November 27, 2006. Because the October 26, 2006 Order was not entered in 05-cv-1573, it is not possible for Sterling to appeal. Sterling is not a party to the Receivership Action.

WHEREFORE, Sterling Consulting Corporation, as receiver, prays that this Court stay its Order of October 26, 2006 until sufficient time after the December 13, 2006 hearing to enable an appeal by any party in any action that is directly affected by the Order.

Respectfully submitted this 27th day of November, 2006.

By: *s/ John M. Tanner*
Fairfield and Woods, P.C.
1700 Lincoln Street, Suite 2400
Denver, CO  80203-4524
Phone:  (303) 830-2400
Fax:  (303) 830-1033
Email:  jtanner@fwlaw.com

Attorney for Sterling Consulting Corporation, as receiver

## CERTIFICATE OF SERVICE

I hereby certify that on November 27, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses or as indicated below or by United States Mail, postage prepaid:

**VIA CM/ECF TO:**

Alan Lemont Hale Esq.
Hale Friesen, LLP
1430 Wynkoop St., Ste. 300
Denver, CO 80202
**Attorney for Richard Basciani, N. Rooke Everill, Pres./Everill Bros., Inc., John H. Nicholson or Virginia A. Nicholson**
ahale@haldfriesen.com

Edward T. Ramey, Esq.
Stuart H. Pack, Esq.
Isaacson Rosenbaum
  Woods and Levy
633 17th St., Ste. 2200
Denver, CO 80202
**Attorneys for William R. Childs, Scott McCormick, Jr., Douglas Walliser, Ronald Schiff, Edward Pacelli, Morty Lempel, A.B. Goldberg, First Entertainment, Harvey Rosenberg**
eramey@ir-law.com
spack@ir-law.com

James R. Cage, Esq.
Cage Williams Abelman
  & Layden, P.C.
St. Elmo Bldg.
1433 17th St.
Denver, CO 80202-1273
**Attorney for Carl D. Lucci/Albert R. Lucci**
jcage@cagewilliams.com

J. Eric Ellliff, Esq.
Kristen Taylor-Randall, Esq.
Morrison & Foerster, LLP
370 17th St., Ste. 3550
Denver, CO 80203
**Attorney for IMCOA**
jelliff@mofo.com

Adam F. Hulbig
Trial Attorney, Tax Division
US Dept. of Justice
PO Box 683
Ben Franklin Station
Washington, DC 20044
**Attorney for United States of America**
adam.f.hulbig@usdoj.gov

Gary C. Moschetti, Esq.
Hatch & Moschetti, LLP
1800 Glenarm Pl., 9th Floor
Denver, CO 80202
**Attorney for Edward Leal**
gmoschetti@hatchlawyers.com

Cassandra Sasso, Esq.
Baker & Hostetler
303 E. 17th Ave., Ste. 1100
Denver, CO 80203-1264
**Attorney for Michelle Lean**
csasso@bakerlaw.com

Michael J. Pankow
Daniel J. Garfield
Brownstein Hyatt & Farber PC
410 17th Street, Suite 2200
Denver, CO 80202
**Attorneys for Michael Payne**
mpankow@bhf-law.com
dgarfield@bhf-law.com

**VIA UNITED STATES MAIL:**
James Duberg, Esq.
727 Third Ave.
Chula Vista, CA  91910-5803

Mark S. Schmidt, Esq.
Miller Simon & Maier, S.C.
788 North Jefferson Street
Milwaukee, WI 53202
**Attorney for Miller Simon & Maier**

Peter C. Freeman, Esq.
Law Offices of Peter C. Freeman
16485 Laguna Canyon Rd., Ste. 230
Irvine, CA  92618-3846
**Attorney for Scott Kajiya**

Mr. Albert Lucci
1930 Wyoming Ave.
Fort Pierce, FL  34982

Peter Sklarew, Esq.
Assistant Chief
Civil Trial Section, Northern Region
United States Dept. of Justice
Tax Division
PO Box 55
Washington, D.C.  20044
**Attorney for IRS**

Robert J. Danie, Eq.
9 Wagon Wheel Drive
Feeding Hills, MA  01030

Noreene C. Stehlik, Esq.
U.S. Dept. of Justice
PO Box 683
Ben Franklin Station
Washington, D.C.  20044
**Attorney for IRS**

Robert L. Morrow, Jr., MD
401 N. College Rd., #5
Lafayette, LA  70506

Nicholas A. Russo, Sr.
310 Extonville Road
Allentown, NJ  08501

Richard J. Cortesi
5316 Camino Montano, N.E.
Albuquerque, NM  87111

Albert R. Gazza
589 Manchester
E. Glastonbury, CT  06025-0085

Ronald Fulfer
15315 S. Francis Dr.
Plainfield, IL  60544

Richard Dale Wood
13997 80th Ave. North
Maple Grove, MN  55311

Steve Halprin
1316 Penningtow Place
Concord, N.C.  28207

Alf Iseback
**SWEDEN**
[mail returned, no forwarding address]

Kathryn L. Troccoli
1911 Champlain St.
Ottawa,IL  61350

Ed Pink
Ed Pink Racing Engines, Inc.
14612 Raymer Street
Van Nuys, CA  91405

Montgomery & Andrews, P.A.
325 Paseo De Peralta
Santa Fe, NM  87501

John Petitto
Town & Country Sports Center, Inc.
U.S. 12 & U.S. 127
Cement City, MI  49233

Marcia Taylor
Bennett Motor Group Express
1001 Industrial Parkway
McDonough, GA  30253

Richard Basciani
Basciani Foods
8876 GapNewport Pike
Avondale, PA  19311

Rooke Everill
Derek John Everill
Ken Everill
1204 Lake Point Circle
McKinne, TX  75070

Michael D. Fowler
Martha Dickson (Deceased)
1680 S.W. St. Lucie West Blvd.
Port St. Lucie, FL  34986

John Inelli
17 Old Farmstead Rd.
Chester, NJ  07930

Eller Industries
c/o Leonard S. ("Lonnie") Labraiola
6035 N. 115th Street
Longmont, CO  80504-8434

**Registered Agent:**
Randal L. Hittle
[moved, left no forwarding address]

John Nicholson
22 Thoreau Ct.
Beverly, MA  01915

**VIA E-MAIL:**
Richard A. Block
President
Sterling Consulting Corporation
4101 E. Louisiana Ave., Ste. 300
Denver, CO  80246
**Receiver**
rblock@xpn.com

**Courtesy Copies to:**
Julie Trent
jt@bsblawyers.com

Eugene Sprague
esprague@bw-legal.com

Michael Chodos
michael@chodos.com

Robert Pitts
rpitts@lawrwp.com

Henry N. Portner, Esq.
Pineapple Grove Corporate Center
101 Pineapple Grove Way
Delray Beach, FL  33444-3703


By:   *s/ John M. Tanner*
      Fairfield and Woods, P.C.
      1700 Lincoln St., #2400
      Denver, CO  80203
      Phone:  (303) 830-2400
      Fax:  (303) 830-1033
      Email:  jtanner@fwlaw.com