IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Case No. 95-cv-00777-REB-CBS

In re: Receivership Estate of INDIAN MOTORCYCLE
MANUFACTURING, INC., a New Mexico corporation,

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

  IT IS HEREBY ORDERED that Receiver's Motion to Stay Magistrate Judge's Order of October 26, 2006, (*doc. no. 2452)* is **GRANTED**.  The December 1, 2006, deadline set forth in the Order of October 26, 2006 (doc. no. 2435), is stayed until the hearing on December 13, 2006.  The court will set a new deadline at the December 13, 2006 hearing, as appropriate.

**DATED:**  November 28, 2006