**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.: 95-cv-00777-REB-CBS** | **FTR**-Reporter Deck Courtroom A402 |
| **Date:  December 13, 2006** | **Courtroom Deputy:**  Ben Van Dyke |
| | |
| In re: Receivership of INDIAN MOTORCYCLE MANUFACTURING , INC., a New Mexico corporation, *et al.,* | Jack Tanner, via telephone<br>Julie A. Trent, via telephone<br>Robert W. Pitts, via telephone<br>Michael J. Pankow, via telephone |

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   MOTIONS HEARING**
**Court in Session:        8:33 a.m.**
Court calls case.  Appearances of counsel.

Counsel present arguments regarding the Partially Opposed, Partially Unopposed Receiver's Motion to Modify Magistrate Judge's Order of October 26, 2006 (doc. 2441).

**ORDERED:   The Partially Opposed, Partially Unopposed Receiver's Motion to Modify Magistrate Judge's Order of October 26, 2006 (doc. 2441) is granted in part and denied in part for the reasons stated on the record.**

HEARING CONCLUDED.

**Court in Recess**:        **8:58 a.m.**
Total   In-Court Time:        00:25