SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-------------------------------------------------------------X ~~AMENDED~~

**ANDREW REISER**
      Plaintiff,

-against-

STERLING CONSULTING CORPORATION

      Defendant.

-------------------------------------------------------------X

**SUMMONS WITH NOTICE**
Plaintiff designates
New York County as the
Place of Trial

# 117107/06

The basis of venue is
Plaintiffs' address

Plaintiff conducts business at
1501 BROADWAY, SUITE 360
New York, New York 10021

TO THE ABOVE NAMED DEFENDANT:

    **YOU ARE HEREBY SUMMONED** to answer the complaint in this action, and to serve a copy of your answer, or if the complaint is not served with a summons, to serve a notice of appearance on Plaintiffs attorneys within twenty days after service of this summons, exclusive of the day of service, where service is made upon you personally within the state, or within 30 days after completion of service, where service is made in any other matter. In case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

Defendant's address:
C/O FAIRFIELD AND WOODS
1700 LINCOLN STREET, #2400
DENVER CO 80203

Plaintiffs' Attorney
Lawrence Morrison, Esq.
220 EAST 72ND STREET
NEW YORK, NY 10021
212-861-1224

**NOTICE OF THE NATURE OF THIS ACTION IS AS FOLLOWS**: Negligent infliction of emotional distress while acting as agent for the Indian motorcycle manufacturing, Inc.

**THE RELIEF SOUGHT IS AS FOLLOWS:** Money Damages in the amount of Two Hundred Thousand ($200,000.00) Dollars and Zero Cents.

**UPON YOUR FAILURE TO APPEAR** judgment will be taken against you for the sum of Two Hundred Thousand ($200,000.00) Dollars and Zero Cents.

Dated: New York, New York

EXHIBIT 1

October 26, 2006

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-----------------------------------------------------------------X
**ANDREW REISER**
    Plaintiff,

  -against-

STERLING CONSULTING CORPORATION

    Defendant.

-----------------------------------------------------------------X

---

### AMENDED SUMMONS WITH NOTICE

---

Signature (Rule 130-1.1-a)

*[signature]*

LAWRENCE MORRISON, ESQ.
220 East 72nd Street
NEW YORK, NY 10021
212-861-1224