# ROLLING THUNDER, LLC.

*Specializing in Early to Late Model Harley-Davidson and Indian Motorcycles*

Richard A. Block
Waverton Group, LLC
Suite 300
4101 East Louisiana Avenue
Denver, Colorado 80246
Office: 303-388-1300
Cell: 303-888-1300
Fax: 303-781-4311
Email: rblock@xpn.com

Re:     Rolling Thunder and Sterling Consulting Corporation

Dear Rick:

Thank you for sending me a copy of your letters to Mr. Joncich of Credit Manager, a copy of Mr. Pitts' response, and a copy of the settlement agreement and the indemnification agreement between Indian and Sterling. For your information, we do not believe that you will be called upon to take any actions that are inconsistent with the terms of the settlement agreement or the indemnification agreement, but we, like you, have been unable to break through the wall of secrecy surrounding the demise of Indian, and CMA's involvement in the failure.

At your request, we have prepared this letter to briefly describe the issues, and to request your professional advice on how we should proceed. In addition, there are many others that are similarly situated, and your experience with CMA and the Indian assignments for the benefit of creditors should serve to protect the interests we have all been unable to defend until now. Beyond that, there are many others with which we have not communicated with some issues in common. You should probably expect to hear from these people, but they will not be included in the scope of work you have with us.

As you are aware, Rolling Thunder recently purchased about three hundred new PowerPlus 100 engines from PAS. In reviewing the trademark exhibits for the receiver's sale to Indian, we noted that the name "PowerPlus" was not among the trademarks you sold to Indian. As a result, the PowerPlus name is not included under the terms of the settlement agreement. Even so, I will refer to these engines as the PP100 to avoid the issue for now.

After we purchased the PP100 engines, we went to the PAS facility to pick up the engines that we purchased. Included in the engines was a PP100 engine modified by PAS. We received an engine from PAS tagged with a red tag dated May, 2003.

EXHIBIT 1

# ROLLING THUNDER, LLC.

*Specializing in Early to Late Model Harley-Davidson and Indian Motorcycles*

The May, 2003 repair-tag is significant for a number of reasons. First, the repair-tag clearly shows that as early as May of 2003, Indian was fully aware that case races were coming loose and the PP100 was defective and probably dangerous, as the tag indicated that this particular engine was one with screwed in races. Until we uncovered this fact, everyone believed that Indian did not now of this problem until June or July of 2003. Indian continued to manufacture and sell motorcycles with this engine (I was personally one of the unfortunate purchasers of an Indian motorcycle with this engine after May of 2003).

Second, this could only mean that Indian knew it was unable to stay in business because an ethical manufacturer would have to recall all the engines. As we understand it, there were thousands of these engines on the road, or more likely in the shop. As I have explained to you, we have engineered a permanent repair and have established a business putting the PP100 engines back on road. Unfortunately, we must charge for the work Indian should have done.

Third, we learned a considerable amount from some of the pleadings in your litigation with CMA, including the fact that Audax was the controlling shareholder in Indian, and that in June or 2003, Audax loaned Indian $6.5 million secured by the all of the assets of Indian including the Indian Motorcycle trademark. Audax knew that Indian was incapable of surviving, and without some fact unknown to the public, the loan made no sense. Your theory that Audax was attempting to retain an interest in the Indian Motorcycle trademark is consistent with ours, but it is just a theory.

The purpose of this letter is to enable you to provide the Colorado Court with sufficient information and documents to support the position that the engagement of Sterling by Rolling Thunder (or one of its affiliates) will not include an attack on any Indian Motorcycle trademark that is subject to the settlement agreement. You have our consent to present a copy of this letter to the Colorado Court for this purpose.

When you are prepared to do so, please send us one of your standard form consulting agreements. We will work with you to narrow the scope of work to ensure that we do not request anything that even might be considered a violation of that agreement by anyone. Of course, if and when the Colorado Court enters and order on this subject, we might want to reconsider this position.

Thank you.


John White


22231 Marine View Drive South, Des Moines, Washington 98198  (206) 870-7482  Fax: (206) 870-5344

*www.rollingthunderllc.com*