

OFFICE OF THE CLERK
TED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

RETUR TILL AVSÄNDARE

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 22 2006

GREGORY C. LANGHAM
CLERK

Alf Isback
Gamla Tuvevägen 4
Goteborg, Sweden 41705

95-cv-777REB(CBS)
#2446

FINNS EJ PÅ DENNA ADRESS

POSTEN 2006-11-14 13:51 UPPSALA 105

## Other Orders/Judgments

1:95-cv-00777-REB-CBS Receivership Estate of Indian Motorcycle Manufacturing, Inc.
ALLMTN, APPEAL, REOPEN

**U.S. District Court**

**District of Colorado**

## Notice of Electronic Filing

The following transaction was entered on 11/8/2006 at 10:57 AM MST and filed on 11/8/2006
**Case Name:** Receivership Estate of Indian Motorcycle Manufacturing, Inc.
**Case Number:** 1:95-cv-777
**Filer:**
**Document Number:** 2446

**Docket Text:**
MINUTE ORDER re: [2441] MOTION to Amend/Correct/Modify [2435] Order, (Partially Opposed, Partially Unopposed) filed by Sterling Consulting Corporation, Set Hearings: Telephonic Motion Hearing set for 12/13/2006 08:30 AM in Courtroom A 402 before Magistrate Judge Craig B Shaffer. by Magistrate Judge Craig B Shaffer on 11/8/06. (erv, )


**1:95-cv-777 Notice has been electronically mailed to:**
Julie Andrea Trent jt@bsblawyers.com, plambert@bsblawyers.com
J. Eric Elliff jelliff@mofo.com, kparish@mofo.com
James R. Cage jcage@cagewilliams.com, loliver@cagewilliams.com, slehigh@cagewilliams.com
Lee M. Kutner lmk@kutnerlaw.com
Edward T. Ramey eramey@ir-law.com, jwills@ir-law.com
Gregory C. Smith gsmith@fwlaw.com, jboling@fwlaw.com, paralegal@fwlaw.com
Eugene M. Sprague esprague@bw-legal.com, pburkhardt@bw-legal.com
John 'Jack' Markham Tanner jtanner@fwlaw.com, paralegal@fwlaw.com, schiecuto@fwlaw.com
Gary Clifford Moschetti gmoschetti@gcmlawyers.com
Michael J. Pankow mpankow@bhf-law.com, krees@bhf-law.com
Michael A. Chodos michael@chodos.com, rehema@chodos.com
Daniel J. Garfield dgarfield@bhf-law.com, krees@bhf-law.com
Noreene C. Stehlik noreene.c.stehlik@usdoj.gov, western.taxcivil@usdoj.gov
Mollybeth R. Kocialski mollybeth.kocialski@firstdatacorp.com
Adam F. Hulbig adam.f.hulbig@usdoj.gov, western.taxcivil@usdoj.gov
Henry Neil Portner attatlaw@hotmail.com

**1:95-cv-777 Notice has been mailed by the filer to:**

Burt R. Bondy
8130 Prestwick Drive
Lajolla, CA 92037