**EXHIBIT A**
**CLAIMANTS THAT HAVE PAID IN FULL**
**AS AT DECEMBER 18, 2006**

| Claimant Name: | Company: | Paid: |
|---|---|---:|
| Dennis T. Barton | | 740.25 |
| Richard Basciani | Basciani Brothers Properties | 15,750.00 |
| Richard Basciani | Basciani Brothers Properties | 740.25 |
| Richard Basciani | Basciani Brothers Properties | 740.25 |
| Richard Basciani | M & M Basciani Co. | 740.25 |
| Richard Basciani | M & M Basciani Co. | 740.25 |
| Richard Basciani | M & M Basciani Co. | 740.25 |
| Richard Basciani | M & M Basciani Co. | 740.25 |
| Richard & Mario Basciani | Basciani Brothers Properties | 5,250.00 |
| Wayde Beechy | | 2,625.00 |
| Free Import Hawk | C/O Alan Dakoff (Lawyer) | 2,625.00 |
| Geraldine Beer | C/O Alan Dakoff (Lawyer) | 740.25 |
| David M. Bender | | 705.00 |
| Boyd Sign & Graphics | Space/Techs Exhibit Design | 81.60 |
| Jonathan Brokaw | | 858.34 |
| Mark Burrow | | 705.00 |
| Timothy L. Caldwell | | 740.25 |
| William R. Childs | | 21,233.60 |
| Jon E. Cody | | 735.00 |
| Richard J. Cortesi | | 12,175.00 |
| Russell Davis | | 858.34 |
| Alfred De Masi | | 5,000.00 |
| Alfred De Masi | | 705.00 |
| Michael D. DelCimmuto | | 740.25 |
| John M. Dempsey III | | 740.25 |

EXHBIT A
PAGE 2.

| | | |
|---|---|---|
| Fulton G. Drumheller | | 705.00 |
| Sheldon DuBrow | | 858.34 |
| John R. Eidson | | 705.00 |
| Steven C. English SR. | | 791.38 |
| Everill Bros., Inc. | | 15,000.00 |
| Carroll Fink | | 5,250.00 |
| Skyway Park Inc DBA Fink's Indian Motorcycle | Skyway Park Inc DBA Fink's Harley Davidson | 5,250.00 |
| Roy Freitag | | 858.34 |
| Gary Lee Galemore | | 858.34 |
| Charlie J. Garrett | | 740.25 |
| Southern Thunder/Bennett InternationalGroup, Inc | | 20,000.00 |
| Martha Garrison | | 5,250.00 |
| Albert R. Gazza | | 10,500.00 |
| Arlene & Morris Goldfarb | GIII Apparel Group LTD | 740.25 |
| J. Amador Gonzales | | 5,000.00 |
| Guchenheimer | | 5,250.00 |
| Martin Hall | | 1,200.00 |
| Robert L. Hogue, M.D., P.A. | | 5,250.00 |
| Clyde W. Horst | | 740.25 |
| Atlas Tubular, Inc. | Atlas Tubular, Inc. | 6,087.50 |
| Carl & Denise Humphrey | | 858.34 |
| Hyams, Paul & Elain | | 5,250.00 |
| John Inelli | | 31,500.00 |
| John Inelli | | 740.25 |
| Theodore Jacobs, MD | | 5,250.00 |

EXHBIT A
PAGE 3.

| | | |
|---|---|---|
| Thomas T. Johnson | | 5,000.00 |
| James A. Keedy | | 858.34 |
| Frank R. Keefer | | 740.25 |
| KPMG Peat Marwick LLP | KPMG Peat Marwick, LLP | 5,588.41 |
| Scott Kiefner | | 705.00 |
| Michael J. Krachie | Plymouth Autobody Collision, LLC | 858.34 |
| Chuck S. Krowczyk | | 36,750.00 |
| Meredith Kusch | | 5,250.00 |
| Terry A. Left | | 740.25 |
| Leventhal & Bogue PC Pension | Leventhal, Brown & Puga PC | 5,250.00 |
| Steve Leventhal | | 5,250.00 |
| Penny A. Lucci/Albert R. Lucci | | 5,250.00 |
| Carl D. Lucci/Albert R. Lucci | Winchester Indian Motorcycle Co. | 15,750.00 |
| Leroy Lujan | | 2,500.00 |
| Douglas B. March | | 740.25 |
| Edwin J. McCeney | | 740.25 |
| Charles T. Mc Closkey, SR. | | 858.34 |
| Scott McCormick, JR | | 20,000.00 |
| Thomas J. McGinn | | 2,600.00 |
| Miller, Simon, & Maier | | 18,460.00 |
| Dean S. McIntyre | | 858.34 |
| William H. McNamara | | 5,000.00 |
| Paul H. Metzinger, PC | Nanopierce Technologies | 4,094.92 |
| Bill Miller | | 740.25 |

EXHBIT A
PAGE 4.

| | | |
|---|---|---|
| Steve Montano | Southwest Financial | 2,500.00 |
| Allen Moore III | | 5,000.00 |
| Robert L. Morrow, Jr. MD | | 5,000.00 |
| Robert L. Morrow, Jr. MD Retirement Trust | | 5,000.00 |
| John H. Nicholson or Virginia A. Nicholson | Arrow Indian Motorcycle | 15,750.00 |
| Dan Osborn | | 740.25 |
| Edward Pacelli | | 9,131.25 |
| Hal B. Parker | Seminole Indian Incorporated | 5,250.00 |
| Hal B. Parker | Seminole Indian Incorporated | 5,250.00 |
| TAM Communication | | 18.26 |
| John & Cheryl Petitto | Town & Country Sports Center | 13,525.00 |
| Ed Pink Racing Engines, Inc. | Ed Pink Racing Engines | 16,253.53 |
| David A. Potter | | 420.00 |
| Joseph D. Revak | | 740.25 |
| Joseph H. Robison | | 740.25 |
| Kenneth L. Rodgers | | 740.25 |
| Nicholas A. Russo, Sr. | | 10,500.00 |
| Nicholas A. Russo, Sr. | | 740.25 |
| Barbara Sandoval | Ruggieri(new last Name | 10,500.00 |
| Robert G. Schadler II | | 858.34 |
| Alison K. Schuler | Alison K. Schuler, Attorney | 720.98 |
| Jeffrey M. Schuster | | 1,000.00 |

EXHBIT A
PAGE 5.

| | | |
|---|---|---|
| Paul Sherrill | Tool & Anchor Supply, Inc | 740.25 |
| Robert G. Spelbrink | | 5,000.00 |
| David Sperrazza | | 5,250.00 |
| Frederick Sublette, Jr. | | 705.00 |
| William J. Vanden Berg | | 858.34 |
| Thomas A. Vivian | | 740.25 |
| Douglas Walliser | | 20,000.00 |
| Thomas Walls | | 5,250.00 |
| Lee A. Wandling | Image Seller Inc | 90.10 |
| Charles Wannemacher | | 740.25 |
| Gerald L. Weiner | | 740.25 |
| Richard & Teresa Wright | | 700.00 |
| Total | | 507,858.86 |