## EXHIBIT B
## CLAIMANTS WITH TOTAL CLAIMS ABOVE $10,000
## THAT HAVE NOT PAID
## AS AT DECEMBER 18, 2006

| Claimant Name: | Claim Amt: | 24.35% Due: |
|---|---|---|
| Michael Payne | 580,000.00 | 141,230.00 |
| Scott Kajiya | 500,000.00 | 121,750.00 |
| Burt R. Bondy | 150,000.00 | 36,525.00 |
| Miller, Simon, & Maier | 117,700.00 | 28,659.95 |
| Triad Suspension Technologies, Inc. | 99,000.00 | 24,106.50 |
| Western Design Engineering | 91,351.85 | 22,244.18 |
| Anthony Pugliese | 80,000.00 | 19,480.00 |
| Montgomery & Andrews, P.A | 77,621.59 | 18,900.86 |
| Steel Stallions Indian of Calif, Carol Furtier & Anthony Pugliese | 75,000.00 | 18,262.50 |
| Ronald Garcia | 75,000.00 | 18,262.50 |
| Eller Industries, Enc. | 75,000.00 | 18,262.50 |
| Michelle Ralph | 75,000.00 | 18,262.50 |
| Excel Motorsports | 75,000.00 | 18,262.50 |
| Excel Motorsports | 7,050.00 | 1,716.68 |
| Donald Schiff | 75,000.00 | 18,262.50 |
| Donald C. Schunk | 75,000.00 | 18,262.50 |
| Donald C. Schunk | 75,000.00 | 18,262.50 |
| Donald C. Schunk | 3,525.00 | 858.34 |
| Kathryn Troccoli | 75,000.00 | 18,262.50 |
| Motorcykel Importen Goteborg AB | 75,000.00 | 18,262.50 |
| Ronald Fulfer | 62,500.00 | 15,218.75 |
| Singer, Benny | 50,000.00 | 12,175.00 |
| Hyams, Paul & Elain | 50,000.00 | 12,175.00 |
| James P. Lewis | 50,000.00 | 12,175.00 |

EXHBIT B
PAGE 2.

| | | |
|---|---|---|
| Richard Dale Wood | 37,500.00 | 9,131.25 |
| Cathy Nelson | 37,500.00 | 9,131.25 |
| Donell J. Blodgett | 25,000.00 | 6,087.50 |
| Donell J. Blodgett | 24,700.00 | 6,014.45 |
| Burt R. Bondy | 25,000.00 | 6,087.50 |
| Burt R. Bondy | 25,000.00 | 6,087.50 |
| Burt R. Bondy | 26,000.00 | 6,331.00 |
| Raymen Cardullo/John Castellano | 25,000.00 | 6,087.50 |
| Elmer Carlson | 25,000.00 | 6,087.50 |
| Malcolm Cook | 25,000.00 | 6,087.50 |
| Marshall D. Cooper | 25,000.00 | 6,087.50 |
| Martin A. Crist | 25,000.00 | 6,087.50 |
| Darren W. Croop | 25,000.00 | 6,087.50 |
| Steven V. DeStout | 25,000.00 | 6,087.50 |
| Steven V. DeStout | 25,000.00 | 6,087.50 |
| Steven V. DeStout | 17,625.00 | 4,291.69 |
| Growth Financial | 25,000.00 | 6,087.50 |
| Joseph R. Fredricksen | 25,000.00 | 6,087.50 |
| Susan & Larry Lavich | 25,000.00 | 6,087.50 |
| Andrew Reiser | 25,000.00 | 6,087.50 |
| Gary Torre | 25,000.00 | 6,087.50 |
| Free Import Hawk/Chris Bastiaansen | 25,000.00 | 6,087.50 |
| Hacienda Motorcycles, Inc. | 25,000.00 | 6,087.50 |
| Marc N. Allsman | 25,000.00 | 6,087.50 |
| Excalibur Customs | 12,160.00 | 2,960.96 |
| David Giroux | 25,000.00 | 6,087.50 |
| Geir Hjorth | 25,000.00 | 6,087.50 |
| Marton Klepp | 25,000.00 | 6,087.50 |

EXHBIT B
PAGE 3.

| | | |
|---|---|---|
| Stephen M. Morgan | 25,000.00 | 6,087.50 |
| Brendan T. O'Sullivan | 25,000.00 | 6,087.50 |
| Country Cycles | 25,000.00 | 6,087.50 |
| MBM Young | 25,000.00 | 6,087.50 |
| Prestige Indian Diffusion Sarl | 23,355.00 | 5,686.94 |
| Beaumont Motors | 12,500.00 | 3,043.75 |
| Larry Grandys | 12,500.00 | 3,043.75 |
| Bryan Mager | 12,500.00 | 3,043.75 |
| Lance Migliaccio | 12,500.00 | 3,043.75 |
| Lance Migliaccio/Michael Fink | 12,500.00 | 3,043.75 |
| Michael Fink/Lance Migliaccio | 12,500.00 | 3,043.75 |
| Linda Murphy | 25,000.00 | 6,087.50 |
| Linda Murphy | 3,525.00 | 858.34 |
| Brooks Bros. Custom Cycle & Sales, L.C. | 12,500.00 | 3,043.75 |
| Philip Shaiman | 25,000.00 | 6,087.50 |
| Andrea Taibel | 12,500.00 | 3,043.75 |
| Thomas F. Thomas | 12,500.00 | 3,043.75 |
| Uli Wachholtz | 12,500.00 | 3,043.75 |
| Ross VonWeingarten | 10,000.00 | 2,435.00 |
| Ross VonWeingarten | 3,525.00 | 858.34 |
| Steve Weston | 11,175.00 | 2,721.11 |
| Totals | 3,700,813.44 | 901,148.07 |