UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 95-cv-00777-REB-CBS

In re:  Indian Motorcycle Manufacturing, Inc., a New Mexico Corporation

_____

**JUDGMENT AND ORDER OF DISMISSAL WITH PREJUDICE OF**
*[NAME OF CLAIMANT TO BE DISMISSED]*

This matter comes before the Court upon the Motion of Sterling Consulting Corporation, as receiver, for Dismissal with Prejudice for Claimants Who Have Complied with the Prior Order of Reconsideration.  The Court, being sufficiently advised in the Premises, hereby enters the following Findings of Fact and Orders as follows:

1. In 1999 and 2000, the receiver paid all claimants, including *[Name of Claimant to be Dismissed]* the full amount of their allowed claims.

2. It was later determined that these payments were made in error, as some senior claims, including a then-unasserted claims for taxes, had to be paid before unsecured claimants, such as *[Name of Claimant to be Dismissed]*.

3. The receiver resisted the claim for taxes, but it was later determined in a Final Order by the Massachusetts District Court that taxes were due.  The amount determined due was compromised in negotiations between the government and the receiver.  The Settlement Agreement resulting from the negotiations and compromise was approved by Final Order of the Massachusetts District Court on September 9, 2005.

4. On December 14, 2005, Magistrate Judge Schlatter recommended that *[Name of Claimant to be Dismissed]*, among others, repay 24.35% of the money received to pay the taxes.

5. On July 28, 2006, this Court affirmed that recommendation and Ordered *[Name of Claimant to be Dismissed],* among others, to repay 24.35% of the money received from the receiver, or a lesser amount discounted for prompt payment, to the receiver.

6. According to the pleading filed by the receiver, *[Name of Claimant to be Dismissed]* has fully complied with the July 28, 2006 Court Order and paid that percentage or a less percentage under a Court- and receiver-approved prompt payment plan.

7. There is no just reason to delay final entry of this Judgment.

Accordingly it is ADJUDGED AND DECREED that *[Name of Claimant to be Dismissed]* is hereby dismissed from this matter, with prejudice, both *[Name of Claimant to be Dismissed]* and the receiver to bear their own costs and fees.

It is further ordered that this Judgment is certified final under Fed.R.Civ.P. 54(b).

Done this _____ day of _____, 2007.

                                        BY THE COURT:


                                        _____