UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 95-cv-00777-REB-CBS

In re: The Receivership Estate of Indian Motorcycle Manufacturing, Inc., a New Mexico Corporation

## FINAL JUDGMENT AGAINST MONTGOMERY AND ANDREWS P.A.

THE COURT, upon the motion of the receiver, and being sufficiently advised in the premises, hereby enters the following findings of fact, conclusions of law, and judgment:

1. In 1998 and 1999, the receiver in this Receivership Action paid $77,621.59 to the law offices of Montgomery & Andrews P.A. as Claimant in the Receivership Estate.

2. Montgomery & Andrews P.A. received the money in two separate checks and thereafter negotiated both checks.

3. The receiver, in making this payment to Montgomery & Andrews P.A., overpaid the Claimant.

4. Pursuant to this Court's Amended Order Approving and Adopting Magistrate Judge's Recommendation of July 28, 2006 (the "Restitution Order"), Montgomery & Andrews P.A. was Ordered to repay 24.35% of this amount ($18,900.86) by September 28, 2006.

5. Montgomery & Andrews P.A. did not repay this money, nor does Montgomery and Andrews P.A. have a good reason why not. Judgment should be entered against Montgomery & Andrews P.A., and that Judgment should be made final.

6. This is an equity receivership. Some Claimants of the receivership that were overpaid refunded the overpayment they received without further cost or expense to the Receivership Estate. Montgomery & Andrews P.A., however, has required the receiver to expend greater costs and expenses to obtain restitution of this money. It would not be appropriate for Montgomery & Andrews P.A. to burden the Receivership Estate in this matter without compensating the Receivership Estate for the costs. As such, the Receivership Estate is awarded its attorneys' fees, receiver's fees, and costs in connection with the Motion for Judgment.

ACCORDINGLY, it is adjudged and decreed, that Judgment is entered in favor of Sterling Consulting Corporation, as receiver, in amount of $18,900.86. Pursuant to Fed.R.Civ.P. 54(b), this Judgment is made final.

Further, the Receivership Estate is awarded costs and fees incurred in connection with its Motion for Judgment and any subsequent collection costs. The receiver and its counsel are ordered to submit an affidavit of attorneys' fees, receiver's fees, and costs within 10 days hereof.

Done this _____ day of _____, 2007.

By: _____
Robert E. Blackburn, District Court Judge