UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 95-cv-00777-REB-CBS

In re: The Receivership Estate of Indian Motorcycle Manufacturing, Inc., a New Mexico Corporation

---

**FINAL JUDGMENT AGAINST DONELL J. BLODGETT, INDIVIDUALLY, SANTA ROSA VEE-TWIN, INC, AND INDIAN MOTORCYCLE SANTA ROSA, JOINTLY AND SEVERALLY**

---

THE COURT, upon the motion of the receiver, and being sufficiently advised in the premises, hereby enters the following findings of fact, conclusions of law, and judgment:

1. In 1995, Mr. Donell J. Blodgett filed his Claim in the amount of $49,700 against the Receivership Estate.

2. In 2000, the receiver in this Receivership Action paid $25,000 to Indian Motorcycle Company at the request of, and on behalf of, Mr. Blodgett, Santa Rosa Vee-Twin, Inc., and Indian Motorcycle Santa Rosa as Claimants in the Receivership Estate.

3. In 1999 and 2000, the receiver paid $24,700 to Indian Motorcycle Santa Rosa.

4. The receiver, in making these payments, overpaid the Claimants.

5. Pursuant to this Court's Amended Order Approving and Adopting Magistrate Judge's Recommendation of July 28, 2006 (the "Restitution Order"), Mr. Blodgett, Santa Rosa Vee-Twin, Inc., and Indian Motorcycle Santa Rosa were Ordered to repay 24.35% of this amount ($12,101.95) by September 28. 2006.

6.  Neither Mr. Blodgett, nor Santa Rosa Vee-Twin, Inc., nor Indian Motorcycle Santa Rosa repaid this money, nor do Mr. Blodgett, nor Santa Rosa Vee-Twin, Inc., nor Indian Motorcycle Santa Rosa have a good reason why not. Judgment should be entered against Donell J. Blodgett, Santa Rosa Vee-Twin, Inc., and Indian Motorcycle Santa Rosa jointly and severally, and that Judgment should be made final.

7.  This is an equity receivership. Some Claimants of the receivership that were overpaid refunded the overpayment they received without further cost or expense to the Receivership Estate. Donell J. Blodgett, Santa Rosa Vee-Twin, Inc., and Indian Motorcycle Santa Rosa, however, have required the receiver to expend greater costs and expenses to obtain restitution of this money. It would not be appropriate for Donell J. Blodgett, Santa Rosa Vee-Twin, Inc., and Indian Motorcycle Santa Rosa to burden the Receivership Estate in this matter without compensating the Receivership Estate for the costs. As such, the Receivership Estate is awarded its attorneys' fees, receiver's fees, and costs in connection with the Motion for Judgment.

ACCORDINGLY, it is adjudged and decreed, that Judgment is entered in favor of Sterling Consulting Corporation, as receiver, in amount of $12,101.95. Pursuant to Fed.R.Civ.P. 54(b), this Judgment is made final.

Further, the Receivership Estate is awarded costs and fees incurred in connection with its Motion for Judgment and any subsequent collection costs. The receiver and its counsel are ordered to submit an affidavit of attorneys' fees, receiver's fees, and costs within 10 days hereof.

Done this ____ day of _____, 2007.

By: _____
Robert E. Blackburn, District Court Judge