UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 95-cv-00777-REB-CBS

In re:  The Receivership Estate of Indian Motorcycle Manufacturing, Inc., a New Mexico Corporation

---

### CERTIFICATE OF MAILING

---

Sterling Consulting Corporation, as receiver, by and through its attorneys, Fairfield and Woods, P.C., hereby submits this Certificate of Mailing to certify that it has mailed copies of its Verified Motions for Judgment, Fees and Costs, this 11th day of January, 2007, to include the following claimants which were inadvertently left off their individual Verified Motion's Certificate of Service:  Those parties are:

Montgomery & Andrews, P.A.
325 Paseo de Peralta
PO Box 2307
Santa Fe, NM  87504-2307

Steven B. Halprin
Excel Motorsports
316 Penningtow Place
Concord, NC  28207

Donald C. Schunk
12572 Durrow Road
St. Louis, MO  63141

Queenston Motors, LTD
11503 St. Charles Rock Road
Bridgeton, MO  83044

Mr. Donnell Blodgett
Santa Rosa Vee-Twin, Inc.
Indian Motorcycle Santa Rosa
1240 Petaluma Hill Road
Santa Rosa, CA  95404

Respectfully submitted this 11th day of January, 2007.

By: *s/ John M. Tanner*
Fairfield and Woods, P.C.
1700 Lincoln Street, Suite 2400
Denver, CO  80203-4524
Phone:  (303) 830-2400
Fax:  (303) 830-1033
Email:  jtanner@fwlaw.com

Attorney for Plaintiff Sterling
Consulting Corporation, as receiver

# CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses or as indicated below or by United States Mail, postage prepaid:

**VIA CM/ECF TO:**

Alan Lemont Hale Esq.
Hale Friesen, LLP
1430 Wynkoop St., Ste. 300
Denver, CO 80202
**Attorney for Richard Basciani, N. Rooke Everill, Pres./Everill Bros., Inc., John H. Nicholson or Virginia A. Nicholson**
ahale@haldfriesen.com

Edward T. Ramey, Esq.
Stuart H. Pack, Esq.
Isaacson Rosenbaum
  Woods and Levy
633 17th St., Ste. 2200
Denver, CO 80202
**Attorneys for William R. Childs, Scott McCormick, Jr., Douglas Walliser, Ronald Schiff, Edward Pacelli, Morty Lempel, A.B. Goldberg, First Entertainment, Harvey Rosenberg**
eramey@ir-law.com
spack@ir-law.com

James R. Cage, Esq.
Cage Williams Abelman
  & Layden, P.C.
St. Elmo Bldg.
1433 17th St.
Denver, CO 80202-1273
**Attorney for Carl D. Lucci/Albert R. Lucci**
jcage@cagewilliams.com

J. Eric Ellliff, Esq.
Kristen Taylor-Randall, Esq.
Morrison & Foerster, LLP
370 17th St., Ste. 3550
Denver, CO 80203
**Attorney for IMCOA**
jelliff@mofo.com

Adam F. Hulbig
Trial Attorney, Tax Division
US Dept. of Justice
PO Box 683
Ben Franklin Station
Washington, DC 20044
**Attorney for United States of America**
adam.f.hulbig@usdoj.gov

Gary C. Moschetti, Esq.
Hatch & Moschetti, LLP
1800 Glenarm Pl., 9th Floor
Denver, CO 80202
**Attorney for Edward Leal**
gmoschetti@hatchlawyers.com

Cassandra Sasso, Esq.
Baker & Hostetler
303 E. 17th Ave., Ste. 1100
Denver, CO 80203-1264
**Attorney for Michelle Lean**
csasso@bakerlaw.com

Michael J. Pankow
Daniel J. Garfield
Brownstein Hyatt & Farber PC
410 17th Street, Suite 2200
Denver, CO 80202
**Attorneys for Michael Payne**
mpankow@bhf-law.com
dgarfield@bhf-law.com

**VIA UNITED STATES MAIL:**
James Duberg, Esq.
727 Third Ave.
Chula Vista, CA  91910-5803

Mark S. Schmittt, Esq.
Maier, Mcilnay Schmitt & Button
1150 Washington St.
Grafton, WI  53024-1916
**Attorney for Miller Simon & Maier**

Peter C. Freeman, Esq.
Law Offices of Peter C. Freeman
16485 Laguna Canyon Rd., Ste. 230
Irvine, CA  92618-3846
**Attorney for Scott Kajiya**

Mr. Albert Lucci
1930 Wyoming Ave.
Fort Pierce, FL  34982

Peter Sklarew, Esq.
Assistant Chief
Civil Trial Section, Northern Region
United States Dept. of Justice
Tax Division
PO Box 55
Washington, D.C.  20044
**Attorney for IRS**

Robert J. Danie, Eq.
9 Wagon Wheel Drive
Feeding Hills, MA  01030

Noreene C. Stehlik, Esq.
U.S. Dept. of Justice
PO Box 683
Ben Franklin Station
Washington, D.C.  20044
**Attorney for IRS**

Robert L. Morrow, Jr., MD
401 N. College Rd., #5
Lafayette, LA  70506

Nicholas A. Russo, Sr.
310 Extonville Road
Allentown, NJ  08501

Richard J. Cortesi
5316 Camino Montano, N.E.
Albuquerque, NM  87111

Albert R. Gazza
589 Manchester
E. Glastonbury, CT  06025-0085

Ronald Fulfer
15315 S. Francis Dr.
Plainfield, IL  60544

Richard Dale Wood
13997 80th Ave. North
Maple Grove, MN  55311

Steve Halprin
1316 Penningtow Place
Concord, N.C.  28207

Alf Iseback
**SWEDEN**
[mail returned, no forwarding address]

Kathryn L. Troccoli
1911 Champlain St.
Ottawa,IL  61350

Ed Pink
Ed Pink Racing Engines, Inc.
14612 Raymer Street
Van Nuys, CA  91405

Montgomery & Andrews, P.A.
325 Paseo De Peralta
Santa Fe, NM  87501

John Petitto
Town & Country Sports Center, Inc.
U.S. 12 & U.S. 127
Cement City, MI  49233

| | |
|---|---|
| Marcia Taylor<br>Bennett Motor Group Express<br>1001 Industrial Parkway<br>McDonough, GA  30253 | **Courtesy Copies to:**<br>Julie Trent<br>jt@bsblawyers.com |
| Richard Basciani<br>Basciani Foods<br>8876 GapNewport Pike<br>Avondale, PA  19311 | Eugene Sprague<br>esprague@bw-legal.com<br><br>Michael Chodos<br>michael@chodos.com |
| Rooke Everill<br>Derek John Everill<br>Ken Everill<br>1204 Lake Point Circle<br>McKinne, TX  75070 | Robert Pitts<br>rpitts@lawrwp.com<br><br>Thomas F. Quinn<br>tquinn@tfqlaw.com |
| Michael D. Fowler<br>Martha Dickson (Deceased)<br>1680 S.W. St. Lucie West Blvd.<br>Port St. Lucie, FL  34986 | Henry N. Portner, Esq.<br>Pineapple Grove Corporate Center<br>101 Pineapple Grove Way<br>Delray Beach, FL  33444-3703 |
| John Inelli<br>17 Old Farmstead Rd.<br>Chester, NJ  07930 | **Claimants:**<br>Montgomery & Andrews, P.A.<br>Steven B., Halprin<br>Donald C. Schunk |
| Eller Industries<br>c/o Leonard S. ("Lonnie") Labraiola<br>6035 N. 115th Street<br>Longmont, CO  80504-8434 | Queenston Motors, Ltd.<br>Mr. Donnell Blodgett<br>Santa Rosa Vee-Twin, Inc.<br>Indian Motorcycle Santa Rosa |
| **Registered Agent:**<br>Randal L. Hittle<br>[moved, left no forwarding address] | By:  *s/ John M. Tanner*<br>      Fairfield and Woods, P.C.<br>      1700 Lincoln St., #2400 |
| John Nicholson<br>22 Thoreau Ct.<br>Beverly, MA  01915 | Denver, CO  80203<br>Phone:  (303) 830-2400<br>Fax:  (303) 830-1033<br>Email:  jtanner@fwlaw.com |
| **VIA E-MAIL:**<br>Richard A. Block<br>President<br>Sterling Consulting Corporation<br>4101 E. Louisiana Ave., Ste. 300<br>Denver, CO  80246<br>**Receiver**<br>rblock@xpn.com | |