UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 95-cv-00777-REB-CBS

In re:  The Receivership Estate of Indian Motorcycle Manufacturing, Inc., a New Mexico
Corporation

---

## FINAL JUDGMENT AGAINST MARSHALL D. COOPER

---

THE COURT, upon the motion of the receiver, and being sufficiently advised in
the premises, hereby enters the following findings of fact, conclusions of law, and
judgment:

1.      In August of 1995, Mr. Marshall D. Cooper filed his Claim in the amount
of $25,000, all of which was allowed by this Court against the Receivership Estate.

2.      In 1999 and 2000, the receiver in this Receivership Action paid $25,000 to
Mr. Cooper.

3.      The receiver, in making these payments, overpaid Mr. Cooper.

4.      Pursuant to this Court's Amended Order Approving and Adopting
Magistrate Judge's Recommendation of July 28, 2006 (the "Restitution Order"), Mr.
Cooper was Ordered to repay 24.35% of this amount ($6,087.50) by September 28.
2006.

5.      Mr. Cooper never repaid this money, nor does Mr. Cooper have a good
reason why not.  Judgment should be entered against Marshall D. Cooper, and that
Judgment should be made final.

6.      This is a receivership in equity.  Some Claimants of the receivership that
were overpaid refunded the overpayment they received without further cost or expense

to the Receivership Estate.  Marshall D. Cooper, however, has required the receiver to expend greater costs and expenses to obtain restitution of this money.  It would not be appropriate for Mr. Cooper to burden the Receivership Estate in this matter without compensating the Receivership Estate for the costs.  As such, the Receivership Estate is awarded its attorneys' fees, receiver's fees, and costs in connection with the Motion for Judgment.

ACCORDINGLY, it is adjudged and decreed, that Judgment is entered in favor of Sterling Consulting Corporation, as receiver, in amount of $6,087.50.  Pursuant to Fed.R.Civ.P. 54(b), this Judgment is made final.

Further, the Receivership Estate is awarded costs and fees incurred in connection with its Motion for Judgment and any subsequent collection costs.  The receiver and its counsel are ordered to submit an affidavit of attorneys' fees, receiver's fees, and costs within 10 days hereof, and may submit a supplemental affidavit if it incurs significant additional costs and fees in collecting the Judgment in this or any other court.

Done this _____ day of _____, 2007.

By:  _____
     Robert E. Blackburn, District Court Judge