UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 95-cv-00777-REB-CBS

In re:  The Receivership Estate of Indian Motorcycle Manufacturing, Inc., a New Mexico Corporation

---

## JOINT AND SEVERAL FINAL JUDGMENT
## AGAINST MR. PAUL AND MS. MICHELLE RALPH

---

THE COURT, upon the motion of the receiver, and being sufficiently advised in the premises, hereby enters the following findings of fact, conclusions of law, and judgment:

1.    In 1995, Mr. Paul Ralph filed two Claims in the amounts of $75,000 and $3,525, both of which were allowed in full against the Receivership Estate by this Court.

2.    In 1999 and 2000, the receiver in this Receivership Action paid $78,525 to Ms. Ralph.

3.    The receiver, in making these payments, overpaid the Claimants.

4.    Pursuant to this Court's Amended Order Approving and Adopting Magistrate Judge's Recommendation of July 28, 2006 (the "Restitution Order"), Mr. and Mrs. Ralph were Ordered to repay 24.35% of these amounts ($19,120.84) by September 28. 2006.

5.    Mr. and Mrs. Ralph never repaid this money, nor do they have a good reason why not.  Joint and several Judgment should be entered against Mr. Paul Ralph and Ms. Michelle Ralph, and that Judgment should be made final.

6.      This is a receivership in equity.  Some Claimants of the receivership that were overpaid refunded the overpayment they received without further cost or expense to the Receivership Estate.  Paul and Michelle Ralph, however, have required the receiver to expend greater costs and expenses to obtain restitution of this money.  It would not be appropriate for Paul and Michelle Ralph to burden the Receivership Estate in this matter without compensating the Receivership Estate for the costs.  As such, the Receivership Estate is awarded its attorneys' fees, receiver's fees, and costs in connection with the Motion for Judgment.

ACCORDINGLY, it is adjudged and decreed, that joint and several Judgment is entered against Mr. Paul Ralph and Ms. Michelle Ralph in favor of Sterling Consulting Corporation, as receiver, in amount of $19,120.84.  Pursuant to Fed.R.Civ.P. 54(b), this Judgment is made final.

Further, the Receivership Estate is awarded costs and fees incurred in connection with its Motion for Judgment and any subsequent collection costs.  The receiver and its counsel are ordered to submit an affidavit of attorneys' fees, receiver's fees, and costs within 10 days hereof, and may submit a supplemental affidavit if it incurs significant additional costs and fees in collecting the Judgment in this or any other court.

Done this _____ day of _____, 2007.


By: _____
        Robert E. Blackburn, District Court Judge


2