Julie Lewis
825 Washington
St. Libory, IL 62282

**FILED**
UNITED STATES DISTRICT COURT
COLORADO

JAN 31 2007

GREGORY C. LANGHAM
CLERK

<u>VIA EMAIL AND US MAIL</u>
Richard A. Block, President
Sterling Consulting Corporation as receiver for Indian Motorcycle
4101 Louisiana Avenue, Ste. 300
Denver, CO 80246

Re: Civil Action 95-cv-00777-REB-CBS

Dear Mr. Block,

I am writing in response to another letter I received yesterday regarding your claim against James P. Lewis. When I received your letter in August I called you to tell you that I was not married to Mr. Lewis and that I was his niece. However, you continue to attest to this false, baseless claim in court documents.

James Lewis was my uncle. He died December 13, 1999. I am not Mrs. James Lewis. I am not currently married, nor have I ever been married. My uncle had been divorced for over 15 years prior to his death and there is no Mrs. Lewis. My uncle and I have never resided together and he has never lived in Freeburg, Illinois.

I was never in receipt of any payments to my uncle, nor were any payments sent to him in my care.

I demand that you immediately remove me from this matter. I am enclosing a copy of my uncle's death certificate for your reference.

Sincerely,

*Julie Lewis*

Julie Lewis

cc:   Clerk of the Court, US District Court for the District of Colorado
      John M. Tanner, Fairfield and Woods, P.C.

# COMMONWEALTH OF VIRGINIA - CERTIFICATE OF DEATH
## DEPARTMENT OF HEALTH - DIVISION OF VITAL RECORDS - RICHMOND

**COPY A — FOR DIVISION OF VITAL RECORDS**

Registration Area Number: 129
Certificate Number: 3448

**DECEDENT**

1. Full Name of Decedent: James Porter Lewis
2. Sex: Male
3. Date of Death: December 13, 1999
4. Age: 57
5. Date of Birth: June 8, 1942
6. Was Decedent Ever in U.S. Armed Forces?: Yes

**PLACE OF DEATH**

7. Name of Hospital or Institution of Death: Inova Fairfax Hospital
8. City or Town of Death: Falls Church (Outside city limits)
9. County of Death: Fairfax
10. Street Address or RF No. of Place of Death: 3300 Gallows Rd.

**USUAL RESIDENCE OF DECEDENT**

11. State: Virginia
12. County: Loudoun
13. City or Town: Sterling
14. Street Address: 20632 Cutwater Place

**PERSONAL DATA OF DECEDENT**

15. Name of Decedent's Father: James A. Lewis
16. Maiden Name of Decedent's Mother: Reva Raper
17. Race: White
18. Hispanic Origin: No
19. Education: 12
20. Citizen of What Country: U.S.A.
21. Birthplace: Tennessee
22. Ever Married: Married
23. Name of Spouse: (blank)
24. Social Security Number: 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
25. Usual or Last Occupation: Self-Employed
26. Kind of Business or Industry: Construction
27. Informant: Karen Muscato

**CAUSE OF DEATH**

Immediate Cause: Acute Leukemia — Interval: 12 months

**MEDICAL CERTIFICATION**

Attending physician: John Feigert
Date signed: 12/13/99
Pronouncing physician location: 1635 N. George Mason Dr., Arlington, VA

**FUNERAL DIRECTOR**

Cremation
Place of Burial: Cremation Center, Chantilly, VA
Name of Funeral Home: Cremation Center, Chantilly, VA

**REGISTRAR**

Date Received: 12/15/99

---

This is to certify that this is a true and correct reproduction of the original record filed with the FAIRFAX COUNTY HEALTH DEPARTMENT, FAIRFAX VIRGINIA.

DATE ISSUED: DECEMBER 15, 1999

DEPUTY REGISTRAR

(SEAL)

VOID IF ALTERED OR DOES NOT BEAR IMPRESSED SEAL

# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO
# FACSIMILE COVER SHEET

Pursuant to D.C.COLO.LCivR 5.1 and D.C.COLO.LCrR 49.1, this cover sheet must be submitted with any facsimile filing. A pleading or paper not requiring a filing fee and no longer than ten pages, including all attachments, may be filed with the clerk by means of facsimile during a business day. Upon receipt of a facsimile filing, the clerk will make the copies required under D.C.COLO.LCivR 10.1L and D.C.COLO.LCrR 49.3L. Facsimiles received by the clerk after 5:00 p.m. (Mountain Time) will be considered filed as of the next business day.

Clerk's Office facsimile telephone number: 303-335-2714

1. Date of transmission: 1/31/07

2. Name of attorney or *pro se* party making the transmission: Julie Lawso
   Facsimile number: 314-923-4502  Telephone number: 314-923-4616

3. Case number, caption, and title of pleading or paper:
   Civil Action 95-cv-00777-REB-CBS

4. Number of pages being transmitted, including the facsimile cover sheet: 3

Instructions, if any: _____

(Rev. 04/16/02)