**THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 95-cv-00777-REB-CBS

In re:  The Receivership Estate of Indian Motorcycle Manufacturing, Inc., a New Mexico Corporation

### STIPULATION FOR EXTENSION OF TIME

Pursuant to D.C.COLO.LCivR 6.1(A), Sterling Consulting Corporation, as receiver, by and through its attorneys Fairfield and Woods, P.C., and Defendants Mark S. Schmitt and McIlnay Schmitt & Button, Ltd, by and through their attorneys Holland & Hart LLP, stipulate to a 20-day extension of time for Defendants to file their response to the receiver's verified motion for judgment filed against Defendants on January 17, 2007.  Defendants' deadline for filing their response shall be extended from February 9, 2007 to March 1, 2007.

Respectfully submitted this 9th day of February, 2007.

| | |
|---|---|
| s/ Christopher H. Toll | /s John M. Tanner |
| Holland & Hart LLP | Fairfield and Woods, P.C. |
| 8390 E. Crescent Pkwy., Suite 400 | 1700 Lincoln street, Suite 2400 |
| Greenwood Village, CO  80111-2800 | Denver, CO  80203-4524 |
| Phone:  (303) 290-1637 | Phone:  (303) 830-2400 |
| Fax:  (303) 975-5300 | Fax:  (303) 830-1033 |
| Email:  ctoll@hollandhart.com | Email:  jtanner@fwlaw.com |
| **ATTORNEYS FOR MCILNAY, SCHMITT & BUTTON, LTD AND MARK S. SCHMITT** | **ATTORNEY FOR STERLING CONSULTING CORPORATION, AS RECEIVER** |

## CERTIFICATE OF SERVICE

I hereby certify that on 2/9/07, I have caused to be electronically filed the foregoing with the Clerk of Court using CM/ECF system which will send notification of such filing to the following e-mail addresses:

    ahale@haldfriesen.com
    eramey@ir-law.com
    spack@ir-law.com
    jcage@cagewilliams.com
    jelliff@mofo.com
    adam.f.hulbig@usdoj.gov
    gmoschetti@hatchlawyers.com
    csasso@bakerlaw.com
    mpankow@bhf-law.com
    dgarfield@bhf-law.com

and I hereby certify that I have caused to be mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participants name:

| | |
|---|---|
| James Duberg, Esq.<br>727 Third Avenue<br>Chula Vista, CA  91910-5803 | Peter Sklarew, Esq.<br>Assistant Chief<br>Civil Trial Section, Northern Region<br>United States Department of Justice |
| Peter C. Freeman, Esq.<br>Law Offices of Peter C. Freeman<br>16485 Laguna Canyon Road, Suite 230<br>Irvine, CA  92618-3846<br>**Attorney for Scott Kajiya** | Tax Division<br>Post Office Box 55<br>Washington, D.C.  20044<br>**Attorney for IRS** |
| Mr. Albert Lucci<br>1930 Wyoming Avenue<br>Fort Pierce, FL  34982 | Robert J. Danie, Esq.<br>9 Wagon Wheel Drive<br>Feeding Hills, MA  01030 |

2

Noreene C. Stehlik, Esq.
United States Department of Justice
Post Office Box 683
Ben Franklin Station
Washington, D.C.  20044
**Attorney for IRS**

Robert L. Morrow, Jr. MD
401 N. College Road, #5
Lafayette, LA  70506

Nicholas A. Russo, Sr.
310 Extonville Road
Allentown, NJ  08501

Richard J. Cortesi
5316 Camino Montano, N.E.
Albuquerque, NM  87111

Albert R. Gazza
589 Manchester
E. Glastonbury, CT  06025-0085

Ronald Fulfer
15315 S. Francis Drive
Plainfield, IL  60544

Richard Dale Wood
13997 80th Avenue North
Maple Grove, MN  553111

Steve Halprin
1316 Penningtow Place
Concord, NC  28207

Kathryn L. Troccoli
1911 Champlain Street
Ottawa, IL  61350

Ed Pink
Ed Pink Racing Engines, Inc.
14612 Raymer Street
Van Nuys, CA  91405

Montgomery & Andrews, P.A.
325 Paseo De Peralta
Santa Fe, NM  87501

John Petitto
Town & Country Sports Center, Inc.
U.S. 12 & U.S. 127
Cement City, MI  49233

Marcia Taylor
Bennett Motor Group Express
1001 Industrial Parkway
McDonough, GA  30253

Richard Basciani
Basciani Foods
8876 Gap Newport Pike
Avondale, PA  19311

Rooke Everill
Derek John Everill
Ken Everill
1204 Lake Point Circle
McKinney, TX  75070

Michael D. Fowler
Martha Dickson (Deceased)
1680 S.W. St. Lucie West Boulevard
Port St. Lucie FL  34986

John Inelli
17 Old Farmstead Road
Chester, NJ  07930

Eller Industries
C/o Leonard S. ("Lonnie") Labraiola
6035 N. 115th Street
Longmont, CO  80504-8434

John Nicholson
22 Thomas Court
Beverly, MA  01915

3

s/ Christopher H. Toll _____
HOLLAND & HART LLP
8390 E. Crescent Parkway, Suite 400
Greenwood Village, CO  80111-2800
Phone:  (303) 290-1637
Fax:  (303) 975-5300
ctoll@hollandhart.com

**ATTORNEYS FOR MCILNAY SCHMITT
& BUTTON, LTD AND MARK S. SCHMITT**

3667781_1.DOC