UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Case No. 95-cv-00777-REB-CBS

In re:

Receivership Estate of INDIAN MOTORCYLCE MAUFACTURING INC., a New Mexico Corporation

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 20 2007

GREGORY C. LANGHAM
CLERK

## NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR TERMINATION OF CM/ECF NOTICES

NOW COMES the undersigned attorney, Peter D. Bilowz, of Goulston & Storrs, P.C., requesting withdrawal of his appearance in this case on behalf of Michael Mandelman and termination of the delivery of CM/ECF Notices to this office with respect to the above-captioned case.

Dated: February 16, 2007

Peter D. Bilowz, Esq. (BBO #651383)
Goulston & Storrs, P.C.
400 Atlantic Avenue
Boston, MA 02110-3333
Tel: 617-482-1776
Fax: 617-574-4112

## CERTIFICATE OF SERVICE

    IT IS HEREBY CERTIFIED that on this 16th day of February, 2007, I caused the foregoing **Notice of Withdrawal of Appearance and Request for Termination of CM/ECF Notices** to be served via first-class mail on the following parties.

                                        */s/ Peter D. Bilowz*
                                        Peter D. Bilowz (BBO #651383)
                                        Goulston & Storrs, P.C.
                                        400 Atlantic Avenue
                                        Boston, MA 02110-3333
                                        Tel: 617-482-1776
                                        Fax: 617-574-4112

## Service List

| | |
|---|---|
| Alan Lemont Hale, Esq.<br>Hale Friesen LLP<br>1430 Wynkoop St., Ste. 300<br>Denver, CO 80202 | J. Eric Elliff, Esq.<br>Kristen Taylor-Randall, Esq.<br>Morrison & Foerster, LLP<br>370 17th Street, Suite 3550<br>Denver, CO 80203 |
| Edward T. Ramey, Esq.<br>Isaacson Rosenbaum Woods<br>   And Levy<br>633 17th Street, Suite 2200<br>Denver, CO 80202 | Garcy C. Moschetti, Esq.<br>Hatch & Moschetti LLP<br>1800 Glenarm Pl., 9th Floor<br>Denver, CO 80202 |
| James R. Cage, Esq.<br>Cage Williams Abelman & Layden PC<br>St. Elmo Bldg.<br>1433 17th Street<br>Denver, CO 80202 | Cassandra Sasso, Esq.<br>Baker & Hostetler<br>303 E. 17th Avenue, Suite 1100<br>Denver, CO 80203 |
| Michael J. Pankow<br>Brownstein Hyatt & Faber PC<br>410 17th Street, Suite 2200<br>Denver, CO 80202 | Mark S. Schmitt, Esq.<br>Maier, Mcilnay Schmitt & Button<br>1150 Washington St.<br>Graton, WI 53024-1916 |
| Peter C. Freeman, Esq.<br>Law Offices of Peter C. Freemen<br>16485 Laguna Canyon Road, Ste. 230<br>Irvine, CA 92618 | |