**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 95-cv-00777-REB-CBS

In re: Receivership Estate of INDIAN MOTORCYCLE
MANUFACTURING, INC., a New Mexico corporation,

**MINUTE ORDER**[1]

     The matter before the court is the **Withdrawal of Motion for Judgment Against Montgomery & Andrews, P.C. Because It Has Now Paid Amount Demanded** [#2489], filed February 23, 2007. The court will treat this as a motion to withdraw the **Motion for Judgment Against Montgomery & Andrews** [#2464], filed January 2, 2007. Said motion is **GRANTED**, and the motion for judgment against Montgomery & Andrews is **WITHDRAWN**.

Dated: February 26, 2007

-----------------------------------------------------------------------------------------------------------------

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.