**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 95-cv-00777-REB-CBS

In re:   The Receivership Estate of Indian Motorcycle Manufacturing, Inc., a New Mexico Corporation

### UNOPPOSED MOTION FOR EXTENSION OF TIME

Pursuant to D.C. Colo. L. Civ. R. 6.1(B), Defendants Mark S. Schmitt and McIlnay Schmitt & Button, Ltd, ("Schmitt"), by their attorneys Holland & Hart LLP, move this Court for an Order granting Schmitt an extension of time of 20 days, up to and including March 21, 2007, within which to respond to the receiver's Verified Motion for Judgment.  In support of this Motion, Schmitt states as follows.

1.   Receiver Sterling Consulting Corporation (the "Receiver") served the Verified Motion for Judgment upon Schmitt on January 17, 2007.

2.   On February 9, 2007, the Receiver and Schmitt stipulated to a 20-day extension of time for Schmitt to respond to the motion.

3   Schmitt and the Receiver have been discussing a potential stipulation that would avert the need for Schmitt to file a response to the Receiver's motion and would resolve the Receiver's claim against Schmitt.   The parties require additional time to evaluate and implement this possibility.

4.   Pursuant to D.C. Colo. L. Civ. R. 6.1(D), undersign counsel states that a copy of the motion has been served upon Schmitt and all counsel of record.

## CERTIFICATE OF COMPLIANCE WITH D.C. COLO. L. CIV. R. 7.1(a)

Undersigned counsel certifies that on March 1, 2007, he conferred with counsel for the Receiver, who agreed to the 20-day extension.

WHEREFORE, Schmitt respectfully requests that this Court enter an Order granting Schmitt an extension of time up to and including March 21, 2007, within which to respond to the Receiver's Verified Motion for Judgment.

Respectfully submitted this 1st day of March, 2007.

s/ Christopher H. Toll
Holland & Hart LLP
8390 E. Crescent Pkwy., Suite 400
Greenwood Village, CO  80111-2800
Phone:  (303) 290-1637
Fax:  (303) 975-5300
Email:  ctoll@hollandhart.com

**ATTORNEYS FOR MCILNAY, SCHMITT
& BUTTON, LTD AND MARK S. SCHMITT**

## CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2007, I caused to be electronically filed the foregoing, UNOPPOSED MOTION FOR EXTENSION OF TIME, with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

ahale@haldfriesen.com
eramey@ir-law.com
spack@ir-law.com
jcage@cagewilliams.com
jelliff@mofo.com
adam.f.hulbig@usdoj.gov
gmoschetti@hatchlawyers.com
csasso@bakerlaw.com
mpankow@bhf-law.com
dgarfield@bhf-law.com

and I hereby certify that I have caused to be mailed or served the document or paper to the following non-CM/ECF participants by United States mail, postage prepaid, addressed as follows:

Mark Schmitt, Esq.
James Button, Esq.
Bruce McIlnay, Esq.
McIlnay Schmitt & Button, Ltd.
1150 Washington St.
Grafton, WI  53024

James Duberg, Esq.
727 Third Avenue
Chula Vista, CA  91910-5803

Peter C. Freeman, Esq.
Law Offices of Peter C. Freeman
16485 Laguna Canyon Road, Suite 230
Irvine, CA  92618-3846
**Attorney for Scott Kajiya**

Mr. Albert Lucci
1930 Wyoming Avenue
Fort Pierce, FL  34982

Peter Sklarew, Esq.
Assistant Chief
Civil Trial Section, Northern Region
United States Department of Justice
Tax Division
Post Office Box 55
Washington, D.C.  20044
**Attorney for IRS**

Robert J. Danie, Esq.
9 Wagon Wheel Drive
Feeding Hills, MA  01030

Noreene C. Stehlik, Esq.
United States Department of Justice
Post Office Box 683
Ben Franklin Station
Washington, D.C.  20044
**Attorney for IRS**

3

Robert L. Morrow, Jr. MD
401 N. College Road, #5
Lafayette, LA  70506

Nicholas A. Russo, Sr.
310 Extonville Road
Allentown, NJ  08501

Richard J. Cortesi
5316 Camino Montano, N.E.
Albuquerque, NM  87111

Albert R. Gazza
589 Manchester
E. Glastonbury, CT  06025-0085

Ronald Fulfer
15315 S. Francis Drive
Plainfield, IL  60544

Richard Dale Wood
13997 80th Avenue North
Maple Grove, MN  553111

Steve Halprin
1316 Penningtow Place
Concord, NC  28207

Kathryn L. Troccoli
1911 Champlain Street
Ottawa, IL  61350

Ed Pink
Ed Pink Racing Engines, Inc.
14612 Raymer Street
Van Nuys, CA  91405

Montgomery & Andrews, P.A.
325 Paseo De Peralta
Santa Fe, NM  87501

John Petitto
Town & Country Sports Center, Inc.
U.S. 12 & U.S. 127
Cement City, MI  49233

Marcia Taylor
Bennett Motor Group Express
1001 Industrial Parkway
McDonough, GA  30253

Richard Basciani
Basciani Foods
8876 Gap Newport Pike
Avondale, PA  19311

Rooke Everill
Derek John Everill
Ken Everill
1204 Lake Point Circle
McKinney, TX  75070

Michael D. Fowler
Martha Dickson (Deceased)
1680 S.W. St. Lucie West Boulevard
Port St. Lucie FL  34986

John Inelli
17 Old Farmstead Road
Chester, NJ  07930

Eller Industries
C/o Leonard S. ("Lonnie") Labraiola
6035 N. 115th Street
Longmont, CO  80504-8434

John Nicholson
22 Thomas Court
Beverly, MA  01915

4

s/ Christopher H. Toll _____
HOLLAND & HART LLP
8390 E. Crescent Parkway, Suite 400
Greenwood Village, CO  80111-2800
Phone:  (303) 290-1637
Fax:  (303) 975-5300
ctoll@hollandhart.com

**ATTORNEYS FOR MCILNAY SCHMITT & BUTTON, LTD AND MARK S. SCHMITT**

3676683_1.DOC