OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

95-CV-777
REB-CBS
#2490

Millre Simon & Maier

Maier, McIlnay & Schmitt
101 Falls Road
Suite 603
Grafton, WI



$0.63

02/26/2007

Mailed From 8020

X 530 N1 1 C05 C 06 C
FORWARD TIME EXP   RTN TO SEND
:MAIER MCILNAY SCHMITT & BUTT
1150 WASHINGTON ST
GRAFTON WI 53024-1916

RETURN TO SENDER