OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

95-cv-777
#2493
REB-CBS



017H15524679
HASLER $0.39⁰
03/06/2007
Mailed From 80202

c/o Mark Schmidt, Esq.

Maier, McIlnay & Schmitt
101 Falls Roa
Suite 603
Grafton, WI 5

FORWARD TIME EXP   RTN TO S
:MAIER MCILNAY SCHMITT & B
1150 WASHINGTON ST
GRAFTON WI 53024-1915

RETURN TO SENDER

80294@2501