UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 95-cv-00777-REB-CBS

In re:  The Receivership Estate of Indian Motorcycle Manufacturing, Inc., a New Mexico Corporation

**FINAL JUDGMENT AGAINST RONALD L. GARCIA**

THE COURT, upon the motion of the receiver, and being sufficiently advised in the premises, hereby enters the following findings of fact, conclusions of law, and judgment:

1. On around May 23, 1995, Mr. Ronald L. Garcia filed his Dealer Claim in the amount of $75,000 against the Receivership Estate.

2. In 1999 and 2000, the receiver in this Receivership Action paid $75,000 to Mr. Garcia.

3. The receiver, in making these payments, overpaid the Claimant.

4. Pursuant to this Court's Amended Order Approving and Adopting Magistrate Judge's Recommendation of July 28, 2006 (the "Restitution Order"), Mr. Garcia was Ordered to repay 24.35% of this amount ($18,262.50) by September 28. 2006.

5. Mr. Garcia never repaid this money, nor does Mr. Garcia have a good reason why not.  Judgment should be entered against Mr. Garcia, and that Judgment should be made final.

6. This is an equity receivership.  Some Claimants of the receivership that were overpaid refunded the overpayment they received without further cost or expense

to the Receivership Estate. Mr. Garcia, however, has required the receiver to expend greater costs and expenses to obtain restitution of this money. It would not be appropriate for Mr. Garcia to burden the Receivership Estate in this matter without compensating the Receivership Estate for the costs. As such, the Receivership Estate is awarded its attorneys' fees, receiver's fees, and costs in connection with the Motion for Judgment.

ACCORDINGLY, it is adjudged and decreed, that Judgment is entered in favor of Sterling Consulting Corporation, as receiver, in amount of $18,262.50. Pursuant to Fed.R.Civ.P. 54(b), this Judgment is made final.

Further, the Receivership Estate is awarded costs and fees incurred in connection with its Motion for Judgment and any subsequent collection costs. The receiver and its counsel are ordered to submit an affidavit of attorneys' fees, receiver's fees, and costs within 10 days hereof.

Done this ____ day of _____, 2007.

By: _____
Robert E. Blackburn, District Court Judge