IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Case No. 95-cv-00777-REB-CBS

In re: Receivership Estate of INDIAN MOTORCYCLE
MANUFACTURING, INC., a New Mexico corporation,

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

IT IS HEREBY ORDERED that the Unopposed Motion for Extension of Time (*doc. no. 2498)* is **GRANTED**.  Defendants Schmitt have up to and including **April 10, 2007**, to respond to the receiver's Verified Motion for Judgment.

**DATED:**      March 21, 2007