OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

95-CV-777
REB-CBS



017H15524679
HASLER $0.399
03/21/2007
Mailed From 802

Steven  DeStout
#1 South Water Street
Henderson, NV 89105

89015+7222
80294@2501

NIXIE        891    1         39 03/2
         RETURN TO SENDER
         ATTEMPTED - NOT KNOWN
         UNABLE TO FORWARD
BC: 80294250151    *1220-00778-2