**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

95-CV-777
REB - ~~███~~
CBS

017H15524679
HASLER $0.39○
03/21/2007
Mailed From 80202

Anthony Pugliese
2500 Military Trail
Boca Raton, FL 33431

NIXIE   334   1       73
        RETURN TO SENDER
NOT DELIVERABLE AS ADDRESS
        UNABLE TO FORWARD
BC: 80294250151     *1220-0116