OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

95-CV-777
REB-CBS



Carol Furtier
2500 Military Trail
Boca Raton, FL 33431

NIXIE        334      1
RETURN TO SEN
NOT DELIVERABLE AS
UNABLE TO FOR
BC: 80294250151    *17