**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 95-cv-00777-REB-CBS

In re: Receivership Estate of INDIAN MOTORCYCLE
MANUFACTURING, INC., a New Mexico corporation,

---

**MINUTE ORDER**[1]

---

     The matter before the court is the **Unopposed Motion for Extension of Time** [#2509], filed April 10, 2007[2]. The motion is **GRANTED**. Defendants Mark S. Schmitt and McIlnay Schmitt & Button, Ltd, shall have until **April 30, 2007**, in which to file a response to the receiver's Verified Motion for Judgment.

Dated:  April 11, 2007
-------------------------------------------------------------------------------------------------------------

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] Henceforth counsel shall comply with the practice standards of this court, including REB Civ. Practice Standard II.G.2, which is adversely implicated by the filing of the unopposed motion for extension of time.