**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 10 2007

GREGORY C. LANGHAM
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Case No. 95-cv-00777-REB-CBS

In re:

Receivership Estate of INDIAN MOTOCYCLE MANUFACTURING
INC., a New Mexico Corporation

## NOTICE OF CLAIM OF ATTORNEY'S LIEN ON MONIES RESERVED BY RECEIVER ON ACCOUNT OF THE ADMINISTRATIVE CLAIM OF MICHAEL MANDELMAN

Notice is hereby given that the law firm of Goulston & Storrs, P.C. ("G&S") claims a lien pursuant to Massachusetts General Laws Chapter 221, Section 50 on the monies being reserved by the Receiver on account of the allowed administrative claim of Michael Mandelman.

G&S represented Mr. Mandelman in the Receivership pending in the United States District Court for the District of Massachusetts (the "Massachusetts Court") (Case No. 02-11522) prior to the Receivership's transfer to this District. By decision entered by the Massachusetts Court on January 30, 2004 (made a final order on September 7, 2005), Mr. Mandelman was granted an allowed administrative claim "for his costs, expenses and attorney's fees in the sum of $91,762.22" (the "Attorney's Fee Claim"),[1] junior in priority only to the claims of the Receiver for compensation of its services and expenses. Further, under that certain settlement agreement (the "Settlement Agreement") among the Receiver, the United States, and the Chapter 7 Trustee for Indian Motocycle Company, Inc. et al. and approved by the Massachusetts Court on September 7, 2005, Mr.

---

[1] These were all fees and costs incurred by G&S, most of which remain unpaid.

Mandelman had a right to receive, for the purpose of paying the fees to G&S, 4.47 cents of each dollar collected by the Receiver in this Receivership (from partial restitution of amounts previously paid to general receivership creditors), up to one half of the Attorney's Fee Claim. Said amounts were to be held in a separate escrow account (the "Mandelman Reserve"), for purposes of preserving the Receiver's right to assert a claim against the Mandelman Reserve under certain contingencies. On information and belief, the Receiver currently holds approximately $26,000 in the Mandelman Reserve against which he does not intend to assert any claim.

G&S recently learned that the Receiver has received a proposal from a law firm that previously represented entities owned by Mr. Mandelman and that is currently indebted to the Receiver for partial restitution in the amount of $28,659.95, under which the Receiver would apply $24,000 of the Mandelman Reserve in satisfaction of such indebtedness, allegedly based on the law firm's assertion that Mr. Mandelman must reimburse it under a 1995 guaranty. Because G&S has an attorney's lien on monies reserved for Mr. Mandelman, G&S would object to any such proposal.

Dated: April 10, 2007

Peter D. Bilowz, Esq. (BBO #651383)
Goulston & Storrs, P.C.
400 Atlantic Avenue
Boston, MA 02110-3333
Tel: 617-482-1776
Fax: 617-574-4112

# goulston&storrs
counsellors at law

## to

| name | at | phone # | fax # |
|---|---|---|---|
| Attention: Clerk's Office | United States District Court for District of Colorado | | (303) 335-2714 |

## from

| name | phone # | fax # | date |
|---|---|---|---|
| Peter D. Bilowz  3 page(s) | (617) 574-4128 | (617) 574-7621  employee ID 1866   client 01074 | 4/10/2007  matter 0055 |

## comments:

RE: Fax Filing in Case NO. 95-00777

# fax

Confidentiality Note: The documents accompanying this facsimile contain information from the law firm of Goulston & Storrs which may be confidential and/or privileged. The information is intended only for the use of the individual or entity named on this transmission sheet. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this facsimile is strictly prohibited, and that the documents should be returned to this Firm immediately. If you have received this facsimile in error, please notify us by telephone immediately so that we can arrange for the return of the original documents to us at no cost to you.

Goulston & Storrs, A Professional Corporation · Boston · DC · London* · New York
400 Atlantic Avenue, Boston, Massachusetts 02110-3333 ·(617) 482-1776 Tel ·(617) 574-4112 Fax · www.goulstonstorrs.com
*A Subsidiary of Goulston & Storrs, PC

GSDOCS\1714675.1