THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 95-cv-00777-REB-CBS

In re:   The Receivership Estate of Indian Motorcycle Manufacturing, Inc., a New Mexico Corporation

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME**

THIS MATTER has come before the Court on the Unopposed Motion for Extension of Time of Mark S. Schmitt and McIlnay Schmitt & Button, Ltd (collectively "Schmitt"). The Court, having reviewed the Unopposed Motion for Extension of Time and being fully advised and informed in the premises, finds that good cause exists for an order granting the request.

IT IS THEREFORE ORDERED that Mark S. Schmitt and McIlnay Schmitt & Button, Ltd are hereby granted an extension of time of 20 days up to and including April 30, 2007, within which to respond to the Verified Motion for Judgment.

Dated this _____ day of _____, 2007.

_____
U.S. DISTRICT COURT JUDGE

3694578_1.DOC