**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 95-cv-00777-REB-CBS

In re: Receivership Estate of INDIAN MOTORCYCLE MANUFACTURING, INC., a New Mexico corporation,

**MINUTE ORDER**[1]

The matter before the court is the **Unopposed Motion for Extension of Time** [#2512], filed April 30, 2007.  The motion is **GRANTED**.  Defendants Mark S. Schmitt and McIlnay Schmitt & Button, Ltd, shall have until **May 21, 2007**, in which to file a response to the receiver's Verified Motion for Judgment.

Dated:  April 30, 2007

-----

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.