IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 95-cv-00777-REB-CBS

In re: The Receivership Estate of Indian Motorcycle Manufacturing, Inc., a New Mexico Corporation

---

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

---

Pursuant to D.C. Colo.L. Civ. R. 6.1(B), Claimant Scott S. Kajiya and Jaime Ruiz ("Claimants"), by and through their counsel, Peter C. Freeman, move for an Order of this honorable Court, granting Claimants an extension of time, up to and including May 11, 2007, within which to respond to Receiver Sterling Consulting Corporation's Verified Motion for Judgement, Fees, and Costs Against Scott S. Kajiya and Jaime Ruiz.  The basis for this Motion is as follows:

1.   Scott Kajiya and Jaime Ruiz, and their counsel, Peter C. Freeman, received the Verified Motion for Judgment by mail service in or about late March, 2007, as one of numerous documents received weekly in the above-entitled matter.  Because this matter was deemed concluded as to Claimants' claims in early 2000, the ongoing considerable volume of documents received thereafter have only been quickly reviewed by counsel and/or professional staff before filing. Because Claimants resolved the matter more than seven years ago, documents received since then were generally considered inconsequential as they most likely related to other parties in the action and remaining claims, etc. in which these Claimants had no interest.

2.   Once Claimants brought to the attention of counsel that a Motion for Judgment

1

had been filed as to the Claimants, Claimants' counsel immediately contacted counsel for Receiver Sterling Consulting Corporation. Counsel for the Receiver, Jack Tanner, reported that as of April 30, 2007 there had been no ruling by the Court on the Verified Motion for Judgment, and that Claimants were free to file their Response. Further, on May 2, 2007, at the request of Claimants' counsel, Mr. Tanner agreed and confirmed that he had no objection to Claimants' requested Motion for Extension of Time to respond to the Verified Motion for Judgment.

3. Counsel for Claimants, Peter C. Freeman, initially appeared in this matter *pro hoc vice* in 1995, upon Motion therefore to and Order by this Court. Since that time, the attorney admission requirements in this Court have changed and since 1999, Counsel for Claimants have not been required to file any papers in this matter. To file a Response to the present Motion by the Receiver, Claimants' counsel has been required to re-apply for admission to the Bar of this Court, and to register for the CM/ECF filing system in the above-entitled court, further delaying the prospective filing of Claimants' Response to the Verified Motion for Judgment.

4. Pursuant to D.C. Colo. L. Civ. R. 6.1(D), undersigned counsel states that a copy of the motion has been served on Claimants and all counsel of record.

5. Claimants' Response to the Receiver's Verified Motion is being lodged concurrently with this Motion.

6. Claimants have requested no other extension prior to this instant motion.

**CERTIFICATE OF COMPLIANCE WITH D.C. COLO. L. CIV. R. 7.1(a)**

Undersigned counsel certifies that on May 2, 2007, he conferred with counsel for the Receiver, who agreed to the requested extension.

WHEREFORE, Scott Kajiya and Jaime Ruiz, through counsel of record, Peter C. Freeman, respectfully request an extension of time up to and including May 11, 2007 within

2

which to respond to the Receiver's Verified Motion for Judgment.

Respectfully submitted this 2nd day of May, 2007

Dated: May 2, 2007

<u>s/ *Peter C. Freeman*</u>
Peter C. Freeman, SBN 100744
Law Offices of Peter C. Freeman
16485 Laguna Canyon Road Suite 230
Irvine, CA 92618
Telephone: (949) 341-0500
Facsimile: (949) 341-0505
email: peter@peterfreemanlaw.com

Attorneys for Scott S. Kajiya and Jaime Ruiz

## CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses or as indicated below or by United States Mail, postage prepaid:

**VIA CM/ECF TO:**

John M. Tanner, Esq.
Fairfield and Woods, P.C.
1700 Lincoln St., Suite 2400
Denver, CO  80203-4524
**Attorney for Plaintiff Sterling Consulting Corporation, as receiver**
jtanner@fwlaw.com

Edward T. Ramey, Esq.
Stuart H. Pack, Esq.
Isaacson Rosenbaum
 Woods and Levy
633 17th St., Suite 2200
Denver, CO  80202
**Attorneys for William R. Childs, Scott McCormick, Jr., Douglas Walliser, Ronald Schiff, Edward Pacelli, Morty Lempel, A.B. Goldberg, First Entertainment, Harvey Rosenberg**
eramey@ir-law.com
spack@ir-law.com

James R. Cage, Esq.
Cage Williams Abelman
 & Lyden, P.C.
St. Elmo Bldg.
1433 17th St.
Denver, CO  80202-1273
**Attorney for Carl D. Lucci/Albert R. Lucci**
jcage@cagewilliams.com

J. Eric Elliff, Esq.
Kristen Taylor-Randall, Esq.
Morrison & Foerster, LLP
370 17th St., Suite 3550
Denver, CO  80203
**Attorney for IMCOA**
jelliff@mofo.com

Adam F. Hulbig
Trial Attorney, Tax Division
U.S. Dept. of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044
**Attorney for Unites States of America**
adam.f.hulbig@usdoj.gov

Gary C. Moschetti, Esq.
Hatch & Moschetti, LLP
1800 Glenarm Pl., 9th Floor
        Denver, CO 80202
**Attorney for Edward Leal**
gmoschetti@hatchlawyers.com

Cassandra Sasso, Esq.
Baker & Hostetler
303 E. 17th Ave., Suite 1100
Denver, CO  80203-1264
**Attorney for Michelle Lean**
csasso@bakerlaw.com

Michael J. Pankow
Daniel J. Garfield
Brownstein Hyatt & Farber PC
410 17th St., Suite 2200
Denver, CO  80202
**Attorneys for Michael Payne**
mpankow@bhf-law.com
dgarfield@bhf-law.com

**VIA UNITED STATES MAIL:**

James Duberg, Esq.
727 Third Ave.
Chula Vista, CA  91910-5803

Mark S. Schmitt, Esq.
Maier, Mcilnay Schmitt & Button
1150 Washington St.
Grafton, WI  53024-1916
**Attorney for Miller Simon & Maier**

Mr. Albert Lucci
1930 Wyoming Ave.
Fort Pierce, FL  34982

Peter Sklarew, Esq.
Assistant Chief
Civil Trial Section, Northern Region
United States Dept. of Justice
Tax Division
P.O. Box 55
Washington, D.C.  20044
**Attorney for IRS**

Robert J. Danie, Esq.
9 Wagon Wheel Drive
Feeding Hills, MA  01030

Noreene C. Stehlik,, Esq.
U.S. Dept. of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044

Robert L. Morrow, Jr., MD
401 N. College Rd., #5
Lafayette, LA 70506

Nicholas A. Russo, Sr.
310 Extonville Rd.
Allentown, NY  08501

Richard J. Cortesi
5316 Camino Montano, N.E.
Albuquerque, NM  87111

Albert R. Garza
589 Manchester
E. Glastonbury, CT 06025-0085

Ronald Fulfer
15315 S. Francis Dr.
Plainfield, IL  60544

Richard Dale Wood
13997 80th Ave. North
Maple Grove, MN 55311

Steve Halprin
1316 Penningtow Place
Concord, NC 28207

Alf Iseback
Sweden
[mail returned, no forwarding address]

Kathryn L. Troccoli
1911 Champlain St.
Ottawa, IL  61350

Ed Pink
Ed Pink Racing Engines, Inc.
14612 Raymer Street
Van Nuys, CA  91405

Montgomery & Andrews, P.A.
325 Paseo De Peralta
Santa Fe, NM  87501
Attn: Kathy Lopez

John Petitto
Town & Country Sports Center, Inc.
U.S. 12 & U.S. 127
Cement City, MI  49233

| | |
|---|---|
| Marcia Taylor<br>Bennett Motor Group Express<br>1001 Industrial Parkway<br>McDonough, GA 30253 | **Courtesy Copies to:**<br>Julie Trent<br>jt@bsblawyers.com |
| Richard Basciani<br>Basciani Foods<br>8876 GapNewport Pike<br>Avondale, PA 19311 | Eugene Sprague<br>esprague@bw-legal.com<br><br>Robert Pitts<br>rpitts@lawrwp.com |
| Rooke Everill<br>Derek John Everill<br>Ken Everill<br>1204 Lake Point Circle<br>McKinne, TX 75050 | Thomas F. Quinn<br>tquinn@tfqlaw.com<br><br>Henry N. Portner, Esq.<br>Pineapple Grove Corporate Center<br>101 Pineapple Grove Way |
| Michael D. Fowler<br>Martha Dickson (Deceased)<br>1680 S.W. St. Lucie West Blvd.<br>Port St. Lucie, FL 34986 | Delray Beach, FL  33444-3703<br><br>**CLAIMANT:**<br>Scott S. Kajiya<br>1644 22nd Street |
| John Inelli<br>17 Old Farmstead Rd.<br>Chester, NJ  07930 | Manhattan Beach, CA  90266<br><br>Jaime Ruiz<br>c/o Peter C. Freeman |
| Eller Industries<br>623 W. Lilac Ct.<br>Louisville, CO  80027 | Law Offices of Peter C. Freeman<br>16485 Laguna Canyon Rd., Suite 230<br>Irvine, CA 92618 |
| **Registered Agent:**<br>Randal L. Hittle<br>[moved, left no forwarding address] | By:   *s/ Peter C. Freeman*<br>         Peter C. Freeman |

John Nicholson
9 Jamaica Lane
Haverhill, MA  01830-2419

**VIA E-MAIL:**
Richard A. Block
President
Sterling Consulting Corporation
4101 E. Louisiana Ave., Suite 300
Denver, CO 80246
**Receiver**
rblock@xpn.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 95-cv-00777-REB-CBS

In re: The Receivership Estate of Indian Motorcycle Manufacturing, Inc., a New Mexico Corporation

___

### ORDER GRANTING MOTION FOR EXTENSION OF TIME
___

THIS MATTER has come before the Court on the Unopposed Motion for Extension of Time of Scott S. Kajiya and Jaime Ruiz.  The Court, having reviewed the Unopposed Motion for Extension of Time and being fully advised and informed in the premises, finds that good cause exists for an order granting the request.

IT IS THEREFORE ORDERED THAT  Scott S. Kajiya and Jaime Ruiz are hereby granted an extension of time up to and including May 11, 2007, within which to respond to the Verified Motion for Judgment.

Dated this ____ day of _____, 2007.

_____
U.S. DISTRICT COURT JUDGE