**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 95-cv-00777-REB-CBS

In re: Receivership Estate of INDIAN MOTORCYCLE
MANUFACTURING, INC., a New Mexico corporation,

**MINUTE ORDER**[1]

     The matter comes before the court on the **Unopposed Motion for Extension of Time** [#2514], filed May 3, 2007. The court has construed this motion as a request to file a response out of time. The request is **GRANTED**. However, the **Response to Receiver's Verified Motion for Judgment, Fees, and Costs Against Scott S. Kajiya and Haime Ruiz** [#2515], filed May 3, 2007, is **STRICKEN** for failure to comply with REB Civ. Practice Standards II.E.1 and V.B.1. Scott S. Kajiya and Jaime P. Ruiz shall have until **May 11, 2007** to refile their response in compliance with these practice standards.

Dated: May 4, 2007
-------------------------------------------------------------------------------------------------------------

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.