UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 95-cv-00777-REB-CBS

In re: Indian Motorcycle Manufacturing, Inc., a New Mexico Corporation

---

**ORDER ON RECEIVER'S: (1) WITHDRAWAL OF MOTION FOR JUDGMENT AGAINST MARTIN CRIST; AND (2) MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT WITH MARTIN CRIST**

THE COURT, upon Receiver's: (1) Withdrawal of Motion for Judgment against Martin Crist; and (2) Motion for Approval of Settlement Agreement with Martin Crist, and being sufficiently advised in the premises,

HEREBY ORDERS that the motion is granted. The receiver's acceptance of the payment from Mr. Crist is approved. The claims against Mr. Crist are dismissed with prejudice, each party to pay its own cost and fees.

Done this ____ day of _____, 2007.

BY THE COURT:

_____
Robert E. Blackburn
District Court Judge