THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 95-cv-00777-REB-CBS

In re:   The Receivership Estate of Indian Motorcycle Manufacturing, Inc., a New Mexico Corporation

---

### UNOPPOSED MOTION FOR EXTENSION OF TIME

---

Pursuant to D.C.COLO.LCivR 6.1(B), Defendants Mark S. Schmitt and McIlnay Schmitt & Button, Ltd, ("Schmitt"), by their attorneys Holland & Hart LLP, move this Court for an Order granting Schmitt an extension of time of four days, up to and including May 25, 2007 within which to respond to the receiver's Verified Motion for Judgment. In support of this Motion, Schmitt states as follows.

1. Receiver Sterling Consulting Corporation (the "Receiver") served the Verified Motion for Judgment upon Schmitt on January 17, 2007.

2. The Receiver and Schmitt have previously stipulated to four 20-day extensions of time for Schmitt to respond to the motion. Pursuant to Judge Blackburn's Order of May 1, 2007, Schmitt's current deadline for filing his response is May 21, 2007.

3. Schmitt and the Receiver initially required more time craft an agreement based on a controlling document that that parties had required more time to locate.

4. Upon locating the document, Schmitt and the Receiver commenced preparing a settlement agreement. However, the process was interrupted when the law firm of Goulston & Storrs, P.C. ("Goulston") filed a Notice of Claim claiming entitlement to the Mendelman funds that are the subject of the anticipated settlement agreement between Schmitt and the Receiver.

As a result of this development, Schmitt required more time to negotiate a resolution with Goulston. The parties have reached an agreement, and are in the process memorializing this agreement for submission to the Court. The parties anticipate having the finalized agreement prepared before the end of this week.

5. Schmitt remains mindful that the current request for extension is adverse to REB Civ. Practice Standard II.G.2, which requires that motions for extension of time be filed no later than three business days prior to the date the pleading to which the extension applies is due. Once again, Schmitt had hoped to avoid making the present request, and therefore apologizes to the Court for not better anticipating the present need.

6. Pursuant to D.C.COLO.LCiv.R. 6.1(D), undersigned counsel states that a copy of the motion has been served upon Schmitt and all counsel of record.

7. Schmitt has previously obtained four extensions, one through stipulation and three extensions through unopposed motion.

**CERTIFICATE OF COMPLIANCE WITH D.C.COLO.L.CIVR 7.1(a)**

Undersigned counsel certifies that on May 21, 2007 he conferred with counsel for the Receiver, who agreed to the requested extension.

WHEREFORE, Schmitt respectfully requests that this Court enter an Order granting Schmitt an extension of time up to and including May 25, 2007, within which to respond to the Receiver's Verified Motion for Judgment.

Respectfully submitted this 21st day of May, 2007.

s/ Christopher H. Toll
Holland & Hart LLP
8390 E. Crescent Pkwy., Suite 400
Greenwood Village, CO  80111-2800
Phone:  (303) 290-1637
Fax:  (303) 975-5300
Email:  ctoll@hollandhart.com

**ATTORNEYS FOR MCILNAY, SCHMITT
& BUTTON, LTD AND MARK S. SCHMITT
CERTIFICATE OF SERVICE**

     I hereby certify that on May 21, 2007, I caused to be electronically filed the foregoing, UNOPPOSED MOTION FOR EXTENSION OF TIME, with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

    jcage@cagewilliams.com
    michael@chodos.com
    jelliff@mofo.com
    dgarfield@bhfs.com
    adam.f.hulbig@usdoj.gov
    mollybeth.kocialski@firstdatacorp.com
    lmk@kutnerlaw.com
    gmoschetti@gcmlawyers.com; gmoschetti@hatchlawyers.com
    mpankow@bhfs.com; mpankow@bhf-law.com
    attatlaw@hotmail.com
    eramey@ir-law.com
    gsmith@fwlaw.com
    esprague@bw-legal.com
    noreene.c.stehlik@usdoj.gov
    jtanner@fwlaw.com
    jt@bsblawyers.com

and I hereby certify that I have caused to be mailed or served the document or paper to the following non-CM/ECF participants by United States mail, postage prepaid, addressed as follows:

| | |
|---|---|
| Mark Schmitt, Esq.<br>James Button, Esq.<br>Bruce McIlnay, Esq.<br>McIlnay Schmitt & Button, Ltd.<br>1150 Washington St.<br>Grafton, WI  53024 | James Duberg, Esq.<br>727 Third Avenue<br>Chula Vista, CA  91910-5803 |
| | Mr. Albert Lucci<br>1930 Wyoming Avenue<br>Fort Pierce, FL  34982 |
| Peter C. Freeman, Esq.<br>Law Offices of Peter C. Freeman<br>16485 Laguna Canyon Road, Suite 230<br>Irvine, CA  92618-3846<br>**Attorney for Scott Kajiya** | Robert J. Danie, Esq.<br>9 Wagon Wheel Drive<br>Feeding Hills, MA  01030 |

4

Peter Sklarew, Esq.
Assistant Chief
Civil Trial Section, Northern Region
United States Department of Justice
Tax Division
Post Office Box 55
Washington, D.C. 20044
**Attorney for IRS**

Noreene C. Stehlik, Esq.
Gerald C. Miller, Esq.
United States Department of Justice
Post Office Box 683
Ben Franklin Station
Washington, D.C. 20044
**Attorney for IRS**

Richard J. Cortesi
5316 Camino Montano, N.E.
Albuquerque, NM 87111

Ronald Fulfer
15315 S. Francis Drive
Plainfield, IL 60544

Steve Halprin
1316 Penningtow Place
Concord, NC 28207

Ed Pink
Ed Pink Racing Engines, Inc.
14612 Raymer Street
Van Nuys, CA 91405

John Petitto
Town & Country Sports Center, Inc.
U.S. 12 & U.S. 127
Cement City, MI 49233

Richard Basciani
Basciani Foods
8876 Gap Newport Pike
Avondale, PA 19311

Robert L. Morrow, Jr. MD
401 N. College Road, #5
Lafayette, LA 70506

Nicholas A. Russo, Sr.
310 Extonville Road
Allentown, NJ 08501

Albert R. Gazza
589 Manchester
E. Glastonbury, CT 06025-0085

Richard Dale Wood
13997 80th Avenue North
Maple Grove, MN 553111

Kathryn L. Troccoli
1911 Champlain Street
Ottawa, IL 61350

Montgomery & Andrews, P.A.
325 Paseo De Peralta
Santa Fe, NM 87501

Marcia Taylor
Bennett Motor Group Express
1001 Industrial Parkway
McDonough, GA 30253

Rooke Everill
Derek John Everill
Ken Everill
1204 Lake Point Circle
McKinney, TX 75070

John Inelli
17 Old Farmstead Road
Chester, NJ 07930

(Returned as Undeliverable):
~~John Nicholson~~
~~22 Thomas Court~~
~~Beverly, MA 01915~~

Michael D. Fowler
Martha Dickson (Deceased)
1680 S.W. St. Lucie West Boulevard
Port St. Lucie FL  34986

~~Eller Industries~~
~~C/o Leonard S. ("Lonnie") Labraiola~~
~~6035 N. 115th Street~~
~~Longmont, CO  80504-8434~~

(Returned as Undeliverable):
~~Steven DeStout~~
~~#1 South Water Street~~
~~Henderson, NV  89105~~

Robert W. Hallock
202 South Merrill Street
Park Ridge, IL  60068-4223

Chuck Krowezyk
1853 South Marshall Circle
Lakewood, CO  80232

Jeffrey M. Perkins
Western Design Engineering, Inc.
808 Airport Road
Jackson, MI  49202

Anthony Pugliese
3145 North Ocean Blvd.
Delray Beach, FL  33483-7369

Hilm Sevimli
c/o Christopher C. Noble, Esq.
Noble & Associates, LLC
11 Pine Street
Plainville, CT  06103

Burt R. Bondy
8130 Prestwick Drive
La Jolla, CA  92037

Ronald Garcia
2505 Madison, N.E.
Albuquerque, NM  87101

Alf Iseback
Gamla Tuvevagen 4
Goteborg, Sweden, 41705

Michael Mandelman
c/o Peter D. Bilowz, Esq.
Goulston & Storrs, P.C.
400 Atlantic Avenue
Boston, MA  02110-3333

Robert W. Pitts
Law Office of Robert W. Pitts
660 Newport Center Drive, Suite 400
Newport Beach, CA  92660

Cassandra Gay Sasso
Baker & Hostetler-Colorado
303 East 17th Avenue, Suite 1100
Denver, CO  80203

Donald Schunk
14840 Sugarwood Trail Drive
Chesterfield, MO  63017-5524

Benny Singer
6205 North Ridgeway Avenue
Chicago, IL  60659

Triad Suspension Technologies, Inc
c/o Lewis M. Druxman, Esq.
6715 Academy Road, NE, Suite B
Albuquerque, NM  87109

(Returned as Undeliverable):
~~Carol Furtier~~
~~2500 Military Trail~~
~~Boca Raton, FL  33431~~


s/ Christopher H. Toll
HOLLAND & HART LLP
8390 E. Crescent Parkway, Suite 400
Greenwood Village, CO  80111-2800
Phone:  (303) 290-1637
Fax:  (303) 975-5300
ctoll@hollandhart.com

**ATTORNEYS FOR MCILNAY SCHMITT & BUTTON, LTD AND MARK S. SCHMITT**

3713022_1.DOC

7