UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 95-cv-00777-REB-CBS

In re:  Indian Motorcycle Manufacturing, Inc., a New Mexico Corporation

_____

**ORDER ON RECEIVER'S:  (1) WITHDRAWAL OF MOTION FOR JUDGMENT AGAINST MARTIN CRIST; AND (2) MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT WITH MARTIN CRIST**

THE COURT, on **Receiver's: (1) Withdrawal of Motion for Judgment against Martin Crist; and (2) Motion for Approval of Settlement Agreement with Martin Crist** [#2518] filed May 21, 2007, and being sufficiently advised in the premises,

**ORDERS** that the motion is granted; thus, the receiver's acceptance of the payment from Martin Crist is approved, and the claims against Martin Crist are dismissed with prejudice, each party to pay its own costs and fees.

Dated May 22, 2007.

                                          **BY THE COURT:**

                                          **s/ Robert E. Blackburn**
                                          **Robert E. Blackburn**
                                          **United States District Judge**