**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  95-cv-00777-REB-CBS

In re: Receivership Estate of INDIAN MOTORCYCLE
MANUFACTURING, INC., a New Mexico corporation,

---

**MINUTE ORDER**[1]

---

      The matter comes before the court on the **Unopposed Motion for Extension of Time** [#2519], filed May 21, 2007.   The motion is **GRANTED**.  Mark S. Schmitt and McIlnay Schmitt & Button, Ltd shall have up to and including **May 25, 2007**, in which to respond to the Verified Motion for Judgment.

Dated:  May 22, 2007
-----------------------------------------------------------------------------------------------------------------

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.