THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 95-cv-00777-REB-CBS

In re:   The Receivership Estate of Indian Motorcycle Manufacturing, Inc., a New Mexico Corporation

## (1) JOINT MOTION TO APPROVE SETTLEMENT AGREEMENT AND (2) UNOPPOSED MOTION TO DISBURSE ESCROWED FUNDS

Sterling Consulting Corporation, as receiver, by and through its attorneys, Fairfield and Woods, P.C., and Defendants Mark S. Schmitt and McIlnay Schmitt & Button, Ltd, ("Schmitt"), by and through their attorneys, Holland & Hart LLP, move this Court for an Order approving the settlement between them; Schmitt also requests, without opposition from the receiver, an Order permitting the receiver to disburse certain escrowed funds as part of a settlement. In support, the parties state:

1. Receiver Sterling Consulting Corporation (the "Receiver") served a Verified Motion for Judgment upon Schmitt on January 17, 2007. The motion seeks recovery of $28,659.95 in restitution of amounts the receiver previously disbursed in 1999 and 2000.

2. The receiver currently holds certain funds in escrow for Michael Mandelman (the "Mandelman Reserve") pursuant to a January 30, 2004 Order entered by the United States District Court for the District of Massachusetts (the "Massachusetts Court") in Case No. 02-11522. The amount currently held in the Mandelman Reserve is approximately $23,500. As the receiver collects additional monies in restitution, 4.47% of those monies are deposited in the Mandelman Reserve.

3. Schmitt's predecessors in interest performed legal services for Mandelman's company Indian Motor Company. Mandelman guaranteed payment of the legal services in the Guaranty attached as Exhibit A. Indian Motor Company owes Schmitt's predecessors in interest over $100,000 for legal services performed. Pursuant to the Guaranty, Mandelman is personally indebted to Schmitt in that amount.

4. Goulston & Storrs, P.C. ("Goulston & Storrs") represented Mandelman in Case No. 02-11522 in the Massachusetts Court prior to the Receivership's transfer to this Court. Goulston & Storrs has over $90,000 in unpaid legal bills for services provided to Mandelman in Case No. 02-11522, including services directly contributing to Mandelman's award of attorney's fees for which the Mandelman Reserve was established. Goulston & Storrs claims an attorney's lien on the funds in the Mandelman Reserve pursuant to M.G.L. c. 221, §50 and provided notice of its attorney's lien to this Court on or about April 10, 2007.

5. The Receiver, Schmitt, and Goulston & Storrs agree that the Mandelman Reserve can and should be used to pay Schmitt and Goulston & Storrs for legal services provided. The parties propose to allocate 50% of the Mandelman Reserve to Schmitt and 50% of the Mandelman Reserve to Goulston & Storrs.

6. Schmitt's portion of the Mandelman Reserve will be disbursed to the Receiver in partial satisfaction of the obligation the receiver claimed against Schmitt in the receiver's January 17, 2007 Motion for Judgment. Schmitt will also make an additional cash payment to the receiver. To the extent the Mandelman Reserve accumulates additional monies going forward, 50% of those monies will go to the receiver in further satisfaction of Mandelman's

obligation to Schmitt under the Guaranty. The Receiver releases any further claim against Schmitt (including McIlnay Schmitt & Button, Ltd).

7. Under the terms of the settlement with the United States, none of the Mandelman Reserve is to be distributed until the United States has been paid $350,000. $350,000 is also the cap on personal liability of Sterling (corporately and not as receiver) and its counsel, Fairfield and Woods.

8. To date, the United States has been paid approximately $320,000, so it is not technically correct that the receiver pay any money out of the escrow yet. In order reach payments of $350,000 to the United States and thereby eliminate the chance of personal liability, however, Sterling and the receiver's counsel are willing to make up the $30,000 difference as soon as the United States acknowledges that this puts an end to the liability of Sterling and the receiver's counsel.

WHEREFORE, the Receiver and Schmitt respectfully request that this Court approve the settlement between them, and Schmitt prays that this Court enter an Order permitting the Receiver to disburse the funds in the Mandelman Reserve as follows: 50% to Goulston & Storrs, P.C. and 50% to the receiver, with future monies to be allocated by the same percentages.

Respectfully submitted this 25th day of May, 2007.

| | |
|---|---|
| /s Christopher H. Toll<br>Christopher H. Toll<br>Holland & Hart LLP<br>8390 E. Crescent Pkwy., Suite 400<br>Greenwood Village, CO  80111-2800<br>Phone:  (303) 290-1637<br>Fax:  (303) 975-5300<br>Email:  ctoll@hollandhart.com<br><br>**ATTORNEYS FOR MCILNAY, SCHMITT & BUTTON, LTD AND MARK S. SCHMITT** | /s Jack Tanner<br>Jack Tanner<br>Fairfield & Woods PC<br>1700 Lincoln St., Suite 2400<br>Denver, CO  80203<br>Phone:  (303) 830-2400<br>Fax:  (303) 830-1033<br>Email:  jtanner@fwlaw.com<br><br>**ATTORNEYS FOR STERLING CONSULTING CORPORATION** |

## CERTIFICATE OF SERVICE

I hereby certify that on May 25, 2007, I caused to be electronically filed the foregoing, (1) JOINT MOTION TO APPROVE SETTLEMENT AGREEMENT AND (2) UNOPPOSED MOTION TO DISBURSE ESCROWED FUNDS, with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

>jcage@cagewilliams.com
>michael@chodos.com
>jelliff@mofo.com
>dgarfield@bhfs.com
>adam.f.hulbig@usdoj.gov
>mollybeth.kocialski@firstdatacorp.com
>lmk@kutnerlaw.com
>gmoschetti@gcmlawyers.com; gmoschetti@hatchlawyers.com
>mpankow@bhfs.com; mpankow@bhf-law.com
>attatlaw@hotmail.com
>eramey@ir-law.com
>gsmith@fwlaw.com
>esprague@bw-legal.com
>noreene.c.stehlik@usdoj.gov
>jtanner@fwlaw.com
>jt@bsblawyers.com

and I hereby certify that I have caused to be mailed or served the document or paper to the following non-CM/ECF participants by United States mail, postage prepaid, addressed as follows:

Mark Schmitt, Esq.
James Button, Esq.
Bruce McIlnay, Esq.
McIlnay Schmitt & Button, Ltd.
1150 Washington St.
Grafton, WI  53024

Peter C. Freeman, Esq.
Law Offices of Peter C. Freeman
16485 Laguna Canyon Road, Suite 230
Irvine, CA  92618-3846
**Attorney for Scott Kajiya**

James Duberg, Esq.
727 Third Avenue
Chula Vista, CA  91910-5803

Mr. Albert Lucci
1930 Wyoming Avenue
Fort Pierce, FL  34982

Robert J. Danie, Esq.
9 Wagon Wheel Drive
Feeding Hills, MA  01030

Peter Sklarew, Esq.
Assistant Chief
Civil Trial Section, Northern Region
United States Department of Justice
Tax Division
Post Office Box 55
Washington, D.C. 20044
**Attorney for IRS**

Noreene C. Stehlik, Esq.
Gerald C. Miller, Esq.
United States Department of Justice
Post Office Box 683
Ben Franklin Station
Washington, D.C. 20044
**Attorney for IRS**

Richard J. Cortesi
5316 Camino Montano, N.E.
Albuquerque, NM 87111

Ronald Fulfer
15315 S. Francis Drive
Plainfield, IL 60544

Steve Halprin
1316 Penningtow Place
Concord, NC 28207

Ed Pink
Ed Pink Racing Engines, Inc.
14612 Raymer Street
Van Nuys, CA 91405

John Petitto
Town & Country Sports Center, Inc.
U.S. 12 & U.S. 127
Cement City, MI 49233

Richard Basciani
Basciani Foods
8876 Gap Newport Pike
Avondale, PA 19311

Robert L. Morrow, Jr. MD
401 N. College Road, #5
Lafayette, LA 70506

Nicholas A. Russo, Sr.
310 Extonville Road
Allentown, NJ 08501

Albert R. Gazza
589 Manchester
E. Glastonbury, CT 06025-0085

Richard Dale Wood
13997 80th Avenue North
Maple Grove, MN 553111

Kathryn L. Troccoli
1911 Champlain Street
Ottawa, IL 61350

Montgomery & Andrews, P.A.
325 Paseo De Peralta
Santa Fe, NM 87501

Marcia Taylor
Bennett Motor Group Express
1001 Industrial Parkway
McDonough, GA 30253

Rooke Everill
Derek John Everill
Ken Everill
1204 Lake Point Circle
McKinney, TX 75070

John Inelli
17 Old Farmstead Road
Chester, NJ 07930

(Returned as Undeliverable):
~~John Nicholson~~
~~22 Thomas Court~~
~~Beverly, MA 01915~~

Michael D. Fowler
Martha Dickson (Deceased)
1680 S.W. St. Lucie West Boulevard
Port St. Lucie FL  34986

~~Eller Industries~~
~~C/o Leonard S. ("Lonnie") Labraiola~~
~~6035 N. 115th Street~~
~~Longmont, CO  80504-8434~~

(Returned as Undeliverable):
~~Steven DeStout~~
~~#1 South Water Street~~
~~Henderson, NV  89105~~

Robert W. Hallock
202 South Merrill Street
Park Ridge, IL  60068-4223

Chuck Krowezyk
1853 South Marshall Circle
Lakewood, CO  80232

Jeffrey M. Perkins
Western Design Engineering, Inc.
808 Airport Road
Jackson, MI  49202

Anthony Pugliese
3145 North Ocean Blvd.
Delray Beach, FL  33483-7369

Hilm Sevimli
c/o Christopher C. Noble, Esq.
Noble & Associates, LLC
11 Pine Street
Plainville, CT  06103

Burt R. Bondy
8130 Prestwick Drive
La Jolla, CA  92037

Ronald Garcia
2505 Madison, N.E.
Albuquerque, NM  87101

Alf Iseback
Gamla Tuvevagen 4
Goteborg, Sweden, 41705

Michael Mandelman
c/o Peter D. Bilowz, Esq.
Goulston & Storrs, P.C.
400 Atlantic Avenue
Boston, MA  02110-3333

Robert W. Pitts
Law Office of Robert W. Pitts
660 Newport Center Drive, Suite 400
Newport Beach, CA  92660

Cassandra Gay Sasso
Baker & Hostetler-Colorado
303 East 17th Avenue, Suite 1100
Denver, CO  80203

Donald Schunk
14840 Sugarwood Trail Drive
Chesterfield, MO  63017-5524

Benny Singer
6205 North Ridgeway Avenue
Chicago, IL  60659

Triad Suspension Technologies, Inc  
c/o Lewis M. Druxman, Esq.  
6715 Academy Road, NE, Suite B  
Albuquerque, NM  87109

(Returned as Undeliverable):  
~~Carol Furtier~~  
~~2500 Military Trail~~  
~~Boca Raton, FL  33431~~

s/ Anne M. Ronan

3714036_3.DOC