# THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 95-cv-00777-REB-CBS

In re:  The Receivership Estate of Indian Motorcycle Manufacturing, Inc., a New
Mexico Corporation

---

### ORDER GRANTING (1) JOINT MOTION TO APPROVE SETTLEMENT AGREEMENT AND (2) UNOPPOSED MOTION TO DISBURSE ESCROWED FUNDS

---

THIS MATTER has come before the Court on the (1) Joint Motion to Approve
Settlement Agreement and (2) Unopposed Motion to Disburse Escrowed Funds of Mark S.
Schmitt and McIlnay Schmitt & Button, Ltd (collectively "Schmitt") and Sterling Consulting
Corporation ("Receiver").  The Court, having reviewed the Joint Motion to Approve Settlement
Agreement and Unopposed Motion to Disburse Escrowed Funds and being fully advised and
informed in the premises, finds that good cause exists for an order granting the requests.

**IT IS THEREFORE ORDERED** that Receiver is permitted to disburse the funds in the
Mandelman Reserve as follows:  50% to Goulston & Storrs, P.C. and 50% to the Receiver, with
future monies to be allocated by the same percentages.

**IT IS FURTHER ORDERED** that the settlement between Schmitt and Receiver is
approved.

Dated May 29, 2007.

BY THE COURT:

**s/ Robert E. Blackburn**
**U.S. DISTRICT JUDGE**

3715729_1.DOC