OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 6   2007

GREGORY C. LANGHAM
CLERK

95-CV-00777-REB-CBS

#2524

Ronald Garcia
2505 Madison, North East
Albuquerque, NM 87101

NIXIE        871   DC 1
RETURN TO SEN
ATTEMPTED - NOT
UNABLE TO FOR
BC: 80294250151    *02

8711033905 CC08
80294@2501