OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

95-CV-777
# 2524
ANK
REB-CBS

RETURNED TO SENDER
ATTEMPTED NOT KNOWN

Chuck Krowczyk
1853 South Marshall Circle
Lakewood, CO 80232

KROW853   802   DE 1 N   C 74
UNABLE TO FORWARD/FOR REVI
NO FORWARDING ORDER ON F
RETURN TO POSTMASTER
OF ORIGINAL ADDRESSEE FOR
BC: 80232706753   PM *0220-054

017H155
HASLER $0.
05/29
Mailed Fr