OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 1 8 2007

GREGORY C. LANGHAM
   CLERK

95-cv-00777 #2524
REB-CBS



017H15524679
HASLER  $0.58⁰
06/29/2007
Mailed From 80202

Benny Singer
North Ridgeway Avenue
Chicago, IL 60659

NIXIE     606   CC 1        22 06/14
       RETURN TO SENDER
         NO SUCH NUMBER
         UNABLE TO FORWARD
BC: 80294250151    *1068-00610-29