# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. **95-cv-00777 REB-CBS**

RECEIVERSHIP ESTATE OF INDIAN MOTORCYCLE MANUFACTURING, INC
STERLING CONSULTING CORPORATION

Plaintiff,

v.

ELLER INDUSTRIES

Defendant

## CERTIFICATE OF MAILING

The undersigned certifies that a copy of the **May 29, 2007, Order [2524],** was resent by mail on **June 19, 2007,** by :Eileen

__X__ deposited the same in the United States Mail, postage prepaid, addresses to:

Benny Singer
6205 North Ridgeway Avenue
Chicago, IL 60659


GREGORY C. LANGHAM, CLERK

By:  s/ Eileen, Deputy Clerk
     Eileen, Deputy Clerk