# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 95-cv-00777-REB-CBS

In re:  The Receivership Estate of Indian Motorcycle Manufacturing, Inc., a New Mexico Corporation

---

### ORDER GRANTING (1) JOINT MOTION TO APPROVE SETTLEMENT AGREEMENT AND (2) UNOPPOSED MOTION TO DISBURSE ESCROWED FUNDS

---

THIS MATTER has come before the Court on the (1) Joint Motion to Approve Settlement Agreement and (2) Unopposed Motion to Disburse Escrowed Funds of Mark S. Schmitt and McIlnay Schmitt & Button, Ltd (collectively "Schmitt") and Sterling Consulting Corporation ("Receiver").  The Court, having reviewed the Joint Motion to Approve Settlement Agreement and Unopposed Motion to Disburse Escrowed Funds and being fully advised and informed in the premises, finds that good cause exists for an order granting the requests.

**IT IS THEREFORE ORDERED** that Receiver is permitted to disburse the funds in the Mandelman Reserve as follows:  50% to Goulston & Storrs, P.C. and 50% to the Receiver, with future monies to be allocated by the same percentages.

**IT IS FURTHER ORDERED** that the settlement between Schmitt and Receiver is approved.

Dated May 29, 2007.

            **BY THE COURT:**

            <u>**s/ Robert E. Blackburn**</u>
            **U.S. DISTRICT JUDGE**

3715729_1.DOC