**THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 95-cv-00777-REB-CBS

In re:   The Receivership Estate of Indian Motorcycle Manufacturing, Inc., a New
         Mexico Corporation

## JOINT MOTION FOR DISMISSAL

Sterling Consulting Corporation, as receiver, by and through its attorneys, Fairfield and Woods, P.C., and Defendants Mark S. Schmitt and McIlnay Schmitt & Button, Ltd (collectively "Schmitt"), by and through their attorneys, Holland & Hart LLP, jointly move this Court for an Order dismissing Schmitt as a party/claimant in the receivership action, with prejudice to any further claims against him by the receiver for additional restitution.  In support, the parties state:

1.   Receiver Sterling Consulting Corporation (the "Receiver") served a Verified Motion for Judgment upon Schmitt on January 17, 2007.  The motion sought recovery of $28,659.95 in restitution of amounts the receiver previously disbursed in 1999 and 2000.

2.   By Order dated May 29, 2007, the Court approved a settlement arrangement between Schmitt and the Receiver.  The performances required under the arrangement have now taken place or will take place shortly, and the receiver's claims will be satisfied.  Accordingly, the Receiver is prepared to dismiss Schmitt as a claimant from the receivership.  Schmitt and the Receiver are authorized to state that counsel for the United States does not object to this relief.

WHEREFORE, the Receiver and Schmitt respectfully request that this Court dismiss Mark S. Schmitt and McIlnay Schmitt & Button, Ltd as claimants from this proceeding, with prejudice to any further claims against them by the receiver for additional restitution (save non-

performance of the settlement agreement).  The parties further request that the Court certify the dismissal as a final judgment pursuant to Fed. R. Civ. P. 54(b).  A proposed Order is being submitted with this motion.

Respectfully submitted this 29th day of June, 2007.

| | |
|---|---|
| /s Christopher H. Toll | /s John M. Tanner |
| Christopher H. Toll | John M. Tanner |
| Holland & Hart LLP | Fairfield & Woods PC |
| 8390 E. Crescent Pkwy., Suite 400 | 1700 Lincoln St., Suite 2400 |
| Greenwood Village, CO  80111-2800 | Denver, CO  80203 |
| Phone:  (303) 290-1637 | Phone:  (303) 830-2400 |
| Fax:  (303) 975-5300 | Fax:  (303) 830-1033 |
| Email:  ctoll@hollandhart.com | Email:  jtanner@fwlaw.com |
| **ATTORNEYS FOR MCILNAY, SCHMITT & BUTTON, LTD AND MARK S. SCHMITT** | **ATTORNEYS FOR STERLING CONSULTING CORPORATION AS RECEIVER** |

2

## CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2007, I caused to be electronically filed the foregoing JOINT MOTION FOR DISMISSAL with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

jcage@cagewilliams.com
michael@chodos.com
jelliff@mofo.com
dgarfield@bhfs.com
adam.f.hulbig@usdoj.gov
mollybeth.kocialski@firstdatacorp.com
lmk@kutnerlaw.com
gmoschetti@gcmlawyers.com; gmoschetti@hatchlawyers.com
mpankow@bhfs.com; mpankow@bhf-law.com
attatlaw@hotmail.com
eramey@ir-law.com
gsmith@fwlaw.com
esprague@bw-legal.com
noreene.c.stehlik@usdoj.gov
jtanner@fwlaw.com
jt@bsblawyers.com

and I hereby certify that I have caused to be mailed or served the document or paper to the following non-CM/ECF participants by United States mail, postage prepaid, addressed as follows:

Mark Schmitt, Esq.
James Button, Esq.
Bruce McIlnay, Esq.
McIlnay Schmitt & Button, Ltd.
1150 Washington St.
Grafton, WI  53024

Peter C. Freeman, Esq.
Law Offices of Peter C. Freeman
16485 Laguna Canyon Road, Suite 230
Irvine, CA  92618-3846
**Attorney for Scott Kajiya**

James Duberg, Esq.
727 Third Avenue
Chula Vista, CA  91910-5803

Mr. Albert Lucci
1930 Wyoming Avenue
Fort Pierce, FL  34982

Robert J. Danie, Esq.
9 Wagon Wheel Drive
Feeding Hills, MA  01030

3

Peter Sklarew, Esq.
Assistant Chief
Civil Trial Section, Northern Region
United States Department of Justice
Tax Division
Post Office Box 55
Washington, D.C.  20044
**Attorney for IRS**

Noreene C. Stehlik, Esq.
Gerald C. Miller, Esq.
United States Department of Justice
Post Office Box 683
Ben Franklin Station
Washington, D.C.  20044
**Attorney for IRS**

Richard J. Cortesi
5316 Camino Montano, N.E.
Albuquerque, NM  87111

Ronald Fulfer
15315 S. Francis Drive
Plainfield, IL  60544

Steve Halprin
1316 Penningtow Place
Concord, NC  28207

Ed Pink
Ed Pink Racing Engines, Inc.
14612 Raymer Street
Van Nuys, CA  91405

John Petitto
Town & Country Sports Center, Inc.
U.S. 12 & U.S. 127
Cement City, MI  49233

Richard Basciani
Basciani Foods
8876 Gap Newport Pike
Avondale, PA  19311

Robert L. Morrow, Jr. MD
401 N. College Road, #5
Lafayette, LA  70506

Nicholas A. Russo, Sr.
310 Extonville Road
Allentown, NJ  08501

Albert R. Gazza
589 Manchester
E. Glastonbury, CT  06025-0085

Richard Dale Wood
13997 80th Avenue North
Maple Grove, MN  553111

Kathryn L. Troccoli
1911 Champlain Street
Ottawa, IL  61350

Montgomery & Andrews, P.A.
325 Paseo De Peralta
Santa Fe, NM  87501

Marcia Taylor
Bennett Motor Group Express
1001 Industrial Parkway
McDonough, GA  30253

Rooke Everill
Derek John Everill
Ken Everill
1204 Lake Point Circle
McKinney, TX  75070

John Inelli
17 Old Farmstead Road
Chester, NJ  07930

*(Returned as Undeliverable):*
~~John Nicholson~~
~~22 Thomas Court~~
~~Beverly, MA  01915~~

4

Michael D. Fowler
Martha Dickson (Deceased)
1680 S.W. St. Lucie West Boulevard
Port St. Lucie FL  34986

*(Returned as Undeliverable):*
~~Eller Industries~~
~~C/o Leonard S. ("Lonnie") Labraiola~~
~~6035 N. 115th Street~~
~~Longmont, CO  80504-8434~~

*(Returned as Undeliverable):*
~~Steven DeStout~~
~~#1 South Water Street~~
~~Henderson, NV  89105~~

Robert W. Hallock
202 South Merrill Street
Park Ridge, IL  60068-4223

*(Returned as Undeliverable):*
~~Chuck Krowezyk~~
~~1853 South Marshall Circle~~
~~Lakewood, CO  80232~~

*(Returned as Undeliverable):*
~~Jeffrey M. Perkins~~
~~Western Design Engineering, Inc.~~
~~808 Airport Road~~
~~Jackson, MI  49202~~

Anthony Pugliese
3145 North Ocean Blvd.
Delray Beach, FL  33483-7369

*(Returned as Undeliverable):*
~~Hilm Sevimli~~
~~c/o Christopher C. Noble, Esq.~~
~~Noble & Associates, LLC~~
~~11 Pine Street~~
~~Plainville, CT  06103~~

Burt R. Bondy
8130 Prestwick Drive
La Jolla, CA  92037

*(Returned as Undeliverable):*
~~Ronald Garcia~~
~~2505 Madison, N.E.~~
~~Albuquerque, NM  87101~~

*(Returned as Undeliverable):*
~~Alf Iseback~~
~~Gamla Tuvevagen 4~~
~~Goteborg, Sweden, 41705~~

Michael Mandelman
c/o Peter D. Bilowz, Esq.
Goulston & Storrs, P.C.
400 Atlantic Avenue
Boston, MA  02110-3333

Robert W. Pitts
Law Office of Robert W. Pitts
660 Newport Center Drive, Suite 400
Newport Beach, CA  92660

Cassandra Gay Sasso
Baker & Hostetler-Colorado
303 East 17th Avenue, Suite 1100
Denver, CO  80203

Donald Schunk
14840 Sugarwood Trail Drive
Chesterfield, MO  63017-5524

Benny Singer
6205 North Ridgeway Avenue
Chicago, IL  60659

5

| | |
|---|---|
| Triad Suspension Technologies, Inc<br>c/o Lewis M. Druxman, Esq.<br>6715 Academy Road, NE, Suite B<br>Albuquerque, NM  87109 | *(Returned as Undeliverable):*<br>~~Carol Furtier~~<br>~~2500 Military Trail~~<br>~~Boca Raton, FL  33431~~ |

                                                  s/ Dorina O'Toole _____
                                                  Dorina O'Toole

3728227_3.DOC