# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 95-cv-00777-REB-CBS

In re:  The Receivership Estate of Indian Motorcycle Manufacturing, Inc., a New Mexico Corporation

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER comes before the Court on the Joint Motion for Dismissal filed by Mark S. Schmitt and McIlnay Schmitt & Button, Ltd and receiver Sterling Consulting Corporation. The Court, having reviewed the Joint Motion and being fully advised and informed in the premises, grants the motion.

IT IS THEREFORE ORDERED that Mark S. Schmitt and McIlnay Schmitt & Button Ltd are dismissed as claimants from this proceeding, with prejudice to any further claims against them by the receiver for additional restitution (but not for final performance of the settlement already approved).  Each party shall pay its own attorneys' fees and costs.  The Court certifies this Order as a final judgment pursuant to Fed. R. Civ. P. 54(b).

Dated _____, 2007.

**BY THE COURT:**

**U.S. DISTRICT COURT JUDGE**