**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 95-cv-00777-REB-CBS

In re: Receivership Estate of INDIAN MOTORCYCLE
MANUFACTURING, INC., a New Mexico corporation,

**MINUTE ORDER**[1]

      The matter before the court is the receiver's **Emergency Motion for Instructions by Receiver** [#2458] filed December 13, 2006. The motion **IS DENIED** without prejudice. The receiver is in the best possible position to determine how to proceed strategically in these circumstances. The "two possible actions" discussed by the receiver in his motion are neither exhaustive nor mutually exclusive. If and when the receiver requests specific relief from the court, his request will be considered.

      Dated: July 10, 2007

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.