OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

95-cv-777-REB-CBS
org dismissal #2531

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 16 2007

GREGORY C. LANGHAM
CLERK

017H15524679
$0.97⁰
07/06/2007
Mailed From 80202
US POSTAGE
HASLER

Carol Furtier
2500 Military Trail
Boca Raton, FL 33431

NIXIE    334    5E 1    75 07/12/07
RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD

BC: 80294250151    *0220-02707-06-46