FICE OF THE CLERK
TATES DISTRICT COURT
A. ARRAJ COURTHOUSE
-19TH ST., ROOM A105
NVER, CO 80294-3589

OFFICIAL BUSINESS

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**JUL 16 2007**

GREGORY C. LANGHAM
CLERK

017H15524679
HASLER $0.970
07/06/2007
Mailed From 80202
US POSTAGE

95-cv-777 #2531 -REB-CBS

Donald Schunk
12572 Durrow Court
St. Louis, MO 63141

NIXIE        631   5E 1        75 07/11/07
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 80294250151       *0520-01020-06-46

63141+6815 C067
80294@2501