ICE OF THE CLERK
ATES DISTRICT COURT
145, U.S. COURTHOUSE
COLORADO 80294-3589

OFFICIAL BUSINESS
LTY FOR PRIVATE USE, $300

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 16 2007

GREGORY C. LANGHAM
CLERK

95-cv-777 #2531-REB-

Eller motors
REFUSED By customer



EllerIndustriesInc
c/o Leonard S. Labraiola
6035 N. 115th Street
Longmont, CO 80504

NIXIE      802   CC 1        74 07/14/07
          RETURN TO SENDER
               REFUSED
          UNABLE TO FORWARD

BC: 80294            *1220-07677-06-43