OFFICE OF THE CLERK
STATES DISTRICT COURT
RED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 16 2007

GREGORY C. LANGHAM
CLERK

017H15524679
HASLER $0.970
07/06/2007
Mailed From 80202
US POSTAGE

95-CV-777 REB-CBS
#2531

Anthony Pugliese
2500 Military Trail
Boca Raton, FL 33431

NIXIE    334   5E 1    76 07/12/07
RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD

BC: 80294250131    *0220-02710-06-46