OFFICE OF THE CLERK
STATES DISTRICT COURT
RED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 1 6 2007

GREGORY C. LANGHAM
CLERK

017H15524679
$0.97⁰
07/06/2007
Mailed From 80202
US POSTAGE
HASLER

REB-CBS
95-cv-777 #2531

Hilm Sevimli
c/o Christopher C. Noble, Esq.
Noble & Associates, LLC
11 Pine Street
Plainville, CT 06103

NIXIE    061    5E 1    39 07/12/07
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 80294250151    *0220-03440-06-46