FICE OF THE CLERK
TATES DISTRICT COURT
D A. ARRAJ COURTHOUSE
1-19TH ST., ROOM A105
NVER, CO 80294-3589

OFFICIAL BUSINESS

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 16 2007

GREGORY C. LANGHAM
CLERK

95-cv-777 REB-CBS
# 2531

017H15524679
HASLER
$0.85⁰
07/06/2007
Mailed From 80202
US POSTAGE

Steven DeStout
#1 South Water Street
Henderson, NV 89105

NIXIE    891  DA 1       00 07/11/07
        RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
        UNABLE TO FORWARD

BC: 80294250151    *1920-03449-06-43

89015+7222
    60294@2501