OFFICE OF THE CLERK
STATES DISTRICT COURT
D A. ARRAJ COURTHOUSE
1-19TH ST., ROOM A105
NVER, CO 80294-3589

OFFICIAL BUSINESS

95-cv-00777-REB-CBS
Return to #2531
Sender

017H15524679
HASLER $0.85⁰
07/06/2007
Mailed From 80202
US POSTAGE

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JUL 17 2007
GREGORY C. LANGHAM
CLERK

RETURN TO SENDER
UNABLE TO FORWARD

Not at this address

TriadSuspensionTechnologies, Inc.
c/o Lewis M. Druxman, Esq.
6715 Academy Road North East
Suite B
Albuquerque, NM 87109

87109+3365