CE OF THE CLERK
ATES DISTRICT COURT
A. ARRAJ COURTHOUSE
9TH ST., ROOM A105
VER, CO 80294-3589

FFICIAL BUSINESS

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 17 2007

**GREGORY C. LANGHAM**
CLERK

Alf Iseback
Gamla Tuvevagen 4
Goteborg, Sweden, 41705

ADRESSAT FINNS EJ
RETUR AVSÄNDARE

95-cv-00777
#2524

017H15524679
HASLER   $1.80⁰
05/29/2007
Mailed From 80202
US POSTAGE