# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No. 95-cv-00777-REB-CBS

In re: Receivership Estate of INDIAN MOTORCYCLE MANUFACTURING, INC., a New Mexico corporation,

## ORDER GRANTING IN PART MOTION TO RECONSIDER ORDER OF RESTITUTION

**Blackburn, J.**

The matter before me is the **Motion To Reconsider Order of Restitution** [#2412], filed October 13, 2006, by Anthony V. Pugliese, III. I grant the motion to the extent necessary to permit Pugliese a reasonable opportunity to file a response to the receiver's **Motion to Reconsider Orders, Amend Orders, and Order Restitution With Incorporated Legal Authority** [#1940], filed November 18, 2005.

Pugliese claims and the receiver confesses that Pugliese did not have notice of the papers and proceedings that resulted in the entry of my **Amended Order Approving And Adopting And Magistrate Judge's Recommendation** [#2338] on July 28, 2006.[1] As a matter of due process and equity, Pugliese should have a reasonable opportunity to respond.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Motion To Reconsider Order of Restitution** [#2412], filed October 13, 2006, by Anthony V. Pugliese, III, **IS GRANTED** in part;

2. That accordingly, Anthony V. Pugliese, III, **SHALL FILE** his response, if any,

---

[1] *See* Pugliese's motion [#2412] at 1, ¶¶ 1-2, and receiver's response [#2430] at 1, ¶ 1.

by August 7, 2007, to the receiver's **Motion to Reconsider Orders, Amend Orders, and Order Restitution With Incorporated Legal Authority** [#1940], filed November 18, 2005; and

    3. That the receiver **MAY FILE** a reply to the response, if any, in the time and manner prescribed by **D.C.COLO.LCivR 7.1C**, and the relevant Practice Standards of this court.

    Dated July 18, 2007, at Denver, Colorado.

    **BY THE COURT:**

    **s/ Robert E. Blackburn**
    **Robert E. Blackburn**
    **United States District Judge**