OFFICE OF THE CLERK
STATES DISTRICT COURT
ED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS



FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JUL 19 2007
GREGORY C. LANGHAM
CLERK

95-cv-777-REB-CBS
#2531

017H15524679
HASLER
$0.85⁰
07/06/2007
Mailed From 80202
US POSTAGE

Chuck Krowczyk
1853 South Marshall Circle
Lakewood, CO 80232

NIXIE       802   DE 1        00 07/10/07
          RETURN TO SENDER
       ATTEMPTED - NOT KNOWN
          UNABLE TO FORWARD