## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 95-cv-00777-REB-CBS

In re: Indian Motorcycle Manufacturing, Inc., a New Mexico Corporation

_____

### JUDGMENT AGAINST MARSHALL D. COOPER

Pursuant to and in accordance with the Order entered by Judge Robert E. Blackburn, on July 23, 2007, granting the receiver's Verified Motion for Judgment, Fees, and Costs Against Marshall D. Cooper, [#2479], filed January 17, 2007, which is incorporated herein by reference as if fully set forth,

It is ORDERED as follows:

1. That pursuant to Fed.R.Civ.P. 58(a), judgment **SHALL ENTER** in favor of the receiver, Sterling Consulting Corporation, against Marshall D. Cooper in the amount of $6,088.00;[1]

2. That the receiver **IS AWARDED** the costs, receiver fees, and attorney fees that were incurred in the filing and prosecution of this motion;

   a. That costs **SHALL BE TAXED** in the time and manner prescribed by Fed.R.Civ.P. 54(d)(1) and D.C.COLO.LCivR 54.1;

   b. That receiver fees **SHALL BE DETERMINED** in the same time and

---

[1] In the court's **Order for Judgment, Fees, and Costs Against Marshall D. Cooper** [#2560] entered July 23, 2007, the court finds and concludes correctly that judgment should enter for $6,088, *see* order at 2, ¶¶ 7-8; however, the court ordered erroneously that judgment enter for $6,0885, *see* order at 3, ¶ 2. This clerical error may and should be corrected *sua sponte* under **Fed.R.Civ.P. 60(a)**. Thus, this judgment is entered for the correct amount of $6,088, and the antecedent order [#2560] is amended accordingly.

     manner prescribed for attorney fees by Fed.R.Civ.P. 54(d)(2) and D.C.COLO.LCivR 54.3; and

  c. That attorney fees **SHALL BE DETERMINED** in the time and manner prescribed by Fed.R.Civ.P 54(d)(2) and D.C.COLO.LCivR. 54.3;and

3. That the judgment entered pursuant to the order is certified to be a final judgment under Fed.R.Civ.P. 54(b).

DATED at Denver, Colorado, this 24th day of July, 2007.

       FOR THE COURT:

       Gregory C. Langham , Clerk

        s/Stephen P. Ehrlich
      By: _____
        Stephen P. Ehrlich
        Chief Deputy

Approved by:

s/ Robert E. Blackburn
Robert E. Blackburn
United States District Judge