**United States Court of Appeals for the Tenth Circuit**
OFFICE OF THE CLERK
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303)844-3157

Elisabeth A. Shumaker
Clerk of Court

Douglas E. Cressler
Chief Deputy Clerk

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 26 2007

July 25, 2007

GREGORY C. LANGHAM
CLERK

95-CV-00777-REB-CBS

Mr. Gregory C. Langham
Clerk
United States District Court for the District of Colorado
Alfred A. Arraj United States Courthouse
Room A105
901 19th Street
Denver, CO 80294-3589

Mr. Gregory C. Smith
Mr. John M. Tanner
Fairfield & Woods
1700 Lincoln Street
Suite 2400, One United Bank Center
Denver, CO 80203

Brad W. Schacht
Otten, Johnson, Robinson, Neff & Ragonetti
950 17th Street
Suite 1600
Denver, CO 80202

Mr. Daniel J. Garfield
Mr. Michael J. Pankow
Brownstein, Hyatt & Farber
410 17th Street, 22nd Floor
Denver, CO 80202

Adam F Hulbig
Gerald C. Miller
Ms. Noreene C. Stehlik
Department of Justice
Tax Division
P.O. Box 683
Ben Franklin Station
Washington, DC 20045-0683

Ms. Eileen J. O'Connor
Mr. Kenneth W. Rosenberg
Mr. Thomas J. Clark
Department of Justice
Tax Division
P. O. Box 502
Washington, DC 20044

Re:     06-1366, In re: Receivership v. -
        Dist/Ag docket:  95-CV-00777-REB-CBS

Dear Clerk and Counsel:

The court filed an order today dismissing this case.  A copy of the order is enclosed for all parties.

Also enclosed for the district court clerk is a certified copy of the dismissal order which is issued as the mandate of the court. Please file it in the records of the district court.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk, Court of Appeals

By: _____
    Deputy Clerk

clk:sds

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

---

STERLING CONSULTING CORPORATION, a Colorado Corporation, as receiver for the Indian Motorcycle Manufacturing Inc., a New Mexico corporation,

    Plaintiff-Receiver - Appellee,

------------------------

MICHAEL PAYNE,

    Claimant - Appellant,

v.

United States of America,

    Intervenor - Appellee.

No. 06-1366
(D.C. No. 95-CV-777-REB-CBS)

---

## ORDER

### Filed July 25, 2007

---

In accordance with Rule 33.1, Rules of the Tenth Circuit, and upon consideration of the joint motion of the parties to voluntarily dismiss this appeal,

A true copy
Teste

Elisabeth A. Shumaker
Clerk, U.S. Court of
Appeals, Tenth Circuit

By _____
Deputy Clerk

IT IS ORDERED that the above appeal be and it hereby is dismissed pursuant to Rule 42(b), Federal Rules of Appellate Procedure. Each party shall bear its own costs. A certified copy of this order shall stand as and for the mandate of the court.

In the event that the district court does not approve the settlement reached by the parties, the court will reinstate this appeal upon motion made by the appellant within 30 days of the order of the district court denying approval of the settlement.

Entered for the Court

ELISABETH A. SHUMAKER, Clerk

by: _____

Deputy Clerk

2