UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 95-cv-00777-REB-CBS

In re:  Indian Motorcycle Manufacturing, Inc., a New Mexico Corporation

_____

**COMBINED MOTIONS TO APPROVE SETTLEMENT AGREEMENTS BETWEEN THE RECEIVER AND CERTAIN CLAIMANTS**

_____

Sterling Consulting Corporation, as receiver, by and through its attorneys, Fairfield and Woods, P.C., hereby files this these combined motions (the "Motions") to approve various settlement agreements between the receiver and certain claimants, and as grounds therefor states as follows:

1. On November 18, 2005, the Receiver filed a Motion to Reconsider Orders, Amend Order, and Order Restitution (the "Motion for Restitution") in the Receivership Case.

2. On December 13, 2005, the honorable Magistrate Judge O. Edward Schlatter conducted a hearing on the Motion for Restitution.  Mr. Burt Bondy, a Claimant appearing *pro se*, made an objection to the Motion during the hearing.

3. On December 14, 2005, Judge Schlatter entered his Recommendation that Receiver's Motion for Reconsideration be Granted (the "Restitution Recommendation"). .

4. On July 28, 2006, this Court entered its Amended Order Approving and Adopting Magistrate Judge's Recommendation (the "Restitution Order").

5. Meanwhile, Mr. Michael Payne, who appeared *pro se* at the hearing, but did not object, filed a formal objection to the Restitution Recommendation.

6. Mr. Payne's objection was overruled by this Court and he appealed to the 10th Circuit Court of Appeals. The 10th Circuit issued an order to show cause questioning whether the July 28, 2006 order was interlocutory. The United States filed a response taking the position that the Restitution Order was interlocutory and that claimants would have to await the entry of final separate judgments against each of them, resolving any claimant-specific issues, in order to appeal. Payne's objection has been resolved by settlement and approved by this Court and his appeal has been dismissed**.**

7. After the entry of the Restitution Order, numerous Claimants made restitution, but others were reluctant to do so while Mr. Payne's appeal was pending.

8. After the receiver notified Claimants that it had entered into a settlement agreement with Mr. Payne (May 29, 2007), the receiver and these Claimants agreed to resolve restitution issues by settlement.

9. While the resolution was progressing, the receiver achieved substantial agreement with many of the Claimants, and was (and is) proceeding to reduce those settlement agreements to writing.

10. While this process was occurring, this Court entered a series of Judgments, some of which were claims against Claimants the receiver had resolved by negotiation, but had not submitted for approval.

11. All Claims that the receiver has had an opportunity to reduce to writing are included within these Motions for approval. In each instance, the receiver has agreed to (a) a complete and mutual release, (b) request this Court to Vacate the Judgment after each Claimant has made payment in full under that Claimant's respective settlement agreement, and (c) request a dismissal with prejudice after each Claimant has made payment in full under that Claimant's respective settlement agreement.

12. Due to the time constraints of the receiver and its counsel, the receiver has been unable to complete the settlements with a few additional Claimants against which a Judgment was recently entered. The receiver expects to file one additional Combined Motion as to those Claimants as soon as possible.

13. The Claimants with which the receiver has settled and are subject to approval under this Combined Motion are:

   a. Mr. Joseph Fredricksen – $5,000 – Early payment amount [20% of claim in lieu of 24.35%]. Claims he was not informed of restitution;

   b. Mr. Donell Blodgett, Santa Rosa Vee-twin, Inc., and Indian Motorcycle Santa Rosa – $6,087.50 – Payment of restitution minus deposits;

   c. Mr. Donald Schunk, Queenston Motors, Ltd., and Indian Motorcycle Bridgeton – $19,120.84 – Payment for one dealership fee and one deposit. Excluding one dealership that he claims he never received;

   d. Mr. Gary Torre – $5,000 – two payments of $2,500, the first of which has been received, the second of which will be paid by September 6, 2007. (The early payment discount is being allowed because the receiver previously contacted the wrong person when seeking payment);

    e.    Mr. Ronald Garcia – $15,000 – paid by Isabel Garcia in one payment of $2,500 and ten payments of $1,250 (;early payment discount was allowed due to problems in serving Mr. Garcia with notice)

    f.    Mr. Steven Halprin and Excel Motorsports, Inc. – $16,000 – early payment discount. Claims he was not informed of restitution; and

    g.    Hacienda Motorcycles, Inc. – $2,155.17 – 43.101% of 20% of the claim amount (the compromise reflects that the claimant was legally dissolved and the distributees from the dissolution have potential defenses to personal liability).

14.    A copy of the settlement for each Claimant listed above is attached as an exhibit to this Combined Motion designated by the subparagraph letter opposite the Claimant's name above (e.g., Mr. Fredrickson's settlement agreement, subparagraph 15.a. above, is attached as Exhibit A).

15.    Undersigned counsel has conferred with the United States and the United States has no objection to the settlements that are the subject of this Combined Motion.

16.    For the Court's convenience, a Proposed Order for each settlement agreement entered into by the receiver is submitted herewith.

WHEREFORE, Sterling Consulting Corporation, as receiver, prays that this Court approve the settlement agreements between it and: (a) Mr. Joseph Fredricksen, (b) Mr. Donell Blodgett, Santa Rosa Vee-twin, Inc., and Indian Motorcycle Santa Rosa, (c) Mr. Donald Schunk, Queenston Motors, Ltd., and Indian Motorcycle Bridgeton, (d) Mr. Gary Torre, (e) Mr. Ronald Garcia, (f) Mr. Steven Halprin and Excel Motorsports, Inc., and (g) Hacienda Motorcycles, Inc.; that it dismiss the above claimants with prejudice after each Claimant has made

4

payment in full under that Claimant's respective settlement agreement, that it vacate the Judgments against them after each Claimant has made payment in full under that Claimant's respective settlement agreement; and that it grant such other and further relief as the Court deems just and proper.

Respectfully submitted this 17th day of August, 2007.

By: *s/ John M. Tanner*
Fairfield and Woods, P.C.
1700 Lincoln Street, Suite 2400
Denver, CO  80203-4524
Phone:  (303) 830-2400
Fax:  (303) 830-1033
Email:  jtanner@fwlaw.com

Attorney for Sterling Consulting Corporation, as receiver

### CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses or as indicated below or by United States Mail, postage prepaid:

**VIA CM/ECF TO:**

Alan Lemont Hale Esq.
Hale Friesen, LLP
1430 Wynkoop St., Ste. 300
Denver, CO  80202
**Attorney for Richard Basciani, N. Rooke Everill, Pres./Everill Bros., Inc., John H. Nicholson or Virginia A. Nicholson**
ahale@haldfriesen.com

Edward T. Ramey, Esq.
Stuart H. Pack, Esq.
Isaacson Rosenbaum
  Woods and Levy
633 17th St., Ste. 2200
Denver, CO  80202

**Attorneys for William R. Childs, Scott McCormick, Jr., Douglas Walliser, Ronald Schiff, Edward Pacelli, Morty Lempel, A.B. Goldberg, First Entertainment, Harvey Rosenberg**
eramey@ir-law.com
spack@ir-law.com

James R. Cage, Esq.
Cage Williams Abelman
  & Layden, P.C.
St. Elmo Bldg.
1433 17th St.
Denver, CO  80202-1273
**Attorney for Carl D. Lucci/Albert R. Lucci**
jcage@cagewilliams.com

5

J. Eric Ellliff, Esq.  
Kristen Taylor-Randall, Esq.  
Morrison & Foerster, LLP  
370 17th St., Ste. 3550  
Denver, CO  80203  
**Attorney for IMCOA**  
jelliff@mofo.com  

Adam F. Hulbig  
Trial Attorney, Tax Division  
US Dept. of Justice  
PO Box 683  
Ben Franklin Station  
Washington, DC  20044  
**Attorney for United States of America**  
adam.f.hulbig@usdoj.gov  

Gary C. Moschetti, Esq.  
Hatch & Moschetti, LLP  
1800 Glenarm Pl., 9th Floor  
Denver, CO  80202  
**Attorney for Edward Leal**  
gmoschetti@hatchlawyers.com  

Cassandra Sasso, Esq.  
Baker & Hostetler  
303 E. 17th Ave., Ste. 1100  
Denver, CO  80203-1264  
**Attorney for Michelle Lean**  
csasso@bakerlaw.com  

Michael J. Pankow  
Daniel J. Garfield  
Brownstein Hyatt & Farber PC  
410 17th Street, Suite 2200  
Denver, CO  80202  
**Attorneys for Michael Payne**  
mpankow@bhf-law.com  
dgarfield@bhf-law.com  

**VIA UNITED STATES MAIL:**  
James Duberg, Esq.  
727 Third Ave.  
Chula Vista, CA  91910-5803  

Mark S. Schmittt, Esq.  
Maier, Mcilnay Schmitt & Button  
1150 Washington St.  
Grafton, WI  53024-1916  
**Attorney for Miller Simon & Maier**  

Peter C. Freeman, Esq.  
Law Offices of Peter C. Freeman  
16485 Laguna Canyon Rd., Ste. 230  
Irvine, CA  92618-3846  
**Attorney for Scott Kajiya**  

Mr. Albert Lucci  
1930 Wyoming Ave.  
Fort Pierce, FL  34982  

Peter Sklarew, Esq.  
Assistant Chief  
Civil Trial Section, Northern Region  
United States Dept. of Justice  
Tax Division  
PO Box 55  
Washington, D.C.  20044  
**Attorney for IRS**  

Robert J. Danie, Eq.  
9 Wagon Wheel Drive  
Feeding Hills, MA  01030  

Noreene C. Stehlik, Esq.  
U.S. Dept. of Justice  
PO Box 683  
Ben Franklin Station  
Washington, D.C.  20044  
**Attorney for IRS**  

Robert L. Morrow, Jr., MD  
401 N. College Rd., #5  
Lafayette, LA  70506  

Nicholas A. Russo, Sr.  
310 Extonville Road  
Allentown, NJ  08501  

6

Richard J. Cortesi
5316 Camino Montano, N.E.
Albuquerque, NM  87111

Albert R. Gazza
589 Manchester
E. Glastonbury, CT  06025-0085

Ronald Fulfer
15315 S. Francis Dr.
Plainfield, IL  60544

Richard Dale Wood
13997 80th Ave. North
Maple Grove, MN  55311

Steve Halprin
1316 Penningtow Place
Concord, N.C.  28207

Alf Iseback
**SWEDEN**
[mail returned, no forwarding address]

Kathryn L. Troccoli
1911 Champlain St.
Ottawa,IL  61350

Ed Pink
Ed Pink Racing Engines, Inc.
14612 Raymer Street
Van Nuys, CA  91405

Montgomery & Andrews, P.A.
325 Paseo De Peralta
Santa Fe, NM  87501

John Petitto
Town & Country Sports Center, Inc.
U.S. 12 & U.S. 127
Cement City, MI  49233

Marcia Taylor
Bennett Motor Group Express
1001 Industrial Parkway
McDonough, GA  30253

Richard Basciani
Basciani Foods
8876 GapNewport Pike
Avondale, PA  19311

Rooke Everill
Derek John Everill
Ken Everill
1204 Lake Point Circle
McKinne, TX  75070

Michael D. Fowler
Martha Dickson (Deceased)
1680 S.W. St. Lucie West Blvd.
Port St. Lucie, FL  34986

John Inelli
17 Old Farmstead Rd.
Chester, NJ  07930

Eller Industries
c/o Leonard S. ("Lonnie") Labraiola
6035 N. 115th Street
Longmont, CO  80504-8434

**Registered Agent:**
Randal L. Hittle
[moved, left no forwarding address]

John Nicholson
22 Thoreau Ct.
Beverly, MA  01915

**VIA E-MAIL:**
Richard A. Block
President
Sterling Consulting Corporation
4101 E. Louisiana Ave., Ste. 300
Denver, CO  80246
**Receiver**
rblock@xpn.com

7

**Courtesy Copies to:**
Julie Trent
jt@bsblawyers.com

Eugene Sprague
esprague@bw-legal.com

Michael Chodos
michael@chodos.com

Robert Pitts
rpitts@lawrwp.com

Thomas F. Quinn
tquinn@tfqlaw.com

Henry N. Portner, Esq.
Pineapple Grove Corporate Center
101 Pineapple Grove Way
Delray Beach, FL  33444-3703


By:   *s/ Monica Houston*
          Fairfield and Woods, P.C.
          1700 Lincoln St., #2400
          Denver, CO  80203
          Phone:  (303) 830-2400
          Fax:  (303) 830-1033
          Email:  jtanner@fwlaw.com