This Settlement Agreement (this "Agreement") is made and entered into effective the 20th day of July, 2007, by and between Joseph R. Fredricksen, a Texas resident, and Sterling Consulting Corporation, as Receiver for the Estate of Indian Motorcycle Manufacturing Corporation ("Receiver").

Whereas, Sterling claimed in Civil Action No. 95-cv-00777 pending in the United States Court for the District of Colorado ("the Action") that Mr. Fredricksen owed certain sums, and

Whereas, a dispute has arisen as to whether such amounts are actually owed and whether jurisdiction over Fredricksen is proper; and

Whereas, the parties to this Agreement desire to avoid further litigation.

Now, Therefore, in consideration of the mutual covenants contained herein, and for other good and valuable consideration, receipt of which is hereby acknowledged, the parties agree as follows:

1. <u>Payment.</u>  Upon execution of this Release, Mr. Fredricksen agrees to pay the Receiver the sum of Five Thousand Dollars ($5,000.00).

2. <u>Release and Covenant Not to Sue.</u>  The Receiver hereby releases and discharges forever Mr. Fredricksen and his spouse, marital community, heirs, and assigns (collectively referred to as the "Fredricksen Parties") from any and all claims, rights, demands, suits, causes of action, damages, costs, fees, expenses and civil liabilities of any nature whatsoever, that it has or claims to have, related in any way to the Action.

3. <u>Release and Covenant Not to Sue.</u>  Mr. Fredricksen, on behalf of himself and the Fredricksen Parties, hereby releases and discharges forever the Receiver and its representatives from any and all claims, rights, demands, suits, causes of action, damages, costs, fees, expenses

the Action.

4. <u>Dismissal with Prejudice.</u> The Receiver also agrees to file a motion to dismiss Mr. Fredricksen, with prejudice, each party to bear its own fees and costs, from the Action.

5. <u>Choice of Law.</u> This Agreement shall be governed and construed in accordance with the laws of the State of Colorado.

6. <u>Termination.</u> This Agreement may be terminated by the receiver if the receiver has not received the $5,000 payment described in paragraph 1 above within SEVEN (7) days of the date of this Settlement Agreement.

7. <u>Potential Federal Income Tax Consequences.</u> Although the Receiver is unable to give specific tax advice to specific claimants, the Receiver understands that, as a general principle, amounts disgorged by claimants may entitle them to claim a capital loss for tax purposes or, if they reported what they received in 1999/2000 as gross income, may entitle them to take advantage of the special rules under section 1341 of the Internal Revenue Code, although each claimant should consult with their own tax advisor.

8. <u>Entire Agreement.</u> This Agreement has been freely entered into by the parties, and no representations other than those in this Agreement have been made or relied upon by any party. This Agreement and its accompanying instruments constitute the entire agreement between the parties and may not be modified orally.

9. <u>Construction.</u> The parties agree that in the event of any dispute arising from this Agreement, its language shall not be construed more strictly against or in favor of the interests of any party.

In Witness Whereof, the parties have executed this Agreement as of the date hereof.

RECEIPT.

Joseph R. Fredricksen                    *Joseph R Fredricksen*

and

Indian Motorcycle Manufacturing Inc.     By: *[signature]*

Richard A. Block, President
Sterling Consulting Corporation,
As Receiver