## SETTLEMENT AGREEMENT, RELEASE AND COVENANT NOT TO SUE

This Settlement Agreement ("Agreement") is made and entered into this 12th day of July, 2007, by and between DONELL J. BLODGETT, an California resident, and STERLING CONSULTING CORPORATION, as Receiver for the Estate of Indian Motorcycle Manufacturing Corporation ("Receiver").

WHEREAS, Sterling claimed in Civil Action No. 95-cv-00777 pending in the United States Court for the District of Colorado ("the Action"); that Crist owed certain sums and

WHEREAS, a dispute has arisen as to whether such amounts are actually owed and whether jurisdiction over Crist is proper; and

WHEREAS, the parties to this Agreement desire to avoid further litigation;

NOW, THEREFORE, in consideration of the mutual covenants contained herein, and for other good and valuable consideration, receipt of which is hereby acknowledged, the parties agree as follows:

1. <u>Payment.</u>  Upon execution of this Release [Jack, you can say that the ~~The~~ receiver will hold the money pending an Order dismissing with prejudice if they come back on this one], BLODGETT agrees to pay the Receiver the sum of SIX THOUSAND AND EIGHTY SEVEN DOLLARS AND FIFTY CENTS ($6,087.50).

2. <u>Release and Covenant Not to Sue.</u>  The Receiver hereby releases and discharges forever BLODGETT and his spouse, marital community, heirs, and assigns (collectively referred to as the "BLODGETT Parties") from any and all claims, rights, demands, suits, causes of action, damages, costs, fees, expenses and civil liabilities of any nature whatsoever, that it has or claims to have, related in any way to the Action.

3. <u>Release and Covenant Not to Sue.</u>  BLODGETT, on behalf of himself and the BLODGETT Parties hereby releases and discharges forever the Receiver and its representatives from any and all claims, rights, demands, suits, causes of action, damages, costs, fees, expenses and civil liabilities of any nature whatsoever, that it has or claims to have, related in any way to the Action.

3.    Dismissal with Prejudice. The Receiver also agrees to file a motion to dismiss ~~CRIST~~ BLODGETT, with prejudice, each party to bear its own fees and costs, from the Action.

2.    Choice of Law. This Agreement shall be governed and construed in accordance with the laws of the State of Colorado.

3.

4.    Entire Agreement. This Agreement has been freely entered into by the parties, and no representations other than those in this Agreement have been made or relied upon by any party. This Agreement and its accompanying instruments constitute the entire agreement between the parties and may not be modified orally.

5.    Construction. The parties acknowledge that they were represented by counsel in connection with the negotiation and preparation of this Agreement, and in the event of any dispute arising from this Agreement, its language shall not be construed more strictly against or in favor of the interests of any party.

IN WITNESS WHEREOF, the parties have executed this Agreement as of the date hereof.

DONELL J. BLODGETT

_/s/ Donell J Blodgett_

INDIAN MOTORCYCLE MANUFACTURING INC.
By: _/s/_

Richard A. Block
Sterling Consulting Corporation
Receiver