# SETTLEMENT AGREEMENT, RELEASE, AND COVENANT NOT TO SUE

This Settlement Agreement (this "Agreement") is made and entered into this 26th day of July, 2007, by and between Donald C. Schunk, a Missouri resident, and Sterling Consulting Corporation, as Receiver for the Estate of Indian Motorcycle Manufacturing Corporation (the "Receiver").

Whereas, Sterling claimed in Civil Action No. 95-cv-00777 pending in the United States Court for the District of Colorado ("the Action") that Mr. Schunk, and two companies of which he was an officer, Queenston Motors, LTD, and Indian Motorcycle Bridgeton (the "Schunk Parties"), owed certain sums,

Whereas, a dispute has arisen as to whether such amounts are actually owed and whether jurisdiction over Schunk is proper;

Whereas, the Receiver obtained a Judgment against the Schunk parties in the Receivership Action after the Schunk Parties and the Receiver had reached substantial agreement on this Settlement Agreement; and

Whereas, the parties to this Agreement desire to avoid further litigation.

Now, Therefore, in consideration of the mutual covenants contained herein, and for other good and valuable consideration, receipt of which is hereby acknowledged, the parties agree as follows:

1. <u>Payment.</u>  Upon execution of this Release, Mr. Schunk agrees to pay the Receiver the sum of Nineteen Thousand One Hundred Twenty Dollars and Eighty Four cents ($19,120.84).

Settlement Agreement
July 26, 2007
Page 2.

2. <u>Release and Covenant Not to Sue</u>. The Receiver hereby releases and discharges forever the Schunk Parties from any and all claims, rights, demands, suits, causes of action, damages, costs, fees, expenses, and civil liabilities of any nature whatsoever, that it has or claims to have, related in any way to the Action.

3. <u>Release and Covenant Not to Sue</u>. Mr. Schunk, on behalf of himself and the Schunk Parties, hereby releases and discharges forever the Receiver and its representatives from any and all claims, rights, demands, suits, causes of action, damages, costs, fees, expenses and civil liabilities of any nature whatsoever, that it has or claims to have, related in any way to the Action.

4. <u>Dismissal with Prejudice</u>. The Receiver also agrees to file a motion to dismiss Mr. Schunk, with prejudice, each party to bear its own fees and costs, from the Action.

5. <u>Vacate Judgment</u>. The Receiver also agrees to include in the motion to dismiss a request to vacate the Judgment obtained against the Schunk Parties.

6. <u>Choice of Law</u>. This Agreement shall be governed and construed in accordance with the laws of the State of Colorado.

Settlement Agreement
July 26, 2007
Page 3.

7. <u>Termination</u>. This Agreement may be terminated by the receiver if the receiver has not received the $19,120.84 payment described in paragraph 1 above within seven (7) days of the date of this Settlement Agreement.

8. <u>Entire Agreement</u>. This Agreement has been freely entered into by the parties, and no representations other than those in this Agreement have been made or relied upon by any party. This Agreement and its accompanying instruments constitute the entire agreement between the parties and may not be modified orally.

9. <u>Construction</u>. The parties agree that in the event of any dispute arising from this Agreement, its language shall not be construed more strictly against or in favor of the interests of any party.

In Witness Whereof, the parties have executed this Agreement as of the date hereof.

Donald C. Schunk

And

Indian Motorcycle Manufacturing Inc.

*[signature]* 07-27-07

By: *[signature]*
Richard A. Block, President
Sterling Consulting Corporation,
As Receiver