# SETTLEMENT AGREEMENT, RELEASE, AND COVENANT NOT TO SUE

This Settlement Agreement (this "Agreement") is made and entered into this 1st day of August, 2007, by and between Gary J. Torre, a Pennsylvania resident, and Sterling Consulting Corporation, as Receiver for the Estate of Indian Motorcycle Manufacturing Corporation (the "Receiver").

Whereas, Sterling claimed in Civil Action No. 95-cv-00777 pending in the United States Court for the District of Colorado ("the Action") that Mr. Torre owed certain sums,

Whereas, a dispute has arisen as to whether such amounts are actually owed and whether jurisdiction over Mr. Torre is proper;

Whereas, the Receiver obtained a Judgment against Mr. Torre in the Receivership Action after Mr. Torre and the Receiver had reached substantial agreement on this Settlement Agreement; and

Whereas, the parties to this Agreement desire to avoid further litigation.

Now, Therefore, in consideration of the mutual covenants contained herein, and for other good and valuable consideration, receipt of which is hereby acknowledged, the parties agree as follows:

1. <u>Payment.</u>  Upon execution of this Release, Mr. Torre agrees to pay the Receiver the sum of FiveThousand Dollars ($5,000). This amount shall be paid in two installments of Two Thousand Five Hundred Dollars ($2,500). The first of such payments shall be delivered no later than Monday, August 6, 2007. The second of such payments shall be delivered no later than Thursday, September 6, 2007.

Settlement Agreement
July 31, 2007
Page 2.

    2.    <u>Release and Covenant Not to Sue</u>.  Upon receipt of full payment of the amounts in paragraph 1 above, the Receiver shall release and discharge forever Mr. Torre from any and all claims, rights, demands, suits, causes of action, damages, costs, fees, expenses, and civil liabilities of any nature whatsoever, that it has or claims to have, related in any way to the Action.

    3.    <u>Release and Covenant Not to Sue</u>.  Mr. Torre, on behalf of himself, shall release and discharge forever the Receiver and its representatives from any and all claims, rights, demands, suits, causes of action, damages, costs, fees, expenses and civil liabilities of any nature whatsoever, that it has or claims to have, related in any way to the Action.

    4.    <u>Dismissal with Prejudice</u>.  Upon receipt of full payment of the amounts in paragraph 1 above, the Receiver agrees to file a motion to dismiss Mr. Torre, with prejudice, each party to bear its own fees and costs, from the Action.

    5.    <u>Vacate Judgment</u>.  Upon receipt of full payment of the amounts in paragraph 1 above, the Receiver agrees to include in the motion to dismiss a request to vacate the Judgment obtained against Mr. Torre.

    6.    <u>Choice of Law</u>.  This Agreement shall be governed and construed in accordance with the laws of the State of Colorado.

Settlement Agreement
July 31, 2007
Page 3.

    7. <u>Termination</u>. This Agreement may be terminated by the receiver if the receiver has not received the $5,000 payment described in paragraph 1 above by September 6, 2007.

    8. <u>Entire Agreement</u>. This Agreement has been freely entered into by the parties, and no representations other than those in this Agreement have been made or relied upon by any party. This Agreement and its accompanying instruments constitute the entire agreement between the parties and may not be modified orally.

    9. <u>Construction</u>. The parties agree that in the event of any dispute arising from this Agreement, its language shall not be construed more strictly against or in favor of the interests of any party.

    In Witness Whereof, the parties have executed this Agreement as of the date hereof.

Gary J. Torre      _/s/ Gary J. Torre_    8/13/07

And

Indian Motorcycle Manufacturing Inc.    By: _/s/ Richard A. Block_
Richard A. Block, President
Sterling Consulting Corporation,
As Receiver