## SETTLEMENT AGREEMENT, RELEASE, AND COVENANT NOT TO SUE

This Settlement Agreement (this "Agreement") is made and entered into this 13th day of August, 2007, by and between Isabel Garcia, a New Mexico resident, on behalf of Mr. Ronald Garcia, and Sterling Consulting Corporation, as Receiver for the Estate of Indian Motorcycle Manufacturing Corporation (the "Receiver").

Whereas, Sterling claimed in Civil Action No. 95-cv-00777 pending in the United States Court for the District of Colorado ("the Action") that Ronald Garcia owed certain sums,

Whereas, a dispute has arisen as to whether such amounts are actually owed and whether jurisdiction over Ronald Garcia is proper;

Whereas, the Receiver obtained a Judgment against Ronald Garcia in the Receivership Action after Isabel Garcia and the Receiver had reached substantial agreement on this Settlement Agreement; and

Whereas, the parties to this Agreement desire to avoid further litigation.

Now, Therefore, in consideration of the mutual covenants contained herein, and for other good and valuable consideration, receipt of which is hereby acknowledged, the parties agree as follows:

1. <u>Payment.</u>  Upon execution of this Release, Isabel Garcia agrees to pay the Receiver the sum of Fifteen Thousand Dollars ($15,000.00) (The "Settlement Payment") in one payment of $2,500 by August 15, 2007 and ten monthly payments of $1,250; the first of which shall be received by September 15, 2007 and the last of which shall be received by June 15, 2008.

2. <u>Release and Covenant Not to Sue.</u>  The Receiver hereby releases and discharges forever Ronald Garcia, Isabel Garcia, and their heirs, successors, and assigns from any and all claims, rights, demands, suits, causes of action, damages,

Settlement Agreement
August 13, 2007
Page 2.

costs, fees, expenses, and civil liabilities of any nature whatsoever, that it has or claims to have, related in any way to the Action.

3. <u>Release and Covenant Not to Sue</u>. Ronald Garcia and Isabel Garcia, on behalf of themselves and their heirs, successors, and assigns, hereby release and discharge forever the Receiver and its representatives from any and all claims, rights, demands, suits, causes of action, damages, costs, fees, expenses, and civil liabilities of any nature whatsoever, that it has or claims to have, including but not limited to any claims related in any way to the Action.

4. <u>Dismissal with Prejudice</u>. The Receiver also agrees to file a motion to dismiss Ronald Garcia and Isabel Garcia, with prejudice, each party to bear its own fees and costs, from the Action.

5. <u>Vacate Judgment</u>. The Receiver also agrees to include in the motion to dismiss a request to vacate the Judgment obtained against Ronald Garcia. The receiver will promptly transmit to Isabel Garcia a copy of the Motion and Orders demonstrating that the Judgment has been vacated.

6. <u>Choice of Law</u>. This Agreement shall be governed and construed in accordance with the laws of the State of Colorado.

7. <u>Termination</u>. This Agreement may be terminated by the receiver if the receiver has not received the $15,000.00 payment described in paragraph 1 above by June 15, 2008 or if the receiver does not receive any or all of the installment payments.

Settlement Agreement
August 13, 2007
Page 3.

    8.    <u>Entire Agreement</u>.  This Agreement has been freely entered into by the parties, and no representations other than those in this Agreement have been made or relied upon by any party.  This Agreement and its accompanying instruments constitute the entire agreement between the parties and may not be modified orally.

    9.    <u>Construction</u>.  The parties agree that in the event of any dispute arising from this Agreement, its language shall not be construed more strictly against or in favor of the interests of any party.

In Witness Whereof, the parties have executed this Agreement as of the date hereof.

Isabel Garcia

And

Indian Motorcycle Manufacturing Inc.

By: _____
Richard A. Block, President
Sterling Consulting Corporation,
As Receiver