# SETTLEMENT AGREEMENT, RELEASE, AND COVENANT NOT TO SUE

This Settlement Agreement (this "Agreement") is made and entered into this 14th day of August, 2007, by and between Steven B. Halprin, a North Carolina resident ("Halprin"), and Excel Motorsports, Inc., a North Carolina corporation ("Excel"; Halprin and Excel are collectively described as "the Halprin Defendants"), and Sterling Consulting Corporation, as Receiver for the Estate of Indian Motorcycle Manufacturing Corporation (the "Receiver").

Whereas, Sterling claimed in Civil Action No. 95-cv-00777 pending in the United States Court for the District of Colorado ("the Action") that the Halprin Defendants owed certain sums,

Whereas, a dispute has arisen as to whether such amounts are actually owed and whether jurisdiction over the Halprin Defendants is proper;

Whereas, the Receiver obtained a Judgment against the Halprin Defendants in the Action after the Halprin Defendants and the Receiver had reached substantial agreement on this Settlement Agreement; and

Whereas, the parties to this Agreement desire to avoid further litigation.

Now, Therefore, in consideration of the mutual covenants contained herein, and for other good and valuable consideration, receipt of which is hereby acknowledged, the parties agree as follows:

Settlement Agreement
August 14, 2007
Page 2.

1. <u>Payment.</u> Upon execution of this Release, the Halprin Defendants agree to pay the Receiver the sum of Sixteen Thousand Dollars ($16,000.00) ("Settlement Payment").

2. <u>Release and Covenant Not to Sue.</u> The Receiver, on behalf of himself and the Estate if Indian Motorcycle Manufacturing Corporation, hereby releases and discharges forever the Halprin Defendants and their heirs, successors, and assigns from any and all claims, rights, demands, suits, causes of action, damages, costs, fees, expenses, and civil liabilities of any nature whatsoever, that it has or claims to have, related in any way to the Action.

3. <u>Release and Covenant Not to Sue.</u> Mr. Halprin, on behalf of himself and his heirs, successors, and assigns, hereby releases and discharges forever the Receiver and its representatives from any and all claims, rights, demands, suits, causes of action, damages, costs, fees, expenses, and civil liabilities of any nature whatsoever, that it has or claims to have, including but not limited to any claims related in any way to the Action.

4. <u>Release and Covenant Not to Sue.</u> Excel, on behalf of itself and its heirs, successors, and assigns, hereby releases and discharges forever the Receiver and its representatives from any and all claims, rights, demands,

Settlement Agreement
August 14, 2007
Page 3.

suits, causes of action, damages, costs, fees, expenses and civil liabilities of any nature whatsoever, that it has or claims to have, including but not limited to any claims related in any way to the Action.

    5.    <u>Dismissal with Prejudice</u>. The Receiver also agrees to file a motion to dismiss the Halprin Defendants, with prejudice, each party to bear its own fees and costs, from the Action.

    6.    <u>Vacate Judgment</u>. The Receiver also agrees to include in the motion to dismiss a request to vacate the Judgment obtained against The Halprin Defendants. This settlement shall be void and the receiver shall immediately return the Settlement Payment in full to the Halprin Defendants unless the judgment against the Halprin Defendants is vacated by September 30, 2007. The receiver will promptly transmit to the Halprin Defendants a copy of the Motion and Orders demonstrating that the Judgment has been vacated.

    7.    <u>Choice of Law</u>. This Agreement shall be governed and construed in accordance with the laws of the State of Colorado.

    8.    <u>Termination</u>. This Agreement may be terminated by the receiver if the receiver has not received the Settlement Payment by August 15, 2007.

    9.    <u>Entire Agreement</u>. This Agreement has been freely entered into by the parties, and no representations other than those in this Agreement

Settlement Agreement
August 14, 2007
Page 4.

have been made or relied upon by any party. This Agreement and its accompanying instruments constitute the entire agreement between the parties and may not be modified orally.

10. <u>Construction</u>. The parties agree that in the event of any dispute arising from this Agreement, its language shall not be construed more strictly against or in favor of the interests of any party.

In Witness Whereof, the parties have executed this Agreement as of the date hereof.

Steven B. Halprin

And

Excel Motorports, Inc.

By: _____
Steven B. Halprin, President
Excel Motorports, Inc.

And

Indian Motorcycle Manufacturing Inc.

By: _____
Richard A. Block, President
Sterling Consulting Corporation,
As Receiver