UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 95-cv-00777-REB-CBS

In re:  Indian Motorcycle Manufacturing, Inc., a New Mexico Corporation

**ORDER ON COMBINED MOTIONS TO APPROVE SETTLEMENT AGREEMENT BETWEEN THE RECEIVER AND CERTAIN CLAIMANTS (TORRE)**

THE COURT, upon the motion of the receiver, and being sufficiently advised of the premises,

HEREBY ORDERS that the Combined Motions to Approve Settlement Agreement Between the Receiver and Certain Claimants, is GRANTED as to Mr. Torre and made an order of the Court.  Upon his payment of the agreed upon amounts, the judgment previously entered against him shall be and Mr. Torre will be dismissed from the case (each party to pay its own costs and fees).  The receiver shall report to the court when final payment is made.

DONE this ____ day of _____, 2007.

By:  _____
    Robert E. Blackburn
    District Court Judge