UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 95-cv-00777-REB-CBS

In re:  Indian Motorcycle Manufacturing, Inc., a New Mexico Corporation

**ORDER ON COMBINED MOTIONS TO APPROVE SETTLEMENT AGREEMENT BETWEEN THE RECEIVER AND CERTAIN CLAIMANTS (HALPRIN AND EXCEL MOTORSPORTS, INC.)**

THE COURT, upon the motion of the receiver, and being sufficiently advised of the premises,

HEREBY ORDERS that the Combined Motions to Approve Settlement Agreement Between the Receiver and Certain Claimants, is GRANTED as to Mr. Steven Halprin and Excel Motorsports, Inc., and made an order of the Court.  The judgment previously entered against those entities is vacated; they are dismissed from the case (each party to pay its own costs and fees).  This Order is expressly made final under Fed. R. Civ. P. 54(b), there being no just reason for delay.

DONE this ____ day of _____, 2007.


By:  _____
         Robert E. Blackburn
         District Court Judge