UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 95-cv-00777-REB-CBS

In re:  Indian Motorcycle Manufacturing, Inc., a New Mexico Corporation

---

**ORDER ON COMBINED MOTIONS TO APPROVE SETTLEMENT AGREEMENT BETWEEN THE RECEIVER AND CERTAIN CLAIMANTS (HACIENDA MOTORCYCLES, INC.)**

---

THE COURT, upon the motion of the receiver, and being sufficiently advised of the premises,

HEREBY ORDERS that the Combined Motions to Approve Settlement Agreement Between the Receiver and Certain Claimants, is GRANTED as to Hacienda Motorcycles, Inc., and made an order of the Court.  The judgment previously entered against Hacienda Motorcycles, Inc. is vacated; it is dismissed from the case (each party to pay its own costs and fees).  This Order is expressly made final under Fed. R. Civ. P. 54(b), there being no just reason for delay.

DONE this ____ day of _____, 2007.

By:  _____
Robert E. Blackburn
District Court Judge