**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  95-cv-00777-REB-CBS

In re: Receivership Estate of INDIAN MOTORCYCLE
MANUFACTURING, INC., a New Mexico corporation,

**ORDER GRANTING COMBINED MOTIONS TO
APPROVE SETTLEMENT AGREEMENTS BETWEEN
THE RECEIVER AND CERTAIN CLAIMANTS**

**Blackburn, J.**

The matter before me is the Receiver's **Combined Motions To Approve Settlement Agreements Between the Receiver and Certain Claimants** [#2583], filed August 17, 2007.  Having judicially noticed all relevant adjudicative facts in the file and record of this action as developed *pro tanto*, having considered the averments of the instant combined motions, and being otherwise sufficiently advised, I grant the combined motions.  I further find and conclude that there is no just reason for delay and therefore that this Order should be made final pursuant to Fed.R.Civ.P. 54(b).[1]

---

[1] After considering carefully all factors relevant to certification of a final judgment under Fed.R.Civ.P. 54(b) as codified and construed, ***see, e.g.***, **Stockman's Water Co., LLC v. Vaca Partners, L.P.**, 425 F.3d 1263 (10th Cir. 2005); **Oklahoma Turnpike Authority v. Bruner**, 259 F.3d 1236 (10th Cir. 2001), I conclude and determine expressly 1) that there is no just reason for delay and 2) that the judgment should be certified as a final judgment.  ***See Curtiss-Wright Corp. v. General Electric Co.***, 446 U.S. 1, 7, 100 S.Ct. 1460, 1464, 64 L.Ed.2d 1 (1980); **Stockman's Water Co.**, 425 F.3d at 1265.  Entry of a final judgment will resolve fully and finally the only dispute between the parties to this motion.  In the specific context of the single claim of the Receiver against each respondent affected by the present order, my order and concomitant judgment constitute "an ultimate disposition of an individual claim entered in the course of a multiple claims action."  **Oklahoma Turnpike Authority**, 259 F.3d at 1242 (internal quotation marks and citation omitted). Contrastingly, without entry of a final judgment, respondents may not appeal my order until the receivership is terminated.  Respondents, per force, would be required to wait until the myriad separable and unrelated issues and claims for and against the receivership involving other claimants and parties are resolved.  There is no just reason to delay possible appellate review of my discreet order concerning this discreet motion involving discreet claims until I have resolved conclusively all other pending claims and issues extant among the Receiver and other claimants and litigants.  ***See id***.

**THEREFORE, IT IS ORDERED** as follows:

1. That the Receiver's **Combined Motions To Approve Settlement Agreements Between the Receiver and Certain Claimants** [#2583], filed August 17, 2007, is **GRANTED**;

2. That the following judgments previously entered by this court are hereby **VACATED**:

   a. **Judgment Against Joseph R. Fredricksen** [#2563], filed July 23, 2007;

   b. **Judgment Against Donell J. Bladgett, Individually, Santa Rosa Vee-Twin, Inc., and Indian Motorcycle Santa Rosa** [#2568], filed July 23, 2007;

   c. **Judgment Against Donald C. Schunk, Individually, and Against Queenston Motors, LTD and Indian Motorcycle Bridgeton** [#2566], filed July 23, 2007;

   d. **Judgment Against Gary J. Torre** [#2579], filed July 24, 2007;

   e. **Judgment Against Ronald Garcia** [#2573], filed July 24, 2007;

   f. **Judgment Against Steven B. Halprin, Individually, and Excel Motorsports** [#2567], filed July 23, 2007; and

   g. **Judgment Against Hacienda Motorcycles, Inc.**

[#2575], filed July 24, 2007;

3. That the parties implicated by the judgments set forth above in paragraph 2 above are **DISMISSED** from this case with each party to pay its own costs and fees; and

4. That this Order is expressly made final pursuant to Fed.R.Civ.P. 54(b), there being no just reason for delay.

Dated August 22, 2007, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**