AO451 (Rev. 12/93) Certification of Judgment

# United States District Court

## DISTRICT OF COLORADO

Civil Action: 95-CV-00777–REB-CBS

**CERTIFICATION OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT**

In Re: Indian Motorcycle Manufacturing, Inc., a New Mexico Corporation

I, __Gregory C. Langham__ CLERK of the United States District Court certify that the attached judgment is a true and correct copy of the original judgment entered in this action on __July 23, 2007__, as it appears in the records of this court, and that

\*\* **No notice of Appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) Of the Federal Rules of Appellate Procedure has been filed.**

**IN TESTIMONY WHEREOF**, I sign my name and affix the seal of the Court.

__September 4, 2007__  
(Date)

Gregory C. Langham  
(Clerk)

(By) Deputy Clerk

---

\*\* Insert the appropriate language:......."no notice of appeal from the judgment has been filed, and no motion of any kind is listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed."........"no notice of appeal from this judgment has been filed, and any motion of the kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure (†) have been disposed of, the latest order disposing of such a motion having been entered on [Date]."......."an appeal was taken from this judgment and the judgment was affirmed by mandate of the Court of Appeals issued on [Date]."........" an appeal was taken from this judgment and the appeal was dismissed by order entered on [Date]."

(† Note: The motions listed in Rule 4(a), Federal Rules of Appeal Procedure are motions: for judgment notwithstanding the verdict; to amend or make additional findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 95-cv-00777-REB-CBS

In re: Indian Motorcycle Manufacturing, Inc., a New Mexico Corporation

## JUDGMENT AGAINST DARREN W. CROOP

Pursuant to and in accordance with the Order entered by Judge Robert E. Blackburn, on July 19, 2007, granting the receiver's unopposed Verified Motion for Judgment, Fees, and Costs Against Darren W. Croop [#2471], filed January 12, 2007, which is incorporated herein by reference as if fully set forth,

It is ORDERED as follows:

1. That pursuant to Fed.R.Civ.P. 58(a), judgment **SHALL ENTER** in favor of the receiver, Sterling Consulting Corporation, against Darren W. Croop in the amount of $6,088.00;

2. That the receiver **IS AWARDED** the costs, receiver fees, and attorney fees that were incurred in the filing and prosecution of this motion;

   a. That costs **SHALL BE TAXED** in the time and manner prescribed by Fed.R.Civ.P. 54(d)(1) and D.C.COLO.LCivR 54.1;

   b. That receiver fees **SHALL BE DETERMINED** in the same time and manner prescribed for attorney fees by Fed.R.Civ.P. 54(d)(2) and D.C.COLO.LCivR 54.3; and

   c. That attorney fees **SHALL BE DETERMINED** in the time and manner

prescribed by Fed.R.Civ.P. 54(d)(2) and D.C.COLO.LCivR 54.3; and

3. That the judgment entered pursuant to the order is certified to be a final judgment under Fed.R.Civ.P. 54(b).

DATED at Denver, Colorado, this 23rd day of July, 2007.

FOR THE COURT:

Gregory C. Langham, Clerk

By: s/Stephen P. Ehrlich
Stephen P. Ehrlich
Chief Deputy

Approved by:

s/ Robert E. Blackburn
Robert E. Blackburn
United States District Judge