UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 95-cv-00777-REB-CBS

In re: Indian Motorcycle Manufacturing, Inc., a New Mexico Corporation

---

**UNOPPOSED MOTION TO APPROVE SETTLEMENT AGREEMENT AMONG THE RECEIVER, MICHAEL PAYNE, AND THE UNITED STATES (INTERNAL REVENUE SERVICE)**

---

Sterling Consulting Corporation, as receiver, by and through its attorneys, Fairfield and Woods, P.C., hereby files this unopposed motion to approve settlement agreement among it, Michael Payne, and the United States (Internal Revenue Service), and as grounds therefor states as follows:

1. Michael Payne was the only party to appeal the Court's prior order of July 25 and 28, 2006, reconsidering earlier distribution orders and ordering partial repayments by general pre-receivership creditors (equal to 24.35% of their distributions, but only 20% if they paid promptly) in order to cover the stipulated amount of taxes and other administrative costs. The appeal was pending in the 10th Circuit until recently.

2. Through the services of the Tenth Circuit mediation office, a settlement has been reached, conditioned upon this Court's approval. A copy of the settlement agreement is attached hereto as Exhibit 1. Consistent with the settlement, the Tenth Circuit appeal has been dismissed without prejudice to being reinstated if this Court denies approval of the settlement.

3. The receiver, Mr. Payne, and the United States (Internal Revenue Service), all signed and agreed on this settlement agreement.

4. The essence of the settlement agreement is that it allows Mr. Payne to pay a lesser amount of restitution than would otherwise apply to his distributions, and be dismissed with prejudice. The reasons for the compromise include, *inter alia,* the following: First, Mr. Payne was advancing arguments in his appeal, unique to his situation, that his claims reflected ownership interests in the valuable trademark right transferred to the receivership estate so as to entitle his claim to administrative-level priority (similar to the claim of Michael Mandelman that the District Court in Massachusetts had previously ruled was entitled to administrative priority). Second, Mr. Payne maintained that the distributions from the receiver were a marital asset subsequently affecting the division of property in his divorce. Accordingly, the settlement is explicitly without prejudice to the right of the Receiver to assert a claim against Mr. Payne's former spouse for up to half of the restitution amount initially asserted against Mr. Payne. Although the United States took the position, in the appeal, that Mr. Payne's personalized defenses were premature and should first be asserted in defense to a motion for a judgment against him individually, it was recognized that Mr. Payne would ultimately be able to assert those individualized defenses and the receiver determined to compromise them and the United States agreed not to object to the compromise.

5. There being no just reason for delay, the Order should be certified as final under Fed.R.Civ.P. 54(b). Settlement will bring all matters regarding

2

Mr. Payne to an end, including any claims asserted or that could have been asserted in the receivership case. The matters have proceeded for 12 years and finality is appropriate. Mr. Payne, moreover, will rely upon finality of the settlement by making a payment and foregoing his appeal and potential other challenges to liability. In any event, Rule 54(b) certification is a requirement of the settlement so as to assure that Mr. Payne does not face later exposure, just as the other judgments recently entered by the Court have been rendered appealable under Rule 54(b).

6. For the Court's convenience, a Proposed Order is submitted herewith.

WHEREFORE, Sterling Consulting Corporation, as receiver, prays that this Court approve the settlement agreement among it, Mr. Payne, and the United States (Internal Revenue Service), and grant such other and further relief as the Court deems just and proper.

Respectfully submitted this 5th day of September, 2007.

By: *s/ John M. Tanner*
Fairfield and Woods, P.C.
1700 Lincoln Street, Suite 2400
Denver, CO  80203-4524
Phone:  (303) 830-2400
Fax:  (303) 830-1033
Email:  jtanner@fwlaw.com

Attorney for Sterling Consulting Corporation, as receiver

## CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses or as indicated below or by United States Mail, postage prepaid:

**VIA CM/ECF TO:**

Alan Lemont Hale Esq.
Hale Friesen, LLP
1430 Wynkoop St., Ste. 300
Denver, CO  80202
**Attorney for Richard Basciani, N. Rooke Everill, Pres./Everill Bros., Inc., John H. Nicholson or Virginia A. Nicholson**
ahale@haldfriesen.com

Edward T. Ramey, Esq.
Stuart H. Pack, Esq.
Isaacson Rosenbaum
  Woods and Levy
633 17th St., Ste. 2200
Denver, CO  80202
**Attorneys for William R. Childs, Scott McCormick, Jr., Douglas Walliser, Ronald Schiff, Edward Pacelli, Morty Lempel, A.B. Goldberg, First Entertainment, Harvey Rosenberg**
eramey@ir-law.com
spack@ir-law.com

James R. Cage, Esq.
Cage Williams Abelman
  & Layden, P.C.
St. Elmo Bldg.
1433 17th St.
Denver, CO  80202-1273
**Attorney for Carl D. Lucci/Albert R. Lucci**
jcage@cagewilliams.com

J. Eric Ellliff, Esq.
Kristen Taylor-Randall, Esq.
Morrison & Foerster, LLP
370 17th St., Ste. 3550
Denver, CO  80203
**Attorney for IMCOA**
jelliff@mofo.com

Adam F. Hulbig
Trial Attorney, Tax Division
US Dept. of Justice
PO Box 683
Ben Franklin Station
Washington, DC  20044
**Attorney for United States of America**
adam.f.hulbig@usdoj.gov

Gary C. Moschetti, Esq.
Hatch & Moschetti, LLP
1800 Glenarm Pl., 9th Floor
Denver, CO  80202
**Attorney for Edward Leal**
gmoschetti@hatchlawyers.com

Cassandra Sasso, Esq.
Baker & Hostetler
303 E. 17th Ave., Ste. 1100
Denver, CO  80203-1264
**Attorney for Michelle Lean**
csasso@bakerlaw.com

Michael J. Pankow
Daniel J. Garfield
Brownstein Hyatt & Farber PC
410 17th Street, Suite 2200
Denver, CO  80202
**Attorneys for Michael Payne**
mpankow@bhf-law.com

dgarfield@bhf-law.com

**VIA UNITED STATES MAIL:**
James Duberg, Esq.
727 Third Ave.
Chula Vista, CA  91910-5803

Mark S. Schmittt, Esq.
Maier, Mcilnay Schmitt & Button
1150 Washington St.
Grafton, WI  53024-1916
**Attorney for Miller Simon & Maier**

Peter C. Freeman, Esq.
Law Offices of Peter C. Freeman
16485 Laguna Canyon Rd., Ste. 230
Irvine, CA  92618-3846
**Attorney for Scott Kajiya**

Mr. Albert Lucci
1930 Wyoming Ave.
Fort Pierce, FL  34982

Peter Sklarew, Esq.
Assistant Chief
Civil Trial Section, Northern Region
United States Dept. of Justice
Tax Division
PO Box 55
Washington, D.C.  20044
**Attorney for IRS**

Robert J. Danie, Eq.
9 Wagon Wheel Drive
Feeding Hills, MA  01030

Noreene C. Stehlik, Esq.
U.S. Dept. of Justice
PO Box 683
Ben Franklin Station
Washington, D.C.  20044
**Attorney for IRS**

Robert L. Morrow, Jr., MD
401 N. College Rd., #5
Lafayette, LA  70506

Nicholas A. Russo, Sr.
310 Extonville Road
Allentown, NJ  08501

Richard J. Cortesi
5316 Camino Montano, N.E.
Albuquerque, NM  87111

Albert R. Gazza
589 Manchester
E. Glastonbury, CT  06025-0085

Ronald Fulfer
15315 S. Francis Dr.
Plainfield, IL  60544

Richard Dale Wood
13997 80th Ave. North
Maple Grove, MN  55311

Steve Halprin
1316 Penningtow Place
Concord, N.C.  28207

Alf Iseback
**SWEDEN**
[mail returned, no forwarding address]

Kathryn L. Troccoli
1911 Champlain St.
Ottawa, IL  61350

Ed Pink
Ed Pink Racing Engines, Inc.
14612 Raymer Street
Van Nuys, CA  91405

Montgomery & Andrews, P.A.
325 Paseo De Peralta
Santa Fe, NM  87501
Attn:  Kathy Lopez

5

John Petitto
Town & Country Sports Center, Inc.
U.S. 12 & U.S. 127
Cement City, MI  49233

Marcia Taylor
Bennett Motor Group Express
1001 Industrial Parkway
McDonough, GA  30253

Richard Basciani
Basciani Foods
8876 GapNewport Pike
Avondale, PA  19311

Rooke Everill
Derek John Everill
Ken Everill
1204 Lake Point Circle
McKinne, TX  75070

Michael D. Fowler
Martha Dickson (Deceased)
1680 S.W. St. Lucie West Blvd.
Port St. Lucie, FL  34986

John Inelli
17 Old Farmstead Rd.
Chester, NJ  07930

Eller Industries
623 W. Lilac Ct.
Louisville, CO  80027

**Registered Agent:**
Randal L. Hittle
[moved, left no forwarding address]

John Nicholson
9 Jamaica Lane
Haverhill, MA  01830-2419

**VIA E-MAIL:**
Richard A. Block
President
Sterling Consulting Corporation
4101 E. Louisiana Ave., Ste. 300
Denver, CO  80246
**Receiver**
rblock@xpn.com

**Courtesy Copies to:**
Julie Trent
jt@bsblawyers.com

Eugene Sprague
esprague@bw-legal.com

Robert Pitts
rpitts@lawrwp.com

Thomas F. Quinn
tquinn@tfqlaw.com

Henry N. Portner, Esq.
Pineapple Grove Corporate Center
101 Pineapple Grove Way
Delray Beach, FL  33444-3703


By: *s/Sharon A. Chiecuto*