UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 95-cv-00777-REB-CBS

In re:  Indian Motorcycle Manufacturing, Inc., a New Mexico Corporation

---

**ORDER ON UNOPPOSED MOTION TO APPROVE SETTLEMENT AGREEMENT AMONG THE RECEIVER, MR. PAYNE, AND THE UNITED STATES (INTERNAL REVENUE SERVICE)**

---

THE COURT, upon the motion of the receiver, and being sufficiently advised of the premises, hereby

ORDERS that the Unopposed Motion to Approve Settlement Agreement among the receiver, Mr. Payne and the United States (Internal Revenue Service) is GRANTED.  Upon Mr. Payne's making of the payment referenced in the Settlement Agreement, he shall be dismissed with prejudice from this case.  The receiver shall report the payment to the Court.

The Court additionally FINDS, there being no just reason for delay, the Order should be certified as final under Fed.R.Civ.P. 54(b).  Settlement will bring all matters regarding Mr. Payne to an end, including any claims asserted or that could have been asserted in the receivership case.  The matters have proceeded for 12 years and finality is appropriate.  Mr. Payne, moreover, will rely upon finality of the settlement by making a payment and foregoing his appeal and potential other challenges to liability.  In any event, Rule 54(b) certification is a requirement of the settlement so as to assure that Mr. Payne does not face later exposure, just as the other judgments recently entered by the Court have been rendered appealable under Rule 54(b).  Accordingly, This Order is expressly made final pursuant to Fed.R.Civ.P. 54(b).

DONE this ____ day of _____, 2007.


By: _____
Robert E. Blackburn
District Court Judge