**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  95-cv-00777-REB-CBS

In re: Receivership Estate of INDIAN MOTORCYCLE
MANUFACTURING, INC., a New Mexico corporation,

**ORDER GRANTING MOTION TO APPROVE
SETTLEMENT AGREEMENT AMONG THE RECEIVER,
MICHAEL PAYNE, AND THE UNITED STATES (INTERNAL REVENUE SERVICE)**

**Blackburn, J.**

The matter before me is the Receiver's **Unopposed Motion To Approve Settlement Agreement Among The Receiver, Michael Payne, and The United States (Internal Revenue Service)** [#2594], filed September 5, 2007.  Having judicially noticed all relevant adjudicative facts in the file and record of this action as developed *pro tanto*, having considered the averments of the instant motion, and being otherwise sufficiently advised, I grant the substantive thrust of the motion.  however, I will not defer ruling on the parties' request to certify pursuant to Fed.R.Civ.P. 54(b), until the Receiver provides notification of receipt of the Settlement Amount and unless Payne requests such certification, as provided by the terms of the parties' Settlement Agreement.   (Motion App., Exh. 1 at 2, ¶ 2.)

**THEREFORE, IT IS ORDERED** as follows:

1.  That the Receiver's **Unopposed Motion To Approve Settlement Agreement Among The Receiver, Michael Payne, and The United States (Internal Revenue Service)** [#2594], filed September 5, 2007, is **GRANTED**; and

2. That the parties **SHALL FILE** a request for dismissal of defendant, Michael Payne, from this lawsuit within five (5) business days of the Receiver's receipt of the Settlement Amount.

Dated September 6, 2007, at Denver, Colorado.

                                     **BY THE COURT:**

                                     **s/ Robert E. Blackburn**
                                     **Robert E. Blackburn**
                                     **United States District Judge**