UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 95-cv-00777-REB-CBS

In re:  Indian Motorcycle Manufacturing, Inc., a New Mexico Corporation

**ORDER APPROVING MODIFICATION TO SETTLEMENT AGREEMENT WITH MICHAEL PAYNE AND DISMISSING MR. PAYNE WITH PREJUDICE**

Before the Court is the Joint and Unopposed Motion to Approve Modification to Settlement Agreement with Michael Payne and to Dismiss Mr. Payne with prejudice, filed October 12, 2007.  As set forth in the Motion, it is hereby ordered that:

1. The modification set forth in the Motion to the Settlement Agreement approved by prior Order dated September 6, 2007 is hereby approved.

2. The Receiver is authorized and directed to hold the settlement payment in trust until such time as this Order becomes final and non-appealable.  When that occurs, the receiver shall disburse the funds pursuant to prior orders, and report the same to the Court in the usual course of its business.

3. Mr. Payne is dismissed with prejudice, each party to pay its own costs and fees.

4. The Court additionally FINDS, there being no just reason for delay, the Order should be certified as final under Fed.R.Civ.P. 54(b).  Settlement will bring all matters regarding Mr. Payne to an end, including any claims asserted or that could have been asserted in the receivership case.  The matters have proceeded for 12 years and finality is appropriate.  Mr. Payne, moreover, will rely upon finality of the settlement by making a payment and foregoing his appeal and potential other challenges to liability.  In any event, Rule 54(b) certification is a requirement of the settlement so as to assure that Mr. Payne does not face later exposure, just as

the other judgments recently entered by the Court have been rendered appealable under Rule 54(b). Accordingly, This Order is expressly made final pursuant to Fed.R.Civ.P. 54(b).

DATED this __ day of October, 2007.

By: _____
    Rober E. Blackburn,
    District Court Judge