UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 95-cv-00777-REB-CBS

In re:  Indian Motorcycle Manufacturing, Inc., a New Mexico Corporation

_____

**JOINT AND UNOPPOSED MOTION TO APPROVE MODIFICATION TO SETTLEMENT AGREEMENT WITH MICHAEL PAYNE AND TO DISMISS HIM WITH PREJUDICE**

Sterling Consulting Corporation, as receiver and Michael G. Payne, by and through their respective attorneys, jointly file this Unopposed Motion to Approve Modification to Settlement Agreement with Michael Payne and to Dismiss Him with Prejudice, and as grounds therefor states as follows:

1. On September 5, 2007, the receiver filed its unopposed motion to approve a settlement among it, the United States (Internal Revenue Service) and Michael Payne.

2. The court approved the settlement in its order of September 6, 2007.  The court, however, declined to certify its order as final under Fed.R.Civ.P. Rule 54(b), however, until Mr. Payne actually paid the settled amount.  As the settlement agreement was written, this meant that Mr. Payne was not actually required to fund the settlement (54(b) certification being a prerequisite to his duty to do so).  The requirement of Rule 54(b) certification was a closely negotiated point in this settlement, given the significance attributed to the fact that the prior orders of distribution were not certified, and subsequently were set aside.

3. By signatures of counsel affixed to this Motion, the receiver, the United States, and Mr. Payne agree as follows:

   a. Contemporaneously with the filing of this Motion, counsel for Mr. Payne is transferring the settlement amount to counsel for the receiver to be held in trust;

   b. Immediately upon entry of order approving this modification, the receiver's counsel will transfer the settlement amount to the receiver;

   c. The receiver will hold this amount in trust and not disburse it until the order approving the settlement is final and non-appealable (60 days after entry of the 54(b) certification, assuming no appeal); and that

   d. Once the order approving this settlement is final and non-appealable, the receiver may disburse the funds as per prior Court Orders without further order of this Court. The receiver will report this disbursement to the Court in the usual course of its business.

4. Because the Order originally appointing the Receiver does not expressly authorize the Receiver to hold funds in trust, except for the benefit of the entire Receivership Estate, in an abundance of caution, the parties seek an order clarifying the Receiver's authority to hold the settlement payment in trust until the order dismissing Mr. Payne is final and non-appealable.

2

5. For the reasons set out in the prior motion to approve the settlement with Mr. Payne, the order approving this transaction and dismissing Mr. Payne should be certified final under Fed.R.Civ.P. 54(b).

6. The United States (Internal Revenue Service) has reviewed this motion and authorized undersigned counsel to represent that it has no objection.

7. For the Court's convenience, a Proposed Order is submitted herewith.

WHEREFORE, the parties request that the Court enter an order approving the modification and authorizing the Receiver to proceed as set forth herein, dismissing Mr. Payne with prejudice (each party to pay its own costs and fees), and granting such other relief as is just and proper.

Respectfully submitted this 12th day of October, 2007.

| **FAIRFIELD AND WOODS, P.C** | **BROWNSTEIN HYATT FARBER SCHRECK, P.C.** |
|---|---|
| By: *s/ John M. Tanner*<br>Fairfield and Woods, P.C.<br>1700 Lincoln Street, Suite 2400<br>Denver, CO  80203-4524<br>Phone:  (303) 830-2400<br>Fax:  (303) 830-1033<br>Email:   jtanner@fwlaw.com<br><br>*Attorney for Sterling Consulting Corporation, as receiver* | *s/ Michael J. Pankow*<br>Michael J. Pankow, #21212<br>Daniel J. Garfield, #26054<br>410 17th Street, Suite 2200<br>Denver, CO 80202-4437<br>Telephone:    303-223-1100<br>Facsimile:     303-223-1111<br>E-mail:          mpankow@bhfs.com<br>                     dgarfield@bhfs.com<br><br>*Attorneys for Defendant Michael Payne* |

3

## CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses or as indicated below or by United States Mail, postage prepaid:

**VIA CM/ECF TO:**

Alan Lemont Hale Esq.
Hale Friesen, LLP
1430 Wynkoop St., Ste. 300
Denver, CO  80202
**Attorney for Richard Basciani, N. Rooke Everill, Pres./Everill Bros., Inc., John H. Nicholson or Virginia A. Nicholson**
ahale@haldfriesen.com

Edward T. Ramey, Esq.
Stuart H. Pack, Esq.
Isaacson Rosenbaum
  Woods and Levy
633 17th St., Ste. 2200
Denver, CO  80202
**Attorneys for William R. Childs, Scott McCormick, Jr., Douglas Walliser, Ronald Schiff, Edward Pacelli, Morty Lempel, A.B. Goldberg, First Entertainment, Harvey Rosenberg**
eramey@ir-law.com
spack@ir-law.com

James R. Cage, Esq.
Cage Williams Abelman
  & Layden, P.C.
St. Elmo Bldg.
1433 17th St.
Denver, CO  80202-1273
**Attorney for Carl D. Lucci/Albert R. Lucci**
jcage@cagewilliams.com

J. Eric Ellliff, Esq.
Kristen Taylor-Randall, Esq.
Morrison & Foerster, LLP
370 17th St., Ste. 3550
Denver, CO  80203
**Attorney for IMCOA**
jelliff@mofo.com

Adam F. Hulbig
Trial Attorney, Tax Division
US Dept. of  Justice
PO Box 683
Ben Franklin Station
Washington, DC  20044
**Attorney for United States of America**
adam.f.hulbig@usdoj.gov

Gary C. Moschetti, Esq.
Hatch & Moschetti, LLP
1800 Glenarm Pl., 9th Floor
Denver, CO  80202
**Attorney for Edward Leal**
gmoschetti@hatchlawyers.com

Cassandra Sasso, Esq.
Baker & Hostetler
303 E. 17th Ave., Ste. 1100
Denver, CO  80203-1264
**Attorney for Michelle Lean**
csasso@bakerlaw.com

Michael J. Pankow
Daniel J. Garfield
Brownstein Hyatt & Farber PC
410 17th Street, Suite 2200
Denver, CO  80202
**Attorneys for Michael Payne**
mpankow@bhf-law.com

dgarfield@bhf-law.com

**VIA UNITED STATES MAIL:**
James Duberg, Esq.
727 Third Ave.
Chula Vista, CA  91910-5803

Mark S. Schmittt, Esq.
Maier, Mcilnay Schmitt & Button
1150 Washington St.
Grafton, WI  53024-1916
**Attorney for Miller Simon & Maier**

Peter C. Freeman, Esq.
Law Offices of Peter C. Freeman
16485 Laguna Canyon Rd., Ste. 230
Irvine, CA  92618-3846
**Attorney for Scott Kajiya**

Mr. Albert Lucci
1930 Wyoming Ave.
Fort Pierce, FL  34982

Peter Sklarew, Esq.
Assistant Chief
Civil Trial Section, Northern Region
United States Dept. of Justice
Tax Division
PO Box 55
Washington, D.C.  20044
**Attorney for IRS**

Robert J. Danie, Eq.
9 Wagon Wheel Drive
Feeding Hills, MA  01030

Noreene C. Stehlik, Esq.
U.S. Dept. of Justice
PO Box 683
Ben Franklin Station
Washington, D.C.  20044
**Attorney for IRS**

Robert L. Morrow, Jr., MD
401 N. College Rd., #5
Lafayette, LA  70506

Nicholas A. Russo, Sr.
310 Extonville Road
Allentown, NJ  08501

Richard J. Cortesi
5316 Camino Montano, N.E.
Albuquerque, NM  87111

Albert R. Gazza
589 Manchester
E. Glastonbury, CT  06025-0085

Ronald Fulfer
15315 S. Francis Dr.
Plainfield, IL  60544

Richard Dale Wood
13997 80th Ave. North
Maple Grove, MN  55311

Steve Halprin
1316 Penningtow Place
Concord, N.C.  28207

Alf Iseback
**SWEDEN**
[mail returned, no forwarding address]

Kathryn L. Troccoli
1911 Champlain St.
Ottawa,IL  61350

Ed Pink
Ed Pink Racing Engines, Inc.
14612 Raymer Street
Van Nuys, CA  91405

Montgomery & Andrews, P.A.
325 Paseo De Peralta
Santa Fe, NM  87501
Attn:  Kathy Lopez

5

John Petitto
Town & Country Sports Center, Inc.
U.S. 12 & U.S. 127
Cement City, MI  49233

Marcia Taylor
Bennett Motor Group Express
1001 Industrial Parkway
McDonough, GA  30253

Richard Basciani
Basciani Foods
8876 GapNewport Pike
Avondale, PA  19311

Rooke Everill
Derek John Everill
Ken Everill
1204 Lake Point Circle
McKinne, TX  75070

Michael D. Fowler
Martha Dickson (Deceased)
1680 S.W. St. Lucie West Blvd.
Port St. Lucie, FL  34986

John Inelli
17 Old Farmstead Rd.
Chester, NJ  07930

Eller Industries
623 W. Lilac Ct.
Louisville, CO  80027

**Registered Agent:**
Randal L. Hittle
[moved, left no forwarding address]

John Nicholson
9 Jamaica Lane
Haverhill, MA  01830-2419

**VIA E-MAIL:**
Richard A. Block
President
Sterling Consulting Corporation
4101 E. Louisiana Ave., Ste. 300
Denver, CO  80246
**Receiver**
rblock@xpn.com

**Courtesy Copies to:**
Julie Trent
jt@bsblawyers.com

Eugene Sprague
esprague@bw-legal.com

Robert Pitts
rpitts@lawrwp.com

Thomas F. Quinn
tquinn@tfqlaw.com

Henry N. Portner, Esq.
Pineapple Grove Corporate Center
101 Pineapple Grove Way
Delray Beach, FL  33444-3703


By:  *s/Sharon A. Chiecuto*___

6