UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 95-cv-00777-REB-CBS

In re: Indian Motorcycle Manufacturing, Inc., a New Mexico Corporation

**UNOPPOSED MOTION TO APPROVE SETTLEMENT AGREEMENT WITH ANTHONY M. PUGLIESE, III, TO VACATE JUDGMENT AGAINST HIM [DOCKET NO. 2596] AND TO DISMISS HIM WITH PREJUDICE**

Sterling Consulting Corporation, as receiver, by and through its attorneys, Fairfield and Woods, P.C., hereby Moves this court to Approve the Settlement Agreement with Anthony M. Pugliese, III, to Vacate the Judgment previously entered against him [Docket No. 2596], and to Dismiss Him with Prejudice, and as grounds therefor states as follows:

1. Certification pursuant to D.Colo.L.R. 7.1. Undersigned counsel has conferred with the United States (Internal Revenue Service), and it has no objection to this motion.

2. The court entered Judgment against Mr. Pugliese on September 27, 2007 [Docket No. 2596], but did not certify the judgment as final.

3. Since then, the parties have been in settlement discussions. The parties have now settled their disputes. The settlement agreement is attached as Exhibit 1. The settlement requires Mr. Pugliese to pay immediate a sum that is approximately half of this total possible liability, plus about half of the attorney's fees the receiver claims to date. The receiver's reason for settling is

that it does have documentation of one of the two stock certificates that claimed that Mr. Pugliese had received in the distributions on this claim in 1999/2000.[1]

    4.    Pursuant to the settlement agreement, the receiver asks this court to:

        a. Approve the settlement agreement;

        b. Vacate the previously entered Judgment [Docket No. 2596];

        c. Dismiss Mr. Pugliese with prejudice (each party to pay its own costs and fees except as set out in the agreement); and

        d. Certify the Order doing so as final pursuant to Fed.R.Civ.P. 54(b).

    5.    Settlement will bring all matters regarding Mr. Pugliese to an end, including any claims asserted or that could have been asserted in the receivership case. The matters have proceeded for 12 years and finality is appropriate. Mr. Pugliese, moreover, will rely upon finality of the settlement by making a payment and foregoing his appeal and potential other challenges to liability. In any event, Rule 54(b) certification is a requirement of the settlement so as to assure that Mr. Pugliese does not face later exposure, just as the other judgments recently entered by the Court have been rendered appealable under Rule 54(b).

---

[1] The receiver believes the documentation is (or was, a year ago) in the hands of Credit Managers Association of California, d/b/a CMA Business Credit Services. CMA has asserted that it does believe it has the records, although it has not been willing to perform an exhaustive search on the ground that it would be too burdensome. The prior rulings of this Court (per Magistrage Judge Shaffer) put those documents effectively out of reach of the receiver unless it is willing to mount litigation against CMA in California. The receiver lacks the resources to do this, and it would not be justified by the additional sum that might be won by litigating with Mr. Pugliese.

2

6.  The United States (Internal Revenue Service) has reviewed this motion and authorized undersigned counsel to represent that it has no objection.

7.  For the Court's convenience, a Proposed Order is submitted herewith.

WHEREFORE, the parties request that the Court enter an order approving the settlement agreement with Mr. Pugliese, III, vacating the previously-entered judgment against him [Docket No. 2596], dismissing him with prejudice (each party to pay its own costs and fees, except as set out in the settlement agreement), certifying the order as final under Fed.R.Civ.P. 54(b), and granting such other relief as is just and proper.

Respectfully submitted this 11th day of December, 2007.

**FAIRFIELD AND WOODS, P.C**

By: s/ *John M. Tanner*
Fairfield and Woods, P.C.
1700 Lincoln Street, Suite 2400
Denver, CO  80203-4524
Phone:  (303) 830-2400
Fax:  (303) 830-1033
Email:  jtanner@fwlaw.com

*Attorney for Sterling Consulting Corporation, as receiver*

# CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses or as indicated below or by United States Mail, postage prepaid:

**VIA CM/ECF TO:**

Alan Lemont Hale Esq.
Hale Friesen, LLP
1430 Wynkoop St., Ste. 300
Denver, CO  80202
**Attorney for Richard Basciani, N. Rooke Everill, Pres./Everill Bros., Inc., John H. Nicholson or Virginia A. Nicholson**
ahale@haldfriesen.com

Edward T. Ramey, Esq.
Stuart H. Pack, Esq.
Isaacson Rosenbaum
  Woods and Levy
633 17th St., Ste. 2200
Denver, CO  80202
**Attorneys for William R. Childs, Scott McCormick, Jr., Douglas Walliser, Ronald Schiff, Edward Pacelli, Morty Lempel, A.B. Goldberg, First Entertainment, Harvey Rosenberg**
eramey@ir-law.com
spack@ir-law.com

James R. Cage, Esq.
Cage Williams Abelman
  & Layden, P.C.
St. Elmo Bldg.
1433 17th St.
Denver, CO  80202-1273
**Attorney for Carl D. Lucci/Albert R. Lucci**
jcage@cagewilliams.com

J. Eric Ellliff, Esq.
Kristen Taylor-Randall, Esq.
Morrison & Foerster, LLP
370 17th St., Ste. 3550
Denver, CO  80203
**Attorney for IMCOA**
jelliff@mofo.com

Adam F. Hulbig
Trial Attorney, Tax Division
US Dept. of Justice
PO Box 683
Ben Franklin Station
Washington, DC  20044
**Attorney for United States of America**
adam.f.hulbig@usdoj.gov

Gary C. Moschetti, Esq.
Hatch & Moschetti, LLP
1800 Glenarm Pl., 9th Floor
Denver, CO  80202
**Attorney for Edward Leal**
gmoschetti@hatchlawyers.com

Cassandra Sasso, Esq.
Baker & Hostetler
303 E. 17th Ave., Ste. 1100
Denver, CO  80203-1264
**Attorney for Michelle Lean**
csasso@bakerlaw.com

Michael J. Pankow
Daniel J. Garfield
Brownstein Hyatt & Farber PC
410 17th Street, Suite 2200
Denver, CO  80202
**Attorneys for Michael Payne**
mpankow@bhf-law.com

4

dgarfield@bhf-law.com

**VIA UNITED STATES MAIL:**
James Duberg, Esq.
727 Third Ave.
Chula Vista, CA  91910-5803

Mark S. Schmittt, Esq.
Maier, Mcilnay Schmitt & Button
1150 Washington St.
Grafton, WI  53024-1916
**Attorney for Miller Simon & Maier**

Peter C. Freeman, Esq.
Law Offices of Peter C. Freeman
16485 Laguna Canyon Rd., Ste. 230
Irvine, CA  92618-3846
**Attorney for Scott Kajiya**

Mr. Albert Lucci
1930 Wyoming Ave.
Fort Pierce, FL  34982

Peter Sklarew, Esq.
Assistant Chief
Civil Trial Section, Northern Region
United States Dept. of Justice
Tax Division
PO Box 55
Washington, D.C.  20044
**Attorney for IRS**

Robert J. Danie, Eq.
9 Wagon Wheel Drive
Feeding Hills, MA  01030

Noreene C. Stehlik, Esq.
U.S. Dept. of Justice
PO Box 683
Ben Franklin Station
Washington, D.C.  20044
**Attorney for IRS**

Robert L. Morrow, Jr., MD
401 N. College Rd., #5
Lafayette, LA  70506

Nicholas A. Russo, Sr.
310 Extonville Road
Allentown, NJ  08501

Richard J. Cortesi
5316 Camino Montano, N.E.
Albuquerque, NM  87111

Albert R. Gazza
589 Manchester
E. Glastonbury, CT  06025-0085

Ronald Fulfer
15315 S. Francis Dr.
Plainfield, IL  60544

Richard Dale Wood
13997 80th Ave. North
Maple Grove, MN  55311

Steve Halprin
1316 Penningtow Place
Concord, N.C.  28207

Alf Iseback
**SWEDEN**
[mail returned, no forwarding address]

Kathryn L. Troccoli
1911 Champlain St.
Ottawa, IL  61350

Ed Pink
Ed Pink Racing Engines, Inc.
14612 Raymer Street
Van Nuys, CA  91405

Montgomery & Andrews, P.A.
325 Paseo De Peralta
Santa Fe, NM  87501
Attn:  Kathy Lopez

John Petitto
Town & Country Sports Center, Inc.
U.S. 12 & U.S. 127
Cement City, MI  49233

Marcia Taylor
Bennett Motor Group Express
1001 Industrial Parkway
McDonough, GA  30253

Richard Basciani
Basciani Foods
8876 GapNewport Pike
Avondale, PA  19311

Rooke Everill
Derek John Everill
Ken Everill
1204 Lake Point Circle
McKinne, TX  75070

Michael D. Fowler
Martha Dickson (Deceased)
1680 S.W. St. Lucie West Blvd.
Port St. Lucie, FL  34986

John Inelli
17 Old Farmstead Rd.
Chester, NJ  07930

Eller Industries
623 W. Lilac Ct.
Louisville, CO  80027

**Registered Agent:**
Randal L. Hittle
[moved, left no forwarding address]

John Nicholson
9 Jamaica Lane
Haverhill, MA  01830-2419

**VIA E-MAIL:**
Richard A. Block
President
Sterling Consulting Corporation
4101 E. Louisiana Ave., Ste. 300
Denver, CO  80246
**Receiver**
rblock@xpn.com

**Courtesy Copies to:**
Julie Trent
jt@bsblawyers.com

Eugene Sprague
esprague@bw-legal.com

Robert Pitts
rpitts@lawrwp.com

Thomas F. Quinn
tquinn@tfqlaw.com

Henry N. Portner, Esq.
Pineapple Grove Corporate Center
101 Pineapple Grove Way
Delray Beach, FL  33444-3703


By: *s/Maurina Paradise*

6