UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 95-cv-00777-REB-CBS

In re:  Indian Motorcycle Manufacturing, Inc., a New Mexico Corporation

**ORDER APPROVING SETTLEMENT AGREEMENT WITH ANTHONY M. PUGLIESE, III, VACATING JUDGMENT AGAINST HIM, AND DISMISSING HIM WITH PREJUDICE**

Before the Court is the Unopposed Motion to Approve Settlement Agreement with Anthony Pugliese, III, to vacate the Judgment previously entered against him, and to Dismiss him with prejudice.  As set forth in the Motion, it is hereby ordered that:

1. The Settlement Agreement with Mr. Pugliese is approved.

2. The Judgment entered against Mr. Pugliese [Docket No. 2596] is vacated.

3. Mr. Pugliese is dismissed with prejudice, each party to pay its own costs and fees (except as set out in the settlement agreement).

4. The Court additionally FINDS, there being no just reason for delay, the Order should be certified as final under Fed.R.Civ.P. 54(b).  Settlement will bring all matters regarding Mr. Pugliese to an end, including any claims asserted or that could have been asserted in the receivership case.  The matters have proceeded for 12 years and finality is appropriate.  Mr. Pugliese, moreover, will rely upon finality of the settlement by making a payment and foregoing his appeal and potential other challenges to liability.  In any event, Rule 54(b) certification is a requirement of the settlement so as to assure that Mr. Pugliese does not face later exposure, just as the other judgments and/or orders of dismissal recently entered by the Court have been rendered appealable under Rule 54(b).  Accordingly, This Order is expressly made final pursuant to Fed.R.Civ.P. 54(b).

DATED this __ day of _____, 200_.

                              By:  _____
                                    Robert E. Blackburn,
                                    District Court Judge