UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 95-cv-00777-REB-CBS

In re: Indian Motorcycle Manufacturing, Inc., a New Mexico Corporation

---

**MOTION TO APPROVE SETTLEMENT AGREEMENT BETWEEN THE RECEIVER AND MR. BURT BONDY, WITH WHICH THE UNITED STATES CONDITIONALLY AGREES**

---

Sterling Consulting Corporation, as receiver, by and through its attorneys, Fairfield and Woods, P.C., hereby files this motion (the "Motion") to approve the settlement agreement (the "Settlement Agreement") between the receiver and Mr. Burt Bondy, and as grounds therefor states as follows:

1.  On November 18, 2005, the Receiver filed a Motion to Reconsider Orders, Amend Order, and Order Restitution (the "Motion for Restitution") in the Receivership Case.

2.  On December 13, 2005, the honorable Magistrate Judge O. Edward Schlatter conducted a hearing on the Motion for Restitution. Mr. Burt Bondy, a Claimant appearing pro se, made an objection to the Motion during the hearing.

3.  On December 14, 2005, Magistrate Judge Schlatter entered his Recommendation that Receiver's Motion for Reconsideration be Granted (the "Restitution Recommendation").

4.  Thereafter, Mr. Michael Payne, who appeared pro se at the hearing, but did not object, filed a formal objection to the Restitution Recommendation.

5. Mr. Payne's objection was overruled by this Court and he appealed to the 10th Circuit Court of Appeals.

6. Meanwhile, after Magistrate Judge Schlatter entered his Recommendation, Mr. Bondy, who has been very helpful to the receiver throughout the receivership, approached the receiver. He said he was prepared to appeal for de novo consideration by Judge Blackburn but would rather settle. The receiver told Mr. Bondy at the time that, if he did not appeal, the terms of any settlement reached with Mr. Payne would be made available to Mr. Bondy.

7. In making the offer to Mr. Bondy, the receiver believed that any objections made by Mr. Payne would be general objections to the process and would be available to all other claimants. The receiver did not realize that Mr. Payne had personal defenses (not available to Mr. Bondy) that might merit a reduction.

8. Mr. Payne's objection has been resolved by settlement and approved by this Court, and Mr. Payne has been dismissed with prejudice after payment. Now that Mr. Payne's claim has been settled, the receiver and Mr. Bondy reduced the verbal settlement agreement to writing. Mr. Bondy has paid the $17,241.38 required under the settlement with the receiver.

9. In their settlement agreement, the receiver and Mr. Bondy have agreed to a complete and mutual release, and the receiver has agreed to request a dismissal with prejudice after payment in full by Mr. Bondy.

10. At the time the receiver advised Mr. Bondy that, if he did not join Mr. Payne's objection to Magistrate Judge Schlatter's Recommendation, Mr.

Bondy would be offered the same terms as any settlement with Mr. Payne to resolve Mr. Payne's objection, the receiver did not first consult with the United States to ascertain whether it had any objection. When this settlement came to light, the United States did not initially believe that the Mr. Payne settlement terms should apply to Mr. Bondy because the settlement with Mr. Payne reflected more than just the fact that he appealed, and took account of Mr. Payne's particular circumstances.

11. The receiver disagrees with the United States, and the receiver remains concerned that it made a representation to someone and it should keep its word rather than seek to renegotiate with Mr. Bondy on account of the United States' position that he may arguably be getting too good a deal.

12. As a means of resolving the matter, the receiver has agreed to distribute the Bondy settlement payment 82% to the United States and 18% to the Receivership Estate in lieu of the otherwise applicable 63%-37% split between the tax claim and the receiver's expenses and compensation, and the U.S. has agreed not to object to this settlement, but only if the Court's approval of the settlement does not affect the obligations of other claimants to make restitution, and the United States conditions its non-objection to the Court's approval of the Bondy settlement on the inclusion of such a determination in the approval order, after claimants have a reasonable time to object. The receiver maintains, and the United States has authorized the receiver to represent that it agrees, that such a determination (i.e., that the Bondy settlement does not alter the obligations of any other claimants) is appropriate because the Bondy settlement is based on the

fact that Mr. Bondy objected to the restitution motion and apparently intended to appeal the Magistrate Judge's report and recommendation, and was persuaded not to do so in reliance on the receiver's representation that he would be given terms similar to any settlement of the appeal by Mr. Payne. Absent such a determination binding on other claimants, the United States does object to the Bondy settlement. For these reasons, the receiver is serving this motion on all claimants and requests that the Court wait until the deadline provided under D.Colo.L.Rule 7.1 expires before ruling on this motion. Further, the receiver and Mr. Bondy have agreed that, if the Court does not wait the time period provided under Rule 7.1 and any claimant files an objection that would have been timely but for the early ruling by the court, then the Court should vacate the approval/dismissal order and only re-enter it if the Court determines to overrule all such objections or motions..

13. A copy of the Settlement Agreement with Mr. Bondy is attached as an exhibit to this Motion as Exhibit 1.

14. Further, the Order should be made final under Fed.R.Civ.P. 54(b). Mr. Bondy has already fully performed, and this ends all need for him to be involved in this receivership.

15. For the Court's convenience, a Proposed Order is submitted herewith.

WHEREFORE, Sterling Consulting Corporation, as receiver, prays that this Court approve the Settlement Agreement between it and Mr. Burt Bondy,

4

dismiss Mr. Bondy with prejudice, and grant such other and further relief as the Court deems just and proper.

Respectfully submitted this 11th day of December, 2007.

By: s/ *John M. Tanner*
Fairfield and Woods, P.C.
1700 Lincoln Street, Suite 2400
Denver, CO 80203-4524
Phone: (303) 830-2400
Fax: (303) 830-1033
Email: jtanner@fwlaw.com

Attorney for Sterling Consulting Corporation, as receiver

## CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses or as indicated below or by United States Mail, postage prepaid:

**VIA CM/ECF TO:**

Alan Lemont Hale Esq.
Hale Friesen, LLP
1430 Wynkoop St., Ste. 300
Denver, CO 80202
**Attorney for Richard Basciani, N. Rooke Everill, Pres./Everill Bros., Inc., John H. Nicholson or Virginia A. Nicholson**
ahale@haldfriesen.com

Edward T. Ramey, Esq.
Stuart H. Pack, Esq.
Isaacson Rosenbaum
  Woods and Levy
633 17th St., Ste. 2200
Denver, CO 80202
**Attorneys for William R. Childs, Scott McCormick, Jr., Douglas Walliser, Ronald Schiff, Edward Pacelli, Morty Lempel, A.B.**

Goldberg, First Entertainment, Harvey Rosenberg
eramey@ir-law.com
spack@ir-law.com

James R. Cage, Esq.
Cage Williams Abelman
  & Layden, P.C.
St. Elmo Bldg.
1433 17th St.
Denver, CO 80202-1273
**Attorney for Carl D. Lucci/Albert R. Lucci**
jcage@cagewilliams.com

J. Eric Ellliff, Esq.
Kristen Taylor-Randall, Esq.
Morrison & Foerster, LLP
370 17th St., Ste. 3550
Denver, CO 80203
**Attorney for IMCOA**
jelliff@mofo.com

5

Adam F. Hulbig
Trial Attorney, Tax Division
US Dept. of Justice
PO Box 683
Ben Franklin Station
Washington, DC 20044
**Attorney for United States of America**
adam.f.hulbig@usdoj.gov

Gary C. Moschetti, Esq.
Hatch & Moschetti, LLP
1800 Glenarm Pl., 9th Floor
Denver, CO 80202
**Attorney for Edward Leal**
gmoschetti@hatchlawyers.com

Cassandra Sasso, Esq.
Baker & Hostetler
303 E. 17th Ave., Ste. 1100
Denver, CO 80203-1264
**Attorney for Michelle Lean**
csasso@bakerlaw.com

Michael J. Pankow
Daniel J. Garfield
Brownstein Hyatt & Farber PC
410 17th Street, Suite 2200
Denver, CO 80202
**Attorneys for Michael Payne**
mpankow@bhf-law.com
dgarfield@bhf-law.com

**VIA UNITED STATES MAIL:**
James Duberg, Esq.
727 Third Ave.
Chula Vista, CA 91910-5803

Mark S. Schmittt, Esq.
Maier, Mcilnay Schmitt & Button
1150 Washington St.
Grafton, WI 53024-1916
**Attorney for Miller Simon & Maier**

Peter C. Freeman, Esq.
Law Offices of Peter C. Freeman
16485 Laguna Canyon Rd., Ste. 230
Irvine, CA 92618-3846
**Attorney for Scott Kajiya**

Mr. Albert Lucci
1930 Wyoming Ave.
Fort Pierce, FL 34982

Peter Sklarew, Esq.
Assistant Chief
Civil Trial Section, Northern Region
United States Dept. of Justice
Tax Division
PO Box 55
Washington, D.C. 20044
**Attorney for IRS**

Robert J. Danie, Eq.
9 Wagon Wheel Drive
Feeding Hills, MA 01030

Noreene C. Stehlik, Esq.
U.S. Dept. of Justice
PO Box 683
Ben Franklin Station
Washington, D.C. 20044
**Attorney for IRS**

Robert L. Morrow, Jr., MD
401 N. College Rd., #5
Lafayette, LA 70506


Nicholas A. Russo, Sr.
310 Extonville Road
Allentown, NJ 08501

Richard J. Cortesi
5316 Camino Montano, N.E.
Albuquerque, NM 87111

Albert R. Gazza
589 Manchester
E. Glastonbury, CT  06025-0085

Ronald Fulfer
15315 S. Francis Dr.
Plainfield, IL  60544

Richard Dale Wood
13997 80th Ave. North
Maple Grove, MN  55311

Steve Halprin
1316 Penningtow Place
Concord, N.C.  28207

Alf Iseback
**SWEDEN**
[mail returned, no forwarding address]

Kathryn L. Troccoli
1911 Champlain St.
Ottawa, IL  61350

Ed Pink
Ed Pink Racing Engines, Inc.
14612 Raymer Street
Van Nuys, CA  91405

Montgomery & Andrews, P.A.
325 Paseo De Peralta
Santa Fe, NM  87501

John Petitto
Town & Country Sports Center, Inc.
U.S. 12 & U.S. 127
Cement City, MI  49233

Marcia Taylor
Bennett Motor Group Express
1001 Industrial Parkway
McDonough, GA  30253

Richard Basciani
Basciani Foods
8876 GapNewport Pike
Avondale, PA  19311

Rooke Everill
Derek John Everill
Ken Everill
1204 Lake Point Circle
McKinne, TX  75070

Michael D. Fowler
Martha Dickson (Deceased)
1680 S.W. St. Lucie West Blvd.
Port St. Lucie, FL  34986

John Inelli
17 Old Farmstead Rd.
Chester, NJ  07930

Eller Industries
c/o Leonard S. ("Lonnie") Labraiola
6035 N. 115th Street
Longmont, CO  80504-8434

**Registered Agent:**
Randal L. Hittle
[moved, left no forwarding address]

John Nicholson
22 Thoreau Ct.
Beverly, MA  01915

**VIA E-MAIL:**
Richard A. Block
President
Sterling Consulting Corporation
4101 E. Louisiana Ave., Ste. 300
Denver, CO  80246
**Receiver**
rblock@xpn.com

**Courtesy Copies to:**
Julie Trent
jt@bsblawyers.com

7

Eugene Sprague
esprague@bw-legal.com

Michael Chodos
michael@chodos.com

Robert Pitts
rpitts@lawrwp.com

Thomas F. Quinn
tquinn@tfqlaw.com

Henry N. Portner, Esq.
Pineapple Grove Corporate Center
101 Pineapple Grove Way
Delray Beach, FL 33444-3703


By: *s/Maurina Paradise*
    Fairfield and Woods, P.C.
    1700 Lincoln St., #2400
    Denver, CO 80203
    Phone: (303) 830-2400
    Fax: (303) 830-1033
    Email: jtanner@fwlaw.com