UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 95-cv-00777-REB-CBS

In re:  Indian Motorcycle Manufacturing, Inc., a New Mexico Corporation

**ORDER ON UNOPPOSED MOTION TO APPROVE SETTLEMENT AGREEMENT BETWEEN THE RECEIVER AND MR. BURT BONDY**

THE COURT, upon the motion of the receiver, and being sufficiently advised of the premises,

HEREBY ORDERS that the Unopposed Motion to Approve Settlement Agreement Between the receiver and Mr. Burt Bondy is GRANTED and made an order of the Court.  Mr. Bondy is dismissed with prejudice from this case.  Pursuant to Fed.R.Civ.P. 54(b), this Order is expressly made final, there being no just reason for delay.

DONE this ____ day of _____, 200__.

By: _____
Robert E. Blackburn
District Court Judge