IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 95-cv-00777-REB-CBS

In re: Indian Motorcycle Manufacturing, Inc., a New Mexico Corporation

_____

**JUDGMENT APPROVING SETTLEMENT AGREEMENT BETWEEN THE RECEIVER AND MR. BURT BONDY**

_____

Pursuant to and in accordance with the Order entered by Judge Robert E. Blackburn, on January 9, 2008, [#2606], granting the Motion to Approve Settlement Agreement Between the Receiver and Mr. Burt Bondy, With Which the United States Conditionally Agrees [2603], filed December 11, 2007, which is incorporated herein by reference as if fully set forth,

**It is ORDERED as follows**:

1. That the Motion to Approve Settlement Agreement Between the Receiver and Mr. Burt Bondy, with Which the United States Conditionally Agrees [#2603], filed December 11, 2007, is **GRANTED**;

2. That the Settlement Agreement and Mutual Release [#2603-2] that is attached to the motion as Exhibit 1 is **APPROVED** and its terms and provisions are **ORDERED IMPLEMENTED** with each party to perform all applicable terms and provisions;

3. That under Fed. R. Civ. P. 58, **JUDGMENT IS ENTERED** pursuant to the

Civil Action No. 95-cv-00777-REB-CBS
Judgment

      terms and provisions of the Settlement Agreement and Mutual Release [#2603-2] that is attached to the motion as Exhibit 1;

4. That this judgment entered pursuant to the order is certified to be a final judgment under Fed. R. Civ. P. 54(b); and

5. That this court **RETAINS JURISDICTION** of this action to enforce the terms and provisions of the Settlement Agreement and Mutual Release [#2603-2] that is attached to the motion as Exhibit 1.

DATED at Denver, Colorado, this 16th day of January, 2008.

FOR THE COURT:

Gregory C. Langham , Clerk

By: s/ Edward P. Butler
     Edward Butler
     Deputy Clerk