**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 95-cv-00777-REB-CBS

In re: Indian Motorcycle Manufacturing, Inc., a New Mexico Corporation

_____

**JUDGMENT FOR FEES, AND COSTS AGAINST SCOTT S. KAJIYA AND
HAIME [*sic*] RUIZ**

_____

Pursuant to and in accordance with the order entered by Judge Robert E. Blackburn, on January 15, 2008, granting the receiver's Verified Motion for Judgment, Fees, and Costs Against Scott S. Kajiya and Haime Ruiz [#2503] filed March 21, 2007, which order is incorporated by this reference,

It is ORDERED as follows:

1.    That the receiver's Verified Motion for Judgment, Fees, and Costs Against Scott S. Kajiya and Haime Ruiz [#2503] filed March 21, 2007, is **GRANTED**;

2.    That pursuant to Fed.R.Civ.P. 58(a), judgment **IS ENTERED** in favor of the receiver, Sterling Consulting Corporation, against Scott S. Kajiya and Jamie Ruiz, also know as Jamie P. Ruiz, in the amount of $121,750.00; provided, however, Jamie Ruiz, also known as Jamie P. Ruiz, shall not be liable, whether jointly or severally, for more than $58,562.00 (which is 24.35% of the $240,500.00 distributed directly to him);

3.    That the receiver is **AWARDED** the reasonable costs, receiver fees, and

Civil Action No. 95-cv-00777-REB-CBS
Judgment

attorney fees that were incurred in the filing and prosecution of the motion

[#2503]:

a.      That costs **SHALL BE TAXED** in the time and manner prescribed by

Fed.R.Civ.P. 54(d)(1) and D.C.COLO.LCivR 54.1;

b.      That reasonable attorney fees **SHALL BE DETERMINED** in the time

and   manner   prescribed   by   Fed.R.Civ.P.   54(d)(2)   and

D.C.COLO.LCivR 54.3; and

c.      That reasonable receiver fees **SHALL BE DETERMINED** in the same

time   and   manner   prescribed   for   attorney   fees   by   Fed.R.Civ.P.

54(d)(2) and D.C.COLO.LCivR. 54.3;

4.      That on or before the close of business on January 31, 2008, the

respondents, Scott S. Kajiya and Jaime Ruiz, also known as Jamie P. Ruiz,

**SHALL PROVIDE** the receiver with the names and contact information

(street address, mailing address, telephone number(s), e-mail address(es),

etc.) of anyone known to the respondents who received any part of the

$500,000.00 distribution made by the receiver to Scott S. Kajiya, including,

but not necessarily limited to, the following: Donnienne Ruiz, Claire Hori, Bill

Hori, Brian Dietz, Michael Ruiz, David Stevenson, Tom Cavallaro, Mark

Ruiz, and Engle & Murphy; and

5.      That this judgment is certified to be a final judgment under Fed.R.Civ.P.

Civil Action No. 95-cv-00777-REB-CBS
Judgment


                54(b).



        DATED at Denver, Colorado, this 17th day of January, 2008.


                                FOR THE COURT:

                                Gregory C. Langham , Clerk


                                By: s/ Edward P. Butler
                                        Edward Butler
                                        Deputy Clerk

Approved by:

s/ Robert E. Blackburn
Robert E. Blackburn
United States District Judge