OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 2 3 2008

GREGORY C. LANGHAM
CLERK

017H15524679
HASLER $0.41⁰
01/10/2008
Mailed From 80202
US POSTAGE

95-cv-777 REB

# 2606

Burt Bondy
8130 Prestwick Drive
Lajolla, CA 92037

X 921 NEE 1 906C 72 01/16/08
FORWARD TIME EXP   RTN TO SEND
BONDY
8422 PRESTWICK DR
LA JOLLA CA 92037-2022

RETURN TO SENDER