**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  95-cv-00777-REB-CBS

In re: Receivership Estate of INDIAN MOTORCYCLE
MANUFACTURING, INC., a New Mexico corporation,

## ORDER TO SHOW CAUSE

**Blackburn, J.**

The matter is before me *sua sponte*. It appears that insofar as practicable, the raison d´ etre for the receivership has been fulfilled.

**THEREFORE, IT IS ORDERED** that the receiver shall show cause in writing by July 25, 2008, why he should not file by a date certain (a) a final accounting; (b) a motion to approve the final accounting; and (c) a motion to terminate the receivership and to discharge the receiver.

Dated July 10, 2008, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn
Robert E. Blackburn
United States District Judge**