IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 95-cv-00777-REB-CBS

In re: Indian Motorcycle Manufacturing, Inc., a New Mexico Corporation

---

FINAL NOTICE TO [NAME]

---

By Amended Order Approving and Adopting Magistrate Judge's Recommendation (the "Amended Order") entered on July 28, 2006 by the Honorable Robert E. Blackburn, United States District Judge, you were Ordered to return [24.35% OF AMOUNT] to the receiver, as restitution of 24.35% of the [AMOUNT] the receiver paid in respect to your claim, in order to contribute to the partial satisfaction of the federal tax obligations of the receivership estate. Judgment on this claim was entered against you on [DATE]. The receiver's records show you have not satisfied the judgment.

In the near future, the receiver will file its motion to terminate the receivership and turn over to the Internal Revenue Service collection of the unpaid balance under any unpaid restitution judgments including the judgment against you, so that the IRS may collect against you directly. If you wish to resolve this before the receiver turns the collection over to the Internal Revenue Service, or if you would like to negotiate a payment plan, you should promptly contact the receiver's office at the address shown below or by telephone (303-781-9900).

By:  _____
Richard A. Block, President
Sterling Consulting Corporation, as receiver
Suite 300
4101 East Louisiana Avenue
Denver, Colorado 80246
Office: 303-388-1300
Fax: 303-781-4311
Email: rblock@xpn.com



EXHIBIT A