IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 95-cv-00777-REB-CBS

In re: Indian Motorcycle Manufacturing, Inc., a New Mexico Corporation

---

FINAL NOTICE TO [NAME]

---

By Amended Order Approving and Adopting Magistrate Judge's Recommendation (the "Amended Order") entered on July 28, 2006 by the Honorable Robert E. Blackburn, United States District Judge, you were Ordered to return [24.35% OF AMOUNT] to the receiver, as restitution of 24.35% of the [AMOUNT] the receiver paid in respect to your claim, in order to contribute to the partial satisfaction of the federal tax obligations of the receivership estate. The receiver's records show you have not done so.

In the near future, the receiver will file its motion to terminate the receivership and turn over to the Internal Revenue Service the unpaid restitution claims the receiver has against you and other who have not paid so that the IRS may collect them directly. If you wish to resolve this before the receiver turns the collection over to the Internal Revenue Service, or if you would like to negotiate a payment plan, you should promptly contact the receiver's office at the address shown below or by telephone (303-781-9900).

By: _____
Richard A. Block, President
Sterling Consulting Corporation, as receiver
Suite 300
4101 East Louisiana Avenue
Denver, Colorado  80246
Office: 303-388-1300
Fax: 303-781-4311
Email: rblock@xpn.com



EXHIBIT B