IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 95-cv-00777-REB-CBS

In re: Receivership Estate of INDIAN MOTORCYCLE
MANUFACTURING, INC., a New Mexico corporation,

## ORDER DISCHARGING ORDER TO SHOW CAUSE

**Blackburn, J.**

The matter before me is the **Receiver's Response to Order To Show Cause** [#2612], filed July 25, 2008. The Receiver suggests that this receivership may be terminated in the near future, i.e., within one to four months, although certain matters remain to be resolved before the final accounting can be filed.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Order To Show Cause** [#2611], filed July 10, 2008, is **DISCHARGED**; and

2. That the Receiver **SHALL FILE** periodic status reports, at least once every **thirty (30)** days, from the date of this order, until the final accounting, motion to approve the final accounting, and motion to terminate the receivership and discharge the Receiver are filed.

Dated August 1, 2008, at Denver, Colorado.

BY THE COURT:

s/ Robert E. Blackburn
Robert E. Blackburn
United States District Judge