## Indian Motorcycle Manufacturing Inc.
## Balance Sheet
## September 30, 2003

### ASSETS

**Current Assets**

| | | |
|---|---:|---:|
| Cash | 539.34 | |
| **Total Current Assets** | | **539.34** |

**Accounts Receivable**

| | | |
|---|---:|---:|
| A/R-Trustee in MA (Interest) | 12,107.75 | |
| A/R-Trustee in MA | 451,834.68 | |
| **Total Accounts Receivable** | | **463,942.43** |

**Other Assets**

| | | |
|---|---:|---:|
| Stock-Indian #63 | 1,200.00 | |
| Stock-Indian #64 | 2,998.70 | |
| Stock-Indian #219 | 1,017.34 | |
| Stock-Indian #192 | 21.26 | |
| Stock-Indian #193 | 21.26 | |
| Stock-Indian #223 | 28.74 | |
| Stock-Indian #224 | 28.74 | |
| Stock-Indian #209 | 136.03 | |
| Stock-Indian #240 | 183.97 | |
| Stock-First Entertainment Hold | 2,000.00 | |
| **Total Other Assets** | | **7,636.04** |
| | | |
| **Total Assets** | | **472,117.81** |

# EXHIBIT 1
Unaudited - For Management Purposes Only

# Indian Motorcycle Manufacturing Inc.
## Balance Sheet
### September 30, 2003

### LIABILITIES AND CAPITAL

**Current Payables**

| | | |
|---|---:|---:|
| Payables-General | 16,807.32 | |
| Fairfield & Woods, PC | 406,940.63 | |
| Zarlengo Wilkins & Company | 11,877.45 | |
| Mirick, O'Connell | 95,809.34 | |
| Sterling Corporation | 538,439.63 | |
| **Total Current Payables** | | 1,069,874.37 |

**Stock Liability**

| | | |
|---|---:|---:|
| Stock Indian | 5,636.04 | |
| Stock Certificates-1st Ent. | 2,000.00 | |
| **Total Stock Liability** | | 7,636.04 |

| | | |
|---|---|---:|
| **Total Liabilities** | | 1,077,510.41 |

**Capital**

| | | |
|---|---:|---:|
| Treasury Stock | (2,990.80) | |
| Common Stock | 183,739.80 | |
| Retained Earnings | (430,866.92) | |
| Net Income | (355,274.68) | |
| **Total Capital** | | (605,392.60) |

| | | |
|---|---|---:|
| **Total Liabilities & Capital** | | 472,117.81 |

# EXHIBIT 1
Unaudited - For Management Purposes Only

## Indian Motorcycle Manufacturing Inc.
## Income Statement
### For the Twelve Months Ending September 30, 2003

|  | Current Month | Year to Date |
|---|---:|---:|
| **Revenues** | | |
| Interest Income | - | 0.66 |
| **Total Revenues** | - | 0.66 |
| | | |
| **Cost of Sales** | | |
| **Total Cost of Sales** | - | - |
| | | |
| **Gross Profit** | - | 0.66 |
| | | |
| **Expenses** | | |
| Bank Charges | 7.00 | 86.12 |
| Legal Expense | 10,376.14 | 133,239.72 |
| Accounting & Audit | - | 11,604.45 |
| Printing/Copies Services | 23.20 | 436.10 |
| Interest Expense | - | 273.00 |
| Postage\Shipping | 3.13 | 472.53 |
| Receiver Fees | 12,687.50 | 191,843.75 |
| Professional Fees | 1,000.00 | 2,825.00 |
| Telephone | 72.77 | 931.15 |
| Legal-Research | 431.19 | 3,495.94 |
| Web Services | 250.00 | 3,000.00 |
| Travel-Airlines | - | 2,711.23 |
| Travel-Auto | - | 841.28 |
| Travel-Lodging | - | 2,999.91 |
| Travel-Meals | - | 515.16 |
| **Total Expenses** | 24,850.93 | 355,275.34 |
| | | |
| **Net Income** | (24,850.93) | (355,274.68) |

## EXHIBIT 2
For Management Purposes Only

# Indian Motorcycle Manufacturing, Inc.
# Balance Sheet
# September 30, 2004

### ASSETS

**Current Assets**

| | | |
|---|---:|---:|
| Cash | 454.74 | |
| **Total Current Assets** | | **454.74** |

**Accounts Receivable**

| | | |
|---|---:|---:|
| A/R-Trustee in MA (Interest) | 12,107.75 | |
| A/R-Trustee in MA | 451,834.68 | |
| **Total Accounts Receivable** | | **463,942.43** |

**Other Assets**

| | | |
|---|---:|---:|
| Stock-Indian #63 | 1,200.00 | |
| Stock-Indian #64 | 2,998.70 | |
| Stock-Indian #219 | 1,017.34 | |
| Stock-Indian #192 | 21.26 | |
| Stock-Indian #193 | 21.26 | |
| Stock-Indian #223 | 28.74 | |
| Stock-Indian #224 | 28.74 | |
| Stock-Indian #209 | 136.03 | |
| Stock-Indian #240 | 183.97 | |
| Stock-First Entertainment Hold | 2,000.00 | |
| **Total Other Assets** | | **7,636.04** |
| | | |
| **Total Assets** | | **472,033.21** |

# EXHIBIT 3
Unaudited - For Management Purposes Only

## Indian Motorcycle Manufacturing, Inc.
## Balance Sheet
## September 30, 2004

### LIABILITIES AND CAPITAL

**Current Payables**

| | | |
|---|---:|---:|
| Payables-General | 16,807.32 | |
| Fairfield & Woods, PC | 447,416.83 | |
| Zarlengo Wilkins & Company | 16,788.07 | |
| Mirick, O'Connell | 95,809.34 | |
| Sterling Corporation | 591,233.96 | |
| **Total Current Payables** | | 1,168,055.52 |

**Stock Liability**

| | | |
|---|---:|---:|
| Stock Indian | 5,636.04 | |
| Stock Certificates-1st Ent. | 2,000.00 | |
| **Total Stock Liability** | | 7,636.04 |

| | |
|---|---:|
| **Total Liabilities** | 1,175,691.56 |

**Capital**

| | | |
|---|---:|---:|
| Treasury Stock | (2,990.80) | |
| Common Stock | 183,739.80 | |
| Retained Earnings | (786,141.60) | |
| Net Income | (98,265.75) | |
| **Total Capital** | | (703,658.35) |

| | |
|---|---:|
| **Total Liabilities & Capital** | 472,033.21 |

# EXHIBIT 3
Unaudited - For Management Purposes Only

## Indian Motorcycle Manufacturing Inc
## Income Statement
### For the Twelve Months Ending September 30, 2004

|  | Current Month | Year to Date |
|---|---:|---:|
| **Revenues** | | |
| **Total Revenues** | - | - |
| | | |
| **Cost of Sales** | | |
| Total Cost of Sales | - | - |
| | | |
| Gross Profit | - | - |
| | | |
| **Expenses** | | |
| Bank Charges | 7.10 | 84.60 |
| Legal Expense | 736.00 | 87,352.90 |
| Accounting & Audit | - | 4,910.62 |
| Printing/Copies Services | - | 15.50 |
| Postage\Shipping | - | 247.57 |
| Professional Fees | - | 1,675.00 |
| Telephone | - | 949.13 |
| Legal-Research | - | 1,937.90 |
| Travel-Auto | - | 121.61 |
| Travel-Lodging | - | 903.42 |
| Travel-Meals | - | 67.50 |
| | | |
| Total Expenses | 743.10 | 98,265.75 |
| | | |
| Net Income | (743.10) | (98,265.75) |

**EXHIBIT 4**
For Management Purposes Only

## Indian Motorcycles Manufacturing Inc.
## Balance Sheet
## September 30, 2005

### ASSETS

**Current Assets**
| | | |
|---|---:|---:|
| Cash | 367.44 | |
| **Total Current Assets** | | 367.44 |

**Accounts Receivable**
| | | |
|---|---:|---:|
| A/R-Trustee in MA (Interest) | 12,107.75 | |
| A/R-Trustee in MA | 451,834.68 | |
| **Total Accounts Receivable** | | 463,942.43 |

**Other Assets**
| | | |
|---|---:|---:|
| Stock-Indian #63 | 1,200.00 | |
| Stock-Indian #64 | 2,998.70 | |
| Stock-Indian #219 | 1,017.34 | |
| Stock-Indian #192 | 21.26 | |
| Stock-Indian #193 | 21.26 | |
| Stock-Indian #223 | 28.74 | |
| Stock-Indian #224 | 28.74 | |
| Stock-Indian #209 | 136.03 | |
| Stock-Indian #240 | 183.97 | |
| Stock-First Entertainment Hold | 2,000.00 | |
| **Total Other Assets** | | 7,636.04 |

**Total Assets**     471,945.91

## EXHIBIT 5
Unaudited - For Management Purposes Only

# Indian Motorcycles Manufacturing Inc.
## Balance Sheet
## September 30, 2005

### LIABILITIES AND CAPITAL

**Current Payables**

| | | |
|---|---:|---:|
| Payables-General | 16,807.32 | |
| Fairfield & Woods, PC | 493,392.29 | |
| Zarlengo Wilkins & Company | 16,788.07 | |
| Mirick, O'Connell | 95,809.34 | |
| Sterling Corporation | 823,989.12 | |
| **Total Current Payables** | | **1,446,786.14** |

**Stock Liability**

| | | |
|---|---:|---:|
| Stock Indian | 5,636.04 | |
| Stock Certificates-1st Ent. | 2,000.00 | |
| **Total Stock Liability** | | **7,636.04** |

| | | |
|---|---|---:|
| **Total Liabilities** | | **1,454,422.18** |

**Capital**

| | | |
|---|---:|---:|
| Treasury Stock | (2,990.80) | |
| Common Stock | 183,739.80 | |
| Retained Earnings | (884,407.35) | |
| Net Income | (278,817.92) | |
| **Total Capital** | | **(982,476.27)** |

| | | |
|---|---|---:|
| **Total Liabilities & Capital** | | **471,945.91** |

## EXHIBIT 5
Unaudited - For Management Purposes Only

## Indian Motorcycles Manufacturing Inc.
## Income Statement
## For the Twelve Months Ending September 30, 2005

|  | Current Month | Year to Date |
|---|---:|---:|
| **Revenues** | | |
| Total Revenues | - | - |
| | | |
| **Cost of Sales** | | |
| Total Cost of Sales | - | - |
| | | |
| **Gross Profit** | - | - |
| | | |
| **Expenses** | | |
| Bank Charges | 7.55 | 87.30 |
| Legal Expense | 11,970.13 | 46,263.10 |
| Printing/Copies Services | 16.60 | 22.80 |
| Postage\Shipping | 151.84 | 155.99 |
| Receiver Fees | 125,211.00 | 228,457.00 |
| Professional Fees | 1,175.00 | 1,650.00 |
| Telephone | 304.51 | 1,237.11 |
| Legal-Research | - | 318.47 |
| Travel-Airlines | 253.90 | 253.90 |
| Travel-Auto | 150.97 | 150.97 |
| Travel-Lodging | 221.28 | 221.28 |
| **Total Expenses** | **139,462.78** | **278,817.92** |
| | | |
| **Net Income** | **(139,462.78)** | **(278,817.92)** |

**EXHIBIT 6**
For Management Purposes Only

## Indian Motorcycle Manufacturing Company
## Balance Sheet
## September 30, 2006

### ASSETS

**Current Assets**
Cash                                              141,592.18
**Total Current Assets**                                          141,592.18

**Accounts Receivable**
A/R-Trustee in MA (Interest)                       12,107.75
A/R-Trustee in MA                                 451,834.68
**Total Accounts Receivable**                                     463,942.43

**Other Assets**
Stock-Indian #63                                    1,200.00
Stock-Indian #64                                    2,998.70
Stock-Indian #219                                   1,017.34
Stock-Indian #192                                       21.26
Stock-Indian #193                                       21.26
Stock-Indian #223                                       28.74
Stock-Indian #224                                       28.74
Stock-Indian #209                                     136.03
Stock-Indian #240                                     183.97
Stock-First Entertainment Hold                      2,000.00
**Total Other Assets**                                              7,636.04

**Total Assets**                                                  613,170.65

## EXHIBIT 7
Unaudited - For Management Purposes Only

## Indian Motorcycle Manufacturing Company
## Balance Sheet
## September 30, 2006

### LIABILITIES AND CAPITAL

**Current Payables**

| | | |
|---|---:|---:|
| Payables-General | 16,582.32 | |
| Fairfield & Woods, PC | 607,710.95 | |
| Fairfield & Woods-Trust Fund | 6,923.33 | |
| Fairfield & Woods-Paul & Goss. | 12,791.81 | |
| Zarlengo Wilkins & Company | 18,785.89 | |
| Mirick, O'Connell | 95,809.34 | |
| Sterling Corporation | 908,039.87 | |
| **Total Current Payables** | | **1,666,643.51** |

**Stock Liability**

| | | |
|---|---:|---:|
| Stock Indian | 5,636.04 | |
| Stock Certificates-1st Ent. | 2,000.00 | |
| **Total Stock Liability** | | **7,636.04** |
| **Total Liabilities** | | **1,674,279.55** |

**Capital**

| | | |
|---|---:|---:|
| Treasury Stock | (2,990.80) | |
| Common Stock | 183,739.80 | |
| Retained Earnings | (1,163,225.27) | |
| Net Income | (78,632.63) | |
| **Total Capital** | | **(1,061,108.90)** |
| **Total Liabilities & Capital** | | **613,170.65** |

## EXHIBIT 7
Unaudited - For Management Purposes Only

## Indian Motorcycle Manufacturing Company
### Income Statement
### For the Twelve Months Ending September 30, 2006

|  | Current Month | Year to Date |
|---|---:|---:|
| **Revenues** | | |
| Claimant Return Money Income | 243,121.62 | 437,444.66 |
| **Total Revenues** | 243,121.62 | 437,444.66 |
| | | |
| **Cost of Sales** | | |
| **Total Cost of Sales** | - | - |
| | | |
| **Gross Profit** | 243,121.62 | 437,444.66 |
| | | |
| **Expenses** | | |
| Bank Charges | 10.00 | 10.00 |
| Legal Expense | - | 99,555.42 |
| Accounting & Audit | - | 1,997.82 |
| Printing/Copies Services | - | 29.00 |
| Dues & Subscriptions | 482.00 | 482.00 |
| Postage\Shipping | - | 134.46 |
| Receiver Fees | 159,805.50 | 159,805.50 |
| Professional Fees | - | 3,200.00 |
| Telephone | - | 244.80 |
| Legal-Research | - | (101.50) |
| Travel-Auto | - | 20.87 |
| Corporate Income Tax | 250,698.92 | 250,698.92 |
| **Total Expenses** | 410,996.42 | 516,077.29 |
| | | |
| **Net Income** | (167,874.80) | (78,632.63) |

### EXHIBIT 8
For Management Purposes Only

### Indian Motorcycle Manufacturing Company
### Balance Sheet
### September 30, 2007

#### ASSETS

**Current Assets**
| | | |
|---|---:|---:|
| Cash | 26,685.56 | |
| **Total Current Assets** | | **26,685.56** |

**Accounts Receivable**
| | | |
|---|---:|---:|
| A/R-Trustee in MA (Interest) | 12,107.75 | |
| A/R-Trustee in MA | 451,834.68 | |
| **Total Accounts Receivable** | | **463,942.43** |

**Other Assets**
| | | |
|---|---:|---:|
| Stock-Indian #63 | 1,200.00 | |
| Stock-Indian #64 | 2,998.70 | |
| Stock-Indian #219 | 1,017.34 | |
| Stock-Indian #192 | 21.26 | |
| Stock-Indian #193 | 21.26 | |
| Stock-Indian #223 | 28.74 | |
| Stock-Indian #224 | 28.74 | |
| Stock-Indian #209 | 136.03 | |
| Stock-Indian #240 | 183.97 | |
| Stock-First Entertainment Hold | 2,000.00 | |
| **Total Other Assets** | | **7,636.04** |
| | | |
| **Total Assets** | | **498,264.03** |

### EXHIBIT 9
Unaudited - For Management Purposes Only

## Indian Motorcycle Manufacturing Company
## Balance Sheet
## September 30, 2007

### LIABILITIES AND CAPITAL

**Current Payables**

| | | |
|---|---:|---:|
| Payables-General | 16,582.32 | |
| Fairfield & Woods, PC | 596,722.11 | |
| Fairfield & Woods-Trust Fund | 343.13 | |
| Zarlengo Wilkins & Company | 18,785.89 | |
| Mirick, O'Connell | 95,809.34 | |
| Sterling Corporation | 868,887.50 | |
| **Total Current Payables** | | **1,597,130.29** |

**Stock Liability**

| | | |
|---|---:|---:|
| Stock Indian | 5,636.04 | |
| Stock Certificates-1st Ent. | 2,000.00 | |
| **Total Stock Liability** | | **7,636.04** |
| **Total Liabilities** | | **1,604,766.33** |

**Capital**

| | | |
|---|---:|---:|
| Treasury Stock | (2,990.80) | |
| Common Stock | 183,739.80 | |
| Retained Earnings | (1,241,857.90) | |
| Net Income | (45,393.40) | |
| **Total Capital** | | **(1,106,502.30)** |
| **Total Liabilities & Capital** | | **498,264.03** |

**EXHIBIT 9**
Unaudited - For Management Purposes Only

## Indian Motorcycle Manufacturing Company
## Income Statement
## For the Twelve Months Ending September 30, 2007

|  | Current Month | Year to Date |
|---|---:|---:|
| **Revenues** | | |
| Claimant Return Money Income | 17,543.11 | 178,136.15 |
| **Total Revenues** | **17,543.11** | **178,136.15** |
| | | |
| **Cost of Sales** | | |
| **Total Cost of Sales** | - | - |
| | | |
| **Gross Profit** | **17,543.11** | **178,136.15** |
| | | |
| **Expenses** | | |
| Bank Charges | - | 10.00 |
| Legal Expense | 1,875.10 | 57,344.25 |
| Printing/Copies Services | - | 1,667.20 |
| Dues & Subscriptions | 143.00 | 206.00 |
| Postage\Shipping | - | 398.85 |
| Receiver Fees | - | 30,212.38 |
| Professional Fees | - | 20,548.85 |
| Telephone | - | 997.26 |
| Legal-Research | - | 1,064.54 |
| Corporate Income Tax | - | 90,777.62 |
| Other Taxes | - | 20,302.60 |
| **Total Expenses** | **2,018.10** | **223,529.55** |
| | | |
| **Net Income** | **15,525.01** | **(45,393.40)** |

## EXHIBIT 10
For Management Purposes Only

# Indian Motorcycle Manufacturing Company
## Balance Sheet
### August 31, 2008

### ASSETS

**Current Assets**
| | | |
|---|---:|---:|
| Cash | 58,653.56 | |
| **Total Current Assets** | | **58,653.56** |

**Accounts Receivable**
| | | |
|---|---:|---:|
| A/R-Trustee in MA (Interest) | 12,107.75 | |
| A/R-Trustee in MA | 451,834.68 | |
| **Total Accounts Receivable** | | **463,942.43** |

**Other Assets**
| | | |
|---|---:|---:|
| Stock-Indian #63 | 1,200.00 | |
| Stock-Indian #64 | 2,998.70 | |
| Stock-Indian #219 | 1,017.34 | |
| Stock-Indian #192 | 21.26 | |
| Stock-Indian #193 | 21.26 | |
| Stock-Indian #223 | 28.74 | |
| Stock-Indian #224 | 28.74 | |
| Stock-Indian #209 | 136.03 | |
| Stock-Indian #240 | 183.97 | |
| Stock-First Entertainment Hold | 2,000.00 | |
| **Total Other Assets** | | **7,636.04** |
| **Total Assets** | | **530,232.03** |

# EXHIBIT 11
Unaudited - For Management Purposes Only

## Indian Motorcycle Manufacturing Company
## Balance Sheet
## August 31, 2008

### LIABILITIES AND CAPITAL

**Current Payables**
| | | |
|---|---:|---:|
| Payables-General | 16,582.32 | |
| Fairfield & Woods, PC | 586,391.86 | |
| Zarlengo Wilkins & Company | 18,785.89 | |
| Mirick, O'Connell | 95,809.34 | |
| Sterling Corporation | 851,454.63 | |
| **Total Current Payables** | | **1,569,024.04** |

**Stock Liability**
| | | |
|---|---:|---:|
| Stock Indian | 5,636.04 | |
| Stock Certificates-1st Ent. | 2,000.00 | |
| **Total Stock Liability** | | **7,636.04** |

| | | |
|---|---|---:|
| **Total Liabilities** | | **1,576,660.08** |

**Capital**
| | | |
|---|---:|---:|
| Treasury Stock | (2,990.80) | |
| Common Stock | 183,739.80 | |
| Retained Earnings | (1,287,251.30) | |
| Net Income | 60,074.25 | |
| **Total Capital** | | **(1,046,428.05)** |

| | | |
|---|---|---:|
| **Total Liabilities & Capital** | | **530,232.03** |

# EXHIBIT 11
Unaudited - For Management Purposes Only

## Indian Motorcycle Manufacturing Company
## Income Statement
## For the Eleven Months Ending August 31, 2008

|  | Current Month | Year to Date |
|---|---:|---:|
| **Revenues** | | |
| Claimant Return Money Income | 38,107.98 | 123,857.98 |
| **Total Revenues** | **38,107.98** | **123,857.98** |
| | | |
| **Cost of Sales** | | |
| **Total Cost of Sales** | - | - |
| | | |
| **Gross Profit** | **38,107.98** | **123,857.98** |
| | | |
| **Expenses** | | |
| Legal Expense | - | 4,933.24 |
| Dues & Subscriptions | - | 500.00 |
| Corporate Income Tax | - | 58,350.49 |
| **Total Expenses** | - | **63,783.73** |
| | | |
| **Net Income** | **38,107.98** | **60,074.25** |

**EXHIBIT 12**
For Management Purposes Only