## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT DISTRICT FOR THE DISTRICT OF COLORADO

Plaintiff
**STERLING CONSULTING CORPORATION**

vs.

Defendant
**INDIAN MOTORCYCLE MANUFACTURING, INC., a New Mexico Corporation**

**Case No: 95-CV-00777-REB-CBS**

Received this on 9/17/2008 at 3:14 PM

I Steven D. Glenn, being duly sworn, depose and say, I have been duly authorized to make service of the document(s) listed herein in the above styled case. I am over the age of 18, and am not a party to or otherwise interested in this matter.

**That on 9/19/2008 at 10:25 AM, I executed service of WRIT OF GARNISHMENT WITH NOTICE OF EXEMPTION AND PENDING LEVY on Vectra Bank Colorado, N.A. at 2000 S. Colorado Blvd., #2-1200, Denver, County of Denver, CO 80222**

**By Corporate Service Service to: Heather Bettinger,  Financial Sevices Representative**

Physical Description:   Race: White   Sex: F   Age: 20's   Ht: 5'4"   Wt: 160   Hair: Red   Glasses: No

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

_____                      Executed on  9/22/08
Steven D. Glenn, Process Server

State of Colorado
County of Arapahoe
Subscribed and sworn to before me, a notary public, on  9/22/08
_____
Notary Public
My Commission Expires:  1/23/2010

ID: 11448
Client Reference: Sterling Consulting Corporation

[Notary Seal: CAROLYN J. NEUBERT, NOTARY PUBLIC, STATE OF COLORADO, My Commission Expires Jan. 23, 2010]