NO FUNDS

NO Funds

LV 1114073

Case 1:95-cv-00777-REB-CBS   Document 2615   Filed 09/17/2008   Page 1 of 3

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Case Number: 95-cv-00777-REB-CBS

**WRIT OF GARNISHMENT WITH NOTICE OF EXEMPTION AND PENDING LEVY**

In re: the Receivership Estate of Indian Motorcycle Manufacturing, Inc., a New Mexico Corporation

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 25 2008

GREGORY C. LANGHAM
CLERK

Judgment Debtor's name, last known address, other identifying information: Ronald Schiff, 400 South Steele Street, Denver, CO 80109

1. Original Amount of Judgment Entered   July 24, 2007       $18,263.00
2. Plus any Interest Due on Judgment   ( 4.99  % per annum)   + $ 1,064.41
3. Taxable Costs (including estimated cost of service of this Writ)   + $  55.00
4. Less any Amount Paid                                              - $   0
5. Principal Balance/Total Amount Due and Owing                      = $ 19,382.41

I affirm that I am authorized to act for the Judgment Creditor and this is a correct statement as of   September 19, 2008

Subscribed under oath before me on   September 19, 2008

Notary Public or Deputy Clerk

My Commission Expires: 12/21/2009

Sterling Consulting Corporation, as Receiver in the Receivership Estate of Indian Motorcycle Manufacturing, Inc.

Address:  c/o Fairfield and Woods, P.C., 1700 Lincoln Street, Suite 2400, Denver, Colorado 80203, 303-830-2400

By: John M. Tanner, Fairfield and Woods, P.C., 1700 Lincoln Street, Suite 2400, Denver, Colorado 80203, 303-830-2400
Attorneys for Sterling Consulting Corporation

**WRIT OF GARNISHMENT WITH NOTICE OF EXEMPTION AND PENDING LEVY**

To the United States Marshal or to the Sheriff of any Colorado County, or to any person over the age of 18 years who is not a party to this action:

You are directed to serve a copy of the Writ of Garnishment upon COMPASS BANK-COLORADO, c/o Officer or Branch Manager, 101 Garfield Street, Denver, CO 80206

Garnishee, with proper return of service to be made to the Court.

TO THE GARNISHEE:

YOU ARE HEREBY SUMMONED AS GARNISHEE IN THIS ACTION AND ORDERED:

a. To answer the following questions under oath and file your answers with the Clerk of Court (AND to mail a completed copy with your answers to the Judgment Creditor or its attorney when a stamped envelope is attached) within 10 days following service of this Writ upon you. YOUR FAILURE TO ANSWER THIS WRIT WITH NOTICE MAY RESULT IN THE ENTRY OF DEFAULT AGAINST YOU.
b. To hold, pending court order, any personal property (other than earnings) owed to or owned by the Judgment Debtor and in your possession or control on the date and time this Writ was served upon you.

YOU ARE NOTIFIED:

c. This Writ with Notice applies to all personal property (other than earnings) owed to or owned by the Judgment Debtor and in your possession or control as of the date and time this Writ was served upon you.
d. In no case may you withhold any personal property greater than the amount on Line 5 on the front of this Writ unless the personal property is incapable of being divided.
e. If you are ordered to pay funds to the Court, tender your check for the amount PAYABLE TO:

Clerk of the United States District Court at 901 19th Street, Room A-105, Denver, Colorado 80294-3589

CLERK OF THE COURT:  Gregory C. Langham
901 19th Street, Room A-105
Denver, Colorado 80294-3589
(303) 844-3433

By: [signature]
Deputy Clerk
Date: 9/17/08

COMPASS BANK
Rosemary Dixon
Operations Specialist
Phone: 205-297-2677
Fax: 205-297-6301

Date Received
SEP 19 2008
Received By
J Wills

NO Funds

@001/003

09/19/2008 FRI 13:07 FAX   →→→ garnishments

### QUESTIONS TO BE ANSWERED BY GARNISHEE

Judgment Debtor's Name: Ronald Schiff / Case No. 95CV00777-REB-CBS / US District Court / State of Colorado

The following questions MUST be answered by you under oath:
a. On the date and time this Writ was served upon you, did you possess or control any personal property of the Judgment Debtor or did you owe any rents, payments, obligations, debts or moneys other than earnings to the Judgment Debtor?
☐ YES ☒ NO
b. If YES, list all items of personal property and their location(s) and/or describe the nature and amount of the debt or obligation: (Attach additional pages if necessary): **No Funds**
c. Do you claim any setoff against any property, debt or obligation listed above?
☐ YES ☒ NO
d. If you answered YES to question c, describe the nature and amount of the setoff claimed: (Attach additional pages if necessary) _____

I affirm that I am authorized to act for the Garnishee and the above answers are true and correct.

Subscribed under oath before me _____ (date)

Notary Public

My Commission Expires 12/03/2011

My Commission Expires: _____

Name of Garnishee (Print)  Compass Bank
Address:  c/o Please see attorney listed below
Phone Number  303-329-3363
Name of Person Answering (Print)
Brian J. Berardini, Reg. No. 10406
Brown, Berardini & Dunning, P.C.
2000 South Colorado Blvd., Tower Two, Suite 700
Denver, CO  80222

Signature of Person Answering _____

### NOTICE TO JUDGMENT DEBTOR OF EXEMPTION AND PENDING LEVY

This Writ with Notice is a court order which may cause your property or money to be held and taken to pay a judgment entered against you. You have legal rights which may prevent all or part of your money or property from being taken. That part of the money or property which may not be taken is called "exempt property". A partial list of "exempt property" is shown below, along with the law which may make all or part of your money or property exempt. The purpose of this notice is to tell you about these rights.

**PARTIAL LIST OF EXEMPT PROPERTY** (Numbered Statutory References are Subject to Change)

1. All or part of your property listed in Sections 13-54-101 and 102, C.R.S., including clothing, jewelry, books, burial sites, household goods, food and fuel, farm animals, seed, tools, equipment and implements, military allowances, stock-in-trade and certain items used in your occupation, bicycles, motor vehicles (greater for disabled persons), life insurance, income tax refunds, money received because of loss of property or for personal injury, equipment that you need because of your health, or money received because you were a victim of a crime.
2. All or part of your earnings under Section 13-54-104, C.R.S.
3. Worker's compensation benefits under Section 8-42-124, C.R.S.
4. Unemployment compensation benefits under Section 8-80-103, C.R.S.
5. Group life insurance benefits under Section 10-7-205, C.R.S.
6. Health insurance benefits under Section 10-16-212, C.R.S.
7. Fraternal society benefits under Section 10-14-403, C.R.S.
8. Family allowances under Section 15-11-404, C.R.S.
9. Teachers' retirement fund benefits under Section 22-64-120, C.R.S.
10. Public employees' retirement benefits (PERA) under Sections 24-51-212 & 24-54-111, C.R.S.
11. Social security benefits (OASDI, SSI) under 42 U.S.C. 407.
12. Railroad employee retirement benefits under 45 U.S.C. 231m.
13. Public assistance benefits (such as OAP, AFDC, TANF, AND, AB, LEAP) under Section 26-2-131, C.R.S.
14. Policemen's and firemen's pension fund payments under Sections 31-30-1117, 31-30.5-208 & 31-31-203, C.R.S.
15. Utility and security deposits under Section 13-54-102(1)(r), C.R.S.
16. Proceeds of the sale of homestead property under Section 38-41-207, C.R.S.
17. Veteran's Administration benefits under 38 U.S.C. 5301.
18. Civil service retirement benefits under 5 U.S.C. 8346.
19. Mobile homes and trailers under Section 38-41-201.6, C.R.S.