UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 95-cv-00777-REB-CBS

In re:  the Receivership Estate of Indian Motorcycle Manufacturing, Inc., a New Mexico Corporation

---

**FULL SATISFACTION OF JUDGMENT AND RELEASE OF LIEN**

---

Judgment was rendered in favor of the Receivership Estate of Indian Motorcycle Manufacturing, Inc., a New Mexico Corporation and against Ronald Schiff in the above-entitled action, on the 17th day of September 2008, in the sum of $19,382.41 and for costs and Sterling Consulting Corporation, as Receiver in the Receivership Estate of Indian Motorcycle Manufacturing, Inc. acknowledges payment of said judgment, costs and interest in full and desires to release this judgment and hereby fully and completely satisfy the same.

Respectfully submitted this 30th day of September 2008.

FAIRFIELD AND WOODS, P.C.

By:  *s/ John M. Tanner*
John M. Tanner
1700 Lincoln Street, Suite 2400
Denver, Colorado 80203
Phone:  303-830-2400
Fax:  303-830-1033
Email:  jtanner@fwlaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 30th day of September 2008 a copy of the foregoing **FULL SATISFACTION OF JUDGMENT AND RELEASE OF LIEN** was served via U.S. Mail, postage-prepaid, addressed correctly to:

Ronald Schiff
400 South Steele Street
Denver, CO  80209

*s/ Sharon Chiecuto*
Sharon Chiecuto