UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 95-cv-00777-REB-CBS

In re:   the Receivership Estate of Indian Motorcycle Manufacturing, Inc., a New Mexico Corporation

---

### RELEASE OF WRIT OF GARNISHMENT AND PENDING LEVY

---

**TO:**   Vectra Bank Colorado, N.A.
c/o Bruce Alexander, President and CEO
2000 S. Colorado Blvd., #2-1200
Denver, CO  80222

Vectra Bank
Affiliate Branch Operations – Legal Support
ATTN:  Tracy Kohler
255 N. Admiral Byrd Road
Salt Lake City, UT  84116

You are hereby directed by the attorney for the Receivership Estate of Indian Motorcycle Manufacturing, Inc., a New Mexico Corporation to release the Writ of Garnishment and Pending Levy issued in this case on September 17, 2008, as follows:

1.   This Release constitutes a full release of Ronald Schiff's bank account(s) held by Vectra Bank.

2.   You are relieved of your obligation to withhold funds of Ronald Schiff to the extent indicated in this Release.

3.   Any funds covered by this Release which have been withheld, should now be accessible to Ronald Schiff.

Respectfully submitted this 30th day of September 2008.

            FAIRFIELD AND WOODS, P.C.

By:    *s/ John M. Tanner*
       John M. Tanner
       1700 Lincoln Street, Suite 2400
       Denver, Colorado 80203
       Phone: 303-830-2400
       Fax: 303-830-1033
       Email: jtanner@fwlaw.com

Attorneys for Sterling Consulting Corporation, as Receiver in the Receivership Estate of Indian Motorcycle Manufacturing, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of September 2008, I served a true and correct copy of the foregoing **RELEASE OF WRIT OF GARNISHMENT AND PENDING LEVY** by placing same in the United States Mail, postage prepaid, addressed to the following:

Vectra Bank Colorado, N.A.
c/o Bruce Alexander, President and CEO
2000 S. Colorado Blvd., #2-1200
Denver, CO 80222

Vectra Bank
Affiliate Branch Operations – Legal Support
ATTN: Tracy Kohler
255 N. Admiral Byrd Road
Salt Lake City, UT 84116

Ronald Schiff
400 South Steele Street
Denver, CO 80209

            *s/ Sharon Chiecuto*
            Sharon Chiecuto

2