EXHIBIT 1
Page 1

**TOTAL PAID BEFORE COMMISSIONS STARTED**

| Date | Claimant | Amount |
|---|---|---|
| 27-Dec-05 | Boyd Sign & Graphics | 81.60 |
| 27-Dec-05 | Mark Burrow | 705.00 |
| 27-Dec-05 | William R. Childs | 21,233.60 |
| 27-Dec-05 | John R. Eidson | 705.00 |
| 27-Dec-05 | J. Amador Gonzales | 5,000.00 |
| 27-Dec-05 | Thomas T. Johnson | 5,000.00 |
| 27-Dec-05 | Leroy Lujan | 2,500.00 |
| 27-Dec-05 | Scott McCormick, JR | 20,000.00 |
| 27-Dec-05 | Thomas J. McGinn | 2,600.00 |
| 27-Dec-05 | Miller, Simon, & Maier | 18,460.00 |
| 27-Dec-05 | William H. McNamara | 5,000.00 |
| 27-Dec-05 | Steve Montano | 2,500.00 |
| 27-Dec-05 | Robert G. Spelbrink | 5,000.00 |
| 27-Dec-05 | Douglas Walliser | 20,000.00 |
| 27-Dec-05 | Richard & Teresa Wright | 700.00 |
| 30-Dec-05 | Fulton G. Drumheller | 705.00 |
| 30-Dec-05 | Martin Hall | 1,200.00 |
| 30-Dec-05 | Scott Kiefner | 705.00 |
| 30-Dec-05 | John & Cheryl Petitto | 13,525.00 |
| 30-Dec-05 | Frederick Sublette, Jr. | 705.00 |
| 21-Jan-06 | Alfred De Masi | 5,000.00 |
| 21-Jan-06 | Alfred De Masi | 705.00 |
| 21-Jan-06 | Sheldon DuBrow | 858.34 |
| 21-Jan-06 | Gary Lee Galemore | 858.34 |
| 21-Jan-06 | Allen Moore III | 5,000.00 |
| 21-Jan-06 | Robert L. Morrow, Jr. MD | 5,000.00 |
| 21-Jan-06 | Robert L. Morrow, Jr. MD Retirement Trust | 5,000.00 |
| 21-Jan-06 | TAM Communication | 18.26 |
| 1-Feb-06 | Roy Freitag | 858.34 |
| 1-Feb-06 | Robert G. Schadler II | 858.34 |
| 28-Feb-06 | Steven C. English SR. | 791.38 |
| 10-Aug-06 | Terry A. Left | 740.25 |
| 16-Aug-06 | Timothy L. Caldwell | 740.25 |
| 16-Aug-06 | Michael D. DelCimmuto | 740.25 |
| 16-Aug-06 | Albert R. Gazza | 10,500.00 |

EXHIBIT 1
Page 2

| Date | Claimant | Amount |
|---|---|---|
| 16-Aug-06 | Arlene & Morris Goldfarb | 740.25 |
| 16-Aug-06 | Hal B. Parker | 5,250.00 |
| 16-Aug-06 | Kenneth L. Rodgers | 740.25 |
| 16-Aug-06 | Jeffrey M. Schuster | 1,000.00 |
| 30-Aug-06 | John M. Dempsey III | 740.25 |
| 30-Aug-06 | James A. Keedy | 858.34 |
| 30-Aug-06 | John H. Nicholson or Virginia A. Nicholson | 15,750.00 |
| 30-Aug-06 | Hal B. Parker | 5,250.00 |
| 5-Sep-06 | Martha Garrison | 5,250.00 |
| 5-Sep-06 | Guchenheimer | 5,250.00 |
| 5-Sep-06 | Hyams, Paul & Elain | 5,250.00 |
| 5-Sep-06 | John Inelli | 31,500.00 |
| 5-Sep-06 | John Inelli | 740.25 |
| 5-Sep-06 | Meredith Kusch | 5,250.00 |
| 5-Sep-06 | Leventhal & Bogue PC Pension | 5,250.00 |
| 5-Sep-06 | Steve Leventhal | 5,250.00 |
| 5-Sep-06 | David A. Potter | 420.00 |
| 5-Sep-06 | Thomas A. Vivian | 740.25 |
| 7-Sep-06 | Richard Basciani | 15,750.00 |
| 7-Sep-06 | Richard & Mario Basciani | 5,250.00 |
| 7-Sep-06 | Richard Basciani | 740.25 |
| 7-Sep-06 | Richard Basciani | 740.25 |
| 7-Sep-06 | Richard Basciani | 740.25 |
| 7-Sep-06 | Richard Basciani | 740.25 |
| 7-Sep-06 | Richard Basciani | 740.25 |
| 7-Sep-06 | Richard Basciani | 740.25 |
| 7-Sep-06 | Wayde Beechy | 2,625.00 |
| 7-Sep-06 | Free Import Hawk | 2,625.00 |
| 7-Sep-06 | Geraldine Beer | 740.25 |
| 7-Sep-06 | Jon E. Cody | 735.00 |
| 7-Sep-06 | Clyde W. Horst | 740.25 |
| 7-Sep-06 | Frank R. Keefer | 740.25 |
| 7-Sep-06 | KPMG Peat Marwick LLP | 5,588.41 |
| 7-Sep-06 | Penny A. Lucci/Albert R. Lucci | 5,250.00 |
| 7-Sep-06 | Carl D. Lucci/Albert R. Lucci | 15,750.00 |
| 7-Sep-06 | Edwin J. McCeney | 740.25 |
| 7-Sep-06 | Bill Miller | 740.25 |

EXHIBIT 1
Page 3

| Date | Claimant | Amount |
|---|---|---:|
| 7-Sep-06 | Nicholas A. Russo, Sr. | 10,500.00 |
| 7-Sep-06 | Nicholas A. Russo, Sr. | 740.25 |
| 7-Sep-06 | Alison K. Schuler | 720.98 |
| 7-Sep-06 | Paul Sherrill | 740.25 |
| 7-Sep-06 | Gerald L. Weiner | 740.25 |
| 8-Sep-06 | Dan Osborn | 740.25 |
| 8-Sep-06 | Ed Pink Racing Engines, Inc. | 16,253.53 |
| 8-Sep-06 | David Sperrazza | 5,250.00 |
| 8-Sep-06 | Charles Wannemacher | 740.25 |
| 8-Sep-06 | Joseph D. Revak | 740.25 |
| 8-Sep-06 | Joseph H. Robison | 740.25 |
| 8-Sep-06 | Dennis T. Barton | 740.25 |
| 8-Sep-06 | Russell Davis | 858.34 |
| 8-Sep-06 | Charlie J. Garrett | 740.25 |
| 14-Sep-06 | Chuck S. Krowczyk | 36,750.00 |
| 19-Sep-06 | David M. Bender | 705.00 |
| 19-Sep-06 | Theodore Jacobs, MD | 5,250.00 |
| 25-Sep-06 | Robert L. Hogue, M.D., P.A. | 5,250.00 |
| 25-Sep-06 | Douglas B. March | 740.25 |
| 28-Sep-06 | Everill Bros., Inc. | 15,000.00 |
| 28-Sep-06 | Carl & Denise Humphrey | 858.34 |
| 28-Sep-06 | Michael J. Krachie | 858.34 |
| 28-Sep-06 | Dean S. McIntyre | 858.34 |
| 28-Sep-06 | Edward Pacelli | 9,131.25 |
| 28-Sep-06 | William J. Vanden Berg | 858.34 |
| 3-Oct-06 | Jonathan Brokaw | 858.34 |
| 3-Oct-06 | Atlas Tubular, Inc. | 6,087.50 |
| 3-Oct-06 | Paul H. Metzinger, PC | 4,094.92 |
| 3-Oct-06 | Thomas Walls | 5,250.00 |
| 3-Oct-06 | Lee A. Wandling | 90.10 |
| 5-Oct-06 | Carroll Fink | 5,250.00 |
| 5-Oct-06 | Skyway Park Inc DBA Fink's Indian Motorcycle | 5,250.00 |
| 5-Oct-06 | Barbara Sandoval | 10,500.00 |
| 10-Oct-06 | Charles T. Mc Closkey, SR. | 858.34 |
| 20-Oct-06 | Southern Thunder/Bennett | 20,000.00 |
| 5-Nov-06 | Richard J. Cortesi | 12,175.00 |
| 5-Nov-06 | Eugene Kramer | 51.34 |

EXHIBIT 1

Page 4

| Date | Claimant | | Amount |
|---|---|---|---|
| 6-Dec-06 | Eugene Kramer | | 51.32 |
| 21-Feb-07 | Montgomery & Andrews, P.A | | 18,900.83 |
| 18-Mar-07 | Eugene Kramer | | 51.34 |
| 18-Mar-07 | Eugene Kramer | | 51.34 |
| 24-Apr-07 | Martin Crist | | 5,000.00 |
| 11-Jul-07 | Maier, McIlnay, Schmitt & Button | | 23,490.00 |
| | **Total Before Commissions** | | **555,455.03** |
| | Mandelman override (payable to G&S) | 2.235% | 12,414.42 |
| | Mandelman override (payable to Maier) | | 11,729.14 |
| | Mandelman override (payable to Receiver) | | 685.28 |
| | Total Mandelman | | 24,828.84 |
| | Amount left after Mandelman | | 530,626.19 |
| | Mandelman payable to receiver (add back in) | | 685.28 |
| | Left for Government and Receiver | | 531,311.47 |
| | Government | 63% | 334,726.23 |
| | Amount left after Government | | 195,899.96 |

EXHIBIT 1
Page 5

## TOTAL PAID AFTER COMMISIONS.
## AMOUNT PAID AFTER COMMISSIONS STARTED

| Date | Claimant | | Amount |
|---|---|---|---|
| 24-Jul-07 | Donell J. Blodgett/Santa Rosa Vee Twin | | 6,087.50 |
| 30-Jul-07 | Donald C. Schunk | | 19,120.84 |
| 1-Aug-07 | Joseph R. Fredricksen | | 5,000.00 |
| 20-Aug-07 | Steve Halprin | | 16,000.00 |
| 20-Aug-07 | Isabel Garcia | | 15,000.00 |
| 20-Aug-07 | Rick Hatch | | 2,155.17 |
| 8-Oct-07 | Gary Torre | | 5,000.00 |
| 31-Jul-08 | Larry Grandys | | 3,043.75 |
| 1-Aug-08 | James Rubenstein | | 515.05 |
| 7-Aug-08 | Brooks Bros. Custom Cycle & Sales, L.C. | | 3,043.75 |
| 11-Aug-08 | Gerald Heckener | | 858.34 |
| 11-Aug-08 | Garrity, Levin and Muir | | 534.67 |
| 11-Aug-08 | Lee E. Gilley | | 1,095.75 |
| 11-Aug-08 | Timothy W. Hough | | 429.17 |
| 20-Aug-08 | Benny Singer | | 10,000.00 |
| 20-Aug-08 | Martin Klepp | | 6,087.50 |
| 23-Aug-08 | Ronald Fulfer | | 12,500.00 |
| 30-Aug-08 | Scott Erickson | | 705.00 |
| 30-Aug-08 | Thomas Thomas | | 3,043.75 |
| 30-Aug-08 | William Limehouse | | 858.34 |
| 3-Sep-08 | MBM Young | | 5,000.00 |
| 3-Sep-08 | Jonathan L. Giles | | 705.00 |
| 5-Sep-08 | Christopher Schaiberger | | 429.17 |
| 23-Sep-08 | David Giroux | | 5,000.00 |
| 24-Sep-08 | Ronald Schiff | | 19,382.14 |
| | **TOTAL PAID AFTER COMMISIONS.** | | **141,594.89** |
| | Mandelman override (payable to G&S) | 2.235% | 3,164.65 |
| | Mandelman override (payable to Receiver) | 2.235% | 3,164.65 |
| | Total Mandelman | | 6,329.29 |
| | Basis for Commissions | | 135,265.60 |
| | Collection commission | 10.000% | 13,526.56 |
| | Left for Government and Receiver | | 121,739.04 |
| | Mandelman payable to receiver (add back in) | | 3,164.65 |
| | Total left for government and receiver | | 124,903.68 |
| | Government | 63% | 78,689.32 |

EXHIBIT 1
Page 6

## BONDY, PAYNE, AND PUGLIESE

| Date | Claimant | | Amount |
|---|---|---|---|
| 14-Aug-07 | Burt R. Bondy | | 3,448.27 |
| 15-Sep-07 | Burt R. Bondy | | 13,793.11 |
| 24-Oct-07 | Michael Payne | | 50,000.00 |
| 5-Dec-07 | Anthony Pugliese (not including fees) | | 18,262.50 |
| | | | 85,503.88 |
| | | | |
| | Mandelman override (payable to G&S) | 2.235% | 1,911.01 |
| | Mandelman override (payable to Receiver) | 2.235% | 1,911.01 |
| | Total Mandelman | | 3,822.02 |
| | Net left for government and receiver | | 81,681.86 |
| | Mandelman payable to receiver (add back in) | | 1,911.01 |
| | Total left for government and receiver | | 83,592.87 |
| | Government | 63% | 52,663.51 |
| | Amount left after Government | | 30,929.36 |

**OVERVIEW**

| | |
|---|---|
| Before commissions started | 531,311.47 |
| After commissions started | 124,903.68 |
| Payne, Bondy, Pugliese | 83,592.87 |
| TOTAL COLLECTIONS | 739,808.02 |
| | |
| Governement before commissions started | 334,726.23 |
| Governement after commissions started | 78,689.32 |
| Government from Payne, Bondy, Pugliese | 52,663.51 |
| Total for government | 466,079.05 |