EXHIBIT 2
Page 1

## CLAIMANTS WITH JUDGMENTS

| Claimant Name | City | State | Zip | Amt | 24.35% |
|---|---|---|---|---|---|
| Kathryn L. Troccoli | Ottawa | IL | 61350 | 75,000.00 | 18,262.50 |
| James P. Lewis | Freeburg | IL | 62243-1016 | 50,000.00 | 12,175.00 |
| Darren W. Croop | Bradenton | FL | 34203-5221 | 25,000.00 | 6,087.50 |
| Raymen Cardullo/John Castellano | Lake Worth | FL | 33467 | 25,000.00 | 6,087.50 |
| Elmer Carlson | St. James, | MN | 56081 | 25,000.00 | 6,087.50 |
| Marshall D. Cooper | Blacksburg | SC | 29702 | 25,000.00 | 6,087.50 |
| In the Wind, Inc. | Henderson, | NV | 89016-0269 | 67,525.00 | 16,442.34 |
| Paul and Michelle Ralph | Chula Vista, | CA | 91910-5803 | 78,525.00 | 19,120.84 |
|  |  |  |  | 371,050.00 | 90,350.68 |

## CLAIMANTS SUBJECT TO MOTIONS FOR JUDGMENTS

| Claimant Name | City | State | Zip | Amt | 24.35% |
|---|---|---|---|---|---|
| Richard Dale Wood | Maple Grove | MN | 55311 | 75,000.00 | 18,262.50 |
| Northstar Indian Motorcycle | Cambridge | MN | 55,311.00 | 75,000.00 | 18,262.50 |
| Michael Fink/Lance Migliaccio | Nashport | OH | 43830 | 25,000.00 | 6,087.50 |
| Marc N. Allsman | Rogue River | OR | 97537 | 25,000.00 | 6,087.50 |
| Bryan Mager/Lance Migliaccio | Denver | CO | 80202-1257 | 25,000.00 | 6,087.50 |
| Bryan Mager/Lance Migliaccio | Highlands Ranch | CO | 80126 | 25,000.00 | 6,087.50 |
| Lance Migliaccio/Michael Fink | Highlands Ranch | CO | 80126-8015 | 25,000.00 | 6,087.50 |
| Stephen M. Morgan | Coal Valley | IL | 61240-9746 | 25,000.00 | 6,087.50 |
| Bryan Mager | Denver | CO | 80202-1257 | 12,500.00 | 3,043.75 |
| Wayne & Sharon Baughman | Albuquerque | NM | 87122 | 8059.71 | 1,962.54 |
| Boatmen's Credit Card Bank | Albuquerque | NM | 87106 | $7,669.17 | 1,867.44 |

EXHIBIT 2
Page 2

## CLAIMANTS IN CURRENT COLLECTION

| Claimant Name | City | State | Zip | Amt | 24.35% |
|---|---|---|---|---|---|
| Malcolm Cook | Nanuet | NY | 10954 | 25,000.00 | 6,087.50 |
| Susan & Larry Lavich | Apache Junction | AZ | 85220-7319 | 25,000.00 | 6,087.50 |
| Linda Murphy | Scottsdale | AZ | 85260-7581 | 25,000.00 | 6,087.50 |
| Philip Shaiman | Denver | CO | 80224-2926 | 25,000.00 | 6,087.50 |
| Growth Financial | Greenfield | WI | 53220-2010 | 25,000.00 | 6,087.50 |
| Brendan T. O'Sullivan | Albuquerque | NM | 87194-7823 | 25,000.00 | 6,087.50 |
| Country Cycles | Shippenville | PA | 16254-4622 | 25,000.00 | 6,087.50 |
| Excalibur Customs | Albuquerque | NM | 87107 | $12,160.00 | 2,960.96 |
| Steve Weston | Glendale | WI | 53209 | 11,175.00 | 2,721.11 |
| Ross VonWeingarten | Putnam, | CT | 06260 | $10,000.00 | 2,435.00 |
| Loreen Parker | Anchorage | AK | 99503 | $7,050.00 | 1,716.68 |
| David Gasper | Monroe, | MI | 48161 | $7,050.00 | 1,716.68 |
| Victor L. Hammond | Golden | MO | 65658-9784 | $6,226.60 | 1,516.18 |
| Linda Murphy | Parker | AZ | 85344 | 28,525.00 | 6,945.84 |