EXHIBIT 3
Page 1

## ABANDONED

| Claimant | Claim | Restitution |
|---|---|---|
| Triad Suspension Technologies, Inc. | 99,000.00 | 24,106.50 |
| Western Design Engineering, Inc. | 91,351.85 | 22,244.18 |
| Eller Industries, Enc. | 75,000.00 | 18,262.50 |
| Motorcykel Importen Goteborg AB | 75,000.00 | 18,262.50 |
| Free Import Hawk | 25,000.00 | 6,087.50 |
| Geir Hjorth | 25,000.00 | 6,087.50 |
| Prestige Indian Diffusion Sarl | 23,355.00 | 5,686.94 |
| Beaumont Motors | 12,500.00 | 3,043.75 |
| Andrea Taibel | 12,500.00 | 3,043.75 |
| Uli Wachholtz | 12,500.00 | 3,043.75 |
| Orvil E. Jones | 5,000.00 | 1,217.50 |
| Claudio Saldana Jr. | 5,000.00 | 1,217.50 |
| Abram I. Bohrer, Esq. | 5,000.00 | 1,217.50 |
| Martin Capferri | 5,000.00 | 1,217.50 |
| Michael Kearney | 5,000.00 | 1,217.50 |
| James W. Stranks | 5,000.00 | 1,217.50 |
| Roger Thrall | 5,000.00 | 1,217.50 |
| David L. Marburger | 4,000.00 | 974.00 |
| Phil Ehart | 3,750.00 | 913.13 |
| J. William Adams, Jr. aka Bill Adams | 3,525.00 | 858.34 |
| Jose Nestor Aragon/Steven L. Aragon | 3,525.00 | 858.34 |
| Bobbie Jo Brady | 3,525.00 | 858.34 |
| C. Wade Burleson | 3,525.00 | 858.34 |
| John Carrol | 3,525.00 | 858.34 |
| Kenneth J. Caskey | 3,525.00 | 858.34 |
| Harold D. Cheek | 3,525.00 | 858.34 |
| Joel Christensen | 3,525.00 | 858.34 |
| Quinton Ellis | 3,525.00 | 858.34 |
| James G. Fifield | 3,525.00 | 858.34 |
| Frederick Hild | 3,525.00 | 858.34 |
| Raymond R. Holt | 3,525.00 | 858.34 |
| James Kelly | 3,525.00 | 858.34 |
| Chuck D. Lampman | 3,525.00 | 858.34 |
| Mervyn K. Marx | 3,525.00 | 858.34 |
| James W. Mc Laughlin &/or Edith A. Mc Laughlin | 3,525.00 | 858.34 |
| Glen L. Meyer | 3,525.00 | 858.34 |

EXHIBIT 3
Page 2

| Claimant | Claim | Restitution |
|---|---|---|
| Linda Murphy | 3,525.00 | 858.34 |
| Michael Neuens | 3,525.00 | 858.34 |
| James Pressley | 3,525.00 | 858.34 |
| Robert S. Ray, Sr. | 3,525.00 | 858.34 |
| Mary Reese | 3,525.00 | 858.34 |
| Edward B. Seefried | 3,525.00 | 858.34 |
| Rimas Stankus | 3,525.00 | 858.34 |
| Wiley J. Sword | 3,525.00 | 858.34 |
| Phillip A. Taylor | 3,525.00 | 858.34 |
| Jack Turner | 3,525.00 | 858.34 |
| Jayson Vance | 3,525.00 | 858.34 |
| Edmund Peters | 3,525.00 | 858.34 |
| Donald L. Arnold | 3,525.00 | 858.34 |
| James W. Bagshaw | 3,525.00 | 858.34 |
| Richard L. Barber | 3,525.00 | 858.34 |
| William Barron | 3,525.00 | 858.34 |
| Brian Berg | 3,525.00 | 858.34 |
| Joseph Bergeron | 3,525.00 | 858.34 |
| Jim Berlin | 3,525.00 | 858.34 |
| Calvin J. Boggs | 3,525.00 | 858.34 |
| Raymond J. Boos | 3,525.00 | 858.34 |
| A. Brownsword | 3,525.00 | 858.34 |
| Kevin or Sherri Carpenter | 3,525.00 | 858.34 |
| Robert R. Carruth | 3,525.00 | 858.34 |
| Brad Castleberry | 3,525.00 | 858.34 |
| Cory S. Chambers | 3,525.00 | 858.34 |
| Todd Ciccarelli | 3,525.00 | 858.34 |
| Richard Clark | 3,525.00 | 858.34 |
| Mark D. Cooper | 3,525.00 | 858.34 |
| Mike Cramer | 3,525.00 | 858.34 |
| Paul P DeDomenico | 3,525.00 | 858.34 |
| Michael G. Driscoll | 3,525.00 | 858.34 |
| Robert J. DuVall | 3,525.00 | 858.34 |
| Lou Evans | 3,525.00 | 858.34 |
| Stephen J. Fazio | 3,525.00 | 858.34 |
| Vincent Gargagliano | 3,525.00 | 858.34 |
| Leonard Douglas Garrison II | 3,525.00 | 858.34 |

EXHIBIT 3
Page 3

| Claimant | Claim | Restitution |
|---|---|---|
| George Gasper | 3,525.00 | 858.34 |
| William T. Gower | 3,525.00 | 858.34 |
| Kevin J. Gray | 3,525.00 | 858.34 |
| Paul J. Gray | 3,525.00 | 858.34 |
| Parley E. Hanson | 3,525.00 | 858.34 |
| Jay Hebert | 3,525.00 | 858.34 |
| William H. Hodgkin | 3,525.00 | 858.34 |
| Arvil M. Houts | 3,525.00 | 858.34 |
| Jeffrey A. Johns | 3,525.00 | 858.34 |
| Kent Jones | 3,525.00 | 858.34 |
| Zygmond Kubiak | 3,525.00 | 858.34 |
| Michael Kurpierz | 3,525.00 | 858.34 |
| Richard L. Kylberg | 3,525.00 | 858.34 |
| Andrew J. Labedz | 3,525.00 | 858.34 |
| Larry Lagace | 3,525.00 | 858.34 |
| Linda Ada Laskey | 3,525.00 | 858.34 |
| Robert R. LaSpada | 3,525.00 | 858.34 |
| Frank K Lujan | 3,525.00 | 858.34 |
| Anthony R. Maccari | 3,525.00 | 858.34 |
| Lance Migliaccio | 3,525.00 | 858.34 |
| J. Ed Martinez | 3,525.00 | 858.34 |
| Jeffrey L. McAdams | 3,525.00 | 858.34 |
| John McLeod | 3,525.00 | 858.34 |
| Paul E. Munn | 3,525.00 | 858.34 |
| Jerry Lee Newman | 3,525.00 | 858.34 |
| Stephen D. Noreen | 3,525.00 | 858.34 |
| Daniel Orttell | 3,525.00 | 858.34 |
| Jeffry T. Parker | 3,525.00 | 858.34 |
| Leo Pelham | 3,525.00 | 858.34 |
| Robert G. Penrod | 3,525.00 | 858.34 |
| Edmund Peters | 3,525.00 | 858.34 |
| Robert S. Saunders | 3,525.00 | 858.34 |
| Thomas F. Sidelko | 3,525.00 | 858.34 |
| Chris Sisney | 3,525.00 | 858.34 |
| Russell K. Smith | 3,525.00 | 858.34 |
| Lyle F. Sommers | 3,525.00 | 858.34 |
| Robert E. Tryber | 3,525.00 | 858.34 |

EXHIBIT 3
Page 4

| Claimant | Claim | Restitution |
|---|---|---|
| Matthew T. Valentine | 3,525.00 | 858.34 |
| Ross VonWeingarten | 3,525.00 | 858.34 |
| David J. Waltz | 3,525.00 | 858.34 |
| Steve Wegener | 3,525.00 | 858.34 |
| Mitchell Howard Weiss | 3,525.00 | 858.34 |
| Greg Winters | 3,525.00 | 858.34 |
| Raymond Wofford | 3,525.00 | 858.34 |
| John Zollars | 3,525.00 | 858.34 |
| Jacobs Industries | 3,520.00 | 857.12 |
| Henry Seracki | 3,500.00 | 852.25 |
| Gustavo Cervantes | 3,500.00 | 852.25 |
| Ronald F. Gehringer | 3,500.00 | 852.25 |
| Gregory Ida | 3,500.00 | 852.25 |
| Bruce Markus | 3,250.00 | 791.38 |
| Dennis Conour | 3,000.00 | 730.50 |
| Donald L. Weber | 3,000.00 | 730.50 |
| Mario Conte | 3,000.00 | 730.50 |
| Kurt S. Kourakis | 3,000.00 | 730.50 |
| New Mexico Mutual Casualty Company | 2,056.00 | 500.64 |
| David Mark Garcia | 1,800.00 | 438.30 |
| Robert P. McNeill | 1,227.50 | 298.90 |
| PNM Gas Services of New Mexico | 1,136.72 | 276.79 |
| Albuquerque Hilton Hotel | 659.86 | 160.68 |
| Data-Line Office Systems | 391.48 | 95.33 |
| Ronald A. Moison | 300.00 | 73.05 |
| Samuel Parker | 7,000.00 | 1,704.50 |
| Philip Shaiman | 25,000.00 | 6,087.50 |
| Marsha DuVall | 3,525.00 | 858.34 |