UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 95-cv-00777-REB-CBS

In re: Indian Motorcycle Manufacturing, Inc., a New Mexico Corporation

**ORDER APPROVING SETTLEMENT AGREEMENT WITH JAIME P. RUIZ**

Before the Court is the Unopposed Motion to Approve Settlement Agreement with Jaime P. Ruiz, upon Payment of $32,500 to the Receiver, to Enter a Satisfaction of the Judgment against him [Docket No. 2607].

This Court finds that the Settlement Agreement will enable Mr. Ruiz to bring all issues between Mr. Ruiz and the receivership to an end.

As set forth in the Motion, it is hereby ordered that:

1. The Settlement Agreement with Mr. Ruiz is approved.

2. Upon Mr. Ruiz's timely compliance with all material terms and conditions of the Settlement Agreement (including timely payment of the $32,500 payment to the receiver or its assignees), Sterling Consulting Corporation shall be authorized to file a Satisfaction of the Judgment entered against Mr. Ruiz [Docket No. 2607] notwithstanding that the receivership action may have terminated in the meantime.

DATED this __ day of _____, 2008.

By: _____
Robert E. Blackburn,
District Court Judge