IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 95-cv-00777-REB-CBS

In re: Receivership Estate of INDIAN MOTORCYCLE
MANUFACTURING, INC., a New Mexico corporation,

## ORDER

**Blackburn, J.**

The matter comes before the court on the **Unopposed Motion To Approve Settlement Agreement With Jaime P. Ruiz** [#2649] filed October 2, 2008. After careful review of the motion and the file, the court has concluded that the motion should be granted and that the settlement agreement with Mr. Jaime P. Ruiz should be approved.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Unopposed Motion To Approve Settlement Agreement With Jaime P. Ruiz** [#2649] filed October 2, 2008, is **GRANTED**;

2. That the Settlement Agreement with Mr. Ruiz is **APPROVED**; and

3. That on Mr. Ruiz's timely compliance with all material terms and conditions of the Settlement Agreement (including timely payment of the $32,500 payment to the receiver or its assignees), Sterling Consulting Corporation shall be authorized to file a Satisfaction of the Judgment entered against Mr. Ruiz [#2607] notwithstanding that the receivership action may have terminated in the meantime.

Dated October 3, 2008, at Denver, Colorado.

                                                  **BY THE COURT:**

                                                  **s/ Robert E. Blackburn**
                                                  **Robert E. Blackburn**
                                                  **United States District Judge**