UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 95-cv-00777-REB-CBS

In re: Indian Motorcycle Manufacturing, Inc., a New Mexico Corporation

---

## UNOPPOSED MOTION TO APPROVE SETTLEMENT AGREEMENT WITH BRIAN DIETZ

---

Sterling Consulting Corporation, as receiver, by and through its attorneys, Fairfield and Woods, P.C., hereby Moves this court to Approve the Settlement Agreement with Brian Dietz in full satisfaction of his portion of the obligation under the Judgment previously entered against Scott S. Kajiya and Jaime S. Ruiz [Docket No. 2607], and as grounds therefor states as follows:

1. Certification pursuant to D.Colo.L.R. 7.1. Undersigned counsel has conferred with the United States (Internal Revenue Service), and it has no objection to this motion.

2. The Court entered Judgment against Messrs. Kajiya and Ruiz on January 15, 2008 [Docket No. 2607], and certified the Judgment as final. Because the record reflected that portions of the amount distributed in respect to the Kajiya/Ruiz claim were distributed to others, the judgment ordered that Messrs. Kajiya and Ruiz provide contact information for certain other persons, including Mr. Dietz. Mr. Dietz received $27,000 of the money distributed (and no part of that $27,000 came from the portion of the $500,000 total distribution that was distributed to Mr. Ruiz).

3. The parties have been in settlement discussions, and have now settled their disputes. The Settlement Agreement is attached as Exhibit 1. The Settlement Agreement requires Mr. Dietz to pay $3,682. Mr. Dietz has tendered that amount by personal check.

4. The receiver's reason for settling is that the payment by Mr. Dietz represents 24.35% of 56% of the money he received from Mr. Kajiya from the money Mr. Kajiya received from the receiver, and that matches the percentage of the previously approved settlement between the receiver and Mr. Ruiz. In addition, absent a settlement, Mr. Dietz will argue that he was not a direct claimant in the receivership, that he received the money as repayment of a loan from a claimant, and that therefore he is not liable to make restitution (while the receiver would argue that his liable because he understood a claim was submitted that included his amount and knew that the distribution to him came from the receivership). The receiver views the 56% as reflecting this dispute, after which 24.35% is the same amount of restitution ordered as to all claimants.

5. The settlement provides that Mr. Dietz's payment will be credited against the judgment liability of Mr. Kajiya ($121,750) since the distribution to Mr. Dietz came from the distribution to Mr. Kajiya.

6. Pursuant to the Settlement Agreement, the receiver asks this Court to approve the Settlement Agreement:

7. The United States (Internal Revenue Service) has reviewed this motion and authorized undersigned counsel to represent that it has no objection.

8. For the Court's convenience, a Proposed Order Approving Settlement Agreement is submitted herewith.

2

WHEREFORE, the parties request that the Court enter an order approving the settlement agreement with Mr. Dietz, and granting such other relief as is just and proper.

Respectfully submitted this 17th day of October, 2008.

**FAIRFIELD AND WOODS, P.C**

By: *s/ John M. Tanner*
Fairfield and Woods, P.C.
1700 Lincoln Street, Suite 2400
Denver, CO 80203-4524
Phone: (303) 830-2400
Fax: (303) 830-1033
Email: jtanner@fwlaw.com
*Attorney for Sterling Consulting Corporation, as receiver*

# CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses or as indicated below or by United States Mail, postage prepaid:

**VIA CM/ECF TO:**

Alan Lemont Hale Esq.
Hale Friesen, LLP
1430 Wynkoop St., Ste. 300
Denver, CO 80202
**Attorney for Richard Basciani, N. Rooke Everill, Pres./Everill Bros., Inc., John H. Nicholson or Virginia A. Nicholson**
ahale@haldfriesen.com

Edward T. Ramey, Esq.
Stuart H. Pack, Esq.
Isaacson Rosenbaum
 Woods and Levy
633 17th St., Ste. 2200
Denver, CO 80202
**Attorneys for William R. Childs, Scott McCormick, Jr., Douglas Walliser, Ronald Schiff, Edward Pacelli, Morty Lempel, A.B. Goldberg, First Entertainment, Harvey Rosenberg**
eramey@ir-law.com
spack@ir-law.com

James R. Cage, Esq.
Cage Williams Abelman
 & Layden, P.C.
St. Elmo Bldg.
1433 17th St.
Denver, CO 80202-1273
**Attorney for Carl D. Lucci/Albert R. Lucci**
jcage@cagewilliams.com

Julie Trent
jtrent@bsblawyers.com

J. Eric Ellliff, Esq.
Kristen Taylor-Randall, Esq.
Morrison & Foerster, LLP
370 17th St., Ste. 3550
Denver, CO 80203
**Attorney for IMCOA**
jelliff@mofo.com

Adam F. Hulbig
Trial Attorney, Tax Division
US Dept. of Justice
PO Box 683
Ben Franklin Station
Washington, DC 20044
**Attorney for United States of America**
adam.f.hulbig@usdoj.gov

Gary C. Moschetti, Esq.
Hatch & Moschetti, LLP
1800 Glenarm Pl., 9th Floor
Denver, CO 80202
**Attorney for Edward Leal**
gmoschetti@hatchlawyers.com

Cassandra Sasso, Esq.
Baker & Hostetler
303 E. 17th Ave., Ste. 1100
Denver, CO 80203-1264
**Attorney for Michelle Lean**
csasso@bakerlaw.com

Michael J. Pankow
Daniel J. Garfield
Brownstein Hyatt & Farber PC
410 17th Street, Suite 2200
Denver, CO 80202
**Attorneys for Michael Payne**
mpankow@bhf-law.com
dgarfield@bhf-law.com

**VIA UNITED STATES MAIL:**
James Duberg, Esq.
727 Third Ave.
Chula Vista, CA  91910-5803

Mark S. Schmittt, Esq.
Maier, Mcilnay Schmitt & Button
1150 Washington St.
Grafton, WI  53024-1916
**Attorney for Miller Simon & Maier**

Peter C. Freeman, Esq.
Law Offices of Peter C. Freeman
16485 Laguna Canyon Rd., Ste. 230
Irvine, CA  92618-3846
**Attorney for Scott Kajiya**

Mr. Albert Lucci
1930 Wyoming Ave.
Fort Pierce, FL  34982

Peter Sklarew, Esq.
Assistant Chief
Civil Trial Section, Northern Region
United States Dept. of Justice
Tax Division
PO Box 55
Washington, D.C.  20044
**Attorney for IRS**

Robert J. Danie, Eq.
9 Wagon Wheel Drive
Feeding Hills, MA  01030

Noreene C. Stehlik, Esq.
U.S. Dept. of Justice
PO Box 683
Ben Franklin Station
Washington, D.C.  20044
**Attorney for IRS**

Robert L. Morrow, Jr., MD
401 N. College Rd., #5
Lafayette, LA  70506

Nicholas A. Russo, Sr.
310 Extonville Road
Allentown, NJ  08501
**[Return to Sender—Unable to Forward]**

Richard J. Cortesi
5316 Camino Montano, N.E.
Albuquerque, NM  87111

Ronald Fulfer
15315 S. Francis Dr.
Plainfield, IL  60544

Richard Dale Wood
13997 80th Ave. North
Maple Grove, MN  55311

Steve Halprin
1316 Penningtow Place
Concord, N.C.  28207

Kathryn L. Troccoli
1911 Champlain St.
Ottawa, IL  61350

Ed Pink
Ed Pink Racing Engines, Inc.
14612 Raymer Street
Van Nuys, CA  91405

Montgomery & Andrews, P.A.
325 Paseo De Peralta
Santa Fe, NM  87501
Attn:  Kathy Lopez

John Petitto
Town & Country Sports Center, Inc.
U.S. 12 & U.S. 127
Cement City, MI  49233

Marcia Taylor
Bennett Motor Group Express
1001 Industrial Parkway
McDonough, GA  30253

Richard Basciani
Basciani Foods
8876 GapNewport Pike
Avondale, PA 19311

Rooke Everill
Derek John Everill
Ken Everill
1204 Lake Point Circle
McKinne, TX 75070

Michael D. Fowler
Martha Dickson (Deceased)
1680 S.W. St. Lucie West Blvd.
Port St. Lucie, FL 34986

John Inelli
17 Old Farmstead Rd.
Chester, NJ 07930

Eller Industries
623 W. Lilac Ct.
Louisville, CO 80027

**Registered Agent:**
Randal L. Hittle
[moved, left no forwarding address]

John Nicholson
9 Jamaica Lane
Haverhill, MA 01830-2419

**VIA E-MAIL:**
Richard A. Block
President
Sterling Consulting Corporation
4101 E. Louisiana Ave., Ste. 300
Denver, CO 80246
**Receiver**
rblock@xpn.com

**Courtesy Copies to:**
Eugene Sprague
esprague@bw-legal.com

Robert Pitts
rpitts@lawrwp.com

Thomas F. Quinn
tquinn@tfqlaw.com

Henry N. Portner, Esq.
Pineapple Grove Corporate Center
101 Pineapple Grove Way
Delray Beach, FL 33444-3703

**Claimant:**
Brian Dietz
170 S. Westgate Ave.
Los Angeles, CA 90049


By:   *s/Sharon A. Chiecuto*