UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 95-cv-00777-REB-CBS

In re: Indian Motorcycle Manufacturing, Inc., a New Mexico Corporation

**ORDER APPROVING SETTLEMENT AGREEMENT WITH BRIAN DIETZ**

Before the Court is the Unopposed Motion to Approve Settlement Agreement with Brian Dietz.

This Court finds that the Settlement Agreement will enable Mr. Dietz to bring all issues between Mr. Dietz and the receivership to an end.

As set forth in the Motion, it is hereby ordered that the Settlement Agreement with Mr. Dietz is approved.

The Clerk of the Court is directed to mail a copy of this order to Brian Dietz, 170 So. Westgate Avenue, Los Angeles, CA 90049.

DATED this ___ day of _____, 2008.

By: _____
Robert E. Blackburn,
District Court Judge