UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 95-cv-00777-REB-CBS

In re:  Indian Motorcycle Manufacturing, Inc., a New Mexico Corporation

---

**SUPPLEMENT TO UNOPPOSED MOTION TO APPROVE SETTLEMENT AGREEMENT WITH BRIAN DIETZ**

---

Sterling Consulting Corporation, as receiver, by and through its attorneys, Fairfield and Woods, P.C., hereby Supplements the Unopposed Motion to Approve Settlement Agreement with Brian Dietz [Document No. 2663] to include Exhibit 1 which was inadvertently not included with the original Motion.  Exhibit 1 is attached hereto.

Respectfully submitted this 20th day of October, 2008.

**FAIRFIELD AND WOODS, P.C**

By: *s/ John M. Tanner*
Fairfield and Woods, P.C.
1700 Lincoln Street, Suite 2400
Denver, CO  80203-4524
Phone:  (303) 830-2400
Fax:  (303) 830-1033
Email:  jtanner@fwlaw.com
*Attorney for Sterling Consulting Corporation, as receiver*

# SETTLEMENT AGREEMENT

This Settlement Agreement is entered into by and among Sterling Consulting Corp. in its capacity as receiver for Indian Motorcycle Manufacturing Inc. (the "Receiver") and Brian Dietz. This agreement has been approved in advance by counsel for the United States of America (by email confirmation to the parties).

## Recitals

A. Sterling is the Receiver for Indian Motorcycle Manufacturing Corp. ("Indian") appointed by the United States District Court for the District of Colorado ("Court") in Case No. 95-CV-777 (the "receivership case").

B. On or about November 18, 2005, the Receiver filed a motion to Reconsider Orders, Amend Order, and Order Restitution in the receivership case ("restitution motion").

C. On July 28, 2006, the Court entered its Amended Order Approving and Adopting Magistrate Judge's Recommendation that claimants who received distributions in 1999 and 2000 be ordered to return 24.35% of their distributions to the Receiver.

D. On January 15, 2008, the Court entered its *Order for Judgment, Fees, and Costs Against Scott S. Kajiya and Haime [sic] Ruiz* (noting that the correct first name of Mr. Ruiz had been misspelled and referred to Jaime P. Ruiz). The judgment provided that Messrs. Kajiya and Ruiz were jointly and severally liable for $121,750 except that Mr. Ruiz "shall not be liable, whether jointly or severally, for more than $58,562 (which is 24.35% of $240,500 distributed directly to him)."

E. The Order for Judgment also required Messrs. Kajiya and Ruiz to supply the Receiver "with the names and contact information (street address, mailing address, telephone number(s), e-mail address(es) etc.) of anyone known to the respondents who received any part of the $500,000" distributed in respect to the claim filed by Mr. Kajiya.

F. Prior counsel for Messrs. Kajiya and Ruiz had supplied the Receiver with information indicating that, of the $500,000 that was deposited into his client trust account, a check for $27,000 was distributed to Brian Dietz.

G. Mr. Dietz contends that he received the payment as a personal creditor of Scott Kajiya and further contends that, for this reason, he should not be held liable to return any part of the money. The Receiver contends that Mr. Dietz is liable to return to the receivership estate 24.35% of the $27,000 he received (or $6,574.50), because he presumably understood that his money was to be invested in an Indian Motorcycle entity, and/or because, in any event, he received it with knowledge that it was a distribution from the receivership estate in payment of claims against that estate. To settle this dispute, the parties agree to the following terms.

1

## Terms

1. **Payment by Brian Dietz.** Mr. Dietz agrees to pay $3,682 in full settlement of the claims of the Receiver against him with respect to his receipt of $27,000 of the money distributed to Scott Kajiya. The Receiver has agreed to hold Mr. Dietz's check pending Court approval and to return it if the Court does not approve this agreement. The check is to be made payable to "Sterling Consulting Corp. as Receiver for IMMI."

2. **Release.** Upon the Court's approval of this agreement and the Receiver's negotiation of Mr. Dietz's check and his bank's remittance of the funds indicated by it, Mr. Dietz shall be released completely from any claims that the Receiver may have against him in respect to his receipt of the $27,000 of the money distributed in respect to the claim submitted by Scott Kajiya. Mr. Dietz confirms that he has no claims against the Receiver or the receivership estate and otherwise waives and releases any such claims.

3. **Affect on Kajiya Obligation.** The payment by Mr. Dietz shall be credited against and reduce the balance owed on the judgment against Scott Kajiya. Mr. Dietz reserves any rights he may have to recover the payment from Scott Kajiya. The Receiver gives no opinion on whether such a right exists.

4. **Entire Agreement.** This represents the entirety of this agreement and no other representations or promises have been made to induce any party to enter this agreement. No modification of this agreement shall be binding or enforceable unless executed in writing by all parties hereto.

5. **Court Approval.** This agreement shall be made the subject of (and a copy attached to) a motion that the Court approve it and, if it is not approved, this agreement shall be null and void in its entirety. Upon the execution of this agreement by both parties, neither may withdraw it pending the Court's determination of a motion for approval.

**So Agreed:**

STERLING CONSULTING CORP. as Receiver

By: _____  10-14-2008
Richard A. Block                (date)
President
4101 East Louisiana Ave.
Denver, CO 80246

BRIAN DIETZ

By: _____  10/07/08
Brian Dietz                    (date)

170 So. Westgate Ave
Los Angeles, CA 90049

2



## CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses or as indicated below or by United States Mail, postage prepaid:

**VIA CM/ECF TO:**

Alan Lemont Hale Esq.
Hale Friesen, LLP
1430 Wynkoop St., Ste. 300
Denver, CO  80202
**Attorney for Richard Basciani, N. Rooke Everill, Pres./Everill Bros., Inc., John H. Nicholson or Virginia A. Nicholson**
ahale@haldfriesen.com

Edward T. Ramey, Esq.
Stuart H. Pack, Esq.
Isaacson Rosenbaum
  Woods and Levy
633 17th St., Ste. 2200
Denver, CO  80202
**Attorneys for William R. Childs, Scott McCormick, Jr., Douglas Walliser, Ronald Schiff, Edward Pacelli, Morty Lempel, A.B. Goldberg, First Entertainment, Harvey Rosenberg**
eramey@ir-law.com
spack@ir-law.com

James R. Cage, Esq.
Cage Williams Abelman
 & Layden, P.C.
St. Elmo Bldg.
1433 17th St.
Denver, CO  80202-1273
**Attorney for Carl D. Lucci/Albert R. Lucci**
jcage@cagewilliams.com

Julie Trent
jtrent@bsblawyers.com

J. Eric Ellliff, Esq.
Kristen Taylor-Randall, Esq.
Morrison & Foerster, LLP
370 17th St., Ste. 3550
Denver, CO  80203
**Attorney for IMCOA**
jelliff@mofo.com

Adam F. Hulbig
Trial Attorney, Tax Division
US Dept. of Justice
PO Box 683
Ben Franklin Station
Washington, DC  20044
**Attorney for United States of America**
adam.f.hulbig@usdoj.gov

Gary C. Moschetti, Esq.
Hatch & Moschetti, LLP
1800 Glenarm Pl., 9th Floor
Denver, CO  80202
**Attorney for Edward Leal**
gmoschetti@hatchlawyers.com

Cassandra Sasso, Esq.
Baker & Hostetler
303 E. 17th Ave., Ste. 1100
Denver, CO  80203-1264
**Attorney for Michelle Lean**
csasso@bakerlaw.com

Michael J. Pankow
Daniel J. Garfield
Brownstein Hyatt & Farber PC
410 17th Street, Suite 2200
Denver, CO  80202
**Attorneys for Michael Payne**
mpankow@bhf-law.com
dgarfield@bhf-law.com

**VIA UNITED STATES MAIL:**
James Duberg, Esq.
727 Third Ave.
Chula Vista, CA 91910-5803

Mark S. Schmittt, Esq.
Maier, Mcilnay Schmitt & Button
1150 Washington St.
Grafton, WI 53024-1916
**Attorney for Miller Simon & Maier**

Peter C. Freeman, Esq.
Law Offices of Peter C. Freeman
16485 Laguna Canyon Rd., Ste. 230
Irvine, CA 92618-3846
**Attorney for Scott Kajiya**

Mr. Albert Lucci
1930 Wyoming Ave.
Fort Pierce, FL 34982

Peter Sklarew, Esq.
Assistant Chief
Civil Trial Section, Northern Region
United States Dept. of Justice
Tax Division
PO Box 55
Washington, D.C. 20044
**Attorney for IRS**

Robert J. Danie, Eq.
9 Wagon Wheel Drive
Feeding Hills, MA 01030

Noreene C. Stehlik, Esq.
U.S. Dept. of Justice
PO Box 683
Ben Franklin Station
Washington, D.C. 20044
**Attorney for IRS**

Robert L. Morrow, Jr., MD
401 N. College Rd., #5
Lafayette, LA 70506

Nicholas A. Russo, Sr.
310 Extonville Road
Allentown, NJ 08501
**[Return to Sender—Unable to Forward]**

Richard J. Cortesi
5316 Camino Montano, N.E.
Albuquerque, NM 87111

Ronald Fulfer
15315 S. Francis Dr.
Plainfield, IL 60544

Richard Dale Wood
13997 80th Ave. North
Maple Grove, MN 55311

Steve Halprin
1316 Penningtow Place
Concord, N.C. 28207

Kathryn L. Troccoli
1911 Champlain St.
Ottawa, IL 61350

Ed Pink
Ed Pink Racing Engines, Inc.
14612 Raymer Street
Van Nuys, CA 91405

Montgomery & Andrews, P.A.
325 Paseo De Peralta
Santa Fe, NM 87501
Attn: Kathy Lopez

John Petitto
Town & Country Sports Center, Inc.
U.S. 12 & U.S. 127
Cement City, MI 49233

Marcia Taylor
Bennett Motor Group Express
1001 Industrial Parkway
McDonough, GA 30253

Richard Basciani
Basciani Foods
8876 GapNewport Pike
Avondale, PA  19311

Rooke Everill
Derek John Everill
Ken Everill
1204 Lake Point Circle
McKinne, TX  75070

Michael D. Fowler
Martha Dickson (Deceased)
1680 S.W. St. Lucie West Blvd.
Port St. Lucie, FL  34986

John Inelli
17 Old Farmstead Rd.
Chester, NJ  07930

Eller Industries
623 W. Lilac Ct.
Louisville, CO  80027

**Registered Agent:**
Randal L. Hittle
[moved, left no forwarding address]

John Nicholson
9 Jamaica Lane
Haverhill, MA  01830-2419

**VIA E-MAIL:**
Richard A. Block
President
Sterling Consulting Corporation
4101 E. Louisiana Ave., Ste. 300
Denver, CO  80246
**Receiver**
rblock@xpn.com

**Courtesy Copies to:**
Eugene Sprague
esprague@bw-legal.com

Robert Pitts
rpitts@lawrwp.com

Thomas F. Quinn
tquinn@tfqlaw.com

Henry N. Portner, Esq.
Pineapple Grove Corporate Center
101 Pineapple Grove Way
Delray Beach, FL  33444-3703

**Claimant:**
Brian Dietz
170 S. Westgate Ave.
Los Angeles, CA  90049


By:  *s/Sharon A. Chiecuto*