UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 95-cv-00777-REB-CBS

In re:  Indian Motorcycle Manufacturing, Inc., a New Mexico Corporation

---

## UNOPPOSED MOTION TO APPROVE SETTLEMENT AGREEMENT WITH WILLIAM S. HORI

---

Sterling Consulting Corporation, as receiver, by and through its attorneys, Fairfield and Woods, P.C., hereby Moves this court to Approve the Settlement Agreement with William S. Hori (attached as Exhibit 1), and thereupon enter a judgment against him, consistent with the agreement, in the amount of $14,318, in settlement of his potentially larger liability to the receiver for restitution of funds distributed to him from the receiver's payment of the claim of Scott Kajiya and Jaime S. Ruiz, as reflected in the Judgment previously entered against them [Docket No. 2607], and as grounds therefor states as follows:

1.      Certification pursuant to D.Colo.L.R. 7.1., undersigned counsel has conferred with the United States (Internal Revenue Service), and it has no objection to this motion.

2.      The Court entered Judgment against Messrs. Kajiya and Ruiz on January 15, 2008 [Docket No. 2607], and certified the Judgment as final.  The Judgment reflected that, of the $500,000 paid in respect to the Kajiya claim, Mr. Ruiz received $240,500. Hence, Mr Ruiz was held liable for restitution of 24.35% of that sum or $58,562.  The Court thereafter approved a settlement with Mr. Ruiz whereby he will be relieved of the

balance of the Judgment against him if he pays 56% of $58,562 within three years on an installment payment schedule for which $5,000 has already been paid by Mr. Ruiz.

3.     Papers filed in connection with the motion for Judgment against Messrs. Kajiya and Ruiz reflect that William S. Hori received $30,000 and his sister Claire Hori received $75,000 from the funds paid in respect to the Kajiya/Ruiz claim.  As noted in the attached settlement agreement, Mr. Hori claims that both payments reflect repayment by Mr. Kajiya of a loan from Mr. Hori and that he then used part of the money to pay his sister money owed by him to her.

4.     The parties have been in settlement discussions, and have now settled their disputes.  The Settlement Agreement provides for the Court to enter a judgment against Mr. Hori in the sum of $14,318 (approximately fifty six percent of his maximum liability for restitution of 24.35% of the $105,000).  The Settlement Agreement further provides that Mr. Hori may satisfy the judgment without paying the interest that accrues thereon if he pays it in full prior to October 1, 2011.  The Settlement Agreement includes a waiver by Mr. Hori of any requirement that the Court first enter an order against him requiring him to appear and show cause why he should not be held liable, or that any such order to show cause be served on him, as well as any other defenses to the entry of a judgment.

5.     The receiver's reason for settling for a judgment equal to 56% of the maximum restitution recoverable from Mr. Hori is the uncertainties of litigation given that. Mr. Hori denies liability under the Judgment against Mr. Ruiz, since he received money that was paid by the receiver to Mr. Kajiya under his Claim (although the Receiver notes that Mr. Hori knew that the payment of Mr. Kajiya's claim by the receiver was the source of funds Mr. Hori received at the time).  The percentage is the same as for

the settlement with Brian Dietz. The receiver's reason for agreeing to forgive interest on the Judgment if the principal sum is paid within three years is Mr. Hori's well-documented inability to pay the restitution. Mr. Hori submitted a sworn financial statement in support of his present inability to pay. The receiver wishes to maintain an appropriate incentive for Mr. Hori to pay voluntarily if his financial circumstances improve within the next three years.

6.      The Settlement Agreement provides that any payments made by Mr. Hori will be credited both to the agreed Judgment to be entered against him and to Mr. Kajiya's liability under the Judgment against him and Mr. Ruiz [Docket No. 2607] since the amounts paid to Mr. Hori and his sister came from the receiver's distribution on the claim of Mr. Kajiya (but not from the portion of those funds paid to Mr. Ruiz).

7.      Pursuant to the Settlement Agreement, the receiver asks this Court to:

     a.  Approve the Settlement Agreement;

     b.  Enter the attached Judgment/Order; and

     c.  Authorize Sterling Consulting Corporation to file a Satisfaction of the Judgment if the principal sum ($14,318) is paid by Mr. Hori by October 1, 2011, or of the Judgment with interest is thereafter satisfied, notwithstanding that such satisfaction may not occur until after the termination of the receivership.

8.      The receiver notes that, by the time the Settlement Agreement payments are concluded, this action should long be concluded and closed. In this connection, the receiver notes that it will be proposing wind-up Orders that will include the assignment of uncollected restitution judgments or claims to the United States and Sterling Consulting

3

Corporation in accordance with the settlement agreement between them previously approved by the District Court in Massachusetts (as subsequently modified in minor respects).

9.     The United States (Internal Revenue Service) has reviewed this motion and authorized undersigned counsel to represent that it has no objection.

10.    For the Court's convenience, a Proposed Judgment Against William S. Hori and Order Approving Settlement Agreement is submitted herewith.

WHEREFORE, the parties request that the Court enter an order approving the settlement agreement with Mr. Hori, enter judgment against him for $14,318, and grant such other relief as is just and proper.

Respectfully submitted this 20th day of October, 2008.

**FAIRFIELD AND WOODS, P.C**

By: *s/ John M. Tanner*
Fairfield and Woods, P.C.
1700 Lincoln Street, Suite 2400
Denver, CO  80203-4524
Phone:  (303) 830-2400
Fax:  (303) 830-1033
Email:  jtanner@fwlaw.com
*Attorney for Sterling Consulting*
*Corporation, as receiver*

## CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses or as indicated below or by United States Mail, postage prepaid:

**VIA CM/ECF TO:**

Alan Lemont Hale Esq.
Hale Friesen, LLP
1430 Wynkoop St., Ste. 300
Denver, CO 80202
**Attorney for Richard Basciani, N.
Rooke Everill, Pres./Everill Bros.,
Inc., John H. Nicholson or Virginia A.
Nicholson**
ahale@haldfriesen.com

Edward T. Ramey, Esq.
Stuart H. Pack, Esq.
Isaacson Rosenbaum
  Woods and Levy
633 17th St., Ste. 2200
Denver, CO 80202
**Attorneys for William R. Childs, Scott
McCormick, Jr., Douglas Walliser,
Ronald Schiff, Edward Pacelli, Morty
Lempel, A.B. Goldberg, First
Entertainment, Harvey Rosenberg**
eramey@ir-law.com
spack@ir-law.com

James R. Cage, Esq.
Cage Williams Abelman
  & Layden, P.C.
St. Elmo Bldg.
1433 17th St.
Denver, CO 80202-1273
**Attorney for Carl D. Lucci/Albert R.
Lucci**
jcage@cagewilliams.com

Julie Trent
jtrent@bsblawyers.com

J. Eric Ellliff, Esq.
Kristen Taylor-Randall, Esq.
Morrison & Foerster, LLP
370 17th St., Ste. 3550
Denver, CO 80203
**Attorney for IMCOA**
jelliff@mofo.com

Adam F. Hulbig
Trial Attorney, Tax Division
US Dept. of Justice
PO Box 683
Ben Franklin Station
Washington, DC 20044
**Attorney for United States of America**
adam.f.hulbig@usdoj.gov

Gary C. Moschetti, Esq.
Hatch & Moschetti, LLP
1800 Glenarm Pl., 9th Floor
Denver, CO 80202
**Attorney for Edward Leal**
gmoschetti@hatchlawyers.com

Cassandra Sasso, Esq.
Baker & Hostetler
303 E. 17th Ave., Ste. 1100
Denver, CO 80203-1264
**Attorney for Michelle Lean**
csasso@bakerlaw.com

Michael J. Pankow
Daniel J. Garfield
Brownstein Hyatt & Farber PC
410 17th Street, Suite 2200
Denver, CO 80202
**Attorneys for Michael Payne**
mpankow@bhf-law.com
dgarfield@bhf-law.com

**VIA UNITED STATES MAIL:**
James Duberg, Esq.
727 Third Ave.
Chula Vista, CA 91910-5803

Mark S. Schmittt, Esq.
Maier, Mcilnay Schmitt & Button
1150 Washington St.
Grafton, WI 53024-1916
**Attorney for Miller Simon & Maier**

Peter C. Freeman, Esq.
Law Offices of Peter C. Freeman
16485 Laguna Canyon Rd., Ste. 230
Irvine, CA 92618-3846
**Attorney for Scott Kajiya**

Mr. Albert Lucci
1930 Wyoming Ave.
Fort Pierce, FL 34982

Peter Sklarew, Esq.
Assistant Chief
Civil Trial Section, Northern Region
United States Dept. of Justice
Tax Division
PO Box 55
Washington, D.C. 20044
**Attorney for IRS**

Robert J. Danie, Eq.
9 Wagon Wheel Drive
Feeding Hills, MA 01030

Noreene C. Stehlik, Esq.
U.S. Dept. of Justice
PO Box 683
Ben Franklin Station
Washington, D.C. 20044
**Attorney for IRS**

Robert L. Morrow, Jr., MD
401 N. College Rd., #5
Lafayette, LA 70506

Nicholas A. Russo, Sr.
310 Extonville Road
Allentown, NJ 08501
**[Return to Sender—Unable to Forward]**

Richard J. Cortesi
5316 Camino Montano, N.E.
Albuquerque, NM 87111

Ronald Fulfer
15315 S. Francis Dr.
Plainfield, IL 60544

Richard Dale Wood
13997 80th Ave. North
Maple Grove, MN 55311

Steve Halprin
1316 Penningtow Place
Concord, N.C. 28207

Kathryn L. Troccoli
1911 Champlain St.
Ottawa,IL 61350

Ed Pink
Ed Pink Racing Engines, Inc.
14612 Raymer Street
Van Nuys, CA 91405

Montgomery & Andrews, P.A.
325 Paseo De Peralta
Santa Fe, NM 87501
Attn: Kathy Lopez

John Petitto
Town & Country Sports Center, Inc.
U.S. 12 & U.S. 127
Cement City, MI 49233

Marcia Taylor
Bennett Motor Group Express
1001 Industrial Parkway
McDonough, GA 30253

Richard Basciani
Basciani Foods
8876 GapNewport Pike
Avondale, PA  19311

Rooke Everill
Derek John Everill
Ken Everill
1204 Lake Point Circle
McKinne, TX  75070

Michael D. Fowler
Martha Dickson (Deceased)
1680 S.W. St. Lucie West Blvd.
Port St. Lucie, FL  34986

John Inelli
17 Old Farmstead Rd.
Chester, NJ  07930

Eller Industries
623 W. Lilac Ct.
Louisville, CO  80027

**Registered Agent:**
Randal L. Hittle
[moved, left no forwarding address]

John Nicholson
9 Jamaica Lane
Haverhill, MA  01830-2419

**VIA E-MAIL:**
Richard A. Block
President
Sterling Consulting Corporation
4101 E. Louisiana Ave., Ste. 300
Denver, CO  80246
**Receiver**
rblock@xpn.com

**Courtesy Copies to:**
Eugene Sprague
esprague@bw-legal.com

Robert Pitts
rpitts@lawrwp.com

Thomas F. Quinn
tquinn@tfqlaw.com

Henry N. Portner, Esq.
Pineapple Grove Corporate Center
101 Pineapple Grove Way
Delray Beach, FL  33444-3703

**Claimant:**
William S. Hori
2491 Arrow Circle
Placentia, CA  92870


By:   *s/Sharon A. Chiecuto*