UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 95-cv-00777-REB-CBS

In re: Indian Motorcycle Manufacturing, Inc., a New Mexico Corporation

## JUDGMENT AGAINST WILLIAM S. HORI AND ORDER APPROVING SETTLEMENT AGREEMENT

Before the Court is the Unopposed Motion to Approve Settlement Agreement with William S. Hori, including entering a judgment against him in the amount of $14,318, and authorizing the Receiver to file a Satisfaction of the Judgment when appropriate, notwithstanding that the receivership action may have terminated in the meantime.

This Court finds that the Settlement Agreement will enable the Receiver and Mr. Hori to bring all issues between them to an end in a manner that benefits the estate by avoiding litigation and providing incentives for Mr. Hori to satisfy the judgment should his financial circumstances improve.

THEREFORE, IT IS ORDERED, ADJUDGED, AND DECREED as follows:

1. The Settlement Agreement with Mr. Hori is approved.

2. Pursuant to Fed.R.Civ.P. 58(a), judgment SHALL ENTER against William S. Hori and in favor of Sterling Consulting Corporation as Receiver for Indian Motorcycle Manufacturing Inc. in the amount of $14,318, the parties to bear their own costs and expenses, including attorney's fees. The Judgment shall bear interest according to law, except that if Mr. Hori should pay the principal amount on or before October 1, 2011, he shall be relieved of liability for interest.

2

3. Upon Mr. Hori's payment of the $14,318 (to the receiver or its assignees) by October 1, 2011, or the payment of that sum plus interest thereafter, Sterling Consulting Corporation shall be authorized to file a Satisfaction of this Judgment against Mr. Hori, notwithstanding that the receivership action may have terminated in the meantime.

4. The judgment entered pursuant to this order is certified to be a final judgment under Fed.R.Civ.P. 54(b).

The Clerk of the Court is directed to mail a copy of this order to William S. Hori, 2491 Arrow Circle, Placentia, CA 92870.

DATED this __ day of _____, 2008.

By: _____
Robert E. Blackburn,
District Court Judge