UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 95-cv-00777-REB-CBS

In re:   the Receivership Estate of Indian Motorcycle Manufacturing, Inc., a New Mexico Corporation

### RELEASE OF WRIT OF GARNISHMENT AND PENDING LEVY

**TO:**   US Bancorp d/b/a/ US Bank
c/o Officer or Branch Manager
300 University Boulevard
Denver, CO  80206

US Bank / Columbia Center
PD-OR-C2GN
P.O. Box 30869
Portland, OR  97294

You are hereby directed by the attorney for the Receivership Estate of Indian Motorcycle Manufacturing, Inc., a New Mexico Corporation to release the Writ of Garnishment and Pending Levy issued in this case on September 17, 2008, as follows:

1.   This Release constitutes a full release of Ronald Schiff's bank account(s) held by US Bancorp d/b/a US Bank

2.   You are relieved of your obligation to withhold funds of Ronald Schiff to the extent indicated in this Release.

3.   Any funds covered by this Release which have been withheld, should now be accessible to Ronald Schiff.

Respectfully submitted this 7th day of November 2008.

        FAIRFIELD AND WOODS, P.C.


      By: *s/ John M. Tanner*
         John M. Tanner
         1700 Lincoln Street, Suite 2400
         Denver, Colorado 80203
         Phone: 303-830-2400
         Fax: 303-830-1033
         Email: jtanner@fwlaw.com

         Attorneys for Sterling Consulting Corporation, as
         Receiver in the Receivership Estate of Indian
         Motorcycle Manufacturing, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of November 2008, I served a true and correct copy of the foregoing **RELEASE OF WRIT OF GARNISHMENT AND PENDING LEVY** by placing same in the United States Mail, postage prepaid, addressed to the following:

US Bancorp d/b/a/ US Bank
c/o Officer or Branch Manager
300 University Boulevard
Denver, CO 80206

US Bank / Columbia Center
PD-OR-C2GN
P.O. Box 30869
Portland, OR 97294

Ronald Schiff
400 South Steele Street
Denver, CO 80209

           *s/ Sharon Chiecuto*
           Sharon Chiecuto



# FAX TRANSMISSION

**Subject:** Release of Writ - Ronald Schiff

**Message:** Terry,

My apologies for the error.

Dana Ackerman, Paralegal
Fairfield and Woods, P.C.
1700 Lincoln Street, Suite 2400
Denver, Colorado 80203-4524
Telephone: (303) 830-2400
Direct Dial: (303) 894-4420
Fax: (303) 830-1033
E-Mail: dackerman@fwlaw.com
Web: http://www.fwlaw.com

**CONFIDENTIALITY NOTICE:** *This e-mail transmission, and any documents, files, or previous e-mail messages attached to it, may contain confidential information, some or all of which may be legally privileged. If you are not the intended recipient or a person responsible for delivering it to the intended recipient, please be advised that any disclosure, copying, distribution, or use of any of the information contained in or attached to this e-mail transmission is prohibited. If you have received this e-mail transmission in error, please immediately notify us by reply e-mail or via telephone or facsimile, and destroy the original e-mail transmission and its attachments. Thank you in advance for your cooperation.*

**Fairfield & Woods, P.C.**
1700 Lincoln St., Suite 2400 Denver, CO 80203
Tell: (303) 830-2400 Fax: (303) 830-1033
Website: http://www.fwlaw.com