## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 95-cv-00777-REB-CBS

In re:  The Receivership Estate of Indian Motorcycle Manufacturing, Inc., a New Mexico Corporation

### UNOPPOSED MOTION FOR WITHDRAWAL

Pursuant to D.C.COLO.LCivR 83.3 D, undersigned counsel respectfully requests that the Court enter an order permitting Musu Brooks to be withdrawn as counsel of record for McIlnay, Schmitt & Button, Ltd and Mark S. Schmitt in this matter for the following reasons:

1. Musu Brooks entered her appearance in this matter as an attorney at Holland & Hart LLP.  Ms. Brooks is no longer employed by Holland & Hart LLP.

2. To the extent necessary, McIlnay, Schmitt & Button, Ltd and Mark S. Schmitt will continue to be represented by undersigned counsel, Christopher H. Toll of Holland & Hart LLP.  Accordingly, the withdrawal of Ms. Brooks will not in any way delay any aspect of this litigation, or result in prejudice to any party or to McIlnay, Schmitt & Button, Ltd and Mark S. Schmitt.

Pursuant to D.C.COLO.LCivR 7.1A, the undersigned has conferred with counsel for the Receiver and is authorized to state that the Receiver does not oppose the motion.

As required by Local Rule 83.3 D, service of this Motion is being made on all counsel of record and Holland & Hart LLP's clients, McIlnay, Schmitt & Button, Ltd and Mark S. Schmitt.

WHEREFORE, the undersigned respectfully requests that the Court enter an order permitting Ms. Brooks to be withdrawn as counsel for McIlnay, Schmitt & Button, Ltd and Mark S. Schmitt in this matter.  A proposed form of order is submitted with this motion for the Court's convenience.

Dated:  November 11, 2008.

Respectfully submitted,

s/ Christopher H. Toll
Christopher H. Toll
Holland & Hart LLP
8390 E. Crescent Parkway, Suite 400
Greenwood Village, CO  80111
Telephone Number:  (303) 290-1637
Facsimile:  (303) 975-5300
**ATTORNEYS FOR MCILNAY, SCHMITT
& BUTTON, LTD AND MARK S. SCHMITT**

## CERTIFICATE OF SERVICE

I hereby certify that on November 11, 2008, I caused to be electronically filed the foregoing Unopposed Motion for Withdrawal with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

peter@peterfreemanlaw.com
michael@chodos.com
jelliff@mofo.com
dgarfield@bhfs.com
adam.f.hulbig@usdoj.gov
mollybeth.kocialski@firstdatacorp.com
lmk@kutnerlaw.com
gmoschetti@gcmlawyers.com
mpankow@bhfs.com
attatlaw@hotmail.com
eramey@ir-law.com
gsmith@fwlaw.com
esprague@bw-legal.com
noreene.c.stehlik@usdoj.gov
jtanner@fwlaw.com
jtrent@bsblawyers.com

and I hereby certify that I have caused to be mailed or served the document or paper to the following non-CM/ECF participants by United States mail, postage prepaid, addressed as follows:

Mark Schmitt, Esq.
James Button, Esq.
Bruce McIlnay, Esq.
McIlnay Schmitt & Button, Ltd.
1150 Washington St.
Grafton, WI  53024

James Duberg, Esq.
727 Third Avenue
Chula Vista, CA  91910-5803

Mr. Albert Lucci
1930 Wyoming Avenue
Fort Pierce, FL  34982

Robert J. Danie, Esq.
9 Wagon Wheel Drive
Feeding Hills, MA  01030

Robert L. Morrow, Jr. MD
401 N. College Road, #5
Lafayette, LA  70506

Peter Sklarew, Esq.
Assistant Chief
Civil Trial Section, Northern Region
United States Department of Justice
Tax Division
Post Office Box 55
Washington, D.C.  20044
**Attorney for IRS**

Gerald C. Miller, Esq.
United States Department of Justice
Post Office Box 683
Ben Franklin Station
Washington, D.C.  20044
**Attorney for IRS**

Richard J. Cortesi
5316 Camino Montano, N.E.
Albuquerque, NM  87111

Ronald Fulfer
15315 S. Francis Drive
Plainfield, IL  60544

Steve Halprin
1316 Penningtow Place
Concord, NC  28207

Ed Pink
Ed Pink Racing Engines, Inc.
14612 Raymer Street
Van Nuys, CA  91405

John Petitto
Town & Country Sports Center, Inc.
U.S. 12 & U.S. 127
Cement City, MI  49233

Richard Basciani
Basciani Foods
8876 Gap Newport Pike
Avondale, PA  19311

*(Returned as Undeliverable):*
~~Nicholas A. Russo, Sr.~~
~~310 Extonville Road~~
~~Allentown, NJ  08501~~

Richard Dale Wood
13997 80th Avenue North
Maple Grove, MN  553111

Kathryn L. Troccoli
1911 Champlain Street
Ottawa, IL  61350

Montgomery & Andrews, P.A.
325 Paseo De Peralta
Santa Fe, NM  87501
Attn:  Kathy Lopez

Marcia Taylor
Bennett Motor Group Express
1001 Industrial Parkway
McDonough, GA  30253

Rooke Everill
Derek John Everill
Ken Everill
1204 Lake Point Circle
McKinney, TX  75070

John Inelli
17 Old Farmstead Road
Chester, NJ  07930

John Nicholson
9 Jamaica Lane
Haverhill, MA  01830

*(Returned as Undeliverable):*
~~Ronald Garcia~~
~~2505 Madison, N.E.~~
~~Albuquerque, NM  87101~~

4

Michael D. Fowler
Martha Dickson (Deceased)
1680 S.W. St. Lucie West Boulevard
Port St. Lucie FL  34986

Eller Industries
623 W. Lilac Ct.
Louisville, CO  80027

*(Returned as Undeliverable):*
~~Steven DeStout~~
~~#1 South Water Street~~
~~Henderson, NV  89105~~

*(Returned as Undeliverable):*
~~Chuck Krowezyk~~
~~1853 South Marshall Circle~~
~~Lakewood, CO  80232~~

*(Returned as Undeliverable):*
~~Jeffrey M. Perkins~~
~~Western Design Engineering, Inc.~~
~~808 Airport Road~~
~~Jackson, MI  49202~~

Anthony Pugliese
3145 North Ocean Blvd.
Delray Beach, FL  33483-7369

*(Returned as Undeliverable):*
~~Hilm Sevimli~~
~~c/o Christopher C. Noble, Esq.~~
~~Noble & Associates, LLC~~
~~11 Pine Street~~
~~Plainville, CT  06103~~

*(Returned as Undeliverable):*
~~Alf Iseback~~
~~Gamla Tuvevagen 4~~
~~Goteborg, Sweden, 41705~~

Robert W. Pitts
Law Office of Robert W. Pitts
660 Newport Center Drive, Suite 400
Newport Beach, CA  92660

Cassandra Gay Sasso
Baker & Hostetler-Colorado
303 East 17th Avenue, Suite 1100
Denver, CO  80203

Benny Singer
6205 North Ridgeway Avenue
Chicago, IL  60659

*(Returned as Undeliverable):*
~~Carol Furtier~~
~~2500 Military Trail~~
~~Boca Raton, FL  33431~~

Robert W. Pitts
Law Office of Robert W. Pitts
660 Newport Center Drive #400
Newport Beach, CA  92660

s/ Dorina O'Toole

4003044_1.DOC