**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 95-cv-00777-REB-CBS

In re: The Receivership Estate of Indian Motorcycle Manufacturing, Inc., a New Mexico Corporation

**ORDER GRANTING MOTION TO WITHDRAW**
**MUSU BROOKS AS COUNSEL OF RECORD**

THIS MATTER having come before the Court on the Unopposed Motion to Withdraw Musu Brooks as counsel of record for McIlnay, Schmitt & Button, Ltd and Mark S. Schmitt, and the Court having reviewed the Motion and being fully informed in the premises, finds that good cause exists to grant the motion.

IT IS THEREFORE ORDERED that the appearance of Musu Brooks is hereby withdrawn. Her name should be removed from any Certificates of Service for documents filed or served in this case, and from the ECF notification system for this case.

Dated: November ____, 2008.

U.S. DISTRICT COURT JUDGE

4003065_1.DOC