UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 95-cv-00777-REB-CBS

In re:   the Receivership Estate of Indian Motorcycle Manufacturing, Inc., a New Mexico Corporation

_____

**RELEASE OF WRIT OF GARNISHMENT AND PENDING LEVY**
_____

**TO:**   American National Bank
1130 N. Circle Drive
P.O. Box 9250
Colorado Springs, CO  80932

American National Bank
c/o Officer or Branch Manager
3033 E. First Avenue
Denver, CO 80206

You are hereby directed by the attorney for the Receivership Estate of Indian Motorcycle Manufacturing, Inc., a New Mexico Corporation to release the Writ of Garnishment and Pending Levy issued in this case on September 17, 2008, as follows:

1. This Release constitutes a full release of Ronald Schiff's bank account(s) held by American National Bank.

2. You are relieved of your obligation to withhold funds of Ronald Schiff to the extent indicated in this Release.

3. Any funds covered by this Release which have been withheld, should now be accessible to Ronald Schiff.

Respectfully submitted this 11th day of November 2008.

        FAIRFIELD AND WOODS, P.C.

By: *s/ John M. Tanner*
John M. Tanner
1700 Lincoln Street, Suite 2400
Denver, Colorado 80203
Phone:  303-830-2400
Fax:  303-830-1033
Email:  jtanner@fwlaw.com

Attorneys for Sterling Consulting Corporation, as Receiver in the Receivership Estate of Indian Motorcycle Manufacturing, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of November 2008, I served a true and correct copy of the foregoing **RELEASE OF WRIT OF GARNISHMENT AND PENDING LEVY** by placing same in the United States Mail, postage prepaid, addressed to the following:

American National Bank
1130 N. Circle Drive
P.O. Box 9250
Colorado Springs, CO  80932

American National Bank
c/o Officer or Branch Manager
3033 E. First Avenue
Denver, CO 80206

Ronald Schiff
400 South Steele Street
Denver, CO  80209

*s/ Sharon Chiecuto*
Sharon Chiecuto

2