IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Case No. 95-cv-00777-REB-CBS

In re: Receivership Estate of INDIAN MOTORCYCLE
MANUFACTURING, INC., a New Mexico corporation,

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

Pending before the court is an Unopposed Motion for Withdrawal (*doc. no. 2670).*

IT IS HEREBY ORDERED that the instant motion is **GRANTED**. Attorney Musu Brooks is relieved of any further representation of *McIlnay, Schmitt & Button, Ltd. and Marck S. Schmitt* in the above captioned matter. The Clerk of Court is instructed to remove Ms. Brooks from the electronic certificate of mailing.

**DATED:**     November 13, 2008