## Exhibit 2
## Indian Motorcycle Manufacturing Inc.
## Income Statement
### For the Twelve Months Ending September 30, 2003

|  | Current Month | Year to Date |
|---|---:|---:|
| **Revenues** |  |  |
| Interest Income | - | 0.66 |
| **Total Revenues** | - | 0.66 |
|  |  |  |
| **Cost of Sales** |  |  |
| **Total Cost of Sales** | - | - |
|  |  |  |
| **Gross Profit** | - | 0.66 |
|  |  |  |
| **Expenses** |  |  |
| Bank Charges | 7.00 | 86.12 |
| Legal Expense | 10,376.14 | 133,239.72 |
| Accounting & Audit | - | 11,604.45 |
| Printing/Copies Services | 23.20 | 436.10 |
| Interest Expense | - | 273.00 |
| Postage\Shipping | 3.13 | 472.53 |
| Receiver Fees | 12,687.50 | 191,843.75 |
| Professional Fees | 1,000.00 | 2,825.00 |
| Telephone | 72.77 | 931.15 |
| Legal-Research | 431.19 | 3,495.94 |
| Web Services | 250.00 | 3,000.00 |
| Travel-Airlines | - | 2,711.23 |
| Travel-Auto | - | 841.28 |
| Travel-Lodging | - | 2,999.91 |
| Travel-Meals | - | 515.16 |
| **Total Expenses** | 24,850.93 | 355,275.34 |
|  |  |  |
| **Net Income** | (24,850.93) | (355,274.68) |

Page 1 - Unaudited - For Management Purposes Only