## Exhibit 3
## IMMI 10/31/03-9/30/04
## Balance Sheet
## September 30, 2004

### ASSETS

| | | |
|---|---:|---:|
| **Current Assets** | | |
| Cash | 454.74 | |
| **Total Current Assets** | | 454.74 |
| | | |
| **Accounts Receivable** | | |
| A/R-Trustee in MA (Interest) | 12,107.75 | |
| A/R-Trustee in MA | 451,834.68 | |
| **Total Accounts Receivable** | | 463,942.43 |
| | | |
| **Other Assets** | | |
| Stock-Indian #63 | 1,200.00 | |
| Stock-Indian #64 | 2,998.70 | |
| Stock-Indian #219 | 1,017.34 | |
| Stock-Indian #192 | 21.26 | |
| Stock-Indian #193 | 21.26 | |
| Stock-Indian #223 | 28.74 | |
| Stock-Indian #224 | 28.74 | |
| Stock-Indian #209 | 136.03 | |
| Stock-Indian #240 | 183.97 | |
| Stock-First Entertainment Hold | 2,000.00 | |
| **Total Other Assets** | | 7,636.04 |
| | | |
| **Total Assets** | | 472,033.21 |

## Exhibit 3
## IMMI 10/31/03-9/30/04
## Balance Sheet
## September 30, 2004

### LIABILITIES AND CAPITAL

**Current Payables**

| | | |
|---|---:|---:|
| Payables-General | 16,807.32 | |
| Fairfield & Woods, PC | 447,416.83 | |
| Zarlengo Wilkins & Company | 16,788.07 | |
| Mirick, O'Connell | 95,809.34 | |
| Sterling Corporation | 591,233.96 | |
| **Total Current Payables** | | 1,168,055.52 |

**Stock Liability**

| | | |
|---|---:|---:|
| Stock Indian | 5,636.04 | |
| Stock Certificates-1st Ent. | 2,000.00 | |
| **Total Stock Liability** | | **7,636.04** |

| | | |
|---|---|---:|
| **Total Liabilities** | | 1,175,691.56 |

**Capital**

| | | |
|---|---:|---:|
| Treasury Stock | (2,990.80) | |
| Common Stock | 183,739.80 | |
| Retained Earnings | (786,141.60) | |
| Net Income | (98,265.75) | |
| **Total Capital** | | **(703,658.35)** |

| | | |
|---|---|---:|
| **Total Liabilities & Capital** | | 472,033.21 |