# Exhibit 4
## Indian Motorcycle Manufacturing Inc
## Income Statement
## For the Twelve Months Ending September 30, 2004

|  | Current Month | Year to Date |
|---|---|---|
| **Revenues** |  |  |
| **Total Revenues** | - | - |
|  |  |  |
| **Cost of Sales** |  |  |
| Total Cost of Sales | - | - |
| Gross Profit | - | - |
|  |  |  |
| **Expenses** |  |  |
| Bank Charges | 7.10 | 84.60 |
| Legal Expense | 736.00 | 87,352.90 |
| Accounting & Audit | - | 4,910.62 |
| Printing/Copies Services | - | 15.50 |
| Postage\Shipping | - | 247.57 |
| Professional Fees | - | 1,675.00 |
| Telephone | - | 949.13 |
| Legal-Research | - | 1,937.90 |
| Travel-Auto | - | 121.61 |
| Travel-Lodging | - | 903.42 |
| Travel-Meals | - | 67.50 |
|  |  |  |
| Total Expenses | 743.10 | 98,265.75 |
|  |  |  |
| Net Income | (743.10) | (98,265.75) |

Page 1 - For Management Purposes Only