**Exhibit 5**
**Indian Motorcycles Manufacturing Inc.**
**Balance Sheet**
**September 30, 2005**

### ASSETS

| | | |
|---|---:|---:|
| **Current Assets** | | |
| Cash | 367.44 | |
| **Total Current Assets** | | **367.44** |
| | | |
| **Accounts Receivable** | | |
| A/R-Trustee in MA (Interest) | 12,107.75 | |
| A/R-Trustee in MA | 451,834.68 | |
| **Total Accounts Receivable** | | **463,942.43** |
| | | |
| **Other Assets** | | |
| Stock-Indian #63 | 1,200.00 | |
| Stock-Indian #64 | 2,998.70 | |
| Stock-Indian #219 | 1,017.34 | |
| Stock-Indian #192 | 21.26 | |
| Stock-Indian #193 | 21.26 | |
| Stock-Indian #223 | 28.74 | |
| Stock-Indian #224 | 28.74 | |
| Stock-Indian #209 | 136.03 | |
| Stock-Indian #240 | 183.97 | |
| Stock-First Entertainment Hold | 2,000.00 | |
| **Total Other Assets** | | **7,636.04** |
| | | |
| **Total Assets** | | **471,945.91** |

**Exhibit 5**
**Indian Motorcycles Manufacturing Inc.**
**Balance Sheet**
**September 30, 2005**

## LIABILITIES AND CAPITAL

**Current Payables**
| | | |
|---|---:|---:|
| Payables-General | 16,807.32 | |
| Fairfield & Woods, PC | 493,392.29 | |
| Zarlengo Wilkins & Company | 16,788.07 | |
| Mirick, O'Connell | 95,809.34 | |
| Sterling Corporation | 823,989.12 | |
| **Total Current Payables** | | **1,446,786.14** |

**Stock Liability**
| | | |
|---|---:|---:|
| Stock Indian | 5,636.04 | |
| Stock Certificates-1st Ent. | 2,000.00 | |
| **Total Stock Liability** | | **7,636.04** |

| | | |
|---|---|---:|
| **Total Liabilities** | | **1,454,422.18** |

**Capital**
| | | |
|---|---:|---:|
| Treasury Stock | (2,990.80) | |
| Common Stock | 183,739.80 | |
| Retained Earnings | (884,407.35) | |
| Net Income | (278,817.92) | |
| **Total Capital** | | **(982,476.27)** |

| | | |
|---|---|---:|
| **Total Liabilities & Capital** | | **471,945.91** |