# Exhibit 6
## Indian Motorcycles Manufacturing Inc.
## Income Statement
## For the Twelve Months Ending September 30, 2005

|  | Current Month | Year to Date |
|---|---:|---:|
| **Revenues** | | |
| **Total Revenues** | - | - |
| | | |
| **Cost of Sales** | | |
| **Total Cost of Sales** | - | - |
| | | |
| **Gross Profit** | - | - |
| | | |
| **Expenses** | | |
| Bank Charges | 7.55 | 87.30 |
| Legal Expense | 11,970.13 | 46,263.10 |
| Printing/Copies Services | 16.60 | 22.80 |
| Postage\Shipping | 151.84 | 155.99 |
| Receiver Fees | 125,211.00 | 228,457.00 |
| Professional Fees | 1,175.00 | 1,650.00 |
| Telephone | 304.51 | 1,237.11 |
| Legal-Research | - | 318.47 |
| Travel-Airlines | 253.90 | 253.90 |
| Travel-Auto | 150.97 | 150.97 |
| Travel-Lodging | 221.28 | 221.28 |
| **Total Expenses** | **139,462.78** | **278,817.92** |
| | | |
| **Net Income** | **(139,462.78)** | **(278,817.92)** |