## Exhibit 8
## Indian Motorcycle Manufacturing Company
## Income Statement
## For the Twelve Months Ending September 30, 2006

|  | Current Month | Year to Date |
|---|---:|---:|
| **Revenues** | | |
| Claimant Return Money Income | 243,121.62 | 437,444.66 |
| **Total Revenues** | **243,121.62** | **437,444.66** |
| | | |
| **Cost of Sales** | | |
| **Total Cost of Sales** | - | - |
| | | |
| **Gross Profit** | **243,121.62** | **437,444.66** |
| | | |
| **Expenses** | | |
| Bank Charges | 10.00 | 10.00 |
| Legal Expense | - | 99,555.42 |
| Accounting & Audit | - | 1,997.82 |
| Printing/Copies Services | - | 29.00 |
| Dues & Subscriptions | 482.00 | 482.00 |
| Postage\Shipping | - | 134.46 |
| Receiver Fees | 159,805.50 | 159,805.50 |
| Professional Fees | - | 3,200.00 |
| Telephone | - | 244.80 |
| Legal-Research | - | (101.50) |
| Travel-Auto | - | 20.87 |
| Corporate Income Tax | 250,698.92 | 250,698.92 |
| **Total Expenses** | **410,996.42** | **516,077.29** |
| | | |
| **Net Income** | **(167,874.80)** | **(78,632.63)** |

Page 1 - Unaudited - For Management Purposes Only