## Exhibit 9
## Indian Motorcycle Manufacturing Company
## Balance Sheet
## September 30, 2007

### ASSETS

| | | |
|---|---:|---:|
| **Current Assets** | | |
| Cash | 26,685.56 | |
| **Total Current Assets** | | 26,685.56 |
| | | |
| **Accounts Receivable** | | |
| A/R-Trustee in MA (Interest) | 12,107.75 | |
| A/R-Trustee in MA | 451,834.68 | |
| **Total Accounts Receivable** | | 463,942.43 |
| | | |
| **Other Assets** | | |
| Stock-Indian #63 | 1,200.00 | |
| Stock-Indian #64 | 2,998.70 | |
| Stock-Indian #219 | 1,017.34 | |
| Stock-Indian #192 | 21.26 | |
| Stock-Indian #193 | 21.26 | |
| Stock-Indian #223 | 28.74 | |
| Stock-Indian #224 | 28.74 | |
| Stock-Indian #209 | 136.03 | |
| Stock-Indian #240 | 183.97 | |
| Stock-First Entertainment Hold | 2,000.00 | |
| **Total Other Assets** | | 7,636.04 |
| | | |
| **Total Assets** | | 498,264.03 |

Page 1 - Unaudited - For Management Purposes Only

## Exhibit 9
## Indian Motorcycle Manufacturing Company
## Balance Sheet
## September 30, 2007

### LIABILITIES AND CAPITAL

**Current Payables**

| | | |
|---|---:|---:|
| Payables-General | 16,582.32 | |
| Fairfield & Woods, PC | 596,722.11 | |
| Fairfield & Woods-Trust Fund | 343.13 | |
| Zarlengo Wilkins & Company | 18,785.89 | |
| Mirick, O'Connell | 95,809.34 | |
| Sterling Corporation | 868,887.50 | |
| **Total Current Payables** | | **1,597,130.29** |

**Stock Liability**

| | | |
|---|---:|---:|
| Stock Indian | 5,636.04 | |
| Stock Certificates-1st Ent. | 2,000.00 | |
| **Total Stock Liability** | | **7,636.04** |
| **Total Liabilities** | | **1,604,766.33** |

**Capital**

| | | |
|---|---:|---:|
| Treasury Stock | (2,990.80) | |
| Common Stock | 183,739.80 | |
| Retained Earnings | (1,241,857.90) | |
| Net Income | (45,393.40) | |
| **Total Capital** | | **(1,106,502.30)** |
| **Total Liabilities & Capital** | | **498,264.03** |

Page 2 - Unaudited - For Management Purposes Only