## Exhibit 10
## Indian Motorcycle Manufacturing Company
## Income Statement
## For the Twelve Months Ending September 30, 2007

|  | Current Month | Year to Date |
|---|---:|---:|
| **Revenues** | | |
| Claimant Return Money Income | 17,543.11 | 178,136.15 |
| **Total Revenues** | 17,543.11 | 178,136.15 |
| | | |
| **Cost of Sales** | | |
| **Total Cost of Sales** | - | - |
| | | |
| **Gross Profit** | 17,543.11 | 178,136.15 |
| | | |
| **Expenses** | | |
| Bank Charges | - | 10.00 |
| Legal Expense | 1,875.10 | 57,344.25 |
| Printing/Copies Services | - | 1,667.20 |
| Dues & Subscriptions | 143.00 | 206.00 |
| Postage\Shipping | - | 398.85 |
| Receiver Fees | - | 30,212.38 |
| Professional Fees | - | 20,548.85 |
| Telephone | - | 997.26 |
| Legal-Research | - | 1,064.54 |
| Corporate Income Tax | - | 90,777.62 |
| Other Taxes | - | 20,302.60 |
| **Total Expenses** | 2,018.10 | 223,529.55 |
| | | |
| **Net Income** | 15,525.01 | (45,393.40) |