## Exhibit 12
## Indian Motorcycle Manufacturing Company
## Income Statement
## For the Twelve Months Ending September 30, 2008

|  | Current Month | Year to Date |
|---|---:|---:|
| **Revenues** | | |
| Claimant Return Money Income | 30,516.58 | 158,981.65 |
| **Total Revenues** | **30,516.58** | **158,981.65** |
| | | |
| **Cost of Sales** | | |
| **Total Cost of Sales** | - | - |
| | | |
| **Gross Profit** | **30,516.58** | **158,981.65** |
| | | |
| **Expenses** | | |
| Legal Expense | 2,834.00 | 7,767.24 |
| Dues & Subscriptions | - | 500.00 |
| Professional Fees | 6,940.24 | 6,940.24 |
| Corporate Income Tax | 49,344.54 | 107,695.03 |
| **Total Expenses** | **59,118.78** | **122,902.51** |
| | | |
| **Net Income** | **(28,602.20)** | **36,079.14** |

Page 1 - Unaudited-For Management Purposes Only