**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 95-cv-00777-REB-CBS

In re: The Receivership Estate of INDIAN MOTORCYCLE MANUFACTURING, INC., a New Mexico corporation

## ORDER APPROVING SETTLEMENT AGREEMENT WITH BRIAN DIETZ

**Blackburn, J.**

The matter comes before the court on the **Unopposed Motion to Approve Settlement Agreement with Brian Dietz** [#2663], filed October 17, 2008. After careful review of the motion and the file, the court has concluded that the motion should be granted and that the settlement agreement with Mr. Brian Dietz as to his portion of the obligation under the **Judgment for Fees, and Costs Against Scott S. Kajiya and Haime [sic] Ruiz** [#2609] entered January 17, 2008, should be approved. (*See* **Supplement to Unopposed Motion To Approve Settlement Agreement With Brian Dietz** [#2665], filed October 20, 2008.)

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Unopposed Motion to Approve Settlement Agreement with Brian Dietz** [#2663], filed October 17, 2008, is **GRANTED**;

2. That the Settlement Agreement between the receiver and Mr. Dietz is **APPROVED**; and

3. That the Clerk of the Court is **DIRECTED** to mail a copy of this order to Brian Dietz, 170 So. Westgate Avenue, Los Angeles, CA 90049.

Dated November 18, 2008, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**