**UNITED STATES DISTRICT COURT**
FOR THE DISTRICT OF COLORADO

Civil Action No. 95-cv-00777-REB-CBS

In re: The Receivership Estate of INDIAN MOTORCYCLE MANUFACTURING, INC., a New Mexico corporation

CERTIFICATE OF SERVICE

    The undersigned certifies that a copy of the **Order Approving Settlement Agreement with William S. Hori dated November 18, 2008, was mailed on November 18, 2008** using the CM/ECF system which will send notification of such filing to the following individuals:
See Attached NEF

    And I hereby further certify that I have mailed the above mentioned document to the following non CM/ECF participant:

  __X__   deposited the same in the United States Mail, postage prepaid, addressed to:

    William S. Hori
    2491 Arrow Circle
    Placentia, California 92870

    GREGORY C. LANGHAM, CLERK

    By:  s/ Sandra Hartmann
          Sandra Hartmann, Deputy Clerk