OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 19 2008

GREGORY C. LANGHAM
CLERK

95-CV-00777 REB-CBS
#2673

017H15524679
HASLER
$0.420
11/13/2008
Mailed From 80202
US POSTAGE

Triad Suspension Technologies, Inc.
c/o Lewis M. Druxman, Esq.
6715 Academy Road North East
Suite B
Albuqu

NIXIE    871    CE 1    84 11/15/08
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 80294250099    *1420-00203-13-41