# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 95-cv-00777-REB-CBS

In re: The Receivership Estate of INDIAN MOTORCYCLE MANUFACTURING, INC., a New Mexico corporation

_____

**JUDGMENT, FEES, AND COSTS AGAINST WAYNE BAUGHMAN AND SHARON BAUGHMAN**
_____

Pursuant to and in accordance with the Order entered by Judge Robert E. Blackburn, on November 18, 2008, granting the receiver's Verified Motion for Judgment, Fees, and Costs Against Wayne and Sharon Baughman (respondents) [#2655] filed October 13, 2008, which is incorporated herein by reference as if fully set forth,

**It is ORDERED as follows:**

1. That pursuant to Fed.R.Civ.P. 58(a), judgment is **ENTERED** in favor of the receiver, Sterling Consulting Corporation, and against Wayne and Sharon Baughman, jointly and severally in the amount of $1,962.54;

2. That the receiver **IS AWARDED** the costs, receiver fees, and attorney fees that were incurred in the filing and prosecution of this motion;

    a. That costs **SHALL BE TAXED** in the time and manner prescribed by Fed.R.Civ.P. 54(d)(1) and D.C.COLO.LCivR 54.1;

    b. That receiver fees **SHALL BE DETERMINED** in the same time and

        manner prescribed for attorney fees by Fed.R.Civ.P. 54(d)(2) and D.C.COLO.LCivR 54.3; and

    c.    That attorney fees **SHALL BE DETERMINED** in the time and manner prescribed by Fed.R.Civ.P. 54(d)(2) and D.C.COLO.LCivR 54:3; and

3.    That the judgment entered pursuant to the order is certified to be a final judgment under Fed.R.Civ.P. 54(b).

DATED at Denver, Colorado, this 19th day of November, 2008.

        FOR THE COURT:

        Gregory C. Langham , Clerk

        By: s/ Edward P. Butler
            Edward Butler
            Deputy Clerk

Approved as to form:

s/ Robert E. Blackburn
Robert E. Blackburn
United States District Judge