FICE OF THE CLERK
TATES DISTRICT COURT
D A. ARRAJ COURTHOUSE
1-19TH ST., ROOM A105
NVER, CO 80294-3589

OFFICIAL BUSINESS

FILED
STATES DISTRICT COURT
DENVER, COLORADO

NOV 2 0 2008

GORY C. LANGHAM
CLERK

95-CV-00777REB-CBS
#2673

Chuck Krowczyk
1853 South Marshall Circle
Lakewood, CO 80232

017H15524679
HASLER
$0.42⁰
11/13/2008
Mailed From 80202
US POSTAGE

NIXIE    802    CE 1    74 11/19/08
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 80294250151    *1520-18979-19-40