Case 1:95-cv-00777-REB-CBS   Document 2673   Filed 11/13/2008   Page 1 of 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Case No. 95-cv-00777-REB-CBS

In re: Receivership Estate of INDIAN MOTORCYCLE
MANUFACTURING, INC., a New Mexico corporation,

**MINUTE ORDER**

OFFICE OF THE CLERK
ATES DISTRICT COURT
) A. ARRAJ COURTHOUSE
-19TH ST., ROOM A105
NVER, CO 80294-3589

OFFICIAL BUSINESS

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

95-cv-777-REB-CBS
Doc # 2670

NOV 24 2008

GREGORY C. LANGHAM
CLERK

Steven DeStout
#1 South Water Street
Henderson, NV 89105

NIXIE   891   DE 1   00 11/21/08
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 80294250151   *1420-00281-13-41