Case 1:95-cv-00777-REB-CBS   Document 2673   Filed 11/13/2008   Page 1 of 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Case No. 95-cv-00777-REB-CBS

In re: Receivership Estate of INDIAN MOTORCYCLE
MANUFACTURING, INC., a New Mexico corporation,

**MINUTE ORDER**

OFFICE OF THE CLERK
STATES DISTRICT COURT
ED A. ARRAJ COURTHOUSE
1-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 24 2008

GREGORY C. LANGHAM
CLERK

95-cv-777 REB  #2673

Anthony Pugliese
2500 Military Trail
Boca Raton, FL 33431

NIXIE            334   CE  1              76 11/19/08
                RETURN TO SENDER
         NOT DELIVERABLE AS ADDRESSED
                UNABLE TO FORWARD
         BC: 80294250151       *1420-00225-19-41