Case 1:95-cv-00777-REB-CBS    Document 2673    Filed 11/13/2008    Page 1 of 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Case No. 95-cv-00777-REB-CBS

In re: Receivership Estate of INDIAN MOTORCYCLE
MANUFACTURING, INC., a New Mexico corporation,

**MINUTE ORDER**

**ORDER ENTERED BY MAGISTRATE JUDGE** ~~CRAIG~~

FICE OF THE CLERK
TATES DISTRICT COURT
D A. ARRAJ COURTHOUSE
-19TH ST., ROOM A105
NVER, CO 80294-3589

OFFICIAL BUSINESS

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 24 2008

GREGORY C. LANGHAM
CLERK



017H15524679
HASLER
$0.420
11/13/2008
Mailed From 80202
US POSTAGE

95-cv-777 REB #2673

Donald Schunk
12572 Durrow Court
St. Louis, MO 63141

NIXIE    631    DC 1    00  11/19/08
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 80294250151    *1420-00097-13-41