Case 1:95-cv-00777-REB-CBS   Document 2673   Filed 11/13/2008   Page 1 of 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Case No. 95-cv-00777-REB-CBS

In re: Receivership Estate of INDIAN MOTORCYCLE
MANUFACTURING, INC., a New Mexico corporation,

**MINUTE ORDER**

:ICE OF THE CLERK
ATES DISTRICT COURT
) A. ARRAJ COURTHOUSE
-19TH ST., ROOM A105
IVER, CO 80294-3589

)FFICIAL BUSINESS

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 2 4 2008

GREGORY C. LANGHAM
CLERK

95-cv-777 REB # 2673

Carol Furtier
2500 Military Trail
Boca Raton, FL 33431



017H15524679
HASLER  $0.420
11/13/2008
Mailed From 80202

NIXIE    334   CE 1      75 11/19/08
RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD
BC: 80294250151    *1520-10821-19-40

33431-6244
80294@2501