# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 95-cv-00777-REB-CBS

In re: The Receivership Estate of INDIAN MOTORCYCLE MANUFACTURING, INC., a New Mexico corporation

_____

## JUDGMENT, FEES, AND COSTS AGAINST MARC N. ALLSMAN
_____

Pursuant to and in accordance with the Order entered by Judge Robert E. Blackburn, on November 18, 2008, granting the receiver's Verified Motion for Judgment, Fees, and Costs Against Marc N. Allsman (respondent) [#2656] filed October 13, 2008, which order is incorporated herein by reference as if fully set forth,

**It is ORDERED as follows:**

1. That pursuant to Fed.R.Civ.P. 58(a), judgment is **ENTERED** in favor of the receiver, Sterling Consulting Corporation, and against Marc N. Allsman in the amount of $ 6,087.50;

2. That the receiver **IS AWARDED** the costs, receiver fees, and attorney fees that were incurred in the filing and prosecution of this motion:

    a. That costs **SHALL BE TAXED** in the time and manner prescribed by Fed.R.Civ.P. 54(d)(1) and D.C.COLO.LCivR 54.1;

    b. That receiver fees **SHALL BE DETERMINED** in the same time and manner prescribed for attorney fees by Fed.R.Civ.P. 54(d)(2) and

       D.C.COLO.LCivR 54.3; and

   c. That attorney fees **SHALL BE DETERMINED** in the time and manner prescribed by Fed.R.Civ.P. 54(d)(2) and D.C.COLO.LCivR 54:3; and

 3. That this judgment is certified to be a final judgment under Fed.R.Civ.P 54(b).

DATED at Denver, Colorado, this 25th day of November, 2008.

        FOR THE COURT:

        Gregory C. Langham , Clerk

        By: s/ Edward P. Butler
           Edward Butler
           Deputy Clerk

Approved as to form:

s/ Robert E. Blackburn
Robert E. Blackburn
United States District Judge