IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 95-cv-00777-REB-CBS

In re: The Receivership Estate of INDIAN MOTORCYCLE MANUFACTURING, INC., a New Mexico corporation

_____

**JUDGMENT AGAINST WILLIAM S. HORI**
_____

Pursuant to and in accordance with the Order entered by Judge Robert E. Blackburn, on November 18, 2008, granting the Unopposed Motion to Approve Settlement Agreement with William S. Hori [#2666] filed October 20, 2008, which order is incorporated herein by reference as if fully set forth,

**It is ORDERED as follows:**

1. That the Settlement Agreement between the receiver and William S. Hori [#2666] is **APPROVED**;

2. That pursuant to Fed.R.Civ.P. 58(a), judgment is **ENTERED** for Sterling Consulting Corporation as Receiver for Indian Motorcycle Manufacturing, Inc., and against William S. Hori in the amount of $14,318.00, with the parties to bear their own costs and expenses, including attorney fees; provided furthermore, the judgment shall bear interest at the rate prescribed by law, except that if Mr. Hori pays the principal amount on or before October 1, 2011, then he shall be relieved of liability for interest;

3. That on Mr. Hori's payment (to the receiver or its assignees) of the $14, 318.00 by October 1, 2011, or the payment of that sum plus interest thereafter, Sterling Consulting Corporation shall be authorized to file a Satisfaction of Judgment, notwithstanding that the receivership action may have terminated in the meantime; and

4. That this judgment is certified to be a final judgment under Fed.R.Civ.P 54(b).

DATED at Denver, Colorado, this 25th day of November, 2008.

FOR THE COURT:

Gregory C. Langham , Clerk

By:  s/ Edward P. Butler
       Edward Butler
       Deputy Clerk

Approved as to form:

s/ Robert E. Blackburn
Robert E. Blackburn
United States District Judge