Case 1:95-cv-00777-REB-CBS   Document 2673   Filed 11/13/2008   Page 1 of 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Case No. 95-cv-00777-REB-CBS

In re: Receivership Estate of INDIAN MOTORCYCLE
MANUFACTURING, INC., a New Mexico corporation,

**MINUTE ORDER**

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 2 6 2008

GREGORY C. LANGHAM
CLERK

OFFICE OF THE CLERK
ED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

95-cv-777 REB #2673
Hilm Sevimli
c/o Christopher C. Noble, Esq.
Noble & Associates, LLC
11 Pine Street
Pla



017H15524679
$0.42⁰
11/13/2008
Mailed From 80202

NIXIE    061    CE 1         39 11/21/08
             RETURN TO SENDER
NOT   DELIVERABLE AS ADDRESSED
             UNABLE TO FORWARD
BC:   80294250151      *1820-00130-13-40