CLERK
ict Court
oom A105
-3589



NOT DELIVERABLE
AS ADDRESSED,
UNABLE TO FORWARD



HASLER
017H15524679
$1.51⁰
11/18/2008
Mailed From 80202
US POSTAGE

Nicholas Russo
310 Extonville Road
Allentown, NJ 08561

Docketing

Sandra

95-a-00777-REB
DOC# 2676

REB

Scanned by: USMS-SF