OFFICE OF THE CLERK
United States District Court
901-19th Street, Room A105
Denver, CO 80294-3589

OFFICIAL BUSINESS

Steven DeStout
#1 South Water Street
Henderson, NV 89105

☐ Forwarding Order Expired    ☒ No Such Street
☐ Insufficient Address         ☒ No Such Number
☐ Moved, Left No Address       Route No.___ Date___
☐ Unclaimed ☐ Refused          Carr. Initials_____
☐ Attempted, Not Known

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 0 8 2008

GREGORY C. LANGHAM
CLERK

95-cv-777 REB #2676
2677
2682

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 95-cv-00777-REB-CBS

In re:  The Receivership Estate of INDIAN MOTORCYCLE MANUFACTURING, INC., a New Mexico corporation

---

ORDER FOR JUDGMENT, FEES, AND COSTS AGAINST
WAYNE BAUGHMAN AND SHARON BAUGHMAN

---

**Blackburn, J.**

The matter before me is the receiver's **Verified Motion for Judgment, Fees, and Costs Against Wayne and Sharon Baughman** (respondents) [#2655] filed October 13, 2008.  I grant the verified motion.[1]

Having judicially noticed all relevant adjudicative facts in the file and record of this action as developed *pro tanto*; having considered the averments of the instant verified motion; having noted that no party in interest has filed an objection to the motion; and being otherwise sufficiently advised, I enter the following findings of fact,[2] conclusions of law, and orders.

**FINDINGS AND CONCLUSIONS:**

1.  I have jurisdiction over the subject matter of and parties to this motion.

2.  Notwithstanding proper and timely notice of this motion, the respondents have failed to respond.

3.  The averments of fact in the verified motion have been established in the

---

[1] The issues raised by and inherent to the motion are fully briefed and circumstantiated, obviating the necessity for evidentiary hearing or oral argument. Therefore, the motion is submitted and decided on the briefs and extant record.

[2] My findings of fact are based on a preponderance of the relevant evidence.