Steven DeStout
#1 South Water Street
Henderson, NV 89105

☐ Forwarding Order Expired  ☐ No Such Street
☐ Insufficient Address  ☒ No Such Number
☐ Moved, Left No Address  Route No.___ Date___
☐ Unclaimed ☐ Refused  Carr. Initials_____
☐ Attempted, Not Known

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 0 8 2008

GREGORY C. LANGHAM
CLERK

95-cv-777 REB *2694
2697
2696
2698

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 95-cv-00777-REB-CBS

In re: The Receivership Estate of INDIAN MOTORCYCLE MANUFACTURING, INC., a New Mexico corporation

## JUDGMENT FEES, AND COSTS AGAINST LANCE C. MIGLIACCIO AND MICHAEL BRYAN FINK

Pursuant to and in accordance with the Order entered by Judge Robert E. Blackburn, on November 18, 2008, granting the receiver's Verified Motion for Judgment, Fees, and Costs Against Lance C. Migliaccio and Michael Bryan Fink (respondents) [#2654] filed October 13, 2008, which order is incorporated herein by reference as if fully set forth,

**It is ORDERED as follows:**

1. That pursuant to Fed.R.Civ.P. 58(a), judgment is **ENTERED** in favor of the receiver, Sterling Consulting Corporation, and against Michael Fink and Lance Migliaccio, jointly and severally, in the amount of $ 6,087.50;

2. That the receiver **IS AWARDED** the costs, receiver fees, and attorney fees that were incurred in the filing and prosecution of this motion:

   a. That costs **SHALL BE TAXED** in the time and manner prescribed by Fed.R.Civ.P. 54(d)(1) and D.C.COLO.LCivR 54.1;