United States District Court
901-19th Street, Room A105
Denver, CO 80294-3589

**OFFICIAL BUSINESS**



Jeffrey H. Perkins
Western Design Engineering, Inc.
808 Airport Road
Jackson, MI 49202



FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 8 - 2008

GREGORY C. LANGHAM
CLERK

DOC# 2696
95-cv- 0777-REB