OFFICE OF THE CLERK
United States District Court
901-19th Street, Room A105
Denver, CO 80294-3589
OFFICIAL BUSINESS



Burt R. Bondy
8130 Prestwick Drive
Lajolla, California 92037

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 0 8 2008

GREGORY C. LANGHAM
CLERK

95-cv-777 REB  # 2694
2697
2696
2698
2695