OFFICE OF THE CLERK
United States District Court
901-19th Street, Room A105
Denver, CO 80294-3589

OFFICIAL BUSINESS

Jeffrey M. Perkins
Western Design Engineering, Inc.
808 Airport Road
Jackson

ATTEMPTED NOT KNOWN

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 0 9 2008

GREGORY C. LANGHAM
CLERK

95-cv-777 REB