

OFFICE OF THE CLERK
United States District Court
901-19th Street, Room A105
Denver, CO 80294-3589
OFFICIAL BUSINESS

NOT DELIVERABLE AS ADDRESSED, UNABLE TO FORWARD

Eller Industries Inc
c/o Leonard S. Labraiola
6035 N. 115th Street
Longmont, CO 80504

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 15 2008

GREGORY C. LANGHAM
CLERK

95-cv-0777 REB-
Doc #2688

NOT AT THIS
ADDRESS FOR
YEARS.