OFFICE OF THE CLERK
United States District Court
901-19th Street, Room A105
Denver, CO 80294-3589
OFFICIAL BUSINESS



**NOT DELIVERABLE AS ADDRESSED, UNABLE TO FORWARD**

Eller Industries Inc
c/o Leonard S. Labrauola
6035 N. 115th Steet
Longmont, CO 80504



FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 1 5 2008

GREGORY C. LANGHAM
CLERK

Doc # 2694
95-cv-0777 - Reb-cbs