THE CLERK
s District Court
eet, Room A105
80294-3589
SINESS

NOT DELIVERABLE AS ADDRESSED, UNABLE TO FORWARD

Ellen Industries Inc
c/o Leonard S. Labraiola
6035 N. 115th Street
Longmont, CO 80504

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 1 5 2008

GREGORY C. LANGHAM
CLERK

DOC #
95-cv-0777
Reb -

HAS NOT BEEN AT THIS ADDRESS FOR YEARS.