OFFICE OF THE CLERK
United States District Court
901-19th Street, Room A105
Denver, CO 80294-3589
OFFICIAL BUSINESS



Alf Iseback
Gamla Tuvevagen 4
Goteborg, Sweden, 41705

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 15 2008

GREGORY C. LANGHAM
CLERK

95-cv-777 REB #2687

Retur avsända

Adressat finns ej.