UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 95-cv-00777-REB-CBS

In re: Indian Motorcycle Manufacturing, Inc., a New Mexico Corporation

## STIPULATED MOTION TO APPROVE SETTLEMENT AGREEMENT AND TO VACATE JUDGMENTS

Sterling Consulting Corporation, the duly appointed receiver for Indian Motorcycle Manufacturing, Inc. (the "Receiver"), by and through its attorneys Fairfield and Woods, P.C., and Lance C. Migliaccio, by and through his undersigned counsel, Brownstein Hyatt Farber Schreck, LLP, hereby move this Court to approve the Settlement Agreement and Mutual Release with Lance Migliaccio and to vacate the Judgments against Lance C. Migliaccio pursuant to Fed. R. Civ. P. 60. As grounds therefor the parties herein state as follows:

1. On November 24, 2008, this Court entered judgment jointly and severally against Lance C. Migliaccio and Michael Bryan Fink in the amount of $6,087.50 plus costs, receiver fees, and attorney fees.

2. Also, on November 25, this Court entered judgment jointly and severally against Lance C. Migliaccio, Bryan P. Mager and Front Range Indian Motorcycle, Inc. in the amount of $6,087.50, plus costs, receiver fees, and attorney fees.

3. Mr. Migliaccio initiated a settlement to the Receiver prior to entry of the Judgments. The Receiver agreed to a settlement such that Mr. Migliaccio be permitted to pay one-half the Judgment amount ($6,087.50) in consideration for obtaining a

10663\2\1226353.3

complete release.  The Judgments subsequently entered before the settlement was reduced to writing.  As a result, Judgment was sought through mistake and inadvertence.

4. On December 16, 2008, the Receiver and Mr. Migliaccio executed the Settlement Agreement and Mutual Release, a copy of which is attached hereto as Exhibit A.  It provides that Mr. Migliaccio concurrently tender payment in full of $6,087.50 in accordance with the Settlement Agreement and Mutual Release.

5. Pursuant to Fed. R. Civ. P. 60, this Court may correct a mistake arising from oversight or omission.  Here a settlement was initiated prior to entry of the judgments which subsequently enforced through mistake or inadvertence.  As a result, the Parties respectfully request this Court enter an Order approving the Settlement Agreement and Mutual Release as well as vacating the foregoing Judgments, as against Lance C. Migliaccio solely.

WHEREFORE, the Parties herein request this Court enter an Order Vacating the Judgments solely as against Lance C. Migliaccio without further notice.

Respectfully submitted.

| | |
|---|---|
| STERLING CONSULTING CORPORATION<br><br>FAIRFIELD AND WOODS, P.C.<br><br>By:   <u>/s John M. Tanner</u><br>       John M. Tanner<br>       1700 Lincoln Street<br>       Suite 2400<br>       Denver, Colorado 80203<br>       Phone:  303-830-2400<br>       Fax:  303-830-1033<br>       Email:  jtanner@fwlaw.com<br><br>*Counsel for Sterling Consulting Corporation, as Receiver for Indian Motorcycle Manufacturing, Inc.* | BROWNSTEIN HYATT FARBER SCHRECK, LLP<br><br>By:   <u>/s Steven E. Abelman</u><br>       Steven E. Abelman,<br>       410 Seventeenth Street<br>       Suite 2200<br>       Denver, CO 80202-4004<br>       Telephone: (303) 223-1100<br>       Facsimile:  (303) 223-1111<br>       Email:  sabelman@bhfs.com<br><br>*Representing Lance C. Migliaccio* |