Exhibit A

# SETTLEMENT AGREEMENT AND MUTUAL RELEASE

This Settlement Agreement and Mutual Release ("Agreement") is entered into by and among the signatories below (collectively, the "Parties" and individually, a "Party").

## RECITALS

A.  Sterling Consulting Corp. is the duly appointed receiver for Indian Motorcycle Manufacturing Inc. ("Indian"), appointed by the United States District Court for the District of Colorado in *In re Receivership Estate of Indian Motorcycle Manufacturing Inc.*, Case No. 95-CV-777C the "Receivership Action "), and in such capacity shall be referred to herein as the "Receiver."

B.  Lance Migliaccio is a claimant ("Claimant") who previously received monies approved by the Court in the Receivership Case.

C.  On July 28, 2006, the Court in the Receivership Action entered its Amended Order Approving and Adopting Magistrate Judge's Recommendation (the "Amended Order") directing the Claimant to return 24.35% OF AMOUNT to the receiver.

D.  Following the termination of the Receivership Estate and discharge of the Receiver, the United States of America ("USA") will have a direct right of recovery against the Claimant in respect to the restitution ordered to collect federal taxes in the Receivership Case to the extent that the restitution amount is not collected by the receiver (or otherwise settled) during the case.

E.  The Claimant has asserted various defenses to the demand for return of the distributions.

F.  The Parties believe it is in their best interest to resolve all matters as between the Claimant and the receiver.

In consideration of the mutual promises and conditions set forth below, the Claimant and the receiver agree as follows:

## AGREEMENT

1.  **Payment by Claimant**. The Claimant shall pay to the receiver the sum of $6,087.50 (the "Settlement Amount") upon the execution of this agreement.

2.  **Co-Judgment Debtors**. The Claimant will provide the Receiver with the most up-to-date information the Claimant has regarding the location of the Claimant's co-Judgment debtors upon execution of this Agreement.

3.  **Mutual Release**. Upon receipt of the Settlement Amount, the Claimant and the Receiver hereby each release the other and the other's agents and officers from all claims and actions, existing, accrued, or contingent, in any way relating to Indian.

10663\2\1226235.2

        4.        **Dismissal from Lawsuit With Prejudice**.  Within five (5) business days of the Receiver's receipt of the Settlement Amount, the Claimant shall prepare a form of Motion to Vacate the Judgment in form satisfactory to the Receiver, and the receiver shall execute and file the Motion to Vacate the Judgment.  If the Motion to Vacate the Judgment is denied, the Claimant shall prepare a form of Satisfaction of Judgment and Request for Dismissal with Prejudice in form satisfactory to the Receiver, and the Receiver will file the Satisfaction of Judgment and Request for Dismissal of the Claimant from the Receivership Case, with prejudice.

        IN WITNESS THEREOF, this Agreement has been executed on the dates below written, to be effective on the last such date.

Lance Migliaccio

STERLING CONSULTING CORP.,
as Receiver

By: _____
Its: President

10663\2\1226235.2

4.  **Dismissal from Lawsuit With Prejudice**.  Within five (5) business days of the Receiver's receipt of the Settlement Amount, the Claimant shall prepare a form of Motion to Vacate the Judgment in form satisfactory to the Receiver, and the Receiver shall execute and file the Motion to Vacate the Judgment. If the Motion to Vacate the Judgment is denied, the Claimant shall prepare a form of Satisfaction of Judgment and Request for Dismissal with Prejudice in form satisfactory to the Receiver, and the Receiver will file the Satisfaction of Judgment and Request for Dismissal of the Claimant from the Receivership Case, with prejudice.

IN WITNESS THEREOF, this Agreement has been executed on the dates below written, to be effective on the last such date.

| LANCE MIGLIACCIO | STERLING CONSULTING CORP., as Receiver |
|---|---|
| _____ 12/15/02 | By: _____<br>Its: President |

10603\23\226235.2