UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 95-cv-00777-REB-CBS

In re: Indian Motorcycle Manufacturing, Inc., a New Mexico Corporation

**ORDER GRANTING STIPULATED MOTION TO VACATE JUDGMENTS**

This matter having arisen on the Stipulated Motion to Approve Settlement Agreement and to Vacate Judgments as against Lance C. Migliaccio pursuant to Fed. R. Civ. P. 60 and this Court being fully advised on the premises hereby orders as follows:

a. The Settlement Agreement and Mutual Release appended to the Stipulated Motion to Approve Settlement Agreement and to Vacate Judgment is hereby approved;

b. Judgment having previously been entered against Lance C. Migliaccio and Michael Bryan Fink, jointly and severally, and the Judgment having previously been entered against Lance Migliaccio and Bryan P. Mager and Front Range Indian Motorcycle, Inc., jointly and severally (hereinafter the "Judgments") and the Receiver having informed the Court that Lance C. Migliaccio initiated an offer prior to the entry of the Judgments to pay one-half of the Judgment amounts, and the Receiver having since agreed that Lance C. Migliaccio should be permitted to pay one-half and be released, and Lance C. Migliaccio having paid the agreed one-half of the Judgment amounts, and the Court having considered the premises, the Court hereby approves the Stipulated Motion to Approve Settlement Agreement and to Vacate Judgments;

c. Accordingly, the Judgments entered on November 24 and 25, 2008 are hereby vacated as to Lance C. Migliaccio, now as if then, and Lance C. Migliaccio's payment of Six

Thousand Eighty-Seven and 50/100 Dollars ($6,087.50) to the Receiver shall be deemed to satisfy all claims of the Receiver against Lance C. Migliaccio.  The Judgment as to Michael Bryan Fink shall remain outstanding, except that it shall be understood to be a judgment against Michael Bryan Fink for Three Thousand Forty-Three and 75/100 ($3,043.75), with interest after the date of the original Judgment.  The Judgment as to Bryan P. Mager and Front Range Indian Motorcycle, Inc. shall remain outstanding, except that it shall be understood to be a judgment against Bryan P. Mager and Front Range Indian Motorcycle, Inc. for Three Thousand Forty-Three and 75/100 ($3,043.75), with interest after the date of the original Judgment.

      d.      It is further ordered that Lance C. Migliaccio shall forthwith supply to the Receiver all addresses and phone numbers of Michael Bryan Fink and Bryan P. Mager that have been known to Lance C. Migliaccio at any time in the last three years, as well as the name, address and phone numbers of any close family relatives of Michael Bryan Fink and Bryan P. Mager as may be known to Lance C. Migliaccio.

                BY THE COURT

                _____

                UNITED STATES DISTRICT JUDGE

10663\2\1226373.3