IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 95-cv-00777-REB-CBS

In re: The Receivership Estate of INDIAN MOTORCYCLE MANUFACTURING, INC., a New Mexico corporation

**ORDER APPROVING SETTLEMENT AGREEMENT WITH WILLIAM S. HORI**

**Blackburn, J.**

The matter before the court is the **Stipulated Motion To Approve Settlement Agreement and To Vacate Judgments** [#2721], filed December 18, 2008. After careful review of the motion and the file, the court has concluded that the motion should be granted, that the settlement agreement with Mr. Lance C. Migliaccio should be approved, and that the existing judgments that implicate Mr. Migliaccio should be vacated as against Mr. Migliaccio only.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Motion To Approve Settlement Agreement and To Vacate Judgments** [#2721], filed December 18, 2008, is **GRANTED**;

2. That the Settlement Agreement and Mutual Release between the receiver and Mr. Migliaccio is **APPROVED**;

3. That payment of one-half the amount of the judgments previously entered against him, to wit, $6,087.50, him **SHALL BE DEEMED** to satisfy all claims of the receiver against Lance C. Migliaccio;

4. That the **Judgment Fees, and Costs Against Lance C. Migliaccio and Michael Bryan Fink** [#2694] entered November 24, 2008, is **VACATED** as to Lance C.

Migliaccio only, and that judgment shall be **AMENDED** to reflect that it is a judgment as against Michael Bryan Fink only for the amount of $3,043.75, plus interest from the date of the original judgment;

5.  That the **Judgment Fees,** (sic) **and Costs Against Lance C. Migliaccio, Bryan P. Mager, and Front Range Indian Motorcycle, Inc.** [#2697] entered November 25, 2008, is **VACATED** as to Lance C. Migliaccio only, and that judgment shall be **AMENDED** to reflect that it is a judgment against Bryan P. Mager and Front Range Indian Motorcylce, Inc., jointly and severally, in the amount of $3,043.75, plus interest from the date of the original judgment; and

6.  That Lance C. Migliaccio shall forthwith supply to the receiver all addresses and phone numbers of Michael Bryan Fink and Bryan P. Mager that have been known to Lance C. Migliaccio at any time in the last three years, as well as the name, address and phone numbers of any close family relatives of Michael Bryan Fink and Bryan P. Mager as may be known to Lance C. Migliaccio.

Dated December 19, 2008, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**