OFFICE OF THE CLERK
United States District Court
901-19th Street, Room A105
Denver, CO 80294-3589
OFFICIAL BUSINESS



Hilm Sevimli
c/o Christopher C. Noble, Esq.
Noble & Associates, LLC
11 Pine Street
Plainville, CT 06103

95-cv-777 REB # 2694
2697
2696
2698
2695

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 22 2008

GREGORY C. LANGHAM
CLERK