*REDACTED*

**Form No. 54  Order confirming accounts and discharging receiver**

A B, Plaintiff,

v.

C D, Defendant.

## ENTRY CONFIRMING ACCOUNTS OF RECEIVER AND DISCHARGING RECEIVER

This cause came on to be heard on the motion to confirm the accounts of ———, receiver, heretofore filed herein and the court finds said accounts correct and that said receiver has fully obeyed the orders of the court to him issued and has duly accounted for and paid over all moneys coming into his hands as such receiver.

It is now, therefore, ordered that all acts and things done by said receiver, as well as his accounts filed herein, be and they hereby are approved and confirmed and the said ——— is discharged from further duties, liabilities and responsibilities as receiver herein and his bond heretofore given in this cause is released and discharged from further liability herein.

*REDACTED*



EXHIBIT