OFFICE OF THE CLERK
United States District Court
901-19th Street, Room A105
Denver, CO 80294-3589

OFFICIAL BUSINESS

Anthony Pugliese
2500 Military Trail
Boca Raton, FL 33431

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 2 3 2008

95-cv-00777
REB-CBS

GREGORY C. LANGHAM
CLERK