IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 95-cv-00777-REB-CBS

In re: The Receivership Estate of INDIAN MOTORCYCLE MANUFACTURING, INC., a New Mexico corporation

_____

**AMENDED JUDGMENT FEES, AND COSTS AGAINST LANCE C. MIGLIACCIO AND MICHAEL BRYAN FINK**
_____

Pursuant to and in accordance with the Order entered by Judge Robert E. Blackburn, on December 19, 2008, granting the Stipulated Motion to Approve Settlement Agreement and To Vacate Judgments [#2721], filed December 18, 2008, which order is incorporated herein by reference as if fully set forth,

**It is ORDERED as follows:**

1. That the Settlement Agreement and Mutual Release between the receiver and Mr. Lance C. Migliaccio is **APPROVED**;

2. That payment of one-half the amount of the judgments previously entered against Lance C. Migliaccio, to wit, $6,087.50, **SHALL BE DEEMED** to satisfy all claims of the receiver against Lance C. Migliaccio;

3. That the **Judgment Fees, and Costs Against Lance C. Migliaccio and Michael Bryan Fink** [#2694] entered on November 24, 2008, is **VACATED** as to Lance C. Migliaccio only, and that the judgment is hereby **AMENDED**

to reflect that it is a judgment as against Michael Bryan Fink only for the amount of $3,043.75, plus interest from the date of the original judgment;

4. That the **Judgment Fees,** (sic) and **Costs Against Lance C. Migliaccio, Bryan P. Mager, and Front Range Indian Motorcycle, Inc.,** [#2697] entered November 25, 2008, is **VACATED** as to Lance C. Migliaccio, only, and that the judgment is hereby **AMENDED** to reflect that it is a judgment against Bryan P. Mager and Front Range Indian Motorcycle, Inc., jointly and severally, in the amount of $3,043.75, plus interest from the date of the original judgment; and

5. That Lance C. Migliaccio shall forthwith supply to the receiver all addresses and phone numbers of Michael Bryan and Bryan P. Mager that have been known to Lance C. Migliaccio at any time in the last three years, as well as the name, address and phone numbers of any close family relatives of Michael Bryan Fink and Bryan P. Mager as may be known to Lance C. Migliaccio.

Civil Action No. 95-cv-00777-REB-CBS
Amended Judgment

       DATED at Denver, Colorado, this 29th day of December, 2008.

                              FOR THE COURT:

                              Gregory C. Langham , Clerk

                              By: s/ Edward P. Butler
                                   Edward Butler
                                   Deputy Clerk

Approved as to form:

s/ Robert E. Blackburn
Robert E. Blackburn
United States District Judge