IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 95-cv-00777-REB-CBS

In re: Receivership Estate of INDIAN MOTORCYCLE
MANUFACTURING, INC., a New Mexico corporation,

## AMENDED ORDER APPROVING SETTLEMENT AGREEMENT
## WITH LANCE C. MIGLIACCIO

OFFICE OF THE CLERK
STATES DISTRICT COURT
ED A. ARRAJ COURTHOUSE
01-19TH ST., ROOM A105
ENVER, CO 80294-3589

OFFICIAL BUSINESS

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 3 0 2009

GREGORY C. LANGHAM
CLERK

95-CV-00777-REB-CBS
#2727

017H15524679
HASLER
$0.75⁰
12/23/2008
Mailed From 80202
US POSTAGE

Triad Suspension Technologies, Inc.
C/o Lewis M. Druxman, Esq.
6715 Academy Road North East
Suite B
Albuqu

NIXIE    871  5C 1         84 12/27/08
         RETURN TO SENDER
         ATTEMPTED - NOT KNOWN
         UNABLE TO FORWARD
BC: 80294250151    *0720-01232-24-40