IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 95-cv-00777-REB-CBS

In re: The Receivership Estate of INDIAN MOTORCYCLE MANUFACTURING, INC., a New Mexico corporation

## ORDER APPROVING SETTLEMENT AGREEMENT WITH WILLIAM S. HORI

FICE OF THE CLERK
TATES DISTRICT COURT
D A. ARRAJ COURTHOUSE
-19TH ST., ROOM A105
NVER, CO 80294-3589

OFFICIAL BUSINESS

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 3 0 2009

GREGORY C. LANGHAM
CLERK

Triad Suspension Technologies, Inc.
C/o Lewis M. Druxman, Esq.
6715 A[...]
Suite B
Albuqu[erque]

017H15524679
HASLER
$0.590
12/22/2008
Mailed From 80202
US POSTAGE

5-CV-00777-RED-CBS
#2723

NIXIE        871    DC 1           00 12/27/08
                RETURN TO SENDER
                ATTEMPTED – NOT KNOWN
                UNABLE TO FORWARD
BC: 80294250151        *0720-07168-24-39

80294@2501