# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Judge Robert E. Blackburn

Civil Action No. 95-cv-00777-REB-CBS

In re: The Receivership Estate of INDIAN MOTORCYCLE MANUFACTURING, INC., a New Mexico corporation

## ORDER APPROVING SETTLEMENT AGREEMENT WITH WILLIAM S. HORI

Blackburn, J.

OFFICE OF THE CLERK
STATES DISTRICT COURT
ED A. ARRAJ COURTHOUSE
01-19TH ST., ROOM A105
ENVER, CO 80294-3589

OFFICIAL BUSINESS

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 0 5 2009

GREGORY C. LANGHAM
CLERK



017H15524679
HASLER
$0.590
12/22/2008
Mailed From 80202
US POSTAGE

95 cv-777 REB # 2723

Burt R. Bondy
8130 Prestwick Drive
Lajolla, CA 92037

NIXIE      921  DE 1      00 12/30/08
RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD
BC: 80294250151      *1320-01818-24-32