IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 95-cv-00777-REB-CBS

In re: Receivership Estate of INDIAN MOTORCYCLE MANUFACTURING, INC., a New Mexico corporation,

AMENDED ORDER APPROVING SETTLEMENT AGREEMENT
WITH LANCE C. MIGLIACCIO

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
D A. ARRAJ COURTHOUSE
1-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 0 5 2009

GREGORY C. LANGHAM
CLERK

95-cv-777 REB # 2727

Eller Industries Inc
c/o Leonard S. Labraiola
6035 N
Longm

NIXIE    802    5C 1    74  01/01/09
        RETURN TO SENDER
    NOT DELIVERABLE AS ADDRESSED
            UNABLE TO FORWARD
BC: 80294250151    *1568-09095-01-09