IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 95-cv-00777-REB-CBS

In re: Receivership Estate of INDIAN MOTORCYCLE
MANUFACTURING, INC., a New Mexico corporation,

AMENDED ORDER APPROVING SETTLEMENT AGREEMENT
WITH LANCE C. MIGLIACCIO

OFFICE OF THE CLERK
ATES DISTRICT COURT
A. ARRAJ COURTHOUSE
19TH ST., ROOM A105
IVER, CO 80294-3589

OFFICIAL BUSINESS

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 0 5 2009

GREGORY C. LANGHAM
CLERK

95-cv-777 REB # 2727

Burt R. Bondy
8130 Prestwick Drive
Lajolla, CA 92037

NIXIE       921 DE 1       00 12/30/08
RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD
BC: 80294250151       *1920-02052-24-32

017H15524679
$0.75⁰
12/23/2008
Mailed From 80202