# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Action No. 95-cv-00777-REB-CBS

In re: The Receivership Estate of INDIAN MOTORCYCLE MANUFACTURING, INC., a New Mexico corporation

## ORDER APPROVING SETTLEMENT AGREEMENT WITH WILLIAM S. HORI

Blackburn, J.

---

OFFICE OF THE CLERK
STATES DISTRICT COURT
ED A. ARRAJ COURTHOUSE
01-19TH ST., ROOM A105
ENVER, CO 80294-3589

OFFICIAL BUSINESS

95-CV-00777-ReB-CBS
Doc # 2723

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 5 - 2009

GREGORY C. LANGHAM
CLERK

Donald Schunk
12572 Durrow Court
St. Lou

017H15524679
HASLER $0.590
12/22/2008
Mailed From 80202
US POSTAGE

NIXIE   631   DC 1      00 01/03/09
              RETURN TO SENDER
        NOT DELIVERABLE AS ADDRESSED
              UNABLE TO FORWARD
BC: 80294250151        *0720-07182-24-39