IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 95-cv-00777-REB-CBS

In re: Receivership Estate of INDIAN MOTORCYCLE
MANUFACTURING, INC., a New Mexico corporation,

## AMENDED ORDER APPROVING SETTLEMENT AGREEMENT
## WITH LANCE C. MIGLIACCIO

OFFICE OF THE CLERK
STATES DISTRICT COURT
RED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

95-cv-00777-ReB-CBS
Doc #2727

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 5 - 2009

GREGORY C. LANGHAM
CLERK

017H15624679
HASLER
$0.590
12/23/2008
Mailed From 80202
US POSTAGE

Donald Schunk
12572 Durrow Court
St. Lou

NIXIE    631   DE 1      00 01/03/09
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 80294250151    *0720-08675-24-39