# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Civil Action No. 95-cv-00777-REB-CBS

In re: The Receivership Estate of INDIAN MOTORCYCLE MANUFACTURING, INC., a New Mexico corporation

## ORDER APPROVING SETTLEMENT AGREEMENT WITH WILLIAM S. HORI

Blackburn, J.

---

ICE OF THE CLERK
ATES DISTRICT COURT
A. ARRAJ COURTHOUSE
19TH ST., ROOM A105
VER, CO 80294-3589

FFICIAL BUSINESS

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 0 5 2009

GREGORY C. LANGHAM
CLERK

95-cv-777 REB
# 2723

Anthony Pugliese
2500 Military Trail
Boca Raton, FL 33431

NIXIE    334    5E 1         76 12/30/08
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 80294250151    *0720-00179-24-40

017H15524679
$0.59⁰
HASLER
12/22/2008
Mailed From 80202
US POSTAGE