FICE OF THE CLERK
TATES DISTRICT COURT
D A. ARRAJ COURTHOUSE
1-19TH ST., ROOM A105
NVER, CO 80294-3589

OFFICIAL BUSINESS

#2727

-cv-00777-REB-CBS

017H15524679
HASLER $0.59
12/23/2008
Mailed From 80202
US POSTAGE

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN  6 2009

GREGORY C. LANGHAM
        CLERK

Hilm Sevimli
c/o Christopher C. Noble, Esq.
Noble & Associates, LLC
11 Pi
Plain

NIXIE     061    CE  1             39 01/02/09
            RETURN TO SENDER
       NOT DELIVERABLE AS ADDRESSED
               UNABLE TO FORWARD
    BC: 80294250151      *1320-02940-24-32

060624197301080294@2501