OFFICE OF THE CLERK
STATES DISTRICT COURT
ED A. ARRAJ COURTHOUSE
01-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN  6 2009

GREGORY C. LANGHAM
                    CLERK



017H15524679
$0.59⁰
12/22/2008
Mailed From 80202

Hilm Sevimli
c/o Christopher C. Noble, Esq.
Noble & Associates, LLC
11 Pi...
Plain...

#2723

95-cv-00777-REB-CBS v

NIXIE    061   5E 1    39  01/02/09
    RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
    UNABLE TO FORWARD
BC: 80294250151   *0720-01172-24-40