OFFICE OF THE CLERK
STATES DISTRICT COURT
FRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 6 2009

GREGORY C. LANGHAM
CLERK

017H15524679
HASLER $0.590
12/22/2008
Mailed From 80202
US POSTAGE

#2723

95-cv-00777-REB-CBS

Steven DeStout
#1 South Water Street
Hende

NIXIE   891   DE 1   00 01/02/09
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 80294250151   *0720-07759-24-39