OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901 19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

#2727

95-cv-00777-REB-CBS

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 6 2009

GREGORY C. LANGHAM
CLERK

Steven DeStout
#1 South Water Street
Hend

NIXIE   891   DE 1        00 01/02/09
              RETURN TO SENDER
        NOT DELIVERABLE AS ADDRESSED
              UNABLE TO FORWARD
        BC: 80294250151    *1220-00770-24-32

017H15524679
HASLER  $0.590
12/23/2008
Mailed From 80202
US POSTAGE