FFICE OF THE CLERK
STATES DISTRICT COURT
ED A. ARRAJ COURTHOUSE
01-19TH ST., ROOM A105
ENVER, CO 80294-3589

OFFICIAL BUSINESS

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 6 2009

GREGORY C. LANGHAM
CLERK

#2729

95-cv-00777-REB-CBS

Steven DeStout
#1 South Water Street
Hender

NIXIE  891  DC 1  00 01/02/09
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 80294250151  *2720-15095-30-45

017H15524679
HASLER  $0.590
12/30/2008
Mailed From 80202
US POSTAGE