# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 95-cv-00777-REB-CBS

In re: The Receivership Estate of INDIAN MOTORCYCLE MANUFACTURING, INC., a New Mexico corporation

---

:FICE OF THE CLERK
TATES DISTRICT COURT
:D A. ARRAJ COURTHOUSE
1-19TH ST., ROOM A105
:NVER, CO 80294-3589

OFFICIAL BUSINESS

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 0 8 2009

GREGORY C. LANGHAM
CLERK



017H15524679
HASLER $0.590
12/30/2008
Mailed From 80202
US POSTAGE

95-cv-777 REB # 2729

Anthony Pugliese
2500 Military Trail
Boca Raton, FL 33431

NIXIE          334   5E  1         76  01/04/09
             RETURN TO SENDER
         INSUFFICIENT ADDRESS
             UNABLE TO FORWARD
BC: 80294280151    *0520-02789-30-45