# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 95-cv-00777-REB-CBS

In re: The Receivership Estate of INDIAN MOTORCYCLE MANUFACTURING, INC., a New Mexico corporation

---

FICE OF THE CLERK
TATES DISTRICT COURT
D A. ARRAJ COURTHOUSE
I-19TH ST., ROOM A105
NVER, CO 80294-3589

OFFICIAL BUSINESS

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

95-cv-0777
REB-CBS
Doc# 2729

JAN 9 - 2009

GREGORY C. LANGHAM
CLERK

Burt R. Bondy
8130 Prestwick Drive
Lajolla, CA 92037

017H15624679
$0.590
12/30/2008
Mailed From 80202

NIXIE  921  DE 1   OC 01/03/09
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 80294250151   *1377-03082-03-29