

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 95-cv-00777-REB-CBS

In re: Receivership Estate of INDIAN MOTORCYCLE
MANUFACTURING, INC., a New Mexico corporation,

## AMENDED ORDER APPROVING SETTLEMENT AGREEMENT WITH LANCE C. MIGLIACCIO

Blackburn, J.

The matter comes before me *sua sponte* to correct the court's **Order Approving Settlement Agreement With William S. Hori** (sic) [#2723] entered December 19, 2008. The order was incorrectly titled addressing a settlement agreement with William S. Hori. However, the **Stipulated Motion To Approve Settlement Agreement and To Vacate Judgments** [#2721] filed December 18, 2008, addressed the settlement agreement with Lance C. Migliaccio. Therefore, the order should be amended to reflect the approval of the settlement agreement with Lance C. Migliaccio.

**THEREFORE, IT IS ORDERED** as follows:

1. That the court's **Order Approving Settlement Agreement With William S. Hori** (sic) [#2723] entered December 19, 2008, is **AMENDED**;

2. That the title of the order should reflect the name **LANCE C. MIGLIACCIO**; and

3. That otherwise the **Order Approving Settlement Agreement** [#2723] entered December 19, 2008, shall remain in full force and effect.

Dated December 23, 2008, at Denver, Colorado.

BY THE COURT:

s/ Robert E. Blackburn
Robert E. Blackburn
United States District Judge