

OFFICE OF THE CLERK
TED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

017H15524679

HASLER $0.59⊘

12/30/2008

Mailed From 80202

US POSTAGE

95-cv-777 REB-CBS #2729

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 1 2 2009

GREGORY C. LANGHAM
CLERK

Carol Furtier
2500 Military Trail
Boca Raton, FL 33431

**RETURN TO SENDER**

NIXIE          334    5C 1        75 01/08/09

RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD

BC: 80294250151        *0520-02991-30-45