OFFICE OF THE CLERK
ED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 12 2009

GREGORY C. LANGHAM
CLERK

Hilm Sevimli
c/o Christopher C. Noble, Esq.
Noble & Associates, LLC
11 P
Plain

017H15524679
HASLER  $0.590
12/30/2008
Mailed From 80202
US POSTAGE

95-CV-777-REB-CBS
#2729

NIXIE    061    DE 1    00 01/07/09
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 80294250151    *0520-02999-30-45