# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 95-cv-00777-REB-CBS

In re: The Receivership Estate of INDIAN MOTORCYCLE MANUFACTURING, INC., a New Mexico corporation

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
D A. ARRAJ COURTHOUSE
I-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 13 2009

GREGORY C. LANGHAM
CLERK

95-cv-777 REB
#2729

Triad Suspension Technologies, Inc.
C/o Lewis M. Druxman, Esq.
6715 Academy Road North East
Suite B
Albuquerque, NM 87109

ATTEMPTED NOT KNOWN
RETURN TO SENDER

017H15524679
HASLER $0.590
12/30/2008
Mailed From 80202
US POSTAGE

ANK