F THE CLERK
es District Court
treet, Room A105
) 80294-3589
JSINESS

Alf Iseback
Gamla Tuvevagen 4
Goteborg, Sweden, 41705

RETURN/RETUR   CN15

RETUR TILL AVSÄNDAREN

ADRESSATEN FINNS EJ!

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 13 2009

GREGORY C. LANGHAM
CLERK

95-cv-777 REB