**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 95-cv-00777-REB-CBS

In re:

Receivership Estate of INDIAN MOTORCYCLE MANUFACTURING, INC.,
a New Mexico Corporation

---

**UNITED STATES' MOTION TO WITHDRAW COUNSEL OF RECORD**

---

The United States of America, by and through its undersigned counsel, respectfully moves to withdraw Adam F. Hulbig as government counsel of record in the above-captioned case pursuant to D.C. COLO. LCivR 83.3(D) . Mr. Hulbig was formerly employed by the U.S. Department of Justice, Tax Division, Western Civil Trial Section. Effective January 5, 2009, however, Mr. Hulbig was assigned to the Tax Division's Southern Criminal Enforcement Section, where he no longer has responsibility for this case. Trial Attorneys Peter A. Sklarew and Rick Watson have assumed responsibility for the representation of the United States in this case.

WHEREFORE, for good cause shown , the United States respectfully requests that the Court grant the instant motion and order the withdrawal of Adam F. Hulbig as government counsel of record in the above-captioned case.

DATED this 13th day of January, 2009.

Respectfully submitted,

TROY A. EID
United States Attorney


/s   RICK WATSON
Rick Watson
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683 – Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 353-0300
Facsimile: (202) 307-0054
Email:  rickey.watson@usdoj.gov

Attorneys for the United States of America

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that on this 13th day of January, 2009, I caused a true and correct copy of the foregoing **UNITED STATES' MOTION TO WITHDRAW COUNSEL OF RECORD** to be filed electronically using the Court's CM/ECF system, which will serve all counsel registered for service by that means.

/s  Rick Watson
RICK WATSON
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683 – Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 353-0300
Facsimile: (202) 307-0054
Email: rickey.watson@usdoj.gov