IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 95-cv-00777-REB-CBS

In re: Receivership Estate of INDIAN MOTORCYCLE MANUFACTURING, INC., a New Mexico corporation,

AMENDED ORDER APPROVING SETTLEMENT AGREEMENT
WITH LANCE C. MIGLIACCIO

Blackburn, J.

---

OFFICE OF THE CLERK
TED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

95-cv-777 ReB-CBS
Doc #2727

JAN 14 2009

GREGORY C. LANGHAM
CLERK

Carol Furtier
2500 Military Trail
Boca Raton, FL 33431

017H15524679
$0.750
12/23/2008
Mailed From 80202
US POSTAGE

RETURN TO SENDER
Nefh A Girrett

NIXIE    334  5C  1      78  01/10/09
     RETURN TO SENDER
  INSUFFICIENT ADDRESS
     UNABLE TO FORWARD
BC: 80294250151    *1697-00395-10-25