OFFICE OF THE CLERK
ED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 20 2009

GREGORY C. LANGHAM
CLERK

95-CV-00777-REB-CBS
#2756

Chuck Krowczyk
1853 South Marshall Circle
Lakev

NIXIE   802   5E 1   74 01/18/09
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 60294250151   *0820-08453-14-44

017H15524679
$1.009
01/14/2009
US POSTAGE