OFFICE OF THE CLERK
J STATES DISTRICT COURT
FRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS



017H15524679
HASLER $1.00
01/14/2009
Mailed From 80202
US POSTAGE

95-CV-00777-REB-CBS

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 21 2009

GREGORY C. LANGHAM
CLERK

Refused

#2756

Eller Industries Inc
c/o Leonard S. Labraiola
6035 N. 115th Street
Longn

NIXIE    802   DE 1         00 01/18/09
RETURN TO SENDER
REFUSED
UNABLE TO FORWARD
BC: 80294250151    *1620-12264-14-42