OFFICE OF THE CLERK
D STATES DISTRICT COURT
LFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

95-cv-00777-REB-CBS
#2756

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 21 2009

GREGORY C. LANGHAM
CLERK

Triad Suspension Technologies, Inc.
C/o Lewis M. Druxman, Esq.
6715 Academy Road North East
Suite E
Albuq[uerque]

Return to Sender
Not at this [address]

NIXIE   871   DC 1   00 01/18/09
RETURN TO SENDER
ATTEMPTED – NOT KNOWN
UNABLE TO FORWARD
BC: 80294250131   *1820-02364-14-42

017H15524679
HASLER $1.000
01/14/2009
Mailed From 80202
US POSTAGE