OFFICE OF THE CLERK
ED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

95-CV-00777 REB-CBS

#2756

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 22 2009

GREGORY C. LANGHAM
CLERK

Burt R. Bondy
8130 Prestwick Drive
Lajoll

017H15524679
HASLER
$1.00⁰
01/14/2009
Mailed From 80202
US POSTAGE

NIXIE         921   5E 1          72 01/18/09
              RETURN TO SENDER
        NOT DELIVERABLE AS ADDRESSED
              UNABLE TO FORWARD

BC: 80294250151      *0820-05705-14-45

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Case No. 95-cv-00777-REB-CBS

In re: Receivership Estate of INDIAN MOTORCYCLE
MANUFACTURING, INC., a New Mexico corporation,

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER

Pending before the court is United States' Motion to Withdraw Counsel of Record (*doc. no. 2754*).

IT IS HEREBY ORDERED that the instant motion is **GRANTED**. Attorney Adam F. Hulbig is relieved of any further representation of *United States of America* in the above captioned matter. The Clerk of Court is instructed to remove Mr. Hulbig from the electronic certificate of mailing.

**DATED:**   January 13, 2009