IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Case No. 95-cv-00777-REB-CBS

In re: Receivership Estate of INDIAN MOTORCYCLE
MANUFACTURING, INC., a New Mexico corporation,

**MINUTE ORDER**

OFFICE OF THE CLERK
) STATES DISTRICT COURT
FRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 23 2009

GREGORY C. LANGHAM
CLERK



95-cv-777 REB # 2756

Hilm Sevimli
c/o Christopher C. Noble, Esq.
Noble & Associates, LLC
11
Pl

NIXIE   061   5E 1        39 01/21/09
        RETURN TO SENDER
    NOT DELIVERABLE AS ADDRESSED
            UNABLE TO FORWARD
BC: 80294250151    *0820-06569-14-45