OFFICE OF THE CLERK
ED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**JAN 2 6 2009**

**GREGORY C. LANGHAM**
CLERK



95-cv-777 REB # 2756

Anthony Pugliese
2500 Military Trail
Boca Raton, FL 33431

NIXIE        334    5E 1        76  01/21/09
                    RETURN TO SENDER
            NOT DELIVERABLE AS ADDRESSED
                    UNABLE TO FORWARD
        BC: 90294250151      *0720-00980-14-46

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Case No. 95-cv-00777-REB-CBS

In re: Receivership Estate of INDIAN MOTORCYCLE
MANUFACTURING, INC., a New Mexico corporation,

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER

Pending before the court is United States' Motion to Withdraw Counsel of Record (*doc. no. 2754*).

IT IS HEREBY ORDERED that the instant motion is **GRANTED**. Attorney Adam F. Hulbig is relieved of any further representation of *United States of America* in the above captioned matter. The Clerk of Court is instructed to remove Mr. Hulbig from the electronic certificate of mailing.

**DATED:**  January 13, 2009