OFFICE OF THE CLERK
D STATES DISTRICT COURT
LFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**JAN 2 6 2009**

GREGORY C. LANGHAM
CLERK



95-cv-777 REB # 2756

Carol Furtier
2500 Military Trail
Boca Raton, FL 33431

NIXIE            334   5E 1           76  01/21/09
    RETURN TO SENDER
    INSUFFICIENT ADDRESS
    UNABLE TO FORWARD

BC: 80294250151        *0820-06557-14-45

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Case No. 95-cv-00777-REB-CBS

In re: Receivership Estate of INDIAN MOTORCYCLE
MANUFACTURING, INC., a New Mexico corporation,

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER

Pending before the court is United States' Motion to Withdraw Counsel of Record (*doc. no. 2754*).

IT IS HEREBY ORDERED that the instant motion is **GRANTED**. Attorney Adam F. Hulbig is relieved of any further representation of *United States of America* in the above captioned matter. The Clerk of Court is instructed to remove Mr. Hulbig from the electronic certificate of mailing.

**DATED:**     January 13, 2009