IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 95-cv-00777-REB-CBS

In re: The Receivership Estate of INDIAN MOTORCYCLE MANUFACTURING, INC., a New Mexico corporation

**ORDER APPROVING SETTLEMENT AGREEMENT WITH WILLIAM S. HORI**

Blackburn, J.

---

OFFICE OF THE CLERK
STATES DISTRICT COURT
RED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JAN 30 2009
GREGORY C. LANGHAM
CLERK

RETURN/RETUR CN15

95-cv-00777-ReB-CBS
Doc #2723

Alf Iseback
Gamla Tuvevagen 4
Göteborg, Sweden. 41705

017H15524679
HASLER $1.740
12/23/2008
Mailed From 80202
US POSTAGE

RENE NU NSANOWE

ADRESSATEN FINNS EJ

NIXIE      112   DC 1        00 01/28/09
         RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
     UNABLE TO FORWARD
BC: 80294250151      *1720-05545-24-32

80294@2501