OFFICE OF THE CLERK
STATES DISTRICT COURT
RED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB - 2 2009

GREGORY C. LANGHAM
CLERK



017H15524679
HASLER $1.00⁰
01/14/2009
Mailed From 80202
US POSTAGE

95-cv-777 REB # 2756

Donald Schunk
12572 Durrow Court
St. Louis, MO 63141

6314146815

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Case No. 95-cv-00777-REB-CBS

In re: Receivership Estate of INDIAN MOTORCYCLE
MANUFACTURING, INC., a New Mexico corporation,

### MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER

Pending before the court is United States' Motion to Withdraw Counsel of Record *(doc. no. 2754)*.

IT IS HEREBY ORDERED that the instant motion is **GRANTED**. Attorney Adam F. Hulbig is relieved of any further representation of *United States of America* in the above captioned matter. The Clerk of Court is instructed to remove Mr. Hulbig from the electronic certificate of mailing.

**DATED:**   January 13, 2009