IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Case No. 95-cv-00777-REB-CBS

In re: Receivership Estate of INDIAN MOTORCYCLE
MANUFACTURING, INC., a New Mexico corporation,

**MINUTE ORDER**

OFFICE OF THE CLERK
ED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB - 3 2009

GREGORY C. LANGHAM
CLERK

95-cv-777 REB #2756

Steven DeStout
#1 South Water Street

NIXIE       891   5C  1        09 01/28/09
            RETURN TO SENDER
    NOT DELIVERABLE AS ADDRESSED
            UNABLE TO FORWARD

BC: 00294250151    *0020-06461-14-45