OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 4 2009

GREGORY C. LANGHAM
CLERK

RETURN/RETUR CN15

☐ Unknown / Okänd
☐ Refused / Vägrad
☒ Gone away / Flyttat
☐ Unclaimed / Ej efterfrågad
☐ Insufficient address / Ofullständig adress
☐

Bl 2260.14 (nov 05)

Return date: 80294@2501

Alf Iseback
Gamla Tuvevagen 4
Goteborg, Sweden 41705

95-CV-00777 RETUR TILL
REB-CBS AVSÄNDARE
ADRESSATEN FINNS EJ

#2727

$1.74 12/23/2008 GOTEBORG
Mailed From

NIXIE     112    5C 1    39 01/30/09
        RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
        UNABLE TO FORWARD

BC: 80294250151    *0720-00135-24-40