OFFICE OF THE CLERK
STATES DISTRICT COURT
ED A. ARRAJ COURTHOUSE
01-19TH ST., ROOM A105
ENVER, CO 80294-3589

OFFICIAL BUSINESS

# 2765

95-cv-00777-REB-CBS

Triad Suspension Technologies, Inc.
C/o Lewis M. Druxman, Esq.
6715 Academy Road North East
Suite B
Albuque[rque]

017H15524679
HASLER $0.420
01/29/2009
Mailed From 80202
US POSTAGE

NIXIE    871    DC 1    00 02/01/09
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 80294250151    *1768-00200-29-47