OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 5 2009

GREGORY C. LANGHAM
CLERK

95-CV-00777-REB-CBS



017H15524679
HASLER $0.420
01/29/2009
Mailed from 80202

Chuck Krowczyk
1853 South Marshall Circle
Lakewood, CO 80232

NIXIE    802   CE 1    74 02/04/09
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 80294250151    *1520-18841-29-42