IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 95-cv-00777-REB-CBS

In re: Receivership Estate of INDIAN MOTORCYCLE
MANUFACTURING, INC., a New Mexico corporation,

**ORDER RE: NON-PARTY OPPOSITION TO RECEIVER'S FINAL REPORT**

Blackburn, J.

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901 19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 9 - 2009

GREGORY C. LANGHAM
CLERK

95-CV-00777 ReB CBS

Chuck Krowczyk
1853 South Marshall Circle
Lakewood, CO 80232

Doc#2676

017H15524679
$0.590
02/02/2009
Mailed From 80202
US POSTAGE
HASLER

NIXIE       802    CE   1         74 02/06/09
         RETURN TO SENDER
     ATTEMPTED - NOT KNOWN
         UNABLE TO FORWARD
BC: 80294250151    *0420-04338-02-46