# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Judge Robert E. Blackburn

Civil Case No. 95-cv-00777-REB-CBS

In re: Receivership Estate of INDIAN MOTORCYCLE
MANUFACTURING, INC., a New Mexico corporation,

## ORDER RE: NON-PARTY OPPOSITION TO RECEIVER'S FINAL REPORT

---

OFFICE OF THE CLERK
STATES DISTRICT COURT
RED A. ARRAJ COURTHOUSE
01-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 9 - 2009

GREGORY C. LANGHAM
CLERK

95-cv-0777 REB-CBS
Doc# 2767

Triad Suspension Technologies, Inc.
C/o Lewis M. Druxman, Esq.
6715 A[...] Road North East
Suite B
Albuqu[erque]

017H15524679
HASLER
$0.590
02/02/2009
Mailed From 80202
US POSTAGE

NIXIE    871   4E 1           84 02/05/09
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 80294250151      *1768-07766-03-00