IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 95-cv-00777-REB-CBS

In re: Receivership Estate of INDIAN MOTORCYCLE
MANUFACTURING, INC., a New Mexico corporation,

## ORDER MAKING ABSOLUTE ORDER TO SHOW CAUSE

OFFICE OF THE CLERK
STATES DISTRICT COURT
RED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

FILED  95-cv-00777-ReB-CBS
UNITED STATES DISTRICT COURT   Doc#2765
DENVER, COLORADO

FEB 9 - 2009

GREGORY C. LANGHAM
CLERK

Steven DeStout
#1 South Water Street
Hender

NIXIE  991 DE 1  00 02/04/09
RETURN TO SENDER
NO SUCH NUMBER
UNABLE TO FORWARD
BC: 80294250151  *1220-01295-29-42