IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 95-cv-00777-REB-CBS

In re: Receivership Estate of INDIAN MOTORCYCLE
MANUFACTURING, INC., a New Mexico corporation,

**ORDER MAKING ABSOLUTE ORDER TO SHOW CAUSE**

---

OFFICE OF THE CLERK
STATES DISTRICT COURT
ED A. ARRAJ COURTHOUSE
1-19TH ST., ROOM A105
NVER, CO 80294-3589

OFFICIAL BUSINESS

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 9 – 2009

GREGORY C. LANGHAM
CLERK

95-cv-0777-ReB-CBS
Doc #2765

Anthony Pugliese
2500 Military Trail
Boca Raton, FL 33431

NIXIE    334   DE 1    00 02/04/09
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 80294250151    *1768-00487-29-47

017H15524679
$0.420
01/29/2009
Mailed From 80202