IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No.  95-cv-00777-REB-CBS

In re: Receivership Estate of INDIAN MOTORCYCLE
MANUFACTURING, INC., a New Mexico corporation,

ORDER RE: NON-PARTY OPPOSITION TO RECEIVER'S FINAL REPORT

Blackburn, J.

FFICE OF THE CLERK
TATES DISTRICT COURT
D A. ARRAJ COURTHOUSE
1-19TH ST., ROOM A105
NVER, CO 80294-3589

OFFICIAL BUSINESS

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 1 0 2009

GREGORY C. LANGHAM
CLERK

95-cv-777 REB
#2767

Donald Schunk
12572 Durrow Court
St. Lo...  MO 63141

017H15524679
$0.590
02/02/2009
Mailed From 80202
HASLER   US POSTAGE

NIXIE     631     5E 1          78 02/07/09
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 80294250151     *0420-08919-02-46

63141+6616 COE7
90294@2501