FICE OF THE CLERK
ATES DISTRICT COURT
A. ARRAJ COURTHOUSE
-19TH ST., ROOM A105
NVER, CO 80294-3589

OFFICIAL BUSINESS

017H15524679
$0.420
HASLER
01/29/2009
Mailed From 80202
US POSTAGE

95-cv-00777-REB--CBC

#2765

Burt R. Bondy
8130 Prestwick Drive
Lajolla, CA 92037

NIXIE        921    DE 1        00 02/05/09
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 80294250151        *2520-04384-29-42