OFFICE OF THE CLERK
ED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS



017H15524679
HASLER
$0.590
02/02/2009
Mailed From 80202
US POSTAGE

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 1 0 2009

GREGORY C. LANGHAM
CLERK

#2767

0029402501

95-CV-00777 REB

Burt R. Bondy
8130 Prestwick Drive
Lajolla, CA 92037

NIXIE         921  SE 1        72 02/05/09
         RETURN TO SENDER
              VACANT
         UNABLE TO FORWARD
BC: 0029425015l        *1477-03907-06-20