OFFICE OF THE CLERK
:D STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 10 2009

GREGORY C. LANGHAM
CLERK

Donald Schunk
12572 Durrow Court
St. Louis, MO 63141

95-cv-00777
REB-CBS
# 2765

HASLER
017H15524679
$0.420
01/29/2009
Mailed From 80202
US POSTAGE

NIXIE    631    CC 1    78 02/04/09
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 80294250151    *3020-14204-29-41