

OFFICE OF THE CLERK
ED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 12 2009

GREGORY C. LANGHAM
CLERK

REFUSED
RTS

95-cv-00777-REB-CBS
#2765

Eller Industries Inc
c/o Leonard S. Labraiola
6035 N. ...
Longmo...   NIXIE   802   DC 1   00 02/10/09
RETURN TO SENDER
REFUSED
UNABLE TO FORWARD
BC: 80294250151   *0420-01490-05-47

017H15524679
HASLER  $0.76⁰
02/05/2009
Mailed From 8020...
US POSTAGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 95-cv-00777-REB-CBS

In re: Receivership Estate of INDIAN MOTORCYCLE MANUFACTURING, INC., a New Mexico corporation,

## ORDER GRANTING MOTION TO APPROVE RECEIVER'S FORTY-FIRST AND FINAL REPORT AND TO DISCHARGE RECEIVER

**Blackburn, J.**

The matter before me is the Receiver's **Motion To Approve Receiver's Forty-First and Final Report and To Discharge Receiver** [#2674], filed November 17, 2008. I grant the motion, terminate the receivership, and discharge the Receiver.

Pursuant to Fed.R.Civ.P. 66, "the practice in administering an estate by a receiver . . . must accord with the historical practice in federal courts or with a local rule." **FED.R.CIV.P.** 66. The Local Rules of Practice of the United States District Court for the District of Colorado contains no provisions governing the administration of receivership estates. Nevertheless, the general practice requires that "[a] receiver should file a report and an inventory of the property placed in his hands at such time and prepared in such a manner as the directions of the court may indicate." 2 Clark, *A Treatise on the Law and Practice of Receivers* § 383.1. Accordingly, and by prior order of this court (**see Order Discharging Order To Show Cause** [#2613], filed August 1, 2008 (directing Receiver to file "periodic status reports, at least once every thirty (30) days, from the date of this order, until the final accounting, motion to approve the final accounting, and motion to terminate the receivership and discharge the Receiver are filed")), the Receiver has submitted its final accounting (**see Receiver's**