OFFICE OF THE CLERK
D STATES DISTRICT COURT
FRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 12 2009

**GREGORY C. LANGHAM**
**CLERK**

#2767

017H15524679
$0.590
02/02/2009
mailed from 80202
US POSTAGE

95-cv-00777-REB-CBS

Anthony Pugliese
2500 Military Trail
Boca Raton, FL 33431

NIXIE    334  CE 1    76 02/06/09
    RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
    UNABLE TO FORWARD
BC: 80294250151    *1787-00236-08-29

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 95-cv-00777-REB-CBS

In re: Receivership Estate of INDIAN MOTORCYCLE
MANUFACTURING, INC., a New Mexico corporation,

## ORDER RE: NON-PARTY OPPOSITION TO RECEIVER'S FINAL REPORT

Blackburn, J.

The matters before me are (1) **Non-Party Audax's Opposition to (1) Receiver's Forty-First and Final Report and Request for Discharge (2) Receiver's Motion to Approve Forty-First and Final Report and Request for Discharge; and (3) Receiver's Proposed Order Approving Forty-First and Final Report, Discharging Receiver, and Terminating Receivership Estate** [#2702], filed December 3, 2008; and (2) **Credit Managers Association of California's Joinder in Non-Party Audax's Opposition to (1) Receiver's Forty-First and Final Report and Request for Discharge (2) Receiver's Motion to Approve Forty-First and Final Report and Request for Discharge; and (3) Receiver's Proposed Order Approving Forty-First and Final Report, Discharging Receiver, and Terminating Receivership Estate** [#2712], filed December 8, 2008. I overrule the objections.

No claimant in this matter has filed objections to the Receiver's final report and request for discharge. Rather, the objections have been lodged by two groups of defendants who were named in the Receiver's putative **Amended Complaint** [#2306] filed July 10, 2006. The objectors take issue with the Receiver's proposal that, in terminating the receivership: