CE OF THE CLERK
ATES DISTRICT COURT
A. ARRAJ COURTHOUSE
9TH ST., ROOM A105
VER, CO 80294-3589

FFICIAL BUSINESS

95-cv-00777-REB-CBS

# 2769

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 17 2009

GREGORY C. LANGHAM
CLERK

Anthony Pugliese
2500 Military Trail
Boca R~~

017H15524679
$0.760
02/05/2009

NIXIE    334  CC 1    76 02/11/09
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 80294250151    *0720-01248-05-46