IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 95-cv-00777-REB-CBS

In re: Receivership Estate of INDIAN MOTORCYCLE
MANUFACTURING, INC., a New Mexico corporation,

**ORDER GRANTING MOTION TO APPROVE RECEIVER'S FORTY-FIRST
AND FINAL REPORT AND TO DISCHARGE RECEIVER**

OFFICE OF THE CLERK
STATES DISTRICT COURT
'RED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 17 2009

GREGORY C. LANGHAM
CLERK

95-cv-777 REB #2769

Carol Furtier
2500 Military Trail
Boca F̶       FL 33431

NIXIE    334   4E 1        75 02/10/09
         RETURN TO SENDER
     NOT DELIVERABLE AS ADDRESSED
         UNABLE TO FORWARD
BC: 80294250151      *0420-05105-05-46