IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 95-cv-00777-REB-CBS

In re: Receivership Estate of INDIAN MOTORCYCLE
MANUFACTURING, INC., a New Mexico corporation,

ORDER GRANTING MOTION TO APPROVE RECEIVER'S FORTY-FIRST
AND FINAL REPORT AND TO DISCHARGE RECEIVER

OFFICE OF THE CLERK
TED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 17 2009

GREGORY C. LANGHAM
CLERK



95-cv-777 REB # 2679

Donald Schunk
12572 D_____ C____
St. Lc

NIXIE      631    5E  1          78 02/11/09
         RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
     UNABLE TO FORWARD
BC: 80294250151      *0516-00773-08-01