OFFICE OF THE CLERK
STATES DISTRICT COURT
FRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

95-cv-00777-REB-CBS

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 13 2009

GREGORY C. LANGHAM
CLERK

#2769



017H15524679
HASLER
$0.760
02/05/2009
Mailed From 80202
US POSTAGE

Hilm Sevimli
c/o Christopher C. Noble, Esq.
Nob
11 ]
Plai

NIXIE 061 CE 1 39 02/10/09
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 80294250151  *1484-04234-10-27

80294@2501