ICE OF THE CLERK
ATES DISTRICT COURT
A. ARRAJ COURTHOUSE
19TH ST., ROOM A105
VER, CO 80294-3589

FFICIAL BUSINESS

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 13 2009

GREGORY C. LANGHAM
CLERK

017H15524679
HASLER  $0.590
02/02/2009
Mailed From 80202
US POSTAGE

95-cv-00777-REB-CBS

#2767

Steven DeStout
#1 South Water Street
Hender___ NV 89105

NIXIE         891  C8 1         39 02/11/09
              RETURN TO SENDER
              NO MAIL RECEPTACLE
              UNABLE TO FORWARD
         BC: 80294250151    *1768-07393-03-00