OFFICE OF THE CLERK
STATES DISTRICT COURT
FRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 17 2009

GREGORY C. LANGHAM
CLERK

95-cv-00777-REB-CBS
#2769

Steven DeStout
#1 South Water Street
Henders

NIXIE 891 DE 1 00 02/12/09
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 80294250151 *0420-05982-05-46

017H15524679
HASLER $0.762
02/05/2009
US POSTAGE
Mailed from 80202