# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Judge Robert E. Blackburn

Civil Case No. 95-cv-00777-REB-CBS

In re: Receivership Estate of INDIAN MOTORCYCLE
MANUFACTURING, INC., a New Mexico corporation,

## ORDER GRANTING MOTION TO APPROVE RECEIVER'S FORTY-FIRST AND FINAL REPORT AND TO DISCHARGE RECEIVER

Blackburn, J.

OFFICE OF THE CLERK
STATES DISTRICT COURT
ED A. ARRAJ COURTHOUSE
01-19TH ST., ROOM A105
ENVER, CO 80294-3589

OFFICIAL BUSINESS

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 17 2009

GREGORY C. LANGHAM
CLERK



017H15524679
$0.76⁰
02/05/2009
Mailed From 80202
US POSTAGE

95-cv-777 REB #2769

Burt R. Bondy
8130 Prestwick Drive
Lajolla, CA 92037