IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Case No. 95-cv-00777-REB-CBS

In re: Receivership Estate of INDIAN MOTORCYCLE
MANUFACTURING, INC., a New Mexico corporation,

---

**MINUTE ORDER**

---

OFFICE OF THE CLERK
STATES DISTRICT COURT
RED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 20 2009

GREGORY C. LANGHAM
CLERK

Return avsändare
RETURN/RETUR CN15
Adressat finns ej
95-CV-00777 REB-CBS
Doc# 2756

Alf Iseback
Gamla Tuvevägen 4
[illegible] 41705

NIXIE   112   SC 1      39 02/18/09
RETURN TO SENDER
OTHER REASON
UNABLE TO FORWARD
BC: 80294250151     *2909-05970-18-26