IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 95-cv-00777-REB-CBS

In re: Receivership Estate of INDIAN MOTORCYCLE
MANUFACTURING, INC., a New Mexico corporation,

ORDER MAKING ABSOLUTE ORDER TO SHOW CAUSE

Blackburn, J.

OFFICE OF THE CLERK
TED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS



RETURN/RETUR  CN15

95-cv-00777-ReB-CBS
DOC #2765

Alf Iseback
Gamla Tuvevagen 4
Goteborg, Sweden, 41705

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 2 4 2009

GREGORY C. LANGHAM
CLERK