IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 95-cv-00777-REB-CBS

In re: The Receivership Estate of INDIAN MOTORCYCLE MANUFACTURING, INC., a New Mexico corporation

OFFICE OF THE CLERK
:D STATES DISTRICT COURT
LFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

FILED 95-cv-00777 REB-CBS
UNITED STATES DISTRICT COURT  #2729
DENVER, COLORADO

MAR 3 - 2009

GREGORY C. LANGHAM
CLERK

Alf Iseback
Gamla Tuvevägen 4
Göteborg, Sweden, 41705

RETUR TILL AVSÄNDARE

ADRESSATEN FINNS EJ