IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 95-cv-00777-REB-CBS

In re: Receivership Estate of INDIAN MOTORCYCLE
MANUFACTURING, INC., a New Mexico corporation,

ORDER RE: NON-PARTY OPPOSITION TO RECEIVER'S FINAL REPORT

Blackburn, J.

(1) Non-Party Audax's Opposition to (1)

OFFICE OF THE CLERK
ITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

Retur

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 12 2009

GREGORY C. LANGHAM
CLERK

Alf Iseback
Gamla Tuvevagen 4
Göteborg, Sweden, 41705

RETURN/RETUR   CN15

☒ Unknown / Okänd
☐ Refused / Vägrad
☐ Gone away / Flyttat
☐ Unclaimed / Ej efterfrågad
☐ Insufficient address / Ofullständig adress

Return date