```
                                                         F I L E D
                                                  UNITED STATES DISTRICT COURT
                                                       DENVER, COLORADO
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

JUL 2 7 2012

GREGORY C. LANGHAM
CLERK

Civil Action No.   95-cv-00777-REB-CBS

In re: Indian Motorcycle Manufacturing, Inc., a N. M. Corp. (Sterling Consulting Corp. receiver),

  Plaintiff,

vs

Benny Singer,

  Defendant.

## SATISFACTION OF JUDGMENT

Judgment was rendered in favor of the above-named __Sterling Consulting Corp.__ and against the above-names __Benny Singer__ in the above-entitled action, on the __23rd__ day of __July__, __2007__, in the sum of __$12,175.00__ and for costs and the __Sterling Consulting Corp.__ acknowledges payment of said judgment, costs and interest in full and desires to release this judgment and hereby fully and completely satisfy the same.

_[signature]_

Subscribed and sworn to me by Richard A. Block, President, Sterling Conslting Corporation as receiver, abovenamed, this 18th day of July, 2012.

Given under by hand and notarial seal.

__1/7/2013__
My commission expires:

__Kimberly Kay Fenimore__ _[signature]_
Notary Public

_[Notary Public seal: KIMBERLY KAY FENIMORE, STATE OF COLORADO]_